UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

DR. MAHENDRA AMIN, M.D.,   )
                           )
    Plaintiff,         )
                           )    Case No. __CV521-056__
v.                        )
                           )    **TRIAL BY JURY DEMANDED**
NBCUNIVERSAL MEDIA, LLC,   )
                           )
    Defendant.     )

## COMPLAINT FOR DEFAMATION

Plaintiff, Dr. Mahendra Amin, M.D., hereby states his complaint for defamation against Defendant NBCUniversal Media, LLC ("NBC Universal") as follows:

## INTRODUCTION

1.    This Complaint arises from a series of MSNBC broadcast segments that contain multiple false and defamatory statements of and concerning a private figure, Dr. Mahendra Amin, M.D., that accuse him of performing mass hysterectomies that were not medically necessary on immigrant women detained at the Irwin County Detention Center ("ICDC").

2.    The broadcast segments aired on (1) Deadline with Nicolle Wallace on or about September 15, 2020; (2) All In with Chris Hayes on or about

September 15, 2020; (3) All In with Chris Hayes on or about September 16, 2020; and (4) The Rachel Maddow Show on or about September 16, 2020; and (5) All In with Chris Hayes on or about September 17, 2020 (collectively referred to herein as "broadcasts").

3.      The gist of the broadcasts falsely portrays Dr. Amin of being an abusive, unethical, and dishonest physician who treated and operated on immigrant women in an abusive fashion, without consent, and motivated by profit instead of quality healthcare.

4.      The false and defamatory statements in the broadcasts convey to the average viewer, listener, and reader that Dr. Amin was an evil doctor seeking to carry out a sterilization campaign on immigrant women detained at the ICDC.

5.      The statements and insinuations leveled toward Dr. Amin were reckless, vile, and devoid of any decency or concern for Dr. Amin's reputation and livelihood.

6.      The broadcasts are false and discredited.

7.      In fact, Dr. Amin performed ***only two*** hysterectomies on patients from the ICDC.  Both were medically necessary.

8.      In both instances, the patients were informed and consented to the procedures.  In both instances, the United States Immigration and Customs

Enforcement ("ICE") conducted an independent review of the treatment plans and approved the procedures.

9.      The false and defamatory statements were published in national and international television broadcasts, online videos, online articles, and social media posts.

10.     The false and defamatory statements assassinated Dr. Amin's character and damaged his reputation as a physician.

11.     MSNBC and its writers, reporters, and broadcasters abandoned journalistic integrity and negligently and recklessly published the false and defamatory broadcasts.

12.     The media has an important role to play in our society.  But it does not have an unfettered right or privilege under the First Amendment to injure the reputations of private individuals by publishing and broadcasting false and defamatory statements against them.

13.     Indeed, it is the media's important role in society that demands it get broadcasts right before airing them across the country and around the globe.

14.     Instead of considering its important role in sharing news and truth, MSNBC chose to chase a false narrative that fed ratings all at the expense of Dr. Amin, a private individual, a good and trusted doctor—an immigrant himself—

who has dedicated his life to providing quality healthcare services for marginalized and underserved communities.

15.     As a result of the conduct described herein, MSNBC crossed the threshold from speech protected by the First Amendment to enter the arena of actionable defamation for which it must be held legally accountable.

## PARTIES

16.     Dr. Amin is an individual who resides in Douglas, Georgia, Coffee County.

17.     MSNBC is a cable television news channel owned by NBCUniversal Media, LLC.

18.     NBCUniversal Media, LLC is a limited liability company incorporated in Delaware with its principal place of business in New York.

19.     NBCUniversal, as the owner and operator of MSNBC, is liable for the actions of MSNBC, including its writers, reporters, and broadcasters.

## JURISDICTION AND VENUE

20.     Dr. Amin is a citizen of the State of Georgia for purposes of diversity jurisdiction under 28 U.S.C. § 1332.

21.     NBCUniversal is a citizen of Delaware or New York for purposes of diversity jurisdiction under 28 U.S.C. § 1332.

22.     This Court has original subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1332 as there exists complete diversity of citizenship between Dr. Amin and NBCUniversal and the amount in controversy exceeds $75,000, exclusive of interest and costs.

23.     NBCUniversal is subject to the jurisdiction of this Court pursuant to 28 U.S.C. § 1332.

24.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## FACTUAL BACKGROUND

### Dr. Amin

25.     Dr. Amin was born, raised, and completed medical school in India.

26.     Dr. Amin grew up very poor, living in homes with dirt floors.  But his parents sacrificed to help him through medical school.  His parents sold the only land they owned and borrowed money to make sure he could finish his education.

27.     Dr. Amin lived up to his parents' sacrifice, becoming one of only eight out of 300 medical student hopefuls who could ultimately enroll in medical school from his district in India.

28.     When he first came to the United States, he worked in a New York City subway store and sold newspapers in Brooklyn, working 12 hours a day, six

days a week, all while studying for additional medical exams required of foreign students.

29.     He completed his Residency in Gynecology in the United States and has been licensed to practice medicine in Georgia for over 35 years.

30.     Dr. Amin remembers his humble beginnings and the power of someone sacrificing so that others can have a better future.  That is why he has practiced in underserved areas nearly his entire medical career.

31.     Over the course of his medical career, on a regular basis, he has worked 36-hour shifts, seen over 60 patients in a day, and delivered over 400 babies in a year.

32.     He has often worked for free and for many years, he kept regular daily office hours and performed hospital surgeries at night, all to ensure that—as much as he could prevent it—no one who needed care would go without.

33.     Dr. Amin regularly treats uninsured patients (some who drive over 100 miles to see him) and accepts whatever patients can pay in return.

34.     He never turns away a patient for inability to pay.

35.     He regularly treated patients in area jails because he knows that if he does not provide treatment, it is likely the patients will go without.

36.    Until last year, Dr. Amin was the sole OB/GYN physician in Irwin County, Georgia.  At the present time, Dr. Amin is one of only two OB/GYN physicians in Irwin County, Georgia.

37.    Many, if not most, of Dr. Amin's patients fall below the poverty line and are on Medicaid.

38.    Dr. Amin provides medical care to patients at a local health clinic at least once per week on a voluntary basis.

39.    Until last year, Dr. Amin provided gynecological medical services to patients detained at the ICDC.

40.    In the early to mid-1990s, Irwin County Hospital was on the brink of closing its doors.  Dr. Amin put up his own money, hired a management team, and kept the hospital alive.  Indeed, the hospital improved with Dr. Amin's leadership—adding more patient rooms and several other upgrades.

41.    Dr. Amin has not taken a vacation in over 25 years.

42.    On his rare weekends away, he remains "on call" and instructs his nursing staff to call him if any of his patients go into labor so that he can return and deliver the babies and care for their mothers.

43.    Dr. Amin loves this country and all it has afforded him, and he is determined to give back.

44.     He is devoted to medicine and to providing care to underserved communities.

### September 14, 2020 letter and Project South's media campaign

45.     On September 14, 2020, Project South, an organization that portrays its mission as "eliminating poverty and genocide" and "cultivating strong social movements," sent a letter to the Department of Homeland Security, the ICE Atlanta Field Office, and the ICDC ("letter").

46.     The letter was not part of a complaint filed in any court or submitted as part of any administrative proceeding.

47.     Dawn Wooten, the alleged source of the information contained in the letter, did not seek to be anonymous and did not seek any other protections that could be afforded to true whistleblowers who file formal complaints.  Indeed, she sought the limelight, going so far as to solicit funds through a GoFundMe page, which has generated over $100,000 in donations to date.

48.     The letter did not identify Dr. Amin.

49.     The letter contained allegations regarding conditions at the ICDC, mostly relating to COVID-19.  The letter also contained allegations of high rates of hysterectomies at the ICDC.

50. Instead of waiting for an investigation into the allegations, Project South immediately worked to sensationalize the contents of the letter by sharing it widely with the news media.

**MSNBC's false and defamatory broadcasts**

51. MSNBC began publishing false and defamatory statements about Dr. Amin on September 15, 2020 and continued to do so through at least September 17, 2020.

52. MSNBC published false and defamatory statements beyond the contents of the letter.

53. MSNBC accused Dr. Amin of performing mass hysterectomies that were not medically necessary on ICDC detainees.

54. MSNBC made its false and defamatory broadcasts without any investigation into the truth or falsity and in the face of contradictory information already known at the time of the broadcasts.

55. Only one day after the letter was sent, it was revealed that (a) allegations of mass hysterectomies were not based on first-hand accounts and were shared in the letter only for effect and (b) ICDC and Irwin County Hospital confirmed that Dr. Amin had performed only two hysterectomies on ICDC patients.

9

56.     None of that mattered to MSNBC.

57.     MSNBC had a narrative that attracted viewers from its target audience, and so MSNBC aired lies to chase ratings and make more money.

58.     MSNBC repeated the false and defamatory statements on at least five separate segments over at least four days despite knowing the truth.

59.     MSNBC never invited Dr. Amin onto any of its programs to share the truth.

60.     MSNBC can barely be said to have sought even so much as a comment from Dr. Amin, reaching out to him only less than 90 minutes before airing false and defamatory statements for the third time and less than several hours before airing them for the fifth time.

61.     MSNBC was not interested in the truth; it was interested in feeding the ratings beast.

62.     It is beyond reasonable belief that detainees in an ICE facility, such as ICDC, could undergo surprise hysterectomies without consultation and consent.

63.     ICE performs an independent review for all surgical procedures and issues its approval or denial for such procedures.

64.    This review process requires an ICDC nurse and an independent physician to review a patient's medical records and determine if the requested procedure is medically necessary.  The process typically takes around two weeks.

65.    Dr. Amin has never performed a procedure on an ICDC patient without going through this process.

66.    ICE provided such review and approval for both hysterectomies that Dr. Amin performed on ICDC patients.

67.    An independent physician review of those procedures confirms that the procedures were medically necessary, and that the procedures were discussed with and consent for the procedures was given by both patients.

68.    Dr. Amin always obtains informed consent from his patients.

69.    Dr. Amin utilizes interpreters when treating patients who do not speak or understand English.

70.    When Dr. Amin treated ICDC patients, he was supervised by at least one other person.  This was a matter of protocol.

71.    Dr. Amin has never treated any patient roughly or inappropriately.

## CAUSE OF ACTION FOR DEFAMATION

72.    Dr. Amin incorporates by reference paragraphs 1-71 of this Complaint as though the same were set forth herein in their entirety.

**MSNBC Broadcasts**

73.     The broadcasts convey a grossly inaccurate and false impression of Dr. Amin.

74.     The gist of the broadcasts is false and defamatory *per se* in conveying accusations that Dr. Amin is an unethical and dishonest physician with no regard for the safety and well-being of his patients, and that he actively and intentionally sought to hurt them.

75.     The broadcasts include false and defamatory statements, which when put in the context of each broadcast and the broadcasts as a whole, convey a false and defamatory image of Dr. Amin.

76.     First, on Deadline with Nicolle Wallace, which aired on or about September 15, 2020, MSNBC published the following false and defamatory statements of and concerning Dr. Amin:

    (a)    High numbers of female detainees, detained immigrants, at an ICE detention center in Georgia received questionable hysterectomies while in ICE custody.

    (b)    Women were afraid to go to this doctor.

    (c)    Some said that they came back bruised and that he was overly harsh.

    (d)    They called him abusive.

(e) There were women who were told that they needed a hysterectomy because they had cancer.  One of those women, her medical records does not indicate that she ever had a biopsy to indicate that she had cancer and another case, a lawyer told me that his client had a hysterectomy because she was told she had stage four cervical cancer and after the hysterectomy when she went to the oncologist, the oncologist said you do not have cancer, so these are alarming allegations about this doctor.

(f) This is his specialty, he's the uterus collector.

(g) Well, what is he doing…collecting all of our uteruses?

(h) Our clients are afraid to go back to him; he's hurting these women.

(i) And perhaps doing very unnecessary procedures and not what you would need in a short-term detention situation.

77.     Second, on All In with Chris Hayes, which aired on or about

September 15, 2020, MSNBC published the following false and defamatory

statements of and concerning Dr. Amin:

(a) Migrant women say that a doctor was performing unauthorized hysterectomies on immigrant women detained at that facility.

(b) Two of his clients received hysterectomies they believe may have been unnecessary.

13

    (c)    Two different women who claim they also had unnecessary hysterectomies while detained at this facility.

    (d)    As many as 15 immigrant women were given full or partial hysterectomies or other procedures for which no medical indication existed.

    (e)    Is he the uterus collector?  Does he collect uteruses?

    (f)    Everyone that I talked to has had a hysterectomy.

    (g)    They would say is he the uterus collector?

78.    Third, on All In with Chris Hayes, which aired on or about September 16, 2020, MSNBC published the following false and defamatory statements of and concerning Dr. Amin:

    (a)    They were subjected to unnecessary hysterectomies at the hands of a local OB/GYN.

    (b)    Uterus collector.

    (c)    Three women who say that they had procedures that they either did not consent to ahead of time or felt coerced into consenting to.

    (d)    She felt pressured into a full abdominal hysterectomy by this doctor.

    (e)    Dr. Amin just told me listen, you're gonna get hysterectomy done and schedule an appointment for that; I had no say in this.

14

79.    Fourth, on The Rachel Maddow Show, which aired on or about September 16, 2020, MSNBC published the following false and defamatory statements of and concerning Dr. Amin:

(a)    Immigrant women at that facility have told her that they routinely have been sent to a gynecologist who has performed unnecessary procedures on them, including hysterectomies.

(b)    They have been sending immigrant women in their care, in their custody, to a doctor who has removed their reproductive organs for no medical reason and without them consenting to it.

(c)    Five different women between October, November, and December 2019, over that three-month period, five different women who'd had a hysterectomy done.

(d)    I thought this was like an experimental concentration camp. It was like they're experimenting with our bodies.

(e)    Everybody this doctor sees has a hysterectomy, just about everybody.

(f)    He's even taken out the wrong ovary on one detained immigrant woman. She was supposed to get her left ovary removed because it had a cyst on the left ovary. He took out the right one. She had to go back to take out the left and wound up with a total hysterectomy.

(g)    He's taking everybody stuff out, that's his specialty.

(h)     He's the uterus collector.

(i)     Is he collecting these things or something?

(j)     Everybody he sees he's taking all their uteruses out or he's taking their tubes out.

(k)     He removed the uteruses of these refugee women for no medical reason, without their proper informed consent.

(l)     Two women who were detained at the facility say they received hysterectomies that they believe may have been unnecessary.

(m)     She went to this doctor's office for an exam.  The exam left her with bruising

80.     Fifth, on All In with Chris Hayes, which aired on or about September 17, 2020, MSNBC published the following false and defamatory statements of and concerning Dr. Amin:

(a)     We've been bringing you the story of allegations of medical procedures performed on immigrant women without -- many without consent at an ICE detention facility in Georgia.

(b)     Felt like I had no right to say anything about a hysterectomy she underwent that was performed by a doctor named Mahendra Amin. She also told us about how Dr. Amin performed an unexpected vaginal ultrasound that she was, she says, not prepared for.

16

(c)     He didn't tell me nothing, he just -- instead he
        proceeded with vaginal ultrasound, I think. Am I
        saying it right? But I was not aware of that.

(d)     No, not at all [I was not prepared for that]. No. So
        I felt violated. And just, you know, keep doing the
        procedures, the ultrasound.

81.     MSNBC and its reporters repeated their false and defamatory

statements of and concerning Dr. Amin on Twitter on at least three occasions on

September 16, 2020 and September 22, 2020.

82.     The broadcasts and tweets constitute libel and/or slander *per se* in that

they directly and/or implicitly impute actions to Dr. Amin that injure his

professional reputation.

83.     The broadcasts and tweets constitute libel and/or slander *per se* in that

they directly and/or implicitly imputes actions to Dr. Amin that are defamatory and

injurious to his reputation on their face and can be so understood without reference

to any additional or extrinsic facts.

## Publication with actual malice

84.     Evidencing a reckless disregard for truth or falsity, MSNBC

knowingly and purposely avoided the truth and ignored evidence establishing the

falsity of their statements prior to their publication.

85.     Evidencing a reckless disregard for truth or falsity, MSNBC broadcasted accusations against Dr. Amin that were so inherently improbable on their face as to raise serious doubts about their truth.

86.     Evidencing a reckless disregard for truth or falsity, MSNBC broadcasted accusations against Dr. Amin that were so outrageous on their face as to raise serious doubts about their truth.

87.     Evidencing a reckless disregard for truth or falsity, MSNBC broadcasted accusations against Dr. Amin that contradicted known facts.

88.     Evidencing a reckless disregard for truth or falsity, MSNBC broadcasted accusations against Dr. Amin without conducting even a cursory investigation, which failure constitutes gross negligence.

89.     MSNBC had actual knowledge that the accusations against Dr. Amin were false prior to publication.

90.     MSNBC and NBCUniversal financially benefited from viewership resulting from the serial false and defamatory broadcasts regarding Dr. Amin.

91.     Notwithstanding all the information available and specifically provided to MSNBC, MSNBC steadfastly refused to retract or correct its defamatory statements and instead doubled down on them in the broadcasts repeatedly over at least four days.

92.     MSNBC and its reporters also kept the false and defamatory statements alive on social media as late as September 22, 2020.

93.     MSNBC never invited Dr. Amin to appear on any of the broadcasts to share the truth, even though MSNBC was aware of the truth.

94.     On August 26, 2021, Stacey Evans, on behalf of Dr. Amin, sent a letter to MSNBC wherein she informed MSNBC that the broadcasts were false and defamatory as to Dr. Amin, including a list of the false and defamatory statements from the broadcasts, and demanded a retraction and correction.

95.     Evidencing a continued reckless disregard for truth or falsity, MSNBC and NBCUniversal failed and refused to publish a retraction and correction of the false and defamatory accusations against Dr. Amin.

**Damages**

96.     The false and defamatory broadcasts were published to third parties and were, in fact, viewed by third parties across the United States and around the world.

97.     The false and defamatory broadcasts were of and concerning Dr. Amin, because, among other reasons, MSNBC identified Dr. Amin by name in each of the broadcasts, some including his picture.

98.   As a direct and proximate result of the false and defamatory statements about him in the broadcasts, Dr. Amin's personal reputation and his reputation as a physician have been permanently damaged.

99.   As a direct and proximate result of the false and defamatory statements about him in the broadcasts, Dr. Amin has suffered stress, emotional distress, embarrassment, humiliation, anger, and other mental pain and suffering.

100.   As a direct and proximate result of the false and defamatory statements about him in the broadcasts, Dr. Amin has suffered public hatred, contempt, scorn, and ridicule.

101.   Dr. Amin was regularly stalked and otherwise followed by people calling him names.

102.   Dr. Amin has been the recipient of multiple vile and hateful telephone calls, in-person comments, social media comments, and mail that no person should have to endure.

103.   Dr. Amin received death threats and bomb threats.

104.   Dr. Amin was called "inhuman," "corrupt," "evil," and a "monster."

105.   Some have compared Dr. Amin to Dr. Josef Mengele, the infamous Nazi doctor who performed medical experiments at the Auschwitz death camps. This is among several commenters who make Nazi and Holocaust comparisons.

106.   Some went so far as to address him as "Dr. Mengele" and to write to him that he "should be hung by [his] genitals."

107.   Some have compared Dr. Amin to the Hollywood doctor in the movie *Malice* who removes a patient's ovaries while intoxicated.

108.   Dr. Amin was called a "racist" who is "advancing racists ideals."

109.   He was called a "lower middle class bureaucratic a**wipe."

110.   He was told he was "going straight to hell for being part of this piece of sh*t."

111.   One commenter said to Dr. Amin, "F*ck you and f*ck your whole family b*tch boy."

112.   He was told to "rot in hell" and "rot in prison."

113.   Dr. Amin continues to fear for his safety.  He fears that people are following him and talking about him in public.

114.   As a direct and proximate result of the false and defamatory statements about him in the broadcasts, Dr. Amin has withdrawn from social and community activities he previously enjoyed.

115.   As a direct and proximate result of the false and defamatory statements about him in the broadcasts, Dr. Amin has suffered special damages.

116.   Dr. Amin has lost patients at his medical practice as a direct and proximate result of the false and defamatory statements about him in the broadcasts.

117.   Dr. Amin has lost his ability to provide medical services to the ICDC patients as a direct and proximate result of the false and defamatory statements about him in the broadcasts.

118.   As set forth above, the broadcasts are defamatory and libelous *per se*, entitling Dr. Amin to presumed damages.

119.   NBCUniversal and MSNBC have not retracted or corrected their false and defamatory statements despite knowledge of their falsity.

120.   The conduct of NBCUniversal and MSNBC demonstrates willful misconduct and an entire want of care that raises a conscious indifference to consequences.

121.   The false and defamatory accusations were published with constitutional actual malice thereby entitling Dr. Amin to an award of punitive damages.

122.   Dr. Amin is also entitled to an award of punitive damages to punish NBCUniversal for its unlawful conduct and to penalize and deter it from repeating such unlawful and egregious conduct.

WHEREFORE, Dr. Amin demands:

(a) Trial by jury;

(b) That judgment be entered against NBCUniversal for compensatory damages in an amount not less than Ten Million Dollars ($10,000,000.00);

(c) That judgment be entered against NBCUniversal for punitive damages in an amount not less than Twenty Million Dollars ($20,000,000.00) to punish and penalize NBCUniversal and deter it from repeating its unlawful conduct;

(d) That all costs of this action be assessed against NBCUniversal; and

(e) That this Court award such other relief as it deems equitable, just, and proper.

Respectfully submitted this 9th day of September 2021.

_Scott Grubman_

Scott R. Grubman
Georgia Bar No. 317011
sgrubman@cglawfirm.com

CHILIVIS GRUBMAN
DALBEY & WARNER LLP
1834 Independence Square
Atlanta, GA 30338
(404) 233-4171 (phone)
(404) 261-2842 (fax)

Stacey Godfrey Evans
Georgia Bar No. 298555
sevans@staceyevanslaw.com
(*admission pro hac vice pending*)
Tiffany N. Watkins
Georgia Bar No. 228805
twatkins@staceyevanslaw.com
(*admission pro hac vice pending*)

STACEY EVANS LAW

23

4200 Northside Parkway NW
Bldg One; Suite 200
Atlanta, GA 30327
(770) 779-9602 (phone)
(404) 393-2828 (fax)

*Counsel for Plaintiff*