# United States District Court
## Southern District of Georgia

Dr. Mahendra Amin, M.D.
_____
Plaintiff

v. NBC Universal Media, LLC
_____
Defendant

Case No. _____

Appearing on behalf of: _____
Plaintiff
_____
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, _____Tiffany N. Watkins_____ hereby requests permission to appear pro hac vice in the subject case filed in the _____Waycross_____ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, _____State Bar of Georgia_____. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates _____Scott R. Grubman_____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __9th__ day of __September__, __2021__.

_____
(Signature of *Petitioner*)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, _____Scott R. Grubman_____, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This __9th__ day of __Sept.__, __2021__.

| | |
|---|---|
| 317011 | *Scott Grubman* |
| Georgia Bar Number | Signature of Local Counsel |
| (404) 233-4171 | Chilivis Grubman Dalbey & Warner LLP (Law Firm) |
| Business Telephone | 1834 Independence Square (Business Address) |
| | Atlanta, GA 30338 (City, State, Zip) |
| | (Mailing Address) |
| | sgrubman@cglawfirm.com (Email Address) |

# United States District Court
## *Southern District of Georgia*

Dr. Mahendra Amin, M.D.

_____  Case No. _____
Plaintiff

v.   NBC Universal Media, LLC                    Appearing on behalf of
                                                  Plaintiff
_____            _____
Defendant                                        (Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
*****

| | |
|---|---|
| NAME OF PETITIONER: | Tiffany N. Watkins |
| Business Address: | Stacey Evans Law |
| | Firm/Business Name |
| | 4200 Northside Parkway NW, Bldg One; Suite 200 |
| | Street Address |
| | _____  Atlanta    GA    30327 |
| | Street Address (con't)   City    State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | (770) 779-9602                  228805 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | twatkins@staceyevanslaw.com |