# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of GEORGIA

| | | |
|---|---|---|
| John E. Triplett<br>Clerk of Court | OFFICE of the CLERK<br>P.O. Box 1636<br>BRUNSWICK, GEORGIA   31521 | (912)280-1330 |

## NOTICE of FILING DEFICIENCY

To:  Scott Grubman                                   Date: 9/13/2021
Case: CV 5:21-056                                 Party: Dr. Mahendra Amin, M.D.

Your pleading, __# 3 and # 4 Motions for Leave to Appear Pro Hac Vice__,

was filed on __09/10/21__, but remains deficient in the area(s) checked below:

[ ] No actions required (Informative Only)     or     [x] **Corrective Actions Required**

1. ☐ Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)
2. ☐ Pleading is illegible or otherwise not in compliance with Local Rule 10.1.
3. ☐ Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)
4. ☐ Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)
5. ☐ Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.
6. ☐ Motion is not in compliance with Local Rules.
   a. ☐ No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
   b. ☐ No good faith document was submitted. (L.R. 26.5)
   c. ☐ Separate proposed order was not attached to e-filed document. (L.R. 7.1)
   d. ☐ Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)
7. ☐ For Judge Stan Baker cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.
8. ☐ Counsel should file a separate motion for each relief sought and not file a consolidated motion.
9. ☒ **Other:**

   A. You did not include a Certificate of Good Standing demonstrating your membership in the bar of another federal district court.
   B. You did not provide a list of all cases in which counsel has appeared before this court. If this is your first appearance, please provide that information.

After 14 days a notice of noncompliance will be submitted to a judicial officer for possible sanctions.

For more information - Please contact:  __Tara H. Burton (706) 849-4407__
                                                                                Deputy Clerk