# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| MAHENDRA AMIN, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC.,<br><br>Defendant. | CASE NO.<br>5:21-CV-00056-LGW-BWC |

## NOTICE OF FILING

In response to the Notice of Filing Deficiency (Doc. 5) and in support of the Motion for Leave to Appear *Pro Hac Vice* filed for Stacey G. Evans (Doc. 3), and within the time provided, Movant shows as follows:

(1) Movant states that if admitted *pro hac vice*, this case would be the first appearance for Ms. Evans in this Honorable Court and

(2) Movant hereby files a Certificate of Good Standing for Ms. Evans from the United States District Court for the Northern District of Georgia.

Respectfully submitted this 14th day of September 2021.

/s/ *Scott R. Grubman*
Scott R. Grubman
Georgia Bar No. 317011

CHILIVIS, GRUBMAN,
DALBEY & WARNER, LLP
1834 Independence Square.
Atlanta, Georgia 30338

1

(404) 233-4171 (phone)
(404) 261-2842 (fax)
sgrubman@cglawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of September 2021, the foregoing NOTICE OF FILING was electronically filed with the Clerk of Court using the CM\ECF system, which will automatically send email notification of such filing to all counsel of record.

/s/ *Scott R. Grubman*
Scott R. Grubman
Georgia Bar No. 317011

CHILIVIS, GRUBMAN,
DALBEY & WARNER, LLP
1834 Independence Square
Atlanta, Georgia 30338
(404) 233-4171 (main)
(404) 261-2842 (fax)
sgrubman@cglawfirm.com