

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

      I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

      **DO HEREBY CERTIFY that STACEY GODFREY EVANS, State Bar No. 298555,** was duly admitted to practice in said Court on May 17, 2004, and is in good standing as a member of the bar of said Court.

      Dated at Atlanta, Georgia, this 14th day of September, 2021.

KEVIN P. WEIMER
CLERK OF COURT

By: *Stephanie Wilson-Byhum*
Stephanie Wilson-Byhum
Deputy Clerk