

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

    I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

    **DO HEREBY CERTIFY** that **TIFFANY NICOLE WATKINS, State Bar No. 228805,** was duly admitted to practice in said Court on October 1, 2018, and is in good standing as a member of the bar of said Court.

    Dated at Atlanta, Georgia, this 14th day of September, 2021.

KEVIN P. WEIMER
CLERK OF COURT

By: _Stephanie Wilson-Bynum_
Stephanie Wilson-Bynum
Deputy Clerk