**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

DR. MAHENDRA AMIN, M.D.*,*

      Plaintiff,

v.

   Case No. 5:21-cv-00056-LGW-BWC

NBCUNIVERSAL MEDIA, LLC,

      Defendant.

---

**CONSENT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE**
**RESPOND TO PLAINTIFF'S COMPLAINT AND RESET DEADLINE FOR**
**PARTIES' RULE 26(f) CONFERENCE**

---

NBCUniversal Media LLC by and through undersigned counsel respectfully requests a twenty-three (23) day extension of time, until and including December 6, 2021, to move, plead or otherwise respond to Plaintiff's complaint herein. Pursuant to LR 6.1, as this request exceeds fourteen (14) days, such extension is requested by Motion to the Court. Plaintiff consents to Defendant's request.

Additionally, the Parties jointly request a seven (7) day extension of time, until and including December 13, 2021, to hold their Rule 26(f) Conference.

Respectfully requested this 9th day of November 2021,

                    */s/ Cynthia L. Counts*
                    Cynthia L. Counts
                    Georgia Bar No. 190280
                    R. Bates Lovett
                    Georgia Bar No. 459568
                    FISHERBROYLES, LLP
                    2 East Bryan Street, Suite 436
                    Savannah, GA 31401
                    (912) 335-4467 (telephone)
                    cynthia.counts@fisherbroyles.com
                    bates.lovett@fisherbroyles.com

Elizabeth A. McNamara (*pro hac vice* forthcoming)
Amanda B. Levine (*pro hac vice* forthcoming)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Telephone: (212) 489-8230
lizmcnamara@dwt.com
amandalevine@dwt.com

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D.*,* | |
| Plaintiff, | |
| v. | Case No. 5:21-cv-00056-LGW-BWC |
| NBCUNIVERSAL MEDIA, LLC, | |
| Defendant. | |

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on this 9th day of November 2021, a true and accurate copy of the foregoing has been served upon the following via the Court's electronic filing system:

Stacey Godfrey Evans
sevans@staceyevanslaw.com

Tiffany N. Watkins
twatkins@staceyevanslaw.com

Scott R. Grubman
sgrubman@cglawfirm.com

and that a true and accurate copy of the foregoing has been served upon the following via first

class mail:

Stacey Godfrey Evans
STACEY EVANS LAW
4200 Northside Parkway NW
Bldg One; Suite 200
Atlanta, GA 30327

Tiffany N. Watkins
STACEY EVANS LAW
4200 Northside Parkway NW
Bldg One; Suite 200
Atlanta, GA 30327

Scott R. Grubman
CHILIVIS GRUBMAN
DALBEY & WARNER LLP
1834 Independence Square
Atlanta, GA 30338

*/s/ Cynthia Counts*
Cynthia Counts
*Attorney for Defendant*
Georgia Bar No. 190280
945 East Paces Ferry Rd. NE
Suite 2000
Atlanta, GA 30326
Cynthia.Counts@Fisherbroyles.com
404-550-6233

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

DR. MAHENDRA AMIN, M.D.,

         Plaintiff,

v.

NBCUNIVERSAL MEDIA, LLC,

         Defendant.

Case No. 5:21-cv-00056-LGW-BWC

## ORDER

NBCUniversal Media LLC's request for a twenty-three (23) day extension of time, until and including December 6, 2021, to move, plead or otherwise respond to Plaintiff's complaint is **GRANTED**.

The Parties joint request for a seven (7) day extension of time, until and including December 13, 2021, to hold their Rule 26(f) Conference is also **GRANTED**.

**SO ORDERED** this _____ day of November 2021.

_____
The Honorable Benjamin W. Cheesbro
Magistrate, Southern District of Georgia