# United States District Court
## Southern District of Georgia

Dr. Mahendra Amin, M.D.,
_____
Plaintiff

Case No.   5:21-cv-00056-LGW-BWC

v. NBCUniversal Media, LLC,
_____
Defendant

Appearing on behalf of : _____
Defendant
_____
(Plaintiff/Defendant)

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, _____Amanda B. Levine_____ hereby requests permission to appear pro hac vice in the subject case filed in the _____Waycross_____ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, _____Southern District of New York_____. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates _____Cynthia L. Counts_____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.
*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __10th__ day of __November__, __2021__.

_____
(Signature of *Petitioner*)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, _____Cynthia L. Counts_____, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This __11th__ day of __November__, __2021__.

| | | |
|---|---|---|
| 190280 | _Cynthia L. Counts_ | |
| Georgia Bar Number | Signature of Local Counsel | |
| (404) 550-6233 | FisherBroyles, LLP | (Law Firm) |
| Business Telephone | 945 East Paces Ferry Rd. NE, Suite 2000 | (Business Address) |
| | Atlanta, GA 30326 | (City, State, Zip) |
| | | (Mailing Address) |
| | cynthia.counts@fisherbroyles.com | (Email Address) |

# United States District Court

## *Southern District of Georgia*

Dr. Mahendra Amin, M.D.,

_____  Case No.  5:21-cv-00056-LGW-BWC

Plaintiff

**v.**  NBCUniversal Media, LLC,   Appearing on behalf of

_____   Defendant

_____

Defendant    (Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____ , _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*\*\*\*\*\**

| | |
|---|---|
| NAME OF PETITIONER: | Amanda B. Levine |
| Business Address: | Davis Wright Tremaine LLP |
| | Firm/Business Name |
| | 1251 Avenue of the Americas |
| | Street Address |
| | 21st Floor / New York / NY / 10020 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | (212) 489-8230 / N/A |
| | Telephone Number (w/ area code) / Georgia Bar Number |
| Email Address: | amandalevine@dwt.com |