# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____AMANDA   BROOKE   LEVINE_____ , Bar # _____AL0830_____

was duly admitted to practice in the Court on

_____April 24, 2018_____

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.          On      _____November 10, 2021_____
           New York, New York

_____Ruby J. Krajick_____      By      _____S/Bryant Cunillera_____
Clerk of Court                                   Deputy Clerk