# United States District Court

## *Southern District of Georgia*

Dr. Mahendra Amin, M.D.,

_____

Plaintiff

Case No. _____5:21-cv-00056-LGW-BWC_____

ᵛ· NBCUniversal Media, LLC,

_____

Defendant

Appearing on behalf of : _____

Defendant

_____

(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, _____Elizabeth A. McNamara_____ hereby requests permission to appear pro hac vice in the subject case filed in the _____Waycross_____ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, _____Southern District of New York_____ . *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates _____Cynthia L. Counts_____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This ___10th___ day of _____November_____ , ___2021.___ .

_____

(Signature of *Petitioner*)

### *CONSENT OF DESIGNATED LOCAL COUNSEL*

I, _____Cynthia L. Counts_____ , designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This ___11th___ day of _____November_____ , ___2021___ .

_____190280_____

Georgia Bar Number

_____(404) 550-6233_____

Business Telephone

_____

Signature of Local Counsel

_____FisherBroyles, LLP_____ (Law Firm)

_____945 East Paces Ferry Rd. NE, Suite 2000_____ (Business Address)

_____Atlanta, GA 30326_____ (City, State, Zip)

_____ (Mailing Address)

_____cynthia.counts@fisherbroyles.com_____ (Email Address)

# United States District Court
## *Southern District of Georgia*

Dr. Mahendra Amin, M.D.,

_____

Plaintiff

**v.**   NBCUniversal Media, LLC,

_____

Defendant

Case No.  5:21-cv-00056-LGW-BWC

Appearing on behalf of

Defendant

_____

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____ , _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
*****

NAME OF PETITIONER:  Elizabeth A. McNamara

Business Address:  Davis Wright Tremaine LLP

Firm/Business Name

1251 Avenue of the Americas

Street Address

21st Floor    New York    NY    10020

Street Address (con't)    City    State    Zip

_____

Mailing Address (if other than street address)

Address Line 2    City    State    Zip

(212) 489-8230    N/A

Telephone Number (w/ area code)    Georgia Bar Number

Email Address:  lizmcnamara@dwt.com