# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____ELIZABETH   A.   MCNAMARA_____, Bar # _____EM1987_____

was duly admitted to practice in the Court on

_____May 31, 1983_____

and is in good standing as a member of the Bar of this Court

Dated at      500 Pearl St.              On      _____November 10, 2021_____
              New York, New York

_____Ruby J. Krajick_____       By       _____S/Bryant Cunillera_____
         Clerk of Court                                    Deputy Clerk