

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Elizabeth A. McNamara**
Tel (212) 489-8230
Fax (212) 489-8340

lizmcnamara@dwt.com

November 15, 2021

Judge Lisa G. Wood
U.S. District Court
Southern District of Georgia
125 Bull Street
Savannah, GA 31401

      Re:    *Elizabeth McNamara Pro Hac Vice Application (21-cv-00056)*

Dear Judge Wood:

    Pursuant to Local Rule 83.4, I am writing to alert the Court that I have not had any prior appearances in the Southern District of Georgia.

                Respectfully,

                Davis Wright Tremaine LLP

                */s/ Elizabeth A. McNamara*

                Elizabeth A. McNamara

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.
4864-6447-4883v.1 0020040-000174