# EXHIBIT B(i)

&lt;Show: DEADLINE: WHITE HOUSE&gt;
&lt;Date: September 15, 2020&gt;
&lt;Time: 16:00&gt;
&lt;Tran: 091501cb.452&gt;
&lt;Type: Show&gt;
&lt;Head: DEADLINE: WHITE HOUSE for September 15, 2020, MSNBC&gt;
&lt;Sect: News; Domestic&gt;
&lt;Byline: Nicolle Wallace, Donna Edwards, Annie Karni, Kavita Patel, Michael Schmidt, Rick Stengel, Cal Perry&gt;
&lt;Guest: Abrahm Lustgarten&gt;
&lt;High: `It`s a plague,` that`s what Donald Trump acknowledged and said out loud in an on-the-record interview with Bob Woodward on April 13th. The president`s lie to the American people including his own supporters is ongoing and with potentially deadly consequences for those supporters who attended his indoor rallies this week in Nevada. The Department of Justice has opened a criminal investigation into whether Bolton unlawfully disclosed classified information. DOJ is investigating whether Bolton`s book unlawfully disclosed classified information. New study indicates that extreme heat, wildfires and rising sea levels will disrupt the economy and U.S. communities. The City of Louisville reaches $12 million settlement with estate of Breonna Taylor.&gt;
&lt;Spec: Bob Woodward; Bill Barr; Breonna Taylor; Donald Trump; Joe Biden; John Bolton; Abuse; Climate Change; Coronavirus; Death; Disaster; Election; Environment; Fire; insurrection Act; Justice; Police; Politics; Poll; Protest; Science; Storm; Subpoena&gt;

NICOLLE WALLACE, MSNBC HOST: Hi there everyone, it`s 4 o`clock in the east with 49 days to go, before voters go to the polls. Guess who`s closing in on Donald Trump and threatening him with smoking gun evidence that he knew the coronavirus pandemic was a deadly scourge and yet lied about it to the American people.

If you guessed Donald Trump, then you guessed correctly. Here he is in a newly released portion of a taped interview with Bob Woodward admitting that the coronavirus was a deadly plague that could rip you apart.

(BEGIN VIDEO CLIP)

DONALD TRUMP, PRESIDENT OF THE UNITED STATES: This thing is a killer if it gets you. If you`re the wrong person, you don`t have a chance.

BOB WOODWARD, THE WASHINGTON POST REPORTER: Yes, yes, exactly.

TRUMP: So, this rips you apart.

WOODWARD: This is a scourge, and --

TRUMP: It is the plague.

(END VIDEO CLIP)

WALLACE: It`s a plague, that`s what Donald Trump acknowledged and said out loud in an on-the-record interview with Bob Woodward on April 13th. That`s when coronavirus was ravaging New York State and likely beginning its spread to other parts to United States. And here`s what he told the American people on that very same day.

(BEGIN VIDEO CLIP)

TRUMP: America is continuing to make critical progress in our war against the virus. Over the weekend, the number of daily new infections remained flat nationwide, flat. Hospitalizations are slowing in hot spots like New York, New Jersey, Michigan and Louisiana. This is clear evidence that our aggressive strategy to combat the virus is working.

(END VIDEO CLIP)

WALLACE: And it wouldn`t be long before Donald Trump would start tweeting against the stay-at-home orders his own government recommended and they`re urging his supporters in states like Michigan and Virginia to liberate those states.

However, we now know that he was privately telling Bob Woodward, who was writing a book, that the coronavirus pandemic was a deadly plague that could rip you apart.

The president`s lie to the American people including his own supporters is ongoing and with potentially deadly consequences for those supporters who attended his indoor rallies this week in Nevada. And it comes as the World Health Organization reports a record increase in new coronavirus cases.

The New York Times reports today, "President Trump and his campaign are defending his right to rally indoors, despite the private unease of aides who called it a game of political Russian roulette and growing concern that such gatherings could prolong the coronavirus pandemic".

Washington Post adds this, "Many around the president are acutely aware that a potential surge in coronavirus cases and deaths close to the election could be disastrous, that`s according to campaign and White House aides, but they are mostly bowing to Trump`s desire to pack the house".

Trump here at his own campaign event is the only person protected by social distancing as he gambles with the lives of his own supporters. The president, the plague and the liar in chief who is to this day, telling a different story to the public than the one he told Bob Woodward in private is where we start today with some of our favorite reporters and friends.

Former Democratic congresswoman Donna Edwards is here, plus New York Times White House correspondent with the byline on that story we read from Annie Karni is back. And former Obama White House health policy director, Dr. Kavita Patel is here.

First, Dr. Patel, on the public health violations at these two indoor rallies, it almost makes you cringe to see anybody standing that closely together, neither the Times nor the polls nor anyone at the White House suggested that anyone had been tested for coronavirus before admitted entry.

So, these were untested individuals packed like sardines not wearing masks. And the risk was not something the White House was unaware of, they made sure that Donald Trump didn`t get too close.

DR. KAVITA PATEL, MSNBC MEDICAL CONTRIBUTOR: Yes, and that brings up two critical issues. We already know from the July 4th Tulsa rally, there are direct links, not to just a prominent figures like Herman Cain who died from being at that rally maskless inside, but we know that at least 500 cases of coronavirus in Tulsa, Oklahoma were directly linked to attendance in that rally and that`s what we know of.

So, then you fast forward to what we just saw in Nevada, and candidly, it brings up a second theme that the president has no regard for anyone else but himself.

So, as long as he`s safe, the health of the public, despite numerous warnings from the state, local health officials and his own CDC who classifies that exact event as the highest of risks for coronavirus, and I`m not sure why any of us are surprised anymore because it shows the disregard for the over 1,700 health workers who have died in the line of duty to take care of people with coronavirus, and that number is climbing. And that parallels what we`ve seen about his regard for soldiers and families and service.

So, I would say all in all, he`s staying consistent, but it`s a -- it`s a pattern which is causing people to die.

WALLACE: You know, Annie Karni, Dr. Patel mentions the president denigrating soldiers. I saw some parallel there. You know, he thinks that soldiers who put themselves in harm`s way to serve the country are "Suckers and losers". I wonder what he thinks of his own rally goers if he won`t get close to them?

ANNIE KARNI, MSNBC CONTRIBUTOR: He made it clear that the person -- he was asked in an interview in Las Vegas after that indoor rally that he hosted, why is he doing this, and he said, I feel very safe, I`m at a distance, I`m on stage. And he didn`t even answer what about all of the people attending, that wasn`t even part of his answer, he answered from his own perspective, which is what these rallies are all about.

You have to wonder, people around him, as we reported this, as the Post also reported, are very concerned politically about what this gets him. They`re worried that another death like Herman Cain which appears to be tied to attendance at his rally or leaving a trail of super spreader events behind him as he travels the country campaigning will add up to voters distrusting him.

And you have to wonder what`s here and what I talked to -- yesterday when I was reporting that piece, it was the -- if you look at the big picture, his campaign is trying to save money so they`ve pulled down advertisements at different times in critical states. He`s trailing in battleground state polls to Joe Biden.

These rallies are no longer really carried in full on cable news but they are carried in full on local affiliates.

So, what the president`s focus here is, is an hour and a half of earned media, and the health risks, while it`s not something he wants, the indoor wasn`t his first choice, it`s secondary to the coverage.

WALLACE: Annie Karni, let me just press you on that though, because wasn`t it the president standing at the podium getting covered that delivered those fatal blows to his poll numbers? I mean, his approval rating on coronavirus compared to Joe Biden. I mean, Joe Biden almost doubles him in terms of public trust on coronavirus.

So if it`s -- just it always -- I always ask this question, no one ever knows the answer but who thinks that Donald Trump talking in a battleground state helps Donald Trump`s approval rating in said battleground state? Whose strategy is that?

KARNI: Well, the president thinks that and talking in front of a crowd support --

WALLACE: Ah.

KARNI: -- is something that -- first of all, he doesn`t talk that much about the coronavirus at these rallies. He talks about, we rounded the curve, which is an inaccurate statement. But he`s doing his riffs on Hillary. He`s doing what he wants do. It`s not like the coronavirus briefings in March where he was allegedly supposed to be briefing the country about the virus. These are free-for-alls.

And second, it`s sort of, I heard it described as a candidate management. This is -- this is oxygen in him. It makes him feel like he`s winning when he sees those crowds and it makes him feel better about the race. It gives him confidence that he`s in control of a race that he`s not really in control of right now.

WALLACE: You know, Donna Edwards, Annie uses this great line in here, aides call it a game of political Russian roulette. It would seem to me that it`s also -- you know, public health Russian roulette. I mean, anyone that walks in there without a mask and without being socially distanced in an indoor venue, I`ve not seen any reporting about ventilation requirements being demanded or adhered to. It would seem like Russian roulette would describe more than just a politics of these events.

DONNA EDWARDS, MSNBC POLITICAL ANALYST: Well, I`m not even sure about that because it`s not a game of chance. I mean, as Dr. Patel will tell you that if you are -- you know, standing next to somebody who is breathing on you and you`re yelling and screaming and you don`t have a mask on, that they can transmit coronavirus.

And you know, and I think the president -- I understand the president doesn`t care about me. I`m a blue state Democrat who is never going to support him. But what the American people and his supporters should know is, he doesn`t care about you. He doesn`t care that you get coronavirus. He doesn`t care that you can transmit it to your families. He doesn`t care at all. He cares about himself, but he doesn`t care about you.

And when you look at these rallies -- I actually cringe when I look at these rallies because I can almost see the particles, you know, spreading around in the air as people are gathered at these events.

And he flouts the law, he doesn`t care about his supporters and he is saying, you know, thumb your nose to the rule of law. Thumb your nose to

anybody who`s going to keep me from doing what I want, whether or not it
hurts you.

WALLACE: You know, Dr. Patel, can you just give us the reality check. I
mean, I read this morning that Israel is locking down for a second time in
that country as they have one of the highest infection rates in the world.
World Health Organization reports the highest one-day increase in global
cases. The vast majority of students in this country are learning remote
either all the time or some of the time.

And Trump this morning said that we`re, "Rounding the turn". I think he
meant to say rounding the corner but are we doing anything like that?

PATEL: No, I think that candidly, what we`re seeing in the United States is
still parts of the country are seeing some (INAUDIBLE) increases. And yes,
there are parts of the country stabilizing, but when Donald Trump says
we`re rounding the turn or rounding the corner, he`s giving people this
false impression that -- you know, a vaccine will be here soon and
everything will be perfect, our cases are down. He uses false statistics by
manipulating the case fatality rate which is inappropriate to even use to
describe deaths from COVID right now.

So, he manipulates the statistics and kind of bends it to its will but now
we`re already seeing as you mentioned, Europe is seeing a rise in cases,
and it`s also attributed in Europe to kind of a younger demographic who`s
going into bars and restaurants. And what did they do? They immediately
went -- they`re now talking about drastic lockdown measures. We don`t want
to do that in the United States again. We know that this is potentially
going to get worse.

So, what can we do? We can do exactly what Representative Edwards was
saying, masks. Things that we know that work protecting people who are
vulnerable.

So, just to level set, you`re right. We have the path to recovery ahead of
us. It`s not going to come from listening to Donald Trump. It will come
from listening to local county health officials working in concert with
people who actually care about opening this economy and recovery again.

WALLACE: Annie, I want to ask you about the tapes. There are 19 interviews
with Bob Woodward. We`ve heard maybe total six minutes of them. But what is
abundantly clear is that privately, Donald Trump was well aware of just how
lethal the virus was, just how widespread it was. He called it a plague. He
understood April 13th that it was a plague, that it wasn`t just going to
hit New York. And he knew and acknowledged to Bob Woodward that he was
lying about it to the public.

What is -- is the White House recalibrating anything or going back and
offering any revisionist history about what was going on?

KARNI: Not really, they -- I mean, on -- I think on the first really. First
day that the first excerpt came out, Kayleigh McEnany came out to the
Briefing Room and it kind of -- she kind of tried to mount a defense was --
it depends on what you mean by the word, like she was trying to say he was
being -- telling the American people that this was serious and he just
didn`t want to create panic, but he wasn`t lying.

But the more the tapes came out, the part you played at the beginning, more concerning to me than him going to the Briefing Room and citing statistics that they were taking care of it was those liberate tweets that came as he was saying, this is fatal if the wrong person.

WALLACE: Right.

KARNI: And then, he`s encouraging supporters to go out and expose themselves, potentially expose themselves to the virus. That`s different than simply trying to put the best spin on your administration`s response.

And that falls into the same bucket of what we were talking about earlier which is that he saw those liberate tweets in Democratic states as politically helpful to him and that Trump, the safety of his own supporters by send -- encouraging them to get out there.

WALLACE: You know, Donna, I want to underscore Annie Karni`s point, and you made this a moment ago. Donald Trump has been paying deposits into the; don`t believe your eyes, don`t believe your ears bank for four years and he`s pulling them out now.

He has been telling everyone that what Annie writes and her colleagues is fake. He`s been telling every -- he`s been attack -- and he -- it all makes sense now why he has been on this maniacal, obsessive media campaign for four years, because now, he needs his supporters to be willing to die for him.

I mean, this is all sort of adding up. I mean, he needs them not to believe the CDC, not to believe the New York Times, not to believe Dr. Patel, not to believe statistics from his own executive branch of the government. He needs them to not wear a mask because he wants them all to be actors in his charade that he hasn`t botched the greatest threat to this country in its history.

EDWARDS: Well, and that`s why he needs to have these outdoor rallies, as though somehow he can conduct himself as though nothing is happening. This is just like the 2016 campaign, you hold a rally, you get people excited, they`re not wearing masks, they defy state law and he feeds on that.

And so, he`s actually -- you know, gotten to the point now where when -- you know, these interviews where his supporters are asked about even the existence of a coro -- the coronavirus.

I mean, I heard a little 6 or 7-year-old boy say, oh, it`s no worse than the flu. I mean, he just got that from Donald Trump and his parents.

And so, I think that this sort of creating a different kind of reality is the only thing that he has now that can get his people to the polls, and he`s hoping that that can carry him through Election Day. I just don`t think it`s going to work for the American people.

By Friday, we probably are going to reach the horrible, horrible marker of 200,000 Americans who are dead. I don`t know what other symbol there is that quantify how just dangerous and disastrous and deadly this president has been.

WALLACE: You know, and Dr. Patel, it brings us to a conversation about the vaccine. I think there`s universal hope and optimism that science is able to deliver a vaccine. I think there is equally universal hope and optimism that it will be transparent, that it will be vetted and that it will be on a schedule determined by science and public health, not politics. Donald Trump has made that impossible. His comments about the vaccine, his comments about hydroxychloroquine, his refusal to wear a mask, his refusal to social distance, his refusal to ban indoor events. If he were to be on the up and up about the vaccine, it would be the first and only thing that he`s done that`s tied to the science.

PATEL: Yes, and that`s the concern. You`ve already seen the interference with the regulatory nature of the government with convalescent plasma, hydroxychloroquine, and there are probably other examples we are not aware of.

I think the critical issue with the vaccine is, you know, with -- you`ve got Donald Trump`s own political kind of appointees, you know, Michael Caputo, who`s a Roger Stone ally and a conspiracy theorist from the beginning. You`ve got someone who is already setting the stage to undermine scientists, first within the CDC but next it will be the FDA.

The one thing I would say to viewers that`s giving me confidence that the FDA is doing its job is not just the dedicated staff that are there who are hanging on, I`m sure, kind of by their fingernails. But the fact that in the United States, the AstraZeneca trial, one of the leading vaccine manufacturers, is still currently on pause likely related to this severe adverse reaction in the U.K.

The U.K. resumed trials, but the United States is still reviewing and has not resumed that vaccine trial which offers some hope that the scientists will prevail.

But you`re absolutely right, Nicolle, we should not let our -- you know, metal off the gas in terms of keeping up the accountability we expect and the transparency from the scientists and the -- and the vaccine manufacturers themselves.

WALLACE: Annie Karni, Dr. Patel mentioned the Roger Stone protege who is the most senior communications official at the Health and Human Services Department. We started the 5:00 hour yesterday with your paper`s extraordinary reporting on his accusation that there were members of the CDC who were committing sedition. His claims that the shooting will begin, all sorts of incredibly disturbing things that your paper reported. Is there any update on his status? Is he still employed by HHS and Donald Trump?

KARNI: I think that`s fast moving and will be settled by the end of the day. I saw a Politico report just before I came on the program that he was -- had apologized to staff and was taking something sort of mental health break.

So, it sounds like -- it sounds like all sides are working out a what could be a graceful exit under these circumstances. I don`t know if that`s temporary or full, but it sounds like it`s clear that him remaining in his

position is not feasible for anyone.

WALLACE: All right, we`ll keep an eye on that. I`m sorry to put you on the spot. Annie Karni, Dr. Kavita Patel. Thank you both for spending some time with us. Donna is staying with us.

When we come back, John Bolton`s book has been on the shelf for 12 weeks now. But today, Donald Trump`s Justice Department has opened a criminal investigation into the publication of that book. Why they are doing that now?

And fires raging out west, hurricanes battering the east, an Antarctic glaciers now breaking free from their restraints. More and more and more evidence emerging that the earth is crying out for urgent attention. How climate change can`t escape presidential politics this year. We`ll talk about that.

Plus, breaking just a short time ago, the family of Breonna Taylor gets an important first step with the city of Louisville over a botched police raid that led to her death. We`ll bring you the emotional announcement, what comes next and talk about the changes that tragedy has brought forth. All those stories coming up.

(COMMERCIAL BREAK)

WALLACE: There is no shortage of books from former Trump aides criticizing his leadership. But no book received the level of vitriol and even legal attention like the one written by former national security adviser John Bolton.

Bolton`s book was published after an attempt by the Trump administration to block it, failed. But now, the Department of Justice has opened a criminal investigation into whether Bolton unlawfully disclosed classified information.

From The New York Times report today, "The department has convened a grand jury, which issued a subpoena for communications records from Simon & Schuster, the publisher of Bolton`s memoir The Room Where It Happened. In the book, Bolton delivered a highly unflattering account of his 17 months in the Trump administration".

Bolton`s lawyer Chuck Cooper responded with this statement, "Ambassador Bolton emphatically rejects any claim that he acted improperly, let alone criminally, in connection with the publication of his book, and he will cooperate fully as he has throughout, with any official inquiry into his conduct.

Joining us now, New York Times` Washington Correspondent Mike Schmidt, author of the new book Donald Trump versus the United States, which covers in part the Bolton era and former top State Department Official Rick Stengel is also here.

Mike Schmidt, you write about Bolton, you write about the whistleblower and you covered for the Times the back and forth over the prepublication process with his book. I thought I had read that he received prepublication clearance from a senior official in the National Security Council. Is that

not how it went down?

MICHAEL SCHMIDT, MSNBC NATIONAL SECURITY CONTRIBUTOR: No, and that would probably be the central argument of the Bolton defense in any case like this, whether it was making the case to the Justice Department that there was no case to be brought or if some day they would actually found themselves in court, is that Bolton basically believes that he got approval for this from a senior career official at the White House who deals with the prepublication review process.

Now, just to explain this, if you work in government, and you want to write a book, you have to go through this process to write it to basically publish stuff from your time in government.

So, the question here is that did Bolton go against the government saying no, you can`t publish this. And what I think Bolton and his lawyer Chuck Cooper would probably say is that they received this approval early on from someone from the senior State Department official -- I`m sorry, senior administration official.

And more to the point, it was only after the president realized that there would be damaging disclosures about and did they then try and classify the information and box Bolton in from publishing it.

WALLACE: Mike, when you first reported that Donald Trump wanted to use the Justice Department to prosecute his perceived political enemies, people like Hillary Clinton and Jim Comey, it was a big scoop. It is now essentially the policy of the Barr Justice Department.

I mean, how much of this is just out in the open, Donald Trump wanting to punish someone that he probably views as being disloyal? And Barr going along with it because that -- from the outside, seems to be how Barr rolls?

SCHMIDT: Well, sort of remarkable and I write about this in the book about these memos that were written in April of 2018, sort of early on in the administration by the White House counsel Don McGahn that basically told the president that if you even appear to be meddling in the Justice Department`s work, then you could face immense consequences. You could be voted out of office. You could be impeached. People at the Justice Department could resign. You`re never going to be successful if you try and do this.

And the funny thing is, is that despite being told this, the president continued to try and meddle in the Justice Department work, especially even just talking about it. And that`s the thing that I think people lose sight of.

Is that by the president and the attorney general and different instances talking about investigations, they create the perception of an impropriety. It creates the perception that the most powerful person in the executive branch is putting pressure on the Justice Department to do the things that he wants done politically for him.

So, even if a case is made based on the merits, there are questions about it because the president has weighed in. There`s a reason why previous presidents were counseled against weighing in about investigations because

it taints the perception of them.

WALLACE: You know, Rick Stengel, I interviewed John Bolton when his book came out. And I specifically asked him if he had concerns about Bill Barr. His answer was no, but I think that meant he probably did and was trying to publicly curry some sort of -- I don`t know, favorable public report with him.

But Bill Barr is implicated in John Bolton`s book as one of the people -- you know, when you`re the national security adviser and you pull the fire alarm, not many people that are going to come. But one of them it would appear Bolton thought might have been the attorney general who he called when he had concerns that the president`s foreign policy had been corrupted by either personal business alliances or other personal interest with Turkey and China.

I mean, should Bill Barr have anything to do with the criminal prosecution of John Bolton?

RICK STENGEL, MSNBC POLITICAL ANALYST: No, he has a conflict of interest, and I`m sure Bolton didn`t imagine that this would be the kind of end game.

Let me just say, I have reservations about Bolton doing the book and not testifying about impeachment for the House impeachment inquiry. That was not a profile in courage and I have a problem with that.

But I went back. I knew we were going to be talking about this today. I went back and looked at the guidelines because, (INAUDIBLE) I was -- you know, I followed the same guidelines for my book which was came out after I left the Obama administration. And they are guidelines. They are -- they are -- they are not rules or laws. It`s a subjective choice. They say that it`s voluntary for you to submit your book or your manuscript to your agency, whether it`s National Security Agency, or the State Department. I remember when I submitted mine, I just submitted those parts that I thought might be a problem.

They get back to you with suggestion. I think it`s very, very clear here, and Mike was alluding to this, is that the Trump administration was using this as a way of delaying or perhaps ending the publication of Bolton`s book, the NSC had approved it. Then the White House went back for review. I think one of the things that Bolton`s lawyer will say in court is that this was far from a good faith effort on the part of the administration to look for classified material.

And finally, by the way, I would really trust John Bolton, more than some, you know, either Justice Department official or some low-level White House official to know what is a National Security matter, rather than what they think it is.

WALLACE: So, Rick, on this question of classification, I mean, to help people understand this, I read the book, I mean, it -- and here`s what Donald Trump said, I told the A.G. before, I would consider every conversation with me, as president, highly classified. That is not the standard for classification. Now, we know when he`s extorting the president of Ukraine, that conversation isn`t just classified, it`s put into a server, saved for literally operational intel. I mean, they have a very

loose and subjective relationship with classification. Can you -- can you
talk about that factor?

STENGEL: Yes. So, in the role that Bill Barr is playing, which is the Roy
Cohn role for Donald Trump, Bill Barr believes that executive privilege
protects every single thing the President does, every interaction that the
President has with somebody else. And by the way, Donald Trump agrees with
that. But in this case, what it -- what it -- what Trump thinks, is
classified, is information about me, which shows that I am lawless and not
following norms. That`s what he thinks is classified. Again, I read
Bolton`s book, which I found incredibly damning, in part, because it`s
first person --

WALLACE: Yes.

STENGEL: I witness of the chaos and lunacy and ignorance that Donald Trump
displays day in and day out. Well, that is exactly what Donald Trump thinks
is classified material, firsthand observations of his own ignorance and
betrayal of the American people.

WALLACE: Mike Schmidt, last question, they convened a grand jury, does that
mean they`re taking evidence and trying to indict John Bolton? What does
that mean?

MICHAEL SCHMIDT, MSNBC NATIONAL SECURITY CONTRIBUTOR: Well, they served a
subpoena and usually, the only reason you serve a subpoena is to get
evidence to determine whether a crime was committed. So, they`ve opened up
an investigation and they obviously believe they`ve cleared the threshold
to determine whether a crime was committed and want to get as much evidence
as possible to figure out if there`s a violation of the law. It`s a pretty
straightforward thing.

This is not too dissimilar from previous cases in which we`ve seen
government officials that have been investigated for how they handle
classified information. If here`s like that is the approach that the
Justice Department is taking here. Now, what you could see, and you`ll
probably likely see, is that the Bolton side and the publisher side of this
are going to fight these subpoenas and will go to court to quash the
subpoenas. And there will be an extended legal argument about that. That`ll
play out probably for many, many months.

WALLACE: Unbelievable. Mike Schmidt, thank you for spending some time with
us on this story. Rick is staying put. Up next, wildfires, extreme heat,
rising sea levels, all disrupting and impacting our very way of life and
where we live, we`ll talk with a reporter who mapped out the danger zones
and tell us how these areas are closing in on Americans. Don`t go anywhere.
That`s next.

(COMMERCIAL BREAK)

WALLACE: For anyone with breaking news alerts enabled on their cell phones,
the last 24 hours have felt like a cascade of seemingly apocalyptic
climate-related events. For starters, we`re now tracking two natural
disasters. First, Hurricanes Sally, which could batter the Gulf Coast with
historic rainfall over the next 48 hours. It`s one of five named storms
currently in the Atlantic. It`s only the second time that`s happened.

And second, those wildfires we`ve been covering here which have decimated the western United States, destroying some 4 million acres and killing at least 36 people that we know of. On top of all that, there`s this from the Washington Post quote, two Antarctic glaciers that have long kept scientists awake at night, are breaking free from the restraints that have hemmed them in, increasing the threat of large-scale sea-level rise.

And as ProPublica points out in their latest report, the fact that all of these things are happening at once is not bad luck. It`s science. Quote, according to new data from the Rhodium Group analyzed by ProPublica in the New York Times Magazine, warming temperatures and changing rainfall will drive agriculture and temperate climates northward, while sea level -- while sea level rise will consume coastlines and dangerous levels of humidity will swamp the Mississippi River Valley.

Taken with other recent research that shows the most habitable climate in North America will shift northward and the incidence of large fires will increase across the country. This suggests that the climate crisis will profoundly interrupt the way we live and farm in the U.S.

Joining us now, ProPublica senior environmental reporter Abrahm Lustgarten, and lucky for us, lucky for me, Rick is still here. I read this report, and I hope we have some of the graphics that go with it. It`s disturbing. It`s startling. And for you, it was personal. You`re looking at where you live in the San Francisco Bay Area, which is my hometown, and between the fires and the rising sea levels. It`s not just something you cover. If you could talk about your reporting.

ABRAHM LUSTGARTEN, SENIOR ENVIRONMENTAL REPORTER, PROPUBLICA: Yes, thank you. You know, I began working on this project about two years ago. And for the last year, so I`ve been focused on, you know, demographic change and how people will respond to changes in climate, how those changes in climate will force people to move. And the climate caught up with me. I live here just north of San Francisco and we`ve had increasingly difficult fire seasons, the last four, five years in a row, obviously now, as we all know, it`s about as bad as it`s ever been.

And we`ve had to contend with that in the midst of finishing up this research, but it began with a much broader picture of, you know, how future change is really going to transform not just California but many regions across the country. And when you start to look at all of these problems all together, you start to see that you know, really there`s very few places that will be left untouched.

WALLACE: Abrahm, let me read the first paragraph of one of these reports. You write, August besieged California with a heat unseen in generations, a surge in air conditioning broke the state`s electrical grid, leaving a population already ravaged by the coronavirus to work remotely by the dim light of their cell phones. By mid-month, the state had recorded possibly the hottest temperature ever measured on earth, 130 degrees in Death Valley, and an otherworldly storm of lightning had cracked open the sky.

From Santa Cruz to Lake Tahoe, thousands of bolts of electricity exploded down onto withered grasslands and forests, some of them already hollowed out by climate-driven infestations of beetles and kiln-dried by the worst

five-year drought on record. Soon, California was on fire. We have a president who thinks California is on fire because they don`t sweep their forests. The federal government, I think, owns upwards of 57 percent of the forest lands there.

So, maybe he should bring a broom next time. But just talk about how California needs a lot more than forest management, needs to start an agreement about what the problem is, no?

LUSTGARTEN: Yes, absolutely. I mean, what`s so disappointing about the President`s remarks is that it, you know, shows just not just a lack of familiarity with the science, but it`s basically a rejection of that science and, you know, and a conflation of issues. And what we hear and know about various ways in which climate change is happening is that, you know, it exacerbates existing problems and amplifies existing problems. So, it`s not untrue to say that forests need to be managed better.

I mean, that is certainly part of -- part of the problem. But it is not true to focus on that as the sole cause or even, you know, a predominant cause. And what you see in California is the temperatures are hotter, the drought is making fuels, more susceptible to burning, the winds are stronger, and more so, I mean, we`re seeing right now that this long predicted change is upon us, but the papers, the academic research that I`m reading, says that what we`re experiencing this year is really just, you know, sort of the tip of the changes that are to come.

You know, that over the next 20 years, fire weather is going to be 20 percent more frequent right here where I live, where it`s already difficult this season to cope with this, you know. So, the science says this is going to get a lot worse. The science says that what we do about climate right now determines how much worse it gets.

WALLACE: You know, Rick Stengel, we`ll never know if the fires and the weather have thrust climate change into these final 50 days of the presidential election, but they`re there. And I`m reminded through the ProPublica reporting that for Iowa caucus goers, climate change was the number two most important issue driving them out to the caucuses after just health care. Talk about the speech Joe Biden gave this week, the comments Kamala Harris has made and the insertion of this issue in a more urgent way.

STENGEL: Yes, I mean, you brought up a very good point. And I saw that in the New York Times poll the other day, that this issue, Biden scores way ahead of Trump, obviously, who is a flat-earther when it comes to the environment. But Biden gave a very powerful speech, talking about a $2 trillion investment that his administration will make in clean energy and combating greenhouse gases. And I mean, the scale of it is mind-boggling because the threat, of course, is existential.

And the thing that I don`t quite understand, Nicolle, about allegedly pro market Republicans is this -- is that the new energy market, a green energy market, is the biggest market in the history of the world. It`s a multi trillion-dollar market. That`s where all the jobs will come from. That`s where all the manufacturing will come from in the next 20 years.

And the fact that the Republican Party has become the flat earth party and

is investing in coal, where jobs are decreasing, and already, there are
more jobs in solar energy than there are in the coal business is such a
backward-looking thing. And the -- and the tragedy of all this is that at
the moment that we should have been moving forward and embracing clean
energy and combating greenhouse gases, we have a president who`s looking
backwards to the 19th century.

And it really -- it will really be a, you know, I hope, the effort of
President Biden to try to accelerate this because, you know, we`re behind
the eight ball with this and it`s -- and it`s tragic.

WALLACE: So, I don`t remember the last time that an endorsement from a
scientist counted as, sort of, breaking political news, but hang on,
because I`ve got this for you, Rick. Biden was endorsed by the Scientific
American in that publication`s first political endorsement in 175 years. I
think the point here might be, and Abrahm`s reporting bears this out, that
this isn`t a, you know, a policy area or maybe you read up on it and it
becomes important to you.

We are living this. We`re living -- I don`t know where you could live,
where you have more outages, more floods, more heat, more fire, more risk
than ever before, to not understand that no matter your party, no matter
your gender, no matter your income, we are all hostages to an urgent
problem that no one`s done anything about. What is the, sort of, the
urgency that a scientific publication, Rick, would make its first
endorsement in 175 years? If it`s not that?

STENGEL: Well, I think, first of all, the name of the publication, which is
a great American publication, Scientific American. And you have one
president, one candidate for president, that President who doesn`t actually
believe in science. So, that`s probably not very good from the perspective
of the -- of the scientists and the journalists who run Scientific
American. But I think they`re recognizing that this is an absolutely
existential crisis, not only for Americans, but for everyone in the world.

I think that it was mentioned in the great ProPublica story that Abrahm did
and the way he worked at the ProPublica has done over the last 4 years, is
that one out of two Americans over the next 5 or 10 years is going to have
a clear and threatening decline in the environmental quality of their
lives. I mean, that`s just extraordinary. I mean, that`s an emergency.

And a -- and a president who was responsible, a president who was looking
after all Americans would be exercised about this and doing something about
it, other than talking about raking leaves, which is a good job for Donald
Trump after he leaves the White House.

WALLACE: Abrahm and Rick. Abrahm, congratulations on the reporting. It
really is a stunning piece of --

LUSTGARTEN: Thank you.

WALLACE: -- journalism. Thanks for sharing it with us. Rick Stengel, thank
you as always for spending some time with us here. We`ll head to Louisville
on the other side of the break, where a deal has been reached in the death
of Breonna Taylor. Her mother is out with a reminder today though not to
lose focus, they are still fighting for justice for Breonna. We`ll bring

you all that reporting just ahead.

(COMMERCIAL BREAK)

(BEGIN VIDEO CLIP)

TAMIKA PALMER, MOTHER OF BREONNA TAYLOR: As significant as today is, it`s only the beginning of getting full justice for Breonna. We must not lose focus on what the real drive is. And with that being said, it`s time to move forward with the criminal charges because she deserves that and much more. Her beautiful spirit and personality is working through all of us on the ground. So, please, continue to say her name. Breonna Taylor.

CROWD: Breonna Taylor.

(END VIDEO CLIP)

WALLACE: Say your name. Breonna Taylor. That was her mom, Tamika Palmer. Breonna Taylor, who was killed in March, when police officers came into her apartment at night, executing a search warrant. Taylor`s boyfriend mistook the officers as intruders and a gunfight ensued. Taylor was shot and killed at the age of 26. Her story, her life, her death, has sparked months of protests and her name has become part of the national call against police brutality.

Today, the city of Louisville reached a settlement with her family, agreeing to pay the family $12 million and to institute several police reforms. But as you heard there from her mom, the family is still waiting for justice to be had, calling for the officers to be criminally charged. Joining us now is my friend and colleague, NBC News correspondent Cal Perry, who has been on this story for months, our friend, former Congresswoman Donna Edwards is still here. Cal, take me through how we got to this point and what the prospects are for what her mother is hoping for criminal charges.

CAL PERRY, NBC NEWS CORRESPONDENT: Well, we knew the city had to settle at some point, certainly a landmark settlement when it comes to the monetary value. But landmark also, because of some of those reforms. You look at two of those reforms in particular, a credit for police who will live in this city, not enough police live in the city that they police. It`s a major problem here in Louisville. It`s a problem in many cities around the country. The other thing is a supervisor will now need to sign off on some of these warrants.

It was a bad warrant. The family lawsuit actually says the person that was listed on that warrant that police were looking for, was already in police custody. So, now we look at the grand jury. The NBC investigative team knows that this case is now in the hands of a grand jury. The city here is waiting for the grand jury to come out with some kind of ruling, they`re obviously hoping for criminal charges. But in Kentucky law, it`s going to be very difficult. There is a stand-your-ground law.

We know that the three police officers, one has already been relieved of duty, but two are still on some kind of administrative leave. So, well, today is certainly a good day for the family, it`s certainly a good day for the activists who have been here for over 100 days, the attention will now

turn to that grand jury. And I think a lot of people are worried that charges won`t be brought and what we`ll see is a return of massive protests here in the city, Nicolle.

WALLACE: Donna Edwards, you know, you and I are together for so many of these stories. And whenever I see a mom whose child is no longer here, son or daughter, it is soul-crushing, but these families are keeping up the fight and it seems like the most important aspect here. Because the fight isn`t over, the cause isn`t over, the movement isn`t over. How important is it in these final days of a presidential campaign?

DONNA EDWARDS, MSNBC POLITICAL ANALYST: Well, you know, I mean, first of all, when I hear the pain of Breonna Taylor`s mother, really continuing to seek justice for her daughter, and I think that has had a -- this Breonna Taylor`s killing and all of these have had such a tremendous impact on our psyche and on our politics and really, you know, and looking at Breonna`s face and her smile, and she smiles with her eyes. And I think that we should all remember that for her and continue to seek justice.

And I don`t think justice will be properly served unless there is an indictment and subsequent prosecution of these officers.

WALLACE: Cal Perry, we`re lucky that you are down there, that you`ve stayed on this story for us. We will continue to follow it. Thank you for spending some time with us. Donna Edwards, our thanks to you always for spending so much of this hour with us. When we come back, Trump is not letting up on the rigged election talk, rigged by him it would appear, the dangers of what he and his allies are doing, when the next hour of DEADLINE: WHITE HOUSE starts after a very short break. Don`t go anywhere.

(COMMERCIAL BREAK)

(BEGIN VIDEO CLIP)

JOE BIDEN (D), PRESIDENTIAL CANDIDATE: My single greatest concern. This president`s going to try to steal this election. This is a guy who said that all mail-in ballots are fraudulent. Direct voting by mail, while he sits behind the desk in the Oval Office and writes his mail-in ballot to vote in the primary.

(END VIDEO CLIP)

WALLACE: Hi again, everyone. It`s 5:00 in the East. Joe Biden is finally doing what we all should have been doing all along, taking Donald Trump, literally. Donald Trump, who has made no attempt to steal the upcoming election in the dark of night. He has urged his supporters in North Carolina to commit felony voter fraud by voting twice. Donald Trump, who on Friday, told Jeanine Pirro, he will use the Insurrection Act.


THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.
END

<Copy: Content and programming copyright 2020 MSNBC.  ALL RIGHTS  RESERVED. Copyright 2020 ASC Services II Media, LLC.  All materials herein are

protected by United States copyright law and may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of ASC Services II Media, LLC. You may not alter or remove any trademark, copyright or other notice from copies of the content.>

&lt;Show: DEADLINE: WHITE HOUSE&gt;
&lt;Date: September 15, 2020&gt;
&lt;Time: 17:00&gt;
&lt;Tran: 091502cb.452&gt;
&lt;Type: Show&gt;
&lt;Head: DEADLINE: WHITE HOUSE for September 15, 2020, MSNBC&gt;
&lt;Sect: News; Domestic&gt;
&lt;Byline: Nicolle Wallace, Jonathan Lemire, Joyce Vance, Jason Johnson,
Julia Ainsley, Lipi Roy&gt;
&lt;Guest: Jeff Merkley, Jennifer Palmieri&gt;
&lt;High: Biden campaign is creating a legal war room and prepares for a fight
over voting and legal showdown over November election. President Trump
steps up rhetoric about rigged election by the Democrats. President Trump
uses fear to acquire and keep power as he threatens to put down Election
Day protest quickly. Trump aide warns of armed revolt and sedition. Dry and
gusty conditions spark new wildfire front in West. Sen. Jeff Merkley (D-OR)
is interviewed about President Trump denies climate change while witnessing
historic wildfires as he blames wildfires on poor forest management.
President Trump dismisses science as wildfires rage across West.&gt;
&lt;Spec: Politics; Democrats; Republicans; President Trump; Trump
Administration; Attacks On November Election; Joe Biden; Legal War Room;
Legal Showdown; November Election; Election Day; Rigged Election; Mail-In
Ballots; Armed Revolt; Sedition; Climate Change; Hurricane Sally; Dry And
Gusty; Weather; Wildfire; Jeff Merkley; Historic Wildfires; Poor Forest
Management; Science; Renewable Energy&gt;

NICOLLE WALLACE, MSNBC HOST:  Donald Trump, who used the military and
federal law enforcement to clear mostly peaceful protesters in Lafayette
Square outside the White House has shown a willingness to use the military
on his perceived political opponents.

And he`s got Bill Barr who has shown a willingness to bend the rule of law
around Donald Trump`s crude and extra judicial whims. So, Joe Biden is
traveling the only path available to him, preparing for a legal showdown,
the likes of which this country has never seen before.

From the Associated Press reporting on that effort quote, Trump in recent
months has sought to preemptively cast doubt on the election warning that
the expected surge in mail in ballots because of the coronavirus pandemic
will lead to massive fraud and could open the door to foreign countries to
print their own fraudulent ballots. There is zero evidence of this
happening.

And the A.P. quote`s Bob Bower, senior adviser to the Biden campaign is
saying quote, notwithstanding Donald Trump and his Republican allies`
hallowed threats and constant misinformation, election officials around the
country are working tirelessly to hold a free and fair election and we have
an extraordinary national team in place to ensure that every eligible voter
is able to exercise their right to vote and to have their vote counted.

This is the kind of effort that Americans in both political parties used to
undertake in emerging democracies. You know, far away. But it`s now
necessary here in America because the current president has done so much
damage to our democracy that he has literally called into suspicion the
result of an election that hasn`t happened yet.

As New York Times columnist Jamelle Bouie puts it in a new column quote, Trump would like to obtain a proper victory but it`s clear he`s not counting on it. That is why the most visible aspect of Trump`s campaign for continued power is his attack on the election itself. If he doesn`t win, he says, again, and again, that the outcome isn`t legitimate.

Joining our conversation, White House reporter for the Associated Press, Jonathan Lemire, plus professor of journalism and politics at Morgan State University and a contributor for the Grio, our friend Jason Johnson is back. And former U.S. attorney Joyce Vance is here.

So, you know, hanging a lantern around my own history, I was part of the 200 Florida recount, Jonathan Lemire, but it sounds like, what Trump is waging and what Democrats are preparing for is a national effort to demand recounts, to legally challenge absentee ballots, to go looking for other ballots in states where he`s close. How much of this is operationalized, Jonathan Lemire underneath Donald Trump`s public utterances

JONATHAN LEMIRE, NBC NEWS POLITICAL ANALYST, A.P. WHITE HOUSE REPORTER:  We all, of course remember, Nicolle, the drama that unfolded day-to-day in 2000 in just recounting one state. And we may and it won`t be 50, but we may be looking at quite a few this November. Cross all the battlegrounds and even some states that might just lean one way or the other right now in those polls.

And this is a coordinated all-out assault from the president. And he`s ratcheted up his rhetoric on this idea, the unfounded idea that the election will be rig. The Democrats will try to steal it with their mail-in voting. I travel with him this weekend and Saturday night in particular, in a small town outside of Reno where he had a rally in Nevada, he hammered this home. Basically saying the only way he said, the Democrats could win this election would be if they rig it.

He went out on along screed against the governor of the state. One that he blamed for not letting him have the rallies where he wanted. And I should note which led him to having an indoor rally, Sunday night just outside of Las Vegas. One that we will probably in the weeks ahead be watching carefully to see if that was indeed a super spreader event for COVID-19.

But suggesting that this man, the Governor was so biased in his efforts to prevent the president from campaigning therefore he shouldn`t be trusted to oversee the largely mail in balloting in that state. And we had heard him make this refrain over and over, as of course. So many states are turning to mail in voting this time around amid the pandemic.

North Carolina, because it was the first to battleground to embark in early voting has received more attention from the president. But there are plenty of others and they are indeed. As much as the Biden camp is ramping up their legal team and prepared for challenges, try to safeguard voter`s ability to cast their ballots, the president and his campaign are doing the same.

And they will have also an army of lawyers ready to perhaps defend ballots but also to challenge them. And we may be, indeed, looking for a very messy and protracted not election night but election weeks at the beginning of early November

WALLACE:  I want to read this to you, Joyce Vance, because I don`t want to
play it. I`m already anxious about amplifying these lies. So, this is just
a sampling of what Donald Trump has been saying. This will be in my opinion
the most corrupt election in the history of our country. August 17th in
Wisconsin, the only way we are going to lose this election is if the
election is rigged. September 8th in North Carolina, be poll watchers when
you go there.

Watch all the thieving and stealing and robbing they do. September 12th in
Nevada, the Democrats are trying to rig this election, because it`s the
only way they are going to win. September 15th, on his favorite show, Fox
and Friends, you are going to see something with the ballots, you`re going
to see corruption like you`ve never seen, (inaudible) rig election.

Joyce Vance, Ben Ginsberg, who is a longtime Republican campaign lawyer and
election expert was out with an op-ed last week. We are happy to have him
here when he says that widespread election fraud isn`t a thing. James Baker
and Jimmy Carter looked at it after the 2000 Florida recount and found that
wild spread voter fraud, rigged elections are mercifully and until Donald
Trump not a thing in this country.

What is a thing, what is a crisis is disinformation and misinformation and
siloed chains sort of information echo systems. This is just a sampling we
found today. Donald Trump has been hard wiring his base of supporters to
believe that the outcome of the election will not be legitimate for many,
many months. What is the antidote to that?

JOYCE VANCE, MSNBC CONTRIBUTOR, FORMER FEDERAL PROSECUTOR:  You know, the
antidote is early vaccination with the facts. For starters, Nicolle, it`s
very telling that Trump says he won`t believe in the results of the
election if he loses. He`s not making a pitch that there`s a fraud problem
with the election. He`s simply saying that he`s a sore loser and that if he
doesn`t win, he wants all of his followers to refuse to believe in the
result of the election.

So, what are the facts that we should be looking at? In 2017, Trump created
a commission that was searching for voter fraud and that commission had to
fold because they simply couldn`t find any significant voter fraud. In
2016, one in four ballots in this country were cast by mail. There were not
systemic problems with fraud. Our military, our service member`s overseas
and their families, they vote by mail. There`s no evidence of fraud.

This is simply another example of the president engaging in projection and
in outright lying about what elections look like and how they are held.
Americans can have confidence that this election can be held fairly that
they can have confidence in the results but the important thing now is to
counter act as you point out correctly, the president`s fake narrative to
not give it any additional life and to always introduce the evidence the
fact that fraud doesn`t exist. That it`s not a problem when Trump tries to
complain about election results before they take place

WALLACE:  You know and Jason Johnson, they have tied the election result to
violence. I mean, two of Donald Trump`s closest allies, Mike Caputo, who is
going through something emotional or psychological, it would appear based
on The New York Times reporting of his public statements. Told people to

arm themselves and get ready after the election.

And Roger Stone, and again, I`m reluctant to play this, but Roger Stone is talking to Alex Jones of the Sandy Hook hoax scandal for which he was sued about Donald Trump declaring marshal law. These are comments that are so -- they`re whacky but they`ve got the power of the president behind him because they are two of his closest allies.

Jason, we`re going to fix your audio but I`m going to take that to you Jonathan Lemire, I mean, how often do Donald Trump`s allies who all had to lawyer up to sort of wade through the legal morass that was the Mueller probe? Both Mr. Stone and Mr. Caputo. How often do they go rogue? I mean, it`s clear that they are calling for violence in a way that Donald Trump is entirely comfortable with, is anyone sought do hold him accountable or warn him against doing that?

LEMIRE:  Nicolle, we`re in a new place here. I don`t think there`s any question of that. These are indeed as you say, close Putin allies, confidants of the president. Perhaps not as tight as they used to be they are sort of members of the original campaign back in 2015, but certainly people as we know. The president of course, commuted Roger Stone`s sentence just a few months ago.

This is someone who is still very much in his orbit, who goes to that for the president and maybe at times can be half step ahead of where the president wants to be but usually not too far. And I think we are seeing here, it`s all part of this larger package. It`s sowing doubt on the election result. It`s suggesting that America should have winner that night.

Let`s take a minute and pause on that for a second, but of course, we know that because so many states are going to do mail in voting, it will take longer to count those results. And the ballot that are cast in person on Election Day will be done quicker. Now, the president, of course, is urging Republican, urging his voters to go to the polls that day while Democrats out of concern for health are urging mail-in balloting.

So therefore, there`s a real scenario where on election night, Donald Trump, as the East Coast or even the West Coast goes to bed and we don`t have a definitive result, Donald Trump will be winning and there`s a chance and the Democrats and the Biden campaign are worried about this, that he may therefore declare victory, prematurely declare victory before any other organization, including the Associated Press would do so.

And therefore try to delegitimize any ballot that comes in after that suggesting that these mail in ballots are fraudulent. And I think that is part of why there is such concern. We heard these think tanks try to game out scenarios as to what can happen after the election and outside of a Biden landslide, there`s a belief that there could be the real potential for some violence in the streets afterwards, we certainly hope not. But it goes to show the president and some of his closest political allies are stoking that talk. And that`s something that -- not just Democrats but all of us should be concerned about.

WALLACE:  Jason Johnson, I want to come back to the question I asked you about, because Donald Trump has made law and order and lawlessness

essential campaign issue and he has sought unsuccessfully if you accept the public polls that are out this week to depict a future America run by Joe Biden as the threat. It is the current America run by Donald Trump that is the threat and it is Donald Trump and his closest communications allies who are stoking violence.

You know, my question was to get you on the record of whether we`re paying close enough attention and whether we`re fortifying ourselves and whether we are maybe for the last and final time right to sort of call out for a guardrail or for someone to say, listen, Donald Trump`s going to delegitimize the election. He`s going to say reckless things. He`s going to urge his voters to commit felony voter fraud but there should be a bright red line at inciting violence.

JASON JOHNSON, MSNBC CONTRIBUTOR, POLITICS EDITOR, THE ROOT.COM:  Nicolle, I agree and I`ve been saying this (inaudible) on the show, I don`t think Donald Trump is running re-election campaign. He`s just trying to consolidate power. There`s no campaign here, right. They are not spending money. What he did in Kenosha, what he`s done in Portland is basically ask terrorists to come in and intimidate people. And that`s what he`s going to do on Election Day.

I said, it`s like Season Five of House of Cards. He`s going to say, oh, there`s terrorist action in Ohio. I have to send troops there. Hey, you got to go down to Dade County with your guns and intimidate people. That is what the president is trying to do. The only guardrail that we have besides talking in the press about, hey look, this guy is just trying to consolidate power. He`s trying to end Democratic elections. It seems like the Biden campaign is not going to be caught flatfooted. No insult, but Joe Biden is not Al Gore. He`s not John Kerry. He`s not going to roll over when he sees a problem.

And I just had a friend contact me about this, he said this popped up on his LinkedIn they are hiring post-election lawyers for Iowa now. They are hiring post-election, so, Biden`s team is already getting people in place. Because they are anticipating a battle and that`s a good sign rather than being caught flatfooted after November 3rd.

WALLACE:  Jason, I want to read this to you. Greg Sargent of the Washington Post writes this, quote, Trump isn`t trying to persuade a majority of U.S. voters to support him. To your point. Instead, he`s trying to get within what you might call cheating distance of pulling another electoral college inside straight even while losing the popular vote, just like last time. And he`s not there yet, but many top Trump officials and Congressional allies have placed their official duties and the levers of your government at the disposal of Trump`s re-election effort which depends on closing that gap do you agree with that

JOHNSON:  I completely agree. And this is one of the many scenarios that I`ve` seen gamed out that I thought about. Let`s say Michigan, Wisconsin, Pennsylvania, come down to a situation where votes that come in after Election Day give those states to Joe Biden, but the votes that came in on election day give those states to Trump. What will the Supreme Court do what will state Supreme Courts do? That`s what Donald Trump wants to have happen he knows he can`t win the electoral college or even the popular vote by people being able to vote. He wants to throw it to the courts.

And I think that even the courts as conservatives they may be, they may be willing to flip one state. They can flip a Florida. They can flip a Michigan but if you have two or three different states with a vote count shows, look, these additional mail in ballots will make a difference and they will throw it from one person to another, I think, you know, for our conservative in the Supreme Court would have trouble overruling public sentiment that way. I hope

WALLACE:  Joyce -- I hope too. Joyce, I want to read you something our friend Matt Miller has this expression that he mostly shares off air. But I don`t think he will mind if I say this that for a while the first couple of years when Democrats would say, but the norms. You know, it started to sound a little fussy. But here`s what happens when norms are obliterated. This is Greg Sargent reporting on all the ways that Trump has used the levers of power to his political advantage.

Rushing coronavirus virus treatments and pushing unproven treatments, a vaccine before Election Day, interfering in public health messaging. His HHS changing reports, still lying with the president`s message, twisting intelligence to support campaign propaganda. Downplaying the role of white supremacy. Raising the profile of left wing groups, helping to cast doubt on Russian election sabotage. Barr`s efforts here to release some Durham report which resulted of the resignation of his top deputy. Limiting the disclosure of knowledge of Russian. Sabotage discrediting vote by mail. Validating fake narratives of Hunter Biden.

And I would just add to this list, Joyce, because this is a kind of list that I print out, and it keeps me up at night, be ongoing efforts to sort of make China and Iran`s preference for Joe Biden look the same as Russians actions which are to mettle meddle in our elections, another attack on our democracy which is wholly different in the eyes of the ODNI`s report on election interference for 2020.

What do you make of our inability four years in to have adapted and pushed back any of these in treaties on critical national security homeland security agencies that are now as Greg Sargent accurately reports being used to Donald Trump`s political benefit.

VANCE:  The eternal mystery of this administration is how Trump has gotten away with busting norms so easily, so effortlessly and with no meaningful checks. And I suppose one of the biggest answers to that is the failure of the Senate majority to hold him accountable which is the constitutional task that they are given.

I think the good news on the horizon here is unlike Bush versus Gore when Democrats had to jump into litigation after the election, completely unprepared, frankly, and unorganized in the face of a very serious issues, that`s not what the Biden team will look like after this election. So, this is maybe the frontier on norms that can be violated.

They`ve assembled a really outstanding team of lawyers that is headed by two former solicitors` generals. Former attorney General Eric Holder is involved to coordinate with some of the civil rights groups and others who are already engaged in litigation. They will game out the scenarios in advance and they will be prepared in court.

And I agree with Jason`s assessment that the courts will not do gross injustice. You know, it`s possible that a case here or there could be decided in way that I might view as being wrong but when we`re looking at a press of litigation across the country in the face of what can only be seen as a really sustained effort to interfere with the election, I do believe that the courts will hold and that we will have fair and free elections even if we have to wait a while to get results. Something that we should all be prepared for.

WALLACE:  Joyce Vance, Jason Johnson, Jonathan Lemire, all three of you providing me with my much needed dose of optimism and Jonathan Lemire, in your case, a call for patience. Thank you for that. When we return, deadly wildfires in the west and another dangerous hurricane on the Gulf Coast. Both happening right now as Donald Trump continues to deny all the science behind climate change.

Plus, a disturbing new whistle-blower report from a nurse who is raising alarms about a high number of hysterectomies performed on women at an ICE Detention Center in Georgia. We will bring you the latest reporting on that emerging scandal.

And the World Health Organization reports a single day record high number of new coronavirus cases. The spikes in Europe out breaks on college campuses and some countries entering a second lockdown. Yet here in Donald Trump`s parallel world, its indoor rallies, no mask required even as the experts warn a return to normal is still a long way off. Deadline, White House continues after a very quick break. Don`t go anywhere.

(COMMERCIAL BREAK)

WALLACE:  As we mentioned earlier, we`re tracking not one but two natural disasters currently threatening different parts of the United States. First in the southeast, the brunt of hurricane Sally`s destructive power is lurching toward the Gulf Coast. It will likely make landfall early tomorrow morning packing historic flash flooding, 30 inches in some areas. Evacuations are under way.

And then, out west, wildfires had already scorched millions of acres and they are spreading. At least 36 people, so far, have lost their lives and we should mention, the air quality there has become a hazard right now as we sit here, the Pacific Northwest has the worst air quality on face of the planet. So bad, in fact, just in the last 20 minutes ESPN reported that the Major League Baseball games scheduled tonight between the Mariners and the Giants in Seattle has been postponed.

Let`s bring in Democratic Senator Jeff Merkley of Oregon who drove 600 miles through his state to survey the devastation and talk to people impacted by the fires. I read about that and I wanted to ask you about your drive since I saw that. Tell me what you saw and tell me how your state is doing.

SEN. JEFF MERKLEY (D-OR):  Nicolle, I went 600 miles and I never got out of the smoke it was absolutely apocalyptic. I was meeting with folks who are fire command. Meeting with Senators where people fire refugees were picking up clothing and personal items and trying to get hotel vouchers. And I

visited two towns. One of them, you have there I think that`s Talent in
Phoenix that there absolutely incinerated. It`s like they had been fire
bombed. It was apocalyptic, it wasn`t unanticipated though, because year
after year our fires have been getting so much worse with climate change.

WALLACE:  Well, senator, the president within California this week and
talking about one of the factors of forest management. I think upwards of
57 percent of the forest lands are federal lands, so maybe he`ll bring up
the next time he visits, but talk about the climate denial that still
happens sadly in my former party and how that hinders the efforts to do
anything, to help these states from having this happen year after year.

MERKLEY:  Well, you mentioned forest management, and that is a factor and
we have been pushing for more funds to thin the second growth forest which
the trees are two close to together. Their crowns are all the same level.
They are great for fires, they are terrible ecosystems, they are not even
good for timber harvest, because of the fire that they posed, fire hazard
they pose.

But every time we push for funds to make the forest more resilient, and
thinning thus applies saw logs, Republicans step in and say, no, let`s get
rid of all the laws, environmental laws let`s go back to clear cutting.
Clear cutting just perpetuates the same problem, trees too close together
all at the same height.

So, Mr. President, come to our assistance with a billion dollars a year for
responsible forest thinning. It will help the forest industry. It will help
our forest fire resilient. But I can tell no amount of thinning would have
stopped the fires at this moment, because you`re getting more dusty wind
with the changing climate and the forests were so dry. Drier than you would
get with a two by four that had been dried in a kiln.

So, any kind of spark just sets it off. And then the winds just blow it
into a blow torch and it came down the valleys to hit those towns. So, we
have the short range. We need to have a massive help for these families
they have lost everything. They need us to give them the resources to get
back on their feet and we need to rebuild these communities. So, again, Mr.
President, help us do those two things for the communities and for the
families.

But in addition to forest management, we have to take on carbon dioxide and
we have to take on methane. And the president is doing the opposite. He is
setting the stage for the destruction of our planet. We`re seeing it with
the hurricanes that you`re noting. We are seeing it with the fires. We are
seeing it with the more acidic ocean affecting our fisheries. We are seeing
it with the declining water in the snow pack and the cascades that provides
summer irrigation for our farmers. We`re seeing it everywhere we have got
to rapidly go to renewable energy and get off the carbon dioxide and fossil
fuels.

WALLACE:  Senator, I`m looking at these pictures of your state and my
thoughts, my heart goes out to every one affected but my thoughts are going
to how you rebuild with a president who so disdainful of disasters that
happen in places that aren`t full of his supporters and I`m thinking of
Puerto Rico which struggled for a very long time after it was hit by a
hurricane.

I`m thinking of his attitude and his posture toward the state of New York as we suffer tens of thousands of deaths from coronavirus and I`m looking at these pictures from California, Oregon and Washington State. I`m wondering if you have plan if the president isn`t at the table as a partner to help you rebuild. And in the short term, I have a son starting third grade it was already going to be hard for people in California, Washington and Oregon to start school remotely with the pandemic, how do you make sure that kids don`t lose a whole school year if you`ve had all these evacuations from the fires.

MERKLEY:  Absolutely. I talked to parents who were coming out of Phoenix and Talent, they were planning to go 30 or 40 miles to a friend`s house, relative`s house, their kids would just -- most have started schools, their laptops or tablet had just been burned up, there`s kind of a traumatic shock that sets in. the parents have every possible thing they have to -- even their jobs were taken because if they worked at places in the commercial sectors burned, they lost those jobs.

So, it`s going to be really, really hard on these children. I was already going to be really hard imagine kids in first grade trying to operate through a tablet or a teacher trying to teach through a tablet. It`s already going to be hard. I picture the president coming to those burned out towns and tossing out a roll of paper towels, like he did in Puerto Rico. I went to Puerto Rico eight months after the disaster. It was such a failure of the United States to assist U.S. citizens in rebuilding.

We cannot allow that to happen in disasters like this. I`m hoping we can take the disaster in red states and blue states we have problems in Iowa, Louisiana is going to be hard hit. Texas has been hard hit. Let`s quit putting a party on it and all help each other out. And quite frankly in terms of rebuilding the housing and so forth, I think we are going to have to look for a lot of help from the next administration. I don`t think this administration has competence to get the job done.

WALLACE: Senator Jeff Merkley, we will stay on the story. Please keep coming back and letting us know how your state is doing. It`s unbelievable.

MERKLEY:  Thank you, Nicolle.

WALLACE:  Unbelievable scenes there. Thank you so much.

When we return, we`ll have breaking news, a disturbing whistleblower report that alleges a high rate of questionable hysterectomies performed on immigrant women in an ICE detention center, a remarkable and troubling story after a very short break. Don`t go anywhere.

(COMMERCIAL BREAK)

WALLACE:  Nurse says a detained woman told her they didn`t fully understand why they were undergoing hysterectomies and that one doctor in particular raised red flags among the nurses at the facility.

My colleague, NBC`s Julia Ainsley, has been reporting on the story and she joins us now. Julia, tell me what we know. This is. This is -- we should just be sort of showing our work here. This has been swirling around on

social media for a couple of days. NBC has now -- you have confirmed this
story and you`ve got some new reporting. Tell us all about it.

JULIA AINSLEY, NBC NEWS CORRESPONDENT:  Our new reporting, Nicolle, is
based on conversations with four lawyers who represented clients in this
facility over the past three years. They are able to really broaden this
story out and explain why the whistleblower, Dawn Wooten, heard what she
did.

These lawyers tell us that they knew of women who said that they were
afraid to go to this doctor. They identified him. His name is Mahendra
Amin. He`s a gynecologist in Douglas, Georgia.

These women will be taken from the facility to his practice. Some said that
they came back bruised, that he was overly harsh, they called him abusive,
and some of the allegations that the lawyers told us.

And in at least two cases, there were women who were told that they needed
a hysterectomy because they had cancer. One of these women, her medical
records has not indicated that she ever had a biopsy to indicate that she
had cancer.

In another case, a lawyer told me that his client had a hysterectomy
because she was told she had a stage four cervical cancer. After the
hysterectomy, when she went to an oncologist, the oncologist said, you do
not have cancer.

So, these are alarming allegations about this doctor. I personally called
the doctor`s office. As soon as I identified myself as a reporter, I heard
a click, the phone hung up. Clearly, there are people reaching out with the
same questions we have today.

My colleague Jacob Soboroff today interviewed Dawn Wooten, the
whistleblower that began this entire chain of events that has revealed this
information. Here is what she had to tell Jacob today. I should warn
viewers ahead of this. What she has to say is disturbing.

(BEGIN VIDEO CLIP)

JACOB SOBOROFF, MSNBC CORRESPONDENT:  You`re quoting the complaint as
saying that`s his specialty, he`s the uterus collector. Is that how the
people refer to this doctor?

DAWN WOOTEN, FORMER NURSE, IRWIN COUNTY DETENTION CENTER:  That`s how the
detainees referred to this position. They referred to him -- I had a
detainee that asked me, she said, what is he doing? Collecting all of our
uteruses? Then I just look at her puzzled because I didn`t have an answer.

I did accompany them on the procedures and it is mind blowing and is mind
boggling. When you`re getting your vehicle after a 12-hour shift and you
cry yourself home and you`re the only one in the vehicle asking why, what
is going on, what is happening, I don`t have an answer why is nobody not
hearing them or taking them so to speak seriously. I don`t have an answer.

So, shift after shift. Then it gets to be to where you don`t want to report
to work because you don`t have an answer. You don`t have a reason and

they`re going to ask you why.

(END VIDEO CLIP)

AINSLEY:  Now, Nicolle, ICE had said that they don`t comment on allegations that have been brought to their inspector general just like this whistleblower complaint was. But they say that in general, anonymous, unproven allegations made without any fact-checkable specifics should be treated with the appropriate skepticism they deserve.

So they are clearly questioning Dawn Wooten here. But so far, ICE has not responded to the new reporting by NBC News that calls out this doctor by name and gives specific allegations that clients gave their lawyers.

The other thing we`re waiting for them to respond to, as well as the company that runs the facility, is the allegations from the lawyers that they say they went to leadership, to management at this facility and said, look, you have a problem with this doctor, our clients are afraid to go back to them, he`s hurting these women. And they continued for years to keep using this gynecologist to perform this care.

Right now, ICE has not responded to that new reporting.

WALLACE:  Julia, can you widen the lens on the medical care that is standard for female detainees? It just sounds like a whole lot of gynecological care when we read about the complete and abject neglect around COVID.

AINSLEY:  You`re hitting it. These are the conversations I`ve been having all day, Nicolle. I mean, I`ve been talking to lawyers who say, look, I have clients in detention who had diabetes and couldn`t get their medication, yet they were told to go back for a pap smear and then to go again when that seemed irregular.

It seemed like they were getting way too much care from a gynecologist and perhaps doing very unnecessary procedures and not enough of what you would need in a short term detention situation. We know that they aren`t supposed to stay longer than six months. Why were they getting so much care on this one area?

I will also point out that this doctor was part of a civil settlement with the Justice Department in 2015, where he and other doctors had to pay over $500,000 and a fine for fraudulent claims to Medicaid. So that means that we`re already looking at a doctor who has at least been, you know, alleged to have tried to inflate his claims in order to get more money.

That, I think, is the allegation here, why was he doing so much work if as it seems a lot of these procedures were not necessary. I should also mention, very tragic, one of the lawyers described a woman of childbearing age who has now had a hysterectomy that perhaps she did not need.

WALLACE:  It has been unbelievably disturbing. It sounds like the tip of the iceberg. Julia Ainsley, please come back as you and Jacob report more on this story.

When we come back, the coronavirus hits a record high in new infections

around the world, but in Donald Trump`s parallel reality, it is indoor
rallies, no masks, no social distancing. We`ll bring you all that
reporting. "Deadline: White House" will back after a quick break.

(COMMERCIAL BREAK)

WALLACE:  There are already taking on an air of the frost Nixon tapes. That
was Donald Trump with Bob Woodward back in April. His comments there to Bob
Woodward is a far cry from what Donald Trump is telling the rest of the
country publicly.

And under Trump, the United States continues to lead the world in the
number of coronavirus infections and deaths. That since the threat of a
resurgence increases overseas. Globally, more than 29 million cases have
been reported and more than 928 people have died.

On Sunday, the World Health Organization reported more than 308,000 new
infections, the most in one day since the pandemic began. More than half
are from three countries. India, Brazil, and you guessed it, the United
States of America.

Cases are spiking in Europe, as well, especially in Spain and France, as
the WHO warns the entire continent should prepare for increased mortality
this fall. This Friday, Israel will become the first developed country to
enter a second nationwide lockdown amid an infection rate that is one of
the world`s highest.

Joining our conversation, internal medicine physician and MSNBC medical
contributor Dr. Lipi Roy, plus former White House communications director
under President Obama, Jen Palmieri is here.

Dr. Roy, I want to ask you about these global headlines. I guess my
question is some of these countries did everything right. Spain had one of
the most strict lockdowns the world over and they are dealing now with an
uptick in cases and morality. What does that tell us about the virus?

LIPI ROY, MSNBC MEDICAL CONTRIBUTOR, INTERNAL MEDICINE PHYSICIAN:  Nicolle,
it`s good to be with you under such surreal and at times really
heartbreaking circumstances.

WALLACE:  Yeah.

ROY:  Yeah, what we`re seeing in other countries is frankly what we`re
seeing in parts of this country, as well, right? And so certain states,
just like certain countries, if they reopen too quickly without the
appropriate health measures in place, they are going to get infections
again. There is still widespread, community spread of this virus all over
the country.

Again, certain parts of this country such as the northeast, New Jersey,
Connecticut, Massachusetts, and New York have been able to successfully
lower the community spread. And by the way, other countries like up north
in my homeland of Canada, which just announced zero deaths for the first
time in six months. So it`s doable but it has to happen very carefully and
following guidelines, strict guidelines.

So the leaders of these counties have to work side by side with their public held officials and communicate this message throughout the country, in the smaller village, to large cities, to everyone because everyone is vulnerable, frankly, Nicolle.

WALLACE:  I want to read you, Dr. Roy, some of the headlines about what back to school has brought. In Michigan, there are 11 K through 12 schools with outbreak, adding up to more than 1,400 cases. Michigan State University ordered 30 fraternities and sororities to quarantine after an outbreak. Utah`s top epidemiologist called out college students for the uptick for partying and socializing.

This is in New York City where, as you mentioned, one of the lowest infection rates in our country. Fifty-five New York City Department of Education employees tested positive one week before classes began and nearly half of all New York City public students are opting for all remote.

There are a lot kids who need the lunch program, who have special -- that`s just a remarkable number of public school students in a part of the country that`s doing quite well opting out of going into schools.

ROY:  I mean, it`s so frustrating because as you just so accurately pointed out, Nicolle, school is so essential not only for education, obviously, but all the other services that schools provide, including health services, including food and meal programs, after school programs, many, many reasons. However, schools can only reopen if it`s done so safely.

As you know, Nicolle, schools are embedded in communities. So if that community has a high community spread of the virus, you`re going to see that in the schools and then back into the community.

But to your point, even in areas like New York City and New York State where community spread is low, we`re still seeing cases. So, you know, we already have data showing that kids can not only get infected but transmit the virus to each other and to adults and going back to their homes to their grandparents.

So, you know, it means going back to the drawing board, Nicolle, and making sure that all of these schools, either have do it remotely or if they are going to do it in person, it has to be with distance between the desks and good ventilation, but it has to be very clear cut instructions, Nicolle.

WALLACE:  You know, Jen Palmieri, when I saw the pictures of Donald Trump`s indoor rallies this week, I wondered if there were any kids in any of those households, what they were doing, right? Like so were the parents or grandparents or aunts and uncles out maskless, not socially distancing, and then enforcing other rules for their kids.

I mean, this parallel reality that Trump is imposing on his supporters goes against every recommendation his own government still has in place.

JENNIFER PALMIERI, FORMER CAMPAIGN COMMUNICATIONS DIRECTOR FOR PRESIDENT BARACK OBAMA AND HILLARY CLINTON:  Yeah. I mean, first of all, like this week, we`ll probably pass 200,000 deaths. We`ll probably hit that tragic milestone. It is so chilling about hearing his voice with Woodward. He sounded like a rational person would in discussing the virus, right?

He sounds like everyone on this show in appreciating how serious it is and how easily it is transmitted, and then when he speaks to the public, he adopts some other tone that is not just lying to America and then putting his own supporters in this kind of vulnerability, right?

It is just -- it is mind-boggling irresponsible. And I fear what he`s trying to do now that COVID is (INAUDIBLE) because of Woodward. What he`s trying to do at these rallies is show America, look, everything is normal, everything is fine, and willing to put his own supporters at risk just to make it look as if -- just to have the appearance as if things were returning to normal.

And, you know, we also saw what happened when he did this in Tulsa in June. We think that`s where Herman Cain got -- contracted COVID-19 and died shortly thereafter. This is life and death (INAUDIBLE) as a political game.

WALLACE:  It is amazing. Jen Palmieri, what you describe is him basically viewing his supporters as extras in campaign footage to show a fake America where people are not at risk of a deadly pandemic. It really is chilling when you put it that way.

Jen Palmieri, Dr. Lipi Roy, thank you both for spending some time with us.

When we return, remembering lives well lived.

(COMMERCIAL BREAK)

WALLACE:  It takes a special kind of person to dedicate a lifetime to helping others. That was Reva June Booth. She was raised in a dirt floor cabin in a dirt poor coalmining town. She had eight siblings. When she was a teenager, it fell to her to watch over them. So, she dropped out of high school, put everything on hold just to help her family.

It was the first chapter in a life spent serving those in need. It wasn`t long before Reva moved to Detroit, got her GED, and a job as a paraprofessional. From there, according to the Detroit Free Press, Reva became a living caregiver for older folks with no family.

Reva had three daughters of her own and grandchildren and great grandchildren. They all knew her as "granny," a loving woman for whom an empty plate at the dinner table always meant stay right there, don`t move, there is more.

Reva died of the coronavirus at the age of 86 after a life very well lived indeed. She`s in our thoughts and prayers. We`ll be right back.

(COMMERCIAL BREAK)

WALLACE:  Thank you for letting us into your homes during these extraordinary times. We are grateful for that. "THE BEAT" with my friend Ari Melber starts right now. Hi, Ari.


THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.

END

<Copy: Content and programming copyright 2020 MSNBC.  ALL RIGHTS  RESERVED.
Copyright 2020 ASC Services II Media, LLC.  All materials herein are
protected by United States copyright law and may not be reproduced,
distributed, transmitted, displayed, published or broadcast without the
prior written permission of ASC Services II Media, LLC. You may not alter
or remove any trademark, copyright or other notice from copies of the
content.>