# EXHIBIT G

# Re: New: Lawyers allege abuse of women by gynecologist for ICE detention center

Created By: Julia Ainsley Date: 09/15/2020 Time: 23:38:35

ICE's latest statement on this developing story

**STATEMENT FROM DR. ADA RIVERA, Medical Director of the ICE Health Service Corps (IHSC):**

The accusations will be fully investigated by an independent office, however, ICE vehemently disputes the implication that detainees are used for experimental medical procedures. ICE's mission is to protect the homeland and to swiftly and quickly remove people from the country; the health, welfare and safety of ICE detainees is one of the agency's highest priorities, any assertion or claim to the contrary is false and intentionally misleading.

All female ICE detainees receive routine, age-appropriate gynecological and obstetrical health care, consistent with recognized community guidelines for women's health services. According to U.S. Immigration and Enforcement (ICE) data, since 2018, only two individuals at Irwin County Detention Center were referred to certified, credentialed medical professionals at gynecological and obstetrical health care facilities for hysterectomies in compliance with National Commission on Correctional Health Care (NCCHC) standards. Based on their evaluations, these specialists recommended hysterectomies. These recommendations were reviewed by the facility clinical authority and approved.

To be clear, medical care decisions concerning detainees are made by medical personnel, not by law enforcement personnel. Detainees are afforded informed consent, and a medical procedure like a hysterectomy would never be performed against a detainee's will.

All medical professionals certainly have a duty to report any issues of concern through appropriate channels, such as making a report to the Department of Homeland Security Office of Inspector General (OIG); however, it is unfortunate that those involved in this report have chosen to first go to the media with their allegations, without allowing the government to examine or take appropriate action.

Out of respect for the process of matters pending before the OIG, ICE does not comment prematurely on reported allegations, and ICE intends to fully cooperate with any resulting investigation by the OIG.