UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | Case No. 5:21-cv-00056-LGW-BWC |

## NOTICE OF MANUAL FILING

Pursuant to LR 79.4 the below list are Exhibits that are being manually filed.

1. Exhibit B (ii)
2. Exhibit C (ii)
3. Exhibit D (ii)
4. Exhibit E (ii)
5. Exhibit F (ii)

Dated: December 6, 2021

Respectfully Submitted,

/s/ *Elizabeth A. McNamara*
Elizabeth A. McNamara (admitted pro hac vice)
Amanda B. Levine (admitted pro hac vice)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10028
Telephone: (212) 489-8230
lizmcnamara@dwt.com
amandalevine@dwt.com

/s/ *R. Bates Lovett*
R. Bates Lovett, Esq.
Georgia Bar No. 459568
FISHERBROYLES, LLP
2 East Bryan Street, Suite 436
Savannah, GA 31401
Telephone: (912) 335.4467
bates.lovett@fisherbroyles.com

/s/ *Cynthia L. Counts*
Cynthia L. Counts
Georgia Bar No. 190280
FISHERBROYLES, LLP
945 East Paces Ferry Rd. NE
Suite 2000 Atlanta, GA 30326
Telephone: (404) 550-6233
Cynthia.counts@fisherbroyles.com

Attorneys for Defendants