UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

DR. MAHENDRA AMIN, M.D.,

       Plaintiff,

v.

NBCUNIVERSAL MEDIA, LLC,

       Defendant.

Case No. 5:21-cv-00056-LGW-BWC

## NOTICE OF FILING VERIFICATIONS

Pursuant to 28 U.S.C. § 1746, the below verifications are being filed:

1. Verification of Denis Horgan
2. Verification of Patrick Burkey
3. Verification of Cory Gnazzo

Dated: December 17, 2021

Respectfully Submitted,

| | |
|---|---|
| /s/ *Elizabeth A. McNamara* | /s/ *Cynthia L. Counts* |
| Elizabeth A. McNamara (admitted pro hac vice) | Cynthia L. Counts |
| Amanda B. Levine (admitted pro hac vice) | Georgia Bar No. 190280 |
| DAVIS WRIGHT TREMAINE LLP | FISHERBROYLES, LLP |
| 1251 Avenue of the Americas, 21st Floor | 945 East Paces Ferry Rd. NE |
| New York, NY 10028 | Suite 2000 Atlanta, GA 30326 |
| Telephone: (212) 489-8230 | Telephone: (404) 550-6233 |
| lizmcnamara@dwt.com | Cynthia.counts@fisherbroyles.com |
| amandalevine@dwt.com | |

*/s/ R. Bates Lovett*
R. Bates Lovett, Esq.
Georgia Bar No. 459568
FISHERBROYLES, LLP
2 East Bryan Street, Suite 436
Savannah, GA 31401
Telephone: (912) 335.4467
bates.lovett@fisherbroyles.com

                                            Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

DR. MAHENDRA AMIN, M.D.,

        Plaintiff,

v.

NBCUNIVERSAL MEDIA, LLC,

        Defendant.

Case No. 5:21-cv-00056-LGW-BWC

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, **Denis Horgan** hereby declares and states:

1. I am the Executive Producer of "All In With Chris Hayes."

2. I have read defendant NBCUniversal Media, LLC's Answer and am familiar with its contents. With respect to those matters concerning "All In With Chris Hayes" as to which I have personal knowledge, I affirm that such facts are true and correct. With respect to all other matters concerning "All In With Chris Hayes," I am informed and believe the matters stated therein are true and correct.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of December 2021, at New York, New York.

*[signature]*

DENIS HORGAN

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | Case No. 5:21-cv-00056-LGW-BWC |

### VERIFICATION

Pursuant to 28 U.S.C. § 1746, **Patrick Burkey** hereby declares and states:

1. I am the Executive Producer of "Deadline: White House" with Nicolle Wallace.
2. I have read defendant NBCUniversal Media, LLC's Answer and am familiar with its contents. With respect to those matters concerning "Deadline: White House" as to which I have personal knowledge, I affirm that such facts are true and correct. With respect to all other matters concerning "Deadline: White House," I am informed and believe the matters stated therein are true and correct.
3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of December 2021, at New York, New York.

*/s/ Patrick Burkey*
PATRICK BURKEY

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

DR. MAHENDRA AMIN, M.D.,

    Plaintiff,

v.

NBCUNIVERSAL MEDIA, LLC,

    Defendant.

Case No. 5:21-cv-00056-LGW-BWC

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, **Cory Gnazzo** hereby declares and states:

1. I am the Executive Producer of "The Rachel Maddow Show."

2. I have read defendant NBCUniversal Media, LLC's Answer and am familiar with its contents. With respect to those matters concerning "The Rachel Maddow Show" as to which I have personal knowledge, I affirm that such facts are true and correct. With respect to all other matters concerning "The Rachel Maddow Show," I am informed and believe the matters stated therein are true and correct.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of December 2021, at New York, New York.

_____
CORY GNAZZO