IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., | |
| Plaintiff, | CIVIL ACTION NO.: 5:21-cv-56 |
| v. | |
| NBCUNIVERSAL MEDIA, LLC, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on the parties' Report of their Rule 26(f) Planning Meeting. Doc. 21. The parties request the Court hold a scheduling conference prior to entering a scheduling order. Id. at 5–6. The Court **DIRECTS** the parties' counsel to appear before the undersigned for a telephonic scheduling conference on **Tuesday, January 11, 2022 at 3:00 p.m.** The undersigned's courtroom deputy clerk will provide dial-in instructions to the parties prior to the conference.

**SO ORDERED**, this 4th day of January, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA