# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# CLERKS MINUTES - CIVIL

| | | | |
|---|---|---|---|
| **CASE NO.** | 521cv56 | **DATE:** | 1/13/2022 |
| **TITLE:** | Dr. Mahendra Amin v. NBCUniversal Media, LLC | | |

**HONORABLE BENJAMIN W. CHEESBRO**   **COURTROOM DEPUTY CLERK:** KIM MIXON

**COURT REPORTER:**

| | | | | | |
|---|---|---|---|---|---|
| **TAPE NO.** | BWC-CHAMBERS | **TIME:** | 3:00-3:20 | **TOTAL:** | 20 MINUTES |

| COUNSEL FOR PLAINTIFF | COUNSEL FOR | DEFENDANT |
|---|---|---|
| Scott Grubman | Amanda Levine | NBCUniversal Media, LLC |
| Stacey Evans | Elizabeth McNamara | |

Telephonic Status Conference held.  Court has reviewed Rule 26(f) report.
Court hears from parties.
Plaintiff seeks to move forward with current dates proposed in Rule 26(f) report.
Defendant plans to file motion to stay discovery.  Plaintiff states it will oppose motion to stay.
Court encourages parties to work together on the issue of staying discovery.  Court will consider any forthcoming motion to stay in due course.
Court will issue written scheduling order in the case.