UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | Case No. 5:21-cv-00056-LGW-BWC |

## NOTICE OF INTENT TO FILE REPLY BRIEF

Pursuant to LR 7.6, Defendant NBCUniversal Media, LLC hereby notifies the Clerk and all parties of its intent to a file reply brief to the following Response:

- Response in Opposition to NBCUniversal Media, LLC's Motion to Stay Discovery

Respectfully submitted this 4th day of February 2022.

/s/ Cynthia L. Counts
Cynthia L. Counts
Georgia Bar No. 190280
R. Bates Lovett
Georgia Bar No. 459568
FISHERBROYLES, LLP
2 East Bryan Street, Suite 436
Savannah, GA 31401
(912) 335-4467 (telephone)
cynthia.counts@fisherbroyles.com
bates.lovett@fisherbroyles.com

Elizabeth A. McNamara (admitted *pro hac vice*)
Amanda B. Levine (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Telephone: (212) 489-8230
lizmcnamara@dwt.com
amandalevine@dwt.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | Case No. 5:21-cv-00056-LGW-BWC |

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **Notice of Intent to File Reply Brief** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record.

Respectfully submitted this 4th day of February 2022.

>  /s/ R. Bates Lovett
>  R. Bates Lovett
>  Georgia Bar No. 459568
>  FISHERBROYLES, LLP
>  2 East Bryan Street, Suite 436
>  Savannah, GA 31401
>  (912) 335-4467 (telephone)
>  bates.lovett@fisherbroyles.com