# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC., <br><br> Defendant. | CASE NO. <br> 5:21-CV-00056-LGW-BWC |

### APPLICATION FOR LEAVE OF ABSENCE

Comes now Scott R. Grubman, Attorney for Plaintiff, and respectfully requests the Court to grant him a leave of absence from the above case for which he is attorney of record now pending in the United States District Court for the Southern District of Georgia, on June 25 thru 28, 2022 for personal travel.

Respectfully submitted,

*/s/ Scott R. Grubman*
Scott R. Grubman
Georgia Bar No. 317011
CHILIVIS GRUBMAN
1834 Independence Square
Atlanta, GA  30338
(404) 262-6505 (direct)
(404) 233-4171 (main)
(404) 261-2842 (facsimile)
sgrubman@cglawfirm.com
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing inthis Court.

This 19th day of April, 2022.

*/s/ Scott R. Grubman*
Scott R. Grubman
Georgia Bar No. 317011

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| MAHENDRA AMIN, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC.,<br><br>Defendant. | CASE NO.<br>5:21-CV-00056-LGW-BWC |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

Scott R. Grubman, having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT Scott R. Grubman be granted leave of absence for the following periods: **January 28 and 31, 2022 and November 6 thru 22, 2022**.

This __ day of _____, 2022

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA