# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CV521-56**　　　　　　　　　　　　　　　DATE **04/26/2022**

TITLE **Dr. Mahendra Amin, M.D. v. NBCUniversal Media, LLC**

TIMES **3:06 - 4:20**　　　　　　　　　　　　　　　TOTAL **1 Hour 14 Minutes**

Honorable: **Lisa Godbey Wood, U. S. District Court Judge**　　Courtroom Deputy: **Whitney Sharp**

Court Reporter: **Debra Gilbert**　　　　　　　　　　Interpreter:

| Attorney for Plaintiff | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Scott Grubman<br>Stacey Evans | Bates Lovett<br>Cynthia Counts<br>Elizabeth McNamara | |

PROCEEDINGS: **Motions hearing**　　　　　　　　　　　☑ In Court　　☐ In Chambers

Case called for Motion Hearing on pending motion for Judgment on the Pleadings at Dkt. 24 and Motion to Strike at Dkt. 22.
Defendant 3:08 - 3:43 / Plaintiff 3:43 - 4:16
With regard to the motion to strike at Dkt. 22 - this is denied.
Plaintiff will have an opportunity to amend the complaint. Within 7 days of todays date, the complaint may be amended only as to malice.
7 days thereafter, defendant may file an answer to the amended complaint.
Within 21 days of todays date, any refresher briefing is due.
Nothing further.