# In the United States District Court for the Southern District of Georgia Waycross Division

DR. MAHENDRA AMIN, M.D.,

    Plaintiff,

v.

NBCUNIVERSAL MEDIA, LLC,

    Defendant.

CV 5:21-056

## ORDER

Plaintiff Mahendra Amin, M.D. initiated this action on September 9, 2021. See Dkt. No. 1. On December 6, 2021, Defendant NBCUniversal Media, LLC filed its answer, dkt. no. 18, and on January 10, 2022, Defendant filed a motion for judgment on the pleadings, dkt. no. 24. On April 26, 2022, the Court held a hearing on the motion, during which it gave Plaintiff seven days to amend his complaint. See Dkt. No. 47. Plaintiff filed an amended complaint on May 3, 2022. Dkt. No. 49. For the reasons below, Defendant's motion for judgment on the pleadings is **DENIED as moot**.

## LEGAL STANDARD

Under Rule 15 of the Federal Rules of Civil Procedure, a party may amend its pleading once as a matter of course within twenty-one days after service of a motion under Rule 12(b), (e), or (f).

Fed. R. Civ. P. 15(a)(1)(B). "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). An amended pleading "supersedes the former pleading" such that "the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary." Dresdner Bank AG v. M/V Olympia Voyager, 463 F.3d 1210, 1215 (11th Cir. 2006) (internal quotation marks and citation omitted); see also Fritz v. Standard Sec. Life Ins. Co., 676 F.2d 1356, 1358 (11th Cir. 1982) (citations omitted) ("Under the Federal Rules, an amended complaint supersedes the original complaint.").

## DISCUSSION

Pursuant to the Court's instruction, Plaintiff timely filed his amended complaint pursuant to Rule 15(a)(2). Thus, Plaintiff's amended complaint supersedes his original complaint. Defendant's motion for judgment on the pleadings, dkt. no. 24, which was directed at Plaintiff's original complaint, has thus been rendered moot. See Ray v. Bank of Am., N.A., No. 114CV02153ODEJFK, 2015 WL 11257487, at *2 (N.D. Ga. Jan. 13, 2015) (denying as moot motion for judgment on the pleadings in light of amended complaint becoming the operative pleading) (collecting cases). Should Defendant wish to renew its arguments with regard to the amended complaint, it is granted fourteen days from the date of Plaintiff's filing of his amended complaint to do so.

## CONCLUSION

Defendant's motion for judgment on the pleadings, dkt. no. 24, is **DENIED as moot**.

**SO ORDERED**, this __9__ day of May, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA