UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | Case No. 5:21-cv-00056-LGW-BWC <br><br> **MOTION TO STAY DISCOVERY AND MEMORANDUM IN SUPPORT** |

Pursuant to Federal Rules of Civil Procedure 1 and 26, Defendant NBCUniversal Media, LLC ("NBCU") without objection of Plaintiff Mahendra Amin, M.D. ("Dr. Amin") moves this Court for an Order staying all discovery deadlines set forth in the Court's Scheduling Order (ECF No. 28) until the Court has ruled on NBCU's renewed Motion for Judgment on the Pleadings (ECF No. 52).

**PRELIMINARY STATEMENT**

In this case, Dr. Amin asserts that NBCU defamed him when it reported on allegations that he performed unnecessary and unconsented-to gynecological procedures on immigrant women detained at the Irwin County Detention Center ("ICDC"). On January 10, 2022, NBCU filed a Motion for Judgment on the Pleadings under Federal Rule of Civil Procedure 12(c) (the "Initial Motion") (ECF No. 24). Dr. Amin opposed the Initial Motion (ECF No. 32). After Plaintiff amended his Complaint (ECF No. 49), this Honorable Court denied as moot NBCU's Initial Motion (ECF No. 50). On May 17, 2022, NBCU renewed its Motion for Judgment on the Pleadings ("the Renewed Motion") (ECF No. 52).

While NBCU's Initial Motion was pending, Magistrate Judge Benjamin W. Cheesbro stayed discovery pending a decision on the Initial Motion. (ECF No. 43). As NBCU's Initial

Motion has been denied as moot, the discovery stay has been lifted automatically. However, NBCU believes (and Plaintiff does not object that) a renewed stay of discovery is appropriate until such time as this Honorable Court has ruled on NBCU's Renewed Motion.

Thus, NBCU now requests that the Court re-stay discovery pending a decision on the renewed Rule 12(c) Motion.

## CONCLUSION

For the foregoing reasons, NBCU respectfully requests without objection from Plaintiff that the Court stay discovery pending a ruling on NBCU's Renewed Motion for Judgment on the Pleadings and for such other and further relief as is just and proper.

Dated: May 19, 2022

Respectfully submitted,

| | |
|---|---|
| *s/ Elizabeth A. McNamara* | *s/ Cynthia L. Counts* |
| Elizabeth A. McNamara | Cynthia L. Counts |
| (admitted *pro hac vice*) | Georgia Bar No. 190280 |
| Amanda B. Levine | FISHERBROYLES, LLP |
| (admitted *pro hac vice*) | 945 East Paces Ferry Rd. NE, Suite 2000 |
| DAVIS WRIGHT TREMAINE LLP | Atlanta, GA 30326 |
| 1251 Avenue of the Americas, 21st Floor | (404) 550-6233 |
| New York, NY 10020-1104 | cynthia.counts@fisherbroyles.com |
| Tel: (212) 489-8230 | |
| lizmcnamara@dwt.com | |
| amandalevine@dwt.com | |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 19th day of May 2022, a true and correct copy of the foregoing document was served upon the following via the Court's electronic filing system:

Stacey Godfrey Evans
sevans@staceyevanlaw.com

Tiffany N. Watkins
twatkins@staceyevanslaw.com

Scott R. Grubman
sgrubman@cglawfirm.com

                                                      *Cynthia L. Counts*
                                                      Cynthia L. Counts
                                                      Georgia Bar No. 190280
                                                      FISHERBROYLES , LLP
                                                      945 East Paces Ferry Rd. NE, Suite 2000
                                                      Atlanta, GA 30326
                                                      Telephone: (404) 550-6233
                                                      cynthia.counts@fisherbroyles.com

                                                      *Attorneys for Defendant*