IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

DR. MAHENDRA AMIN, M.D.,

    Plaintiff,

v.

NBCUNIVERSAL MEDIA, LLC,

    Defendant.

CIVIL ACTION NO.: 5:21-cv-56

## O R D E R

This matter is before the Court Defendant's unopposed Second Motion to Stay Discovery.  Doc. 53.  Defendant, with no objection from Plaintiff, requests the Court stay all deadlines and discovery in this case pending resolution of its renewed motion for judgment on the pleadings.  Upon review, the Court **GRANTS** Defendant's unopposed Motion and **STAYS** all discovery and related deadlines in this case until the Court resolves Defendant's pending dispositive motion.  Should any claims remain at that time, this stay shall lift automatically.

    **SO ORDERED**, this 20th day of May, 2022.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA