AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| Dr. Mahendra Amin, M.D. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:21-cv-56 |
| NBCUniversal Media, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dr. Mahendra Amin, M.D., Plaintiff.

Date: 07/05/2022

/s/ John Amble Johnson, Esq.
*Attorney's signature*

John Amble Johnson GA Bar 229112
*Printed name and bar number*

Stacey Evans Law
4200 Northside Pkwy NW
Bldg One, Ste 200
Atlanta, GA 30327
*Address*

ajohnson@staceyevanslaw.com
*E-mail address*

(770) 779-9602
*Telephone number*

(404) 393-2828
*FAX number*