# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

DR. MAHENDRA AMIN, M.D.,

     Plaintiff,

    v.

NBCUNIVERSAL MEDIA, LLC,

     Defendant.

Case No. 5:21-cv-00056-LGW-BWC

## JOINT [PROPOSED] SCHEDULING ORDER

WHEREAS, on January 13, 2022, this Court issued a scheduling order in the above-captioned action; and

WHEREAS, on April 19, 2022, the Court granted a motion to stay all discovery pending resolution on Defendant NBCUniversal Media, LLC's ("Defendant") motion for judgment on the pleadings (Dkt. No. 43); and

WHEREAS, on November 16, 2022, the Honorable Lisa Godfrey Wood granted in-part and denied in-part Defendant's motion (Dkt. No. 59); and

WHEREAS, on November 18, 2022, the parties held a conference to agree upon a proposed schedule in this case.

THE PARTIES HEREBY STIPULATE AND AGREE to the following schedule in this case:

| EVENT | DEADLINE |
|---|---|
| Written Discovery | March 1, 2023 |
| Discovery Depositions of Fact Witnesses | July 31, 2023 |
| Service of Plaintiff's Expert Witness Reports | August 15, 2023 |

| EVENT | DEADLINE |
|---|---|
| Service of Defendant's Expert Witness Reports | August 15, 2023 |
| Discovery Status Report | September 7, 2023 |
| Discovery Status Conference | September 14, 2023 |
| Discovery Depositions of Expert Witnesses | September 29, 2023 |
| All Civil Motions (Including *Daubert* Motions; Excluding Motions in Limine) | November 3, 2023 |
| Responses to All Civil Motions | December 1, 2023 |
| Replies in Further Support of Civil Motions | December 15, 2023 |
| Depositions of All Witnesses Taken for Use at Trial | Within 45 days of the resolution of any motions for summary judgment. |
| Proposed Pre-Trial Order | Within 60 days of the resolution of any motions for summary judgment. |

**SO ORDERED**, this ___ day of _____, 2022

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

[Attorney signatures on following page.]

2

Respectfully submitted this <u>22nd</u> day of November 2022.

/s/ Stacey Godfrey Evans
Stacey Godfrey Evans
Georgia Bar No. 298555
sevans@staceyevanslaw.com
Tiffany N. Watkins
Georgia Bar No. 228805
twatkins@staceyevanslaw.com

STACEY EVANS LAW
4200 Northside Parkway NW
Bldg One; Suite 200
Atlanta, GA 30327
(770) 779-9602 (phone)
(404) 393-2828 (fax)

*Counsel for Plaintiff*

/s/ Scott R. Grubman
Scott R. Grubman
Georgia Bar No. 317011
sgrubman@cglawfirm.com

CHILIVIS GRUBMAN
DALBEY & WARNER LLP
1834 Independence Square
Atlanta, GA 30338
(404) 233-4171 (phone)
(404) 261-2842 (fax)

/s/ Elizabeth A. McNamara
Elizabeth A. McNamara
(admitted *pro hac vice*)
Amanda B. Levine
(admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st
Floor
New York, NY 10020-1104
Tel: (212) 489-8230
lizmcnamara@dwt.com
amandalevine@dwt.com

*Counsel for Defendant\**

\*electronically signed by Stacey Evans
with express permission of counsel for
Defendant

/s/ Cynthia L. Counts
Cynthia L. Counts
Georgia Bar No. 190280
FISHERBROYLES, LLP
945 East Paces Ferry Rd. NE, Suite 2000
Atlanta, GA 30326
(404) 550-6233
cynthia.counts@fisherbroyles.com

3

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **JOINT [PROPOSED]**

**SCHEDULING ORDER** with the Clerk of Court using the CM/ECF system, which will

automatically send e-mail notification of such filing to the attorneys of record.

This <u>22nd</u> day of November 2022.

<u>/s/ Stacey Godfrey Evans</u>
Stacey Godfrey Evans
