IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

DR. MAHENDRA AMIN, M.D.,

Plaintiff,

v.

NBCUNIVERSAL MEDIA, LLC,

Defendant.

CIVIL ACTION NO.: 5:21-cv-56

**AMENDED SCHEDULING ORDER**

This matter is before the Court on the parties' Joint Motion for Extension of Time to Complete Discovery. Doc. 60. The Court recently ruled on Defendant's motion for judgment on the pleadings and allowed some claims to proceed. Doc. 59. As a result, the discovery stay was lifted and the parties met to discuss a new schedule for discovery. Doc. 60 at 1. The parties now request the Court issue a new Scheduling Order. Id. For good cause shown, the Court **GRANTS** the Motion and sets forth the following schedule:

| EVENT | DEADLINE |
|---|---|
| Written Discovery | March 1, 2023[1] |
| Discovery Depositions of Fact Witnesses | July 31, 2023 |
| Service of Expert Witness Reports | August 15, 2023 |
| Discovery Status Report[2] | September 15, 2023 |

---

[1]   Written discovery requests shall be served far enough in advance of this deadline to allow timely responses.

[2]   A Status Report Form is available on the Court's website www.gasd.uscourts.gov under "forms." The parties are directed to use the content and format contained in this Form when reporting to the Court.

| Discovery Status Conference | September 21, 2023 |
|---|---|
| Discovery Depositions of Expert Witnesses | September 29, 2023 |
| All Civil Motions (Including Daubert Motions; Excluding Motions in Limine) | November 3, 2023 |
| Depositions of All Witnesses Taken for Use at Trial | December 18, 2023 |
| Proposed Pre-Trial Order | January 24, 2024 |

All other deadlines and instructions in the Court's previous Scheduling Order remain in full force and effect. Doc. 28.

**SO ORDERED**, this 28th day of November, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA