UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| MAHENDRA AMIN, M.D.,<br><br>  Plaintiff,<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC.,<br><br>  Defendant. | CASE NO.<br>5:21-CV-00056-LGW-BWC |

**APPLICATION FOR LEAVE OF ABSENCE**

Comes now Scott R. Grubman, Attorney for Plaintiff, and respectfully requests the Court to grant him a leave of absence from the above case for which he is attorney of record now pending in the United States District Court for the Southern District of Georgia, on February 7 thru 10, 2023 and June 14, 2023 for a work conference.

Respectfully submitted,

***/s/ Scott R. Grubman***
Scott R. Grubman
Georgia Bar No. 317011
CHILIVIS GRUBMAN
1834 Independence Square
Atlanta, GA  30338
(404) 262-6505 (direct)
(404) 233-4171 (main)
(404) 261-2842 (facsimile)
sgrubman@cglawfirm.com
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 12th day of December, 2022.

*/s/ Scott R. Grubman*
Scott R. Grubman
Georgia Bar No. 317011

# IN THE UNITED STATES DISTRICT COURT
# FOR THESOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| MAHENDRA AMIN, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC.,<br><br>Defendant. | CASE NO.<br>5:21-CV-00056-LGW-BWC |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

Scott R. Grubman, having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT Scott R. Grubman be granted leave of absence for the following periods: **February 7 thru 10, 2023 and June 14, 2023**.

This __ day of _____, 2022

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA