# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC., <br><br> Defendant. | CASE NO. <br> 5:21-CV-00056-LGW-BWC |

## APPLICATION FOR LEAVE OF ABSENCE

Comes now Scott R. Grubman, Attorney for Plaintiff, and respectfully requests the Court to grant him a leave of absence from the above case for which he is attorney of record now pending in the United States District Court for the Southern District of Georgia, on April 24, 2023 thru May 5, 2023, for personal international travel.

Respectfully submitted,

*/s/ Scott R. Grubman*
Scott R. Grubman
Georgia Bar No. 317011
CHILIVIS GRUBMAN
1834 Independence Square
Atlanta, GA  30338
(404) 262-6505 (direct)
(404) 233-4171 (main)
(404) 261-2842 (facsimile)
sgrubman@cglawfirm.com
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing inthis Court.

This 17th day of Janurary, 2023.

*/s/ Scott R. Grubman*
Scott R. Grubman
Georgia Bar No. 317011