# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC., <br><br> Defendant. | CASE NO. <br> 5:21-CV-00056-LGW-BWC |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

Scott R. Grubman, having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT Scott R. Grubman be granted leave of absence for the following periods: **April 24, 2023 thru May 5, 2023**.

This___day of_____, 2023

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA