# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

**DR. MAHENDRA AMIN, M.D.**                                                            **PLAINTIFF**

**VS.**                **CIVIL ACTION NO. 5:21-CV-00056-LGW-BWC**

**NBCUNIVERSAL MEDIA, LLC**                                          **DEFENDANTS**

## NON-PARTY LASALLE SOUTHEAST, LLC'S MOTION TO QUASH SUBPOENA

**NOW INTO COURT,** through undersigned counsel comes non-party, LASALLE SOUTHEAST, LLC ("LaSalle Southeast"), and files this *Motion to Quash Subpoena* (hereinafter "Motion to Quash"), and submits as follows:

1. LaSalle Southeast is the subject of a *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action* (hereinafter "Subpoena") issued on March 17, 2023 by counsel for the Defendant, NBC UNIVERSAL MEDIA, LLC (hereinafter "NBC Universal") in the captioned matter. A copy of the subpoena served on LaSalle Southeast is attached hereto as Exhibit "A."

2. The Subpoena fails to allow reasonable time to comply, demands an improper production location, requires disclosures of privileged matters, and subjects LaSalle to undue burden and expense.

3. In support of its *Motion to Quash*, LaSalle Southeast relies on its *Memorandum in Support* filed simultaneously herewith, together with the following exhibit:

      Exhibit "A"    Subpoena

WHEREFORE, LaSalle Southeast respectfully requests that this Court quash the Subpoena. LaSalle Southeast further prays for such other general relief as the Court may deem proper in the premises.

THIS, the 31st day of March, 2023.

          Respectfully submitted,

          **LASALLE SOUTHEAST, LLC**

          By:   *s/ Justin K. Sauls*
                Justin K. Sauls
                One of its Attorneys

**OF COUNSEL:**

JUSTIN K. SAULS (GA Bar No. 772266)
McGLINCHEY STAFFORD, PLLC
6688 N. Central Expressway, Ste 400
Dallas, TX 75206
T (214) 445-2410  F (214) 594-2311
Email: jsauls@mcglinchey.com

and

DEIRDRE C. MCGLINCHEY (*pro hac vice to be requested*)
Louisiana Bar Roll #24167
McGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone (504) 586-1200 | Fax: (504) 596-2800
Email: dmcglinchey@mcglinchey.com

and

JOHN T. ROUSE (GA Bar No. 868514)(*pro hac vice to be requested*)
McGLINCHEY STAFFORD, PLLC
1020 Highland Colony Pkwy, Ste. 406
Ridgeland, Mississippi 39157
Telephone: (769) 524-2329 | Fax: (601) 608-7871
Email: jrouse@mcglinchey.com

*Counsel for nonparty, LaSalle Southeast, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March, 2023, a true and correct copy of the foregoing has been electronically filed with the clerk of court using the CM/ECF system, which will send Notice of Electronic filing to all counsel of record.

THIS, the 31st day of March, 2023.

*s/ Justin K. Sauls*
JUSTIN K. SAULS
