IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., | |
| Plaintiff, | CIVIL ACTION NO.: 5:21-cv-56 |
| v. | |
| NBCUNIVERSAL MEDIA, LLC, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on the non-party LaSalle Southeast, LLC's ("LaSalle") Motion to Quash Subpoena.  Doc. 66.  For the following reasons, I **DENY** the Motion.

A federal court has both the power and the obligation to inquire into its jurisdiction whenever there is a possibility jurisdiction does not exist.  Fitzgerald v. Seaboard Sys. R.R., Inc., 760 F.2d 1249, 1251 (11th Cir. 1985).  Federal Rule of Civil Procedure 45 governs subpoenas and challenges to subpoenas.  Fed. R. Civ. P. 45.  "A subpoena must be issued by the court where the underlying action is pending, but challenges to the subpoena are to be heard by the district court encompassing the place where compliance with the subpoena is required."  Woods ex rel. United States v. SouthernCare, Inc., 303 F.R.D. 405, 406 (N.D. Ala. 2014) (citing Fed. R. Civ. P. 45(a)(2), (d)(3)(A)).  For subpoenas seeking the production of documents, the place of compliance must be "within 100 miles of where the person resides, is employed, or regularly transacts business in person."  Fed. R. Civ. P. 45(c)(2)(A).  Courts in this District have previously followed the rule that "the place of compliance is the location the subpoena directs

the documents to be sent." Collins v. Koch Foods, Inc., MC119-008, 2019 WL 2520308, at *2 (S.D. Ga. June 18, 2019).

The subpoena in question requires the documents be sent to Defendant's counsel's law office in New York, New York. Doc. 66-2 at 3. The court for the district where compliance would be required is the United States District Court for the Southern District of New York. See 28 U.S.C. § 112. Accordingly, this Court lacks jurisdiction to hear the Motion to Quash. I **DENY** non-party LaSalle's Motion to Quash for lack of jurisdiction.

**SO ORDERED**, this 5th day of April, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA