IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 5:21-CV-00056-LGW-BWC |
| v. ) | |
| ) | |
| NBCUNIVERSAL MEDIA, LLC, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**APPLICATION FOR LEAVE OF ABSENCE**

COMES NOW Stacey Godfrey Evans, Attorney for Plaintiff, and respectfully requests the Court to grant her a leave of absence from the above case for which she is attorney of record now pending in the United States District Court for the Southern District of Georgia, on May 29, 2023 thru June 2, 2023 for out of country travel.

Respectfully submitted this 16th day of May 2023.

/s/ Stacey Godfrey Evans
Stacey Godfrey Evans
Georgia Bar No. 298555
sevans@staceyevanslaw.com
Tiffany N. Watkins
Georgia Bar No. 228805
twatkins@staceyevanslaw.com
Amble Johnson
Georgia Bar No. 229112

STACEY EVANS LAW
4200 Northside Parkway NW
Bldg One; Suite 200
Atlanta, GA 30327
(770) 779-9602 (phone)
(404) 393-2828 (fax)

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **APPLICATION FOR LEAVE OF ABSENCE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record.

This 16th day of May 2023.

/s/ Stacey Godfrey Evans
Stacey Godfrey Evans
Georgia Bar No. 298555

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NBCUNIVERSAL MEDIA, LLC, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 5:21-CV-00056-LGW-BWC |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

Stacey Godfrey Evans, having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT Stacey Godfrey Evans be granted leave of absence for the following periods: May 29, 2023 thru June 2, 2023.

This \_\_\_\_ day of _____, 2023

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT GEORGIA