UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | Case No. 5:21-cv-00056-LGW-BWC |

**JOINT [PROPOSED] SCHEDULING ORDER**

WHEREAS, on January 13, 2022, this Court issued a scheduling order in the above-captioned action; and

WHEREAS, on April 19, 2022, the Court granted a motion to stay all discovery pending resolution on Defendant NBCUniversal Media, LLC's ("Defendant") motion for judgment on the pleadings (Doc. 43); and

WHEREAS, on November 16, 2022, the Honorable Lisa Godbey Wood granted in-part and denied in-part Defendant's motion (Doc. 59); and

WHEREAS, on November 28, 2022, the Court issued an amended scheduling order (Doc. 61); and

WHEREAS the parties have conferred and developed the proposed schedule in this case for good cause shown, which reflects an extension of discovery deadlines by about 60 days, with additional time for motion practice.

THE COURT HEREBY GRANTS the following remaining discovery schedule in this case for good cause shown:

| EVENT | DEADLINE |
|---|---|
| Discovery Depositions of Fact Witnesses | September 29, 2023 |
| Service of Expert Witness Reports | October 13, 2023 |
| Discovery Status Report[1] | November 14, 2023 |
| Discovery Status Conference | November 20, 2023 |
| Discovery Depositions of Expert Witnesses | November 28, 2023 |
| All Civil Motions (Including *Daubert* Motions; Excluding Motions in Limine) | January 30, 2024 |
| Depositions of All Witnesses Taken for Use at Trial | March 1, 2024 |
| Proposed Pre-Trial Order | April 8, 2024 |

**SO ORDERED**, this ___ day of _____, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

[Attorney signatures on following page.]

---

[1] A Status Report Form is available on the Court's website www.gasd.uscourts.gov under "forms."  The parties are directed to use the content and format contained in this Form when reporting to the Court.

Respectfully submitted this 31st day of May 2023.

*/s/ Stacey Godfrey Evans*
Stacey Godfrey Evans
Georgia Bar No. 298555
sevans@staceyevanslaw.com
Tiffany N. Watkins
Georgia Bar No. 228805
twatkins@staceyevanslaw.com
John Amble Johnson
Georgia Bar No. 229112
ajohnson@staceyevanslaw.com

STACEY EVANS LAW
4200 Northside Parkway NW
Bldg One; Suite 200
Atlanta, GA 30327
(770) 779-9602 (phone)
(404) 393-2828 (fax)

*Counsel for Plaintiff*

Scott R. Grubman
Georgia Bar No. 317011
sgrubman@cglawfirm.com

CHILIVIS GRUBMAN
DALBEY & WARNER LLP
1834 Independence Square
Atlanta, GA 30338
(404) 233-4171 (phone)
(404) 261-2842 (fax)

*/s/ Elizabeth A. McNamara*
Elizabeth A. McNamara
(admitted *pro hac vice*)
Amanda B. Levine
(admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Tel: (212) 489-8230
lizmcnamara@dwt.com
amandalevine@dwt.com

Cynthia L. Counts
Georgia Bar No. 190280
FISHERBROYLES, LLP
945 East Paces Ferry Rd. NE, Suite 2000
Atlanta, GA 30326
(404) 550-6233
cynthia.counts@fisherbroyles.com

*Counsel for Defendant\**

*electronically signed by Stacey Evans with express permission of counsel for Defendant