# United States District Court
## Southern District of Georgia

Dr. Mahendra Amin, M.D.
_____
Plaintiff

v. NBCUniversal Media, LLC
_____
Defendant

Case No. 5:21-cv-00056-LGW-BWC

Appearing on behalf of: _____
Defendant
_____
(Plaintiff/Defendant)

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner,* __Leena Charlton__ hereby requests permission to appear pro hac vice in the subject case filed in the __Waycross__ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, __Southern District of New York__. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates __Cynthia Counts__ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __26__ day of __May__, __2023__.

_____
(Signature of *Petitioner*)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, __Cynthia Counts__, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

This __31__ day of __May__, __2023__

__190280__
Georgia Bar Number

__(404) 550-6233__
Business Telephone

_____
Signature of Local Counsel

FisherBroyles, LLP (Law Firm)
3340 Peachtree Road NE, Suite 1800 (Business Address)
Atlanta, GA 30326 (City, State, Zip)
1384 Lanier Place, Suite B, Atlanta, GA 30306 (Mailing Address)
cynthia.counts@fisherbroyles.com (Email Address)

# United States District Court
## Southern District of Georgia

Dr. Mahendra Amin, M.D.

_____
Plaintiff

Case No. 5:21-cv-00056-LGW-BWC

v.

NBCUniversal Media, LLC

Appearing on behalf of

Defendant

_____
Defendant

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Leena Charlton

Business Address: Davis Wright Tremaine, LLP
Firm/Business Name

1251 Avenue of the Americas
Street Address

| 21st Floor | New York | NY | 10020 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| | Address Line 2 | City | State | Zip |
|---|---|---|---|---|
| | (212) 489-8230 | | N/A | |
| | Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address: leenacharlton@dwt.com