# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT of GEORGIA

| John E. Triplett | OFFICE of the CLERK | (912)280-1330 |
|---|---|---|
| Clerk of Court | P.O. Box 1636 | |
| | BRUNSWICK, GEORGIA   31521 | |

## NOTICE of FILING DEFICIENCY

To: Cynthia L. Counts, Esquire          Date: 6/1/2023
Case: 5:21-cv-56                                    Party: Defendant

Your pleading, __#73 - Motion for Leave to Appear Pro Hac Vice__,
was filed on __06/01/23__, but remains deficient in the area(s) checked below:

[ ] No actions required (Informative Only)      or      [x] Corrective Actions Required

☐ 1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)

☐ 2. Pleading is illegible or otherwise not in compliance with Local Rule 10.1.

☐ 3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)

☐ 4. Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)

☐ 5. Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.

☒ 6. Motion is not in compliance with Local Rules.
  ☐ a. No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
  ☐ b. No good faith document was submitted. (L.R. 26.5)
  ☐ c. Separate proposed order was not attached to e-filed document. (L.R. 7.1)
  ☐ d. Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)

☐ 7. For Judge Baker or Wood cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.

☐ 8. Counsel should file a separate motion for each relief sought and not file a consolidated motion.

☒ 9. Other:

   You did not include a Certificate of Good Standing demonstrating your membership in the bar of another federal district court. Also, you did not provide a list of all cases in which counsel has appeared before this court. If this is your first appearance, please provide that information. Please contact the Clerk's office for e-filing instructions.

After 14 days a notice of noncompliance will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact: _Claudette Robinson_

Deputy Clerk