IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., | |
| Plaintiff, | CIVIL ACTION NO.: 5:21-cv-56 |
| v. | |
| NBCUNIVERSAL MEDIA, LLC, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on the parties' Joint Motion for Extension of Time to Complete Discovery. Doc. 72. The parties' request in the Motion requires discussion of the remaining discovery tasks to be completed in this case. Therefore, the Court **DIRECTS** the parties' counsel to appear before the undersigned for a telephonic status conference on Friday, June 9, 2023 at 10:30 a.m.

**SO ORDERED**, this 2nd day of June, 2023.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA