**Cynthia Counts**
Partner
Cynthia.Counts@fisherbroyles.com
Direct: 404.550.6223
1384 Lanier Place, Suite B
Atlanta, Georgia 30306
www.FisherBroyles.com

John E. Triplett
Clerk of Court
U.S. District Court
Southern District of Georgia
Office of the Clerk
P.O. Box 1636
Brunswick, GA 31521

*Re: Leena Charlton Pro Hac Vice Application Sponsored by Cynthia Counts #73 (21-cv-00056)*

Dear John E. Triplett:

This is notice of filing to make the Pro Hac Vice application complete for Leena Charlton (sponsored by Cynthia Counts). Please see the attached Certificate of Good Standing from the Eastern District of New York.

Sincerely,

**FISHERBROYLES, LLP**

CYNTHIA L. COUNTS