AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, Brenna B. Mahoney, Clerk of this Court, certify that Leena M. Charlton, Bar # 5622147, was duly admitted to practice in this Court on 07/16/2019, and is in good standing as a member of the Bar of this Court.

Dated at Brooklyn *(Location)* on 06/06/2023 *(Date)*

Brenna B. Mahoney
*CLERK OF COURT*

James Hunter
Deputy Clerk

