# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT of GEORGIA

| | | |
|---|---|---|
| John E. Triplett<br>Clerk of Court | OFFICE of the CLERK<br>P.O. Box 1636<br>BRUNSWICK, GEORGIA  31521 | (912)280-1330 |

## NOTICE of FILING DEFICIENCY

To: Cynthia L. Counts, Esquire          Date: 6/6/2023
Case: 5:21-cv-56                        Party: Defendant

Your pleading, __#77 - Notice of Filing__,

was filed on __06/06/23__, but remains deficient in the area(s) checked below:

[ ☒ ] No actions required (Informative Only)     or     [ ☐ ] Corrective Actions Required

☐ 1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)
☐ 2. Pleading is illegible or otherwise not in compliance with Local Rule 10.1.
☐ 3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)
☐ 4. Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)
☐ 5. Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.
☐ 6. Motion is not in compliance with Local Rules.
  ☐ a. No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
  ☐ b. No good faith document was submitted. (L.R. 26.5)
  ☐ c. Separate proposed order was not attached to e-filed document. (L.R. 7.1)
  ☐ d. Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)
☐ 7. For Judge Stan Baker cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.
☐ 8. Counsel should file a separate motion for each relief sought and not file a consolidated motion.
☒ 9. Other:
   The pleading was not flattened.  Do not refile; this is for informational purposes only.

For more information - Please contact:  s/ Claudette Robinson

Deputy Clerk