UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
CLERK'S MINUTES

---

CASE NO. 5:21-cv-56                                                                                          DATE: 6/9/2023

TITLE: Dr. Mahendra Amin, M.D. v. NBCUniversal Media, LLC

| | |
|---|---|
| **HONORABLE BENJAMIN W. CHEESBRO** | **COURTROOM DEPUTY: KIM MIXON** |
| **COURT REPORTER: BWK-CHAMBERS** | **TIME: 10:36-11:28   TOTAL: 52 minutes** |

| PLAINTIFF: | COUNSEL FOR PLAINTIFF: |
|---|---|
| Dr. Mahendra Amin, M.D. | Stacey Evans<br>John Amble Johnson |
| **DEFENDANT:** | **COUNSEL FOR DEFENDANT:** |
| NBCUniversal Media, LLC | Elizabeth McNamara<br>Cynthia Counts |

**TELEPHONIC STATUS CONFERENCE**

Telephonic Status Conference held to discuss Motion for Extension of Time, doc. 72, and discovery disputes presented to the Court. Court reviews current schedule in the case. Court hears from parties regarding schedule. Court will issue Amended Scheduling Order. Court hears from parties regarding discovery disputes.

As to the Department of Justice letter received by the Plaintiff, Plaintiff believed it was not prudent to disclose requested information in light of the letter. Court will conduct in-camera review of the letter and will make a determination.

As to the Plaintiff's request for Defendant to turn over copies of policies and procedures before and after the time of the article, the Court will defer ruling on this issue for now. Court will allow Defense two weeks to confer with client and present any additional briefing on the matter to the Court.

As to Plaintiff's request for Defendant's communications with third parties, the Court cannot resolve the issue on the current records. Court directs Defense to send third-party communications, with the exception of administrative communications and communications with experts, for in-camera review. Court will consider whether the third-party communication need to be logged as privileged. Court directs Defense to have the documents for in-camera review submitted to the Court by June 23, 2023.

Defense discusses Rule 45 issue with Court. No ruling made at this time.

Written amended scheduling order and order concerning Department of Justice letter to follow.