IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., | |
| Plaintiff, | CIVIL ACTION NO.: 5:21-cv-56 |
| v. | |
| NBCUNIVERSAL MEDIA, LLC, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on a discovery dispute that was brought to the Court's attention through the Court's required informal discovery dispute resolution process. The dispute concerns two requests to produce served by Defendant that asked Plaintiff to produce "[a]ll documents and communications produced by [Dr. Amin] to any governmental entity investigating allegations that [he] performed unnecessary and/or unconsented to Gynecological Procedures on detainees at [Irwin County Detention Center ("ICDC")]" and "[a]ll documents received or served upon [Dr. Amin] in connection with any governmental investigation into allegations that [he] performed unnecessary and/or unconsented-to Gynecological Procedures on detainees at ICDC."

The Court held a telephonic conference on June 9, 2023, adddressing this and other issues. During the conference, Plaintiff's counsel explained Plaintiff refused to produce certain requested communications because he received a letter from an Assistant United States Attorney that directed Plaintiff not to produce certain documents related to the government's investigation into ICDC. Plaintiff's counsel expressed concern about running afoul of the AUSA's directive,

but stated Plaintiff would produce the documents if the Court ordered him to do so. Plaintiff provided the letter from the AUSA to the Court for *in camera* review, and the undersigned has reviewed that letter.

The Court now **ORDERS** Plaintiff to promptly provide a copy of this order to the AUSA identified in the communication. If the Department of Justice opposes Plaintiff's production of the requested documents, a representative of the Department shall file a notice of opposition in this case that states the factual and legal bases for the opposition. Any notice of opposition shall be filed **on or before June 23, 2023**. If no opposition is filed by that deadline, Plaintiff is **ORDERED** to promptly produce the withheld documents.

**SO ORDERED**, this 20th day of June, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA