UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

DR. MAHENDRA AMIN, M.D.,

       Plaintiff,

v.

NBCUNIVERSAL MEDIA, LLC,

       Defendant.

Case No. 5:21-cv-00056-LGW-BWC

**PLAINTIFF'S UNOPPOSED MOTION TO ADD NON-PARTY DEPOSITIONS**

Plaintiff Dr. Mahendra Amin moves the Court to add 10 additional non-party depositions. Plaintiff is authorized to state that Defendant does not object to the request. Pursuant to Local Rule 7.1(b), this motion is accompanied by a proposed Order. In support of the motion, Plaintiff shows the Court as follows:

1.

On January 13, 2022, this Court issued a Scheduling Order, setting discovery deadlines in this case. Doc. 28. The Scheduling Order was made "in consideration of" the parties' Rule 26(f) Report, Doc. 21, and a telephonic conference the Court held. *Id*. at 1.

2.

Although the Court has amended the Scheduling Order twice to alter deadlines in light of (1) NBCUniversal's dispositive motion on the pleadings and (2) the delays caused by some third parties' motions to quash the parties subpoenas, all instructions from the Court's original Scheduling Order remain in place. Doc. 80.

3.

In their Rule 26(f) Report, the parties indicated that they both anticipated "significant third party discovery." Doc. 21 at 7. The parties stated that, in order "to minimize inconvenience to third parties," the parties "anticipate serving simultaneous subpoenas for documents and testimony." *Id*.

4.

The parties further noted that "depositions may reveal the need for additional [discovery] requests." *Id*. at 8.

5.

The parties initially agreed to 15 non-party depositions. *Id*. at 10.

6.

The parties further specified: "Each party anticipates the need for third party depositions, but neither are currently aware of the number of potential non-parties they may need to depose. The parties request that they be allowed at least 15 non-party depositions with the right to request additional non-party depositions for good cause shown as discovery unfolds." *Id*.

7.

The parties have engaged in extensive discovery.

8.

Discovery in this case has included the parties exchanging multiple productions of documents and responses to interrogatories, as well as party depositions.

9.

Discovery in this case has also included the parties subpoenaing non-parties for productions of documents and to take depositions pursuant to Federal Rule of Civil Procedure 45.

10.

Such non-parties include individuals identified by the parties as potential witnesses having information relevant to the claims and defenses in the lawsuit in the parties' initial disclosures and responses to discovery requests.

11.

Defendant is participating in the depositions Plaintiff is scheduling, but Plaintiff is not requiring Defendant to cross-subpoena those individuals, even when Defendant's questioning goes beyond the scope of Plaintiff's examination. Defendant does not agree such cross-subpoena practice is necessary.

12.

Accordingly, Plaintiff has nearly completed the 15 non-party depositions the parties Rule 26(f) Report specifies, but Defendant has only used 4 of its non-party depositions (even while participating in depositions subpoenaed by Plaintiff). Doc. 21 at 10. Again, Defendant does not agree with Plaintiff that cross-subpoenas are necessary.

13.

As discovery has unfolded, Plaintiff realizes that he needs the authority to depose 10 additional non-parties, specifically as to the issue of "falsity" that he must prove. The non-parties Plaintiff anticipates deposing include detainees and physicians who provided information as part of the Congressional investigation of Irwin County Detention Center.

14.

Defendant has authorized Plaintiff to state that it does not object to the request.

15.

Accordingly, Plaintiff requests that the Court order that he may depose 10 additional non-parties.

Respectfully submitted this 1st day of August 2023.

/s/ Stacey G. Evans
Stacey G. Evans
Georgia Bar No. 298555
sevans@staceyevanslaw.com
Tiffany N. Watkins
Georgia Bar No. 228805
twatkins@staceyevanslaw.com
John Amble Johnson
Georgia Bar No. 229112
ajohnson@staceyevanslaw.com

STACEY EVANS LAW
4200 Northside Parkway NW
Bldg One; Suite 200
Atlanta, GA 30327
(770) 779-9602 (phone)
(404) 393-2828 (fax)

*Counsel for Plaintiff*

Scott R. Grubman
Georgia Bar No. 317011
sgrubman@cglawfirm.com

CHILIVIS GRUBMAN
DALBEY & WARNER LLP
1834 Independence Square
Atlanta, GA 30338
(404) 233-4171 (phone)
(404) 261-2842 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **UNOPPOSED MOTION TO ADD NON-PARTY DEPOSITIONS** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record.

This 1st day of August 2023.

                                             **/s/ Stacey G. Evans**
                                             Stacey G. Evans
                                             Georgia Bar No. 298555

                                             *Counsel for Plaintiff*