UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D.,<br><br>            Plaintiff,<br><br>    v.<br><br>NBCUNIVERSAL MEDIA, LLC,<br><br>            Defendant. | Case No. 5:21-cv-00056-LGW-BWC |

**UNOPPOSED [PROPOSED] ORDER**

WHEREAS, on January 13, 2022, this Court issued a Scheduling Order in the above-captioned action; and

WHEREAS, the Scheduling Order was made in consideration of the parties' Rule 26(f) Report; and

WHEREAS, the Rule 26(f) Report provided each party 10 party depositions and 15 non-party depositions, with the right to request additional non-party depositions for good cause shown as discovery unfolds; and

WHEREAS, the parties have conferred, Plaintiff requests 10 additional non-party depositions for good cause shown, and Defendant does not object to the request; and

THE COURT HEREBY GRANTS the unopposed motion and orders 10 additional non-party requests for good cause shown.

**SO ORDERED**, this ___ day of _____, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

Respectfully submitted this 1st day of August 2023.

| | |
|---|---|
| **/s/ Stacey G. Evans** | Scott R. Grubman |
| Stacey Godfrey Evans | Georgia Bar No. 317011 |
| Georgia Bar No. 298555 | sgrubman@cglawfirm.com |
| sevans@staceyevanslaw.com | |
| Tiffany N. Watkins | CHILIVIS GRUBMAN |
| Georgia Bar No. 228805 | DALBEY & WARNER LLP |
| twatkins@staceyevanslaw.com | 1834 Independence Square |
| John Amble Johnson | Atlanta, GA 30338 |
| Georgia Bar No. 229112 | (404) 233-4171 (phone) |
| ajohnson@staceyevanslaw.com | (404) 261-2842 (fax) |

STACEY EVANS LAW
4200 Northside Parkway NW
Bldg One; Suite 200
Atlanta, GA 30327
(770) 779-9602 (phone)
(404) 393-2828 (fax)

*Counsel for Plaintiff*