IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., | |
| Plaintiff, | CIVIL ACTION NO.: 5:21-cv-56 |
| v. | |
| NBCUNIVERSAL MEDIA, LLC, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on Plaintiff's Unopposed Motion to Add Non-Party Depositions. Doc. 84. Plaintiff asks the Court to allow him to depose 10 additional non-parties. Id. at 4. Plaintiff states he needs the 10 additional depositions to assist with proving the issues of falsity. Id. at 3. Defendant does not object to this request. For good cause shown, the Court **GRANTS** the Motion. Plaintiff has permission to depose 10 additional non-parties.

**SO ORDERED**, this 1st day of August, 2023.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA