# United States District Court
## Southern District of Georgia

Dr. Mahendra Amin, M.D.
_____
Plaintiff

v. NBCUniversal Media, LLC
_____
Defendant

Case No. 5:21-cv-00056-LGW-BWC

Appearing on behalf of: _____
Defendant
_____
(Plaintiff/Defendant)

## APPLICATION FOR ADMISSION PRO HAC VICE

**Petitioner,** ___Erik Bierbauer___ hereby requests permission to appear pro hac vice in the subject case filed in the ___Waycross___ Division of the United States District Court for the Southern District of Georgia. **Petitioner** states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, ___Southern District of New York___. **Petitioner** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

**Petitioner** designates ___Cynthia Counts___ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

**Petitioner** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This ___11th___ day of ___August___, ___2023___.

_____
(Signature of Petitioner)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, ___Cynthia Counts___, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the **Petitioner** fail to respond to any Court order for appearance or otherwise.

This ___ day of _____, _____.

___190280___
Georgia Bar Number

___(404) 550-6233___
Business Telephone

_____
Signature of Local Counsel

FisherBroyles, LLP (Law Firm)
3340 Peachtree Road NE, Suite 1800 (Business Address)
Atlanta, GA 30326 (City, State, Zip)
1384 Lanier Place, Suite B, Atlanta, GA 30306 (Mailing Address)
cynthia.counts@fisherbroyles.com (Email Address)