# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

ERIK   BIERBAUER, Bar #   EB0606

was duly admitted to practice in the Court on

February 06, 2001

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.   On   August 11, 2023
New York, New York

Ruby J. Krajick   By   s/ D. Shaw
Clerk of Court   Deputy Clerk