# United States District Court
## Southern District of Georgia

Dr. Mahendra Amin, M.D.

_____
Plaintiff

v.

NBCUniversal Media, LLC

_____
Defendant

Case No. 5:21-cv-00056-LGW-BWC

Appearing on behalf of
Defendant
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
*****

NAME OF PETITIONER: Erik Bierbauer

Business Address: NBCUniversal Media, LLC
Firm/Business Name

30 Rockefeller Plaza, Room 620-557
Street Address

| New York | NY | 10112 |
Street Address (con't) | City | State | Zip

Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

212-664-4167 | N/A
Telephone Number (w/ area code) | Georgia Bar Number

Email Address: erik.bierbauer@nbcuni.com