**<u>List of Cases Filed in this Court In which Applicant Erik Bierbauer Has Appeared</u>**

**None.**