IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., | |
| Plaintiff, | CIVIL ACTION NO.: 5:21-cv-56 |
| v. | |
| NBCUNIVERSAL MEDIA, LLC, | |
| Defendant. | |

**O R D E R**

    This matter is before the Court on a discovery dispute between the parties.  Plaintiff sought Defendant's communications with and documents from third parties.  Defendant objected to Plaintiff seeking material about communications Defendant's counsel has had with third parties while working on this case.  Defendant also asserted it would be inappropriate to require a privilege log of these documents because it would allow Plaintiff to see the work Defendant has conducted for this action.  On June 9, 2023, the Court held a telephonic conference discussing this and other issues.  See Doc. 81.  At the end of the call, the Court ordered Defendant to provide the disputed communications and documents for *in camera* review.  The Court stated it would examine the communications and determine if they needed to be logged so the parties could brief the issue of work-product protection.

    After reviewing the submitted documents, I note there are certain communications that may, potentially, qualify for work-product protection and that would benefit from a privilege log and an opportunity for Plaintiff to dispute those work-product assertions.  Additionally, there is no discernible basis for not requiring Defendant to provide a privilege log.  Therefore, I **ORDER**

Defendant to provide Plaintiff with a privilege log within 14 days of this Order.  A privilege log will be due to Plaintiff **on or before September 5, 2023**.

**SO ORDERED**, this 21st day of August, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA