# United States District Court
## Southern District of Georgia

Dr. Mahendra Amin, M.D.

Plaintiff

v. NBCUniversal Media, LLC

Defendant

Case No. 5:21-cv-00056-LGW-BWC

Appearing on behalf of: _____

Defendant

(Plaintiff/Defendant)

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, __Taylor M. Carter__ hereby requests permission to appear pro hac vice in the subject case filed in the __Waycross__ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, __Southern District of New York__. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates __Cynthia Counts__ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __22nd__ day of __August__, __2023__.

_____
(Signature of *Petitioner*)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, __Cynthia Counts__, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This __24th__ day of __August__, __2023__.

__190280__
Georgia Bar Number

__(404) 550-6233__
Business Telephone

_____
Signature of Local Counsel

__Fisher Broyles, LLP__ (Law Firm)
__3340 Peachtree Road NE, Suite 1800__ (Business Address)
__Atlanta, GA 30326__ (City, State, Zip)
__1384 Lanier Place, Suite B, Atlanta, GA 30306__ (Mailing Address)
__cynthia.counts@fisherbroyles.com__ (Email Address)

# United States District Court
## Southern District of Georgia

Dr. Mahendra Amin, M.D.

_____
Plaintiff

v.   NBCUniversal Media, LLC

_____
Defendant

Case No. 5:21-cv-00056-LGW-BWC

Appearing on behalf of
Defendant
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | Taylor M. Carter |
| Business Address: | NBCUniversal Media, LLC |
| | Firm/Business Name |

| | | | |
|---|---|---|---|
| 30 Rockefeller Plaza, Building 620 | | | |
| Street Address | | | |
| 5th Floor | New York | NY | 10112 |
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |
| 212-664-4167 | | N/A | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address:   taylor.carter@nbcuni.com