# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

        TAYLOR CARTER      , Bar #    ----

was duly admitted to practice in the Court on

        August 22, 2023

and is in good standing as a member of the Bar of this Court

Dated at     500 Pearl St.    On    August 22, 2023
        New York, New York

Ruby J. Krajick     By    D. Shaw
Clerk of Court         Deputy Clerk