**List of Cases Filed in this Court In which Applicant Taylor Carter Has Appeared**

**None.**