IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., | |
| Plaintiff, | CIVIL ACTION NO.: 5:21-cv-56 |
| v. | |
| NBCUNIVERSAL MEDIA, LLC, | |
| Defendant. | |

**O R D E R**

In accordance with the Court's informal discovery dispute resolution procedures, Defendant's counsel sent an email to the undersigned's courtroom deputy clerk asking for Court assistance with obtaining discovery from Carol and Ricky Hutchinson, two non-party witnesses. Defendant states it served these witnesses with subpoenas and made numerous efforts to communicate with these witnesses about scheduling their depositions. However, the witnesses have ceased communicating with Defendant's counsel. Defendant's counsel asks the Court to order these witnesses to produce documents and sit for their depositions. Plaintiff states he has no position on Defendant's efforts to depose or obtain documents from Mr. and Mrs. Hutchinson.

After considering the information before the Court, I **ORDER** Carol and Ricky Hutchinson to show cause **on or before September 13, 2023**, why they should not be compelled to sit for their depositions and produce the requested documents. Mr. and Mrs. Hutchison may comply with this Order by submitting a written response to the Clerk of Court explaining why they have not complied—or why they should not be required to comply—with the subpoenas

served by Defendant's counsel.  Additionally, Mr. and Mrs. Hutchinson may communicate directly with Defendant's counsel in an effort to resolve this dispute.  If Defendant's counsel is satisfied the dispute has been resolved, Defendant's counsel shall notify the Court.

Defendant's counsel is **ORDERED** to promptly provide a copy of this Order (along with additional copies of the subpoenas) to Mr. and Mrs. Hutchinson at their last known residential address and email address, and Defendant's counsel shall preserve a record of all efforts to provide Mr. and Mrs. Hutchinson with these documents.

**SO ORDERED**, this 1st day of September, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA