IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

DR. MAHENDRA AMIN, M.D.,

    Plaintiff,

v.

NBCUNIVERSAL MEDIA, LLC,

    Defendant.

CIVIL ACTION NO.: 5:21-cv-56

## ORDER

On August 31, 2023, the Court held a telephonic conference about two discovery disputes in the instant case: (1) a dispute about production of scripts; and (2) a dispute about disclosure of certain phone numbers and a related subpoena seeking phone records. I announced rulings and set certain procedures related to these disputes during the conference. This Order memorializes the announcements made during the conference.

As to the production of scripts, after hearing from both parties, I authorized Plaintiff to file a motion to compel on the matter. I set the following briefing schedule:

| EVENT | DEADLINE |
| --- | --- |
| Plaintiff's Motion to Compel | September 15, 2023 |
| Defendant's Response to Motion to Compel | September 29, 2023 |

As to the disclosure of phone numbers, Plaintiff clarified he only needed one remaining phone number from his initial request. Therefore, I ordered Defendant to provide Plaintiff with Julia Ainsley's phone number on or before September 8, 2023.

The parties made additional arguments about a subpoena sent to AT&T for the production of Defendant's phone records. Defendant orally moved for a protective order precluding AT&T from producing the phone records to Plaintiff. I granted Defendant's motion for a protective order. Third-party AT&T is not required to produce the phone records requested in Plaintiff's August 21, 2023 subpoena. However, I **ORDER** Defendant to take steps necessary to preserve, or to have AT&T preserve, the phone records during the pendency of this litigation.

**SO ORDERED**, this 5th day of September, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA