UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
CLERK'S MINUTES

CASE NO. 5:21-cv-56     DATE: 8/31/2023

TITLE: Dr. Mahendra Amin, M.D. v. NBCUniversal Media, LLC

**HONORABLE BENJAMIN W. CHEESBRO**     **COURTROOM DEPUTY: KIM MIXON**

**COURT REPORTER: BWC-CHAMBERS**     **TIME: 3:00-4:30**     **TOTAL: 1 hr./30 min.**

| PLAINTIFF: | COUNSEL FOR PLAINTIFF: |
|---|---|
| Dr. Mahendra Amin, M.D. | Stacey Evans |
| | John Amble Johnson |

| DEFENDANT: | COUNSEL FOR DEFENDANT: |
|---|---|
| NBCUniversal Media, LLC | Amanda Levine |
| | Elizabeth McNamara |
| | Cynthia Counts |

**TELEPHONIC STATUS CONFERENCE**

**Telephonic Status Conference held to discuss two discovery dispute issues raised by Plaintiff.**
**Issue No. 1: Plaintiff requests copies of all scripts or draft scripts regarding gynecological medical treatment of detainees at ICDC that were reviewed by Standards and communications regarding those scripts.**
**Issue No. 2: Plaintiff asks Defendant to identify the phone numbers used by Julia Ainsley, Alexander Price, and Jacob Soboroff to speak to sources for the Broadcasts, and seeks phone records from AT&T by subpoena regarding same.**
**Court confirms it has reviewed the informal discovery dispute submission emails submitted by both parties.**
**Court hears from parties.**
**Defense seeks a protective order regarding the requested telephone numbers of Julia Ainsley, Alexander Price, and Jacob Soboroff, and related phone records, because the information is privileged information.  has obtained some numbers, and, at this point, only seeks disclosure of number for Julia Ainsley.**
**Parties request opportunity to submit briefing on issue 1 and request oral ruling, without the benefit of any additional briefing, on issue 2.**

**On issue 1, Plaintiff shall file Motion to Compel within 14 days. Defense will have 14 days to respond.**

**On issue 2, Defendant ordered to provide Ainsley's telephone number to Plaintiff within 7 days. Aside from Ainsley's number, the Court grants NBCU's requested protective order. Defendant is ordered to take necessary steps to preserve requested phone records in case circumstances that require disclosure of the records arise.**

**Court will separately address Defendant's dispute raised in an email to the Court dated 6/28/2023 regarding Defendant's effort to have Carol and Ricky Hutchinson deposed. Written order to follow.**