IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., | |
| Plaintiff, | CIVIL ACTION NO.: 5:21-cv-56 |
| v. | |
| NBCUNIVERSAL MEDIA, LLC, | |
| Defendant. | |

**O R D E R**

Non-party Azadeh Shahshahani ("Ms. Shahshahani") filed a Motion to Quash Subpoena for Deposition, as amended. Docs. 99, 100. For the following reasons, I **DENY** the Motion, as amended.

A federal court has both the power and the obligation to inquire into its jurisdiction whenever there is a possibility jurisdiction does not exist. Fitzgerald v. Seaboard Sys. R.R., Inc., 760 F.2d 1249, 1251 (11th Cir. 1985). Federal Rule of Civil Procedure 45 governs subpoenas and challenges to subpoenas. Fed. R. Civ. P. 45. "A subpoena must be issued by the court where the underlying action is pending, but challenges to the subpoena are to be heard by the district court encompassing the place where compliance with the subpoena is required." Woods ex rel. United States v. SouthernCare, Inc., 303 F.R.D. 405, 406 (N.D. Ala. 2014) (citing Fed. R. Civ. P. 45(a)(2), (d)(3)(A)). For subpoenas seeking a deposition, the place of compliance must be "within 100 miles of where the person resides, is employed, or regularly transacts business in person." Fed. R. Civ. P. 45(c)(1)(A). Rule 45 provides the court where compliance is required with the power to adjudicate a motion to quash or modify the subpoena. Miller Constr. Equip.

Sales, Inc. v. Clark Equip. Co., No. 1:15-CV-7, 2016 WL 447717, at *4 (S.D. Ga. Feb. 4, 2016) (citing Fed. R. Civ. P. 45(d)(3)).  The Rule also provides a vehicle for transferring such motions to the issuing court: "When the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances."  Id.  (citing Fed. R. Civ. P. 45(f)).

Here, the subpoena requires the deposition to be conducted in Atlanta, Georgia. Doc. 100-4 at 2.  The district court encompassing the place of compliance would be the Northern District of Georgia.  See 28 U.S.C. § 90.  The parties may request and consent to transfer, but the court of compliance—the District Court for the Northern District of Georgia—will make the determination whether to transfer the motion.  If the Northern District of Georgia transfers the motion, then this Court will address the merits of the Motion to Quash at that time.  But, at this time, this Court lacks jurisdiction to hear the Motion to Quash.  I **DENY** non-party Azadeh Shahshahani's Motion to Quash for lack of jurisdiction.

**SO ORDERED**, this 21st day of September, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA