IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

|  |  |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | Case No. 5:21-cv-00056-LGW-BWC <br><br> **NOTICE OF DEFENDANT'S UNOPPOSED MOTION TO MODIFY THE MARCH 8, 2022 PROTECTIVE ORDER** |

Pursuant to Federal Rule of Civil Procedure 26, the Southern District of Georgia Local Rules, and the Parties' March 8, 2022 Protective Order, ECF No. 42, Defendant NBCUniversal Media LLC ("NBCU"), through its attorneys, Davis Wright Tremaine LLP, respectfully moves for modification of the March 8, 2022 Protective Order, pursuant to Section XIX of the Order, upon consideration of the memorandum of law in support of this motion, the Declaration of Elizabeth A. McNamara and the accompanying exhibits filed contemporaneously with this motion.

The Parties have conferred, and Plaintiff does not oppose the modifications to the Protective Order.

Dated: September 28, 2023

/s/ Elizabeth A. McNamara
Elizabeth A. McNamara
(admitted *pro hac vice*)
Amanda B. Levine
(admitted *pro hac vice*)
Leena Charlton
(admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor

/s/ Cynthia L. Counts
Cynthia L. Counts
Georgia Bar No. 190280
FISHERBROYLES, LLP
945 East Paces Ferry Rd. NE, Suite 2000
Atlanta, GA 30326
(404) 550-6233
cynthia.counts@fisherbroyles.com

| | |
|---|---|
| New York, NY 10020-1104<br>Tel: (212) 489-8230<br>lizmcnamara@dwt.com<br>amandalevine@dwt.com<br>leenacharlton@dwt.com | *Attorneys for Defendant NBCUniversal Media, LLC* |