IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

|  |  |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | Case No. 5:21-cv-00056-LGW-BWC <br><br> **DECLARATION OF ELIZABETH A. MCNAMARA IN SUPPORT OF DEFENDANT NBCUNIVERSAL MEDIA, LLC'S UNOPPOSED MOTION TO MODIFY THE MARCH 8, 2022 PROTECTIVE ORDER** |

Elizabeth A. McNamara, pursuant to 28 U.S.C. § 1746, declares and says the following under penalty of perjury:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration.

2. I am a partner at the law firm Davis Wright Tremaine ("DWT"), attorney for Defendant NBCUniversal Media, LLC ("NBCU") in this action. I am fully familiar with the facts and circumstances set forth herein, except as indicated, in which case I also indicate the source of my knowledge. I make this declaration in support of NBCU's unopposed Motion to Modify the March 8, 2022 Protective Order.

3. On February 21, 2023, my firm served subpoenas to the U.S. Immigration and Customs Enforcement Agency and the Department of Homeland Security. Attached as **Exhibit A** is a true and correct copy of the ICE and DHS subpoenas (the "ICE Subpoenas").

4.      On March 17, 2023, my firm served an amended subpoena to LaSalle Southeast LCC. Attached as **Exhibit B** is a true and correct copy of the March 17, 2023 email thread between counsel transmitting the amended subpoena and the subpoena as-served.

5.      Pursuant to the Order on NBCU's motion to compel, LaSalle Southeast LLC produced approximately 100GBs of documents to the Parties on September 25, 2023. These documents are or will be marked confidential, pursuant to the Protective Order (and the proposed modified protective order).

6.      Pursuant to ICE Subpoenas, ICE is producing the complete set of documents it produced to the Senate Permanent Subcommittee on Investigations in connection with the Senate's investigation of the ICDC and Dr. Amin.

7.      Before producing the responsive documents, ICE has requested modifications to the operative Protective Order. Attached as **Exhibit C** is a true and correct copy of a redline showing the proposed modifications; attached as **Exhibit D** is a clean copy of the modified protective order.

8.      The ICE documents are highly relevant to Plaintiff's claims and NBCU's defenses in this matter.

9.      Plaintiff does not object to the modification of the protective order.

I declare under penalty of perjury under the laws of the United States of America that foregoing is true and correct.

Executed this 28th day of September, 2023, in New York, New York.

By: /s/ Elizabeth A. McNamara
Elizabeth A. McNamara