IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | CIVIL ACTION NO.: 5:21-cv-56 |

### THIRD AMENDED SCHEDULING ORDER

The parties jointly filed a status report on September 21, 2023.  Doc. 102.  In their status report, Defendant states discovery is not complete and requests extensions to the pending deadlines in the Scheduling Order.  The Court conducted a telephonic status conference on September 29, 2023.  During the status conference, Defendant confirmed its request for an extension.  Plaintiff did not join in the request, but Plaintiff did request an extension to certain briefing deadlines if the Court extends the time to complete discovery.  The parties explained they have worked diligently to complete discovery, but they need more time to finish conducting depositions and to obtain documents and transcripts in time for filing dispositive motions.  Upon due consideration and good cause shown, the Court **GRANTS** the Defendant's request for extension and enters the following new deadlines.

| EVENT | DEADLINE |
|---|---|
| Status Conference | October 20, 2023 |
| Status Conference | November 9, 2023 |

| | |
|---|---|
| Close of Discovery | November 13, 2023 |
| All Motions Related to Any Third-Party Discovery | November 28, 2023 |
| All Civil Motions (Including Daubert Motions; Excluding Motions in Limine) | December 12, 2023 |
| Responses to Civil Motions | January 26, 2024 |
| Replies in Support of Civil Motions | February 14, 2024 |
| Depositions of All Witnesses Taken for Use at Trial | March 13, 2024 |
| Proposed Pretrial Order | April 15, 2024 |

All other deadlines and instructions in the Court's previous Orders remain in full force and effect. Docs. 28, 61, 80.

**SO ORDERED**, this 2nd day of October, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA