UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
CLERK'S MINUTES

---

**CASE NO. 5:21-cv-56**                                                              **DATE: 9/29/2023**

**TITLE: Dr. Mahendra Amin, M.D. v. NBCUniversal Media, LLC**

---

**HONORABLE BENJAMIN W. CHEESBRO     COURTROOM DEPUTY: KIM MIXON**

**COURT REPORTER: BWC-CHAMBERS     TIME: 10:00 - 10:34     TOTAL:  34 min.**

---

| PLAINTIFF: | COUNSEL FOR PLAINTIFF: |
|---|---|
| Dr. Mahendra Amin, M.D. | Stacey Evans<br>John Amble Johnson |
| **DEFENDANT:** | **COUNSEL FOR DEFENDANT:** |
| NBCUniversal Media, LLC | Amanda Levine<br>Elizabeth McNamara<br>Cynthia Counts |

**TELEPHONIC STATUS CONFERENCE**

**Telephonic Status Conference held to discuss schedule.**
**Court received and reviewed the parties' status report.**
**Court concerned about amount of remaining discovery.**
**Court hears from parties.**
**Court finds the parties' request for additional time is not unreasonable considering the amount of discovery and depositions left to conduct.**
**Plaintiff's Motion to Compel is not ripe for ruling at this time.**
**Court will modify schedule and will set periodic telephonic status calls for updates on discovery and case progression.**
**Court encourages parties to continue to confer and work together on discovery issues to find resolution where able.**
**Written order to follow.**