UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
CLERK'S MINUTES

---

**CASE NO. 5:21-cv-56**  **DATE: 10/20/2023**

**TITLE: Dr. Mahendra Amin, M.D. v. NBCUniversal Media, LLC**

---

**HONORABLE BENJAMIN W. CHEESBRO**  **COURTROOM DEPUTY: KIM MIXON**

**COURT REPORTER: BWC-CHAMBERS**  **TIME: 2:00 – 2:24**  **TOTAL: 24 minutes**

| PLAINTIFF: | COUNSEL FOR PLAINTIFF: |
|---|---|
| Dr. Mahendra Amin, M.D. | Stacey Evans |
| | John Amble Johnson |

| DEFENDANT: | COUNSEL FOR DEFENDANT: |
|---|---|
| NBCUniversal Media, LLC | Amanda Levine |
| | Cynthia Counts |

**TELEPHONIC STATUS CONFERENCE**

Telephonic Status Conference held to discuss discovery and scheduling.
Court hears from parties.
Parties do not anticipate any issues with meeting current deadlines in the case.
Parties still need to conduct several depositions, but are working to complete those depositions in accordance with the current schedule.
Court encourages parties to continue to confer and work together on discovery issues.
Defense states discovery responses from Irwin County Hospital are outstanding.
Next status call is set before the Court for November 9, 2023.