UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
CLERK'S MINUTES

---

**CASE NO. 5:21-cv-56**                                                                **DATE: 11/17/2023**

**TITLE: Dr. Mahendra Amin, M.D. v. NBCUniversal Media, LLC**

---

**HONORABLE BENJAMIN W. CHEESBRO**      **COURTROOM DEPUTY: KIM MIXON**

**COURT REPORTER: BWC-CHAMBERS**      **TIME: 1:00 – 1:15**      **TOTAL: 15 minutes**

| **PLAINTIFF:** | **COUNSEL FOR PLAINTIFF:** |
|---|---|
| Dr. Mahendra Amin, M.D. | Stacey Evans |
| **DEFENDANT:** | **COUNSEL FOR DEFENDANT:** |
| NBCUniversal Media, LLC | Elizabeth McNamara |

**TELEPHONIC STATUS CONFERENCE**

**Telephonic Status Conference held to discuss dispute presented by Plaintiff concerning request for additional time for deposition of Dr. Erin Carey.**
**Court received the parties' submissions.**
**Court hears from parties.**
**Court finds no good cause to grant additional time for the deposition.  Plaintiff allowed the 2 hours remaining to finalize deposition of Dr. Erin Carey.**