UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
CLERK'S MINUTES

---

**CASE NO. 5:21-cv-56**  **DATE: 11/9/2023**

**TITLE: Dr. Mahendra Amin, M.D. v. NBCUniversal Media, LLC**

---

**HONORABLE BENJAMIN W. CHEESBRO**  **COURTROOM DEPUTY: KIM MIXON**

**COURT REPORTER: BWC-CHAMBERS**  **TIME: 3:00 – 3:17**  **TOTAL: 17 minutes**

| **PLAINTIFF:** | **COUNSEL FOR PLAINTIFF:** |
|---|---|
| Dr. Mahendra Amin, M.D. | John Amble Johnson |
| **DEFENDANT:** | **COUNSEL FOR DEFENDANT:** |
| NBCUniversal Media, LLC | Amanda Levine |
|  | Elizabeth McNamara |

**TELEPHONIC STATUS CONFERENCE**

Telephonic status conference held to discuss discovery and scheduling.
Court goes over current deadlines.
Motion to Compel still pending with the Court.
Parties are continuing to confer on discovery disputes and will inform the Court if they need to resolve any issues by informal process with Court's assistance.
Defense states it has depositions scheduled for 11/13/23 and 11/19/23 and plans to file Motion for Summary Judgment by deadline.
Court directs parties to focus on remaining document production and to continue to confer on any issues.
Parties will notify Court if they need any assistance.
Court will keep current schedule in place at this time.