UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D.,<br><br>    Plaintiff,<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC,<br><br>    Defendant. | Case No. 5:21-cv-00056-LGW-BWC<br><br>**DECLARATION OF**<br>**CYNTHIA COUNTS** |

    I, Cynthia Counts, being of lawful age and otherwise competent to testify in a court of law, hereby declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the following is true and correct:

    1.    I am counsel of record for NBCUniversal Media, LLC ("NBCU") in the above-captioned action.

    2.    On July 27, 2023, I attended the deposition of third-party Yanira Yesenia Oldaker. Ms. Oldaker is the lead plaintiff in the action, *Oldaker v. Giles*, Case No. 20-cv-00224-WLS-MSH (M.D. Ga. 2020). I was representing NBCU during the deposition, Stacey Evans and Fred Hanna were representing Plaintiff Dr. Mahendra Amin ("Dr. Amin"), and Elora Mukherjee and Fatma Marouf were representing Ms. Oldaker.

    3.    During the deposition, after Ms. Evans finished her questioning of Ms. Oldaker, all parties agreed that we would take a brief lunch break before I began my questioning of Ms. Oldaker. Mr. Hanna informed everyone in the room that there was only one restaurant in walking distance from the deposition location.

4. After I took care of a few administrative matters, I walked to the restaurant that Mr. Hanna identified. I saw that Ms. Oldaker, Ms. Mukherjee, and Ms. Marouf were sitting at a table with an open seat. I joined them at the table and proceeded to have a brief conversation with them over lunch.

5. After Ms. Oldaker and her counsel finished their lunch, they paid their bill and went back to the deposition room, while I remained at the table to finish my lunch.

_____
CYNTHIA COUNTS