UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | Case No. 5:21-cv-00056-LGW-BWC <br><br> **DECLARATION OF <br> ELIZABETH MCNAMARA** |

I, Elizabeth A. McNamara, being of lawful age and otherwise competent to testify in a court of law, hereby declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the following is true and correct:

1. I am counsel of record for NBCUniversal Media, LLC ("NBCU") in the above-captioned action.

2. Attached hereto as **Exhibit A** is a true and correct copy of the deposition of Yanira Yesenia Oldaker.

3. Attached hereto as **Exhibit B** is a true and correct copy of an email thread between Stacey Evans, Cynthia Counts, and others beginning on August 16, 2023.

4. Attached hereto as **Exhibit C** is a true and correct copy of the subpoena served on Cynthia Counts.

5. Attached hereto as **Exhibit D** is a true and correct copy of an email thread between Stacey Evans, Cynthia Counts, and others beginning on September 22, 2023.

6. Attached hereto as **Exhibit E** is a true and correct copy of the motion to quash filed by Elora Mukherjee in the Southern District of New York. *See* Case No. 1:23-mc-377 (S.D.N.Y. 2023).

7. Attached hereto as **Exhibit F** is a true and correct copy of the opposition to Elora Mukherjee's motion to quash filed by Stacey Evans.

8. Attached hereto as **Exhibit G** is a true and correct copy of the magistrate judge's opinion and order quashing the subpoena to Elora Mukherjee.

9. Attached hereto as **Exhibit H** is a true and correct copy of the district court's order rejecting the objection to the magistrate judge's decision filed by Stacey Evans.

10. Attached hereto as **Exhibit I** is a true and correct copy of an email thread between Cynthia Counts, Stacey Evans, and others beginning on October 20, 2023.

11. Attached hereto as **Exhibit J** is a true and correct copy of an email between Stacey Evans, Jill Guldin, and others beginning on November 7, 2023.

12. Attached hereto as **Exhibit K** is a true and correct copy of an email that I sent to Stacey Evans on November 27, 2023.

                                                                  ELIZABETH A. MCNAMARA