# EXHIBIT H

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
MAHENDRA AMIN,

                      Plaintiff,

       -against-                                  23-mc-0377 (LAK)

                                              Southern District of Georgia
NBCUNIVERSAL MEDIA L.L.C.,                 Civ. Act. No. 5:21-cv-00056-LGW-BWC

                    Defendant.

         -----

ELORA MUKHERJEE,

                    Non-Party Movant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Non-party Elora Mukherjee has moved to quash a deposition subpoena issued by this Court, pursuant to Fed. R. Civ. P. 45, at the behest of the plaintiff in the Georgia action referred to above. Magistrate Judge Stewart Aaron, to whom the motion was referred, granted the motion to quash in a thorough and carefully considered order dated October 25, 2023. The Georgia plaintiff has objected to the order.

        Fed. R. Civ. P. 72(a) and 28 U.S.C. § 636(b)(1) make clear that the decision of a magistrate judge on a non-dispositive matter such as this may be reconsidered only "where it has been shown that the . . . order is clearly erroneous or contrary to law." The objector has established neither. Accordingly, her objections are overruled and the order affirmed.

        SO ORDERED.

Dated:      November 16, 2023

                                                               Lewis A. Kaplan
                                                       United States District Judge