# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., | |
| Plaintiff, | Case No. 5:21-cv-00056-LGW-BWC |
| v. | |
| NBCUNIVERSAL MEDIA, LLC, | |
| Defendant. | |

## PROPOSED ORDER GRANTING MOTION FOR A PROTECTIVE ORDER QUASHING THE DEPOSITION OF CYNTHIA COUNTS

On this __ day of _____, 2023, the Court considered Cynthia Counts's Motion for a Protective Order to Quash the Deposition Subpoena issued to her. Having considered the Motion, the filings submitted in support of the Motion, and any filings submitted in opposition to the Motion,

**IT IS HEREBY ORDERED THAT:**

The Motion is GRANTED in full. The subpoena issued to Cynthia Counts is QUASHED in its entirety.

Dated:_____, 2023

SO ORDERED.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA