UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | CIVIL ACTION NO.: <br> 5:21-CV-00056-LGW-BWC <br><br><br> MOTION OF TAYLOR M. CARTER TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Defendant NBCUNIVERSAL MEDIA, LLC, through their attorneys, respectfully request that this Court grant Taylor M. Carter of NBCUNIVERSAL MEDIA, LLC, leave to withdraw her appearance as one of the attorneys in this matter. In support of this motion, Defendant states as follows:

1. Since August 29, 2023, Taylor M. Carter has been one of the attorneys of record for Defendants. (Docket No. #93.).

2. Ms. Carter's employment with NBCUNIVERSAL MEDIA, LLC ends on November 30, 2023, and, therefore, wishes to withdraw as one of the attorneys in this matter.

3. Defendant will continue to be represented by Cynthia L. Counts of FISHERBROYLES, LLP and Elizabeth A. McNamara (admitted *pro hac vice*) of DAVIS WRIGHT TREMAINE LLP.

1

WHEREFORE, Taylor M. Carter of NBCUNIVERSAL MEDIA, LLC, respectfully requests that this Court enter an order withdrawing her appearance as counsel for Defendant NBCUNIVERSAL MEDIA, LLC.

Dated: December 1, 2023.

Respectfully submitted,

**FISHERBROYLES, LLP**

　_/s/ R. Bates Lovett_
R. Bates Lovett, Esq.
Georgia Bar No. 459568
Counsel for Defendant

2 East Bryan Street, 4th Floor
Savannah, GA 31401
(912) 236-0261 (telephone)
(912) 844-1346 (mobile)
bates.lovett@fisherbroyles.com

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC,<br><br>Defendant. | CIVIL ACTION NO.:<br>5:21-CV-00056-LGW-BWC<br><br>MOTION OF TAYLOR M. CARTER TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Motion for Leave to Withdraw Appearance** upon all parties to this matter by filing with the PACER electronic filing system which shall deliver same to:

Stacey Godfrey Evans
Tiffany N. Watkins
John Amble Johnson
STACEY EVANS LAW
4200 Northside Parkway NW
Bldg One; Suite 200
Atlanta, GA 30327
sevans@staceyevanslaw.com
twatkins@staceyevanslaw.com
ajohnson@staceyevanslaw.com

Scott R. Grubman
CHILIVIS GRUBMAN
DALBEY & WARNER LLP
1834 Independence Square
Atlanta, GA 30338
sgrubman@cglawfirm.com

*[signature on following page]*

3

Dated: December 1, 2023.

                                                  Respectfully submitted,

                                                  **FISHERBROYLES, LLP**

                                                  ***/s/ R. Bates Lovett***
                                                  R. Bates Lovett, Esq.
                                                  Georgia Bar No. 459568
                                                  Counsel for Defendant

2 East Bryan Street, 4th Floor
Savannah, GA 31401
(912) 236-0261 (telephone)
(912) 844-1346 (mobile)
bates.lovett@fisherbroyles.com