UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NBCUNIVERSAL MEDIA, LLC,<br><br>　　　　　Defendant. | Case No. 5:21-cv-00056-LGW-BWC<br><br>**JOINT MOTION TO**<br>**EXTEND PAGE LIMITS** |

　　　　NOW COME the parties and file their joint motion requesting that the Court enter an order extending the page limit requirements of Local Rule 7.1 from 26 pages to 36 pages, respectfully showing the Court as follows:

　　　　1.　　In this action, Plaintiff brings a defamation claim against Defendant stemming from dozens of statements included in four[1] different MSNBC news reports spanning three different MSNBC television shows.  *See* Dkt. 49 (Am. Compl.) ¶¶ 75, 78, 84, 86.

　　　　2.　　The record developed during discovery in this case is voluminous.  There have been thirty-six depositions and thousands of documents produced by the parties and third-parties.

　　　　3.　　Local Rule 7.1(a) provides that "[a]bsent prior permission of the Court, no brief shall exceed twenty-six (26) pages in length, inclusive of the certificate of service required by Local Rule 5.1.

　　　　4.　　The parties have discussed the size of the record and the claims and defenses to be addressed in their upcoming summary judgment motions and believe that an extension of Local Rule 7.1(a)'s page limit from 26 to 36 pages for summary judgment motions and responses will

---

[1] The initial complaint enumerated challenged statements in five MSNBC broadcasts, but the Court previously dismissed Plaintiff's claims stemming from one of the broadcasts.  *See* Dkt. 59 at 66.

allow the parties to adequately address the relevant legal issues and the record, which will in turn allow the Court to efficiently address the parties' motions.

WHEREFORE, the Parties jointly move for an order extending the page limits for summary judgment motions and responses to 36 pages, inclusive of the certificate of service required by Local Rule 5.1.

Respectfully jointly submitted this 1st day of December, 2023.

| | |
|---|---|
| */s/ Stacey Godfrey Evans* <br> Stacey Godfrey Evans <br> Georgia Bar No. 298555 <br> STACEY EVANS LAW <br> 4200 Northside Parkway NW <br> Bldg One; Suite 200 <br> Atlanta, GA 30327 <br> (770) 779-9602 <br> sevans@staceyevanslaw.com <br><br> Scott R. Grubman <br> Georgia Bar No. 317011 <br> CHILVIS GRUBMAN DALBEY & WARNER LLP <br> 1834 Independence Square <br> Atlanta, GA 30338 <br> (404) 233-4171 <br> sgrubman@cglawfirm.com | */s/ Elizabeth A. McNamara* <br> Elizabeth A. McNamara <br> (admitted *pro hac vice*) <br> DAVIS WRIGHT TREMAINE LLP <br> 1251 Avenue of the Americas 21st Floor <br> New York, NY 10020-1104 <br> Tel: (212) 489-8230 <br> lizmcnamara@dwt.com <br><br> Cynthia L. Counts <br> Georgia Bar No. 190290 <br> FISHERBROYLES, LLP <br> 945 East Paces Ferry Rd. NE, Suite 2000 <br> Atlanta, GA 30326 <br> (404) 550-6233 <br> cynthia.counts@fisherbroyles.com |