## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D.,<br><br>      Plaintiff,<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC,<br><br>      Defendant. | Case No. 5:21-cv-00056-LGW-BWC<br><br>**ORDER** |

Before the Court is the parties' Joint Motion to Extend Page Limits. For good cause shown, the motion is **GRANTED**. Summary judgment motions and responses shall not exceed thirty-six (36) pages in length, inclusive of the certificate of service required by Local Rule 5.1.

**SO ORDERED**, this ___ day of _____, 2023.

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA