UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 5:21-CV-00056-LGW-BWC |
| v. ) | |
| ) | |
| NBCUNIVERSAL MEDIA, LLC, ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to S.D. Ga. L.R. 6.1, the parties jointly move to extend the time within which to make, respond to, and reply to civil motions (including *Daubert* motions, excluding motions in limine), by seven (7) days, from the current deadlines of December 12, 2023, January 26, 2024, and February 14, 2024, to December 19, 2023, February 2, 2024, and February 21, 2024, respectively.  In support thereof, Dr. Amin states:

1. The operative scheduling order sets a deadline of December 12, 2023, for "All Civil Motions (Including *Daubert* Motions; Excluding Motions in Limine)."  Doc. 105 at 2.  It sets deadlines of Responses and Replies in Support of Civil Motions of January 26, 2024, and February 14, 2024, respectively.  *Id*.

2. S.D. Ga. L.R. 6.1 authorizes and directs the Clerk of Court "to grant, sign, and enter orders on consent, where permitted by law, extending time within which to plead or otherwise defend or make any motions (except a motion for a new trial), for an aggregate time not to exceed fourteen (14) days, if the time originally prescribed or extended within which to plead, defend, or move has not expired."

3. The parties move jointly for the deadline to be extended by seven (7) days, so that the

motions be due December 19, 2023, the responses February 2, 2024, and the replies February 21, 2024.

4. Seven days does not exceed fourteen (14) days.

5. The time originally prescribed within which to plead, defend, or move has not expired.

6. The parties have agreed to this extension of time as a result of conferral in order to accommodate scheduling a reconvened deposition in this case.

Respectfully submitted this 4th day of December 2023.

/s/ Stacey G. Evans
Stacey G. Evans
Georgia Bar No. 298555
sevans@staceyevanslaw.com
Tiffany N. Watkins
Georgia Bar No. 228805
twatkins@staceyevanslaw.com
J. Amble Johnson
Georgia Bar No. 229112
ajohnson@staceyevanslaw.com
STACEY EVANS LAW
4200 Northside Parkway NW
Bldg One; Suite 200
Atlanta, GA 30327
(770) 779-9602
sevans@staceyevanslaw.com

Scott R. Grubman
Georgia Bar No. 317011
CHILVIS GRUBMAN DALBEY &
WARNER LLP
1834 Independence Square
Atlanta, GA 30338
(404) 233-4171
sgrubman@cglawfirm.com

/s/ Elizabeth A. McNamara*
Elizabeth A. McNamara
(admitted *pro hac vice*)
Amanda Levine
(admitted *pro hac vice*)
Leena Charlton
(admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas21st Floor
New York, NY 10020-1104
Tel: (212) 489-8230
lizmcnamara@dwt.com
amandalevine@dwt.com
leenacharlton@dwt.com

Cynthia L. Counts
Georgia Bar No. 190290
FISHERBROYLES, LLP
945 East Paces Ferry Rd. NE, Suite 2000
Atlanta, GA 30326
(404) 550-6233
cynthia.counts@fisherbroyles.com

*Signed with express permission by Stacey G. Evans

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **JOINT MOTION FOR EXTENSION OF TIME** will be served upon all attorneys in this matter by filing with the Court's CM/ECF system.

This <u>4th</u> day of December 2023.

>  */s/ Stacey G. Evans*
>  Stacey G. Evans