UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | Case No. 5:21-cv-00056-LGW-BWC |

**(PROPOSED) ORDER EXTENDING TIME WITHIN WHICH TO PLEAD OR OTHERWISE DEFEND OR MAKE MOTIONS**

Before the Court is the parties' Joint Motion for Extension of Time. Pursuant to S.D. Ga. L.R. 6.1, because the motion is for an aggregate time not to exceed fourteen (14) days, it is joint/consent, and the time originally prescribed has not expired, the motion is **GRANTED**. The deadline for All Civil Motions (Including *Daubert* Motions; Excluding Motions in Limine) is now December 19, 2023; Responses to Civil Motions are due February 2, 2024; and Replies in Support of Civil Motions are due February 21, 2024. The remaining deadlines outlined in the operative scheduling order (Doc. 105) remain in effect.

**SO ORDERED**, this ___ day of _____, 2023.

_____
CLERK OF COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA