IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | CIVIL ACTION NO.: 5:21-CV-00056-LGW-BWC |

### DECLARATION OF STACEY G. EVANS

1. My name is Stacey G. Evans and I am an attorney and Partner at Stacey Evans Law, located at 4200 Northside Pkwy. NW, Suite 200, Atlanta, Georgia 30327. I am an attorney of record for the Plaintiff, Dr. Mahendra Amin, M.D. ("Plaintiff" or "Dr. Amin") in this action, and I make and submit this declaration in support of Plaintiff's Response to Motion for Protective Order Quashing the Deposition of Cynthia Counts ("Response Brief").

2. I have first-hand knowledge of the facts set forth herein, or have learned these facts firsthand, and if called and sworn as a witness, I could and would testify competently and from personal knowledge as to these facts.

3. On July 27, 2023, in discovery for this case, I deposed Ms. Yanira Oldaker in Columbia, South Carolina. Ms. Oldaker was represented by Elora Mukherjee and Fatma Marouf, and Defendant NBCUniversal Media, LLC ("Defendant" or "NBCU") was represented by Cynthia Counts.

4. Attached as **Exhibit A** to this declaration is a true and correct copy of emails exchanged from October 25 through November 15, 2023 between myself and Jill Gulden, Assistant General Counsel for FisherBroyle, LLP, a law partner of Ms. Counts.

1

5. As of the filing of her Motion to Quash, Ms. Counts and NBCU had not agreed to provide a written declaration as an alternative to Ms. Counts's deposition, nor did NBCU or Ms. Counts provide any alternative options.

6. In the interest of efficiency, when referring to other pertinent communications between myself, Ms. Gulden, and other NBCU counsel, Dr. Amin's Response Brief will refer to communications attached as exhibits to Ms. Counts's motion. Specifically, I agree that ECF Nos. 112-11, 112-12, and 112-13 are true and correct copies of such communications.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed in Atlanta, Georgia on December 12, 2023.

By: **_Stacey G. Evans_**
Stacey G. Evans