Exhibit A

| | |
|---|---|
| **From:** | Jill Guldin <Jill.Guldin@fisherbroyles.com> |
| **Sent:** | Wednesday, November 15, 2023 12:17 PM |
| **To:** | Stacey Evans |
| **Cc:** | Cynthia Counts; McNamara, Elizabeth; Amanda De La Rosa; General Counsel |
| **Subject:** | RE: declaration questions |

EXTERNAL SENDER. Only open links and attachments from known senders. DO NOT provide your username or password.

Good afternoon, Stacey.

I am confirming that Ms. Counts has returned from leave on Monday of this week.

Please be advised that we do not believe there is a basis for Ms. Counts to be deposed or respond to the written questions proposed, and therefore do not agree to either.

Thank you,

**Jill A. Guldin, Esq.**
Assistant General Counsel
Litigation Partner

---

**FisherBroyles, LLP**
Mail: 304 Parkville-Station Rd. | PMB # 248 | Mantua, NJ 08051 | USA
Office: 1650 Market Street | Suite 3600 | Philadelphia, PA 19103 | USA
Direct: +1.856.494.0869
Mobile: +1.609.970.1574
Facsimile: +1.856.494.1566
jill.guldin@fisherbroyles.com | www.fisherbroyles.com

ATLANTA | AUSTIN | BOSTON | CHARLOTTE | CHICAGO | CINCINNATI | CLEVELAND | COLUMBUS | DALLAS | DENVER | DETROIT | HOUSTON | LONDON | LOS ANGELES | MIAMI | NAPLES | NEW YORK | PALO ALTO | PHILADELPHIA | PRINCETON | SALT LAKE CITY | SEATTLE | WASHINGTON, DC | WILMINGTON

This email (and any attachments) is confidential and may also be legally privileged and is intended solely for the use of the individual or entity addressed above. If you are not the intended recipient, please immediately notify the sender, then delete it from your system. You should not copy it or use it for any purpose, nor disclose its contents to any other person. Although we have taken reasonable precautions to ensure that no viruses are present in this email and any attachments, you should also ensure that this email and any attachments are virus-free before opening as we cannot accept responsibility for any loss or damage arising from their use. Please also note that emails sent or received may be monitored to ensure compliance with the law and with our policies.

We will never use email to notify you of a change to any bank account details we have already provided to you. If you receive any email purporting to come from this firm which seeks to do this, please contact us immediately by telephone and do not act on it or reply to it. We cannot accept responsibility for any loss if you do not follow these instructions.

---

From: Stacey Evans <sevans@staceyevanslaw.com>
Sent: Tuesday, November 14, 2023 6:31 PM
To: Jill Guldin <Jill.Guldin@fisherbroyles.com>

**Cc:** Stacey Evans <sevans@staceyevanslaw.com>
**Subject:** RE: declaration questions

I understand Cynthia is back at work, so checking in on this. Thanks.

---

**From:** Stacey Evans <sevans@staceyevanslaw.com>
**Sent:** Tuesday, November 7, 2023 8:39 AM
**To:** Jill Guldin <Jill.Guldin@fisherbroyles.com>
**Cc:** Stacey Evans <sevans@staceyevanslaw.com>
**Subject:** declaration questions

Here are the questions. If it helps get a deal done, I would forgo #11.

1. During lunch on July 27, 2023, did Ms. Counts or Ms. Mukherjee discuss any questions Ms. Counts was planning to ask Ms. Oldaker?

2. During lunch on July 27, 2023, did Ms. Counts or Ms. Mukherjee say that Ms. Counts would ask Ms. Oldaker about prior pap smears with other doctors?

3. During lunch on July 27, 2023, did Ms. Counts or Ms. Mukherjee say that Ms. Counts would ask Ms. Oldaker about prior transvaginal ultrasounds with other doctors?

4. During lunch on July 27, 2023, did Ms. Counts or Ms. Mukherjee say that Ms. Counts would ask Ms. Oldaker about literature or pamphlets available at other doctors' offices she had visited?

5. During lunch on July 27, 2023, did Ms. Counts or Ms. Mukherjee say that Ms. Counts would ask Ms. Oldaker whether other doctors had given her pamphlets during her visits?

6. During lunch on July 27, 2023, did Ms. Counts or Ms. Mukherjee show Ms. Oldaker any medical records?

7. During lunch on July 27, 2023, did Ms. Counts or Ms. Mukherjee say that Ms. Counts was going to ask Ms. Oldaker about a sonogram picture?

8. During lunch on July 27, 2023, did Ms. Counts or Ms. Mukherjee suggest that Ms. Oldaker should have, must have, or maybe did hear more information about women at ICDC having hysterectomies than Ms. Oldaker shared in response to Dr. Amin's counsel's questioning?

9. During lunch on July 27, 2023, did Ms. Counts or Ms. Mukherjee suggest to Ms. Oldaker what her answers to any questions should be, and if so, what?

10. During lunch on July 27, 2023, did Ms. Counts or Ms. Mukherjee state how they would answer any questions if they were Ms. Oldaker, and if so, what?

11. What was said during lunch on July 27, 2023 (inclusive of all present)?

**From:** Jill Guldin <Jill.Guldin@fisherbroyles.com>
**Sent:** Monday, November 6, 2023 5:20 PM
**To:** Stacey Evans
**Cc:** General Counsel
**Subject:** RE: Amin v. NBCUniversal Media: Subpoena to Testify to Cynthia Counts

EXTERNAL SENDER. Only open links and attachments from known senders. DO NOT provide your username or password.

Sounds good, talk to you then!

Jill A. Guldin, Esq.
Assistant General Counsel
Litigation Partner
**FisherBroyles, LLP**
Mobile: +1.609.970.1574

**From:** Stacey Evans <sevans@staceyevanslaw.com>
**Sent:** Monday, November 6, 2023 5:15 PM
**To:** Jill Guldin <Jill.Guldin@fisherbroyles.com>
**Cc:** General Counsel <GC@FisherBroyles.com>
**Subject:** Re: Amin v. NBCUniversal Media: Subpoena to Testify to Cynthia Counts

Thanks so much. I'll call you at 8:30 on your cell. Many thanks!

Sent from my iPhone

> On Nov 6, 2023, at 5:13 PM, Jill Guldin <Jill.Guldin@fisherbroyles.com> wrote:

EXTERNAL SENDER. Only open links and attachments from known senders. DO NOT provide your username or password.

Hi Stacey,

Yes, I am available at 8:30 or 12:00. Either one is fine.

You can reach me on my cell: 609-970-1574.

Thank you,
Jill

Jill A. Guldin
Assistant General Counsel
FisherBroyles, LLP
T: (609) 970-1574

**From:** Stacey Evans <sevans@staceyevanslaw.com>
**Sent:** Monday, November 6, 2023 5:09:50 PM
**To:** Jill Guldin <Jill.Guldin@fisherbroyles.com>
**Cc:** General Counsel <GC@FisherBroyles.com>; Stacey Evans <sevans@staceyevanslaw.com>
**Subject:** RE: Amin v. NBCUniversal Media: Subpoena to Testify to Cynthia Counts

Jill,

Are you available for a brief call tomorrow? I'm available between 8am-9am, between 12-1, or 2pm or later.

Thanks!
Stacey

**From:** Jill Guldin <Jill.Guldin@fisherbroyles.com>
**Sent:** Wednesday, October 25, 2023 4:45 PM
**To:** Stacey Evans <sevans@staceyevanslaw.com>
**Cc:** General Counsel <GC@FisherBroyles.com>; Stacey Evans <sevans@staceyevanslaw.com>
**Subject:** Re: Amin v. NBCUniversal Media: Subpoena to Testify to Cynthia Counts

EXTERNAL SENDER. Only open links and attachments from known senders. DO NOT provide your username or password.

Thank you very much, Ms. Evans. I appreciate your courtesies and quick response.

Jill A. Guldin
Assistant General Counsel
FisherBroyles, LLP
T: (609) 970-1574

**From:** Stacey Evans <sevans@staceyevanslaw.com>
**Sent:** Wednesday, October 25, 2023 4:22:54 PM
**To:** Jill Guldin <Jill.Guldin@fisherbroyles.com>
**Cc:** General Counsel <GC@FisherBroyles.com>; Stacey Evans <sevans@staceyevanslaw.com>
**Subject:** Re: Amin v. NBCUniversal Media: Subpoena to Testify to Cynthia Counts

Jill,

In so sorry to hear this. I hope she is ok.

I am fine with extending the placeholder date for the deposition to Dec. 4.

The court set a deadline of Nov. 28 for all motions related to third party discovery. So you still have time there, but if any extension of that date were to be had, the court would need to approve I think. And of course I would consent.

Thanks again and feel free to call my cell anytime. 404-███████. I am rarely at my office desk these days (lots of travel).

2

Thanks, Stacey

Sent from my iPhone

> On Oct 25, 2023, at 2:57 PM, Jill Guldin <Jill.Guldin@fisherbroyles.com> wrote:

EXTERNAL SENDER. Only open links and attachments from known senders. DO NOT provide your username or password.

Good afternoon, Ms. Evans –

My name is Jill Guldin, and I am Assistant General Counsel for FisherBroyles, LLP. I am following up to a voicemail I left for you this afternoon on your office line.

I have been advised by my Firm that effective as of this morning, my partner, Cynthia Counts, is on an unexpected leave of absence for an undetermined (for now) period of time. The reasons for same are personal and confidential, and I am not at liberty to disclose any further information.

I understand that you have issued a deposition subpoena to Ms. Counts, with a placeholder date of November 4, 2023, and that Ms. Counts intends to file a motion to quash/motion for protective order. While I believe that the motion is drafted, it is not yet final and we cannot file it without Ms. Counts.

Accordingly, I am kindly requesting the professional courtesy of a 30-day extension of the subpoena date and any related motion filing date, or until December 1, 2023. I will touch base with you prior to the expiration of that 30-day period to advise as to the status of Ms. Counts' leave should a further extension be required.

Please confirm your agreement to this request by way of response email. If you would like to discuss further, I can be reached anytime on my mobile number below.

Thank you,

**Jill A. Guldin, Esq.**
Assistant General Counsel
Litigation Partner

_____

**FisherBroyles, LLP**
Mail: 304 Parkville-Station Rd. | PMB # 248 | Mantua, NJ 08051 | USA
Office: 1650 Market Street | Suite 3600 | Philadelphia, PA 19103 | USA
Direct: +1.856.494.0869
Mobile: +1.609.970.1574
Facsimile: +1.856.494.1566
jill.guldin@fisherbroyles.com | www.fisherbroyles.com

ATLANTA | AUSTIN | BOSTON | CHARLOTTE | CHICAGO | CINCINNATI | CLEVELAND | COLUMBUS | DALLAS | DENVER | DETROIT | HOUSTON | LONDON | LOS ANGELES | MIAMI | NAPLES | NEW YORK | PALO ALTO | PHILADELPHIA | PRINCETON | SALT LAKE CITY | SEATTLE | WASHINGTON, DC | WILMINGTON

This email (and any attachments) is confidential and may also be legally privileged and is intended solely for the use of the individual or entity addressed above. If you are not the intended recipient, please immediately notify the sender, then delete it from your system. You should not copy it or use it for any purpose, nor disclose its contents to any other person. Although we have taken reasonable precautions to ensure that no viruses are present in this email and any attachments, you should also ensure that this email and any attachments are virus-free before opening as we cannot accept responsibility for any loss or damage arising from their use. Please also note that emails sent or received may be monitored to ensure compliance with the law and with our policies.

We will never use email to notify you of a change to any bank account details we have already provided to you. If you receive any email purporting to come from this firm which seeks to do this, please contact us immediately by telephone and do not act on it or reply to it. We cannot accept responsibility for any loss if you do not follow these instructions.