# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | CIVIL ACTION NO.: <br> 5:21-CV-00056-LGW-BWC |

## NOTICE OF INTENT TO FILE REPLY BRIEF

Pursuant to LR 7.6, Defendant NBCUniversal Media, LLC hereby notifies the Clerk and all parties of its intent to file a reply brief to Response to Motion for Protective Order Quashing the Deposition of Cynthia Counts and Memorandum in Support [Dkt. 120].

Dated: December 15, 2023.

Respectfully submitted,

**FISHERBROYLES, LLP**

   _/s/ R. Bates Lovett_
R. Bates Lovett, Esq.
Georgia Bar No. 459568
Counsel for Defendant

2 East Bryan Street, 4th Floor
Savannah, GA 31401
(912) 236-0261 (telephone)
(912) 844-1346 (mobile)
bates.lovett@fisherbroyles.com

1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | CIVIL ACTION NO.: <br> 5:21-CV-00056-LGW-BWC |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **Notice of Intent to File Reply Brief** upon all parties to this matter by filing with the PACER electronic filing system which shall deliver same to:

Stacey Godfrey Evans
Tiffany N. Watkins
John Amble Johnson
STACEY EVANS LAW
4200 Northside Parkway NW
Bldg One; Suite 200
Atlanta, GA 30327
sevans@staceyevanslaw.com
twatkins@staceyevanslaw.com
ajohnson@staceyevanslaw.com

Scott R. Grubman
CHILIVIS GRUBMAN
DALBEY & WARNER LLP
1834 Independence Square
Atlanta, GA 30338
sgrubman@cglawfirm.com

*[signature on following page]*

2

Dated: December 15, 2023.

                                              Respectfully submitted,

                                              **FISHERBROYLES, LLP**

                                              ***/s/ R. Bates Lovett***
                                              R. Bates Lovett, Esq.
                                              Georgia Bar No. 459568
                                              Counsel for Defendant

2 East Bryan Street, 4th Floor
Savannah, GA 31401
(912) 236-0261 (telephone)
(912) 844-1346 (mobile)
bates.lovett@fisherbroyles.com