## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., | |
| Plaintiff, | CIVIL ACTION NO.: 5:21-CV-00056-LGW-BWC |
| v. | |
| NBCUNIVERSAL MEDIA, LLC, | |
| Defendant. | |

## DECLARATION OF STACEY G. EVANS

1. My name is Stacey G. Evans and I am an attorney and Partner at Stacey Evans Law, located at 4200 Northside Pkwy. NW, Suite 200, Atlanta, Georgia 30327. I am an attorney of record for the Plaintiff, Dr. Mahendra Amin, in this action.

2. Attached as **Exhibit B** is a true and correct copy of Portion of Deposition of Dr. Mahendra Amin, Aug. 1, 2023. It is partially redacted.

3. Attached as **Exhibit C** is a true and correct copy of Ex. 24 to Deposition of Dr. Mahendra Amin, Aug. 1, 2023, Letter to Dr. McMahan, Sept. 21, 2020.

4. Attached as **Exhibit D** is a true and correct copy of Portion of Deposition of Maria Nito, Aug. 23, 2023.

5. Attached as **Exhibit E** is a true and correct copy of Portion of Deposition of Dwayne Peal, Aug. 22, 2023.

6. Attached as **Exhibit F** is a true and correct copy of Portion of Deposition of Alma Arceo, Aug. 22, 2023.

7. Attached as **Exhibit G** is a true and correct copy of Portion of Deposition of Dr. Eldridge Bills, Oct. 13, 2023. It is completely redacted.

8. Attached as **Exhibit H** is a true and correct copy of Plaintiff's Service of Expert Witness Reports (Sept. 5, 2023). It is partially redacted.

9. Attached as **Exhibit I** is a true and correct copy of Portion of Deposition of Dr. Lauren Hamilton, Oct. 30, 2023. It is completely redacted.

10. Attached as **Exhibit J** is a true and correct copy of Defendant's Expert Rebuttal Disclosures (Sept. 19, 2023). It is partially redacted.

11. Attached as **Exhibit K** is a true and correct copy of Portion of Deposition of Dr. Erin Carey, Oct. 23, 2023. It is completely redacted.

12. Attached as **Exhibit L** is a true and correct copy of Plaintiff's Exhibit 222, Carey Expert Report.

13. Attached as **Exhibit M** is a true and correct copy of Portion of Deposition of Dr. Ted Anderson, December 1, 2023. It is completely redacted.

14. Attached as **Exhibit N** is a true and correct copy of Ex. 17 to Deposition of Dr. Mahendra Amin, Aug. 1, 2023, medical records of B.P. It is completely redacted.

15. Attached as **Exhibit O** is a true and correct copy of Ex. 14 to Deposition of Dr. Mahendra Amin, Aug. 1, 2023, medical records of K.C. It is completely redacted.

16. Attached as **Exhibit P** is a true and correct copy of Portion of Deposition of Dawn Wooten, Sept. 30, 2023. Because the time for designating material Confidential has not run, the exhibit is completely redacted.

17. Attached as **Exhibit Q** is a true and correct Portion of Deposition of John Whitty, Oct. 30, 2023. Because the time for designating material Confidential has not run, the exhibit is completely redacted.

<mark>18.</mark>     Attached as **Exhibit R** is a true and correct copy of Plaintiff's Exhibit 227, OIG Complaint.

19.     Attached as **Exhibit S** is a true and correct copy of Plaintiff's Exhibit 165, OIG Complaint Declaration.

20.     Attached as **Exhibit T** is a true and correct copy of Plaintiff's Exhibit 228, OIG Complaint Notice of Protected Activity.

21.     Attached as **Exhibit U** is a true and correct copy of Portion of Deposition of John Whitty, Sept. 8, 2023.

22.     Attached as **Exhibit V** is a true and correct copy of Plaintiff's Exhibit 166, Screenshot of On-line Submission Form.

23.     Attached as **Exhibit W** is a true and correct copy of Plaintiff's Exhibit 211, First Amended Complaint.

24.     Attached as **Exhibit X** is a true and correct copy of Portion of Deposition of Julia Ainsley, Apr. 25, 2023.

25.     Attached as **Exhibit Y** is a true and correct copy of Portion of Deposition of Sarah Owings, Aug. 25, 2023.

26.     Attached as **Exhibit Z** is a true and correct copy of Portion of Deposition of Ben Osorio, Sept. 15, 2023.  It is partially redacted.

27.     Attached as **Exhibit AA** is a true and correct copy of Portion of Deposition of Chris Hayes, Aug. 9, 2023.

28.     Attached as **Exhibit BB** is a true and correct copy of Plaintiff's Exhibit 119, Text of First Twitter Post.

29. Attached as **Exhibit CC** is a true and correct copy of Plaintiff's Exhibit 120, Text of Second Twitter Post.

30. Attached as **Exhibit DD** is a true and correct copy of Plaintiff's Exhibit 121, Text of Facebook Post.

31. Attached as **Exhibit EE** is a true and correct copy of Plaintiff's Exhibit 105, All Versions of Published Article.

32. Because multiple exhibits have been designated CONFIDENTIAL pursuant to the operative protective orders in this case (Doc. 42; Doc. 107), I will file a Motion to Seal concurrently with this motion, attaching unredacted versions of the exhibits that are attached to this motion and completely redacted.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed in Atlanta, Georgia on December 19, 2023.

By: ***Stacey G. Evans***
Stacey G. Evans