# Exhibit B

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

DR. MAHENDRA AMIN, M.D.,          )
                                  )
                 Plaintiff,       )
                                  )
vs.                               )      CIVIL ACTION NO.
                                  )   5:21-cv-00056-LGW-BWC
NBCUNIVERSAL MEDIA, LLC,          )
                                  )
                 Defendant.       )
_____     )

         Videotaped Deposition of DR. MAHENDRA

AMIN, M.D., taken by counsel for the Defendant,

pursuant to notice and by agreement of counsel, under

the Federal Rules of Civil Procedure, reported by

Tamela G. Sheeler, RPR, CLR, CCR-6537-8261-3701-4272,

at Hunter, Maclean, Exley & Dunn, PC, 200 East Saint

Julian Street, Savannah, Georgia, on Tuesday, August

1, 2023, commencing at 9:30 a.m.

_____
Transcript Prepared By:

          McKEE COURT REPORTING, INC.
               P.O. Box 9092
          Savannah, Georgia 31412-9092
               (912) 238-8808

Page 34

1   whether you told someone, hey, someone should contact

2   NBC and tell them this is lies?

3                    MS. EVANS:  Object to form.

4         A.    That's a lot of patients and employees from

5   the hospital, yes, they told me.

6         Q.    I'm not sure I understand your answer.

7         A.    A lot of patients of mine and employees

8   from the hospital, nursing staff, they told me.

9         Q.    Told you what?

10        A.    That what they saw is completely lies.

11  Because they work in the hospital, they know what I do

12  and what I don't do.  And somebody accused me, somebody

13  from, like, uterus collector and mass hysterectomy and

14  that was a lie, open lie.

15                    Because I have proof, proof to Georgia

16  Board of Medical Examination, DOJ, whoever asked that I

17  had done only two hysterectomies.  And both were

18  justified for medical reason.  One has cancer that I

19  help her.  Because if she don't have that hysterectomy,

20  she might have cancer spread and might die.

21                    And that person lied, also, that I did a

22  hysterectomy and said there is no cancer.  And it was

23  proved by oncologist in Savannah Oncologist Group and

24  all of that.

25        Q.    Pardon me, what was the last part there, I

1    didn't understand that?

2         A.    The patient has beginning of cancer in the

3    uterus.

4         Q.    Correct.

5         A.    I give her offers to give her different

6    choice.  And after that she decided, and I agreed with

7    her, for hysterectomy.

8              So whenever I did a hysterectomy, the

9    reason for that hysterectomy was big need of the cancer.

10   And that justified for me to do hysterectomy, not by GYN

11   oncologist or GYN cancer specialist.  When I put the

12   hysterectomy, the biopsy report came back worse than I

13   expected.  It was a cancer more inside also.

14             So I thought that the patient needs to be

15   seen by a GYN oncologist to make sure she doesn't need

16   any other treatment, like chemo, radiation or second

17   surgery.  Because I was worried about her that I have

18   doubt that I wanted to make sure she is treated the way

19   it is supposed to be and she don't need any more

20   treatment.

21             So I reported that patient to GYN

22   oncologist in Savannah, Georgia.  They review slides,

23   examined the patient and they told her that she don't

24   have cancer now, so she is cured.

25             What she turned around and told everybody

Page 36

1    that she went to see the female cancer specialist and
2    they told her that she don't need a hysterectomy because
3    she has no cancer and I did a hysterectomy and I told
4    her that she had cancer.  And it's proven on medical
5    record.
6              And the second hysterectomy I did was a big
7    tumor.  And I did a surgery because she was only 43 or
8    45, I don't remember exactly.  But to make sure because
9    of the tumor I did a hysterectomy.  So those are the
10   only two hysterectomies I did on patients in the ICE.
11        Q.    Okay.  Turn to --
12        A.    Plus --
13        Q.    Oh, I'm sorry.
14        A.    -- MSNBC went to the national TV, put my
15   name and my picture and accused me for doing mass
16   hysterectomy, I'm a uterus collector.  And do you know
17   how that feels somebody -- if somebody lies on national
18   TV that knows it is not true, it's a lie?
19        Q.    And Doctor -- are you done?
20        A.    Yeah.
21        Q.    Okay.  And were you -- do you believe that
22   MSNBC was the only news channel that aired statements
23   about the whistleblower complaint and the allegations?
24              MS. EVANS:  Object to form.
25        A.    It might be another news channel, yes.  But

1   concerning you both before and after MSNBC?

2              MS. EVANS:  Object to the form of the

3              question.  I further object that the question

4              directly calls for attorney/client privileged

5              communications and I instruct the witness not to

6              answer.

7   BY MS. McNAMARA:

8        Q.    And you're following your attorney's

9   instructions?

10       A.    Yes, ma'am.

11       Q.    Okay.  Turn to the amended complaint, if

12  you would, please.  And Paragraph 140.

13       A.    Yes.

14       Q.    Do you see the statement there, it says,

15  Dr. Amin always obtains informed consent from his

16  patients; is that a true statement?

17       A.    Yes.

18       Q.    And you stand by that allegation today?

19       A.    Yeah, 100 percent.

20       Q.    And you're aware, are you not, that you've

21  been sued in a punitive class action by a number of

22  women in a litigation called Oldaker?

23             MS. EVANS:  Object to the form.

24             Do you want to define some of those terms

25             or ask a more general question?

Page 42

1    BY MS. McNAMARA:

2         Q.    Are you aware that you've been sued by a

3    number of women concerning the treatment they received

4    from you?

5         A.    Yes.

6         Q.    And the named -- the lead plaintiff in that

7    litigation is a woman by the name of Miss Oldaker; are

8    you familiar with that?

9              MS. EVANS:  Object to the form.

10        A.    Not now, but I assume she is a patient of

11   mine.

12        Q.    Are you aware that the plaintiffs in that

13   action have made a number of allegations amongst them

14   that they have not -- that -- strike that.

15             Are you aware that some of those women

16   allege that procedures were performed on them that they

17   did not adequately understand or consent to?

18             MS. EVANS:  Object to form.

19        A.    That's a lie.  I never, ever, ever, ever

20   done any surgery on any patient without consent.  And I

21   can explain it to you, I'm sure you're not a doctor --

22   have experience.

23             When patient I see in the office and she

24   needs surgery, I explain to them, give them all the

25   different options.  Once they decide to go ahead with

Page 43

1   the surgery, then patient goes from IH to the hospital,

2   the person who admits the patient, they would make sure

3   all the criteria is meant.  It's like a checklist, you

4   have to check it.

5            Then that patient goes to the ASU, called

6   ambulatory surgery unit.  The nurse over there, she has

7   to go to the list, history and physical is there,

8   consent is there signed, lab work is there, nurse

9   anesthetist is there and see everything is fine.  Then

10  patient goes from ASU to the operating room.

11           In operating room the circulating nurse who

12  helps before the surgery is her responsibility to make

13  sure each and every patient has all the checklists were

14  done.  If someone is -- one part is not done, like

15  consent is not witnessed or one blood work is not there,

16  they won't even put the patient to sleep.  And also port

17  time, the anesthesia reconfirms that all, everything is

18  there.

19           So I think it is humanly impossible in this

20  country any patient goes through surgery without the

21  consent signed.  They explain to them and they

22  understand that.  If they say otherwise, the patient is

23  lying.

24      Q.   So you're saying each patient in the

25  Oldaker litigation is lying?

1    mean?

2         A.    The hospital provided me, see, Irwin County

3    Hospital.

4         Q.    Yes.

5         A.    So like any patient I do surgery, it

6    doesn't matter which hospital, they have the hospital

7    consent.

8         Q.    So walk me through -- so this is a detailed

9    form that explains that this patient is going to get a

10   total abdominal hysterectomy with bilateral salpingo --

11        A.    Oophorectomy.

12        Q.    Okay, thank you.  To remove all female

13   organs, so it says; okay?

14        A.    Yeah.

15        Q.    So walk me through.  You said that the

16   patient is told -- explained all the information that's

17   in this form?

18             MS. EVANS:  Object to form.

19        A.    Patient has option -- means we give them

20   consent, if they want to read it, that's fine; if they

21   have any question, I answer it.  And I always explain to

22   them in detail what I'm going to do exactly, what kind

23   of surgery they need.

24             Not only that, once they go to the

25   hospital, as I told you before, three more levels

Page 48

1   they'll be checked.  Okay, you understand?  Do you have

2   any question?  They asked in ASU, they ask in the

3   operative room, anesthesia will go examine the patient,

4   the nurse examines the patient also.

5              So it's not like I'm the only one that

6   explains to the patient, it's more than one party

7   involved to make sure patient understands what kind of

8   procedures they are going through before they put you to

9   sleep.

10       Q.    Okay.  So this form you'll see where the

11  patient says before the signature by signing below I

12  acknowledge I have read -- or had it read or explained

13  to me and I understand this form and I voluntarily

14  consent to allow Dr. Amin, and it goes on; do you see

15  that?

16              MS. EVANS:  Where are you reading from?

17              MS. McNAMARA:  The paragraph right above

18         the signatures.

19              MS. EVANS:  On 4474.  Would you please --

20         when you start reading a document, please direct

21         the witness where you're reading from before you

22         start reading, please.

23  BY MS. McNAMARA:

24       Q.    Dr. Amin, you see -- is your signature --

25       A.    Yes.

Page 57

1    to do, she signs the consent, I answer all of her

2    questions, witness, explain by nurse from ASU, operating

3    room, anesthesia, that's more important for me than

4    date.

5         Q.    Okay.  And prior to scheduling the surgery,

6    when you're working with a detained woman at the ICDC,

7    do you get approval from ICE before scheduling the

8    surgery?

9         A.    Yes, any time after examining the patient,

10   whatever blood work needs to be done, I explain the

11   patient, give multiple-choice.  And if they ask me my

12   opinion, what is best for me?  I say, okay, I think you

13   need to go through this biopsy, because I want to make

14   sure everything is all right.

15             And once the patient agrees, we send all

16   the information to ICE.  And they send it, the medical

17   personnel, I don't know where it is, but they will

18   approve or disapprove the surgery.  It's not that just

19   because I recommend a surgery, that doesn't mean she

20   will have the surgery.  It is approved each and every

21   surgery done by me for my patient in ICE is approved by

22   the medical personnel from the inservice company.

23             So first thing, it would never happen that

24   I did surgery without approval.  Not only that, once the

25   patient goes to the hospital, the hospital personnel

Page 58

1  will verify to make sure the surgery is approved of

2  necessary paperwork is done, because otherwise they

3  won't get paid.

4          Q.    And so if I -- do you get the approval from

5  ICE before you schedule the date of the surgery?

6          A.    Correct, yeah.

7          Q.    When this form is signed by the patient,

8  Miss C████ in this case, if she doesn't speak English,

9  does someone read her the form in Spanish --

10              MS. EVANS:  Object to form.

11 BY MS. McNAMARA:

12         Q.    -- if that's her language?

13              MS. EVANS:  Object to form.

14         A.    We have -- when I examine the patient, me,

15 patient, my nurse, one officer from ICE, and they have a

16 special translation toll-free number.  If the patient

17 don't understand English, we go to the translator and it

18 explains everything.  And if there is any questions, I

19 ask them to the translator.

20         Q.    Does anybody read -- if you're using the

21 translation line, does anybody read the form through the

22 translation line so that the patient knows what they are

23 signing?

24              MS. EVANS:  Object to form, compound, lack

25         of foundation.

Page 257

1         A.      Because, you know --

2                 MS. EVANS:  Object to form.

3                 Go ahead, Doctor.

4         A.      Yeah, reporter, and car, and following me

5    everywhere I go, spying on my -- in my front of the

6    house, you can see the car, you ask the neighbors.  To

7    call my son and my daughters, harass them.

8         Q.      Who is they?

9         A.      Huh?

10        Q.      Who is they?

11        A.      Either the newspaper or I don't know who

12   those people are.

13        Q.      Do you have any reason to believe that

14   anybody from MSNBC called?

15                MS. EVANS:  Object -- no, no, no, you've

16             interrupted, he was talking.  If you have a

17             question, you wait until he is done and you can

18             ask your next question.

19        A.      I don't know who they are, so I can't tell.

20                MS. EVANS:  But she interrupted you,

21             Dr. Amin, you were talking about the stress.

22        A.      Yeah, and -- take phone call for this --

23   tried to kill me, and going to come to the Douglas and

24   kill you, and MF, and the children, and, you know,

25   that...  And, you know, it is like I have to so many

Page 258

1    times I have to wake up nighttime, I want to see myself
2    if my family is all right and the doors are locked.
3                    Harass, I have to -- a lot of times I have
4    to leave my office in somebody else's car on the back
5    seat to lie down.  And they take me to the hospital
6    parking lot and my daughter or wife in the other car I
7    go there and see the patient in the hospital.  Because
8    there is so much harassment and all of that.
9                    And it's a lot of things that are going on
10   in my life.  And I -- it's just I deal with the wrong
11   way back then.
12                   And it was so much like -- they tried to
13   break into my car, picture it, they threaten my
14   employee, a couple of employee that leave because of all
15   of this, that they can't take it.  But they -- you know,
16   they don't know what is going to happen over here.
17                   It's like people, reporter, or I don't
18   know, they come out -- sometimes -- what happened my
19   office is full, there are only 20 chairs of patients,
20   sometimes they have to wait outside because there is no
21   place to sit down.  And they'll go out and harass them
22   and ask them about me, all of these questions and
23   everything.
24                   And it was just like it's so many things
25   going on and I don't know how to deal it.  And I did it.

Page 259

1          And then, you know, my wife and my children

2     suggested to go to a psychiatrist or somebody.  I said,

3     well, I don't want to go to -- I thought Dr. Saiyed

4     because he friend of mine for 50 years.

5          And I told him what is going on.  I said,

6     listen, I can't sleep and I'm miserable, mentally,

7     emotionally.  You know, I'm not treating my family the

8     right way because I don't talk with them.  I told -- I

9     have to have something to sleep, I have to function, I

10    have to keep my practice.

11         And he prescribed the medication because a

12    lot of stress was going on.  And I still take it.  It

13    helps some, but I can't do without that medication.

14         Q.   Are you done?

15         A.   Yeah.

16         Q.   Thank you.  The -- what you just described

17    about the reporters outside or messages that were

18    communicated to you or phone messages, did any of them

19    make reference to MSNBC?

20         MS. EVANS:  Object to form.

21         A.   They -- I mean, who called, they never said

22    who they are, we asked, I mean, my office manager, when

23    they called her, they ask, who are you, they don't say

24    anything, they don't identify.  So I don't know who was

25    calling.

Page 288

 1              MS. EVANS:  Object to form.

 2              And also same instruction.

 3    BY MS. McNAMARA:

 4         Q.    Have you done any assessment of damage that

 5    the whistleblower complaint caused you?

 6              MS. EVANS:  Object to form you can answer.

 7         A.    No, I consume all of my energy in the

 8    practice.

 9         Q.    Do you believe that the filing of the

10    whistleblower complaint caused you damage?

11              MS. EVANS:  Object to form.

12         A.    Yes.

13         Q.    Do you believe that the news coverage

14    associated with the senate report caused you damage?

15              MS. EVANS:  Object to form.

16         A.    Yes.

17         Q.    Do you believe that the news coverage

18    associated with the various investigations that

19    concluded that you were doing unnecessary medical

20    procedures caused you damage?

21              MS. EVANS:  Object to form.

22         A.    It hurts when somebody lie or somebody

23    don't tell the truth because I never, ever do surgery on

24    any patient if they don't need it.  And I never done

25    surgery without patient consent and I make sure they

1    understand everything.  And there are more than one

2    choice.

3         Q.    You provided us records about you patient

4    counts, and they've actually increased since 2020; are

5    you aware of that?

6              MS. EVANS:  Object to form,

7         mischaracterizes.

8         A.    I would have to see the record, but...

9         Q.    Do you have any reason to believe that your

10   patient -- that the number of patients that you treat

11   have decreased in 2022 from 2021?

12             MS. EVANS:  Object to form, you can answer.

13        A.    I don't know about that part, but I know

14   that September 2020 I lost a lot of patients because my

15   office manager told me that in one day sometime about 35

16   patients came and asked for records.

17        Q.    And did you -- did your office manager keep

18   any records concerning which patients left?

19             MS. EVANS:  Object to form.

20        A.    They keep the record in such a way like if

21   you're -- say you're my patient and she comes to me --

22   my office, not me -- and they say I want my record, I

23   want a second opinion or whatever the reason may be.  So

24   my office manager let her sign the consent that to

25   release the record.  That's what we keep, but they don't

Page 290

1    keep the release.  So there is a record in the office

2    chart that so and so got the record because she signed

3    the paper to release the record.

4         Q.    Could your office manager identify a single

5    patient that left you because of the allegations

6    associated with the whistleblower complaint?

7              MS. EVANS:  Object to form.

8         A.    I'm sure, I mean, I lost patients.  So how

9    you track the patient?  That's a different thing, but...

10        Q.    My question to you is, can you identify any

11   patient that you lost?

12             MS. EVANS:  Object to form, that was not

13             your question, misrepresents the record.

14        A.    You can ask Alma or somebody, I don't have

15   any...

16        Q.    Do you believe that you've lost money as a

17   result of the whistleblower allegations?

18             MS. EVANS:  Object to form.

19        A.    Yes.

20        Q.    In what way?

21        A.    That I lost some patients that -- pregnant

22   patient and I'm not going to deliver them.

23        Q.    And do you have any reason to believe that

24   those patients left because of the news reports of MSNBC

25   at issue in this litigation versus all the other news