# Exhibit C

September 21, 2020

**VIA EMAIL AND U.S. MAIL**
Dr. Howard McMahan
P.O. BOX 779
OCILLA, GA 31774
hmcmahanmd@gmail.com

Dear Dr. McMahan,

As you know, for the last three and a half years, I have provided medical care for patients detained at the Irwin County Detention Center (ICDC). As I do with all of my patients, I have always endeavored to provide the best medical care to each patient I have treated. Recently, allegations have been made regarding my treatment of ICDC detainees. To be clear, I vigorously deny these allegations, and am confident that a full review will demonstrate that the care that I provided to all of my patients, including those housed at ICDC, was medically necessary and appropriate, and always done with the full informed consent of the patient.

That being said, I understand that these unsubstantiated allegations have put ICDC in the national spotlight, and therefore detracts from the important work that ICDC's employees are required to perform every day. Accordingly, for the time being, I have decided to sever my ties with ICDC and will no longer be treating ICDC patients. Thank you for your understanding.

Yours Truly,

*Dr. Amin*



AMIN_0001160