# Exhibit D

```
1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA
2   WAYCROSS DIVISION
    -------------------------------------X
3   DR. MAHENDRA AMIN, M.D.,

4                                   PLAINTIFF,

5           -against-         Case No.:
                              5:21-cv-00056
6                                LGW-BWC

7   NBCUNIVERSAL MEDIA, LLC,

8                                   DEFENDANT.
    -------------------------------------X
9              DATE: August 23, 2023
               TIME: 9:30 a.m. EDT
10

11

12

13        REMOTE DEPOSITION of MARIA NITO,

14  taken by the Defendant, pursuant to a

15  notice and to the Federal Rules of Civil

16  Procedure, held remotely via Zoom

17  Videoconference, before Suzanne Pastor, a

18  Notary Public of the State of New York.

19

20

21

22

23

24

25
```

1       Q.   Do you know if it was before
2  September 2020?
3       A.   Yes.
4       Q.   Do you know how long before
5  September 2020?
6       A.   Could have been two years.
7  2018.
8       Q.   So you've said you became the
9  surgical coordinator.  Are you still the
10 surgical coordinator today or has your job
11 changed at all?
12      A.   Yes, still the same.
13      Q.   What does being the surgical
14 coordinator mean?
15      A.   Calling insurance, verifying
16 eligibility, starting the pre certification
17 process for the procedure code, CPT codes,
18 and getting with the patient as far as the
19 date.  And to acknowledge what the patients
20 are having done.
21      Q.   So my medical background is
22 zero, so I just want to walk through a
23 couple of those things to make sure I
24 understand exactly what they mean.
25           So you said the pre

1              Would you -- did you need to
2    get approval before scheduling a procedure
3    at the hospital?
4              MR. JOHNSON:  Object to form.
5       Q.    Sorry, by "approval" I mean did
6    Dr. Amin need to get approval from ICE
7    before performing a procedure in the
8    hospital on an ICE detainee?
9              MR. JOHNSON:  Object to form.
10        Lack of foundation.
11       A.    Yes.  We would have to have
12   approval before he could proceed with any
13   procedure.
14       Q.    Who would that approval come
15   from?
16             MR. JOHNSON:  Object to form.
17       A.    The approval would have to come
18   through ICE.
19       Q.    Were you the person in Dr.
20   Amin's office responsible for getting that
21   approval from ICE?
22             MR. JOHNSON:  Object to form.
23       A.    No.  It was a process.  The
24   process would begin by me calling ICDC.
25       Q.    Can you walk me through the

1  process?

2       A.   Sure.  I would have to call the

3  ICDC and speak to either whoever was

4  available, which was Ms. Howard or

5  Ms. Davis, and ask them when could the

6  patient have the procedure.  Ms. Davis

7  would most of the times say it will have to

8  wait two, three, sometimes even more time

9  out because of transportation.

10            And so that's why I didn't set

11 up a date.  I would have to get with her to

12 agree on which date was good for them to

13 take the patient to have the procedure and

14 would arrange the date according to them.

15            From there I would get my form

16 out, my pre cert form and would fill out

17 the patient's name, birthday, I would write

18 a small, brief of what happened, how the

19 patient -- what was going on with the

20 patient, what Dr. Amin did before going

21 to -- by going on to the next plan, which

22 was surgery.  He treated the patient prior

23 with several alternative things and it

24 didn't work, and now she needs the

25 procedure.

1                 And once that was filled out

2       along with the CPT codes, diagnosis codes,

3       and the date of service on the bottom and

4       circle "outpatient" if it was outpatient,

5       or in-patient, I would circle it and grab

6       my second sheet, which was the instructions

7       for ICE -- for ICDC to follow.  And it

8       would have for them to call ASU or the OR

9       two or three days prior to the surgery so

10      they could get the surgery time and the MPO

11      information.  When I say MPO, the patient

12      has to be fasting, stuff like that.  So

13      they would call and they would get with

14      them as far as that.

15                And from there -- oh, and the

16      medical records were also attached to those

17      two sheets, medical records.  Treatment

18      plan, office visit, sonograms, whatever was

19      in the chart would be sent, faxed over to

20      ICDC.

21                From there ICDC will be

22      responsible to send it to ICE and get it

23      authorized through a medical director.

24           Q.   Would it be communicated to you

25      once it was authorized?

1       A.   Yes, ma'am.

2       Q.   And I said are you present when

3  Dr. Amin obtains informed consent from

4  patients and you said no, because he did

5  that at the hospital, correct?

6       A.   Yes, that's correct.

7       Q.   If you're not present, how do

8  you know that he obtains informed consent?

9            MR. JOHNSON:  Object to form.

10      A.   Because the consents have to go

11 through several hands before Dr. Amin

12 proceeding with the surgery.  Irwin County

13 Hospital, the anesthesiologist and Dr. Amin

14 have to have all the paperwork in order, in

15 place before proceeding with any surgical

16 procedure.

17      Q.   So when I'm saying "informed

18 consent," you're taking that to mean

19 paperwork.

20      A.   Yes.

21           MR. JOHNSON:  Object to form.

22      Q.   Let's look at the document that

23 I just sent along with the chat, Exhibit

24 14.

25           MR. JOHNSON:  And she has the

```
 1              MR. JOHNSON:  Object to form.
 2       A.     Yes.
 3       Q.     When was that conversation?
 4       A.     I don't remember exactly when
 5  it was.  But I do remember telling him
 6  about the social media.
 7       Q.     What about the social media?
 8       A.     That the whistleblower, about
 9  how the whistleblower got her GoFundMe,
10  about how -- about the videos that my
11  daughter forwarded me on Snapchat, about
12  the allegations on the Univision channel,
13  how they were saying that Dr. Amin did
14  procedures on migrants without their
15  knowledge or without their permission.
16       Q.     What did he say in response?
17       A.     He -- I could -- he was
18  already -- his demeanor was already down,
19  so I guess he just -- his response was
20  pretty much nothing because, I mean, like I
21  said, he was just -- they had already
22  bottomed him down, so what else could have
23  hurt him.  He was already depressed.
24       Q.     Because of the whistleblower
25  complaint?
```