# Exhibit E

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION
-------------------------------------X
DR. MAHENDRA AMIN, M.D.,

                              PLAINTIFF,

       -against-         Case No.:
                         5:21-cv-00056
                            LGW-BWC

NBCUNIVERSAL MEDIA, LLC,

                              DEFENDANT.
-------------------------------------X
         DATE: August 22, 2023
         TIME: 9:30 a.m. EDT
```

        REMOTE DEPOSITION of DWAYNE

PEAL, taken by the Defendant, pursuant to a

notice and to the Federal Rules of Civil

Procedure, held remotely via Zoom

Videoconference, before Suzanne Pastor, a

Notary Public of the State of New York.

1        taken.)
2              THE VIDEOGRAPHER:  The time is
3        10:01 a.m. and we're back on record.
4    BY MS. CHARLTON:
5        Q.   Okay, so we were talking about
6    your time at Irwin County Hospital.  Can
7    you clarify the timeline for me?
8        A.   First time I worked there was
9    March 2015, and then to November 2017, and
10   then I went back in February 2018 to this
11   past November, November 2022.
12       Q.   Where were you in between in
13   November 2017 to February 2018?
14       A.   Phoebe Putney.  And also the
15   rehab center.  And that's in Tifton.
16       Q.   So when you first started ICH,
17   what was your role?
18       A.   I was an LPN.
19       Q.   And then how long were you an
20   LPN while you were at ICH?
21       A.   A year -- almost two years.
22   Like a year and, like, nine months.
23       Q.   And then your role changed --
24       A.   January 2017.
25       Q.   And that's because you got

 1  treatment of patients?
 2           MR. JOHNSON:  Object to form.
 3       A.   Yes.
 4       Q.   So for more routine procedures
 5  and for surgeries, correct?
 6       A.   Yes.
 7       Q.   Who is responsible for getting
 8  that consent?
 9           MR. JOHNSON:  Object to form.
10        Lack of foundation.
11       A.   If someone came in through
12  let's say the ER, they would say they would
13  consent to have treatment at Irwin County
14  Hospital.  That's their initial consent.
15  Now, if they needed a procedure, then the
16  doctors and the nurses would go over it,
17  anesthesia will go over it making sure that
18  the patient understood everything that was
19  going on.  Depending on how far things had
20  to go.
21       Q.   So if they were getting, for
22  example, a D&C, who would explain that
23  procedure?
24           MR. JOHNSON:  Object to form.
25        Lack of foundation, calls for

1      A.    I mean, I would imagine.  I
2  don't know exactly how -- I can't speak on
3  exactly what they do in the office.  But
4  the doctor signs informed consents.
5      Q.    Did you ever see Dr. Amin
6  explain these procedures to someone?
7           MR. JOHNSON:  Object to form.
8      A.    If I was there, whatever
9  procedure he needed to do, he always
10 explained what was what to his patients.
11     Q.    Did they ever ask questions?
12     A.    They had --
13          MR. JOHNSON:  Object to form.
14     A.    -- all the time to ask
15 questions if they wanted to, yes.
16     Q.    And you worked with his local
17 patients more at the hospital, right?
18     A.    Yes.
19     Q.    Were you ever responsible for
20 explaining a procedure to a patient?
21     A.    If they didn't understand, I
22 would try to help to get it the way --
23 bring it to their level.
24     Q.    What does that mean?
25     A.    Some people don't, you know,