# Exhibit F

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF GEORGIA
 2   WAYCROSS DIVISION
     -------------------------------------X
 3   DR. MAHENDRA AMIN, M.D.,

 4                              PLAINTIFF,

 5         -against-        Case No.:
                            5:21-cv-00056
 6                             LGW-BWC

 7   NBCUNIVERSAL MEDIA, LLC,

 8                              DEFENDANT.
     -------------------------------------X
 9           DATE: October 3, 2023
             TIME: 9:30 A.M.
10

11

12

13        REMOTE DEPOSITION of ALMA ARCEO,

14   taken by the Defendant, pursuant to a

15   notice and to the Federal Rules of Civil

16   Procedure, held remotely via Zoom

17   Videoconference, before Suzanne Pastor, a

18   Notary Public of the State of New York.

19

20

21

22

23

24

25
```

1          A.     Yes.

2          Q.     Was Dr. Amin your personal

3    OB/GYN before you began working for him?

4          A.     Yes.

5          Q.     When did you begin seeing him?

6          A.     Possibly sometime in '98.

7          Q.     Is he still your OB/GYN today?

8          A.     Yes.

9          Q.     What is your role in Dr. Amin's

10   office today?

11         A.     I'm his office manager.

12         Q.     Is that the role that you were

13   hired into in October 2018 as well?

14         A.     Yes.

15         Q.     What do you do as the office

16   manager?

17         A.     I manage the office.

18         Q.     What does that entail?

19         A.     It entails with a lot of

20   things.  I mean, I make sure I take care of

21   the needs that he has if he has anything.

22   I help out -- I mean, I'm like jack of all

23   trades.  I help the front desk, the lab.

24   If he needs somebody to go in the room with

25   him, I go in the room with him also to

1              Could you clarify whether you're

2          speaking about patients generally or

3          specifically folks from ICDC?

4          Q.    Did Ms. Nito ever communicate

5      to you that ICE detainees canceled their

6      surgeries?

7          **A.    I don't recall, no.**

8          Q.    Do you know what informed

9      consent is?

10              MR. JOHNSON:  Object to form.

11              You can answer if you can.

12          **A.    Repeat the question.**

13          Q.    Have you heard of the phrase

14      "informed consent"?

15          **A.    Yes.**

16          Q.    What does that mean to you?

17          **A.    A consent that a patient gives**

18      **permission for something.**

19          Q.    Does Dr. Amin obtain informed

20      consent from all his patients before

21      performing surgeries on them?

22              MR. JOHNSON:  Object to form.

23              You can answer if you know.

24          **A.    Yes.**

25          Q.    And how do you know that?

Ahmad Azeo

October 03, 2023                                          60

```
 1   just calling left and right.  They were

 2   unknown numbers.  Some of them looked like

 3   they were international numbers.  People

 4   with different accents just calling the

 5   office repeatedly and we'd hang up and

 6   they'd call back again and again and again.

 7              The girls were all upset

 8   because you're receiving phone calls and

 9   you're trying to see patients and you

10   can't -- you had to kind of look to see if

11   there was a local number in order to pick

12   up.  We started trying to screen calls and

13   say hey, if it's not -- out of country or

14   out of state, don't pick up.  I'd tell them

15   just look at local numbers and pick up.

16              We'd get hundreds and hundreds

17   of calls daily.

18        Q.    Did you get calls from any

19   media organizations?

20        A.    Yes.

21        Q.    Do you remember which media

22   organizations?

23        A.    Honestly can't recall right off

24   which ones because there were many of them

25   and sometimes I would tell the receptionist
```

1   **they have come back to us.**

2        Q.    So how many non-ICE patients

3   were lost as a result of the whistleblower

4   complaint allegations?

5             MR. JOHNSON:  I'm going to

6        object to the extent that it calls

7        for speculation.

8             If you can answer without

9        speculating, you can answer.

10        **A.    I'd say at least over a**

11   **hundred.**

12        Q.    And those were all non-ICE

13   detainees.

14        **A.    Correct.**

15        Q.    And of those over 100, how many

16   of them came back?

17             MR. JOHNSON:  Object to form.

18        But you can answer.

19        **A.    I didn't keep up with the track**

20   **of that.**

21        Q.    Did you keep records of the

22   patients that decided to transfer providers

23   as a result of the whistleblower complaint

24   allegations?

25        **A.    The release of information**