# Exhibit H

**THE FIRM OF**

## Stacey Evans Law

Phone: 770-779-9602 | Fax: 404-393-2828
**4200 NORTHSIDE PKWY, NW**
**BLDG ONE; SUITE 200**
**ATLANTA, GA 30327**

*Stacey Godfrey Evans*
*sevans@staceyevanslaw.com*

September 5, 2023

**VIA ELECTRONIC MAIL ONLY**
lizmcnamara@dwt.com

Elizabeth A. McNamara, Esq.
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104

**RE:**   ***Dr. Mahendra Amin, M.D. v. NBCUniversal Media, LLC***
United States District Court for the Southern District of Georgia Waycross Division |
Case No. 5:21-cv-00056-LGW-BWC
*Plaintiff's Service of Expert Witness Reports*

Dear Liz:

Thank you for agreeing to the short extension on serving our expert reports.  We are hereby
disclosing the following experts who have prepared the enclosed reports in the referenced matter
on behalf of Plaintiff Dr. Mahendra Amin, M.D.:

1. Dr. Lauren F. Hamilton, M.D., FACOG
2. Dr. Elbridge F. Bills, M.D., FACOG

In preparation of their expert reports, Plaintiff's experts reviewed the following medical records,
which are identified by patients' first and last initials and Bates numbers.

Dr. Hamilton:
- K.C. – AMIN_0004472; AMIN_0005810; ICH000555-684
- B.P. – AMIN_0007070; AMIN_0007345

Dr. Bills:
- D.A. – AMIN_0003978; ICH001598-1663
- A.A. – AMIN_0004800; ICH003914-3974
- M.V. – AMIN_0004321; ICH002306-2386
- L.A. – AMIN_0005842; ICH002994-3054

Elizabeth A. McNamara, Esq.
September 5, 2023
Page 2

- P.B. – AMIN_0005676; AMIN_0015754
- A.B. – AMIN_0004007; AMIN_0004196; AMIN_00005470; AMIN_0015599; AMIN_0015618; AMIN_0015622; ICH003491-3544
- S.C. – AMIN_0004413; AMIN_0004753; AMIN_0005817; ICH001531-1597
- M.C. – AMIN_0004075; ICH0001893-1948
- M.C. – AMIN_0004352; ICH002022-2090
- C.C. – AMIN_0004465; AMIN_0004780; AMIN_0004915
- D.C. – AMIN_0005283; ICH003156-3222
- L.S. – AMIN_0009947
- K.M. – AMIN_0002563; ICH003353-3410
- W.D. – AMIN_0001846; ICH003762-3848
- R.S. – AMIN_0002202; ICH003055-3101
- M.A. – AMIN_0002093; ICH002387-2464
- Y.F. – AMIN_0007494
- A.F. – AMIN_0002667; ICH003223-3290
- L.G. – AMIN_0002984; ICH003291-3352
- N.G. – AMIN_0002003
- S.G. – AMIN_0001704
- O.I. – AMIN_0001351
- M.J. – AMIN_0006901; ICH000877-970
- M.K. – AMIN_0007968; ICH001077-1089; ICH001230-1296
- K.L. – AMIN_0008724; ICH001355-1395; ICH003744-3761
- R.L. – AMIN_0007639; ICH002206-2287
- K.G. – AMIN_0008625; ICH003102-3155
- R.M. – AMIN_0007290
- S.M – AMIN_0008220
- A.M. – AMIN_0004650
- A.M. – AMIN_0006211; ICH002893-2993
- D.M. – AMIN_0005515; ICH001090-1166
- C.M. – AMIN_0002776; ICH002091-2180
- V.N. – AMIN_0007879
- C.P. – AMIN_0007820; ICH001798-1860
- E.P. – AMIN_0008667; ICH003975-4045
- E.R. – AMIN_0009757
- Y.R. – AMIN_0009670; ICH003425-3490
- A.P. – AMIN_0010173; ICH002769-2823
- Y.R. – AMIN_0008061; ICH001949-2021
- Y.I. – AMIN_0010750; ICH002622-2705
- S.S. – AMIN_0011048; ICH000685-703; ICH000785-829
- E.J. – AMIN_0009295; ICH002706-2768
- M.T. – AMIN_0010551; ICH001297-1354
- V.S. – AMIN_0009250

Elizabeth A. McNamara, Esq.
September 5, 2023
Page 3

- I.V. – AMIN_0002290
- A.C. – AMIN_0010749; AMIN_0011016 ; ICH002527-2621
- F.W. – AMIN_0008843; ICH003903-3913; ICH004046-4113
- D.W. – AMIN_0009189; ICH002824-2892
- L.X – AMIN_0010934; ICH001744-1797
- J.W. – AMIN_0010683; ICH002195-2205; ICH002465-2526
- C.Y. – AMIN_0010229; ICH003849-3902
- K.C. – AMIN_0004472; AMIN_0005810; ICH000555-684
- B.P. – AMIN_0007070; AMIN_0007345
- M.B. – AMIN_0006713
- A.C. – AMIN_0005821
- A.F. – AMIN_0010840
- J.H. – AMIN_0003087
- J.M. – AMIN_0009535; AMIN_0010386; ICH001664-1722
- J.N. – AMIN_0001489; ICH001861-1892
- Y.O. – AMIN_0009448
- K.P. – AMIN_0005031
- K.R. – AMIN_0022259
- G.R. – AMIN_0008493
- S.S. – AMIN_0010408
- E.S. – AMIN_0006031
- L.S. – AMIN_0010363
- T.S. – AMIN_0011139
- L.W. – AMIN_0010623

In accordance with Federal Rule of Civil Procedure 26(a)(2)(B)(vi), we outline the compensation of Plaintiff's expert witnesses below:

As to Dr. Hamilton, she receives compensation of $450 per hour for non-testifying work.  Should Dr. Hamilton be required to provide testimony in this matter, she will receive compensation in the amount of $4,000 per day.

As to Dr. Bills, he receives compensation of $500 per hour for non-testifying work.  Should Dr. Bills be required to provide testimony in this matter, he will receive compensation in the amount of $5,000 per day.

Yours truly,

Stacey Godfrey Evans

Elizabeth A. McNamara, Esq.
September 5, 2023
Page 4


cc:   Eric Bierbauer, Esq. (by e-mail only, erik.bierbauer@nbcuni.com)
      Taylor M. Carter, Esq. (by e-mail only, taylor.carter@nbcuni.com)
      Amanda B. Levine, Esq. (by e-mail only, amandalevine@dwt.com)
      Leena Charlton, Esq. (by e-mail only, leenacharlton@dwt.com)
      Cynthia L. Counts, Esq. (by e-mail only, cynthia.counts@fisherbroyles.com)
      J. Amble Johnson, Esq. (by e-mail only, ajohnson@staceyevanslaw.com)
      Tiffany N. Watkins, Esq. (by e-mail only, twatkins@staceyevanslaw.com)
      Scott R. Grubman, Esq. (by e-mail only, sgrubman@cglawfirm.com)

Enclosure

## AFFIDAVIT OF LAUREN F. HAMILTON, M.D., FACOG

Re: Mahendra Amin, M.D.
Patient: Kerline Claude
Medical Treatment Review

**In the State of South Carolina**
County of Charleston

Personally appeared before the undersigned being authorized by law to administer oaths,

**LAUREN F HAMILTON, M.D.,** who after being duly sworn, deposes and says:

1. My name is **Lauren Hamilton,** I am over 21 years of age and licensed to practice medicine in South Carolina. I do not labor under any mental illness or disability. I am a Board certified OBGYN, and am competent to offer expert opinions regarding the medical care provided by OBGYNs.

2. I am not an employee of the entity that retained me, and I have not worked with Dr. Amin in the past, nor have I ever met Dr. Amin. I performed an independent review, free of conflicts of interest and undue influence.

3. I performed an independent review of K   C   's medical records and was asked to provide my opinions regarding medical necessity and compliance with the standard of care – which I know to be the degree of skill and care ordinarily employed, under the same or similar conditions and like surrounding circumstances, by members of the health care profession generally.

4. I reviewed Ms. C   s medical records from Dr. Amin's office and Irwin County Hospital, and I can assess the medical necessity of Dr. Amin's actions and whether such actions met the standard of care based upon these records.

5. According to my review of these medical records, the pertinent clinical course for Ms. C   was as follows:

Page 1 of 3

Dr. M. Amin000050

CONFIDENTIAL

AMIN_0000913

## AFFIDAVIT OF LAUREN F. HAMILTON, M.D., FACOG

a.  Ms. C███ was born on ███████ and was housed in the Irwin County
    Detention Center. She had been seen in the Irwin County Detention Center for
    irregular periods and pelvic pain. She was referred to Dr. Amin in February 2017
    for further management. Dr. Amin performed an examination, including an
    ultrasound, labs, and a physical examination. This examination was appropriate
    and within the standard of care.

b.  Based on his examination findings, Dr. Amin diagnosed Ms. C███ with anemia,
    which is consistent with her complaints of heavy menstrual cycles/periods. Dr.
    Amin attempted conservative treatments by attempting to manage the patient with
    medication. However, Ms. C███ 's problems continued.

c.  The medical records contain an executed informed consent form for a dilation and
    curettage ("D&C") with operative laparascopy, which Dr. Amin performed on
    Ms. C███ in March 2017. Dr. Amin discovered pelvic adhesions and an
    enlarged uterus. Dr. Amin continued to try to manage the patient with outpatient
    medication, but she continued to complain of the same symptoms, and she was
    offered further surgical treatment.

d.  Dr. Amin offered Ms. C███ the conservative and a less invasive procedure
    (ablation), which was appropriate. Ms. C███ declined the ablation and requested
    a hysterectomy and removal of all female organs. She executed an informed
    consent form for a total abdominal hysterectomy with bilateral salpingo-
    oophorectomy (to remove all female organs). On June 14, 2017, Dr. Amin
    performed a total abdominal hysterectomy and bilateral salpingo-oophorectomy
    (removal of uterus, Fallopian tubes, and ovaries) on Ms. C███ No

Page 2 of 3

CONFIDENTIAL

Dr. M. Amin000051

CONFIDENTIAL

AMIN_0000914

**AFFIDAVIT OF LAUREN F. HAMILTON, M.D., FACOG**

complications were noted.

e. Pathology revealed adhesions, leiomyoma, diffuse adenomyosis, and adenomyomas. The above findings are known to cause heavy, painful menstrual cycles, anemia, and pelvic pain.

6. Based on the facts obtained from Ms. C███'s medical records, my education, knowledge, training, and experience, it is my opinion that Dr. Amin's examinations and course of treatment offered and provided to Ms. C███ were medically necessary. Dr. Amin also managed Ms. C███ appropriately and performed medical treatment within the applicable standard of care.

Lauren F. Hamilton, MD, FACOG
Affiant

Sworn to and subscribed before me,
this 9th day of November , 2020,

Signature of Notary Public
Commission Expiration: March 14th, 2022

Page 3 of 3

CONFIDENTIAL

Dr. M. Amin000052

CONFIDENTIAL

AMIN_0000915

## AFFIDAVIT OF LAUREN F. HAMILTON, M.D., FACOG

Re:     Mahendra Amin, M.D.
        Patient: Barbara Pozo-Rua
        Medical Treatment Review

**In the State of South Carolina**
County of _Charleston_

Personally appeared before the undersigned being authorized by law to administer oaths,

**LAUREN F HAMILTON, M.D.**, who after being duly sworn, deposes and says:

1. My name is **Lauren Hamilton**, I am over 21 years of age and licensed to practice medicine in South Carolina. I do not labor under any mental illness or disability. I am a Board certified OBGYN, and am competent to offer expert opinions regarding the medical care provided by OBGYNs.

2. I am not an employee of the entity that retained me, and I have not worked with Dr. Amin in the past, nor have I ever met Dr. Amin. I performed an independent review, free of conflicts of interest and undue influence.

3. I performed an independent review of B   P   's medical records and was asked to provide my opinions regarding medical necessity and compliance with the standard of care – which I know to be the degree of skill and care ordinarily employed, under the same or similar conditions and like surrounding circumstances, by members of the health care profession generally.

4. I reviewed Ms. P   's medical records from Dr. Amin's office and Irwin County Hospital, and I can assess the medical necessity of Dr. Amin's actions and whether such actions met the standard of care based upon these records.

5. According to my review of these medical records, the pertinent clinical course for Ms. P   was as follows:

Page 1 of 3

CONFIDENTIAL      Dr. M. Amin000053

CONFIDENTIAL      AMIN_0000916

## AFFIDAVIT OF LAUREN F. HAMILTON, M.D., FACOG

    a.  Ms. P██ was born on ████ Dr. Amin examined her in June 2019 following Ms. P██s complaints of heavy and painful menstrual cycles/periods. Ms. P██ had an abnormal Pap Smear revealing a high-grade intraepithelial lesion. Her labs revealed anemia, which is consistent with her heavy menstrual cycles/periods. Based on her complaints, the examination and labs were medically appropriate.

    b.  The medical records contain an executed informed consent form for a diagnostic dilation and curettage ("D&C"), operative laparoscopy, loop electrical excision procedure (LEEP), and right ovarian cystectomy, which Dr. Amin performed on Ms. P█ in July 2019. Pathology from the surgery revealed an even more worrisome diagnosis of carcinoma-in-situ of her cervix.

    c.  The medical records contain an executed informed consent form for a hysterectomy, which Dr. Amin performed on August 9, 2019. Pathology revealed microinvasive squamous cell carcinoma and Dr. Amin appropriately referred Ms. P█ to an oncologist.

6.  Based on the facts obtained from Ms. P█ 's medical records, my education, knowledge, training, and experience, it is my opinion that Dr. Amin's examinations and course of treatment offered and provided to Ms. P█ were medically necessary. Dr. Amin also managed Ms. P█ appropriately and performed medical treatment within the applicable standard of care. His referral to an oncologist was also appropriate. Importantly, the total abdominal hysterectomy was not only appropriate, but it was life-saving for Ms. P█

CONFIDENTIAL

Dr. M. Amin000054

CONFIDENTIAL

AMIN_0000917

## AFFIDAVIT OF LAUREN F. HAMILTON, M.D., FACOG

Lauren F. Hamilton, MD, FACOG
Affiant

Sworn to and subscribed before me,

this _9th_ day of _November_____, 2020,

Signature of Notary Public
Commission Expiration: _March 14, 2022_

Page 3 of 3

CONFIDENTIAL          Dr. M. Amin000055

CONFIDENTIAL                                                          AMIN_0000918

**Lauren Frasciello Hamilton, M.D.**
CHARLESTON OBGYN, LLC
1027  Physicians  Drive, Suite 110 Charleston SC, 29414
(843)  740-6700



## Employment

| | |
|---|---|
| 2021-present | Member Physician, Unified Women's Healthcare |
| 2018-present | Physician Director of Women's Services, Roper St Francis Healthcare System |
| 1997-present | Charleston OBGYN, LLC, Charleston, SC, Private Practice. |
| 1993-1997 | Medical University of South Carolina, Charleston, SC, Administrative Chief Resident |
| 1993-1996 | Medical University of South Carolina, Charleston, SC, House Staff |
| 1988-1989 | University of Maryland, Baltimore, MD, Department of Hematology, Medical Technician Assistant |
| 1993-1997 | Medical University of South Carolina, Obstetrics and Gynecology, Charleston, SC, Post Graduate Training, Residency |
| 1987-1989 | Tulane University School of Medicine, New Orleans, LA, Graduate Study, MD |
| 1983-1987 | Goucher College, Towson, MD, BA (Biology) |

## Professional Organizations

| | |
|---|---|
| 1997-present | American Congress of Obstetrics and Gynecology, Fellow |
| 1997-present | Charleston County Medical Society |

## Administrative Appointments

| | |
|---|---|
| 2021-2023 | Member Executive Council of Roper St. Francis |

|                |                                                                                          |
|----------------|------------------------------------------------------------------------------------------|
|                | Healthcare System                                                                        |
| 2016-2018      | President, Medical Staff, St. Francis Healthcare System                                   |
| 2015-2016      | Vice President, Medical Staff, St. Francis Healthcare System                              |
| 2014-present   | Board of Directors, Roper St. Francis Health Alliance                                     |
| 2013-present   | Division Director, Laborist Program St. Francis Healthcare system                         |
| 2014           | Secretary Elect, Medical Staff, St, Francis Healthcare System                             |
| 2010-2014      | Vice Chairman Department of Obstetrics and Gynecology Roper/St. Francis Healthcare System |

## Hospital Privileges

St. Francis Hospital, Active Staff

Roper Hospital, Courtesy Staff

## Honors and Awards

|              |                                                                         |
|--------------|-------------------------------------------------------------------------|
| 2013-present | Physician Leadership Program Roper/St, Francis Healthcare System         |
| 1997         | Outstanding Resident Teaching Award, Medical University of South Carolina |
| 1996-1997    | Administrative Chief Resident, Medical University of South Carolina       |
| 1997         | Outstanding Laparoscopist Award, Medical University of South Carolina     |
| 1987         | Who's Who Among Students in American Colleges and Universities           |
| 1983         | John DiPolvere Scholarship                                               |

**Research**

| 1995-1997 | Medical University of South Carolina, Rape Related Pregnancies: A Cross Sectional Analysis of the Obstetric Population At MUSC; Melisa Holmes, MD, Lauren Hamilton, MD |
| 1994-1995 | The Inter-Examiner: Correlation of a New Standardized Method for Grading Pelvic Organ Prolapse; Lauren Hamilton, MD, Steven Swift, MD, MUSC Department of Obstetrics and Gynecology |
| 1992-1993 | Anorexia Nervosa in Males: A Case Report and Review of the Literature; Lauren Frasciello, Susan Willard, Department of Psychiatry |

**Publications**

Hall, Andre F., Theofrastous, James P., Cundiff, Geoffrey C., Harris, Robert L., Hamilton, Lauren F., Swift, Steven E., Bump, Richard C., "Inter and Intra Observer Reliability of the Proposed International Continence Society, Society of Gynecologic Surgeons and American Urogynecology Society Pelvic Organ Prolapse Classification System", American Journal of Obstetrics and Gynecology, December 1996.

Frasciello, Lauren M., Williard, Susan G., "Anorexia Nervosa in Males: A Case Report and Review of the Literature", Clinical Social Work Journal, Vol 23 No. 1, Spring, 1995

**Activities**

| Residency | Administrative Chief Resident, 1996; Resident Coordinator, Resident Selection Committee 1996, The American Congress of Obstetrics and Gynecology, Junior Fellow, 1993-1999 |
| Medical School | Member, Owl Club Student Faculty Liaison Body, 1991-1993; Applicant Interviewer, Committee of Admissions, 1991-1993; Vice President, Class of 1993, 1990-1991; Honor Board, 1998- 1990; Orientation Committee 1991-1992; Recruitment Chairperson of AMSA's Southeastern Conference, 1991; Chairperson, Cadaver Ball |

|  | Committee 1990, Member, Women in Medicine, 1989-1993; Member,American Medical Student's Association, 1989-1992, Member, Student Executive Committee, 1990-1991 |
|---|---|
| Undergraduate | Executive Board of Student Government, 1986-1987; Chairperson of Dormitory Council, 1986-1987; Dormitory President, 1986-1987; Resident Assistant, 1985-1986; Vice President, Student Health Advisory Board 1985-1986; Member, Student Health Advisory Board, 1983-1987, Biology Club, 1983-1986 |
| Community Service | Moncks Corner, Summerville Health Department, OB Clinics, Moncks Corner, Summerville SC, 1996; Teen Clinic, Medical University of South Carolina, Charleston, SC 1996; Indian Health Services, Cuba, NM, October 1992; Intern, University of Maryland, Pediatric Endocrinology Clinic, Baltimore, MD, 1989, Intern, Blind Industries and Services of Maryland, Baltimore, MD, 1987; Volunteer, Princeton Hospital, Princeton, NJ, 1985 |



**Alphoretta Office**
3180 North Point Parkway
Building 200, Suite 205
Alpharetta, GA 30005
Phone: 770-777-4933
Fax: 770-777-4934

**Northside Tower Office**
5670 Peachtree Dunwoody Rd., NE
Suite 1240
Sandy Springs, GA 30342
Phone: 404-303-1167
Fax: 404-303-1126

September 1, 2023

### Expert Report of Elbridge F. Bills II, MD FACOG

I am a practicing obstetrician / gynecologist licensed in the states of Georgia and Florida. I have been board-certified by the American Board of Obstetrics and Gynecology since 1996 with yearly Maintenance of Certification. For review of records, depositions, as well as preparation of reports, I charge $500/hour for both defense and plaintiff's cases. I charge $5000/day to testify in addition to any traveling expenses.

Since 1994 I have practiced the full breath of obstetrics and gynecology in a private practice setting in the Metro Atlanta area. This includes both ambulatory and inpatient gynecological care as well as surgical procedures including D&C's, laparoscopy, both operative and diagnostic; ovarian cystectomy, adhesiolysis; and hysterectomies. Since September 2022 I have also practiced as an OB hospitalist in Clearwater FL.

As an OB hospitalist I am responsible for all unassigned patients as well as taking care of any emergencies that arise on labor and delivery. This is very different than private practice. In private practice we have the luxury of stable follow-up. Meaning that I can assume my patient will be available for follow-up care and will not have a lack of access to adequate medical care in the short or long term. As the OB hospitalist I frequently care for the indigent population that does not have access to follow-up medical services.

I have been asked to review the cases of Dr. Mahendra Amin for medical appropriateness and specifically if there was any evidence of unnecessary medical procedures performed on Dr. Amin's patients. For this case, I have reviewed the medical records of 69 individual patients. Two cases involved hysterectomies. B____ P____ initially had a LEEP cone biopsy of the cervix revealing carcinoma in situ (not an invasive cancer). She subsequently had a total abdominal hysterectomy. The final pathology revealed microinvasive cervical cancer. Although a gynecological oncologist consult was performed, the hysterectomy was curative and life saving for her cervical cancer. The only other hysterectomy was for K____ C____. She had previous conservative surgery consisting of a laparoscopy revealing adhesions and pelvic inflammatory disease. She failed medical management and continued to have pain and bleeding and thus was dispositioned for a hysterectomy. The final pathology confirmed a 12-week size uterus measuring 220 grams (normal uterus is less than a 100 grams). Neither patient had any post operative complications.

1



**Alpharetta Office**
3180 North Point Parkway
Building 200, Suite 205
Alpharetta, GA 30005
Phone: 770-777-4933
Fax: 770-777-4934

**Alliance Ob/Gyn Group, LLC**

**Northside Tower Office**
5670 Peachtree Dunwoody Rd., NE
Suite 1240
Sandy Springs, GA 30342
Phone: 404-303-1167
Fax: 404-303-1126

I reviewed fourteen other patients that were evaluated and treated in the ambulatory care setting. Their conditions were managed medically and did not require surgical intervention.

I reviewed 52 patient charts consisting of outpatient surgical procedures. I see no evidence of any surgical complications. Each surgery appears to be indicated as described below:

- 1 D&C for a missed abortion.
- 1 D&C for a molar pregnancy (a form of cancer)
- 1 Endometrial ablation (performed after failure of D&C and medical management.
- 2 excisions of condyloma (genital warts)
- 3 Removal of IUD
- 4 LEEP cone biopsies for indications including positive HPV, atypical squamous cells of undetermined significance, moderate dysplasia.
- 6 Operative removal of hydrosalpinx (a damaged and painful fallopian tube).
- 17 Laparoscopic adhesiolysis
- 31 Ablation of endometriosis
- 35 Ovarian cystectomies. Although ovarian cysts can commonly be monitored to see if they resolve spontaneously, in this setting, as like my work as an Ob hospitalist, these patients may not have any follow up in thus removing them as a source of pain is a reasonable procedure to perform.
- 44 D&C's done a portion of evaluation for pain and/or bleeding.

The above totals greater than 52 because multiple procedures can be performed at the same time. Each of the above procedures were medically indicated as documented by various modalities including the history and physical, preoperative ultrasound evaluation, intraoperative surgical images documentation, and final pathology.

Dr. Amin was able to diagnose two cervical cancers, which is much higher than we would see in the normal population, and it is a reflection of the high-risk patient population being served. In summary, it appears that Dr Amin has been providing appropriate care to this high-risk indigent population and has not performed any unnecessary medical procedures.

Elbridge F. Bills MD FACOG

Curriculum Vitae

**Elbridge F. Bills II, M.D.**

| | |
|---|---|
| Date: | May 11, 2023 |
| Address: | 3180 North Point Pkwy Bldg 200, Suite 205<br>Alpharetta, GA 30005 |
| Telephone: | 404-705-9796 (home)<br>770-362-6902 (cell)<br>770-777-4933 (office)<br>770-777-4934 (office fax) |
| Email: | ebills@allianceobgyn.com |

Current Positions:
President of Alliance Ob/Gyn P.C.          07/99-Present
Ob/Gyn practice
Alpharetta, GA

Ob Hospitalist Group                      9/2022-Present
Ob Hospitalist
Morton Plant/Mease Hospital
Clearwater, FL

Medical Director                          02/14-Present
Atlanta Medical Institute
Weight Loss & Hormonal Medicine
Atlanta, GA

Employment History:  Employed physician in private practice
Arista Ob/Gyn                             10/96-7/99
Alpharetta, GA

Employed physician in private practice
Perimeter North Ob/Gyn                    07/94-10/96
Atlanta, GA

Education:          Master's Metabolic and Nutritional Medicine 12/2011
University of South Florida
Tampa, FL

|  |  |  |
|---|---|---|
| | Board Certified<br>American Board of Ob/Gyn | 06/1996 -Present |
| | Board Certified<br>American Board of Anti -Aging &<br>Regenerative Medicine | 10/2012 - Present |
| | Fellowship in pelvic surgery<br>Saint Joseph's Hospital<br>Atlanta, GA | 07/1993-06/1994 |
| | Residency<br>Department of Ob/Gyn<br>University of South<br>Florida Tampa, FL | 07/1989 -06/1993 |
| | Emory University School of Medicine<br>Atlanta, GA | 09/1985 -05/1989 |
| | University of South Florida<br>Tampa, FL<br>Bachelor of Engineering<br>Science Bachelor of<br>Science (Biology)<br>Magna Cum Laude | 06/1982 -05/1985 |
| | Florida Institute of Technology | 09/1981 -05/1982 |

Licenses Held  Florida, Georgia

Bibliography:  Heymsfield S, Christy G, Bills E. Payne Y. Congestive Heart
Failure. In Jeejeebhoy K ED <u>Current Therapy in Nutrition</u> .
Toronto, B.C. Becker, Inc. 1988.
Slaker D, Bills E, Mellen, Wolfe D, Bernidino M ,
Bonkovsky H. Diagnosis of Hemochromatosis: Is the Liver
Biopsy Passe'?. Gastroenterlogy 92:1778, 1987.

Presentations:  OB/GYN Residents' Training in Breast Disease: A National Survey.
Elbridge Bills M D & Jim Fiorica M D. A COG District IV Meeting
11/92.

Research:  Principal Investigator: Essure 305 Post -Approval Study (ESS305 PAS)

Elbridge F Bills MD
Depositions and Testimony January 2014 – Present

1. 5/06/15 Lisa and Todd Gouge vs Women's Health Associates of Walton PC.  Walton County, GA.  Deposition – plaintiff

2. 9/12/16  Amanda Williams and Daniel Williams, individually and on behalf of their daughter, KW  vs. Clinical Innovations LLC, Wellstar Medical Group LLC,  Caroline Gibbons MD, and John Does, A-Z.  Fulton County, GA. Deposition – plaintiff-

3. 2/14/17  Trabue  vs. Atlanta Women' Specialist Trial. Fulton County, GA. Trial– defense –

4. 7/21/17 Sorbin v. Barakat et al. New York, New York. Trial – plaintiff –

5. 8/18/17 Vernon Eugene Hand vs. Camden Ob/Gyn and Michelle Y. Perry. Camden County, GA. Deposition-plaintiff.

6. 5/11/18 Victoria Singleton vs. Jean A Sansariq MD et al.  Mobile County, Alabama, Deposition – plaintiff.

7. 9/26/19 Cynthia McShane, Elijah Mcshane vs Amisub SFH.  District of Memphis, Tennessee, Deposition - plaintiff

8. 2/14/19 Michelle Ansley vs Southeast Georgia Health System. Glenn County, GA, Deposition- plaintiff

9. 8/22/19 Kelly Wilson, et al. vs. USA.  Nashville, TN Trial – defense.

10. 4/27/20 Ashley Wilson vs. Beaufort Memorial Hosptial, Beaufort, SC – plaintiff. Trail

11. 5/11/20 Victoria Thurber and Rusty Thurber  vs. Davd K. Mehta MD, Escambia County, FL Deposition – plaintiff

 12. 8/3/20  IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA CIVIL DIVISION SAMUIL Samuil Hennes, as the Personal Representative of the ESTATE OF EVETTE GUIRGUIS, vs University of South Florida Board of Trustees,, Hillsborough County, FL,  Deposition – plaintiff.

13. 10/2/20 In the Circuit Court of the 10th Judicial circuit in and for Polk County, Fl Diana Lopez-Vazquez, Sergio Hernandez-Badillo vs Dr. Lisa Wiedel, Winter Haven Hospital deposition  Plaintiff

14. Javonya Hendon vs. Robert Timothy Stark MD Lowndes County, GA – deposition plaintiff

15. 2/22/21 Dena Kelly vx. Jeffrey D. Morrison DO & Tidewater Physicians Multispecialty Group PC. Newport News Virginia deposition plaintiff

16. 3/10/21 Carolyn Marie Williams vs UT Regional One Physicians Inc. Shelby County Tennessee; deposition plaintiff

17. 7/21/21 Melinda Mikolasik vs Mease Hospital Countryside.  Pinellas County, Florida deposition plaintiff

18. 10/21/21 David & Angela Hill vs Jackson-Madison Co. Gen. Hospt, ET AL.  Madison County Tennessee.  Deposition plaintiff

19. 2/14/22 Christy Marie Thomas vx Norton Hospital; Susan Tat e ; Jefferson Circuit Court, Louisville Kentucky.  Deposition plaintiff

20. 6/13/22 Ryan Betts vs Ian Scott  D.O. Christian Circuit Court. Common Wealth of Kentucky; Deposition plaintiff.

21. 7/8/22 Tammy Strickland vs Cheryl Razdan MD, District Court of Tulsa County, Oklahoma; Deposition, plaintiff

22. 8/3/2022 Christy Marie Thomas vx Norton Hospital; Susan Tat e ; Jefferson Circuit Court, Louisville Kentucky.  Trial plaintiff

23. 11/28/22  Latonya Treadaway and husband, Gary Treadaway vs Suzanna Chatterjee MD; Circuit Court of Sumner County TN, deposition; defendant

24. 2/17/2023 Jessica Gorby v Gary DeGuzman M Ohio County West Virginia , deposition; plaintiff

25. 5/10/23 Jessica Gorby v Gary DeGuzman M Ohio County West Virginia , trial; plaintiff

26. 5/12/2023 Carman Blanchard and Michael Hobgood vs David Schroeder MD and Ob/Gyn Professionals of East Tennessee PC and Parkwest Medical Center; Knox County Tennessee deposition; plaintiff

27.6/2/2023 Jamesia Keshawn Moore a/k/a Jamesia Keshawn Rippy: Gregory Keith Moore, II individually ans as the Natural Parents and on behalf of BABY BOY MOORE (deceased)  v AMISUB (SFH) Inc. d/b/a a/k/a Saint Francis Hopital  -Park; SAINT FRNACIS MEDICAL PERTNERS EAST, LLC d/b/a a/k/a St. Francis Women's Health and Fertility; and Michael A. Podraza MD Shelby County, Tennesse  deposition plaintiff

28. 6/2/2023 Skyler Ogger as Next Friend of Andrew Stokes, a minor v Edward W. Sparrow Hospital Associates, A Michigan nonprofit corporation, Angela C. Griffin MD.  County of Ingham, Michigan, deposition plaintiff