# Exhibit R



1612 K Street NW, Suite 1100
Washington, DC 20006
202.457.0034 | www.whistleblower.org



Institute for the Elimination of Poverty & Genocide
9 Gammon Ave SE Atlanta, GA 30315
projectsouth.org

September 8, 2020

<u>Via online submission</u>

The Honorable Dr. Joseph V. Cuffari
Inspector General
U.S. Department of Homeland Security, Office of Inspector General

Re:     Protected Whistleblower Disclosures by LaSalle Nurse Ms. Dawn Wooten

Dear Dr. Cuffari:

We represent Ms. Dawn Wooten, LPN, currently a LaSalle Corrections nurse employed at the Irwin County Detention Center ("ICDC") in Ocilla, Georgia. We are filing the attached whistleblower complaint on her behalf, where she raises concerns about dangerously unhealthy practices at ICDC, a private prison which houses immigrants detained by U.S. Immigration and Customs Enforcement ("ICE"). ICDC is run by LaSalle Corrections, under contract with DHS/ICE.

Ms. Wooten's complaint alleges violations of laws, rules and regulations, as well as on-going danger to public health and safety, due to mismanagement of COVID-19 issues and other significant matters. She has also shared her concerns internally with ICDC's management. Her complaint includes allegations of retaliation for her whistleblowing.

By virtue of her disclosures Ms. Wooten is a protected whistleblower within the meaning of the federal whistleblower laws. Title 41, section 4712 of the U.S. Code specifically applies to federal contractors, like LaSalle. We have advised LaSalle of Ms. Wooten's OIG disclosures via separate corrpespondence, a copy of which is attached to this filing. We look forward to assisting your investigation of the serious, ongoing breaches of the public trust at ICDC and the retaliatory actions taken against Nurse Wooten.

Please contact us if you have any questions.

Sincerely,

John S. Whitty
JohnW@whistleblower.org, 202.457.0034
Government Accountability Project

Priyanka Bhatt
priyanka@projectsouth.org, 404.622.0602
Project South

