# Exhibit U

DR. MAHENDRA AMIN, M.D. vs NBCUNIVERSAL MEDIA, LLC
John S. Whitty on 09/08/2023

```
 1              UNITED STATES DISTRICT COURT

 2          FOR THE SOUTHERN DISTRICT OF GEORGIA

 3    ---------------------------
      DR. MAHENDRA AMIN, M.D.,
 4
              Plaintiff,
 5
      v.                        Case No.
 6                              5:21-CV-00056-LGW-BWC

 7
      NBCUNIVERSAL MEDIA, LLC,
 8
              Defendant.
 9    ---------------------------

10

11

12              VIDEOTAPED DEPOSITION OF

13                  JOHN S. WHITTY

14                Baltimore, Maryland

15                September 8, 2023

16                   10:30 a.m.

17

18

19

20

21   Reported by:  Goldy Gold, RPR

22   Job No.  00008612
```

```
 1     A.    No.
 2           MS. EVANS:  I'm going to hand you -- you
 3     and your counsel what I'm marking as Exhibit
 4     166.
 5           [Exhibit 166, OIG complaint, was marked
 6     for identification.]
 7  BY MS. EVANS:
 8     Q.    Take whatever time you need to flip
 9  through it.
10           My question is:  Do you recognize this
11  document?
12     A.    I don't -- I don't specifically
13  recognize this.  It does look like the OIG complaint
14  form, you know, relevant to Nurse Wooten's complaint
15  in the -- in the -- in September of 2020.
16     Q.    Did Ms. Wooten make more than one
17  submission to the office of Inspector General?
18           MS. AYERS:  Objection.
19           I'm going to instruct you not to answer
20     on the basis of attorney-client privilege if you
21     gained that information from Ms. Wooten and in
22     the course of representing her.
```