# Exhibit V

hotline.oig.dhs.gov/#step-1

Official website of the Department of Homeland Security

# Office of Inspector General

EXHIBIT # 1

EXHIBIT 166
WIT: _____
DATE: _____
Goldy Gold, RPR

(*) Required Information

## Please Select One*

○ I am submitting the complaint myself.
● I am submitting the complaint on behalf of someone else.
○ I am submitting this complaint as a DHS internal affairs agency.

### Complainant wishes to:

○ **Option 1: Remain anonymous.** It is understood that this may hinder DHS OIG's ability to thoroughly review and/or resolve the allegations in the complaint. Also the information that is provided anonymously may be referred to another agency if DHS OIG determines that action by another agency is warranted under the circumstances.

○ **Option 2: Disclose identity to DHS OIG, but request that DHS OIG keep the identity confidential with respect to individuals outside DHS OIG.** The selection may hinder DHS OIG's ability to thoroughly review and/or resolve the allegations in the complaint. It is also understood that, despite the request for confidentiality, it may be necessary for DHS OIG to disclose the identity to individuals outside DHS OIG if DHS OIG deems such disclosure (1) necessary during the course of DHS OIG's investigation of the allegations in the complaint, or (2) otherwise required by law.

● **Option 3: Disclose identity to DHS OIG and authorize DHS OIG to further disclose individuals and/or entities identity outside DHS OIG on a need-to-know basis.**

## Complainant

Prefix (Mr.,Mrs.,Ms.,etc.): [Ms]

First name: [Dawn]   MI: [ ]   Last name: [Wooten]

Suffix (Jr., Sr., II., etc.): [ ]

Address Type: ● Home  ○ Work

Address: [1224 Hall Avenue]

City: [Tifton]   State/Territory: [GA ▼]   Zip: [31794]

Country/Region: [United States ▼]

* **Either Phone or E-mail is required**

Primary Phone: [229-472-2465]   Email: [5070653.dw@gmail.com]

Is the complainant a current DHS employee, former DHS employee, or DHS contractor?* ● Yes  ○ No

Filing Category: [DHS Contractor ▼]

Employer: [nonDHS ▼]

Title: [Nurse]

hotline.oig.dhs.gov/#step-2

Official website of the Department of Homeland Security

Office of Inspector General

# DHS OIG Hotline Complaint Form

1. Complainant Information | 2. Allegation Details | 3. Additional Details | 4. Other Actions | 5. Upload Documents | 6. Certifications

## Part II - Allegation Details

Use this section to clearly describe your complaint. If you would like additional information about filing a reprisal complaint, please click here.

IDENTIFY THE SUBJECT(s) - WHO COMMITTED THE ALLEGED WRONGDOING?

(*) Required Information

**New Subject**

Please click the Save button to save or update the data. If you want to add another Subject, please click the Add Subject button.

Select an option most appropriate for the Subject:* ○ Person  ○ DHS Agency or Bureau  ● Company

- Company Name: LaSalle Corrections
- Address: 132 Cotton Drive
- City: Ocilla          State/Territory: GA          Zip: 31774
- Country/Region: United States
- Primary Phone: 229-468-4121          Email Address: ex: email@example.com

[Save]

**Add Subject**

IDENTIFY ANY ADDITIONAL INDIVIDUALS RELEVANT TO THE COMPLAINT

**Add Victim**

**Add Witness**

[Previous]          [Next]

hotline.oig.dhs.gov/#step-3

Official website of the Department of Homeland Security

Office of Inspector General

# DHS OIG Hotline Complaint Form

1. Complainant Information | 2. Allegation Details | 3. Additional Details | 4. Other Actions | 5. Upload Documents | 6. Certifications

## Part III - Additional Details

(*) Required Information

We can best process your complaint if we receive accurate and complete information. Provide a summary of your complaint, to include an event chronology, if appropriate. If your complaint involves contractor fraud, provide the name of the primary contractor, subcontractor, type of contract, contract #s, date of contract award, and name(s) of agency official(s) if known.

**Allegation Category**

Employee Corruption

**DHS Affected Agency**

ICE - U.S. Immigration and Customs Enforcement

**What did the person(s) do or fail to do that was wrong?***

See attached declaration: Violations of laws, rules and regulations, as well as on-going danger to public health and safety, due to mismanagement of COVID-19 issues and other significant matters.

4805 remaining

**When did the incident(s) occur?***

October 2019 - July 2020

26 remaining

**Where did the incident(s) take place(City/State)?***

Ocilla, Georgia

35 remaining

**When were you made aware of the problem(s)?**

October 2019 through July 2020

20 remaining

What rule, regulation, or law do you believe to have been violated?

PBNDS and CDC guidelines on infectious diseases.

20 remaining

4952 remaining

Briefly summarize how you believe our office can assist you regarding your matter.

See attached declaration: Investigate the serious, ongoing breaches of the public trust at the Irwin County Detention Center (ICDC) and the retaliatory actions taken against me.

4822 remaining

Previous    Next





← → C 🔒 hotline.oig.dhs.gov/#step-6  ☆  ⋮  ✦

Official website of the Department of Homeland Security

Office of Inspector General

# DHS OIG Hotline Complaint Form

| 1. Complainant Information | 2. Allegation Details | 3. Additional Details | 4. Other Actions | 5. Upload Documents | 6. Certifications |

## Part VI - Certifications

(*) Required Information

☑ *I certify that all of the statements made in this complaint are true, complete, and correct, to the best of my knowledge. I understand that a false statement or concealment of a material fact is a criminal offense (18 U.S.C. ~ 1001; Inspector General Act of 1978, As Amended, §7).

☑ *I have provided my election concerning my filing status in Part 1 of this form (Release of Identity, Non-Release of Identity, or Anonymous). I understand that if I have elected anonymous status, it may impact the ability of the DHS OIG to either conduct an inquiry, if warranted, and/or to appropriately address my issue(s). I further understand that if I have elected not to release my identity outside of DHS OIG, my complaint will not be disclosed outside DHS OIG for action, unless this action is determined necessary or required by law. My selection not to disclose my identity outside DHS OIG may also prevent further action from being taken on my complaint.

☑ *I further understand that even if I elect confidential status, my identity may be disclosed, if required by applicable legal authority, or if the DHS OIG, determines that such disclosure is otherwise unavoidable.



Previous       Cancel

Submit

hotline.oig.dhs.gov/Home/Complete

Official website of the Department of Homeland Security

Office of Inspector General

# DHS OIG Hotline Complaint Form

You have successfully submitted your complaint to the DHS OIG. For reference purposes, you have been assigned Reference Number:

**HLCN1599613977377**

Please retain this number for your records.

We will review your complaint and contact you if more information is needed. This receipt is not an indication your complaint will be investigated by the DHS OIG or any other applicable investigating body.

Thank you for contacting the DHS OIG with your concerns.

Click here to return to the DHS OIG home page: http://www.oig.dhs.gov/.