# Exhibit X

**DR. MAHENDRA AMIN, M.D. vs NBCUNIVERSAL MEDIA, LLC**
**Julia Ainsley on 04/25/2023**

1              UNITED STATES DISTRICT COURT

2         FOR THE SOUTHERN DISTRICT OF GEORGIA

3                 WAYCROSS DIVISION

4

5  DR. MAHENDRA AMIN, M.D.,     )

6       Plaintiff,              )   Case No.

7  V                           )   5:21-CV-00056-LGW-BWC

8  NBCUNIVERSAL MEDIA, LLC,    )

9  _____/

10

11              ZOOM VIDEOTAPED DEPOSITION OF

12                    JULIA AINSLEY

13         DATE:  Tuesday, April 25, 2023

14         TIME:   9:00 a.m. - 5:57 p.m.

15

16

17

18

19

20

21

22  REPORTED BY:  TAMIKA M. BURNETTE, RPR, CSR-2870

23

24

25

```
 1  15th.
 2       Q.  And did you reach him?
 3       A.  Yes.
 4       Q.  And you spoke with him personally?
 5       A.  Yes.
 6       Q.  Was anyone else on the phone when you spoke to
 7  him?
 8       A.  No.
 9       Q.  Did you record that phone call?
10       A.  No.
11       Q.  What did Mr. Free tell you?
12       A.  He told me that he had familiarity with this
13  issue, and that I should speak to three other lawyers
14  who also had familiarity with the issue.  And he also
15  named the doctor.
16       Q.  Did he tell you about any clients that he had
17  in the Irwin County Detention Center?
18       A.  I don't recall.
19       Q.  Who were the three lawyers that he told you you
20  should speak to?
21       A.  Ben Osorio; this woman, whose last name is
22  Mathren, and then there was another one, I believe their
23  last name was Owings.  You can correct me if I'm wrong
24  on that.  But yeah, I think that was it.
25       Q.  Did you personally speak with Mr. Osorio on
```

```
 1                    (Off the record.)

 2                    THE VIDEOGRAPHER:  Please stand by.  The

 3  time is 11:15 a.m.  We're back on the record.

 4       Q.  BY MS. EVANS:  Ms. Ainsley, did you speak with

 5  Elizabeth Mathren?

 6       A.  Mathren, yes.  I'd have to look at -- yes, I

 7  did.

 8       Q.  On September 15th, 2020?

 9       A.  Yes.

10       Q.  And did you record that interview?

11       A.  No.

12       Q.  Did you take any notes of that interview?

13       A.  Yes, I believe I did.

14       Q.  Do you still have those notes?

15       A.  No.  What -- how I take notes is over e-mail,

16  and I e-mail myself the notes, and then when my e-mail

17  gets full, as it does, I have to delete.

18       Q.  Did you take notes -- strike that.

19                    You testified earlier that you did not

20  record your interview with Ben Osorio on September 15th;

21  true?

22       A.  Right.

23       Q.  Did you take notes from that interview?

24       A.  Yes.

25       Q.  In the same fashion that you just described?
```

```
 1     A.  Yes, which is easier to --

 2     Q.  You took notes to yourself?

 3     A.  Yes.

 4     Q.  I do that too.

 5     A.  Yes.

 6     Q.  I do that too.

 7     A.  Yes.

 8     Q.  I do that too.  And did you -- strike that.

 9          Did you speak with Sarah Owings on

10   September 15th?

11     A.  No.  Jacob Soboroff did.  We split up the

12   calls.

13     Q.  And you did also speak with Andrew Free?

14     A.  Yes.

15     Q.  You did not record that interview?

16     A.  Correct.

17     Q.  Did you take notes?

18     A.  Yes, I did.

19     Q.  Also on e-mail?

20     A.  Yes.

21     Q.  Did you speak with any other attorneys of

22   immigrant women or detainees on September 15th, 2020?

23     A.  No.  And let me -- I have got to say something.

24   Okay.  So Andrew -- I talked to Andrew, he gave me those

25   three the names.  Jacob and I split it up.  I know I
```

1   talked to Osorio, and I know that Jacob talked to Sarah

2   Owings.  I am not 100 percent sure.  I know one of us

3   talked to Ms. Mathren, I cannot tell you with certainly

4   whether that was me or Jacob.

5        **Q.  There was a written article that was published**

6   **at some point by NBC News, true, on September 15th,**

7   **2020?**

8        A.  Yes.  And if you'll reference that, I'd love to

9   have a copy in front of me.

10       **Q.  And you were the writer on that article; is**

11  **that right?**

12       A.  Yes.

13       **Q.  What does that mean to be the writer?**

14       A.  You write it up.  And that's just really

15  typical how Jacob and I work together.  I usually write

16  the articles.

17       **Q.  I'll hand you what I'm marking as Plaintiff's**

18  **Exhibit 3, with a copy to your counsel.**

19            (Plaintiff's Exhibit 3 marked for

20  identification.)

21       **Q.  BY MS. EVANS:  Do you recognize Plaintiff's**

22  **Exhibit 3?**

23       A.  Yes.

24       **Q.  And what is it?**

25       A.  It is the article that we published on