# Exhibit Y

```
 1           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF GEORGIA
 2

 3

 4   DR. MAHENDRIA AMIN, M.D.,     )
                                   )
 5        Plaintiff,               )
                                   ) Civil Action No.:
 6   vs.                           ) 5:21-CV-00056-LGW-BWC
                                   )
 7   NBC UNIVERSAL MEDIA, LLC,     )
                                   )
 8        Defendant.               )

 9

10
                  VIDEOTAPED DEPOSITION OF
11                     SARAH OWINGS
         CONDUCTED AT THE OFFICE OF DAVID DREYER LAW
12                  270 PEACHTREE STREET
                         SUITE 1040
13                 ATLANTA, GEORGIA 30303

14

15
                        10:10 a.m. EST
16        Friday, the 25th day of August, 2023

17

18
            Eric Cavanaugh, CCR, GRL 2560
19

20

21

22

23

24

25
```

1   treatment on that basis.
2      Q.  Did you tell Jacob Soboroff that y'all were
3   not finding large numbers of hysterectomies?
4      A.  I -- yes, but this was also on the 15th of
5   September.  So this was very early in the process.
6   We were already finding evidence that something was
7   deeply wrong in how these women were being treated.
8          And we were encouraging, you know, attorneys
9   to reach out to their clients and to have an
10  investigation kind of reiterating the request by
11  Project South to have an investigation.
12         But as far as full hysterectomies or partial
13  hysterectomies, I don't -- I don't even recall -- I
14  don't even recall the total number.
15         Even now, I don't know if it was ever
16  disclosed.  I think I've heard five or six or just
17  different numbers.
18     Q.  Two.
19     A.  Two?
20         MS. LEVINE:  Objection.
21     A.  Well, I think -- I think DHS found -- DHS
22  found five, I think -- or they said five or -- in the
23  Senate report, there was mentions of more.  So I
24  think the numbers are unclear.
25            MR. DREYER:  Hey, Stacey, can we take a break

1   Q.   And you shared with Mr. Soboroff that y'all
2   were not seeing large numbers of hysterectomies?
3   A.   That's correct.
4        MS. LEVINE:  Objection.
5   A.   I don't see that there was a large number of
6   hysterectomies.  But also that was 24 hours into
7   this.  So we were already seeing some things that
8   were really weird and bore the need for further
9   investigation and questioning.
10  Q.   Are you aware at some point a congressional
11  investigation was -- was started?
12  A.   Yes.
13  Q.   What was your role, if any, in providing
14  information to the subcommittee that was handling the
15  investigation?
16  A.   To the subcommittee that was handling the
17  investigation, I don't remember having contact with
18  them once they began the investigation.
19       We had already provided documents in advance
20  of the CODEL and, you know, other -- other individual
21  advocacy asked by people who needed congressional
22  assistance and had, you know, filled out the privacy
23  waivers and done that process.
24       And so it wasn't a situation where I was
25  handing over lots of records or being that involved