# Exhibit Z

```
 1            UNITED STATES DISTRICT COURT

 2        FOR THE SOUTHERN DISTRICT OF GEORGIA

 3   DR. MAHENDRA AMIN, M.D.,   *

 4          Plaintiff,          *   CASE NO.:

 5   vs.                        *   5:21-CV-00056-

 6   NBCUNIVERSAL MEDIA, LLC,   *   LGW-BWC

 7          Defendant.          *

 8   *  *  *  *  *  *  *  *  *  *

 9   VIDEOTAPED DEPOSITION OF:

10                BENJAMIN OSORIO,

11   was held on Friday, September 15, 2023,

12   commencing at 10:44 a.m. at the offices of

13   Murray Osorio, 4103 Chain Bridge Road, Suite

14   300, Fairfax, Virginia, reported by Teague

15   Gibson, Notary Public.

16                   *   *   *

17

18

19          HUSEBY GLOBAL LITIGATION
        1230 West Morehead Street, Suite 408
20             Charlotte, NC  28208
                  (800) 333-2082
21          E-mail: calendar@huseby.com
```

```
 1        A.    Yes, ma'am.
 2        Q.    But not at the time that she was
 3   detained?
 4        A.    I never asked.
 5        Q.    Did you see any medical records
 6   from any of the procedures that she had?
 7        A.    Later, yes, ma'am.
 8        Q.    In September 2020?
 9        A.    No, it would be later than that.
10        Q.    When do you remember it to be?
11        A.    I think it took a month or two to
12   get all of her medical records, if not
13   longer.
14        Q.    Did you reach out to Dr. Amin's
15   office for records?
16        A.    Yes, ma'am.
17        Q.    What did you find out?
18        A.    He says that he has no records
19   for her.
20        Q.    Have you found anything that
21   would lead you to believe at this point that
```

1   Ms. ███ was ever treated by Dr. Amin?

2   A.   It's hard to say, given the
3   condition that the records were in.  And I'm
4   still very confused about the abdominal
5   procedure and who she would have seen for
6   that.

7   Q.   Did you reach out to Dr. Amin's
8   office to receive medical records for Ms.
9   P███?

10   A.   Yes, ma'am.

11   Q.   Did you receive them?

12   A.   In delayed batches.

13   Q.   But you did get them?

14   A.   Eventually, yes, ma'am.

15   Q.   Do you any reason to believe that
16   Dr. Amin's office is withholding any records
17   from Ms. ███?

18   A.   Not for Ms. ███.

19   Q.   For anybody else?

20   A.   He definitely withheld stuff from
21   B███ and we had to go to the hospital to

```
 1   did or just say that you thought you might?
 2        A.    I knew -- I think I confirmed
 3   that we had at least one person that we had
 4   records for and we had a second person that
 5   we believed might be involved but we didn't
 6   have medical records at that time.
 7        Q.    Anything else that you can recall
 8   telling Ms. Ainsley?
 9        A.    Not that I remember.  Oh, sorry,
10   I did tell her that the documents indicated
11   that the need for the hysterectomy was
12   necessitated by cancer, so I do believe that
13   I conveyed that.
14        Q.    For Ms. P█████?
15        A.    Yes, ma'am.
16        Q.    Did you ever tell Ms. Ainsley
17   that Ms. P█████ did not have cancer?
18        A.    No, ma'am.  I did say that we --
19   given sort of the allegations in the
20   whistleblower report, I think we were
21   questioning everything at that point.  So I
```

```
 1   think I might have said that this is what
 2   the claim is, we're trying to get everything
 3   we can on this.
 4        Q.    The claim being?
 5        A.    That she had cancer and that
 6   necessitated the hysterectomy.
 7        Q.    Did you ever talk with someone
 8   named Jacob Soboroff?
 9        A.    Not that I remember.
10        Q.    Do you know who Jacob Soboroff
11   is?
12        A.    I do.  And I think I would
13   remember if I spoke to him.
14        Q.    Did you ever speak with Mr.
15   Soboroff about child separation policy
16   issues?
17        A.    I don't ever remember speaking
18   with him.
19        Q.    But you know enough about Jacob
20   Soboroff to know -- strike that.
21              You know enough about Jacob
```

```
 1   camp was that, yes, it was medically
 2   necessary.
 3        Q.    And may have saved her life?
 4        A.    Yes, ma'am.
 5        Q.    Did you talk to Ms. Ainsley
 6   about -- strike that.
 7              Did you talk to Ms. Ainsley about
 8   Ms. ▌▌▌▌ at all?
 9        A.    Yes, ma'am, I believe so.
10        Q.    Just that -- strike that.
11              By name?
12        A.    I don't remember.
13        Q.    To the best of your recollection,
14   is it just that you referred to having two
15   clients that had procedures done?
16        A.    Yes, ma'am.
17        Q.    Did you identify two women as
18   having had hysterectomies or just two women
19   having had procedures?
20        A.    I believe -- I mean, honestly, I
21   don't remember what exactly I said, but it
```

```
 1   would be weird for me to confirm -- it would
 2   be out of a character for me to say that I
 3   had two women that had two hysterectomies if
 4   I didn't have the records yet.
 5        Q.    Even to this day, you don't know
 6   if Ms. ▬ had a hysterectomy, right?
 7        A.    To the best of my knowledge, no.
 8        Q.    So you wouldn't have likely said
 9   that to Ms. Ainsley, would you?
10        A.    That's correct.
11        Q.    Did you talk to Ms. Ainsley
12   about -- strike that.
13              Did you tell Ms. Ainsley that Ms.
14   ▬ had been advised that she had ovarian
15   cysts that were cancerous?
16        A.    Ms. ▬ or Ms. P▬?
17        Q.    Ms. ▬?
18        A.    Not Ms. ▬.
19        Q.    Did you say that to Ms. Ainsley
20   about Ms. P▬?
21        A.    I don't remember the exact --
```

```
 1   that at that time because ICE said there had
 2   only been two hysterectomies performed.  And
 3   I don't remember X number of past years, but
 4   we knew ICE was claiming another person and
 5   then the Senate report, doesn't identify the
 6   person, but identifies that another one was
 7   performed.
 8        Q.    Until that ICE statement came out
 9   regarding two hysterectomies in September
10   2020, you didn't know of any hysterectomy,
11   other than Ms. P▮▮▮▮▮▮; is that right?
12        A.    I only knew what my clients had
13   told me and so, yes.  At that point I was
14   only aware of that Ms. P▮▮▮▮▮, we had
15   records had it, and ▮▮▮▮ was claiming to
16   have had what she thought was a hysterectomy
17   and then later I think we narrowed it down
18   to being an abdominal procedure.
19        Q.    And you did not tell anybody
20   affiliated with MSNBC or NBC News that ▮▮▮▮
21   ▮▮▮▮▮ had a hysterectomy because you didn't
```

```
 1   know, right?
 2        A.   I might have said that she claims
 3   that or that we believe that she had had a
 4   hysterectomy, but that we didn't have
 5   records to confirm that yet.
 6        Q.   To the best of your recollection,
 7   you definitely would have told them that you
 8   hadn't been able to confirm it, true?
 9             MS. MCNAMARA:  Objection, form.
10        A.   Yes, ma'am.
11        Q.   When you first saw the Project
12   South letter most of it's about -- strike
13   that.
14             Most of the Project South letter,
15   you can refer to it if you need to, most of
16   it's about Covid, would you agree with that?
17        A.   I would have to revisit it.
18        Q.   Let me just ask a different
19   question.  When you read the allegations
20   regarding OB-GYN medical care in the Project
21   South letter, what was your initial
```