# Exhibit AA

DR. MAHENDRA AMIN, M.D. vs NBCUNIVERSAL MEDIA, LLC
Confidential                Chris Hayes on 08/09/2023

```
 1              UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF GEORGIA
 2                    WAYCROSS DIVISION

 3    DR. MAHENDRA AMIN, M.D.

 4                  Plaintiff,    CASE NO.
       v.                         5:21-CV-00056-LGW-BWC
 5
      NBCUNIVERSAL MEDIA, LLC,
 6
                    Defendant.
 7


 8
              *** CONFIDENTIAL TRANSCRIPT ***
 9
              VIDEO-RECORDED DEPOSITION OF
10                      CHRIS HAYES

11           Davis Wright Tremaine, LLP
             1251 Avenue of the Americas
12                    21st Floor
              New York, New York 10020
13
                     08/09/2023
14                 9:38 a.m. (EDT)

15

16

17

18

19

20

21

22

23

24
      REPORTED BY:  MONIQUE CABRERA
25    JOB NO. 3133
```

Case 5:21-cv-00056-LGW-BWC   Document 122-28   Filed 12/19/23   Page 3 of 5

| | DR. MAHENDRA AMIN, M.D. vs NBCUNIVERSAL MEDIA, LLC | |
|---|---|---|
| Confidential | Chris Hayes on 08/09/2023 | Page 243 |

```
 1    September 16th, 2020, whoever this woman
 2    was, you described her as having a
 3    procedure, not a hysterectomy, right?
 4            MS. MCNAMARA:  Objection.
 5       Mischaracterization.
 6       A.   Let me -- let me go back to the
 7    script.
 8    BY MS. EVANS:
 9       Q.   Exhibit 85.
10       A.   Yep.  Sorry.  I just want to
11    make sure --
12       Q.   Second paragraph from the top at
13    page 14 of 23.
14       A.   Yes.  We say, "There are three
15    women who said they had procedures either
16    did not consent to ahead of time or felt
17    coerced into consenting."
18       Q.   And again, the tweet reflected
19    in Exhibit 119 that came out a little bit
20    after midnight after this September 16th
21    broadcast refers to three women claiming
22    they received unnecessary hysterectomies,
23    not procedures, right?
24       A.   That's correct.
25       Q.   Do you know what that's based
```

Case 5:21-cv-00056-LGW-BWC   Document 122-28   Filed 12/19/23   Page 4 of 5

| | DR. MAHENDRA AMIN, M.D. vs NBCUNIVERSAL MEDIA, LLC | |
|---|---|---|
| Confidential | Chris Hayes on 08/09/2023 | Page 246 |

```
 1   handed me?
 2      Q.    Yes.
 3      A.    Yes.
 4      Q.    It's slightly different, would
 5   you agree, than the other tweet but it's
 6   only, like, an hour and 15 minutes later?
 7      A.    Yes.  They are worded
 8   differently, and they're about an hour and
 9   15 minutes apart.  This one is sent at
10   2:00 a.m.
11      Q.    Do you have any idea why there
12   would be another tweet sent just within
13   two hours of the other?
14      A.    No idea.  I mean --
15      Q.    Sorry.  Go ahead.
16      A.    It doesn't -- there is nothing
17   about it that strikes me as, like,
18   strange.  I don't know.  Like, again, our
19   social media people and when do they
20   schedule tweets or -- so...
21      Q.    In the tweet on September 17th,
22   2020, at 2:00 a.m., reflected in
23   Exhibit 120, reads at the top, "Three
24   women claim they received unnecessary
25   hysterectomies at ICE facilities."
```

Case 5:21-cv-00056-LGW-BWC   Document 122-28   Filed 12/19/23   Page 5 of 5

| | DR. MAHENDRA AMIN, M.D. vs NBCUNIVERSAL MEDIA, LLC | |
|---|---|---|
| Confidential | Chris Hayes on 08/09/2023 | Page 247 |

```
 1              Do you see that?
 2        A.    Yes, I do.
 3        Q.    Not procedures?
 4        A.    It says what it says, yeah.
 5        Q.    Did you learn of any additional
 6   women making allegations of hysterectomies
 7   after the last broadcast you did, which
 8   was September 17th, 2020?
 9        A.    After the 17th?
10        Q.    Yes.
11        A.    I can't definitively say no, but
12   no, I don't recall that happening.
13        Q.    Do you know why your show
14   continued to tweet about hysterectomies or
15   Irwin County Detention Center after
16   broadcasting stopped?
17              MS. MCNAMARA:  Objection.  Lack
18        of foundation.
19        A.    Oh, I don't -- I don't -- I
20   have no -- again, this is someone else is
21   doing that, and I don't know why -- I
22   couldn't speculate on to why we do, what
23   tweets were being sent when.
24              I will say -- I will just say as
25   a general matter the -- the things run and
```