# Exhibit BB

🔒 **Page Vault**

| | |
|---|---|
| Document title: | (7) All In with Chris Hayes on Twitter: "Learn more about the three women claiming they have received unnecessary hysterectomies here: https://t.co/Sp53FOsuGK" / Twitter |
| Capture URL: | https://twitter.com/allinwithchris/status/1306394682147196928 |
| Page loaded at (UTC): | Tue, 14 Mar 2023 15:44:29 GMT |
| Capture timestamp (UTC): | Tue, 14 Mar 2023 15:46:41 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 54.197.245.219 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | twmc73FtjbW5Y15a2yYa7q |
| User: | dwt-jimbudig |



EXHIBIT 119
M.C. 8/9/23

PDF REFERENCE #:    2Q652nehf2a1FBuVtL2L42

NBCU002460



Document title: (7) All In with Chris Hayes on Twitter: &quot;Learn more about the three women claiming they have received unnecessary hysterectomies here: https://t....
Capture URL: https://twitter.com/allinwithchris/status/1306394682147196928
Capture timestamp (UTC): Tue, 14 Mar 2023 15:46:41 GMT
Page 1 of 1
NBCU002461