# Exhibit CC

🔒 **PageVault**

| | |
|---|---|
| Document title: | (7) All In with Chris Hayes on Twitter: "Three women claim they received unnecessary hysterectomies at ICE facility. "I felt like I had no right to say anything. Dr. Amin just told me, you're gonna get a hysterectomy done, and schedule an appointment for that. I had no say in this." https://t.co/vbB9IM9ZSf" / Twitter |
| Capture URL: | https://twitter.com/allinwithchris/status/1306412557780037632 |
| Page loaded at (UTC): | Tue, 14 Mar 2023 15:47:59 GMT |
| Capture timestamp (UTC): | Tue, 14 Mar 2023 15:52:56 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 54.197.245.219 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | 7oorJmNBKeK5AdvefMVSUQ |
| User: | dwt-jimbudig |



EXHIBIT
120
M.C. 8/9/23

PDF REFERENCE #: j89mSzAd2a3D2PkMpa7vZu



Document title: (7) All In with Chris Hayes on Twitter: &quot;Three women claim they received unnecessary hysterectomies at ICE facility. "I felt like I had no right to say…
Capture URL: https://twitter.com/allinwithchris/status/1306412557780037632
Capture timestamp (UTC): Tue, 14 Mar 2023 15:52:56 GMT

Page 1 of 1

NBCU002467