# Exhibit DD

🔒 **Page Vault**

| | |
|---|---|
| Document title: | (16) All In with Chris Hayes - Posts \| Facebook |
| Capture URL: | https://www.facebook.com/allinwithchris/posts/1769615736536777 |
| Page loaded at (UTC): | Mon, 13 Mar 2023 18:11:54 GMT |
| Capture timestamp (UTC): | Mon, 13 Mar 2023 18:13:07 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 54.208.165.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | b7XDc5cDp5uTF1z76usfFG |
| User: | dwt-jimbudig |



PDF REFERENCE #:        pCUtNhZoKHG3SSBVFeWe9T

NBCU002393





Document title: (16) All In with Chris Hayes - Posts | Facebook
Capture URL: https://www.facebook.com/allinwithchris/posts/1769615736536777
Capture timestamp (UTC): Mon, 13 Mar 2023 18:13:07 GMT

NBCU002395

