IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | CIVIL ACTION NO.: 5:21-CV-00056-LGW-BWC |

## DECLARATION OF STACEY G. EVANS

1. My name is Stacey G. Evans and I am an attorney and Partner at Stacey Evans Law, located at 4200 Northside Pkwy. NW, Suite 200, Atlanta, Georgia 30327. I am an attorney of record for the Plaintiff, Dr. Mahendra Amin, in this action.

2. Counsel for NBCUniversal and I agreed via email that NBCUniversal could identify rebuttal experts by September 19, 2023, and that Dr. Amin could identify reply experts by October 3, 2023.

3. Dr. Amin served upon Dr. Ted Anderson, who was identified as a potential witness in NBCUniversal's initial disclosures, a subpoena for documents. Through conferral, Dr. Anderson provided, through counsel, temporary remote access to medical records in his counsel's possession that were the records on which NBCUniversal's noticed "expert rebuttal reports" were based. As part of the compromise, the parties were able to view the records and ask Dr. Anderson questions during his deposition about the records, but not make copies or otherwise preserve the documents, which include medical and other custody records of women detained by ICE at ICDC.

1

4. Attached as **Exhibit 2** is a true and correct copy of Plaintiff's Service of Expert Witness Reports, September 5, 2023. It has been redacted to remove personal health information.

5. Attached as **Exhibit 3** is a true and correct copy of Defendant's Rebuttal Expert Witness Reports, September 19, 2023. It has been redacted to remove personal health information.

6. Attached as **Exhibit 4** is a true and correct copy of Plaintiff's Service of Expert Witness Reply Reports, October 3, 2023.

7. Attached as **Exhibit 5** is a true and correct copy of Deposition of Dr. Ted Anderson, December 1, 2023. Dr. Anderson testified regarding patients' personal health information, and his deposition remains Confidential pursuant to the protective order in this case, which provides that entire depositions be Confidential until the witness has the opportunity to review the deposition and designate portions Confidential, Doc. 42, and accordingly I will move contemporaneously with this motion to file the deposition under seal. Further, the deadline for errata for Dr. Anderson has not yet occurred.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed in Atlanta, Georgia on December 19, 2023.

By: ***Stacey G. Evans***
Stacey G. Evans