# Exhibit 3



21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Elizabeth A. McNamara**
(212) 603-6437 tel
(212) 379-5237 fax

lizmcnamara@dwt.com

September 19, 2023

VIA ELECTRONIC MAIL

Stacey Evans
sevans@staceyevanslaw.com

Stacey Evans Law
4200 Northside Pkwy, NW
Bldg. One, Suite 200
Atlanta, GA 30327

Re:    *Dr. Amin v. NBCU*, Case No. 5:21-cv-00056-LGW-BWC
       Defendant's Rebuttal Expert Witness Reports

Dear Stacey:

Through this letter, we are providing the relevant information regarding our rebuttal expert witness report by Dr. Erin T. Carey, M.D.

In accordance with the Federal Rule of Civil Procedure 26(a)(2)(B)(vi), Dr. Carey's compensation is as follows:  She receives $500 per hour for non-testifying work.  Should she be required to testify in this matter, she will receive compensation in the amount of $5,000 per day.

In preparation for her expert report, Dr. Carey has reviewed the medical records for 70 of Dr. Amin's patients, which include the 69 patients reviewed by Dr. Eldridge F. Bills and disclosed in your September 5, 2023 letter, as well as one additional patient (*see* Exhibit D), and a spreadsheet created by NBCU counsel providing a brief summary of the patients whose records Dr. Carey reviewed.  That spreadsheet is attached and identifies each patient by first and last initials and the beginning Bates number of their medical records.  *See* Exhibit C.  Dr. Carey also reviewed the reports of Dr. Lauren F. Hamilton and Dr. Eldridge F. Bills.

Dr. Carey's report and curriculum vitae are attached.  *See* Exhibits A and B.

In addition, relating to the opinion of Dr. Ted Anderson, we are providing his October 26, 2020 testimony to the Closed Briefing for the Senate Democratic Caucus (*see* Exhibit E) and the October 21, 2020 Executive Summary of Findings by the Independent Medical Review Team Regarding the Medical Abuse Allegations at the Irwin County Detention Center (*see* Exhibit F).

Stacey Evans, Esq.
September 19, 2023
Page 2


Through his analysis with the Independent Medical Review Team, Dr. Anderson reviewed the records of at least 19 women who alleged medical maltreatment during their detention at the Irwin County Detention Center.  *See* Exhibit G.

Dr. Anderson provided his expert testimony to the Senate Democratic Caucus and the Senate Subcommittee on a pro bono basis and is receiving no compensation from NBCU.

Sincerely,

Elizabeth A. McNamara


cc:    J. Amble Johnson
       Tiffany N. Watkins
       Scott R. Grubman
       Erik Bierbauer
       Justine Beyda Orsini
       Taylor M. Carter
       Amanda B. Levine
       Leena Charlton
       Cynthia L. Counts

# Exhibit A

September 19, 2023

**EXPERT REPORT OF ERIN TEETER CAREY, MD, MSCR**

My name is Dr. Erin Carey. I have been asked to provide an opinion regarding Dr. Amin's care and treatment of incarcerated women at the Irwin County Detention Center. As set forth below, based on my education, training, research, clinical practice of caring for gynecologic patients, it is my opinion that Dr. Amin had a clear pattern in his medical practice that led with the most aggressive approach, resulting in unnecessary surgeries. Being surgically aggressive in medicine poses significant medical dangers and risks to patients. Surgical interventions should always be carefully considered and weighed against potential benefits. From a review of the medical records, Dr. Amin consistently took the most aggressive approach. Risks of being surgically aggressive compared to medical management or monitoring include: 1) increased risk of complications, 2) longer recovery times, 3) reduced quality of life, 4) negative psychological impact, 5) overuse of resources, 6) ethical concerns and 7) patient dissatisfaction.

To mitigate the dangers of surgical risk, physicians must prioritize evidence-based medicine, engage in shared decision-making with patients, and carefully consider the potential risks and benefits of each intervention. Repeated exposure to surgical risk can result in complications. Less invasive, more conservative approaches often offer similar or better outcomes with a lower risk of complications, injury and hardship to patients; however the records generally do not indicate alternatives were offered by Dr. Amin. Additionally, Drs. Bills and Hamilton emphasize that informed consent was followed as documented in the medical records provided. Informed consent is a process in which a healthcare provider explains the nature, risks, benefits, and alternatives of a proposed medical or surgical intervention to a patient, ensuring the patient comprehends the information. The patient then voluntarily and autonomously decides to either accept or decline the treatment, based on their understanding and free will. Informed consent must be obtained in a patient's primary language to ensure their full understanding of the medical information and their ability to make an informed decision. A signed consent form does not necessarily indicate informed consent was provided. I hold the opinions presented in this report to a reasonable degree of medical and scientific certainty. I reserve the right to supplement this report, if necessary, and I intend to testify in response to the opinions of Plaintiffs' experts that fall within my field of expertise.

**I. Records Reviewed.**
Please review the cover letter for the documents I reviewed.

**II. Qualifications.**
I am qualified to render an opinion in this case based on my education, training, and experience as a Gynecologist with specialty and subspecialty training in treating patients with chronic pelvic pain, abnormal uterine bleeding, fibroids, sexual pain, pelvic floor dysfunction, endometriosis. I am a physician licensed to practice medicine in North Carolina. I am certified by the American Board of Obstetrics and Gynecology and am fellowship trained in Minimally Invasive Gynecologic Surgery (MIGS) and Pain Medicine. I am also a Fellow of the American Congress of Obstetricians and Gynecologists (FACOG). I have been the Director of Minimally Invasive Gynecologic Surgery (MIGS) at the University of North Carolina-Chapel Hill (UNC) since 2016. I am a tenured Associate Professor of Obstetrics and Gynecology at UNC. I was a faculty member at the University of Kansas Medical Center from 2013-2016. I have been on the Fellowship of Minimally Invasive Gynecologic Surgery (FMIGS) General Board between 2018-2020, Chair of the FMIGS Curriculum Standardization Committee since 2018-2021 and on the Executive FMIGS Board beginning 2021-currently Vice-President. I am also an active member of the FMIGS Curriculum Visionary Task Force and the FMIGS Quality Improvement Committee.

As a full-time subspecialty clinician, my practice includes a range of gynecologic surgery and pain disorders. This includes pelvic diseases such as endometriosis and uterine leiomyoma, as well and genitourinary pain

disorders. I routinely care for incarcerated women who desire medical and surgical intervention for treatment of gynecologic conditions. I have been on the Board of the International Pelvic Pain Society (IPPS) since 2015 and was elected to the Executive Board of IPPS in 2018-I currently hold the Immediate Past-President position. I am a reviewer for many peer-reviewed journals including Obstetrics and Gynecology, the Journal of Minimally Invasive Gynecology and the International Urogynecology Journal. I serve on the Editorial Board of the Journal of Gynecologic Surgery.

In addition to my clinical practice, I am actively involved in clinical translational research in the field of chronic pelvic pain, sexual pain, high tone pelvic floor dysfunction, endometriosis, and racial and ethnic disparities in gynecologic care. I am a co-author on over 60 peer-reviewed publications, many of which concern perioperative interventions and postoperative outcomes, and am Co-Primary Investigator of a multi-million-dollar NIH R01 grant examining peripheral and central nervous system contributors of vulvar pain. I also serve as a clinical consultant on several ongoing multi-million-dollar NIH grants and private grants to reduce disparities in gynecologic care.

In addition to being actively engaged in research and direct clinical care, I am also highly involved in providing medical education. My teaching activities at the University of North Carolina include didactic and clinical education of medical students, residents, and fellows, as well as extensive experience in giving lectures and organizing CME events for national and international medical societies. I have been the fellowship director of our nationally recognized Minimally Invasive Gynecologic Surgery (MIGS) Fellowship at UNC since 2016. The OBGYN department has honored my commitment to resident and fellow education by awarding me several distinguished teaching awards including the Positive Learning Environment Award in 2020 and Excellence in Clinical Care in 2020 and 2021.

I have lectured locally, nationally, and internationally on many subjects in the field of minimally invasive surgery and pelvic pain. I have also been a Principal Investigator for several independent as well as industry sponsored investigational studies in minimally invasive surgery. As such, I am familiar with the standard of care that applies to the care and treatment rendered in this case. Additional information and details regarding my background, experience, and qualifications can be found in the attached CV.

## III.    Opinions

All of the opinions expressed in this report are to a reasonable degree of medical certainty.  In my opinion:

*a. Medical chart selection:* It is unclear how or why Dr. Bills selected the medical records he reviewed. The number does not align with the records provided and reviewed. Dr. Amin saw approximately 250 women from ICDC. Of the patients reviewed, 54 underwent surgical intervention (one patient underwent two D&Cs within 3 months). As an example, Dr. Bill only accounts for 46 D&Cs.

These were two additional patients not reviewed by Dr. Bills include patient M.A. and patient S.N. Patient M.A. was a 48-year-old G2P2002 female with uterine leiomyoma, and anemia who underwent a 'D&C scope' as well as an ovarian cystectomy for an ovarian cyst. She was transfused two units of blood for her anemia and was not provided hormonal suppression to increase her hemoglobin. Patient S.N. was a 40-year-old G2P2 who also had uterine leiomyoma and anemia and underwent 'D&C scope'. She also received a blood transfusion and was not provided hormonal suppression to increase her hemoglobin.

*b. Routinely interpreting normal physiology as pathology:* In the detailed review of the medical records, the pattern of Dr. Amin interpreting normal physiologic changes with pathology is concerning and results in unnecessary surgical interventions. He appears to use his interpretation to justify surgically aggressive behavior. Below are repeated examples of misinterpretation of normal menstrual physiology.

1.Endometrial thickness/thickened endometrium

In pre-menopausal women, a normal endometrial thickness can vary throughout the menstrual cycle due to hormonal changes. However, in the proliferative phase (before ovulation), the endometrial thickness is typically thin, often measuring less than 5 millimeters (mm). After ovulation, during the secretory phase, the endometrium thickens in preparation for possible implantation of a fertilized egg. During this phase, a normal endometrial thickness can range from approximately 7 mm to 16 mm. Additional factors such as age, hormonal status, and underlying medical conditions can influence endometrial thickness. In post-menopausal women, the normal thickness of the endometrium on ultrasound is typically much thinner than in pre-menopausal women. This is because, after menopause, the endometrium tends to atrophy (shrink) due to the decreased levels of estrogen. A thin endometrial lining is generally considered normal in post-menopausal women and is often less than or equal to 5 millimeters (mm) in thickness. Therefore, when assessing endometrial thickness on ultrasound, physicians must consider the patient's specific clinical context and menstrual cycle phase to determine what is considered within the normal range. Almost all of Dr. Amin's patients were pre-menopausal women with normal endometrium, even when described as 'thickened.'

2. Ovarian cysts/adnexal masses

Adnexal masses (ie, masses of the ovary, fallopian tube, or surrounding tissues) are commonly encountered by obstetrician–gynecologists. These are identified incidentally on physical examination or at the time of pelvic imaging. Less commonly, a mass may present with symptoms of acute or intermittent pain. Given the high volume of transvaginal/pelvic ultrasounds performed by Dr. Amin, it is not surprising he identified adnexal masses during his evaluation.

To understand this, one must consider the differential diagnoses of adnexal masses in premenopausal women.  Most of incidental adnexal masses are of gynecologic origin and are benign ovarian or tubal lesions. Age is the most important independent risk factor for ovarian cancer, with an average age of diagnosis of 63. Transvaginal ultrasonography is the most used imaging technique- this exam should measure the size and composition of the mass (cystic, solid, or mixed); laterality; and the presence or absence of septations, mural nodules, papillary excrescences, or free fluid in the pelvis. Doppler ultrasonography can be used to evaluate vascular characteristics of pelvic lesions. Serum tumor markers (i.e. cancer antigen-125, human epididymis protein 4, ß-hCG, L-lactate dehydrogenase, alpha-fetoprotein, or inhibin) are obtained when a suspicious mass is identified, particularly in postmenopausal women. Ultrasound findings that should raise a physician's level of concern for malignancy include cyst size greater than 10 cm, papillary or solid components, cyst irregularity, presence of ascites, and high color Doppler flow. Of all the transvaginal ultrasounds reviewed, none identified the above concerning findings of ovarian malignancy.

This leads to an extremely important point. Of all the adnexal masses Dr. Amin identified on ultrasound, almost all were simple cysts with benign characteristics: thin, smooth walls; no solid components or septations. This is an exact description of a follicular ovarian cyst that women Doppler ultrasound imaging was not performed. These simple cysts are **almost always benign in any age group**. While an absolute size cutoff for surgical intervention has not been established, cysts of 10 cm or larger often may be an indication for surgery[1]. It is important to also note that simple cysts (even those greater than 10 cm) often will spontaneously regress when examined in 6-12 weeks with repeat ultrasound. Of the women who had an indication for surgery for ovarian cyst, almost all that were removed were follicular cysts. Additionally, I did not see any woman return for serial ultrasound to evaluate for cyst resolution.

A follicular ovarian cyst, also known as a simple or functional cyst, is a type of ovarian cyst that forms when a follicle in the ovary does not rupture or release its mature egg during the menstrual cycle. Normally, a follicle develops in the ovary each month, and it eventually releases an egg in a process called ovulation. However, in the case of a follicular cyst, the follicle continues to grow, and a fluid-filled sac or cyst forms. Follicular ovarian cysts are almost always benign and are one of the most

common types of ovarian cysts. They **almost always resolve on their own within a few menstrual cycles without the need for surgical or medical treatment**. Most women with these cysts do not experience symptoms, and the cysts are often discovered incidentally during a routine pelvic examination or imaging studies. Women who report chronic pelvic pain only have a gynecologic etiology of pain 30% of the time. The remaining 70% of pain is nongynecologic in nature and must be systemically evaluated in the ambulatory care setting.

The American College of Radiology (ACR) Ovarian-Adnexal Reporting and Data System (O-RADS) description is routinely used in the evaluation of ovarian cysts.

a.      Normal ovary (O-RADS 1) – This includes follicles (ie, simple cysts) and corpus lutea ≤3 cm. This does not require additional follow up imaging.

b.      Almost certainly benign (O-RADS 2; risk of malignancy <1 percent) – This includes typical hemorrhagic cysts, dermoid cysts, and endometriomas (all <10 cm), and simple paraovarian cysts, normal peritoneal inclusion cysts, and normal hydrosalpinges (any size). Repeat transvaginal ultrasound is typically recommended in six weeks, allowing for visualization of the mass at a different point in the menstrual cycle. Depending on findings it may not be unreasonable to consider an ultrasound in another three months.

c.      Low-risk (O-RADS 3; risk of malignancy 1 to <10 percent)

d.      Intermediate-risk (O-RADS 4; risk of malignancy 10 to <50 percent)

e.      High-risk (O-RADS 5; risk of malignancy ≥50 percent)

*c. Patterns of aggressive surgical intervention:* The combination of multiple surgeries at one time, when necessary, can reduce anesthesia exposure for patients compared to undergoing these experiences individually. However, the routine combination of unnecessary and potentially harmful surgeries, such as the 'D&C, laparoscopy', is generally not required. First-line assessment of patients with a presenting symptom of pelvic pain, abnormal uterine bleeding and ovarian cysts are monitored and evaluated in the office setting with endometrial biopsy, an appropriate trial of medication, and repeat endovaginal ultrasound in 6 to 12 weeks to follow up pathology (i.e. ovarian cyst). Inappropriate assessment results in preceding to a surgical intervention in time frame that does not allow for a medical trial.   Risks of surgery and anesthesia cannot be understated. Risks of pelvic surgery includes bleeding, infection, adhesion/scar tissue, damage to adjacent structures/organs, the need for a larger incision or additional surgeries as well as the risk of anesthesia itself. Layered on the baseline risks of all surgery, we will highlight surgery-specific risks throughout the report.  In my review of the records, the vast majority of the patients reviewed were low risk and would qualify for an office endometrial biopsy to evaluate abnormal uterine bleeding. Nonetheless, Dr. Amin performed a combination of nonobstetrical D&C and laparoscopy on virtually all of the surgical patients I reviewed. Of all of the patients who underwent nonobstetrical surgical intervention, only one patient did not undergo a combined D&C and laparoscopy at any time point (C.Y) and one patient (A.A.) had two D&C procedures in 3 months. The combined intervention of 'D&C scope' is rarely necessary in clinical practice.

Shared decision-making refers to a collaborative process between providers and patients in making informed and personalized treatment decisions. The management of benign gynecologic conditions can be complex and multifaceted, involving the patient in the decision-making process becomes essential to ensure that the chosen treatment aligns with the patient's values, preferences, and lifestyle. The process of shared decision-making in endometriosis typically involves information sharing; taking time to understand the patient's preferences, values, and individual circumstances; exploring treatment options, including medication, hormonal therapies, procedures, surgical interventions, or a combination of approaches with option thoroughly discussed, including risks, benefits and alternatives; review of the potential risks and benefits associated with each treatment option; and finally the patient must actively participates in the decision-making process. Shared medical decision making is not well documented in the review of the medical records between Dr. Amin and his vulnerable patients.

*1. Dilation and Curettage (D&C) vs office endometrial biopsy*

The aim in the diagnosis of abnormal uterine bleeding (AUB) is to identify the bleeding cause, which can be classified by the PALM-COEIN (Polyp, Adenomyosis, Leiomyoma, Malignancy (and hyperplasia), Coagulopathy, Ovulatory disorders, Endometrial, Iatrogenic and Not otherwise classified) classification system[2]. In a gynecologic setting, the first step is most often to identify structural abnormalities (PALM causes). Common diagnostic options for the identification of the PALM include ultrasonography, endometrial sampling, and hysteroscopy. These options alone or in combination are sufficient for the diagnosis of most women with AUB.

Dilation and Curettage (D&C) and office endometrial biopsy are both medical techniques used to sample and examine the tissue lining the inside of the uterus (the endometrium). While they have a similar objective, there are important differences in terms of their invasiveness and purpose. Dr. Amin routinely performed surgeries instead of procedures for the same indication. The American College of Obstetricians and Gynecologists Position Statement, 'Definition of "Procedures" Related to Obstetrics and Gynecology' outlines the importance of differentiating procedure from surgery, highlighting that procedures are 'associated with lower risk of complications, including infection, bleeding, scarring, and pain[3]. The classification of an intervention as a "procedure" should be based on the intervention being performed, and not based on the location at which the procedure is performed, or the level of anesthesia or sedation being utilized.' It goes on to further describe procedure as:

*"A procedure is a short interventional technique that includes the following general categories:*

- *non-incisional diagnostic or therapeutic intervention through a natural body cavity or orifice*
- *superficial incisional or excisional diagnostic or therapeutic intervention that does not involve repair or significantly alter morphology*
- *device placement into a natural cavity*
- *subcutaneous implant*
- *injections*

*All other invasive interventions (including superficial incisional or excisional procedures and placement of devices or implants that require repair) are considered 'surgery'."*

<u>Dilation and Curettage (D&C)</u>: D&C is a more invasive surgery compared to an office endometrial biopsy. It is typically performed in an operating room under anesthesia (either local or general) and involves a greater degree of pain and complications. During a D&C, the cervix is dilated (widened) to allow for the insertion of a curette, a surgical instrument with a spoon-shaped tip. The curette is then used to scrape and remove a larger portion of the endometrial tissue, typically for diagnostic purposes or to address conditions like abnormal bleeding or to investigate the cause of miscarriage. D&C may be performed for diagnostic purposes when there are concerns about abnormal uterine bleeding, suspected uterine polyps or fibroids, or other uterine conditions. It can also be used for therapeutic purposes to remove incomplete miscarriages and decrease acute bleeding. D&Cs are not indicated for the evaluation of chronic pelvic pain. Risks of nonobstetrical D&C include uterine perforation, false passage formation, hemorrhage, and vaginal/cervical laceration. Additionally, dilation and curettage can also result in intrauterine adhesion formation after the procedure as well as Asherman's syndrome, both associated with infertility.

<u>Office Endometrial Biopsy</u>:  An office endometrial biopsy is considered first line evaluation of the endometrium because it is convenient, low-cost and less invasive with a high patient acceptance[4]. It can provide adequate endometrium samples for histopathologic evaluation in most patients and because of the high sensitivity and specificity rates, it is the preferred evaluation of endometrium in low-risk patients[5].  It is typically performed in an outpatient setting, such as a gynecologist's office, without the need for anesthesia or sedation. It is generally associated with less discomfort and a

quicker recovery. During an office endometrial biopsy, a thin, flexible tube is inserted through the cervix into the uterus. A small sample of endometrial tissue is gently suctioned or scraped from the uterine lining. The procedure is usually completed in a matter of minutes. It is often used to investigate the cause of abnormal uterine bleeding, evaluate the endometrium for signs of endometrial hyperplasia (abnormal thickening of the uterine lining), check for uterine polyps, or rule out endometrial cancer. In short, it is a less invasive way to obtain a tissue sample compared to a D&C. The office biopsy is considered a comparable sample to D&C[1], particularly in patients who are low risk for uterine cancer, as the patients reviewed here. In postmenopausal women with abnormal uterine bleeding, a more aggressive sample may be appropriate[1].

### 2. Endometriosis surgery

Dr. Amin also fulgurated suspicious areas of endometriosis in many patients who underwent diagnostic laparoscopy. Endometriosis is a histologic/pathologic diagnosis. While Dr. Amin fulgurated many peritoneal lesions, almost no disease was excised or sent to pathology therefore disease cannot be confirmed. The most recent ESHRE guidelines recommend empiric treatment of endometriosis with medical therapy rather than aggressive treatment with laparoscopy as first-line treatment[6].

### 3. Endocervical curettage (ECC)

As a component of the D&C, Dr. Amin appears to also collect an endocervical curettage (ECC) on each patient at D&C. ECC is indicated in women with abnormal findings on pap who then undergo additional testing, including colposcopy. It is recommended in women with +HPV infection, high grade cervical cytology or worse, aged 50 or older, or invisible transformation zone in colposcopy. This intervention risk profile is similar to D&C.

### 4. Ovarian cystectomy

In some cases, larger follicular cysts may cause mild abdominal discomfort or pelvic pain. If a cyst becomes particularly large or causes persistent symptoms, a healthcare provider may recommend monitoring it or, **_rarely_**, may suggest medical intervention such as hormonal therapy or surgical removal. Risk of ovarian torsion (twisting of the ovary on its blood supply) is a rare risk of an ovarian cyst and therefore risk of ovarian torsion should not be the primary indication for removal. A 2022 meta-analysis of CT features found that adnexal enlargement of 8–12 cm was most associated with adnexal torsion[1]. No patients reviewed who underwent cystectomy had an ovarian cyst over 7 cm. Of the women who underwent laparoscopy, #36/54 had an ovarian cystectomy and almost all of these returned as follicular cysts.

Dr. Bills justifies the removal of normal, physiologic cysts as appropriate due to the inability to follow to resolution. However, this aggressive surgical intervention for normal physiology highlights Dr. Amin's inconsistent practice. In the women who underwent ovarian cystectomy, the records indicate many were under his care for at least 4 months, which would have allowed for monitoring of cyst resolution rather than surgery for a normal physiologic process. Dr. Amin readily used interventions that require follow up, including surgery. While postoperative complication risks are highest withing the first 30 days of surgery, they can present up to three months (and abdominal wall hernias can present years after surgery). While there did not appear be to significant immediate postoperative complications, many patients did not have resolution of their pain or bleeding following the intervention. Each surgery Dr. Amin exposed a patient to was associated with a real risk of complication. Ovarian cystectomy risks cannot be understated. Ovarian cystectomy, a surgical procedure used to remove ovarian cysts while preserving the affected ovary, carries certain risks and potential complications. Most importantly, for women who desire future fertility, there is a risk of damaging the ovary, resulting in decreased ovarian reserve. Ovarian reserve is defined as a woman's reproductive potential in terms of the number and quality of her remaining oocytes (eggs)5. Fertility can be directly compromised by laparoscopic ovarian cystectomy resulting in diminished

ovarian reserve (DOR) and risk of ovarian failure (also known as premature ovarian insufficiency or premature menopause).

*5. Hysterectomy*

Trialing medical and lower-risk treatments before considering a hysterectomy is essential to minimize the potential risks surgery. By exploring less invasive alternatives, patients can often alleviate their symptoms, maintain reproductive options, and reduce the risks associated with major surgery. This approach promotes patient-centered care, allowing individuals to make informed decisions about their treatment while prioritizing their overall well-being. Of the medical records reviewed, Dr. Amin scheduled five hysterectomies, though only two were completed. Again, his pattern of limited medical trials and aggressive surgical approach is evident in the medical records reviewed. I have reviewed each of the five hysterectomy cases below.

1. R.F.S. is a 27-year-old G3P0030 female who presented to Dr. Amin with history of myomectomy and reported uterine pain. Her exam was normal apart from an 18-week size fibroid uterus. She was provided a single 30-day supply of Provera 10 mg po 1 tab daily 'to control bleeding'. Dr. Amin recommend D&C and scope at her initial consult visit at which time a normal follicular cyst was also removed. She was surgically treated for endometriosis without pathologic specimen. The primary pathology, the uterine fibroids, were not treated during this surgery. She returned 2/26/2020 for her postop visit.  At her postoperative visit, Dr. Amin's clinic documentation reports that partial hysterectomy is recommended and should be scheduled, however 'Pt is unsure about surgery.' Surgery was cancelled on 3/02/2020 as patient was deported per ICDC staff. There is no evidence that the patient was counseled on fertility or fertility sparing options. No additional imaging was obtained to further evaluate the uterus for 'malignancy.' Routinely a pelvic MRI is obtained to evaluate the uterus for any concerning lesions including leiomyosarcoma. On MRI, uterine sarcomas often present as a large infiltrating myometrial mass of intermediate to high signal intensity on T2-weighted images. Although MR imaging usually allows diagnosis of common benign leiomyomas, leiomyomas may occasionally be associated with various types of necrosis, degeneration or cellular histologic subtype, which can cause increased signal on T2-weighted images. When these features are identified on routine MRI, the differentiation between benign and malignant myometrial tumors is difficult if only based on signal intensity of nonenhanced and postcontrast MR sequences. Several studies have explored the use of diffusion weighted imaging on MRI for distinguishing leiomyomas from leiomyosarcomas and other malignancies. The prevalence of leiomyosarcoma has also been debated, with the FDA estimating the rates as high as 1/458 women, though more rigorous analysis of the literature suggests that the prevalence among women having surgery for presumed leiomyomas may range as low as 1/1,960 (0.051%)[7] to 2/8,720 (0.023%)[8]. Neither patient in Bojahr et al cohort was less than 45 years old. Uterine sarcoma is associated with increasing age and peaks sharply in the menopausal range. While uterine sarcoma ranges widely between age groups, the average age of diagnosis is 60 years and the highest risk in patients are aged 70–79 years old while the lowest risk is in patients less than 30 years old. **To a high degree of medical certainty, RFS did not have a gynecologic malignancy.  A noninvasive imaging study, such as MRI, would allow for evaluation of the pelvic mass rather than surgical intervention with a 'D&C scope.' R.F.S had a recurrent benign fibroid. She was a candidate for a repeat uterine-sparing intervention including uterine artery embolization or repeat myomectomy if she desired fertility preservation. There is no evidence in the medical records that fertility counseling was performed.**

2. Patient B.P. is a 36-year-old G5 P40415 (NSVD x 3, c-section a 1 for twins) was initially referred for OBGYN consult for lower abdominal pain 5/14/2019. She presented to Dr. Amin on 6/06/2019. She reported a history of abnormal pap smears, a pap was obtained. A transvaginal pelvic ultrasound 6/06/2019 for 'heavy periods' which revealed a slightly enlarged anteverted

uterus with small fibroids 1-3cm, small physiologic cysts on the right ovary, normal left ovary, no free fluid or other abnormalities. Endometrium was 11 mm, normal for reproductive aged based on menstrual cycle. She received an injection of DMPA also on 6/06/19. The pap smear returned as HSIL results on 6/12/19. Dr. Amin had a follow up on 6/20/2019 – patient scheduled for dilation/curettage, LEEP, diagnostic laparoscopy and right ovarian cystectomy.  At the time of the laparoscopy 7/12/19 she underwent dilation and curettage, LEEP, and operative laparoscopy. A 4 x 4 cm right ovarian cyst was removed, and endometriosis implants were noted in the posterior cul-de-sac and ablated.  The final pathology of the LEEP returned as Carcinoma in situ with positive margins. A follicular cyst was noted and removed. Normal uterus, tubes and ovaries noted in the operative photos. She was offered an urgent total abdominal hysterectomy at her postoperative visit 7/23/2019. This was scheduled on 8/09/2019, < 4 weeks after her LEEP. A review of the operative note from the hysterectomy appeared uncomplicated except for a small amount of oozing, treated, and with estimated blood loss < 200 ml. The final pathology of the hysterectomy returned on 8/12/19. Dr. Amin was notified that the uterus returned as **pT1A2 microinvasive squamous cell carcinoma of cervix- stromal invasion 4 mm deep with horizontal spread < 7mm.** Evidence of previous endocervical curetting endometrial curetting and cervical conization. When the final pathology returned, he urgently referred the patient to gyn oncology (James Burke, MD) the following day and secured an appt with oncology 11/01/2019. The PET/CT or the re-read of the pathology slides Dr. Burke requested were not available for review.  Dr. Burke reviewed the case at tumor conference. From his consultation note, only when he had the additional information could he give his final recommendations. If the patient had negative margins and no lymphovascular space invasion (LVSI), observation only. If margins negative, but +LVSI laparoscopic lymph node dissection required.

There are several concerning features of this case:
a. LEEP specimen with positive margins requires repeat excisional biopsy. This would allow negative margins to be obtained and to ensure she underwent appropriate treatment (surgery or radiation).
b. A repeat excision was not performed and the patient underwent a simple hysterectomy by Dr. Amin. B.P. had **Stage IA2 cervical cancer, and the preferred treatment is a modified radical hysterectomy (class II hysterectomy).** A modified radical hysterectomy is different than the surgery Dr. Amin performed. It includes removal of the uterus, cervix, upper one-fourth of the vagina, and parametria. These are typically performed by a gyn oncologist. A modified radical hysterectomy is an effective treatment for patients with low-risk, early-stage cervical cancer with a rate of recurrence of 1% for patients with stage IA disease at 12-year follow-up.  Patients with stage IA1 cervical cancer without lymphovascular space invasion LVSI on the excision (LEEP or cone) specimen, management depends on margin status. If the margins negative- no further treatment is necessary, though a simple hysterectomy may be an acceptable alternative. **B.P. had positive margins on her LEEP specimen and therefore it was unacceptable to perform a simple hysterectomy.**
c. Dr. Amin performed the hysterectomy < 4 weeks from the LEEP with positive margins. It is well known that a significant inflammatory tissue reaction follows cone/LEEP that should impact the timing of subsequent surgery. There are two appropriate time windows, either immediately after an excisional procedure until the inflammation begins (usually one to two days postoperatively), usually based on frozen section or expedited final pathologic evaluation. If a hysterectomy is indicated, but cannot be done within 48 hours, it is recommended to wait at least six-eight weeks to allow for resolution of parametrial inflammation.  The evidence of previous endocervical curetting endometrial curetting and cervical conization on final pathology suggests that this may be some of the post procedure inflammatory response.

3. K. C. was a 47-year-old G3P3003 female who underwent a total abdominal hysterectomy on 6/14/2017. She first presented to Dr. McMahan and reported prolonged menstruation. A

transvaginal ultrasound was performed 11/29/16 prior to her initial appointment with Dr. Amin. She was then referred to OB/GYN for irregular menses 2/14/2017 and her first appointment was scheduled for 2/21/2017. At her initial visit she reported vaginal bleeding x 4 months, vaginal pain, abdominal pain and Dr. Amin repeated the ultrasound for dysfunctional uterine bleeding and chronic pelvic pain.  She reported she had never had a pap smear and his records do not indicate a pap smear was performed**.** Exam performed- breast exam, pelvic-speculum exam. A 10-week uterus was palpated on bimanual exam. He prescribed Provera (medroxyprogesterone acetate)10 mg po daily x 10 days. A formal ultrasound was ordered which revealed a normal uterus with a small intramural fibroid. She returned on 3/14/17 for 'heavy menstrual bleeding, eye burning, sinuses, head cold, vaginal pain, abdominal pain, stomach pain, can't eat, rash on body and itching.' Exam performed, including a repeat pelvic-speculum exam. Impression included anemia. Offered a 'D&C scope'. Hb 11.2. Started on oral iron therapy. She underwent a D&C and scope on 4/05/17 for abnormal uterine bleeding. She was 'treated with hormones without a response.' On 4/27/2019 KC returned for routine postoperative care. She reported persistent spotting. She continued to have pain, abnormal bleeding and anemia and a hysterectomy was recommended over other options on 5/18/17. A bilateral salpingo-oophorectomy was also recommended; there is no evidence of counseling for removal of the pelvic organs in the medical record, nor evidence a pap smear despite no history of having a pap documented on multiple records. K.C. was a candidate for a minimally invasive route of hysterectomy however there is no documentation on counseling for route of hysterectomy and no indication for an abdominal hysterectomy. C-section is not an indication for abdominal hysterectomy. Vaginal hysterectomy is the preferred approach, but laparoscopic, robotic-assisted laparoscopic, or abdominal approaches may be performed[9]. Recent data reports that compared to White women, Black and Hispanic women are less likely to undergo hysterectomy via a minimally invasive approach[10].  Her uterus was under 250 g, coming in at 220g, and amenable to delivery via the vagina rather than abdominally or requiring morcellation. Postoperatively, being in surgical menopause, Dr. Amin prescribed oral estrogen therapy to prevent menopausal symptoms. The action to remove ovaries and then recommend daily hormonal supplementation to avoid surgical menopause directly opposes Dr. Bills concerns about Dr. Amin not prescribing oral medical therapy within the confines of the prison system due to structural challenges with ensuring patients receive daily medication while incarcerated. Without these medications, she will experience immediate menopausal symptoms if/when she misses a dose.

4. W.D. is a 48-year-old G6P6 (NSVD x5, c-section x 1) female who initially presented to Dr. Amin on 12/21/2018 for CPP, vaginal pain, anemia. She was unsure of her last pap smear and a pap smear was collected. She had a tubal ligation. Breast exam normal. Pelvic-speculum exam performed and 10–12-week uterus. CBC, CMP, PAP GC/C ordered. Pap/HPV negative. A pelvic ultrasound was performed- one picture, and no report was noted in the medical records. She was treated for empirically with flagyl 500 mg po bid x 7 days and cleocin cream nightly for one week.  On 1/11/19 W.D. returned for follow up and pain 8/10, she reported her pain and bleeding were worse. Abdominal, pelvic-speculum exam were performed and a 10–12-week size fibroid uterus was noted. A repeat TVUS was performed. Dr. Amin recommended the patient have a 'D&C scope' for metrorrhagia, menorrhagia and dysmenorrhea. On 1/29/19 W.D. presented for her surgery. She signed consent for D&C and laparoscopy 'to correct abnormalities'. CBC, CMP and pregnancy test obtained. The operative findings included a larger uterus than noted on exam and ultrasound- ultrasound measured the uterus as small with a total length of 6.3 cm. Intraoperatively she sounded to 13 cm. The intraoperative photos are consistent with a normal sized uterus as measured by her TVUS. On 3/19/19 W.D. returned for her follow up from surgery. At her postop visit, she reported 'vaginal and stomach pain.' Pain 10/10. Abdominal exam normal, pelvic-speculum exam performed. Diagnosed with menorrhagia, dysmenorrhea. Dr. Amin recommended TAH-BSO at this visit. Consent signed for DMPA. W.D. received her first DMPA injection 3/19/2019 and returned for her second injection 05/28/2019. A request for

surgery placed by Dr. Amin on 3/20/2019. Date requested by Dr. Amin was 4/11/2019-4/13/2019. Despite the request for surgery, this was not scheduled. W.D. returned for follow up 5/28/2019. She reported no change in her pain or bleeding. On his pelvic exam this time he noted a uterus that was significantly larger at 16-week size than her initial exam of 10–12-week size. It is unclear of the options he counseled her on, but she was then scheduled for a total abdominal hysterectomy and bilateral salpingo-oophorectomy. She received her second DMPA injection at this appointment.  While W.D. was ultimately scheduled for surgery 6/07/2019, a representative from ICDC called to cancel surgery as patient refused the intervention.

5. C.M. is a 40-year-old G3P3 (NSVD x 3) female who presented to Dr. Amin 10/04/18 for lower abdominal pain, heavy periods, known fibroids. Reports age 16 at menarche, menses regular lasting 10 days with large clots. Contraception with ParaGard.  Pain 8/10. She had a full exam, TVUS and labs- TSH, CBC, CMP, UA, CA-125. Last pap 2017. An exam was performed- including a pelvic-speculum. Due to 'concern for malignancy', he offered her a 'D&C scope' and DMPA injection for her heavy menstrual bleeding.  On 10/18/2018 she underwent a D&C and laparoscopy for pelvic mass, menorrhagia, dysmenorrhea, DUB, rule out gyn malignancy. A review of the intraoperative photos do not show evidence of adhesive disease or pathologic ovarian cysts- both ovaries appear normal. No cyst on the left ovary.  At her two-week postop visit on 11/02/2018 C.M. was then scheduled for a total abdominal hysterectomy/BSO for chronic pelvic pain, uterine leiomyoma, dysmenorrhea, menorrhagia on 11/27/18. C.M. was deported the day she was scheduled for hysterectomy.

In conclusion, only 2/5 planned hysterectomies were completed, both including removal of ovaries in premenopausal women. Of the 3/5 that were not completed, 1 patient cancelled surgery and 2 patients were deported. 5/5 planned hysterectomies were preceded by a 'D&C scope' before an adequate trial of medical therapy. Nearly all recommendations for proceeding with definitive surgery (hysterectomy) was done at the postoperative visit from the 'D&C scope.,' which does not allow for full healing from the first surgery or an appropriate time to evaluate for symptom improvement from the intervention before recommending a second surgical intervention. Dr. Amin's highly procedural/surgical approach is evident in reviewing the hysterectomy and potential hysterectomy cases. Appropriate trials of medical therapy were not offered before two separate surgical interventions (D&/scope and hysterectomy) were recommended to each patient.  It is not routine practice to perform 'D&C scope' as an immediate precursor to a hysterectomy.

### d. Medical management practices

Dr. Bills describes the importance of Dr. Amin's aggressive treatment as indicated due to the limited ability to follow up with incarcerated patients. **This is directly inconsistent with his practice.** Dr. Amin routinely and excessively used Depo-Provera for contraception and management of abnormal bleeding. In the review of the patient records, 39 received at least one DMPA injection. Of these, at least 12 patients received more than one injection. The majority did not undergo more than 3-month trial of medical therapy with this medication before urgently moving onto surgical intervention. Most important to highlight, this method of treatment, compared to all other available methods, requires quarterly monitoring/follow up. This medication is the definition of short-term follow up, as it only lasts three months.

### 1. Medroxyprogesterone acetate (DMPA)

Depo-Provera, also known as medroxyprogesterone acetate (DMPA) inhibits the production of gonadotropin, preventing follicular maturation and ovulation, which is responsible for its ability to prevent pregnancy. This action also thins the endometrium. DMPA reduces nuclear estrogen receptors and DNA synthesis in epithelial cells of the endometrium. The major side effect of DMPA is complete disruption of the menstrual cycle. In the 3 months after the first injection, about 30% of women are amenorrheic (no period). Endometrial biopsies taken at intervals of 1.5, 3, 6, 9, and 12 months after the first DMPA injection in a group of women receiving DMPA every 3 months showed about half the

endometrial samples were still active at 6 weeks post first injection. This means that it takes several months, specifically at least two DMPA injections, for the biopsies to quiet the endometrium. After the second injection, <10% of the biopsies were proliferative and after 1 year of DMPA, about 40% are described as atrophic. By the end of 2 years, about 70% of women treated with DMPA are amenorrheic. After discontinuation of DMPA, about half resume regular cycles within 6 months and three-fourths have regular menses within 1 year. Because of the time it takes to metabolize DMPA resumption of ovulation may be delayed for as long as 18 months after the last injection. The delay in return to fertility is not related to the number of injections but increases with increasing weight, most likely because the drug is absorbed into adipose tissue and is not rapidly cleared. This can directly affect fertility after receiving a single DMPA injection.

## 2. Long-acting reversible contraception (LARC)

One argument Dr. Bills identifies as a reason to use this medication was the challenges of patients receiving daily oral medical therapy during incarceration. If Dr. Amin's goal was to offer women long-term treatments for contraception and abnormal uterine bleeding with minimal side effects and limited follow up, he would routinely offer long-acting reversible contraception (LARC) as a component of his practice. LARC is long-lasting and easily reversible birth control that includes contraceptive implants and intrauterine devices (IUDs), which are more than 99% effective in preventing unintended pregnancy[11].

**In a review of all medical records, he did not offer a LARC to a single patient who would have qualified. These have significantly fewer side effects and require less follow up than DMPA injections. Additionally, once removed, patients immediately resume baseline fertility.**

ACOG's Patient-Centered Contraceptive Counseling, Committee Statement highlights the conclusions: *"Obstetrician–gynecologists (ob-gyns) should intentionally incorporate the reproductive justice framework in contraceptive counseling by:*

- *acknowledging historical and ongoing reproductive mistreatment of people of color and other marginalized individuals whose reproductive desires have been devalued;*
- *recognizing that counselor bias, unconscious or otherwise, can affect care and working to minimize the effect of bias on counseling and care provision; and*
- *prioritizing patients' values, preferences, and lived experiences in the selection or discontinuation of a contraceptive method.*

*Ob-gyns should adhere to the recommended ethical approach of shared decision making through patient-centered contraceptive counseling."*[1]

## 3. Oral progestin therapy

Dr. Amin routinely describes 'trial of hormone therapy' as the short-term use of Provera (medroxyprogesterone acetate) 10 mg orally for 10 days. A 10-day course of Provera can help regulate the menstrual cycle and reduce abnormal bleeding patterns short-term. In cases of secondary amenorrhea (the absence of menstruation in women who previously had regular periods), a 10-day course of Provera may be prescribed to induce withdrawal bleeding. This can help determine if the amenorrhea is due to a hormonal imbalance. **A single 10-day course of Provera does not constitute a 'trial of hormone therapy' for the chronic management and regulation of abnormal uterine bleeding prior to hysterectomy.** Only a handful of patients received 3-6 months of progestin therapy would constitute a 'trial of hormone therapy' as an accepted definition in clinical practice.

## 4. High frequency of transvaginal ultrasound

Dr. Amin readily used transvaginal ultrasound as a component of his initial assessment in many patients. While an initial ultrasound may be indicated in patients with abnormal uterine bleeding (AUB), chronic

pelvic pain or a pelvic mass. One would then routinely follow up an abnormal finding at a set interval with repeat ultrasound.

*5. High frequency of pelvic exams*
A common theme that arose from the medical record review is the high number of repeated pelvic examinations performed, specifically in a short-time frame while receiving gyn care. Patient P.B. had a total of 6 of pelvic exams over the course of 10 months: 4/03/19, 4/17/19, 5/02/19, 6/19/19, 8/02/19 and 2/26/20. In the absence of specific symptoms or risk factors, pelvic exams (which may include bimanual and speculum examinations) are generally not required on a routine basis for reproductive-aged women, particularly once the primary complaint has been initially evaluated (i.e. abnormal uterine bleeding). However, discussions about pelvic health, birth control, and sexual health should occur regularly with a healthcare provider. These discussions can occur in the office without the need for a pelvic exam.

*6. Inconsistency with cervical cancer screening/ management of cervical dysplasia guidelines*
Dr. Amin is notably inconsistent with his management of cervical cancer screening and treatment of abnormal pap smears. Dr Bills describes the lifesaving care Dr. Amin provides regarded cervical cancer treatment, but this is not demonstrated in the medical record review. 13,960 new cervical cancer cases are diagnosed annually and the lifetime risk of developing cervical cancer is approximately 0.7 % based on 2017–2019 data. Cervical cancer is most often diagnosed between ages 35 and 44 and therefore the cadence of pap smear screening and subsequent management is vital. In patients without history of abnormal pap smears who are over the age of 30, co-testing with a normal pap smear and HPV test can be performed q 5 years. Specifically in his hysterectomy patients, the records reviewed do not indicate Dr. Amin followed the American Cancer Society, American Society for Colposcopy and Cervical Pathology, and American Society for Clinical Pathology Screening Guidelines for the Prevention and Early Detection of Cervical Cancer guidelines[10]. Patient W.D. had a repeat pap smear/HPV testing 14 months after a normal pap smear/HPV testing; K.C. never had a pap smear during her care or in the preoperative preparation for hysterectomy despite reporting numerous times she had never had one in her gynecologic history; B.P. had inappropriate management of an abnormal high risk pap smear. Rather than providing a repeat excisional procedure following the LEEP with positive margins, she was quickly moved to definitive surgery with a simple hysterectomy.  Dr. Amin did not have the information he needed to decide Given the extent of the cervical cancer, Dr. Amin should have referred the patient for a modified radical hysterectomy following the second excisional biopsy with negative margins. The LVSI presence or absence and the stage of disease would then inform the gyn oncologist on the best next step, including risks and benefits.

*7. Trauma-informed care (TIC)*
Adverse childhood and adult experiences can result in recurrent stress exposures, impacting mental and physical health. Trauma-informed care (TIC) is an approach to healthcare that recognizes and responds to the impact of trauma on an individual's physical, mental, and emotional well-being. There are clear associations with childhood and adult trauma and incarceration[12–14]. Trauma survivors may have heightened sensitivity to touch, sounds, or sensations. Ensuring the patient feels supported and cared for after the exam is an essential aspect of trauma-informed practice. Incarcerated patients represent a vulnerable patient group due to their restricted access to healthcare resources and the unique healthcare challenges within correctional facilities. Given the sensitivity of his practice, it did not appear that Dr. Amin incorporated TIC as a core component of his patient experiences.

*Patients medically managed by Dr. Amin*
Dr. Bills specifically highlights 14 women who did not have surgery and were rather managed in the ambulatory care setting without surgical intervention. All 14 received transvaginal ultrasound, some without a clear indication for the procedure.  Several of them underwent repeat TVUS without a clear indication.

- 2 patients were postmenopausal women who desired hormone replacement therapy

- 3 patients were recommended/scheduled by Dr. Amin to have a 'D&C scope' but did not proceed due to a) early release, b) COVID positive test and c) declined
- 7 premenopausal patients were offered/provided DMPA
- 2 were offered a trial of medical therapy a) combined oral contraceptives and b) continuous oral progestin

Therefore, I respectfully disagree with Dr. Bills' opinions that Dr. Amin provided medical management to the 14 patients reviewed for their conditions in the ambulatory setting without surgical intervention. Of the premenopausal women, (3/9) were told they 'needed D&C scope', but these procedures were not performed. My review of the nonsurgical management again depicts a pattern of repeated exams, procedures/ultrasounds and surgical recommendations before exploring medical management options.

## IV. Conclusions.

In conclusion, based on a comprehensive review of the available medical records and pertinent information, it is my professional opinion, to a reasonable degree of medical certainty, that Dr. Amin consistently acted in a surgically aggressive manner, performing unnecessary surgeries and failing to provide patients alternative medical therapies. From the medical record review, fertility risks were not addressed and some of the unnecessary surgeries could have impacted future fertility.

As discussed above, it appears that Dr. Amin frequently offered a procedure known as 'D&C scope,' which, in several instances, may not have been medically necessary and exposed patients to avoidable harm. Dr. Amin would also consistently remove follicular cysts that did not need to be removed. Ovarian cystectomies have the unique risk of potential damage to future fertility. Even in the medical records of the women who were deemed 'medically managed', several were offered the surgery only to decline or be deported/released before the surgery date.

The full process of informed consent is fundamental to ethical medical practice. In my review of the medical records, it did not appear that Dr. Amin consistently followed the full process of informed consent, particularly in considering surgical interventions with patients. Additionally, from my review of the medical records, Dr. Amin did appear to not consistently engaged patients in shared medical decision-making.

In conclusion, based on the available information and my professional judgment, it is my opinion that Dr. Amin's clinical approach demonstrated a pattern of aggressive and unnecessary surgeries that increased risks to his patients.

Exhibit B

Last Revised: September 1, 2023

## CURRICULUM VITAE

## ERIN TEETER CAREY, MD MSCR

## PERSONAL INFORMATION

| | |
|---|---|
| **Business Address** | Department of Obstetrics and Gynecology |
| | Division of Minimally Invasive Gynecologic Surgery |
| | Old Clinic Building 4010, CB 7570 |
| | University of North Carolina |
| | Chapel Hill, NC 27599-7570 |
| | Office Phone: 984-215-3050 |
| | Office Fax:   919-595-5648 |
| | Office Email:  erin_carey@med.unc.edu |

## BOARD CERTIFICATION AND LICENSURE

| | |
|---|---|
| 5/2010 – present | North Carolina Medical License#: 2012-00829 |
| 11/2020 | American Board of Obstetrics & Gynecology (recertification) |
| 11/2013 | American Board of Obstetrics & Gynecology – (initial certification) |

## EDUCATION

| | |
|---|---|
| **Fellowship** | Pain Medicine |
| 7/2012 – 6/2013 | UNC Department of Anesthesiology |
| | Chapel Hill, NC |
| | |
| **Fellowship** | Advanced Laparoscopy and Pelvic Pain |
| 7/2010 – 6/2012 | UNC Department of Obstetrics and Gynecology |
| | Chapel Hill, NC |
| | |
| **Master of Science** | Master of Science and Clinical Research (MSCR) |
| 7/2010 – 6/2012 | UNC Department of Epidemiology |
| | Chapel Hill, NC |
| | |
| **Residency** | Department of Obstetrics and Gynecology |
| 7/2006-6/2010 | Mayo Clinic |
| | Rochester, MN |
| | |
| **Doctor of Medicine** | Combined BA-MD Program |
| 9/1999-5/2006 | University of Missouri – Kansas City |
| | |
| **Bachelor of Arts** | Combined BA-MD Program |
| 9/1999-5/2006 | University of Missouri – Kansas City |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 11/2021– present | Associate Professor *(tenure)* |
| | UNC Department of Obstetrics and Gynecology |

| 7/2017 – present | Assistant Professor *(tenure track)* |
| | UNC Department of Obstetrics and Gynecology |
| | |
| 3/2016 – present | Division Director, Minimally Invasive Gynecologic Surgery |
| | UNC Department of Obstetrics and Gynecology |
| | |
| 3/2016 – present | Fellowship Program Director, Minimally Invasive Gynecologic Surgery |
| | UNC Department of Obstetrics and Gynecology |
| | |
| 3/2016 – 7/2017 | Nominated Clinical Assistant Professor |
| | UNC Department of Obstetrics and Gynecology |
| | |
| 7/2014-3/2016 | Assistant Professor *(tenure track)* |
| | Center for Pelvic Pain and Sexual Health |
| | Department of Obstetrics and Gynecology |
| | University of Kansas Medical Center |
| | |
| 7/2013-3/2014 | Clinical Instructor |
| | Center for Pelvic Pain and Sexual Health |
| | Department of Obstetrics and Gynecology |
| | University of Kansas Medical Center |
| | |
| 7/2010-6/2013 | Clinical Instructor |
| | Division of Advanced Laparoscopy and Pelvic Pain |
| | UNC Department of Obstetrics and Gynecology |
| | |
| 7/2010-6/2012 | Clinical Fellow |
| | Division of Advanced Laparoscopy and Pelvic Pain |
| | UNC Department of Obstetrics and Gynecology |

**HONORS & AWARDS**

| 2021 | Office of Health Equity Research (OHER) Award for Yale Research Excellence |
| | |
| 2021 | Carolina Care Highlight for Clinical Excellence |
| | |
| 2020 | UNC Hospitals and Faculty Physicians Award for Carolina Care Excellence |
| | |
| 2020 | Positive Learning Environment Award |
| | University of North Carolina School of Medicine |
| | |
| 2019-2020 | Best Doctors in America |
| | |
| 2019 | UNC Health Care and UNC Faculty Physicians Award for Carolina Care Excellence |
| | |
| 2018-2019 | Academic Career Leadership Academy in Medicine (ACCLAIM) Program |
| | |
| 9/2010 | Excellence in Suturing Fellow Award |
| | American Association of Gynecologic Laparoscopists |
| | |
| 7/2009-6/2010 | Administrative Chief Resident in Obstetrics and Gynecology |
| | Mayo Clinic |

| 1/2010 | Lawrence Randall Travel Award for Excellence in Leadership<br>Mayo Clinic |
|---|---|
| 5/2006 | Leonard Tow Humanism in Medicine Award<br>University of Missouri-Kansas City School of Medicine |
| 7/2005-5/2006 | Gold Humanism Honor Society |

**BIBLIOGRAPHY**

<div style="border:1px solid">

*Key to Role on Publications*
* **\*   Leader for conception, design, data analysis and writing of article/chapter**
* **^   Co-investigator, and contributor to concept and writing**
* **#   Principal investigator of project and/or mentor to first author**
* **\*\*   Co-mentors to first author**
* **‡   Medical Student, + Resident, ~ Fellow, ++ Graduate student, "Jr Faculty**
* **°   Co-Leaders for conception, design, data analysis and writing of the article/chapter**

</div>

**Book Chapter**

1. Siedhoff M°, **Carey ET**°. Surgical Management of Pelvic Pain and Endometriosis. Chapter 37. Te Linde's Operative Gynecology, 12th edition. Wolters Kluwer. 2019 pgs. 671-685.
2. Siedhoff M°, **Carey ET**°. Surgical Management of Pelvic Pain and Endometriosis. Chapter 37. Te Linde's Operative Gynecology, 13th edition. Wolters Kluwer. 2023.
3. **Carey ET**\*, McClurg AM. Evaluation and Management of Chronic Pelvic Pain. Textbook of Minimally Invasive Gynecology. CRC Press. *Manuscript submitted 6/22/23.*

**Peer-Reviewed Articles**

1. Flatow V, Uy-Kroh J, **Carey ET**, Ascher-Walsh C, Khalil S. Skeletal muscle relaxants for the treatment of myofascial pelvic pain and high tone pelvic floor disorders. Curr Opin Obstet Gynecol. 2023 Aug 1;35(4):311-315.

2. Robinson WR, Mathias JG, Wood ME, Anderson LG, Howard AG, **Carey ET**, Nicholson WK, Carey TS, Myers ER, Stürmer T, Doll KM. Ethnoracial Differences in Premenopausal Hysterectomy: The Role of Symptom Severity. Obstet Gynecol. 2023 Aug 1;142(2):350-359. Epub 2023 Jul 5. PMID: 37473411

3. Silverstein RG, Moore KJ, **Carey ET**, Schiff LD. Credentialing and Patient Safety in Robotic Gynecologic Surgery: Changes over the Last Eight Years. JSLS. 2023 Apr-Jun;27(2):e2023.00007. PMID: 37522106

4. **Carey ET**, Moore KJ, McClurg AB, Degaia A, Tyan P, Schiff L, Dieter AA. Racial Disparities in Hysterectomy Route for Benign Disease: Examining Trends and Perioperative Complications from 2007 to 2018 Using the NSQIP Database. J Minim Invasive Gynecol. 2023 Aug;30(8):627-634. Epub 2023 Apr 8. PMID: 37037283

5. McClurg AB, Schiff LD, **Carey ET**, Neal-Perry GS. In Reply. Obstet Gynecol. 2023 Mar 1;141(3):622-623.

6. Wong JMK, **Carey ET**, King C, Wright KN, King LP, Kho RM. A Call to Action for Ergonomic Surgical Devices Designed for Diverse Surgeon End Users. Obstet Gynecol. 2023 Mar 1;141(3):463-466

7. **Carey ET**\*, Geller EJ, Rapkin A, Farb D, Cutting H, Akaninwor J, Stirling C, Bortsov A, McNulty S, Merrill P, Zakroysky P, Luo S, and Nackley AG. Rationale and design of a multicenter randomized clinical trial of Vestibulodynia: Understanding Pathophysiology and Determining Appropriate Treatments (Vestibulodynia: UPDATe). Ann Med. 2022 Dec;54(1):2885-2897. PMID: 36269028

8. McClurg AB, Arora KS, Schiff LD, **Carey ET**^, Neal-Perry GS. Dismantling Structural Barriers: Resident Clinics Refocused on Equity. Obstet Gynecol. 2022 Nov 1;140(5):739-742. PMID: 36201760

9.  Wong JMK, Moore KJ, Lewis P, Reid M, Saul K, **Carey ET\*\***. Ergonomic Assessment of Surgeon Characteristics and Laparoscopic Device Strain in Gynecologic Surgery. J Minim Invasive Gynecol. 2022 Sep 30:S1553-4650(22)00916-5. Epub ahead of print. PMID: 36191883

10. Wong JMK, Moore KJ, **Carey ET\*\***. Investigation of the Association between Surgeon Sex and Laparoscopic Device Ergonomic Strain in Gynecologic Surgery. J Minim Invasive Gynecol. J Minim Invasive Gynecol. 2022 Aug;29(8):984-991. PMID: 35513300

11. Dieter AA, Moore K, Willis-Gray MG, Gutman RE, Iglesia CB, **Carey ET.** Length of Stay and 30-Day Postoperative Complications Following Minimally Invasive Apical Prolapse Repair. Female Pelvic Medicine & Reconstructive Surgery. 2022 Jun 18. PMID: 35759772

12. Ringel N, Brown O, Moore KJ, **Carey ET^**, Dieter A. Disparities in Complications After Prolapse Repair and Sling Procedures: Trends from 2010-2018. Urology. 2022 Feb;160:81-86. PMID: 34800479

13. Doll KM, Howard AG, Sturmer T, Carey T, Nicholson WK, **Carey ET^**, Myers E, Nerenz D, Robinson WR. Development of an algorithm to assess unmeasured symptom severity in gynecologic care. Am J Obstet Gynecol. 2022 Mar;226(3):388.e1-388.e11. PMID: 34752734.

14. Dahl D‡, Whitesell A, Sharma-Huynh P, Maturavongsadit P, Janusziewicz R, Fox R, Loznev H, Dingemans T, Button B, Schorzman A, Zamboni W, Ban J, Montgomery SA, **Carey ET\*\***, Benhabbour R\*\*. A mucoadhesive biodissolvable thin film for localized and rapid delivery of lidocaine for the treatment of vestibulodynia. International Journal of Pharmaceutics. 2022 Jan 25;612:121288. PMID: 34800616

15. **Carey ET\***, Moore KJ, Young JC, Bhattacharya M, Schiff LD, Louie M, Strassle PD. Association of Preoperative Depression and Anxiety with Long-term Opioid Use After Hysterectomy for Benign Indications. Obstet Gynecol. 2021 Nov 1;138(5):715-724. PMID: 34619742

16. Tyan P, Hawa N, **Carey E^**, Urbina P, Chen FR, fl. "Trends and Perioperative Outcomes Across Elective Benign Hysterectomy Procedures from the ACS-NSQIP 2007-2017". J Minim Invasive Gynecol. 2022 Mar;29(3):365-374.e2. PMID: 34610464

17. Cromeens MG, **Carey ET#**, Robinson WR, Knafl K, Thoyre S. Timing, delays and pathways to diagnosis of endometriosis: a scoping review protocol. BMJ Open. 2021 Jun 24;11(6):e049390

18. Abu-Alnadi N, Moore K, Frame B, **Carey ET#**. Myofascial Pain in Hysterectomy Patients. J Minim Invasive Gynecol. 2021 Jun 17:S1553-4650(21)00288-0. PMID: 34147694

19. Orlando M, Moulder J, Carrillo JF, **Carey ET^**, Findley AD, Atashroo D, Dassel M. Chronic Pelvic Pain Educational Experience Among Minimally Invasive Gynecologic Surgery Fellows and Recent Graduates: A Needs Assessment. J Minim Invasive Gynecol. 2021 May 5:S1553-4650(21)00199-0. Online ahead of print. PMID: 33962024

20. Clark N~, Maghsouldou P, Moore K, North A, Mobolaji A, Einarsson J, Louie M, Schiff L, Moawad G, Cohen S, **Carey ET#**. Superior hypogastric plexus block for pain relief after laparoscopic hysterectomy: A Randomized Controlled Trial.  Obstet Gynecol. 2021 Apr 1;137(4):648-656. PMID: 33706344.

21. Cromeens, M.G.++, Thoyre, S., **Carey, E\*\***., Knafl, K., Robinson, W.R. Inquiry into women's pathways to diagnosis of endometriosis: A qualitative study protocol. J Adv Nurs. 2021 Feb;77(2):1017-1026. Epub 2020 Oct 27.PMID: 33107642

22. Stone R, **Carey E^**, Fader AN, et al. Enhanced Recovery and Surgical Optimization Protocol for Minimally Invasive Gynecologic Surgery: An AAGL White Paper. J Minim Invasive Gynecol. 2021 Feb;28(2):179-203. Epub 2020 Aug 20. PMID: 32827721

23. Dieter A°, Willis-Gray M, **Carey ET°**. Opioid Education in Obstetrics and Gynecology Training Programs. South Med J. 2021 Jan;114(1):4-7. PMID: 33398352.

24. Misal, M~, Dizon AM‡, Louie M‡, **Carey ET^**, Wright KN, Greene NH, Siedhoff MT. Risk of Urinary Tract Infection Symptoms after Posthysterectomy Cystoscopy with 50% Dextrose as Compared with Saline Cystoscopy with Indigo Carmine.  J Minim Invasive Gynecol. 2021 Feb;28(2):282-287. PMID: 32474174

25. Rosenbaum A~, Voltzke K, Louie M, Schiff L, **Carey E#**. Post-Anesthesia Care Unit Length of Stay and Complications Among Same-Day Discharged Laparoscopic Hysterectomy Patients. Journal of Gynecologic Surgery. Published Online: 31 Mar 2020 https://doi.org/10.1089/gyn.2019.0099

26. Tyan P~, Taher A, **Carey ET**\*\*, Amdur R, Sparks A, Tamim H, Gu A, Wei C, Moawad G. The Effect of Anemia Severity on Postoperative Morbidity Among Patients Undergoing Laparoscopic Hysterectomy for Benign Indications. Acta Obstet Gynecol Scand. 2020 Jan;99(1):112-118. PMID: 31449328.

27. Tyan P~, Taher A, **Carey ET**\*\*, Amdur R, Messersmith C, Robinson H, Gu A, Vargas M. Moawad G. Effect of Perioperative Transfusion on Postoperative Morbidity Following Minimally Invasive Hysterectomy for Benign Indications. J Minim Invasive Gynecol. 2020 Jan;27(1):200-205. PMID: 30930213.

28. Whitley J‡, Moore K, **Carey ET^**, Louie M. The Effect of Bariatric Surgery on Perioperative Complications After Hysterectomy. J Minim Invasive Gynecol. J Minim Invasive Gynecol. 2020 Sep-Oct;27(6):1363-1369. Epub 2019 Dec 14. PMID: 31843695

29. **Carey ET**\*, Moore K. Updates in the Approach to Chronic Pelvic Pain: What the Treating Gynecologist Should Know. Clin Obstet Gynecol. 2019. Dec;62)4):666-676. PMID: 31524660.

30. Cassling C+, Shay R‡, Strassle P, Voltzke K, Schiff L, Louie M, **Carey ET#**. Use of Historical Surgical Times to Predict Duration of Hysterectomy: Stratifying by Uterine Weight. J Minim Invasive Gynecol. Nov-Dec 2019;26(7):1327-1333. PMID: 30639320.

31. Keil DS, Schiff LD, **Carey ET^**, Moulder JK, Goetzinger AM, Patidar SM, Hance LM, Kolarczyk LM, Isaak RS, Strassle PD, Schoenherr JW. Predictors of Admission After the Implementation of an Enhanced Recovery After Surgery Pathway for Minimally Invasive Gynecologic Surgery. Anesth Analg. 2019 Sep;129(3):776-783. PMID: 31425219

32. Schiff L, Voltzke K, Strassle P, Louie M, **Carey ET#**. Effect of length of hospital stay on infection and readmission after minimally invasive hysterectomy.  Int J Gynaecol Obstet. 2019 Jun;145(3):293-299. PMID: 30929251.

33. Louie M~, Strassle P, Moulder JK, Dizon M, Schiff L, **Carey ET#**. Uterine weight and complications after abdominal, laparoscopic, and vaginal hysterectomy. Am J Obstet Gynecol. 2018 Nov;219(5):480.e1-480. PMID: 29959931.

34. **Carey ET**\*, Moulder JK. Perioperative Management and Implementation of Enhanced Recovery Programs in Gynecologic Surgery for Benign Indications. Obstet Gynecol. 2018 Jul;132(1):137-146. PMID: 29889743.

35. Dizon AM~, **Carey ET#**. Minimally invasive gynecologic surgery in the pregnant patient: considerations, techniques, and postoperative management per trimester. Curr Opin Obstet Gynecol. 2018 Aug;30(4):267-271. PMID: 29889668.

36. Biggs, W, **Carey ET#**, McIntyre J. Chronic Pelvic Pain: Limited Evidence Guides Empiric Treatment. J Fam Pract. 2018 Mar;67(3): E1-E9. PMID: 29509818.

37. **Carey ET**\*, Till S, As-Sanie S. Pharmacological Management of Chronic Pelvic Pain in Women. Drugs. 2017 Mar;77(3):285-301. PMID: 28074359.

38. Zoorob D°, Higgins M, Swan K, Cummings J, Dominguez S, **Carey E**°. Barriers to Pelvic Floor Physical Therapy Regarding Treatment of High-Tone Pelvic Floor Dysfunction. Female Pelvic Med Reconstr Surg. 2017 Nov/Dec;23(6):444-448. PMID: 28145917.

39. **Carey ET**\*. As-Sanie S. New Developments in the Pharmacotherapy of Neuropathic Chronic Pelvic Pain. Future Science Open. 2016 Oct 5;2(4): FSO148. PMID: 28116131.

40. Senapati S, Atashroo D, **Carey ET^,** Dassel M, Tu MF. Surgical interventions for chronic Pelvic pain. Curr Opin Obstet Gynecol. 2016 Aug: 28 (4): 290-6. PMID: 27285959.

41. Siedhoff MT, **Carey ET^**, Findley A, Hobbs K, Moulder J, Steege JS. Post-hysterectomy Dyspareunia. J Minim Invasive Gynecol. 2014. July-Aug 21(4);567-75. PMID: 24576505.

42. Grimstad FW+, **Carey E#**. Periclitoral Endometriosis: the dilemma of a chronic disease invading a rare location. J Minim Invasive Gynecol. 2015 May-Jun; 22 (4):684-6. PMID: 25680686.

43. **Carey ET**\*, Martin C‡, Siedhoff MT, As-Sanie S. Biopsychosocial Correlates of Persistent Post-Surgical Pain in Women with Endometriosis.  International Journal of Gynecology and Obstetrics 2014 Feb; 124 (2):169-73. PMID: 24290537.

44. Findley AD~, Siedhoff MT, Hobbs KA, Steege JF, **Carey ET^**, McCall CA, Steiner AZ. Short-term effects of salpingectomy during laparoscopic hysterectomy on ovarian reserve: a pilot randomized controlled trial. Fertil Steril. 2013 Dec; 100(6):1704-8. PMID: 23993887.

45. **Carey ET**\*, Zolnoun D. Superimposed MRSA Infection of Vulvar Eczematous Dermatitis. The Journal of Reproductive Medicine. 2013 May-Jun; 58(5-6); 261-3. PMID: 23763013.

46. Wagner J, Damitz L, **Carey ET^**, Zolnoun D. Bilateral Accessory Breast Tissue of the Vulva: A Case Report Introducing a Novel Labiaplasty Technique. Annals of Plastic Surgery. 2013 May; 60(5):549-52.  PMID: 23542853.

47. Siedhoff M, **Carey ET^**, Findley A, Riggins L, Garrett J, Steege J.  Effect of Extreme Obesity on Outcomes in Laparoscopic Hysterectomy. Journal of Minimally Invasive Gynecology 2012 Nov;19 (6):701-7. PMID: 23084673.

48. Peedicayil A, Weaver A, Li X, **Carey ET^**, Cliby W and Marian A. Incidence and timing of venous thromboembolism after surgery for gynecological cancer. Gynecologic Oncology, 2011 Apr;121 (1):64-9. PMID: 21183211.

49. **Carey ET**\*, El-Nashar S, Hopkins M, Creedon D, Cliby W, Famuyide A. Pathologic characteristics of hysterectomy specimens in women undergoing hysterectomy after global endometrial ablation. Journal of Minimally Invasive Gynecology 2011 Jan-Feb;18 (1):96-9. PMID: 21195959.

## <u>In press, Peer-Reviewed Papers/Articles</u>

1. Silverstein RG, Kwon C, Qaqish B, Li L, McClurg A, **Carey E**. Effects of prior cesarean section on outcomes of laparoscopic hysterectomy performed by fellowship trained minimally invasive gynecologic surgeons. *Accepted* to the Journal of Gynecologic Surgery 7/10/2023. 12 pages including title page/abstract/references.

2. Silverstein RG, Cromeens MG, Rowland C, Ogbansiegbe JA, Mihas P, Benhabbour SR, **Carey ET**. Preferred Physical Characteristics of Lidocaine Thin Film for Women with Vestibulodynia. *Accepted with revisions* to the Frontiers in Pain Research 5/04/23. 19 pages including title page/abstract/references.

**Submitted Peer-Reviewed Articles**

3. Torosis M, **Carey E**, Christensen K, Kaufman M, Kenton K, Kotarinos R, Lai H, Lee U,  Lowder J, Meister M, Spitznagle T, Wright K, Ackerman AL. A clinical consensus treatment algorithm for patients with high tone pelvic floor dysfunction: A Delphi study of national experts. Submitted to BMC Medical 9/01/23. 24 pages including title page/abstract/references.

4. Haji-Noor Z, **Carey E**, Kinlaw A, Vines AM, Howard AG, JG Mathias, Anderson L, Pettifor A, Robinson W. Application of a clinical pathway for retrospective classification of patients' eligibility for minimally invasive hysterectomy using electronic medical records from the Carolina Hysterectomy Cohort, 2014-2017. Submitted 8/05/2023. 22 pages including title page/abstract/references.

5. Agu I, Das R, Geller EJ, **Carey ET**, Chu C. Prevalence of Lower Urinary Tract Symptoms in Women Planning to Undergo Hysterectomy for Uterine Leiomyoma. International Urogynecology Journal. *Submitted* 7/26/2023. 12 pages including title page/abstract/references.

6. Sullender RT, Silverstein RG, Goodwin DM, McClurg AB, **Carey ET**. Low Dose Naltrexone as an Experimental Treatment for Vulvodynia: A Case Series. *Submitted* 7/25/23 to Case Reports in Women's Health. 11 pages including title page/abstract/references.

7. Cromeens MG, Knafl K, Robinson W, **Carey ET,** Carpenter J, Haji-Noor Z, Thoyre S. Endometriosis and disability: Analysis of federal court appeals of Social Security Disability Insurance and Supplemental Security Income claims by individuals suffering from endometriosis. *Accepted with revisions* 5/15/23 to Women's Health Issues. 26 pages including title page/abstract/references.

8. Oldan JD, Lee Y, Olinger K. Benefield T, **Carey ET**, Abu-Alnadi NA, Young SL. Fluoroestradiol PET-MRI Imaging for detection of Endometriosis Lesions and Symptom Correlation. World Journal of Nuclear Medicine. *Submitted* 7/14/2023. 11 pages including title page/abstract/references.

9. Wright M, Kinlaw A, McClurg AM **Carey E**, Doll K, Vines AM Olshan A, Robinson W. Appropriateness of hysterectomy as treatment for benign gynecologic conditions. Submitted to Fertility and Sterility 6/03/2023. 25 pages including title page/abstract/references.

10. Wright M, Kinlaw A, McClurg AM **Carey E**, Doll K, Vines AM Olshan A, Robinson W. The role of self-classified race, insurance status, and hospital type in patients receiving appropriate benign hysterectomy. Submitted to Obstetrics & Gynecology 9/15/22. 25 pages including title page/abstract/references.


**Other Invited Manuscripts**

1. **Carey ET**, McClurg AB. Evaluation and Medical Management of Chronic Pelvic Pain. Seminars in Interventional Radiology. Volume 40, Number 04. August 2023.

2. Goodwin D, **Carey E**. Management of Endometriosis-Associated Pain. Contemporary OB/GYN. April 2023.

3. Moulder, J.K., Carrillo, J., **Carey, E.T**. Pelvic Pain in the Transgender Man. Curr Obstet Gynecol Rep 9**,** 138–145 (2020).

4. **Carey, ET***.  Vaginismus: Causes, symptoms and treatment. The International Urogynecological Association (IUGA) eLearning Portal. September 2019.

5. Tyan P~, **Carey ET#**. Physiological Response to Opioids. Clinical Obstetrics and Gynecology. 2019 Mar;62(1):11-21. PMID: 30668556.

6. **Carey ET\***. Opioids Misuse and Abuse: The Rise and Fall of a National Opioid Epidemic. Clin Obstet Gynecol. 2019 Mar;62(1):1-2. PMID: 30664584

7. **Carey ET\*,** Findley A. Caring for patients with chronic pelvic pain. Contemporary OBGYN. January 2015.

8. **Carey ET\***. First Aid for the USMLE Step 3--Online Question Bank Contributor of OB/GYN questions. 2008.

## Published Abstracts

1. Torosis M, **Carey E,** Christensen K, Kaufman M, Kenton K, Kotarinos R, Lai H, Lee U, Lowder J, Meister M, Sptiznagle T, Wright K, Ackerman AL. A Clinical Consensus Treatment Algorithm for Patients with High Tone Pelvic Floor Dysfunction: A Delphi Study of National Experts. Female Pelvic Med Reconstr Surg June 2022. Vol28:6, Supplement 1.

2. Iakovlev V, **Carey E^**, Steege J. Pathology of Explanted Transvaginal Meshes. International Journal of Medical, Health, Pharmaceutical and Biomedical Engineering, 2014, 8(9): 510-13.

## Presented Abstracts

*Peer-Reviewed Oral Presentations*

1. Johnson A, McClurg A, **Carey ET**. Barriers influencing decision to pursue fertility preservation prior to gender-affirming surgery among transgender men/gender non-binary persons. American Society for Reproductive Medicine. New Orleans, LA. October 14-18, 2023.

2. Johnson A, McClurg A, **Carey ET**. Decisional regret regarding preoperative fertility preservation choices following gender-affirming surgery among transgender men/gender non-binary persons. American Society for Reproductive Medicine. New Orleans, LA. October 14-18, 2023.

3. Beltran TG, Lett E, Poteat T, Thomas KC, Pence BW, **Carey ET**, Hincapie-Castillo JM. The Use of Computational Phenotypes Within Electronic Healthcare Data to Identify Transgender People: A Narrative Review. 37th International Conference on Performance Engineering (ICPE). Halifax, Nova Scotia, Canada. August 23-27th,2023.

4. Cromeens MG, Rowland C, Ogbansiegbe J, Mihas P, Silverstein RG, Benhabbour R, **Carey E.** "Hoping it will be better next time:" A qualitative analysis of treatment decision-making with Vulvodynia. International Society for the Study of Women's Sexual Health. St. Louis, MO. March 2-5, 2023.

5. Agu I, Das R, Geller E, **Carey ET**, Chu C. Prevalence of Baseline Lower Urinary Tract Symptoms in Women Planning to Undergo Hysterectomy for Uterine Fibroids. 51ST AAGL Global Congress on Minimally Invasive Gynecology.  Denver, CO. December 1-4, 2022.

6. Torosis M, **Carey ET**, Christensen K, Kaufman M, Kenton K, Kotarinos R, Lai H, Lee U, Lowder J, Meister M, Spitznagle T, Wright K, Ackerman AL. A clinical consensus treatment algorithm for patients with high tone pelvic floor dysfunction: A Delphi study of national experts. American Urogynecologic Society/International Urogynecological Association. Austin, TX. June 14-18, 2022.

7. Wong J, Moore K, Lewis P, Reid M, Saul K, **Carey ET#**. Ergonomic Simulation Investigating Surgeon Characteristics and Laparoscopic Device Strain in Gynecologic Surgery. 48th Annual Scientific Meeting Society of Gynecologic Surgeons. San Antonio, TX. March 2022.

8. Phipps D., Southworth E., Welch K., **Carey E**. Relationship Between Adverse Childhood Experiences and Vulvodynia Pain Scores. ISSWSH Annual Meeting. Dallas, TX. March 3-6, 2022,

9.  Moore KJ, Wong JMK, Dizon AM, Louie M, Moulder JK, Schiff LD, **Carey ET**[#]. 30-Day Incidence of Complications and Readmission after Myomectomy. 50th AAGL Global Congress on Minimally Invasive Gynecology.  Austin, TX. November 14-17, 2021.

10. Wong JKM, Reid M, Moore K, Saul K, **Carey ET**[#]. Investigation of the association between surgeon sex and ergonomic strain with laparoscopic device use. Submitted to 50th AAGL Global Congress on Minimally Invasive Gynecology.  Austin, TX. November 14-17, 2021.

11. Ringel N, Brown O, Moore KJ, **Carey ET**, Dieter A. Racial and Ethnic Disparities in Complications After Apical Support and Sling Procedures- National Trends Over Time: A secondary analysis of the National Surgical Quality Improvement Program Database. 47th Annual Scientific Meeting Society of Gynecologic Surgeons. Palm Springs, CA. June 2021.

12. Wong J, McClurg A, Moore K, **Carey ET**. Investigation of the Association Between Surgeon Sex and Laparoscopic Device Ergonomic Strain in Gynecologic Surgery. 47th Annual Scientific Meeting Society of Gynecologic Surgeons. Palm Springs, CA. June 2021.

13. Dieter AA, Moore KJ, Willis-Gray MG, Iglesia CB, Gutman RE, **Carey ET**. Urogynecologic Surgery from 2008 through 2018: Examining trends in apical prolapse repair, incontinence surgery and mesh utilization using the NSQIP database. American Urogynecologic Society; Vancouver, BC Canada. October 6-10, 2020.

14. Dieter AA, Moore K, Willis-Gray MG, Gutman RE, Iglesia CB, **Carey ET.** Length of Stay and 30-Day Postoperative Complications Following Minimally Invasive Apical Prolapse Repair. American Urogynecologic Society; Vancouver, BC Canada. October 6-10, 2020.

15. **Carey ET**, Strassle PD, Moore K, Schiff L, Louie M. Associations between preoperative depression, hysterectomy, and postoperative opioid use. 48[th]American Association of Gynecologic Laparoscopists (AAGL) Global Congress of Minimally Invasive Gynecology; Vancouver, BC Canada. November 2019.

16. Clark N, Maghsouldou P, Voltzke K, North A, Ajao M, Einarsson J Louie M, Schiff L, Moawad G, Cohen S, **Carey ET**. Superior hypogastric plexus block following laparoscopic hysterectomy: a randomized controlled trial. 48[th]American Association of Gynecologic Laparoscopists (AAGL) Global Congress of Minimally Invasive Gynecology; Vancouver, BC Canada. November 2019.

17. Rosenbaum A, Voltzke K, Louie M, Schiff L, **Carey ET**[#]. Post-Anesthesia Care Unit Length of Stay and Complications Among Same-Day Discharged Laparoscopic Hysterectomy Patients. Presented at the Society of Gynecologic Surgeons (SGS) 45th Annual Scientific meeting, Tuscon, AZ. March 2019.

18. Tyan P, Taher A, **Carey ET,** Messersmith C, Robinson H, Vargas M, Moawad G. Effect of Perioperative Transfusion on Postoperative Morbidity Following Minimally Invasive Hysterectomy For Benign Indications. Society of Gynecologic Surgeons (SGS) 45th Annual Scientific meeting, Tucson, AZ, March 2019.

19. **Carey ET**, Strassle P, Dizon M. 30-Day Incidence of Complications and Readmission after Abdominal Hysterectomy. 47[th]American Association of Gynecologic Laparoscopists (AAGL) Global Congress of Minimally Invasive Gynecology; Las Vegas, NV November 2018.

20. Dizon M, Strassle P, **Carey ET**. 30-Day Incidence of Complications and Readmission after Open Myomectomy. 47[th]American Association of Gynecologic Laparoscopists (AAGL) Global Congress of Minimally Invasive Gynecology; Las Vegas, NV November 2018.

21. Abu-Alnadi N, **Carey ET**. Preoperative Predictors of Myofascial Pain in Hysterectomy Patients. 47[th]American Association of Gynecologic Laparoscopists (AAGL) Global Congress of Minimally Invasive Gynecology; Las Vegas, NV November 2018.

22. Cassling C, Strassle P. Schiff L, Louie M, **Carey ET**.  Use of historical surgical times to predict duration of hysterectomy: stratifying by uterine weight. 47th American Association of Gynecologic Laparoscopists (AAGL) Global Congress of Minimally Invasive Gynecology; Las Vegas, NV November 2018.

23. Louie M, Strassle PD, Moulder JK, Dizon AM, Schiff LD**, Carey ET**. "Laparoscopic hysterectomy has fewer complications than abdominal hysterectomy regardless of uterine weight: a nationwide cohort study". Presented at the Society of Gynecologic Surgeons (SGS) 44th Annual Scientific meeting, Orlando, FL, March 2018.

24. Dizon AM, Strassle PD, Schiff LD, Louie M, **Carey ET**, Moulder JK. "Effect of Body Mass Index on Reoperation Following Hysterectomy." Presented at the 46th American Association of Gynecologic Laparoscopists (AAGL) Global Congress of Minimally Invasive Gynecology, Washington, D.C., November 2017.

25. Moulder JK, Strassle PD, Louie M, **Carey ET**, Schiff LD, Dizon AM. "Association of Body Mass Index and Complications Following Hysterectomy." Presented at the 46th American Association of Gynecologic Laparoscopists (AAGL) Global Congress of Minimally Invasive Gynecology, Washington, D.C., November 2017.

26. Schiff LD, Strassle PD, Louie M, **Carey ET**, Moulder JK, Dizon AM. "Effect of Length of Stay on Infection and Readmission Following Minimally Invasive Hysterectomy." Presented at the 46th American Association of Gynecologic Laparoscopists (AAGL) Global Congress of Minimally Invasive Gynecology, Washington, D.C., November 2017.

27. Roedner C, Moulder J, Yunker A, Cohen S, **Carey ET**, Siedhoff M. Simulating Vaginal Cuff Closure During Laparoscopic Hysterectomy. CREOG & APGO Annual Meeting.  New Orleans, LA. March 2016.

28. Neutzling KA, Rolfes M, Hasassri E, **Carey ET**. Exploring implementation of a human papilloma virus vaccine program in rural Dominican Republic. AAFP Family Medicine Global Health Workshop. Denver, Colorado. October 2015.

29. Iakovlev V, **Carey ET**, Steege J. Pathology of Explanted Transvaginal Meshes.  World Academy of Science, Engineering and Technology. London, UK. September 2014.

30. Siedhoff MT, Clark LH, Findley AD, Hobbs KA, **Carey ET**. Mechanical Bowel Preparation before Laparoscopic Hysterectomy: A Randomized Controlled Trial. 42ND AAGL Global Congress on Minimally Invasive Gynecology. National Harbor, MD. November 2013.

31. Findley AD, Siedhoff MT, Hobbs KA, Steege JF, **Carey ET**, McCall CA, Steiner AZ. Short-Term Effects of Salpingectomy during Laparoscopic Hysterectomy on Ovarian Reserve: A Randomized Controlled Trial. 42ND AAGL Global Congress on Minimally Invasive Gynecology. National Harbor, MD. November 2013.

32. Findley A, **Carey ET**, Siedhoff M, Steege J. Pelvic Pain Experience and Education for Fellows in Minimally Invasive Gynecologic Surgery. 41st AAGL Global Congress on Minimally Invasive Gynecology.  Las Vegas, Nevada. November 2012.

33. **Carey ET**, Siedhoff MT, As-Sanie S, Zolnoun DZ. Biopsychosocial Correlates of Persistent Post-surgical Pain in Women with Endometriosis. 40th AAGL Global Congress on Minimally Invasive Gynecology. Hollywood, FL, November 2011.

34. Siedhoff MT, **Carey ET**, Riggins, LE, Steege JF. Impact of Extremes of Obesity on Outcomes in Laparoscopic Hysterectomy.  40th AAGL Global Congress on Minimally Invasive Gynecology.  Hollywood, FL, November 2011.

35. **Carey ET**, El-Nashar S, Creedon D, Famuyide A, Hopkins M.  Feasibility of Hysterosalpingography Following a Combined Radiofrequency Global Endometrial Ablation and Hysteroscopic Sterilization Procedure. 38th AAGL Annual Meeting Orlando, FL, November 2009.

36. **Carey ET**, El-Nashar S, Hopkins M, Creedon D, Cliby W, Famuyide A.  Pathologic Characteristics of Women who had Hysterectomy after Global Endometrial Ablation.37[th] AAGL Annual Meeting. Las Vegas, NV, October 2008.

37. Keller D, Wright J, **Carey ET**. Retrospective Evaluation of Antiretroviral Pharmacotherapy in an Urban Infectious Diseases Clinic. Abstract published in Pharmacotherapy 2005 Vol. 25, P. 463. University of Missouri – Kansas City Research Day. May 2005.

*Peer-Reviewed Virtual Abstract Presentations*

1. McClurg A, **Carey E**[#]. Safe Approaches to Laparoscopy in the 3rd Trimester of Pregnancy. 50th AAGL Global Congress on Minimally Invasive Gynecology.  Austin, TX. November 14-17, 2021.

2. Wong J, Moore K, McClurg A, Louie M, Al-Jumaily M, **Carey ET**[#]. An Investigation of Chlorhexidine Gluconate Versus Povidone-Iodine Vaginal Antisepsis and Rate of Surgical Site Infection in Laparoscopic Hysterectomy. 47th Annual Scientific Meeting Society of Gynecologic Surgeons. Palm Springs, CA. June 2021.

3. McClurg A, Moore K, Wong J, Louie M, Al-Jumaily M, **Carey ET**[#]. Effect of preoperative antibiotic prophylaxis regimen on the rate of surgical site infection after laparoscopic hysterectomy. 47th Annual Scientific Meeting Society of Gynecologic Surgeons. Palm Springs, CA. June 2021.

4. **Carey ET**, Al-Jumaily M, Louie M, Abu-Alnadi N, Schiff L, Moore KJ. Evaluation of the American College of Surgeons National Surgical Quality Improvement Program Surgical Risk Calculator in Benign Minimally Invasive Hysterectomy. 49[th]American Association of Gynecologic Laparoscopists (AAGL) Global Congress of Minimally Invasive Gynecology; Virtual. November 2020.

5. **Carey ET**, Moore KJ, Jones H, Tyan P, Al-Jumaily M, Dieter AA. Racial Disparities in Hysterectomy Route for Benign Disease: Examining trends from 2007-2018 using the NSQIP database. 49[th]American Association of Gynecologic Laparoscopists (AAGL) Global Congress of Minimally Invasive Gynecology; Virtual. November 2020.

6. Cromeens MG, Thoyre S, Knafl K, Robinson WR, Tan KR, **Carey ET**. Federal appeal case review of Social Security Disability Insurance and Supplemental Security Income Disability claims by women with endometriosis. American Public Health Association 2020 Annual Research Meeting. October 24-28. San Francisco, CA, USA (Virtual option due to COVID-19).

7. Cromeens MG, Thoyre S, **Carey, ET**, Knafl K, Robinson WR. A study protocol for qualitative inquiry into pathways to diagnosis of endometriosis for an ethnically diverse sample of women. American Public Health Association 2020 Annual Research Meeting. October 24-28. San Francisco, CA, USA (Virtual option due to COVID-19).

8. Cromeens MG, Petermann V, **Carey ET**, Robinson WR, Knafl K, Thoyre, S. A systematic scoping review of timing, delays and pathways to diagnosis of endometriosis. American Public Health Association 2020 Annual Research Meeting. October 24-28. San Francisco, CA, USA (Virtual option due to COVID-19).

**9.** Dahl D, Whitesell A, Sharma-Huynh P, Janusziewicz R, Fox R, Loznev H, Dingemans T, Button B, **Carey ET,** Benhabbour SR. A Novel Mucoadhesive Biodissolvable Film For Localized **And** Efficient Treatment of Vestibulodynia. BMES 2020 Virtual Annual Meeting on October 14-17, 2020.

10. Jones HM, Moore K, Al Jumaily M, **Carey ET**.  New and Persistent Pelvic Pain Following Hysterectomy in Women with Chronic Pelvic Pain Compared with Women without Chronic Pelvic Pain. 23rd Annual Scientific meeting for the International Pelvic Pain Society. Virtual. October 2020.

*Peer-Reviewed Poster Presentations*

1. Geller EJ; Cutting, H; Farb, D; Rapkin, A; **Carey, E**; Nackley, A; Akaninwor, J1; Stirling, C; Borstov, ; Mcnultry, S; Merrill, P; Zakroysky, P; Luo, S; Delarosa, J. Baseline Characteristics of Participants in a Multicenter Randomized Clinical Trial of Vestibulodynia: Understanding Pathophysiology and Determining Appropriate Treatments

(Vestibulodynia: UPDATe). International Urogynecology Association Annual Scientific Meeting, Amsterdam, Netherlands, June 21-24, 2023.

2. Cromeens MG, Thoyre S, **Carey ET**, Robinson WR, Knafl K**.** "I just dealt with it silently:" Individuals with endometriosis talk about retreating into silence on their diagnostic pathways. (Oral/Poster presentation). 15th World Congress on Endometriosis. Edinburgh, Scotland. May 3-6, 2023.

3. Cromeens, M.G., Thoyre, S., Knafl, K., **Carey, ET**., Tan, K., & Robinson, W.R. (planned May 2023). Endometriosis diagnostic pathways: Qualitative investigation of a diverse population, United States (Oral/Poster presentation). 15th World Congress on Endometriosis. Edinburgh, Scotland. May 3-6, 2023

4. Ogbansiegbe J, Rowland C, Mihas P, Benhabbour R, **Carey E\***. Preferred Physical Characteristics of Lidocaine Film for Women with Vestibulodynia. International Society for the Study of Women's Sexual Health. St. Louis, MO. March 2-5, 2023.

5. Cutting H, Farb D, Rapkin A, **Carey ET**, Geller EJ, Akaninwor J, Stirling C, Bortsov A, McNulty S, Merrill P, Zakroysky P, Luo S, and Nackley AG. Baseline characteristics of participants in a multicenter randomized clinical trial of Vestibulodynia: Understanding Pathophysiology and Determining Appropriate Treatments (Vestibulodynia: UPDATe). International Society for the Study of Women's Sexual Health. St. Louis, MO. March 2-5, 2023.

6. **Carey E**, McClurg AM, Al-Jumaily M, Moore K. Creating a surgical risk calculator for benign hysterectomy using classical lasso regression. Society of Gynecologic Surgeons (SGS) 49th Annual Scientific Meeting.  Tucson, AZ. March 19-22, 2023.

7. Silverstein RG, Kwon CS, Li L, Qaqish B, McClurg AB, **Carey ET**. Effects of prior cesarean section on outcomes of laparoscopic hysterectomies performed by minimally invasive gynecology trained surgeons. 51ST AAGL Global Congress on Minimally Invasive Gynecology.  Denver, CO. December 1-4, 2022.

8. Cromeens MG, Thoyre S., Robinson WR, **Carey ET**, Tan K, Knafl K. Examining Pathways to Endometriosis Diagnosis Among a Diverse Sample Through a Life Course Lens. American Public Health Association 2022 Annual Meeting and Expo. Boston, M.A. November 6-9, 2022.

9. Cromeens MG, Thoyre S., Robinson WR, **Carey ET**, Tan K, Knafl K. Exploring Perceptions of Times to Diagnosis Among a Diverse Sample with Endometriosis (Poster/Oral Presentation submission). American Public Health Association 2022 Annual Meeting and Expo. Boston, M.A. November 6-9, 2022.

10. Rowland C, Cromeens MG, Ogbansiegbe J, Mihas P, Benhabbour R, **Carey E**. ""They Do Make You Feel Embarrassed or Ashamed or Like You're Crazy": Patient-provider Communication About Vulvar Pain". 25th Annual Scientific Meeting of IPPS. Orlando, FL, USA, September 29 - October 2, 2022.

11. Rahim S, Daniels C, Hughes R, Phipps D, **Carey E**. "Collection of Electronic Patient-reported Symptoms in Patients with Vulvodynia using Epic MyChart Survey". 25th Annual Scientific Meeting of IPPS. Orlando, FL, USA, September 29 - October 2, 2022.

12. **Carey ET**\*, Moore KJ, Dahl DK, Sharma P, Al-Jumaily M, Benhabbour R. Patient preference and acceptability of a novel drug delivery system for vestibulodynia. International Association for the Study of Pain. Toronto, Canada. September 19-23, 2022.

13. Arcaz A, Dieter A, **Carey E**. "Assessing the effects of exogenous sex hormones on the urogenital system: a survey of transgender men on systemic testosterone therapy and cisgender premenopausal women". World Professional Association for Transgender Health, 27th Scientific Symposium, Montreal, Quebec, Canada, from September 16 - 20, 2022.

14. Cromeens MG, Thoyre S., Robinson WR, **Carey ET**, Knafl K. Individuals with Endometriosis Share Advice for Others on Pathways to Diagnoses: A Qualitative Analysis. AcademyHealth 2022 Annual Research Meeting. Washington, D.C. June 2022.

15. Cromeens MG, Thoyre S., Robinson WR, **Carey ET**, Knafl K. Patient-Provider Communication in the Pathways to Diagnosis of Endometriosis: A Qualitative Analysis. AcademyHealth 2022 Annual Research Meeting. Washington, D.C. June 2022.

16. Wong J, McClurg A, Moore K, **Carey ET**. Investigation of the Association Between Surgeon Sex and Laparoscopic Device Ergonomic Strain in Gynecologic Surgery. 2nd Annual UNC Women's Health Research Poster Presentation and Awards Program. May 2021.

17. Bhattacharya M, **Carey ET**, Moore K, Schiff L, Louie M, Strassle PD. Associations between preoperative depression, hysterectomy, and postoperative opioid use. University of Minnesota School of Public Health Research Day. April 2020.

18. Cromeens MG, Thoyre S, Knafl K, Robinson W, Tan KR, **Carey ET**. Federal Appeal Case Review of Social Security Disability Insurance and Supplemental Security Income Disability Claims by Women with Endometriosis. Academy of Health 2020 Annual Research Meeting. Boston, MA. June 13-16, 2020.

19. Ciu J, Voltzke K, **Carey ET**#. Combined Colorectal/Gynecology Laparoscopic Approach in Deep Infiltrating Endometriosis. 48thAmerican Association of Gynecologic Laparoscopists (AAGL) Global Congress of Minimally Invasive Gynecology; Vancouver, BC Canada. November 2019.

20. Dahl D, Sharma P, **Carey ET**, Benhabbour R. A Novel Biodissolvable Film for Localized and Efficient Treatment of Vulvodynia. UNC/NCSU BioMedical Engineering September 2018.

21. Robinson WR, Hoffman SR**, Carey ET,** Nicholson WK, Stürmer T, Carey TS, Myers ER, Doll KM. Use of electronic health records (EHR) data as a catalyst for health equity research in women's health. Interdisciplinary Association for Population Health Science (IAPHS) Conference; Washington, DC. October 2018.

22. Hoffman SR, Doll KM, **Carey ET**, Myers ER, Robinson WR. Identifying well-woman visits in health care data to advance women's health research: A systematic review. 34th International Conference on Pharmacoepidemiology & Therapeutic Risk Management (ICPE); Prague, CZ. October 2018.

23. **Carey ET**, Strassle PD, Louie M, Dizon AM, Moulder JK, Schiff LD. Effect of Endometriosis on Urogenital Fistula Risk Following Hysterectomy. 46th American Association of Gynecologic Laparoscopists (AAGL) Global Congress of Minimally Invasive Gynecology, Washington, D.C., November 2017.

24. Dizon M, Barber E, Louie M, Moulder J, Schiff L, **Carey ET**. Venous Thromboembolism in Minimally Invasive and Open Myomectomy. 43rd Annual Society of Gynecologic Surgeons. San Antonio, Texas. March 2017.

25. Nelson D, Blough A, Swan K, **Carey ET**. Impact of Annual Surgical Volume on Perioperative Morbidity in Benign Hysterectomy. 43rd Annual Society of Gynecologic Surgeons. San Antonio, Texas. March 2017.

26. Vu C, Hernly E, Swan K, **Carey ET**. Impact of Minimally Invasive Gynecologic Surgery Fellowship Training on Concomitant Levonorgestrel Releasing Intrauterine Device Placement at the time of Laparoscopic Surgery. 44th AAGL Global Congress on Minimally Invasive Gynecology.  Las Vegas, Nevada. November 2015.

27. Rolfes M. Neutzling KA, Hasassri E, **Carey ET**. Evaluating a short-term medical student service learning trip to the Dominican-Haitian border. AAFP Family Medicine Global Health Workshop. Denver, Colorado. October 2015

28. **Carey ET**, Zolnoun D, Slade G, Bartley E, Ohrbach R, Mulkey F, Brownstein N, Nneji V, Dubner R, Knott C, Greenspan J, Fillingim R, Maixner W, Bair E. Association Between Gynecological Characteristics and

Temporomandibular Disorders: Insights from the OPPERA Study. International Association for the Study of Pain. Milan, Italy, August 2012.

29. Wilson, D. **Carey ET**, Zolnoun D, Slade G, Hu W, Browne E, Ohrbach R, Greenspan J, Dubner R, Fillingim R, Maixner W, Bair E. Putative Risk Factors for Dysmenorrhea: Results from the OPPERA Study. International Association for the Study of Pain. Milan, Italy, August 2012.

30. Gaynor S, Zolnoun D, **Carey ET**, Slade G, Ohrbach R, Fillingim R, Greenspan J, Dubner R, Maixner W, Bair E. OPPERA Study Identifies an Association Between the Use of Hormonal Contraceptives and Orofacial Pain and Headaches. International Association for the Study of Pain. Milan, Italy, August 2012.

31. **Carey ET**, Siedhoff MT, Sokal DC. Vaginal Leakage: A Potentially Unappreciated Influence on Effectiveness of Agents in Vaginal Gels. Multipurpose Prevention Technologies for Reproductive Health 2011 Symposium. Washington, DC, November 2011.

32. Siedhoff MT, **Carey ET**, Riggins, LE, Steege JF. Impact of Uterine Weight on Outcomes in Laparoscopic Hysterectomy.  40th AAGL Global Congress on Minimally Invasive Gynecology.  Hollywood, FL, November 2011.

33. Siedhoff MT, **Carey ET**, Steege JF. A 5-Port Technique for TLH in the Teaching Setting.  40th AAGL Global Congress on Minimally Invasive Gynecology.  Hollywood, FL, November 2011.

34. Siedhoff MT, **Carey ET**, Steege JF. Laparoscopic Excision of a Densely Adherent Ovarian Remnant Utilizing a Temporary Ureteral Stent. 40th AAGL Global Congress on Minimally Invasive Gynecology. Hollywood, FL, November 2011.

35. **Carey ET**, Siedhoff MT, As-Sanie S, Zolnoun DZ. Biopyschosocial Correlates of Persistent Post-Surgical Pain in Women with Endometriosis. 11thWorld Congress on Endometriosis.  Montpellier, France, September 2011.

*Video Abstracts*

1. Silverstein RG, McClurg A, **Carey E**#. Management of Hemorrhage during Dilation and Evacuation By Mid-Procedure Laparoscopic Uterine Artery Ligation. 51ST AAGL Global Congress on Minimally Invasive Gynecology.  Denver, CO. December 1-4, 2022.

2. McClurg A, Goodwin D, Wong JMK, **Carey ET**#. Technique for Cost Effective Cystoscopy Following Laparoscopic Hysterectomy. 48th Annual Scientific Meeting Society of Gynecologic Surgeons. San Antonio, TX. March 2022

3. Wong JMK, McClurg A, **Carey ET**#. Abdominal wall injections for chronic pelvic pain: An introduction and how to guide. 50th AAGL Global Congress on Minimally Invasive Gynecology.  Austin, TX. November 14-17, 2021.

4. Wong JMK, McClurg A, **Carey ET**#. Levator ani trigger point injections and chemodenervation with onabotulinum toxin A (Botox): An introduction and how to guide. 50th AAGL Global Congress on Minimally Invasive Gynecology.  Austin, TX. November 14-17, 2021. *Winner of the IRCAD (L'Institut de Recherche contre les Cancers de l'Appareil Digestif) honoring the best research in education by a Fellow at AAGL.

5. Wong JMK, McClurg A, **Carey ET**#. Pudendal nerve blocks: An introduction and how to guide. 50th AAGL Global Congress on Minimally Invasive Gynecology.  Austin, TX. November 14-17, 2021.

6. McClurg AB, **Carey ET**#. Safe Approaches to Laparoscopy in the 3rd Trimester of Pregnancy. 50th AAGL Global Congress on Minimally Invasive Gynecology.  Austin, TX. November 14-17, 2021.

7. **Carey ET**\*, Tyan P. Video: Pelvic Pain Targeted Physical Exam. 48thAmerican Association of Gynecologic Laparoscopists (AAGL) Global Congress of Minimally Invasive Gynecology; Vancouver, BC Canada. November 2019.

8. Louie M, **Carey ET**. Approaches to isolating the uterine artery at its origin from the internal iliac artery. 43RD Annual Society of Gynecologic Surgeons. San Antonio, Texas. March 2017.

9. Vaglio M., Marsh, C. **Carey, ET**. Laparoscopic removal of interstitial pregnancy. 44th AAGL Global Congress on Minimally Invasive Gynecology.  Las Vegas, Nevada. November 2015.

10. Siedhoff M and **Carey ET**. Laparoscopic hysterectomy, resection of endometriosis nodule with ureterolysis. Surgical Film Festival National DVD. September 2011.

11. Siedhoff M and **Carey ET**. Robotic Myomectomy. SURFF Surgical Film Festival. March 2011.

*Submitted Abstracts*

1.  Sullender R, Silverstein RG, Goodwin DG, McClurg AM, **Carey ET**. Low Dose Naltrexone for Chronic Pelvic Pain: A Case Series. 26th Annual International Pelvic Pain Society.  Denver, CO. October 19-21st, 2023.

2. Goodwin DG, Silverstein RG, Abu-Alnadi N, McClurg AM, Schiff LD, **Carey ET.** Self-assessment Survey of Minimally Invasive Gynecologic Surgery Practice. 52nd AAGL Global Congress on Minimally Invasive Gynecology.  Nashville, TN. November 6-9, 2023.

3. Silverstein RG, LeCroy K, Abu-Alnadi N**, Carey ET**, McClurg AM. Patient experiences with behavioral restrictions after minimally invasive hysterectomy. 50th Annual Society of Gynecologic Surgeons. Orlando, FL.  March 24-27th, 2024.

## TEACHING RECORD
### Program/Course Director

*UNC-Chapel Hill*

| DATES | LEARNERS | PRESENTATION TOPIC | FREQUENCY |
|---|---|---|---|
| 2016 - present | ▪ 25 OB/GYN residents | Diagnosis and Management of Chronic Pelvic Pain | ▪ 2, 1-hr lecture/yr. |
| 2016 - present | ▪ 3 Urogynecology fellows<br>▪ 2 OB/GYN residents | Evaluation and Management of Urogenital Pain | ▪ 1, 1-hr lecture/yr. |
| 2016 - present | ▪ 3 Pain Medicine fellows<br>▪ 2 Anesthesia residents | Diagnosis and Management of Chronic Pelvic Pain | ▪ 1, 1-hr lecture/yr. |
| 2016 - 2019 | ▪ 80 Medical Students | Multidisciplinary Pelvic Pain Lecture for 1st and 2nd year students | ▪ 1, 2-hr lecture/yr. |
| 2020 | UNC Medical students Telehealth Rotation | Workup of chronic pelvic pain via telemedicine | 1, 1-hr lecture/year |
| 2019 | ▪ 25 Family Medicine residents | Chronic pelvic pain- the role of the pelvic floor muscles | ▪ 1, 1-hr lecture/yr. |

| 2016 - 2018 | ▪ 25 OB/GYN residents | Identifying and Treating Laparoscopic Surgical Complications | ▪ 1, 2-hr seminars/yr. |
|---|---|---|---|

## Grand Rounds

### At UNC

1. New Frontiers in Vulvodynia. Department of Obstetrics and Gynecology Grand Rounds. University of North Carolina. Chapel Hill, NC. January 2021.

2. Predictors of Postsurgical Pain after Hysterectomy. Ross Society. UNC Department of Obstetrics and Gynecology. Chapel Hill, NC. June 2016.

3. Sacral Neuromodulation: The Next Big Thing in Complex Gynecologic Pain Syndrome? Department of Obstetrics and Gynecology/University of North Carolina. Chapel Hill, NC. May 2013.

### Outside UNC

1. Management of Endometriosis-Associated Pain. University of Pittsburgh-McGee. Department of Obstetrics and Gynecology. Endometriosis: Every Stage. Every Age. Harrisburg, PA. March 24, 2023.

2. Her Pain is Yours: Pain Management for Endometriosis. Department of Obstetrics and Gynecology. Grand Rounds. University of Tennessee Chattanooga.  May 15, 2022.

3. Vestibulodynia: Pain Beyond the Pelvis. Department of Obstetrics and Gynecology. Grand Rounds. Georgetown University/Med Star. January 2021.

4. Demystifying the Management of Chronic Pelvic Pain. Department of Obstetrics and Gynecology. Grand Rounds. Medical College of Georgia at Augusta University. Augusta, GA. November 2018.

5. The Modern Work-up of Chronic Pelvic Pain. Department of Obstetrics & Gynecology Wake Med, Raleigh, NC. Grand Rounds. March 2018.

6. Chronic Pelvic Pain: Look up and think outside the pelvis. Department of Obstetrics and Gynecology/Carolinas Medical Center. Grand Rounds. Charlotte, NC. May 2015.

7. Dysmenorrhea as a Chronic Pain Condition: Update from the OPPERA study. Department of Obstetrics and Gynecology/University of Vermont. Grand Rounds. Burlington, VT. January 2014.

8. Dysmenorrhea: A Functional (and Modifiable?) Chronic Pain Syndrome. Department of Obstetrics and Gynecology/Henry Ford Hospital. Grands Rounds. Detroit, MI. December 2013.

## Other International/ National/ Regional Presentations

### International

1. 'Psychosocial Perspectives' Moderator. International Pelvic Pain Society-Virtual Conference. Orlando, FL. October 1, 2022.

2. Beyond the Kegel: Targeted myofascial treatments for perioperative pelvic pain. Canadian Society for the Advancement of Gynecologic Excellence (CanSAGE). Online Education Seminar. April 19, 2021.

3. Pain Research Forum Seminar -- Vestibulodynia: Pain Beyond the Pelvis. International Association for the Study of Pain. Webinar due to COVID-19. November 2, 2020.

4. 'Vulvovaginal and Sexual Health' Moderator. International Pelvic Pain Society-Virtual Conference. October 17, 2020.

5. 'Preconference Interactive Case Review' Moderator. International Pelvic Pain Society-Virtual Conference. October 11, 2020.

6. Court is in Session: Review of Mass Tort Mesh Litigation. International Urogynecological Association. Nice, France. June 2015.

7. No Pain, No Gain. 43RD AAGL Global Congress on Minimally Invasive Gynecology- CME Post-Graduate Seminar on Chronic Pelvic Pain. Vancouver, CA.  November 2014.


*National*

1. Racial Disparities in Hysterectomy Route for Benign Disease**.** 52nd AAGL Global Congress on Minimally Invasive Gynecology.  Nashville, TN. November 5-8, 2023.

2. Educational blueprint: mapping objectives/reading list/video curriculum. 2022 FMIGS Directors Virtual Summit Sessions. November 4, 2022.

3. Pharmacologic Management of Neuropathic Pelvic Pain, How do Genetics Play a Role? 1st Annual Pudendal Neuralgia Conference. The Evaluation and Management of Pudendal Neuralgia; How Any Clinician Can Make a Difference. Baltimore, MD. November 5, 2022.

4. Endometriosis Management. American College of Obstetricians and Gynecologists. May 7, 2022.

5. Her Pain is Yours: Pain Management for Endometriosis. University of Tennessee Chattanooga.  May 19, 2022.

6. Pins and Needles: Behind the science of dry needling, acupuncture, trigger point injections and chemodenervation for patients with myofascial pelvic pain. 50th AAGL Global Congress on Minimally Invasive Gynecology.  Austin, TX. November 14-17, 2021.

7. Hold Back the Pills! Behavioral Therapies before and after Surgery to Manage Postoperative Pain. 49th AAGL Global Congress on Minimally Invasive Gynecology. Virtual. November 2020.

8. Genitourinary and Sexual Symptoms of Menopause- When, How and Why to Use Vaginal Moisturizers, Lubricants, and Hormone Therapy in Symptomatic Patients. 49th AAGL Global Congress on Minimally Invasive Gynecology. Virtual. November 2020.

9. The Role of the Cervix in Sex: Total Laparoscopic vs Supracervical Hysterectomy and Sexual Function. 49th AAGL Global Congress on Minimally Invasive Gynecology. Virtual. November 2020.

10. What a Pain! Modern Workup of Chronic Pelvic Pain. Montana Section and Idaho Section of The American College of Obstetricians & Gynecologists Annual Clinical Meeting. Big Sky, MT. January 2020.

11. Positioning, Optimization, and Laparoscopic Techniques for Obese Patients.  Montana Section and Idaho Section of The American College of Obstetricians & Gynecologists Annual Clinical Meeting. Big Sky, MT. January 2020.

12. The First Step in Avoiding Hysterectomy Complications: Understanding the Retroperitoneum. Montana Section and Idaho Section of The American College of Obstetricians & Gynecologists Annual Clinical Meeting. Big Sky, MT. January 2020.

13. MIGS Career Planning Roundtable. 47th AAGL Global Congress on Minimally Invasive Gynecology. Las Vegas, NV. Nov 2018.

14. Enhanced Recovery Pathways in Gynecologic Surgery. 46th American Association of Gynecologic Laparoscopists (AAGL) Global Congress of Minimally Invasive Gynecology, Washington, D.C. November 2017.

15. Post-Surgical Pain Response of the Pelvic Viscera: Pelvic Floor Tension Myalgia. 46th American Association of Gynecologic Laparoscopists (AAGL) Global Congress of Minimally Invasive Gynecology, Washington, D.C. November 2017.

16. Persistent Endometriotic Disease: Ovarian Remnant Syndrome and Disease after Menopause. 46th American Association of Gynecologic Laparoscopists (AAGL) Global Congress of Minimally Invasive Gynecology, Washington, D.C. November 2017.

17. Pelvic Pain, Modern Workup and Management. Annual Update in Obstetrics and Gynecology Course. The Brigham and Women's Hospital. March 2017,

18. Pelvic Pain Workshop: Case Based Practical Pearls. Annual Update in Obstetrics and Gynecology Course. The Brigham and Women's Hospital. March 2017.

19. Perioperative Pain Management to Reduce Acute and Chronic Postoperative Pain. Society of Laparoendoscopic Surgeons. Minimally Invasive Surgery Week Boston, MA.  September 2016.

20. New Vulvodynia Treatment options. ASCCP Annual Scientific Meeting. New Orleans, LA. April 2016.

21. Gynecologic Surgery for the General Surgeon. University of Kansas Medical Center. Kansas City, KS.  December 2015.

22. Chronic Pain after Hysterectomy: Patient Predictors and Risk Assessment. Society of Laparoendoscopic Surgeons. Minimally Invasive Surgery Week. New York, NY.  September 2015.

23. Psychological Aspects of Chronic Pelvic Pain. American Gynecological & Obstetrical Society. San Francisco, CA. September 2015.

24. Gynecologic Surgery for the General Surgeon. University of Kansas Medical Center. Kansas City, KS.  December 2014.

25. Sacral Neuromodulation: The Next Big Thing in Complex Gynecologic Pain Syndrome. Pain Society of the Carolinas. Charleston, SC.  December 2014.

26. Endometriosis and Pain. Society of Laparoendoscopic Surgeons. Minimally Invasive Surgery Week. Las Vegas, NV. September 2014.

27. Gynecologic Surgery for the General Surgeon. University of Kansas Medical Center. Kansas City, KS.  December 2013.

28. Dysmenorrhea: A Cyclic Chronic Pain Syndrome.  Department of Obstetrics and Gynecology/Mayo Clinic. Rochester, MN. November 2012.

*Regional*
1. Targeted Myofascial Pain Management. Area Health Education Center (AHEC) Conference. Cone Health. March 15, 2023.

2. Vaginismus: Spasms of Truth. New Hanover Medical Center, Wilmington, NC. Area Health Education Center (AHEC) Conference. February 2020.

3. Surgical Workshop: Positioning your Obese Patient for Laparoscopic Surgery. North Carolina Obstetrical and Gynecological Society. Raleigh, NC.  April 2019.

4. Updates in Chronic Pelvic Pain. New Hanover Medical Center, Wilmington, NC. Area Health Education Center (AHEC) Conference. February 2019.

5. Predictors of Post-Surgical Pain After Hysterectomy. Area Health Education Center (AHEC) Conference. New Hanover Medical Center, Wilmington, NC. Area Health Education Center (AHEC) Conference. February 2019.

6. Surgical Workshop: Mastering Gynecologic Surgical Techniques. Implementing Hand Morcellation in Your Practice. NC Obstetrical and Gynecological Society. Asheville, NC. April 2018.

7. Diagnosis and Management of Chronic Pelvic Pain. Center for Pain Research and Innovation. School of Dentistry. University of North Carolina, Chapel Hill, NC. April 2018.


## Research Teaching

*Director of Research, Division of Minimally Invasive Gynecologic Surgery (MIGS), UNC-Chapel Hill*

2016 - present          Learners: 2 Fellows: 1 fellow per year for a 2-year fellowship training program

A. Overall Responsibilities: Provide research guidance for 2 MIGS fellows (1 fellow/yr x 2 years), including study hypothesis development, study design selection, IRB preparation, study implementation, data coding and collection, data analysis, and abstract and manuscript preparation. Ensure that fellows achieve their research goals for their 2-year fellowship as required by the Fellowship of Minimally Invasive Gynecologic Surgery (FMIGS).

B. Research Meeting (weekly): Organize and lead weekly 1-hour research meetings attended by up to 3 faculty, 2 MIGS fellows and 1 research coordinator. These meetings entail reviewing divisional research projects with a focus on fellow and resident projects. Fellows present new ideas and receive constructive criticism to improve study design and methodology.  This forum is also used to revise abstracts for national meetings, review oral presentations and prepare thesis projects.

C. Journal Club (weekly): Organize and lead weekly 30-minute critical review of the assigned journal curriculum for FMIG fellows.

## Research Mentoring

**Table of Mentees** (see Research Mentoring Details for additional information)

| MENTEE | DATES | CURRENT POSITION |
|---|---|---|

**Fellows, Minimally Invasive Gynecologic Surgery**

| MENTEE | DATES | CURRENT POSITION |
|---|---|---|
| Carolina Kwon | 2023-present | Current 1st year fellow, UNC |
| Rachel Gina Silverstein | 2022-present | Current 2nd year fellow, UNC |
| Diamond Goodwin, MD | 2021--2023 | Assistant Professor, Dept of OBGYN Cedars-Sinai, CA |
| Asha McClurg, MD | 2020-- 2022 | Assistant Professor, Dept of OB/GYN University of North Carolina, Chapel Hill, NC |

| Jacqueline Wong, MD | 2019 – 2021 | Assistant Professor, Dept of OBGYN Oregon Health Sciences University |
|---|---|---|
| Paul Tyan, MD MSCR | 2018 – 2020 | Capital Women's Care Ashburn-VA |
| Noor Abu-Alnadi, MD MSCR | 2017-2019 | Assistant Professor, Dept of OB/GYN University of North Carolina, Chapel Hill, NC |
| Mitch Dizon, MD MSCR | 2016 - 2018 | Assistant Professor, Dept of OB/GYN University of Tennessee College of Medicine, Chattanooga, TN |
| Michelle Louie, MD MSCR | 2015 - 2017 | Assistant Professor, Dept of GYN Mayo Clinic, Scottsdale, AZ |

**Graduate Students, UNC-Chapel Hill School of Public Health**

| Zakiya M. Haji-Noor, MPH | 2021-present | PhD Candidate, Department of Epidemiology UNC Gillings School of Global Public Health |
|---|---|---|
| Beltran, Theo Gabriel, MPH | 2021-present | PhD Candidate, Department of Epidemiology UNC Gillings School of Global Public Health |
| Mia (Emilie) Mathura, MSPH | 2022 | MSPH, Maternal And Child Health UNC Gillings School of Global Public Health |
| Maya Wright, MPH, PhD | 2020 - 2022 | PhD, Department of Epidemiology SHEPS Center Health Services Research Fellow UNC Gillings School of Global Public Health |
| Denali Dahl, MS, PhD | 2018 - 2022 | PhD, Biomedical Engineering, UNC and NC State |
| Martha Grace Cromeens, JD, BSN, RN, PhD | 2018 - 2021 | PhD-Nursing, UNC Postdoctoral Fellow-Center for Enhancing Quality of Life in Chronic Illness (CEQL) Indiana University School of Nursing |

**OB-GYN Residents, Obstetricians and Gynecologists and Medical Students**

| Gina Silverstein, MD | 2020—2022 | UNC resident; Current 2nd year fellow, UNC |
|---|---|---|
| Austin Johnson, MD | 2022-present | UNC resident; Current 1st year REI fellow-University of Washington |
| Caroline Kwon | 2021-present | Rutgers resident; Current 1st year fellow |
| Ayana Degaia, MD MPH | 2020—present | 4th year UNC OBGYN resident |
| Renee Sullender | 2022-present | 4th year UCSD resident |
| Julie Cui | 2018-2019 | Vanderbilt Univ Med Ctr-TN resident |
| Caroline Cassling, MD | 2015 – 2019 | Obstetrician and Gynecologist MaineHealth |
| Carolyn Vu | 2014-2016 | University of Kansas School of Medicine |
| David Nelson | 2014-2016 | University of Kansas School of Medicine |

| Meghan Vaglio, MD | 2013-2016 | Obstetrician and Gynecologist Johnson County OB/GYN |
|---|---|---|

**Table of Research Mentoring Details by Type of Mentee**

| MIGS Fellows | Projects titles, progress and presentations | Manuscripts |
|---|---|---|
| **Asha McClurg, MD**<br><br>07/20 – 6/2022 | Projects<br>▪ Risk assessment in benign gynecologic surgery. Retrospective chart review collecting perioperative variables and testing in NSQIP Surgical Risk Calculator. This will be followed by the creation of a benign focused surgical risk calculator with testing on our cohort.<br><br>Presentations<br>1. McClurg AB, Moore KJ, Al-Jumaily M, Louie M, Abu-Alnadi N, Schiff L, **Carey ET**[#]. Evaluation of the American College of Surgeons National Surgical Quality Improvement Program Surgical Risk Calculator in Benign Laparoscopic Hysterectomy Patients. Submitted to 50th AAGL Global Congress on Minimally Invasive Gynecology.  Austin, TX. November 14-17, 2021.<br>2. McClurg AB, **Carey ET**[#]. Safe Approaches to Laparoscopy in the 3rd Trimester of Pregnancy. 50th AAGL Global Congress on Minimally Invasive Gynecology.  Austin, TX. November 14-17, 2021. | 1. McClurg AB, Moore KJ, Al-Jumaily M, Louie M, Abu-Alnadi N, Schiff L, **Carey ET**[#]. Evaluation of the American College of Surgeons National Surgical Quality Improvement Program Surgical Risk Calculator in Benign Laparoscopic Hysterectomy Patients. Manuscript in progress.<br>2. **Carey ET**, Moore KJ, McClurg A, Degaia A, Tyan P, Dieter AA. Racial Disparities in Hysterectomy Route for Benign Disease: Examining trends from 2007-2018 using the NSQIP database. Manuscript in progress. |
| **Jacqueline Wong, MD**<br><br>07/19 – 6/2021 | Projects (thesis)<br>▪ Medical device ergonomics including a national survey of Society of Gynecologic Surgeons and an intervention component to evaluate surgical strain<br><br>Presentations<br>1. Wong J, McClurg A, Moore K, Carey ET. Investigation of the Association Between Surgeon Sex and Laparoscopic Device Ergonomic Strain in Gynecologic Surgery. 47th Annual Scientific Meeting Society of Gynecologic Surgeons. Palm Springs, CA. June 2021.<br>2. Wong J, McClurg A, Moore K, **Carey ET**. Investigation of the Association Between Surgeon Sex and Laparoscopic Device Ergonomic Strain in Gynecologic Surgery. 2nd Annual UNC Women's Health Research Poster Presentation and Awards Program. May 2021.<br>3. Wong JKM, Reid M, Moore K, Saul K, **Carey ET**. Investigation of the association between surgeon sex and ergonomic strain with laparoscopic device use. Submitted to 50th AAGL Global Congress on Minimally Invasive Gynecology.  Austin, TX. November 14-17, 2021.<br>4. Moore KJ, Wong JMK, Dizon AM, Louie M, Moulder JK, Schiff LD, **Carey ET**[#]. 30-Day Incidence of Complications and Readmission after Myomectomy. Submitted to 50th AAGL Global Congress on Minimally Invasive Gynecology.  Austin, TX. November 14-17, 2021.<br>5. Wong JMK, McClurg A, **Carey ET**[#]. Abdominal wall injections for chronic pelvic pain: | 1. Wong J, McClurg A, Moore K, **Carey ET**[#]. Investigation of the Association Between Surgeon Sex and Laparoscopic Device Ergonomic Strain in Gynecologic Surgery. Submitted to the American Journal of Obstetrics and Gynecology 3/01/2021. 17 pages including title page/abstract/references.<br>2. Technology use in gynecologic surgery: from industry to the OR-Manuscript in progress for submission to Journal of Gynecologic Surgery. |

| | | |
|---|---|---|
| | An introduction and how to guide. Submitted to 50th AAGL Global Congress on Minimally Invasive Gynecology.  Austin, TX. November 14-17, 2021. Video abstract.<br>6. Wong JMK, McClurg A, **Carey ET**[#]. Levator ani trigger point injections and chemodenervation with onabotulinum toxin A (Botox): An introduction and how to guide. Submitted to 50th AAGL Global Congress on Minimally Invasive Gynecology.  Austin, TX. November 14-17, 2021. Video abstract.<br>7. Wong JMK, McClurg A, **Carey ET**[#]. Pudendal nerve blocks: An introduction and how to guide. Submitted to 50th AAGL Global Congress on Minimally Invasive Gynecology.  Austin, TX. November 14-17, 2021. Video abstract. | |
| **Paul Tyan, MD**<br><br>**07/18 – 6/20**<br>• 2nd year fellow, UNC | Project (thesis)<br>•Trends and Perioperative Outcomes Across Elective Benign Hysterectomy Procedures from the ACS-NSQIP 2007-2017. Manuscript in progress.<br><br>Presentations<br>1.   **Carey ET**, Tyan P. Pelvic Pain Targeted Physical Exam. 48[th]American Association of Gynecologic Laparoscopists (AAGL) Global Congress of Minimally Invasive Gynecology; Vancouver, BC Canada. November 2019.<br>2.   Tyan P, Taher A, **Carey ET,** Messersmith C, Robinson H, Vargas M, Moawad G. Effect of Perioperative Transfusion on Postoperative Morbidity Following Minimally Invasive Hysterectomy For Benign Indications. Society of Gynecologic Surgeons (SGS) 45th Annual Scientific meeting, Tucson, AZ, March 2019.<br>3.   **Carey ET**, Moore KJ, Jones H, Tyan P, Al-Jumaily M, Dieter AA. Racial Disparities in Hysterectomy Route for Benign Disease: Examining trends from 2007-2018 using the NSQIP database. 49[th]American Association of Gynecologic Laparoscopists (AAGL) Global Congress of Minimally Invasive Gynecology; Virtual. November 2020.<br>4. Tyan P, Taher A, **Carey ET,** Messersmith C, Robinson H, Vargas M, Moawad G. Effect of Perioperative Transfusion on Postoperative Morbidity Following Minimally Invasive Hysterectomy For Benign Indications. Society of Gynecologic Surgeons (SGS) 45th Annual Scientific meeting, Tucson, AZ, March 2019. | 1. Tyan P, Taher A, **Carey ET**[^], Amdur R, Sparks A, Tamim H, Gu A, Wei C, Moawad G. The Effect of Anemia Severity on Postoperative Morbidity Among Patients Undergoing Laparoscopic Hysterectomy for Benign Indications. Acta Obstetricia et Gynecologica Scandinavica (AOGS) Acta Obstet Gynecol Scand. 2020 Jan; 99(1):112-118. PMID: 31449328.<br>2. Tyan P, Taher A, **Carey ET**[^], Amdur R, Messersmith C, Robinson H, Gu A, Vargas M. Moawad G. Effect of Perioperative Transfusion on Postoperative Morbidity Following Minimally Invasive Hysterectomy for Benign Indications. J Minim Invasive Gynecol. 2019 Mar 28. PMID: 30930213<br>3. Tyan P, **Carey ET**[#]. Physiological Response to Opioids. Clinical Obstetrics and Gynecology. 2019 Mar;62(1):11-21. PMID: 30668556.<br>4. Tyan P. **Carey ET**. An Assessment of Minimally Invasive Gynecologic Surgery Fellowship Programs. Submitted to Journal of Surgical Education 3/06/2020. |

| | | |
|---|---|---|
| **Nisse Clark, MD MPH**<br><br>**07/17-06/19**<br><br>• Brigham & Women's MIGS Fellow 07/17-06/19 | **Project:**<br>▪ To assess the efficacy of a superior hypogastric plexus block (SHPB) for pain relief following laparoscopic hysterectomy<br><br>Presentations<br>1. Nisse V. Clark MD MPH, Parmida Maghsoudou, Kristin Voltzke, Alexandra North, Mobolaji O. Ajao MD MPH, Jon I. Einarsson MD PhD MPH, Michelle Louie MD MSCR, Lauren Schiff MD, Gaby Moawad MD, Sarah L. Cohen MD MPH, **Erin T. Carey, MD, MSCR**. Oral Presentation. Superior hypogastric plexus block for pain relief after laparoscopic hysterectomy: A randomized controlled trial. 48th American Association of Gynecologic Laparoscopists (AAGL) Global Congress of Minimally Invasive Gynecology; Vancouver, BC Canada. November 2019. | 1. Clark N~, Maghsoudou P, Moore K, North A, Mobolaji A, Einarsson J, Louie M, Schiff L, Moawad G, Cohen S, **Carey ET**[#]. Superior hypogastric plexus block for pain relief after laparoscopic hysterectomy: A Randomized Controlled Trial.  Obstet Gynecol. 2021 Apr 1;137(4):648-656. PMID: 33706344 |
| **Noor Abu-Alnadi, MD MSCR**<br><br>**07/17-06/19**<br>• Graduated UNC 2019<br>• Assistant Professor, UNC | Project (thesis)<br>▪Preoperative predictors of myofascial pain in hysterectomy patients.<br><br>Presentations<br>1. Abualnadi N, **Carey E**T. Preoperative predictors of myofascial pain in patients undergoing hysterectomy. 47th AAGL Global Congress on Minimally Invasive Gynecology. Las Vegas, NV. Nov 2018.<br>2. Abualnadi N, **Carey E**T. Preoperative predictors of myofascial pain in patients undergoing hysterectomy. 2019 ACOG Annual Clinical and Scientific Meeting. Nashville, TN May 2019. | 1. Abualnadi N, Moore K, Frame B, Carey ET[#]. Myofascial Pain in Hysterectomy Patients. Submitted to Journal of Minimally Invasive Gynecology 4/10/21. 19 pages including title page/abstract/references. |
| **Mitch Dizon, MD MSCR**<br><br>**07/16 – 06/18**<br>• Graduated UNC 2018<br>• Assistant Professor,<br>• University of Tennessee-Chattanooga | Project (thesis)<br>▪Evaluation of venous thromboembolism in minimally invasive and open myomectomy using the NSQIP database.<br><br>Presentations:<br>1. Dizon M, Strassle P, **Carey ET**. 30-Day Incidence of Complications and Readmission after Open Myomectomy. 47th American Association of Gynecologic Laparoscopists (AAGL) Global Congress of Minimally Invasive Gynecology; Las Vegas, NV November 2018.<br>2. **Carey ET**, Strassle P, Dizon M. 30-Day Incidence of Complications and Readmission after Abdominal Hysterectomy. 47th American Association of Gynecologic Laparoscopists (AAGL) Global Congress of Minimally Invasive Gynecology; Las Vegas, NV November 2018.<br>3. Misal M, Louie MY, Dizon AM, **Carey ET,** Siedhoff MT. Evaluating rates of UTI after post-hysterectomy cystoscopy with D50. Poster presentation at the Society of Gynecologic Surgeons (SGS) 2018 44rd Annual Scientific Meeting. Orlando, FL. March 11-14, 2018.<br>4. Dizon AM, Strassle PD, Schiff LD, Louie M, **Carey ET**, Moulder JK. Effect of body mass index | 1.Dizon AM, **Carey ET**. Minimally invasive gynecologic surgery in the pregnant patient: considerations, techniques, and postoperative management per trimester. Curr Opin Obstet Gynecol. 2018 Aug:30(4):267-271. PMID: 29889668.<br>2.Louie M, Strassle PD, Moulder JK, Dizon AM, Schiff LD, **Carey ET**. Uterine weight and complications after abdominal, laparoscopic, and vaginal hysterectomy. Am J Obstet Gynecol. 2018 June 27. PMID: 29959931. |

| | | |
|---|---|---|
| | on reoperation following hysterectomy. Oral presentation at the 46th AAGL Global Congress on Minimally Invasive Gynecology. National Harbor, MD. Nov 12-16, 2017.<br>5.Louie M, Strassle PD, Moulder JK, Dizon AM, Schiff LS, **Carey ET**. Correlation between uterine weight and postoperative outcomes following hysterectomy. Scientific virtual poster at the 46th AAGL Global Congress on Minimally Invasive Gynecology. National Harbor, MD. Nov 12-16, 2017.<br>6.Schiff LS, Strassle PD, Dizon AM, **Carey ET**, Moulder JK, Louie M. Effect of length of stay on postoperative infection and readmission following minimally invasive hysterectomy. Oral presentation at the 46th AAGL Global Congress on Minimally Invasive Gynecology. National Harbor, MD. Nov 12-16, 2017.<br>7. **Carey ET**, Strassle PD, Louie M, Dizon AM, Moulder JK, Schiff LS. Effect of endometriosis on urogenital fistula risk following hysterectomy. Scientific virtual poster at the 46th AAGL Global Congress on Minimally Invasive Gynecology. National Harbor, MD. Nov 12-16, 2017.<br>8.Moulder JK, Strassle PD, Louie M, **Carey ET**, Schiff LS, Dizon AM. Association of body mass index and complications following hysterectomy. Oral presentation at the 46th AAGL Global Congress on Minimally Invasive Gynecology. National Harbor, MD. Nov 12-16, 2017.<br>9.Dizon AM, Barber EL, Louie M, Moulder JK, Schiff LD, **Carey ET**. Venous thromboembolism in minimally invasive and open myomectomy. Poster presentation at the Society of Gynecologic Surgeons (SGS) 2017 43rd Annual Scientific Meeting. San Antonio, TX. March 26-29, 2017. | |
| **Michelle Louie, MD MSCR**<br><br>**07/15 – 06/17**<br>▪ Graduated from UNC, 06/17<br>▪ Assistant Professor, UNC | Project<br>▪ Evaluation of uterine weight and risk of hysterectomy (thesis)<br><br>Presentations<br>1. Schiff LD, Strassle PD, Louie M, **Carey ET**, Moulder JK, Dizon AM. "Effect of Length of Stay on Infection and Readmission Following Minimally Invasive Hysterectomy." Presented at the 46th American Association of Gynecologic Laparoscopists (AAGL) Global Congress of Minimally Invasive Gynecology, Washington, D.C., November 2017.<br>2. Louie M, Strassle PD, Moulder JK, Dizon AM, Schiff LD, **Carey ET**. "Laparoscopic hysterectomy has fewer complications than abdominal hysterectomy regardless of uterine weight: a nationwide cohort study". Presented at the Society of Gynecologic Surgeons (SGS) 44th Annual Scientific meeting, Orlando, FL, March 2018. | 1. Louie M, Strassle P, Moulder JK, Dizon M, Schiff L, **Carey ET**[#]. Uterine weight and complications after abdominal, laparoscopic, and vaginal hysterectomy. Am J Obstet Gynecol. 2018 Nov;219(5):480.e1-480. PMID: 29959931 |

| Residents | Projects titles, progress and presentations | Manuscripts |
|---|---|---|
| **Gina Silverstein, MD** 3/2021—6/2022 University of North Carolina School of Medicine<br><br>Current 1st year fellow, UNC | **Project** • To assess how credentialing standards and perceptions of safe use of robotic surgery in gynecology have changed over time, an anonymous survey was distributed to ACGME residency programs at two time points 9 years apart.<br><br>**Presentations** • Silverstein G, Moore K, **Carey ET**, Al-Jumaily M, Schiff L. Credentialing and patient safety in robotic gynecologic surgery: Changes over the last nine years. Submitted to 50th American Association of Gynecologic Laparoscopists (AAGL) Global Congress of Minimally Invasive Gynecology; Austin, TX. November 14-17, 2021. | 1. Silverstein G, Moore K, **Carey ET**, Al-Jumaily M, Schiff L. Credentialing and patient safety in robotic gynecologic surgery. Manuscript in progress. |
| **Avana Degaia, MD MPH**<br><br>9/2020—present University of North Carolina School of Medicine 3rd year UNC OBGYN resident<br><br>I am mentoring this resident in the evaluation of large database research. | **Project** • Evaluation of racial disparities in hysterectomy and route of hysterectomy trends | **1. Carey ET**, Moore KJ, McClurg A, Degaia A, Tyan P, Dieter AA. Racial Disparities in Hysterectomy Route for Benign Disease: Examining trends from 2007-2018 using the NSQIP database. Manuscript in progress. |
| **Caroline Cassling, MD** 1/2017-1/2019 University of North Carolina School of Medicine<br><br>I mentored this resident from 2nd-4th year of residency at the University of North Carolina. This was her resident research project. | **Project** • Use of historical surgical times to predict duration of hysterectomy: stratifying by uterine weight.<br><br>**Presentations** 1. Cassling C, Strassle P. Schiff L, Louie M, **Carey ET**. Use of historical surgical times to predict duration of hysterectomy: stratifying by uterine weight. 47th American Association of Gynecologic Laparoscopists (AAGL) Global Congress of Minimally Invasive Gynecology; Las Vegas, NV November 2018 | 1. Cassling C, Shay R, Strassle P, Voltzke K, Schiff L, Louie M, **Carey ET#**. Use of Historical Surgical Times to Predict Duration of Hysterectomy: Stratifying by Uterine Weight. J Minim Invasive Gynecol. 2019 Jan 9. PMID: 30639320 |
| **Meghan Vaglio, MD** 07/2014-3/2016 • University of Kansas School of Medicine Mentored this resident during her 2nd and 3rd years of residency. | **Project** • Video-Laparoscopic removal of interstitial pregnancy.<br><br>**Presentation** 1. Vaglio M. **Carey ET**. Laparoscopic removal of interstitial pregnancy. Video. 44th AAGL Global Congress on Minimally Invasive Gynecology.  Las Vegas, Nevada. November 2015. | |
| **Carolyn Vu** 7/2014-3/2016 • M.D. University of Kansas School of Medicine I mentored this student in her 3rd-4th years medical | **Project** • To evaluate the effect of advanced surgical training and the use of intrauterine device placement during laparoscopic surgery.<br><br>**Presentation** | |

| student at the University of Kansas. | 1. Vu C, Hernly E, Swan K, **Carey ET**. Impact of Minimally Invasive Gynecologic Surgery Fellowship Training on Concomitant Levonorgestrel Releasing Intrauterine Device Placement at the time of Laparoscopic Surgery. 44th AAGL Global Congress on Minimally Invasive Gynecology. Las Vegas, Nevada. November 2015 | |
|---|---|---|
| **Medical students** | **Projects titles, progress and presentations** | **Manuscripts** |
| **Julie Cui**<br>**9/2018-5/2020**<br>▪ University of North Carolina School of Medicine<br>I mentored this student in her 3rd-4th years medical student at the University of North Carolina. | Project<br>▪Describe the collaborative approach of patients with deep infiltrating endometriosis requiring combined gynecologic and colorectal surgical intervention.<br><br>Presentation<br>1. Cui J. Moore KJ, Louie M, Schiff L, Sadiq T, **Carey ET**. Combined Colorectal and Gynecology Laparoscopic Approach in Deep Infiltrating Endometriosis. Poster. 48th American Association of Gynecologic Laparoscopists (AAGL) Global Congress of Minimally Invasive Gynecology; Vancouver, BC Canada. November 2019. | 1. Cui J. Moore KJ, Louie M, Schiff L, Sadiq T, **Carey ET**. Combined Colorectal and Gynecology Laparoscopy Approach in Deep Infiltrating Endometriosis. Manuscript in progress. |
| **Dave Nelson**<br>**9/2015-3/2017**<br>▪ M.D. University of Kansas School of Medicine<br>I mentored this student in his 3rd-4th years medical student at the University of Kansas. | Project<br>▪Evaluation of gynecologic surgical volume and perioperative surgical complications.<br><br>Presentation<br>1. Nelson D, Blough A, Swan K, **Carey ET.** Impact of Annual Surgical Volume on Perioperative Morbidity in Benign Hysterectomy. Poster presentation 43rd Annual Society of Gynecologic Surgeons. San Antonio, Texas. March 2017. | |
| **PhD Candidates** | **Projects titles, progress and presentations** | **Manuscripts** |

| **Denali Dahl, MS**<br><br>**04/2018 – 5/2022**<br>▪ M.S. Global Health, Duke University, 2017<br>B.S. Nanoengineering, UC San Diego, 2015<br>▪ Current PhD Student, Joint Department of Biomedical Engineering UNC Chapel Hill & NC State University<br><br>▪ I served as co-mentor for her F31 Predoctoral Individual National Research Service Award. I assisted in concept development, study design, and grant writing. | Grants<br>▪ F31 Application submitted 8/02/2019 for the continued development of a novel, dissolvable film for vulvodynia treatment.<br><br>Projects<br>▪ Development of biodissovable film for vestibulodynia treatment.<br>▪ Pharmacokinetics of lidocaine film in mice vagina.<br><br>Presentation<br>1. Dahl D, Sharma P, **Carey ET**, Benhabbour R. A Novel Biodissolvable Film for Localized and Efficie Treatment of Vulvodynia. UNC/NCSU BioMedical Engineering September 2018.<br>2. Dahl D, Sharma P, **Carey ET**, Benhabbour R. A N Biodissolvable Film for Localized and Efficient Treatment of Vulvodynia. Biomedical Engineering Society. Philadelphia October 2019.<br>3. Dahl D, Whitesell A, Sharma-Huynh P, Janusziew R, Fox R, Loznev H, Dingemans T, Button B, **Carey** Benhabbour SR. A Novel Mucoadhesive Biodissolva Film For Localized **And** Efficient Treatment of Vestibulodynia. BMES 2020 Virtual Annual Meetin October 14-17, 2020.<br>4. **Carey ET***, Moore KJ, Dahl DK, Sharma P, Al-Jumaily M, Benhabbour R. Patient preference and acceptability of a novel drug delivery system for vestibulodynia. International Association for the Study of Pain. Amsterdam, Netherlands August 2021. | 1. Dahl D‡, Whitesell A, Sharma-Huynh P, Maturavongsadit P, Janusziewicz R, Fox R, Loznev H, Dingemans T, Button B, Schorzman A, Zamboni W, Ban J, Montgomery SA, **Carey ET***, Benhabbour R**. A mucoadhesive biodissolvable thin film for localized and rapid delivery of lidocaine for the treatment of vestibulodynia. International Journal of Pharmaceutics. 2022 Jan 25;612:121288. PMID: 34800616 |
| **Martha Grace Cromeens, JD, BSN, RN**<br><br>**03/2018 – 2022**<br>▪ BSN University of North Carolina 2014<br><br>▪ J.D. South Texas College of Law 2008<br><br>▪ I served as mentor for her F31 Predoctoral Individual National Research Service Award. I assisted in concept development, study design, and grant writing.<br>▪ I served as a content expert and mentor for her endometriosis projects. | Grants<br>▪ F31 Grant: Pathways to diagnosis of endometriosis among women of different socioeconomic statuses and races. F31NR018786<br><br>Projects<br>▪ Disability claims process for endometriosis and benign gynecologic conditions<br>▪Pathways to diagnosis of endometriosis: A scoping review.<br><br>Presentations:<br>1. Cromeens MG, **Carey E**, Robinson W, Knafl K, Thoyre S. Report of a Study Protocol for a Qualitative Inquiry into Women's Pathways to Diagnosis of Endometriosis. Academy Health 2020<br>2. Cromeens MG, **Carey E**, Robinson W, Knafl K, Thoyre S. Pathways to diagnosis of endometriosis: A scoping review. Academy Health 2020<br>3. Cromeens, MG, Thoyre S., Knafl, K, Robinson W, Tan KR, Carey ET. Federal Appeal Case Review of Social Security Disability Insurance and Supplemental Security Income Disability Claims by Women with Endometriosis. Academy Health 2020. | 1. Cromeens, M.G.++, Thoyre, S., **Carey, E***., Knafl, K., Robinson, W.R. Inquiry into women's pathways to diagnosis of endometriosis: A qualitative study protocol. J Adv Nurs. 2020. Oct 27 PMID: 33107642<br>2. Cromeens MG, **Carey E**, Robinson W, Knafl K, Thoyre S. Cromeens MG++, **Carey, ET***, RobinsonWR, Knafl K, Thoyre S. Timing, Delays and Pathways to Diagnosis of Endometriosis: A Scoping Review Protocol. Submitted to BMJ Open 1/20/2021. 15 pages including title page/abstract/references.<br>3. Cromeens, MG, Thoyre S., Knafl, K, Robinson W, Tan KR, **Carey ET**. Federal Appeal Case Review of Social Security Disability Insurance |

| | 4. Cromeens MG, Thoyre S, **Carey E**, Robinson W, Knafl K, Thoyre S. Family Influences in Pathways to Diagnosis of Endometriosis. International Family Nurses Conference. Virtual. June 2021. | and Supplemental Security Income Disability Claims by Women with Endometriosis. Manuscript in progress. |
|---|---|---|

## Attending on Clinical Service

2016-present   **Benign Gynecology**
Active mentor during the primary gynecologic surgery rotation for the UNC residents. Responsible for intraoperative education in the operating room, as well as perioperative and pelvic pain education in clinic and during weekly preoperative conferences.

2016-present   **Resident Pain Clinic**
Residents rotate through my pelvic pain clinic, learning the focused history and physical exam, as well as management and treatment strategies for these complex patients.

2016-present   **Rotation Director for Urogenital Pain Clinic**
Urogynecology fellows rotate through my pelvic pain clinic, with a monthly clinic dedicated to urogenital and mesh related pain disorders. We review the literature in mesh and surgical related pain and make clinical decisions regarding medical and surgical options for these patients.

2017-present   **Orofacial Pain Residency OBGYN Program Site Director**
Orofacial pain residents rotate through my clinic 4 sessions/year. I am responsible for the day-to-day supervision and oversight of resident activities during the rotation, assuring an adequate number of approved teaching (attending) and support staff and clinical experiences to meet educational goals in chronic pain management.

## Grants

*Active*

1R43HD112277-01 Bohorquez PI, Carey Co-PI                    6/01/2023–5/31/2024
A device to treat high-tone pelvic floor dysfunction in women
Role: Co PI
$384, 959, 0% Effort
SBIR Phase I. The goal of this project is to develop a commercial, interactive, wireless device and app for women with high tone pelvic floor dysfunction.

NC TraCS $5-50K Pilot Award (#550KR282109) Nathan (Co-PI) Carey (Co-PI)  07/01/2022-06/01/2024
Characterizing Depression Risk and Estradiol Dynamics in Black Women Undergoing Hysterectomy with Ovarian Preservation: A Pilot Study
Role: Co-PI
$50,000; 0% Effort
The overarching objective of this pilot application is to examine the course of depressive symptoms in Black women who undergo hysterectomy with ovarian preservation for uterine fibroids and to preliminarily gather data on ovarian hormone

dynamics in this population. The rationale is that fibroids are a common and understudied source of disability in women that disproportionately impact Black women: foundational research is needed to better understand the risk for depressive symptoms in this disproportionately impacted group and to preliminarily explore a possible mechanism underlying this risk.

Patty Brisben Foundation Carey (PI)                                     07/01/2022-06/01/2024
Clinical and Histologic Effects of Vaginal Estrogen Therapy in Female-to-Male Transgender (FTM) persons
Role: Principal Investigator
The purpose of this study is to evaluate the histological characteristics of vaginal epithelium specimens in FTM persons on long term testosterone therapy before and after local vaginal estrogen therapy.
$26,000, 0% Effort

1 P01 HD106485-01 Steve Young (PI)                                     09/01/2021-09/14/2026
Collaborative Center to Develop Improved Diagnostic and Therapeutic Approaches to Endometriosis.
Role: Co-Investigator
$7,013,541; 7% effort
The overall goal of the Center is to create new approaches, tools, and concepts to improve understanding of the pathophysiology of endometriosis. The approach will include the use of animal models to develop an imaging method for early diagnosis and increase understanding of endometriosis ontogeny, characterization of metabolic and inflammatory signatures associated with endometriosis, and investigate non-hormonal, nonsurgical treatments for endometriosis. The integrative approach is designed to investigate the link of the pathophysiological principle of progesterone resistance with epigenetic changes and use this information to identify potential therapeutic targets.

Wayne D. Kuni and Joan E. Kuni Foundation Doll (PI)                    04/1/2021-03/31/2024
Guidelines for Transvaginal Ultrasound In the Detection of Early Endometrial Cancer (GUIDE-EC)
Role: Co-Investigator
$1,200,000; 3% effort
A health services and community engaged project to identify a risk-based approach to evaluation for vaginal bleeding that eliminates the racial disparity present in the current clinical guidelines.

R01HD096331-01 Nackley Neely (PI)                                      09/11/18-5/01/24
Vestibulodynia: Understanding Pathophysiology and Determining Appropriate Treatments
a.k.a. Vestibulodynia: UPDATE.
Role: UNC Site Co-Investigator
UNC funding: $150,939; 10%
To compare efficacy of treatments in reducing pain, improving perceived physical, mental and sexual health and measure cytokines and microRNAs in women with vestibulodynia.  This work will provide insight into the mechanisms that drive pain perception and treatment responses in women with two subtypes of vestibulodynia.

*Completed*

Carey (Co-PI)                                                          7/01/2022-6/30/2023
Fund for the Future (FFTF)
Sponsor: Foundation of the AAGL
Role: Co-PI
$47,000; 0% effort
The AAGL Fund for the Future is structured to provide funding for fellows participating in the Fellowship in Minimally Invasive Gynecologic Surgery (FMIGS) program. Grants are provided through the financial support of private donors and industry sponsors. The goal is to promote interest in MIGS by making it possible for FMIGS sites to be partially or fully funded each year.

NSF Award ID 2229360 Carey (PI)                                        06/06/2022-06/05/2023
Development of a digital therapeutic device for high tone pelvic floor disorders.
NSF 21-552 Innovation Corps - National Innovation Network Teams Program (I-CorpsTM Teams)
Role: Principal Investigator

Participation in an entrepreneurial training program through NSF, focused on customer discovery in the development of an interactive pelvic floor platform for the treatment of women with chronic pelvic pain.
$50,000; 0% Effort

1R01MD011680 Robinson (PI)                                              09/26/17-06/30/22
Racial Differences in Treatment with Hysterectomy: A Multilevel Investigation
Role: Clinical Advisory Board
$1,020,055; 3% effort
This grant seeks to quantify the extent to which the clinical threshold for hysterectomy varies by race and/or ethnicity, and whether minority patients are differentially likely to be treated by low-volume providers and practices with a high propensity to perform hysterectomy. We will also seek to identify drivers of the dissemination of bilateral salpingectomy with ovarian retention at the time of hysterectomy, and the extent to which this dissemination varies by race and/or ethnicity.

Carey (Co-Investigator)                                                 7/01/2020-12/31/2021
UNC Center for Health Innovation's 2020 Innovation Pilot Award
Evaluation of Endometriosis with 18F-fluoroestradiol PET/MRI
Role: Co-Investigator
$50,000; 0% effort
Endometriosis occurs when the endometrium, the normal lining tissue of the uterus that provides menstrual flow, grows in the pelvic cavity. It affects 10-15% of reproductive aged women, yet the only definitive way to diagnose the disease with through surgery and histologic confirmation. This grant will be used to test a non-invasive approach for identifying endometriosis in women with disease.

1F31 NR018786-01 Cromeens PI                                           7/2019-6/2021
Pathways to Diagnosis of Endometriosis among Women of Different Socioeconomic Statuses and Races
Role: Content expert and dissertation committee member
0% effort

This study will apply a life course perspective to a diverse sample of women, to examine patient behavioral and environmental factors influencing symptom recognition, health maintenance and help-seeking so that we might better understand the pathways to diagnosis experienced by women with endometriosis. Aim 1 proposes to map pathways to diagnosis using qualitative interviews and analysis informed by a life course perspective through two sub-aims: (1) describing pathways and experiences of the women's symptom recognition, appraisal and management and (2) identifying differences in pathways and experiences among a socio-economically and racially diverse group of women.

                                                          10/17/20-10/16/21Carey/Wong (PI)
NC TraCS/ NIH Clinical and Translational Science Award (CTSA)
# 2KR1322008
An investigation of the association between surgeon sex and laparoscopic device ergonomic strain in gynecologic surgery
Role: Mentor
$2,000; 0% effort
Pilot study to evaluate energy and assess surgeon and trainee fatigue when using laparoscopic instruments. The hypothesis is that gender plays a substantial role and that female surgeons develop more discomfort utilizing laparoscopic instruments, leading to pain, injury, and reduced productivity. We will use novel methods for assessing fatigue

Carey (PI)                                                             7/01/2019-6/30/2020
UNC Center for Health Innovation's 2019 Innovation Pilot Award
A Novel Drug-Delivery System for the Treatment of Vestibulodynia
Role: PI
$50,000; 0% effort
Vestibulodynia (VBD) is a very common cause of sexual pain of reproductive aged women in the United States.  One of the first-line treatments for VBD, topical lidocaine 5% ointment, cream or gel, is difficult to apply due to the content and lack of a directed delivery system. Innovative vestibule medication delivery systems are needed to permit longer, directed therapy. This project will be the first to apply a mucoadhesive biodissovable film technology to the vulvar vestibule.

5113082 Carey (PI)                                                    4/01/2019-6/30/2019
Fund for the Future (FFTF)
Sponsor: Foundation of the AAGL
Role: PI
$47,000; 0% effort
The AAGL Fund for the Future is structured to provide funding for fellows participating in the Fellowship in Minimally Invasive Gynecologic Surgery (FMIGS) program. Grants are provided through the financial support of private donors and industry sponsors. The goal is to promote interest in MIGS by making it possible for FMIGS sites to be partially or fully funded each year.

## PROFESSIONAL SERVICE

### To Discipline

#### *American Association of Gynecologic Laparoscopists (AAGL)*

2019-2020 **Enhanced Recovery after Minimally Invasive Surgery (ERAMis) Task Force**
Invited group of MIS thought leaders to review the literature of Enhanced Recovery Pathways specific to MIS. Tasked with writing MIS recommendations to be published and presented at the annual AAGL meeting 11/2019. White Paper published in JMIG 2020.

2018-present **Member- The AAGL Professional Education Committee.**
This group oversees the educational activities of the AAGL, monitoring the extent to which educational objectives are being met in the sponsored courses, the quality of the instructional process, and the faculty's knowledge and presentation skills. The group is also responsible to assess the participants' perception of enhanced professional effectiveness and evaluate the audience for perceived commercial bias in presentations.

2017-present **Member-  Scientific Program/Global Congress Committee** - Abstract & Video
Review. The AAGL: Elevating Gynecologic Surgery.

2008-present **Association Member**

#### *American Gynecological & Obstetrical Society (AGOS)*

2023-present **Member**

#### *American College of Obstetricians and Gynecologists*

2015 –present **Fellow (FACOG)**

2006-present **Member**

#### *Fellowship of Minimally Invasive Gynecologic Surgery*

2021-present **Vice President – Executive Board of Fellowship of Minimally Invasive Gynecologic Surgery Board for the AAGL** (4-year position)
Responsible for executive functions and development of the fellowship, including movement towards ACGME accreditation.

2019-2022 **Chair -FMIGS Curriculum Standardization Committee** (3-year position)

Responsible for updating the FMIGS didactic curriculum for the fellows, including journal articles and associated video topics.

2019-present  **Member-FMIGS Curriculum Vision Task Force**
Dedicated to the restructuring of the fellowship curriculum to align with ACGME requirements.

2018-2020  **Director-At-Large-** Fellowship of Minimally Invasive Gynecologic Surgery Board for the AAGL (2-year position)
Responsible for representing fellowship program directors on the FMIGS Board.

2018-2021  **Member-FMIGS Quality Improvement Committee** (3-year position)
Coordinating quality improvement education and projects for participating fellowships across the nation.

2018-2019  **Member- FMIGS Curriculum Standardization Committee**


### *International Pelvic Pain Society*

2023-present  **Immediate Past-President**

2021-2022  **President**

2020-2021  **Vice President**

2019-2020  **Treasurer**
Executive Board position of the IPPS, responsible for organization, growth, and annual conference planning for the society. The Treasurer role additionally encompasses the financial governing and management of the society.

2018-2019  **Secretary**
Executive Board position of the IPPS responsible for organization, growth, and annual conference planning for the society.

2016-present  **Member- Scientific Program Committee** - Abstract review

2015–present  **Board Member**

2010-present  **Society Member**


### *Editorial Board*

2020-present  *Journal of Gynecologic Surgery*

### *Peer Reviewer*

2020-present  *Journal of Gynecologic Surgery*

2018-present  *Obstetrics & Gynecology*

2013–present  *Journal of Minimally Invasive Gynecologic Surgery*

### *Miscellaneous*

2012-2014      **Panelist-** Contemporary OB/GYN's Panel of Emerging Experts

11/2011        **ABC News Correspondent**-20/20 News Program, "Giving Life: A Risky Proposition"
               Freetown, Sierra Leone

<u>**At UNC**</u>

2016-present   **Division Director for MIGS**
               Oversee the Division at UNC campuses.

2016-present   **Member- Enhanced Recovery Leadership Committee**
               Anesthesia and Surgical collaborative group, responsible for supporting ERAS programs within UNC.

2018-2019      **Academic Career Leadership Academy in Medicine (ACCLAIM).**
               UNC-Chapel Hill School of Medicine
               A yearlong intensive program that meets weekly for 2-hours focusing on leadership and career
               development opportunities for junior faculty members.

**Research Statement**

Vestibulodynia (VBD) is the most common cause of sexual pain, affecting 10 to 28% of reproductive aged women in the United States, yet remains ineffectively treated by standard trial-and-error approaches. The pain is chronic, lasting over 3 months, and compromises psychological functioning, interpersonal relations and daily activity. As further evidence of its public health significance, VBD and related vulvar pain conditions cost the US economy over $70 billion annually. Two distinct VBD subtypes that may benefit from different types of treatment have been described: 1) VBD peripheral (VBD-p) subtype characterized by localized pain specific to the vulvar vestibule, and 2) VBD central (VBD-c) subtype characterized by pain at both vaginal and remote body regions. Sensitization of the peripheral vestibular nerves has been suggested as a possible pain mechanism vulvodynia.

Currently available topical 5% lidocaine has been highlighted as an effective treatment for VBD, however the inability to apply the topical treatment to the vulvar vestibule and short duration of treatment have limited therapeutic options. Systemic medications are often used, with varying outcomes and a noteworthy side effect profile. There have been no drug delivery developments in the symptomatic treatment of vestibular pain. In fact, one of the most extreme treatments of VBD is surgical removal of the vulvar vestibule, including the surrounding perineal skin, the mucosa of the posterior vulvar vestibule and the posterior hymenal ring. The vagina must then be undermined and advanced to close the defect. Reported success from this intervention is higher than other treatment options available, 60-90% success, however complications and risk of surgical intervention limit its standing as first or second line treatment. Surgical management of VBD is an option for management once less invasive treatment options have been employed.  Due to limited research in the etiology, prevention, diagnosis and effective treatments in vulvodynia, the Eunice Kennedy Shriver National Institute of Child Health and Human Development (NICHD) has made research in vulvodynia a priority.

Major knowledge gaps in the diagnosis and management of VBD has provided a significant opportunity for high quality and impactful research. I have published on the limited pharmacological options for women with neuropathic and chronic pelvic pain. I have also highlighted the dangers of chronic opioid use in reproductive aged women.  In my research career, I have focused on addressing these gaps through innovative multidisciplinary research and novel collaborative efforts. In this Research Statement, I will focus on my primary research and collaborations, and I will discuss my research mentoring and fellow education in the Teaching Statement.

The lack of phenotypic descriptors of vulvar pain disorders has driven me towards mentorship and guidance from the world's most eminent pain researchers. My interest in female pelvic and sexual pain disorders originated in residency, with a strong desire to care for women debilitated by pain. In fellowship at UNC, I was trained in minimally invasive gynecologic surgery (MIGS) and the management of pelvic pain, while concomitantly enrolled in the Master of Science in Clinical Research program through the UNC Department of Epidemiology. Following surgical fellowship, I elected to stay on an additional year as part-time faculty in the Division of MIGS while also participating as a fellow in pain medicine through the

Department of Anesthesiology. This year focused on refining my clinical management of chronic pain disorders of the pelvis, as well as applying anesthesia techniques and guided blocks to the nerves in the vagina and vulva. During my training at UNC, I collaborated on projects with the Division of Pain Medicine and with the Center for Neurosensory Disorders (CNSD) under the direction of Dr. William Maixner, specifically in regards to neurosensory disorders of the female pelvis. His transition to the Duke School of Medicine facilitated collaboration with Dr. Andrea Nackley in the Center for Translational Pain Medicine. Dr. Nackely is the PI of The Vestibulodynia: Understanding Pathophysiology and Determining Appropriate Treatments (UPDATe) Study. This is a multi-center randomized, double-blinded phase II clinical trial between Duke, UNC, and University of California- Los Angeles (UCLA) to determine the effectiveness of currently available treatment options for women with VBD as well as phenotyping patients. I serve as one of the two Co-PIs at UNC with Dr. Elizabeth Geller in the Division of Urogynecology. Dr. Geller and I also lead the UNC Urogenital Pain Clinic.

The common conceptual theme of my research experience to date has been focused on chronic pelvic pain conditions. There is a clear evolution in my work from residency and fellowship to my ongoing projects and collaborations. Throughout residency, I expressed a strong interest in gynecologic disorders, prompting my fellowship in minimally invasive gynecologic surgery. The theme of my research in residency and early fellowship focused on postoperative complications and surgical risk. It continued into my faculty practice where we have closely weighed the risk vs benefit of minimally invasive surgery. Using available case-specific data at UNC, we found that even for large uteri, a minimally invasive surgical approach is safer than an abdominal approach.

In residency, I performed a retrospective chart review evaluating the timeline of a postoperative venous thromboembolism (VTE) in women with gynecologic cancer, identified the majority of VTE as being detected more than one week postoperatively and associated factors including history of VTE, ovarian cancer and prolonged hospitalization. I initiated a project describing the pathologic findings of uteri after failed global endometrial ablation (failures secondary to irregular bleeding or pelvic pain). This study identified that women who underwent hysterectomy for pain after an endometrial ablation were more likely to have hematomata identified on pathologic specimen, even without imaging abnormalities.

Finally, a retrospective chart review was performed identifying the effect of morbid obesity on intraoperative complications. We identified an association with increasing BMI and worse complication severity, as well as longer operating time and increased blood loss. These studies provided an introduction to research methodology, as well as basic analysis and data interpretation. Active research queries utilizing the National Surgical Quality Improvement Program include evaluation of VTE after myomectomy and intestinal obstruction after hysterectomy. At UNC, I have further developed this research interest and collaborated clinically with Dr. Whitney Robinson on her R01, evaluating racial disparities and hysterectomy outcomes.

While pre-existing pain conditions are a leading cause for gynecologic surgery, pain persisting after a surgical procedure or the development of a de novo pain disorder suggests additional factors beyond the acute peripheral injury of surgery. The implementation of enhanced recovery pathways may reduce acute and chronic postsurgical pain in patients. In women who maintain pain or develop new pain after surgery, a heightened sensitivity of the central nervous system, called central sensitization, as well as psychosocial factors, may be contributory. We found that catastrophization was associated with women who continued to have pain, despite surgical management of endometriosis. This project was my first exposure to the review and analysis of validated psychological and pain measures. The objective of the latter project was to identify causes of sexual pain following hysterectomy, based on a literature review and expert opinion.

Postoperative pain control is an area of active investigation, as inadequate pain management can lead to an increased length of stay, readmission, chronic pain and opioid dependence. Superior hypogastric plexus block (SHPB) or presacral nerve block is another method that has shown promising results in patients undergoing abdominal hysterectomy. This, however, has not been evaluated in patients undergoing laparoscopic hysterectomy. In collaboration with Brigham and Women's Hospital and George Washington University, we conducted a multi-center single-arm randomized clinical trial to evaluate postoperative pain scores and opioid consumption. In minimally invasive hysterectomy, we did not find a difference in pain scores or opioid use after surgery with a plexus block. We are currently evaluating risk factors, including psychological risk factors, for persistent opioid use after hysterectomy in women, specifically with pre-existing depression, using a large private national claims database, MarketScan.

My research has also involved the development of a novel drug-delivery system for the treatment of VBD. I have collaborated with Dr. Rahima Benhabbour, an Assistant Professor through the UNC/NCSU Joint Department of Biomedical Engineering (BME) and Adjunct Associate Professor, UNC Eshelman School of Pharmacy and Center for Nanotechnology in Drug Delivery (CNDD).  We have developed a mucoadhesive biodissolvable lidocaine film, an innovative approach for localized and efficient treatment of VBD. We received the UNC Center for Innovation's Innovation Pilot Award in 2019 and have optimized the film, identifying two formulations prepared for animal studies. As the project ends in the spring of 2020, we will have completed the mice pharmacokinetics and safety data for the vestibular film.

In a continued effort to treat patients with nonopioid pain therapies, the NIH has a major program known as HEAL (Helping to End Addiction Long-term) Initiative. Additionally, the NINDS has developed a Preclinical Screening Platform for Pain (PSPP) to move forward the discovery of novel, nonopioid treatments for pain. The group is designed to identify effective pain treatments and then accelerate preclinical studies. The intellectual property is protected through confidentiality agreements, and the data is provided to the investigators at the end of the study.  We presented our early findings to the PSPP group in January 2020, with a positive response and are moving forward with confidentiality agreements for our film development.

Through my research, I have had the opportunity to be involved nationally in different academic endeavors. For our national organization, the American Association of Gynecologic Laparoscopists (AAGL) I have served as a scientific session moderator, abstract and grant reviewer, and am a member of the Quality Improvement committee. I am also the Pelvic Pain Special Interest Group Chair in the AAGL. I am on the board of the International Pelvic Pain Society (IPPS) and am its Treasurer. I have also been the scientific program director of IPPS from 2016-2019. In addition, I conduct regular manuscript reviews for *Obstetrics and Gynecology* and the *Journal of Minimally Invasive Gynecologic Surgery*.

Since joining the UNC faculty in March 2016, I have dedicated myself to building the division's research infrastructure and mentoring trainees. I serve as the Fellowship Director of MIGS, as well as the Research Director. I work closely with our research assistant and research nurse, and oversee all projects and deadlines. I am also responsible for ensuring that our fellows achieve their research goals.

I have successfully established a number of multi/interdisciplinary collaborations critical to advancing the science of female pelvic pain disorders.  Beyond my UNC relationships, I have also developed collaborations with investigators at other institutions, including Duke University, University of Michigan, Brigham and Women's Hospital and George Washington University.

I am thrilled to continue my robust clinical and translational projects in collaboration with my teams at UNC and beyond. Pelvic, sexual and postoperative pain are highly prevalent disorders that affect quality of life measures in women.  In addition, I will continue to motivate and inspire the next generation of trainees to advance women's health research.


**Teaching Statement**

As a clinical scientist, teaching comes in a variety of situations, with different learners along the way. Clinically, we teach our patients daily about their disease processes and treatment options, empowering them to make shared clinical decisions about their care. Academic medicine allows me to teach the best and the brightest, from medical students to residents to fellows. We work and learn together, at the bedside, in the operating room, through formal didactics and via mentoring and teaching the detailed process of research. As the Fellowship and Research Director in the Division of Minimally Invasive Gynecologic Surgery (MIGS), I am also actively involved with mentoring all levels of learners, from our research assistant to our junior faculty members.  My role is to guide the team with research interests, but also develop and grow their personal and career interests. My teaching philosophy is based in experiential learning and individual, paced development. Experiential learning is the basis of medical training - the old philosophy of 'see one, do one' is not lost, but it cannot be the only component of education. Combining experience with focused personal development results in the best education outcomes.

*Clinical Education*

Direct patient care is the most under-recognized area of teaching in academia. I serve as a core gyn clinical faculty for medical students on their OB-GYN rotation and regularly have students in my clinic. While they participate in patient care, they first watch the history and physical exam. They watch me explain chronic pain disorders to the patient, and educate

and empower her in the management of her illness. They watch me perform an intimate exam that reproduces the women's pain. They watch me counsel a woman and her partner on the forgotten emotional components of sexual pain. But after this, the medical students and residents have the opportunity to learn the detailed history of pelvic and sexual pain. I explain the nuances of the detailed pelvic examination for pain, using a diagram and a model. I demonstrate how to perform the exam on a patient. When the learner is comfortable, I allow them to perform the exam while I guide them through the process. We review the exam with directed feedback and suggestions for improvement. Surprisingly, my patients love having learners participate in their visits. Even though the topics and exams are intimate, the significant need for providers to be educated in female pain disorders is overwhelming. Most patients are thrilled to teach young doctors about how to diagnose and treat pelvic and sexual pain.

## *Education in the Operating Room*

As a surgeon, the operating room is the prime location for hands-on education. I actively engage all levels of learners and tailor my teaching to their needs. Many cases have multiple learners, which is a challenge for an educator. It is a dynamic process, assessing needs of the learners and appropriately devoting time to all team members. This 'needs assessment' is being performed with the ultimate goal of a safe and efficient surgical procedure. An example of this will be to review operating room etiquette with the medical student, teach them how to scrub, prep, and drape the patient and place the foley catheter and uterine manipulators. Once these skills are learned, they can move forward to more advanced skills, such as suturing or camera manipulation. With residents and fellows, I first gauge their previous experience and ask them where they want to focus their primary learning for the case. An example would be a resident who has limited experience with hysterectomy, and would like to focus on port placement, surgical effiencies and cuff closure. In the same case, the fellow may want to hone their retroperitoneal dissection, finding the ureter and isolating the uterine artery at its origin.  We utilize pre-surgical goal setting, post-surgical debriefing and a formal case evaluation through using a 'myTIP' report.  This report provides direct, documented feedback to the resident/fellow and their Program Director. While trainees integrate information and advance their surgical skills at difference paces, the desirable outcome is the same. Maintaining open dialogue and responding to learner feedback is imperative to this process.

## *Didactic Education*

While I am a clinician at my core, formal didactic sessions provide an important adjunct to bedside/operating room education. I have presented educational topics at national, regional and local settings, thereby reaching a wide variety of learners. Since 2016, I have provided formal sessions to medical students, residents and fellows. Since 2016, I have collaborated with pain medicine and an anatomist to provide a Multidisciplinary Pelvic Pain Lecture to the UNC medical students. I was the Course Director for the International Pelvic Pain Society's Basics Course from 2013-2015, creating the scientific program for the premiere introductory course on chronic pelvic pain across disciplines for residents, fellows, and faculty. I am on the board for the Fellowship of Minimally Invasive Gynecologic Surgery (FMIGS) and serve as the Chair for Curriculum Development. I have also taught introductory research lectures at the AAGL Boot Camp, a three-day introductory course for MIGS fellows across the country. In addition, I have been an invited speaker at numerous departmental Grand Rounds, and I have presented at regional and national meetings as detailed in my Curriculum Vitae. Locally, I present educational lectures to medical students, residents and fellows on a regular basis.

## *Research Education*

Experiential learning, with an individualized approach, is at the core of research education and mentorship. I have had the sincere privilege of assessing learners, their interests and their goals and then tailoring a plan for their research projects, using this information to develop their career plan, as well.  First, the learner develops a study question, identifies an ideal study design for the study, prepares an IRB, collects and analyzes data, interprets the results, and finally prepares an abstract, presentation and manuscript.

Our fellows have the opportunity to complete the Masters of Science in Clinical Research degree through the Gillings School of Public Health. Here, they learn the basics in their classes, but then we build on their skills and  teach them how to use a statistical analysis software program so they can individually perform the analysis. I teach them how to work with our research team, including our research assistants. I educate fellows and junior faculty on grant writing, manuscript preparation and career development. Beyond medical students, residents and fellows, I have had the opportunity to mentor graduate students in the UNC School of Nursing and the combined Biomedical Engineering Departments between UNC/NC State. These are examples of how my directed mentorship and individualized teaching develop the specific interests of the learner. As noted in my CV, I have successfully guided medical students, residents, fellows and graduate students through

numerous poster and oral presentations, as well as manuscript publications and grant applications. I have mentored junior faculty in our division, our department, and in other departments across the country, on how to achieve their research and career goals.

### Career Education

Career development is an important component of the education spectrum. I have led several workshops at AAGL focused on life after fellowship and career development. I have mentored medical students, residents, fellows, graduate students and junior faculty on pursuing the 'next steps' in their career.  This process includes reviewing and encouraging their individual career goals, assisting them with the preparation of their CV and cover letters, providing letters of recommendation/support, reaching out to colleagues regarding available positions and counseling on contract negotiations. I have developed detailed career development plans for my junior faculty and reviewed the pathway to promotion. I am deeply invested in my team, and committed to assisting trainee in this process, unique to academic medicine.

### Summary and Future Goals

Ultimately, my long-term career goal is to significantly impact women's health and pain management through innovative research in pelvic and sexual pain. I will continue my collaborative efforts in the development of novel pain treatments for female pain disorders and then translate these findings into improved clinical care. To achieve this goal, I am dedicated to studying multiple aspects of pain - acute, chronic and postsurgical pain. Through my extensive training, I have developed research skills and extensive multidisciplinary collaborations focused on improving female pain research. As demonstrated in my CV, I have received internal and external project funding and shown success in mentoring learners across the spectrum. I have achieved a strong national reputation, demonstrated by my board memberships in the FMIGS and in the International Pelvic Pain Society (IPPS).

As my career continues to grow at the University of North Carolina at Chapel Hill, I will remain focused on educating my patients as well as the outstanding medical students, residents, fellows and graduate students who I have the opportunity to teach. My goal is to foster an environment ripe for the development of future clinician-scientists, and to conduct innovative research as a leader in the field of Minimally Invasive Gynecologic Surgery.


## Diversity Statement

I am deeply committed to diversity, equity and inclusion in my work, community and at home. I am grateful to practice at our state institution, where the commitment to health care justice and equity is for all, regardless of race, ethnicity, religious affiliation, socioeconomic status, or gender identity.

Access and Success: Within the university, I promote diversity through my service on fellow faculty and staff search committees. In 2019 we added a diversity metric to our fellowship application to ensure we were purposefully capturing our dedication to DEI at UNC. Nationally, as a member of the Fellowship of Minimally Invasive Gynecologic Surgery (FMIGS) Board, we worked to improve DEI in the fellowship application by adding the race/ethnicity identification options to allow applicants to self-identify. Additionally, FMIGS removed the photo from the application to reduce programs' unconscious bias in the application process. I have also enjoyed participating in UNC's First and Second Look program and commit to participating in one program every two years.

Curriculum and Scholarship: I am dedicated to health equity, understanding that the outcomes for many disease processes are intimately tied to social support and healthcare access. In 2017 our division absorbed the 'resident pain clinic', bringing the most challenging patients directly into our clinical care regardless of payer status. Our clinic is equal access for all patients, when previously many patients on financial assistance, no insurance or Medicaid were diverted to the resident clinics, often delaying care to subspecialty services. This systemic change has equalized access to gynecologic pain management and surgical intervention for our highest need patients. We are currently working on a collaboration with our financial counselors on the development of a YouTube video designed to walk patients through completion of the charity care application (English and Spanish). I also am proud to work as a gender-affirming provider in the Transgender Health Program (THP)). The THP was established in 2019 to assist patients needing gender-affirming care navigate a complex healthcare system and connect to necessary services. It serves as the primary point of contact for transgender patients and coordinates referrals for medical, surgical, and mental health services with gender-affirming providers.

Community/Engagement: As the Minimally Invasive Gynecologic Surgery division director, I work with my division to engage in our DEI initiatives at the division and department level. Our division has provided several community webinars

on managing pelvic pain during the pandemic and we are working on another all-access webinar with the UNC Health Foundation on uterine leiomyoma symptoms and treatment options. As the pandemic eases, we will transition these platforms to community events to educate our patients.

Climate & Intra/Intergroup Relations: Education is key to promoting an inclusive learning and work environment. I engage in our departments annual DEI training and annual implicit bias training and have added a bi-annual journal club on diversity/gender/racial disparities in medicine for our fellows and residents to our journal club schedule. I have also facilitated several research projects on access to care in the healthcare system to identify how we can continue to improve our process.

I am committed to eliminate disparities and empower the students we educate and the patients we serve through excellence in clinical care, education and research throughout my career at UNC.

Exhibit C

| First Name | Last Name | Dr. Amin Medical Records (From Initial Production) | D&C? | Laparoscopy? | Cystectomy? | Resection of Hydrosalpinx? | Page From Dr. Amin Records Evidencing Surgery | Date of Procedure |
|---|---|---|---|---|---|---|---|---|
| A | A | Amin_0004800 | Yes | No | No | No | Amin_0004809 | 7/19/2019 |
| A | A | Amin_0004800 | Yes | Yes | Yes | No | Amin_0004837 | 3/14/2019 |
| A | M | Amin_0006211 | Yes | Yes | No | No | AMIN_0006222; AMIN_0006216 | 1/11/2020 |
| A | A | Amin_0004650 | Yes | Yes | Yes | No | Amin_0004673 | 8/16/2019 |
| M | A | Amin_0004321 | Yes | Yes | Yes | No | Amin_0004348 | 12/6/2019 |
| L | A | Amin_0005842 | Yes | Yes | Yes | No | Amin_0005883 | 1/17/2020 |
| P | B | Amin_0005676; Amin_0015754 | Yes | Yes | No | No | Amin_0005791 | 8/23/2019 |
| A | B | Amin_0004007; Amin_0004196; Amin_0005470; Amin_0015599; Amin_0015618; Amin_0015622 | Yes | Yes | No | No | Amin_0004010; Amin_0015602 | 3/13/2020 |
| S | C | Amin_0004413; Amin_0004753; Amin_0005817 | Yes | Yes | Yes | No | Amin_0004416 | 5/15/2020 |
| M | C | Amin_0004075 | Yes | Yes | Yes | No | Amin_0004085 | 8/14/2020 |
| M | C | Amin_0004352 | Yes | Yes | Yes | No | Amin_0004356 | 9/4/2020 |
| D | C | Amin_0005515 | Yes | Yes | Yes | No | Amin_0005521 | 10/16/2018 |
| C | C | Amin_0004780; Amin_0004465; Amin_0004915 | Yes | Yes | No | No | Amin_0004919 | 9/13/2019 |
| K | C | Amin_0004472; Amin_0005810 | Yes | Yes | Yes | No | Amin_0004503 | 4/5/2017 |
| D | C | Amin_0005283 | Yes | Yes | Yes | No | Amin_0005285 | 2/14/2020 |
| L | D | Amin_0009947 | Yes | Yes | Yes | Yes | Amin_0009965 | 5/28/2019 |
| K | D | Amin_0002563 | Yes | Yes | Yes | No | Amin_0002572 | 2/22/2020 |
| W | D | Amin_0001846 | Yes | Yes | No (Aspiration of cysts) | Yes | Amin_0001864 | 1/29/2019 |
| D | D | Amin_0003978 | Yes | Yes | No | Yes | Amin_0003980 | 5/15/2020 |
| R | F | Amin_0002202 | Yes | Yes | Yes | No | Amin_0002215 | 2/7/2020 |
| M | F | Amin_0002093 | Yes | Yes | Yes | No | Amin_0002096 | 12/4/2019 |
| Y | F | Amin_0007494 | Yes | Yes | Yes | Yes | Amin_0007499 | 5/23/2019 |

CONFIDENTIAL

| First Name | Last Name | Dr. Amin Medical Records (From Initial Production) | D&C? | Laparoscopy? | Cystectomy? | Resection of Hydrosalpinx? | Page From Dr. Amin Records Evidencing Surgery | Date of Procedure |
|---|---|---|---|---|---|---|---|---|
| I | G | Amin_0002290 | Yes | Yes | Yes | No | Amin_0002294 | 8/2/2019 |
| A | G | Amin_0002667 | Yes | Yes | Yes | No | Amin_0002667 | 2/15/2020 |
| C | G | Amin_0002776 | Yes | Yes | Yes | No | Amin_0002778 | 10/11/2019 |
| L | G | Amin_0002984 | Yes | Yes | Yes | No | Amin_0002990 | 2/22/2019 |
| N | G | Amin_0002003 | Yes | Yes | Yes | No | Amin_0002014 | 7/12/2019 |
| S | G | Amin_0001704 | Yes | Yes | No | No | Amin_0001730 | 4/4/2019 |
| O | I | Amin_0001351 | Yes | Yes | Yes | No | Amin_0001362 | 5/23/2019 |
| K | L | Amin_0008724 | Yes | Yes | Yes | No | Amin_0008729 | 11/13/2018 |
| R | L | Amin_0007639 | Yes | Yes | Yes | No | Amin_0007645 | 11/22/2019 |
| R | M | Amin_0007290 | Yes | Yes | No (Aspiration of cysts) | No | Amin_0007294 | 4/25/2019 |
| S | M | Amin_0008220 | Unknown | Unknown | Yes | Unknown | Not in File | 9/27/2019 |
| C | M | Amin_0007968 | Yes | Yes | Yes | No | Amin_0007983 | 10/18/2018 |
| M | N | Amin_0007879 | Yes | Yes | Yes | No | Amin_0007884 | 8/16/2019 |
| S | N | Amin_0007011 | Yes | Yes | No | No | Amin_0007018 | 3/4/2017 |
| C | P | Amin_0007820 | Yes | Yes | Yes | Yes | Amin_0007828 [Next page missing from records; see ICH records] | 6/26/2020 |
| E | P | Amin_0008667 | Yes | Yes | Yes | No | Amin_0008670 | 3/21/2019 |
| B | P | Amin_0007070; Amin_0007345 | Yes | Yes | Yes | No | Amin_0007104 | 7/12/2019 |
| E | R | Amin_0009757 | Yes | Yes | No | No | Amin_0009768 | 6/21/2019 |
| Y | R | Amin_0009670 | Yes | Yes | Yes | No | Amin_0009674 | 3/13/2020 |
| A | R | Amin_0010173 | Yes | Yes | No | No | Amin_0010176 | 1/3/2020 |
| Y | R | Amin_0008061 | Yes | Yes | Yes | No | Amin_0008063 | 8/28/2020 |
| Y | R | Amin_0010749 | Yes | Yes | Yes | Yes | Amin_0010768 | 12/13/2019 |
| E | S | Amin_0009295 | Yes | Yes | Yes | No | Amin_0009297 | 1/3/2020 |
| M | T | Amin_0010551 | Yes | Yes | Yes | No | Amin_0010554 | 11/13/2018 |
| V | V | Amin_0009250 | Yes | Yes | Yes | No | Amin_0009253 | 9/6/2019 |
| V | V | Amin_0009535 | Yes | Yes | Yes | No | Amin_0009541 | 5/15/2020 |
| A | V | Amin_0010749 (first page); Amin_0011016 | Yes | Yes | No | No | Amin_0011045 | 12/13/2019 |
| F | W | Amin_0008843 | Yes | Yes | Yes | Yes | Amin_0008889 | 3/21/2019 |
| D | W | Amin_0009189 | Yes | Yes | No | Yes | Amin_0009244 | 1/3/2020 |

CONFIDENTIAL

Surgical Procedures

| First Name | Last Name | Dr. Amin Medical Records (From Initial Production) | D&C? | Laparoscopy? | Cystectomy? | Resection of Hydrosalpinx? | Page From Dr. Amin Records Evidencing Surgery | Date of Procedure |
|---|---|---|---|---|---|---|---|---|
| J | W | Amin_0010683 | Yes | Yes | Yes | No | Amin_0010741 | 12/6/2019 |
| L | X | Amin_0010934 | Yes | Yes | No | No | Amin_0010968 | 6/6/2020 |
| C | Y | Amin_0010229 | Yes | No | No | No | Amin_0010257 | 3/14/2019 |

CONFIDENTIAL

NBCU003856

Hysterectomies

| First Name | Last Name | Dr. Amin Medical Records (From Initial Production) |
|---|---|---|
| B | P | Amin_0007070; Amin_0007345 |
| C | M | Amin_0007968 |
| K | C | Amin_0004472; Amin_0005810 |
| R | F | Amin_0002202 |
| W | D | Amin_0001846 |

CONFIDENTIAL

NBCU003857

Other Patients

| First Name | Last Name | Dr. Amin Medical Records (From Initial Production) |
|---|---|---|
| A | A | Amin_0005821 |
| A | R | Amin_0010840 |
| E | P | Amin_0006031 |
| G | L | Amin_0008493 |
| J | H | Amin_0003087 |
| L | T | Amin_0010363 |
| J | F | Amin_0001489 |
| K | G | Amin_0008625 |
| K | C | Amin_0005031 |
| K | R | Amin_0022259 |
| L | W | Amin_0010623 |
| M | B | Amin_0006713 |
| M | J | Amin_0006901 |
| S | M | Amin_0011048 |
| S | S | Amin_0010408 |
| T | S | Amin_0011139 |
| Y | Y | Amin_0009448 |

CONFIDENTIAL

NBCU003858

# Exhibit D

Exhibit E

Materials Submitted for Closed Briefing of the
Senate Democratic Caucus
October 2020
Page 20

Testimony of

TED L. ANDERSON, MD, PhD, FACOG, FACS

PROFESSOR AND VICE CHAIR FOR CLINICAL OPERATIONS
DIRECTOR, DIVISON OF GYNECOLOGY
DEPARTMENT OF OBSTETRICS AND GYNECOLOGY
VANDERBILT UNIVERSITY MEDICAL CENTER

Closed Session Briefing Before the

DEMOCRATIC CAUCUS OF THE UNITED STATES SENATE

October 26, 2020

---

Good afternoon Chairman Schumer, members of the Senate Democratic Caucus, and staff. I am Dr. Ted Anderson, currently the Vice Chair for Clinical Operations and Director of the Division of Gynecology at Vanderbilt University Medical Center. Although I am correctly identified as the immediate past president of the American College of Obstetricians and Gynecologists, I do not appear before you today in that capacity, and my comments do not necessarily represent the opinions of that professional organization, rather as a board-certified obstetrician-gynecologist with over 25 years of experience in gynecologic surgery.

I am addressing you here today regarding serious concerns that I and my colleagues have regarding gynecologic care of women at the Irwin County Detention Center. The foundation of appropriate care is based on mutual trust and respect. Physicians must be the guardians of that trust, especially in a population of women who do not possess the free will to choose their doctor, nor when and how they may receive care. I represent to you today concerns that I and my colleagues have about the quality and appropriateness of gynecologic care administered by Dr. Mahendra Amin, which was coordinated through the Irwin County Detention Center.

CONFIDENTIAL

Materials Submitted for Closed Briefing of the
Senate Democratic Caucus
Page 21

Attorney Adam Snyder was engaged to assemble a team of women's health professionals to review the records of 19 women who have brought forth complaints regarding their gynecologic care while at the detention center. This team consists of 9 board certified OBGYNs and 2 Advanced Practice Women's Health Nurse Practitioners. Records for each detainee were obtained from the Irwin County Detention Center and joined with translated transcripts from interviews with some detainees. Each record was reviewed independently by at least 2 healthcare professionals on our team. I have personally reviewed the entire collection of over 3,200 pages.

Although the documents from the detention center admittedly represent an incomplete medical record, which poses a problem in and of itself, there is sufficient detail regarding the gynecologic care of these individuals to allow the reviewers to recognize patterns in the evaluation and care of these women. Importantly, the observations expressed by the multiple reviewers were congruent. Specifically, there is concern regarding a pattern involving inaccurate over-interpretation of laboratory and imaging evaluations, inappropriate recommendations for overly aggressive interventions, including unnecessary surgery, without trial or discussion of more conservative alternatives, and failure to obtain informed consent from patients for interventions that were planned or carried out.

Dr. Amin frequently recommended and performed D&C procedures in patients who described any menstrual bleeding complaint, even when such an intervention was not warranted by the patient's age, medical history, and uterine lining assessment by ultrasound when simple changes in hormonal therapy could be offered or, at most, an endometrial biopsy in the office would suffice. Many of his ultrasound findings, for example fibroids, were inconsistent with those of hospital-based radiologists. Further, he frequently identified ovarian follicles, a benign component of normal ovarian function, and portrayed

2

FREE_0004905

Materials Submitted for Closed Briefing of the
Senate Democratic Caucus
Page 22

them as worrisome cysts that resulted in removal of portions of the ovary, when the
appropriate intervention should have been repeat ultrasound in 4-6 weeks to ensure their
spontaneous resolution. Even more concerning is that, even after undergoing such
aggressive evaluation and surgical intervention, the complaint for which the patient was
initially sent to him by the detention center, for example an umbilical hernia in one case,
was never addressed.

In addition to the surgical interventions per se, there are two other observations
from the records obtained from the Irwin County Detention Center that were disturbing.
First, as mentioned previously, records of the medical and surgical care these patients
underwent were incomplete. This is an affront to the principle of good clinical practice,
especially in a facility entrusted to oversee the medical care of its residents. It is concerning
to think that if these patients were to develop surgical complications or other adverse
consequences from their surgical interventions, the incomplete medical record would
complicate and delay appropriate care, regardless of the urgency. Secondly, patients
indicating their surprise at finding abdominal incisions and statements that they did not
know what was done to them or why, illustrates that there was no adherence to informed
consent and shared decision-making.

In closing, I will hasten to say that this team welcomes the opportunity to review
more complete medical records of these, and any other patients who might be identified, if
the records become available. However, we maintain that, while giving a more thorough
understanding of the course of events in these patients, it will not alter, much less negate
the opinions currently expressed.

As champions of women's health care, especially for vulnerable populations such as
these patients, we stand behind the assertion of the supplied report that our findings

3

FREE_0004906

warrant a more comprehensive investigation of the gynecologic care provided to the residents of the Irwin County Detention Center.

Thank you for the opportunity to present our findings to this group. We are happy to address and questions you might have.

_____

CONFIDENTIAL

Exhibit F

**CLOSE HOLD – MEMBERS OF CONGRESS**
**& Representatives of ICDC Medical Abuse Survivors**

**Executive Summary of Findings by the Independent Medical Review Team Regarding Medical Abuse Allegations at the Irwin County Detention Center [1]**

**October 21, 2020**

<u>**Independent Medical Review Team**</u>

An Independent Medical Review Team was assembled comprising **9 board-certified OBGYNs** who are affiliated with major academic medical centers, and **2 nursing experts**:

| | | |
|---|---|---|
| Ted Anderson, MD<br>Vanderbilt University | Haywood L. Brown, MD<br>University of South Florida | Sarah Collins, MD<br>Northwestern University |
| Caron Jo Gray, MD<br>Creighton University | Julia Geynisman-Tan, MD<br>Northwestern University | Geri D. Hewitt, MD<br>Ohio State University |
| Margaret Mueller, MD<br>Northwestern University | Andrea Shields, MD<br>Baylor College of Medicine | Geoffrey Schnider, MD<br>Baylor College of Medicine |
| Michelle Collins, PhD, CNM<br>University of Illinois, Chicago | Suzanne McMurtry Baird, DNP, RN<br>Clinical Consultant | |

<u>**Findings of the Independent Review Team**</u>

◆ To date, we reviewed records of 19 women who allege medical maltreatment during their detention at ICDC. These were the first records available and were limited by production from the facility, which appears incomplete. Records of other women are being reviewed as they are received.

◆ **Our findings reveal a disturbing pattern that warrants further investigation**: one in which many women either underwent abdominal surgery or were pressured to have a surgery that was not medically indicated and to which they did not consent.

◆ **Our review also raises important questions regarding the possible complicity of ICDC in a pattern of abuse by a contracting gynecologist**, including patients who state they were referred to that gynecologist for non-GYN complaints, unrequested referrals for psychiatric evaluation when women refused to undergo procedures recommended by that gynecologist, missing and incomplete medical records, and reports of retaliation against women. These, too, warrant action.

---

[1] This report summarizes the collective efforts of the medical and nursing experts who gave their time to review the records and accounts of survivors at the Irwin County Detention Center, together with Adam Snyder and Karla Loera of The **ALLGOOD** Foundation, Shayna S. Cook and Dr. Emma C. Ross of Goldman Ismail Tomaselli Brennan & Baum, LLP, The Women's Health Alliance, Kralovec Jambois & Schwartz, and the lawyers and staff of these organizations.

This work would not be possible without the support of attorneys R. Andrew Free and Sarah Owings, Project South, the Southern Poverty Law Center, and the countless other advocates and representatives of ICDC Medical Abuse Survivors.

NBCU001962

A staggering number of women experienced one or more of the following:

- **Surgery that was overly aggressive**, **without demonstration of medical necessity.**
  All charts reviewed lacked adequate assessment or documentation of the patient's history, degree of discomfort from gynecologic symptoms, relevant physical exam findings, or discussion of treatment options. In all cases, there is not adequate documentation of risks, benefits, and alternatives to the recommended procedures.

- **Pressure to have unnecessary surgery without a discussion of risks, benefits, or alternatives,** including one woman who was told she needed removal of her uterus, fallopian tubes, and ovaries. In addition, surgery appears to have been performed without a complete medical history that would have revealed critically important information such as drug allergies or a history of blood clots.

- Several women indicate that they were referred for psychiatric treatment when they refused.

- Overly aggressive procedures that were inconsistent with the standard of care, including:

  * Inappropriate, un-consented transvaginal procedures, such as ultrasounds, Pap tests, and LEEP procedures that were not indicated;
  * Exaggerated interpretations of imaging results in order to justify surgical intervention. E.g., normal ovarian follicles were repeatedly labeled "cysts," and findings labeled abnormal by the gynecologist were contradicted by formal radiology or pathologic findings.
  * Less invasive methods were not adequately pursued.

- **None of the women appear to have received adequate informed consent.** The single case with any signed consent has an English language consent for a woman whose primary language appears to be Spanish. Many of these women further confirm in their interviews and declarations that they did not consent to the invasive procedures performed.

## Patterns of Aggressive and Unethical Care

**This pattern of overly aggressive treatment is alarming.** Women were referred, sometimes for non-gynecological complaints, to a contracting gynecologist. Once in his office, they were subjected to procedures that were often not indicated, such as a transvaginal ultrasound. The provider then interpreted ultrasound findings as abnormal when they were not, prescribed an inadequate trial of medical management (such as hormonal therapy), allegedly without explaining what he was doing or why, and when that failed, proceeded to surgery when it was not medically indicated. The experiences of the below women exemplify this pattern:

- ICDC notes indicate that YRJ, age 36, was referred to Dr. Amin for STD testing; she does not report having had gynecologic complaints, and says she wished to see a doctor for rib pain. She also reports that her menses were always normal, and that she had no associated pain. Though some notes suggest it was ordered, there are no actual results of STD testing available in her records. Dr. Amin performed a transvaginal ultrasound without any clear indication for doing so. He read that ultrasound as showing ovarian cysts and a "moderately enlarged" uterus and prescribed her Depo Provera, again without any clear indication. Depo Provera may in some circumstances be an appropriate treatment for gynecologic complaints, but its indication should be clearly documented— and, as with most hormonal therapies, a trial of at least three months is necessary in order to evaluate its effectiveness. Moreover, a known side effect of Depo Provera is irregular bleeding, particularly in the first months of administration. Neither a clear indication nor an adequate trial for efficacy were documented here: one month after administering Depo Provera, Dr. Amin scheduled YRJ for dilation and curettage and laparoscopy.

NBCU001963

It appears that YRJ underwent that surgery, but the indication for it is unclear. She was not fully worked up for chronic pelvic pain, and it is not clear that she ever even complained of such pain. If irregular bleeding were her primary issue, she should have been given a longer trial of hormonal therapy (or perhaps different hormonal options) before surgery. As is true of many patients, there is no signed consent in the records that were produced.

◆ MCR requested referral for a painful umbilical hernia, which is a non-gynecological complaint. She was 27 years old at that time. Her sworn testimony states that she did not request to see a gynecologist. She was referred to Dr. Amin, who reported a history of irregular bleeding. Dr. Amin performed a transvaginal ultrasound and a Pap test. Her Pap was normal, with no evidence of intra-epithelial lesion. She did, however, test positive for high-risk HPV. Appropriate management would have been to repeat the Pap test in a year. Instead, Dr. Amin told her she could have cancer (despite there being no evidence for that on pathologic examination) and recommended a loop endosurgical excision procedure (LEEP), which was not indicated. On ultrasound, Dr. Amin reported observing a 5 cm ovarian cyst, for which he recommended immediate surgery. More appropriate care would be a follow up ultrasound, particularly in a 27-year-old woman, for whom an ovarian cyst is more likely to be functional and benign. Dr. Amin performed a LEEP, D&C and laparoscopy less than 4 weeks later, which was not indicated based on her presentation. No records of the actual surgery are available, and there is no consent in the records that were produced.

◆ WD, age 48, presented with urinary symptoms and tested positive for a urinary tract infection. One month later she underwent an exploratory laparoscopy and dilation and curettage with Dr. Amin. While Dr. Amin's admission note states that the indication for surgery was "heavy flow with severe unbearable cramps," few preoperative records are available and none of the available records indicate what conservative measures, if any, were attempted before surgery. She reports that did not know she was scheduled for surgery until she was told the morning of surgery that she was to report to the hospital. Dr. Amin's operative note from that laparoscopic procedure indicates her uterus was 16 weeks size. However, that "finding" is inconsistent with a formal radiology report that showed a normal size uterus (6.3 x. 6.4 x. 7.4 cm) nineteen days prior to surgery. Three months after her first surgery, Dr. Amin scheduled a total hysterectomy and bilateral salpingectomy for "chronic pelvic pain, dysmenorrhea, menorrhagia, dyspareunia, symptomatic leiomyomata (fibroids) and PID (pelvic inflammatory disease)." None of Dr. Amin's stated indications for surgery support removal of her ovaries, nor is there any indication that she underwent, or was even offered, an adequate trial of conservative medical management. She requested a second opinion and ultimately refused a second surgery with Dr. Amin.

◆ LTS, age 41, underwent surgery to remove a 5 x. 7 cm uterine fibroid, apparently at a different facility and with a different physician. Upon transfer to ICDC, she was referred to Dr. Amin for abdominal pain and concern about a surgical site infection. Dr. Amin recommended hysterectomy less than six months after her prior fibroid surgery. Typically, the next step in management of chronic pelvic pain would include conservative management, not repeat abdominal surgery.

◆ YYO, age 35, had previously undergone a total hysterectomy removal of her fallopian tubes and ovaries: that is, all of her reproductive organs had already been removed. She requested estrogen patches for hot flashes and was referred to Dr. Amin. Dr. Amin performed a transvaginal ultrasound. There is no indication for a transvaginal ultrasound under these circumstances in a patient who has no reproductive organs.

**Executive Summary of Findings by the Independent Medical Review Team Regarding**     3
**Medical Abuse Allegations at the Irwin County Detention Center**

NBCU001964

**Dr. Amin's "findings" justifying surgery are unsupported by all other available sources of information.** The pattern of overly aggressive care is all the more alarming because the indications for surgery noted in Dr. Amin's clinic notes are unsupported by imaging reports prepared by independent radiologists, pathology reports prepared by independent pathologists, and the testimony of the women themselves. By comparing Dr. Amin's findings with every other source of information available to us, the pattern of aggressive, non-indicated surgery becomes all the more apparent. For example:

◆ Dr. Amin diagnosed TS, age 48, with an "enlarged uterus," a "thickened" endometrial stripe, and uterine fibroids based on transvaginal ultrasound. Two days later a formal transvaginal ultrasound was performed by a radiologist (that is, an imaging specialist). The second ultrasound was entirely normal. Specifically, the radiologist noted there were no fibroids, normal uterine size (i.e. not enlarged), and a normal endometrial stripe.

◆ Dr. Amin diagnosed BPR, age 37, with uterine fibroids. Dr. Amin later performed a hysterectomy for another indication. Formal pathology did not show fibroids.

◆ As noted above, WD underwent surgery with Dr. Amin where he noted a "16 week" size uterus. The formal radiology report for a transvaginal ultrasound performed within three weeks of that surgery reported a normal sized uterus.

There are indications that both Dr. Amin and the referring detention facility took advantage of the vulnerability of women in detention to pressure them to agree to overly aggressive, inappropriate, and unconsented medical care. For example:

◆ EPS, age 35, was referred to Dr. Amin for a Pap test. Dr. Amin documented pelvic pain and heavy menstrual bleeding, which she says she did not have at the time. He gave her a Depo Provera injection without explaining what the medicine was or why she was receiving it. When she developed pain and bleeding after that injection, he scheduled her for a dilation and curettage and laparoscopy. She refused. She was referred to the mental health clinic at ICDC, where she told providers "I don't need mental health" and that she simply did not want to have surgery with Dr. Amin.

◆ YRJ and MCR both state that they asked to see a doctor for non-gynecological complaints, as noted above. ICDC referred both women to Dr. Amin.

◆ NG, age 28, reports being taken to the Irwin County Hospital for surgery when she believed she was being taken to Dr. Amin's office to have a cyst drained. When she attempted to refuse, she was told that she could die if she didn't have surgery and, at the same time, told that ICE might deny a request for surgery if she changed her mind later. Dr. Amin did not discuss the procedure with the woman preoperatively. He did not know of her penicillin allergy because he had not asked, and she almost received penicillin but for her alerting the anesthesiologist. Dr. Amin performed a cystectomy, and also a D&C, without her consent.

NBCU001965

**The pattern of intervention without consent is equally concerning.** Medical ethics require that a provider obtain informed consent before treating a patient. Adequate informed consent must include a discussion of treatment risks, benefits, and alternatives, including any less invasive alternatives. It should occur without coercion. Consent should be documented in the records. It should be in a language the patient understands, and if a translator is used that should also be documented. None of that occurred here.

For example:

◆ For the vast majority of surgeries Dr. Amin performed, including abdominal laparoscopy under general anesthesia, there are no signed surgical consents in the produced records. This is unacceptable from a medical ethics perspective.

◆ The *only* signed consent in any of the records we reviewed was a single English consent form for a Spanish speaking patient.

◆ Some notes affirmatively indicate a *lack* of informed consent, which is highly unusual for medical record documentation. For example, PB reported five days after a surgery with Dr. Amin that she was "bothered" by the fact that she went into surgery expecting only a vaginal procedure (dilation and curettage) and that postoperatively she discovered that she had had abdominal surgery and one of her fallopian tubes had been removed.

**Moving Forward**

The Review Team collectively reviewed over 3,200 pages of records and approximately 32 additional pages of supporting records, including sworn declarations and transcribed telephone interviews. Witness statements frequently corroborated evidence of bullying or overly aggressive treatment found in the medical records.

Records produced by the Irwin County Detention Center, Irwin County Hospital, and by Dr. Amin appear to be incomplete. In some cases, fewer than 20 pages of medical records were provided. No imaging studies were produced. In many cases, referral records, operative notes, pathology reports, hospital records, and imaging reports were either entirely missing or incomplete, and office notes were nearly illegible.

New efforts are underway to obtain additional records for these 19 women and from the dozens of other women who have come forward since the release of Project South's Whistleblower report. These will be reviewed as they are obtained.

NBCU001966

# Exhibit G

Materials Submitted for Closed Briefing of the
CLOSED BRIEFING OF THE SENATE DEMOCRATIC CAUCUS Senate Democratic Caucus
Case 5:21-cv-00056-LGW-BWC   Document 124-3   Filed 12/19/23   Page 135 of 136
Information from the Legal Investigation Team about the19-Patient Cohort
OCT. 26. 2020
Page 4
OCT 26. 2020

| Name (LN, FN) (Link to Med Record Folder) | Initials | Detained? | Beg Bates | End Bates | Surgery/Procedure |
|---|---|---|---|---|---|
| | MCF | No | ICDC_Med_000001 | ICDC_Med_000177 | Unindicated Cystectomy - Took out multiple follicular cysts. |
| | NGH | Yes | ICDC_Med_000178 | ICDC_Med_000304 | Transvaginal Ultrasounds in 2018 after complaints of severe pain in uterus from miscarriage in January 2018 while in custody in Arizona. In September asked attorney to refuse treatment from Dr. Amin and seek referral to another care provider. |
| | BP | No | ICDC_Med_000305 | ICDC_Med_000382 | Two surgical procedures by Dr. Amin, including a total abdominal hysterectomy after a finding of carcinoma in situ. Multiple procedures during these surgeries that were medically unindicated, despite the hysterectomy effectively treating the cancer. No discussion of referral to gyn-onc for indication that would have preserved ability to bear children. |
| | PB | No | ICDC_Med_000383 | ICDC_Med_001167 | Unindicated D&C, laparoscopy that turned into non-consented salpingectomy. Woke up to be told by Dr. Amin that she would not longer be able to conceive naturally. Subsequently went to another provider while in custody who said that wasn't true. Documented MH soor contemporaneously regarding her lack of consent to salpingectomy. |
| | YRJ | No | ICDC_Med_001167 | ICDC_Med_001380 | Unindicated D&C, laparoscopy, and cystectomy. Notes incorrectly state her uterus is enlarged. Surgery 8/28/20. Deported 8/31/20 while still bleeding from wound. |
| | WD | No | ICDC_Med_001381 | ICDC_Med_001422 | Unindicated D&C, laparoscopy, cystectomy. Subsequently scheduled for total hysterectomy scheduled without her consent. Successfully refused. |
| | MCR | Yes | ICDC_Med_001423 | ICDC_Med_001541 | Unindicated D&C, laparoscopy, cystectomy after referral for umbilical hernia. Hernia never treated. Remains in acute, radiating pain. |
| | NSBG | No | ICDC_Med_001542 | ICDC_Med_001605 | Unindicated D&C, laparoscopy and cystectomy after being referred for complaints of sharp pains relating to the IUD she was trying, unsuccessfully, to have removed for the prior nine months. |
| | MMMB | No | ICDC_Med_001606 | ICDC_Med_001677 | Pap smear and external ultrasound in November 2019. Nothing found then. After multiple complaints of gastritis, unindicated transvaginal ultrasound during July 2020 appointment during with Dr. Amin was not wearing a mask. Dr. Amin tells her that he needed a biopsy because she was "full of cysts." She refuses surgery. ICDC sets three separate attempts to schedule her again with Dr. Amin. |
| | GLR | Yes | ICDC_Med_001678 | ICDC_Med_001692 | Transvaginal ultrasound followed by diagnosis of multiple follicular cysts measuring 1-2 cm on rt ovary. No abnormal fluid mass. Impression of enlarged uterus. Follicular cysts on right ovary. Referred originally to Dr. Amin for menorrhagia, per ICDC med record. Provider progress note reflects she's complained of irregular periods and discomfort in lower abdomen. No cycle since 12/19 as of 3/31/20. Reported untreated asthma, sinusitis, and problems with her period. Total of 1 Amin visit. |
| | EPS | Yes | ICDC_Med_001695 | ICDC_Med_001705 | Hx of tachycardia, migraine, ad kidney issues. Had severe abdominal pain that resulted in a referral to Dr. Amin in March 2020. Dr. Amin does TVUS and says immediately she has cysts. He did not ask her permission to do the ultrasound and did not show her the monitor. She believes she may have also had a pap smear but is not sure. He says she needs surgery to remove the cysts. Gives no other options. She refuses surgery. He tells her he'll give her two shots instead for the cysts. Next day she's in terrible pain, cramping as though she's having a baby. Bled for 20 days. Said it was almost 42 days of total bleeding. Still in pain at the bottom of her abdomen. Having other side effects. Belived she may have had a UTI they didn't diagnose (possibly from the filthy clothes). Urine tests had blood-colored residue. No medicine received. Told by Subrina Taylor she's in the system scheduled for surgery with Dr. Amin. She says she's not aware of that and didn't consent to it. She asks for a second opinion. Taylor refers her to Amin's office. She is brought back again. He says, "Why are you here? You're scheduled for surgery in a few days." She responds, "I've seen several women in the detention center who've had surgery. And they weep from pain and the wound gets infected. I want a second opinion." She also notes there are no follow-ups for medicine. He says she needs to sign something saying she's rejecting the surgery. Tells him she wants him to write in the document WHY she's refusing. He gives her a document signed by him where he says she needs a D&C scope and he's sending her to a consultant for a second opinon. But the consultant is the ICDC MH provider, McVey. The same day, she is taken to that MH provider. She explains she doesn't want to have the surgery beause she's afraid. She doesn't have MH problems. MH Provider documents this is note. But she also explains to MH provider what happens to the other women with these infections. Says the MH provider ignores this. Sent to MH provider again on May 28. Again, MH provider refused to write down or note warning she provided about what was happening with Dr. Amin. August 5 she's returned to Dr. Amin. He attempts to give her Depo Provera injection again. She informs him of the side effects. He once again raises surgery. She once again refuses. He gives her pills instead, but did nt explain what they were. At last appt, did a TVUS in late Aug. early Sept. Told her her cysts were larger. Mentioned surgery yet again. Told her he'd see her again in 3 mos. Began requesting her medical records in late September. Multiple paper requests ignored. Was deported without being provided medical records. |
| | AAC | Yes | ICDC_Med_001706 | ICDC_Med_001777 | NONE – PATIENT RECORD SUBMITTED FOR CONTRAST Preexisting asthma diagnosis. Complained of side effects of MH meds, followed by refusal to take it. Asked or referral after spotting blood for a couple of days – an unusual event for her. Referred to a provider after multiple complaints about feeling like she's passing out and can't get enough air. Sent a request through the tablet fo her pad: "I feel extreme chest pains. I get tired quick. I can't breathe at times. I'm always lacking air." No response noted from facility for two weeks. Referred to Dr. McMalan on 9/3. On 8/29, reports bumps on private parts, needs to go to doctor, told it must be approved by ICE. Given MH meds. Still reports significan pains in lower abdomen, per medical records. |
| | SG | No | ICDC_Med_001778 | ICDC_Med_001996 | Unindicated D&C, laparoscopy and cystectomy. Unclear about what other procedures Dr. Amin performed on her or why. |
| | MADM | Yes | ICDC_Med_001997 | ICDC_Med_002092 | NONE - PATIENT RECORD SUBMITTED FOR CONTRAST - Untreated severe cardiac condition for months. Unable to obtain the specific referral to specialist she's seeking. |
| | MNR | No | ICDC_Med_002012 | ICDC_Med_002680 | NONE - PATIENT RECORD SUBMITTED FOR CONTRAST 50+ yo woman with hypertension, diabetes, and liver issues. Sent to GA Skin & Cancer center for biopsy on derm. issue. Complaints of hair loss, redness in the eyes. Records reflect over three months of written attempts to address the pain, hair loss, redness, and to seek better management of her blood sugar. Had a full surgery on her abdominal region and has no understanding as to why. Was non of child-bearing age. 500+ pages of records provided to her counsel are inconclusive as to what the final operation was or who performed it. |
| | YYO | Yes | ICDC_Med_002093 | ICDC_Med_002101 | Unindicated transvaginal ultrasound. Already had hysterectomy, making TVU completely medically unindicated. Actively told Dr. Amin "no" because he was hurting her as he was conducting exam. Went to gyn for hormones she needs as a result of prior hyst. He puts her on pills. All exams seemed to happen without instructions. First visit was a vaginal ultrasound. Second visit was pap. She had a full hysterectomy in 2014. She needed to get her estrogen refilled.  She never asked to be taken and he was very rough.  She treated her inhumanely. Does not believe she's ever recieved a pelvic exam or a refill of estrogen.  She asked why this was being done.  He said that was just what they do. She said he showed the ultrasound wand and the manual exam was externally based.  She pulled away and cried out its pain multiple times.  He didn't even respond.  She said she was in pain for two days from the exam. She said [another detained immigrant] were the only two taken that day. She has been in Irwin since 1/1/2019. |
| | ARF | No | ICDC_Med_002681 | ICDC_Med_002685 | After complaining of back and vaginal pain and seeking a pap smear, told by Dr. Amin after placing three fingers inside her, "You have a very inflamed fibroid. You need to be operated on." Given Depo Provera shots and began bleeding. Given unindicated transvaginal ultrasound on September 15 and is now diagnosed with no cysts, no fibroids, and no need for surgery. Bled from the Depo shot until her deporcation on October 120. |
| | LTS | Yes | ICDC_Med_002686 | ICDC_Med_002884 | Sent to Dr. Amin for follow-up on prior abdominal surgery performed in Virginia. Taken to Dr. Amin for follow-up and received transvaginal ultrasound. Given Depo Provera without permission. Pressured to have total hysterectomy. |

| | | | | |
|---|---|---|---|---|
| | TS | Yes | ICDC_Med_002885 | ICDC_Med_003235 | History of kidney problems. No clear reason for referral to Amin based on personal history. Was getting tx for kidney issues and has a CT scan for that in June 2020. Sent to Amin Aug. 2020. Says TVUS was not painul, but the pelvic exam was very painful. Dr. Amin told her she would need an operation. She said no. He told her he could do medication instead. Did not get DP shots. Returned for a second appointment on Aug. 17 (2 weeks later) for a pap smear. Told she has a bacterial infection and needs medicine. Gets only some of the Rx she was prescribed from Irwin. Third visit to Amin, another TVUS. Remembers him saying the word "biopsy" and "2". He's telling her with hand gestures she'd go to sleep and it wouldn't hurt. She shook her head to indicate "no." And the next day, September 10, Jessica Lyons brings her a paper saying she does not want treatment for her to sign. She did not realize it was a paper to refuse treatment. Since this time, she's been asking for exam result and had not received them. A nurse told her her results here okay. She didn't have cancer and didn't need surgery. She still has kidney pain and has a family hx of ovarian and breast cancer. She's concerned about what's real, and whether her life is at risk. |

CONFIDENTIAL