

   NBCU003147



CONFIDENTIAL NBCU003148



CONFIDENTIAL
NBCU003149



Text messages with Jacob (JS), 1:44:
- Me: Can you send to me? Maybe it's not one I follow
- Jacob: Sent to the other
- Me: Sorry can you just tell me where to find it or send it to me? I still don't see it
- Me: Just sent you Thompson's statement
- Me: Ok thanks got it
- Jacob: Can u talk
- Me: Ah this call is still going. Sorry.
- Me: I think they're about to call on me
- Jacob: K
- Me: I'll call right after
- Jacob: Thx
- Jacob: Was able to reach one of two
- Jacob: Who has something useable

CONFIDENTIAL     NBCU003150





CONFIDENTIAL  NBCU003152



CONFIDENTIAL                                                                                                     NBCU003153





CONFIDENTIAL

NBCU003155



CONFIDENTIAL
NBCU003156



CONFIDENTIAL   NBCU003157



> Jeeze so long. I'm dying to know the truth

Andrew told me he's heard mixed things about Wooten

But whoever she is and what her deal is she exposed what sounds like a crazy situation

> Yeah it was the lawyers that really changed things for me.

> Do we think they conspired at all?

No

It's not just them

And intercept spoke with detainees

Hayes also spoke with an additional lawyer

> Ok good. Yeah Brian got that wrong when he said we spoke with detainees but not lawyers

> But only two hysterectomies?

> Or do you think they only referred those and he did others

CONFIDENTIAL                                                                 NBCU003158



CONFIDENTIAL                                                                                       NBCU003159