Declaration of Jacob Soboroff

Exhibit 1



Azadeh Shahshahani <shahshahaniazadeh@gmail.com>

# Re: [EXTERNAL] Re: CRCL complaint
1 message

**Soboroff, Jacob (NBCUniversal)** <jacob.soboroff@nbcuni.com>  Tue, Sep 15, 2020 at 9:45 AM
To: John Whitty <JohnW@whistleblower.org>
Cc: Azadeh Shahshahani <azadeh@projectsouth.org>, Dana Gold <DanaG@whistleblower.org>, Priyanka Bhatt <priyanka@projectsouth.org>

747-▮▮▮▮▮▮

> On Sep 15, 2020, at 6:43 AM, John Whitty <JohnW@whistleblower.org> wrote:
>
>
> Can I call you? What number?
>
>
> John Whitty
>   *Staff Attorney*
>   Government Accountability Project
>   1612 K St NW, Suite 1100
>   Washington, DC 20006
>   202.457.0034 x196
>   301.806.4009 (mobile/Signal/WhatsApp)
>   www.whistleblower.org
>
> *Government Accountability Project is the nation's leading whistleblower protection and advocacy organization, and is a non-partisan, non-profit 501(c)(3) public-interest organization. Government Accountability Project has actively promoted government and corporate accountability since 1977.*
>
> *CONFIDENTIALITY NOTICE: This email including attachment(s) are for the sole use of the intended recipient(s) and may contain confidential and privileged information protected by law. Any unauthorized review, use, disclosure or distribution of this communication and related metadata is prohibited.*
>
> **From:** "Soboroff, Jacob (NBCUniversal)" <jacob.soboroff@nbcuni.com>
> **Date:** Tuesday, September 15, 2020 at 9:40 AM
> **To:** John Whitty <JohnW@whistleblower.org>
> **Cc:** Azadeh Shahshahani <azadeh@projectsouth.org>, Dana Gold <DanaG@whistleblower.org>, Priyanka Bhatt <priyanka@projectsouth.org>
> **Subject:** Re: [EXTERNAL] Re: CRCL complaint

Yes absolutely

> On Sep 15, 2020, at 6:36 AM, John Whitty <JohnW@whistleblower.org> wrote:
>
> Would you be available to talk with Dawn in the next hour? We're trying to see if she has availability…
>
> John Whitty
>
> *Staff Attorney*
>
> Government Accountability Project
>
> 1612 K St NW, Suite 1100
>
> Washington, DC 20006
>
> 202.457.0034 x196
>
> 301.806.4009 (mobile/Signal/WhatsApp)
>
> www.whistleblower.org
>
> *Government Accountability Project is the nation's leading whistleblower protection and advocacy organization, and is a non-partisan, non-profit 501(c)(3) public-interest organization. Government Accountability Project has actively promoted government and corporate accountability since 1977.*
>
> *CONFIDENTIALITY NOTICE: This email including attachment(s) are for the sole use of the intended recipient(s) and may contain confidential and privileged information protected by law. Any unauthorized review, use, disclosure or distribution of this communication and related metadata is prohibited.*
>
> ---
>
> **From:** "Soboroff, Jacob (NBCUniversal)" <jacob.soboroff@nbcuni.com>
> **Date:** Tuesday, September 15, 2020 at 9:30 AM
> **To:** John Whitty <JohnW@whistleblower.org>
> **Cc:** Azadeh Shahshahani <azadeh@projectsouth.org>, Dana Gold <DanaG@whistleblower.org>, Priyanka Bhatt <priyanka@projectsouth.org>
> **Subject:** Re: [EXTERNAL] Re: CRCL complaint
>
> Would 2pm ET or between 7 and 9pm ET work?
>
>> On Sep 15, 2020, at 4:41 AM, John Whitty <JohnW@whistleblower.org> wrote:
>>
>> Hi Jacob,
>>
>> Thanks for your interest. Dana and I have a standing meeting to discuss immigration client matters at 3pm today – It might be better for us if we could meet with you at another time. I'm otherwise open in the pm.

-John

John Whitty

*Staff Attorney*

Government Accountability Project

1612 K St NW, Suite 1100

Washington, DC 20006

202.457.0034 x196

301.806.4009 (mobile/Signal/WhatsApp)

www.whistleblower.org

*Government Accountability Project is the nation's leading whistleblower protection and advocacy organization, and is a non-partisan, non-profit 501(c)(3) public-interest organization. Government Accountability Project has actively promoted government and corporate accountability since 1977.*

CONFIDENTIALITY NOTICE: This email including attachment(s) are for the sole use of the intended recipient(s) and may contain confidential and privileged information protected by law. Any unauthorized review, use, disclosure or distribution of this communication and related metadata is prohibited.

---

**From:** "Soboroff, Jacob (NBCUniversal)" <jacob.soboroff@nbcuni.com>
**Date:** Tuesday, September 15, 2020 at 7:26 AM
**To:** Azadeh Shahshahani <azadeh@projectsouth.org>
**Cc:** Dana Gold <DanaG@whistleblower.org>, John Whitty <JohnW@whistleblower.org>, Priyanka Bhatt <priyanka@projectsouth.org>
**Subject:** Re: [EXTERNAL] Re: CRCL complaint

Would 3PM ET work today?

> On Sep 14, 2020, at 8:34 PM, Soboroff, Jacob (NBCUniversal) <jacob.soboroff@nbcuni.com> wrote:
>
> Thank you, Azadeh, it was good speaking with you as well. Is there a time that works for you all?

> On Sep 14, 2020, at 6:41 PM, Azadeh Shahshahani <azadeh@projectsouth.org> wrote:
>
> Good evening Jacob, was good speaking with you earlier.
>
> Copying our co-counsel with the Government Accountability Project as well as my colleague Priyanka Bhatt.
>
> We would like for you to speak to Ms. Wooten at a mutually convenient time.
>
> Best,
>
> Azadeh
>
>
> On Mon, Sep 14, 2020 at 5:55 PM Soboroff, Jacob (NBCUniversal) <jacob.soboroff@nbcuni.com> wrote:
>> Good afternoon, this is Jacob soboroff with NBC news. Do you have a minute to speak about the CRCL complaint?
>>
>> Thanks.
>>
>> I'm at 747-256-1545
>
>
> --
>
> Azadeh N. Shahshahani
>
> Legal & Advocacy Director
>
> Project South
>
> azadeh@projectsouth.org
>
> 404.622.0602
>
> 9 Gammon Ave SE Atlanta, GA 30315