Declaration of Jacob Soboroff

Exhibit 2


5G+
JS
Jacob
iMessage
Sep 15, 2020 at 12:41 PM
Hi Sarah it's Jacob Soboroff
At NBC
Do you have a moment to speak?
In like 10 ok?
Ok thanks
Free when you are
Calling now
Sep 15, 2020 at 2:07 PM
Hi it's Jacob again I have a follow up question for you if you have a moment please
On with house oversight. Will call after
Ok
Free now
iMessage
Cash




Ok

Free now




**Hospital Authority Of Irwin County Resolves False Claims Act Invest...**
justice.gov

Thanks

Sep 16, 2020 at 2:32 AM

Thanks again. If there are detainees former or current who might be able to speak tomorrow would be eager to do so.




5G+
JS
Jacob
Got it. I'll see where we are in the am. Lotsa orgs talking to their folks inside today.
Thanks again
Really grateful
Like, enough chatting to slow things down as people are eager to talk, so hopefully people are sifting info.
I'm around all day tomorrow to talk through anything
Cool
I've got a short court hearing at 8, but around after that - hopefully a sense if things by noon my time.
That sounds good. Thanks again
iMessage
Cash



5G+
JS
Jacob
Thanks again
Really grateful
Like, enough chatting to slow things down as people are eager to talk, so hopefully people are sifting info.
I'm around all day tomorrow to talk through anything
Cool
I've got a short court hearing at 8, but around after that - hopefully a sense if things by noon my time.
That sounds good. Thanks again
You're welcome & thank you for focusing your time/talent on these issues.
Delivered
iMessage
Cash