Declaration of

Nicolle Wallace

Exhibit 3



CONFIDENTIAL                    NBCU003343

NBCU003343