Declaration of

Nicolle Wallace

Exhibit 4



NBCU001912



NBCU001913