Declaration of

Nicolle Wallace

Exhibit 5

| | |
|---|---|
| **From:** | Soboroff, Jacob (NBCUniversal) </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f32886b337664044a8860c5d9d76eebd-Soboroff, J> |
| **To:** | Donizetti, Regina (NBCUniversal); Heikkila, Aarne (NBCUniversal) |
| **Sent:** | 9/15/2020 5:11:09 PM |
| **Subject:** | Re: MSNBC 5:33P SEGMENT |

Haven't started Colbert yet but will let you know. It's only supposed to last 10 minuytes

**From:** "Donizetti, Regina (NBCUniversal)" <Regina.Donizetti@nbcuni.com>
**Date:** Tuesday, September 15, 2020 at 1:41 PM
**To:** "Soboroff, Jacob (NBCUniversal)" <jacob.soboroff@nbcuni.com>, "Heikkila, Aarne (NBCUniversal)" <Aarne.Heikkila@nbcuni.com>
**Subject:** RE: MSNBC 5:33P SEGMENT
SO sorry. I know you have a lot going on right now.
Standards is now okay with you tossing to ICE statement so we're going to go back to doing it that way. That ok?

**From:** Donizetti, Regina (NBCUniversal)
**Sent:** Tuesday, September 15, 2020 4:38 PM
**To:** Soboroff, Jacob (NBCUniversal) <jacob.soboroff@nbcuni.com>; Heikkila, Aarne (NBCUniversal) <Aarne.Heikkila@nbcuni.com>
**Subject:** RE: MSNBC 5:33P SEGMENT
IFB: 646-202-7804
PL: 646-202-7824

**From:** Soboroff, Jacob (NBCUniversal) <jacob.soboroff@nbcuni.com>
**Sent:** Tuesday, September 15, 2020 4:37 PM
**To:** Donizetti, Regina (NBCUniversal) <Regina.Donizetti@nbcuni.com>; Heikkila, Aarne (NBCUniversal) <Aarne.Heikkila@nbcuni.com>
**Subject:** Re: MSNBC 5:33P SEGMENT
Great

**From:** "Donizetti, Regina (NBCUniversal)" <Regina.Donizetti@nbcuni.com>
**Date:** Tuesday, September 15, 2020 at 1:36 PM
**To:** "Soboroff, Jacob (NBCUniversal)" <jacob.soboroff@nbcuni.com>, "Heikkila, Aarne (NBCUniversal)" <Aarne.Heikkila@nbcuni.com>
**Subject:** RE: MSNBC 5:33P SEGMENT
Trying to get you IFB number now
Also – we just moved the ICE statement into the intro so you won't need to toss to that

**From:** Soboroff, Jacob (NBCUniversal) <jacob.soboroff@nbcuni.com>
**Sent:** Tuesday, September 15, 2020 4:32 PM
**To:** Donizetti, Regina (NBCUniversal) <Regina.Donizetti@nbcuni.com>; Heikkila, Aarne (NBCUniversal) <Aarne.Heikkila@nbcuni.com>
**Subject:** Re: MSNBC 5:33P SEGMENT
I'll be on 140H and you'll see the back of my computer screen until I clear Colbert.
Do you have IFB?

**From:** "Donizetti, Regina (NBCUniversal)" <Regina.Donizetti@nbcuni.com>
**Date:** Tuesday, September 15, 2020 at 1:28 PM
**To:** "Soboroff, Jacob (NBCUniversal)" <jacob.soboroff@nbcuni.com>, "Heikkila, Aarne (NBCUniversal)" <Aarne.Heikkila@nbcuni.com>
**Subject:** RE: MSNBC 5:33P SEGMENT
This is the one I have JIC you wanted to toss to that too:
"U.S. Immigration and Customs Enforcement (ICE) does not comment on matters presented to the Office of the Inspector General, which provides independent oversight and accountability within the U.S. Department of Homeland Security. ICE takes all allegations seriously and defers to the OIG regarding any potential investigation and/or results. That said, in general, anonymous, unproven allegations, made without any fact-checkable specifics, should be treated with the appropriate skepticism they deserve."

**From:** Soboroff, Jacob (NBCUniversal) <jacob.soboroff@nbcuni.com>

**Sent:** Tuesday, September 15, 2020 4:27 PM
**To:** Donizetti, Regina (NBCUniversal) <Regina.Donizetti@nbcuni.com>; Heikkila, Aarne (NBCUniversal) <Aarne.Heikkila@nbcuni.com>
**Subject:** Re: MSNBC 5:33P SEGMENT

And what about ICE statement do you have FS

**From:** "Donizetti, Regina (NBCUniversal)" <Regina.Donizetti@nbcuni.com>
**Date:** Tuesday, September 15, 2020 at 1:27 PM
**To:** "Soboroff, Jacob (NBCUniversal)" <jacob.soboroff@nbcuni.com>, "Heikkila, Aarne (NBCUniversal)" <Aarne.Heikkila@nbcuni.com>
**Subject:** RE: MSNBC 5:33P SEGMENT

Yes, you would throw to the sound please
Thanks so much

**From:** Soboroff, Jacob (NBCUniversal) <jacob.soboroff@nbcuni.com>
**Sent:** Tuesday, September 15, 2020 4:26 PM
**To:** Donizetti, Regina (NBCUniversal) <Regina.Donizetti@nbcuni.com>; Heikkila, Aarne (NBCUniversal) <Aarne.Heikkila@nbcuni.com>
**Subject:** Re: MSNBC 5:33P SEGMENT

Would I throw to clip? I'm going to get my liveU up and call satops now so we're good to go

**From:** "Donizetti, Regina (NBCUniversal)" <Regina.Donizetti@nbcuni.com>
**Date:** Tuesday, September 15, 2020 at 1:24 PM
**To:** "Soboroff, Jacob (NBCUniversal)" <jacob.soboroff@nbcuni.com>, "Heikkila, Aarne (NBCUniversal)" <Aarne.Heikkila@nbcuni.com>
**Subject:** RE: MSNBC 5:33P SEGMENT

Thank you

**From:** Soboroff, Jacob (NBCUniversal) <jacob.soboroff@nbcuni.com>
**Sent:** Tuesday, September 15, 2020 4:24 PM
**To:** Donizetti, Regina (NBCUniversal) <Regina.Donizetti@nbcuni.com>; Heikkila, Aarne (NBCUniversal) <Aarne.Heikkila@nbcuni.com>
**Subject:** Re: MSNBC 5:33P SEGMENT

VICE news wasn't first to report the complaint. Intercept was

**From:** "Donizetti, Regina (NBCUniversal)" <Regina.Donizetti@nbcuni.com>
**Date:** Tuesday, September 15, 2020 at 1:22 PM
**To:** "Heikkila, Aarne (NBCUniversal)" <Aarne.Heikkila@nbcuni.com>, "Soboroff, Jacob (NBCUniversal)" <jacob.soboroff@nbcuni.com>
**Subject:** RE: MSNBC 5:33P SEGMENT

Got it. Thanks! I'm hearing you guys are good to join us at 5:33p then?
This is our intro now. Please let me know any thoughts – and if there's anything else I can prep for you.
I prepped part of the Pelosi statement in case you mention she is calling for an investigation:
**((FS)) "The DHS Inspector General must immediately investigate the allegations detailed in this complaint... Reports such as these point to the urgent need to overhaul our unaccountable detention system and its horrific misuse by the Trump Administration, to ensure that these abuses cannot ever again happen."**
((NICOLLE))
We're following breaking news today of an alarming whistleblower complaint that "high numbers" of female detained immigrants at an ICE detention center in Georgia received hysterectomies while in ICE custody.
((FS))
The complaint, first reported by VICE News, was filed by a nurse who worked full-time at the Irwin County Detention Center in Ocilla, Georgia.
((FS))
That nurse says detained women told her they didn't fully understand why they were undergoing hysterectomies -- and that one doctor in particular raised red flags among the nurses at the facility.
MSNBC's Jacob Soboroff has been reporting on this story and spoke with the whistleblower earlier today.

**From:** Heikkila, Aarne (NBCUniversal) <Aarne.Heikkila@nbcuni.com>
**Sent:** Tuesday, September 15, 2020 4:15 PM
**To:** Soboroff, Jacob (NBCUniversal) <jacob.soboroff@nbcuni.com>
**Cc:** Donizetti, Regina (NBCUniversal) <Regina.Donizetti@nbcuni.com>
**Subject:** Re: MSNBC 5:33P SEGMENT

Soboroff/ Whistleblower SOT / 1:17 TRT
Slug in WG06: JACOB SHORT MIX

Verbate:
Jacob: You're quoted in the complaint as saying "that's his specialty he's the uterus collector" – is that how people refer to this doctor?
Dawn: That's how the detainees refer to this physician…they refer to him as…I had a detainee that asked me she said what is he doing ms wooten collecting all of our uteruses…and I just looked at her puzzled because I didn't have an answer
//FLASH//
I didn't accompany them on the procedures and it's mind blowing and its mindboggling when you get in your vehicle after a twelve hour shift and you cry yourself home and you're the only one in the vehicle asking why what is going on…what is happening…um I don't have an answer…why is nobody not hearing them…or taking them so to speak…seriously…I don't have an answer so shift after shift then it gets to be where you don't want to report the work because you don't have an answer…you don't have a reason and they're gonna ask you why
---

Sent from my iPhone

On Sep 15, 2020, at 1:13 PM, Soboroff, Jacob (NBCUniversal) <jacob.soboroff@nbcuni.com> wrote:

Here's the SOT

# WG06: JACOB SHORT MIX
# Me and the whistleblower

**From:** "Donizetti, Regina (NBCUniversal)" <Regina.Donizetti@nbcuni.com>
**Date:** Tuesday, September 15, 2020 at 1:03 PM
**To:** "Heikkila, Aarne (NBCUniversal)" <Aarne.Heikkila@nbcuni.com>, "Soboroff, Jacob (NBCUniversal)" <jacob.soboroff@nbcuni.com>
**Subject:** RE: MSNBC 5:33P SEGMENT
Great, thank you

**From:** Heikkila, Aarne (NBCUniversal) <Aarne.Heikkila@nbcuni.com>
**Sent:** Tuesday, September 15, 2020 4:00 PM
**To:** Soboroff, Jacob (NBCUniversal) <jacob.soboroff@nbcuni.com>
**Cc:** Donizetti, Regina (NBCUniversal) <Regina.Donizetti@nbcuni.com>
**Subject:** Re: MSNBC 5:33P SEGMENT
Yes should have SOT info for you shortly, standby


On Sep 15, 2020, at 12:59 PM, Soboroff, Jacob (NBCUniversal) <jacob.soboroff@nbcuni.com> wrote:

Thanks – adding Aarne because we're cutting a particular bite now

**From:** "Donizetti, Regina (NBCUniversal)" <Regina.Donizetti@nbcuni.com>
**Date:** Tuesday, September 15, 2020 at 12:58 PM
**To:** "Soboroff, Jacob (NBCUniversal)" <jacob.soboroff@nbcuni.com>
**Subject:** MSNBC 5:33P SEGMENT
Hi Jacob,
I'm producing the whistleblower story for the 5p hour with Nicolle Wallace today.
I know you're not officially confirmed but I want to check-in with you early. Our hit time is 5:33p.
I'm listening to your interview now … if there's specific sound from that you'd like me to cut, I can do that asap and have that ready.
Feel free to call me if that's easier.
Thanks!
Regina
646-856-5791

CONFIDENTIAL                                                                                                                                                       NBCU000447