Declaration of

Nicolle Wallace

Exhibit 1