Declaration of

Nicolle Wallace

Exhibit 8

&lt;Show: DEADLINE: WHITE HOUSE&gt;
&lt;Date: September 15, 2020&gt;
&lt;Time: 17:00&gt;
&lt;Tran: 091502cb.452&gt;
&lt;Type: Show&gt;
&lt;Head: DEADLINE: WHITE HOUSE for September 15, 2020, MSNBC&gt;
&lt;Sect: News; Domestic&gt;
&lt;Byline: Nicolle Wallace, Jonathan Lemire, Joyce Vance, Jason Johnson, Julia Ainsley, Lipi Roy&gt;
&lt;Guest: Jeff Merkley, Jennifer Palmieri&gt;
&lt;High: Biden campaign is creating a legal war room and prepares for a fight over voting and legal showdown over November election. President Trump steps up rhetoric about rigged election by the Democrats. President Trump uses fear to acquire and keep power as he threatens to put down Election Day protest quickly. Trump aide warns of armed revolt and sedition. Dry and gusty conditions spark new wildfire front in West. Sen. Jeff Merkley (D-OR) is interviewed about President Trump denies climate change while witnessing historic wildfires as he blames wildfires on poor forest management. President Trump dismisses science as wildfires rage across West.&gt;
&lt;Spec: Politics; Democrats; Republicans; President Trump; Trump Administration; Attacks On November Election; Joe Biden; Legal War Room; Legal Showdown; November Election; Election Day; Rigged Election; Mail-In Ballots; Armed Revolt; Sedition; Climate Change; Hurricane Sally; Dry And Gusty; Weather; Wildfire; Jeff Merkley; Historic Wildfires; Poor Forest Management; Science; Renewable Energy&gt;

NICOLLE WALLACE, MSNBC HOST: Hi again, everyone. It's 5:00 in the East. Joe Biden if finally doing what we all should have been doing all along, taking Donald Trump literally -- Donald Trump, who has made no attempt to steal the election in the dark of night. He has urged his supporters in North Carolina to commit felony voter fraud by voting twice. Donald Trump, who, on Friday, told Jeanine Pirro he will use the Insurrection Act. Donald Trump who used the military and federal law enforcement to clear mostly peaceful protesters in Lafayette Square outside the White House has shown a willingness to use the military on his perceived political opponents.

And he's got Bill Barr who has shown a willingness to bend the rule of law around Donald Trump's crude and extra judicial whims. So, Joe Biden is traveling the only path available to him, preparing for a legal showdown, the likes of which this country has never seen before.

From the Associated Press reporting on that effort, quote, "Trump in recent months has sought to preemptively cast doubt on the election, warning that the expected surge in mail-in ballots because of the coronavirus pandemic will lead to massive fraud and could open the door to foreign countries to print their own fraudulent ballots." There is zero evidence of this happening.

And the A.P. quotes Bob Bower, senior adviser to the Biden campaign is Saying, quote, "Notwithstanding Donald Trump and his Republican allies' hollow threats and constant misinformation, election officials around the country are working tirelessly to hold a free and fair election, and we have an extraordinary national team in place to ensure that every eligible voter is able to exercise their right to vote and to have their vote counted."

This is the kind of effort that Americans in both political parties used to undertake in emerging democracies, you know, far away. But it's now

necessary here in America because the current president has done so much damage to our democracy that he has literally called into suspicion the result of an election that hasn't happened yet.

As New York Times columnist Jamelle Bouie puts it in a new column, quote, "Trump would like to obtain a proper victory. But it's clear he's not counting on it. That is why the most visible aspect of Trump's campaign for continued power is his attack on the election itself. If he doesn't win, he says again and again, then the outcome isn't legitimate."

Joining our conversation, White House reporter for the Associated Press, Jonathan Lemire, plus professor of journalism and politics at Morgan State University and a contributor for theGrio, our friend Jason Johnson is back. And former U.S. attorney Joyce Vance is here.

So, you know, hanging a lantern around my own history, I was part of the 2000 Florida recount, Jonathan Lemire. But it sounds like, what Trump is waging and what Democrats are preparing for is a national effort to demand recounts, to legally challenge absentee ballots, to go looking for other ballots in states where he's close. How much of this is operationalized, Jonathan Lemire underneath Donald Trump's public utterances?

JONATHAN LEMIRE, NBC NEWS POLITICAL ANALYST, A.P. WHITE HOUSE REPORTER: We all, of course remember, Nicolle, the drama that unfolded day-to-day in 2000 in just the recounting one state. And we may and it won't be 50, but we may be looking at quite a few this November across all the battlegrounds and even some states that might just lean one way or the other right now in those polls.

And this is a coordinated all-out assault from the president. And he's ratcheted up his rhetoric on this idea -- the unfounded idea that the election will be rigged. The Democrats are trying to steal it with their mail-in voting. I traveled with him this weekend. And Saturday night, in particular, in a small town outside of Reno, where he had a rally in Nevada, he hammered this home, basically saying the only way, he said, the Democrats could win this election would be if they rig it.

He went out on a long screed against the governor of the state, one that he blamed for not letting him have the rallies where he wanted. And I should note which led him to having an indoor rally, Sunday night just outside of Las Vegas. One that we will probably in the weeks ahead be watching carefully to see if that was indeed a super spreader event for COVID-19.

But suggesting that this man, the governor was so biased in his efforts to prevent the president from campaigning, therefore he shouldn't be trusted to oversee the largely mail-in balloting in that state. And we have heard him make this refrain over and over, as of course. So many states are turning to mail-in voting this time around amid the pandemic.

North Carolina, because it was the first battleground to embark in early voting has received more attention from the president. But there are plenty of others and they are indeed. As much as the Biden camp is ramping up their legal team and prepared for challenges, try to safeguard voter's ability to cast their ballots, the president and his campaign are doing the same.

And they will have also an army of lawyers ready to perhaps defend ballots but also to challenge them. And we may be, indeed, looking for a very messy and protracted, not election night, but election weeks at the beginning of early November.

WALLACE: I want to read this to you, Joyce Vance, because I don't want to play it. I'm already anxious about amplifying these lies. So, this is just a sampling of what Donald Trump has been saying. This will be, in my opinion, the most corrupt election in the history of our country. August 17th in Wisconsin -- the only way we are going to lose this election is if the election is rigged. September 8th in North Carolina -- be poll watchers when you go there.

Watch all the thieving and stealing and robbing they do. September 12th in Nevada -- the Democrats are trying to rig this election, because it's the only way they are going to win. September 15th, on his favorite show, Fox & Friends -- you are going to see something with the ballots, you're going to see corruption like you've never seen, you're going to see a rigged election.

Joyce Vance, Ben Ginsberg, who is a longtime Republican campaign lawyer and election expert was out with an op-ed last week. We were happy to have him here when he says that widespread election fraud isn't a thing. James Baker and Jimmy Carter looked at it after the 2000 Florida recount and found that widespread voter fraud, rigged elections are mercifully and until Donald Trump, not a thing in this country.

What is a thing, what is a crisis is disinformation and misinformation and siloed chains of sort of information ecosystems. This is just a sampling we found today. Donald Trump has been hard wiring his base of supporters to believe that the outcome of the election will not be legitimate for many, many months. What is the antidote to that?

JOYCE VANCE, MSNBC CONTRIBUTOR, FORMER FEDERAL PROSECUTOR: You know, the antidote is early vaccination with the facts. For starters, Nicolle, it's very telling that Trump says he won't believe in the results of the election if he loses. He's not making a pitch that there's a fraud problem with the election. He's simply saying that he's a sore loser and that if he doesn't win, he wants all of his followers to refuse to believe in the results of the election.

So, what are the facts that we should be looking at? In 2017, Trump created a commission that was searching for voter fraud. And that commission had to fold because they simply couldn't find any significant voter fraud. In 2016, one in four ballots in this country were cast by mail. There were not systemic problems with fraud. Our military, our service members overseas and their families, they vote by mail. There is no evidence of fraud.

This is simply another example of the president engaging in projection and in outright lying about what elections look like and how they are held. Americans can have confidence that this election can be held fairly, that they can have confidence in the results. But the important thing now is to counter act, as you point out correctly, the president's fake narrative to not give it any additional life and to always introduce the evidence, the fact that fraud doesn't exist, that it's not a problem when Trump tries to complain about election results before they take place

WALLACE: You know, and Jason Johnson, they have tied the election result to violence. I mean, two of Donald Trump's closest allies, Marc Caputo, who is going through something emotional or psychological, it would appear based on The New York Times reporting of his public statements, told people to arm themselves and get ready after the election.

And Roger Stone, and again, I'm just reluctant to play this, but Roger Stone is talking to Alex Jones of the Sandy Hook hoax scandal for which he was sued, about Donald Trump declaring martial law. These are comments that are so --
they're whacky. But they've got the power of the president behind him because they are two of his closest allies.

Jason, we're going to fix your audio.

But I'm going to take that to you, Jonathan Lemire, I mean, how often do Donald Trump's allies, who all had to
lawyer up, to sort of wade through the legal morass that was the Mueller probe, Both Mr. Stone and Mr. Caputo? How often do they go rogue? I mean, it's clear that they are calling for violence in a way that Donald Trump is entirely comfortable with? Is anyone sought to hold him accountable or warn him against doing that?

LEMIRE: Nicolle, we're in a new place here. I don't think there's any question of that. These are indeed as you say, close political allies, confidants of the president, perhaps not as tight as they used to be. They are sort of members of the original campaign back in 2015, but certainly, people as we know. The president, of course, commuted Roger Stone's sentence just a few months ago.

This is someone who is still very much in his orbit, who goes to that for the president and maybe at times can be half step ahead of where the president wants to be but usually not too far. And I think we are seeing here, it's all part of this larger package here. It's sowing doubt on the election result. It's suggesting that America should have a winner that night.

Let's take a minute and pause on that for a second, that of course, we know that because so many states are going to do mail in voting, it will take longer to count those results. And the ballots that are cast in person on Election Day will be done quicker. Now, the president, of course, is urging Republicans, urging his voters to go to the polls that day while Democrats out of concern for health are urging mail-in balloting.

So therefore, there's a real scenario where on election night, Donald Trump, as the East Coast or even the West Coaster goes to bed and we don't have a definitive result, Donald Trump will be winning. And there's a chance and the Democrats and the Biden campaign are worried about this, that he may therefore declare victory -- prematurely declare victory before any other organization, including the Associated Press would do so.

And therefore try to delegitimize any ballot that comes in after that, suggesting that these mail-in ballots are fraudulent. And I think that is part of why there is such concern. We've heard these think tanks try to game out scenarios as to what can happen after the election. And outside of a Biden landslide, there's a belief that there could be the real potential for some violence in the streets afterwards. We certainly hope not. But it

goes to show the president and some of his closest political allies are stoking that talk. And that's something that -- not just Democrats but all of us should be concerned about.

WALLACE: Jason Johnson, I want to come back to the question I asked you about, because Donald Trump has made law and order and lawlessness essential campaign issue and he has sought unsuccessfully, if you accept the public polls that are out this week, to depict a future America run by Joe Biden as the threat. It is the current America run by Donald Trump --

JASON JOHNSON, MSNBC CONTRIBUTOR, POLITICS EDITOR, THE ROOT.COM: Right.

WALLACE: -- that is the threat and it is Donald Trump and his closest communications allies who are stoking violence.

You know, my question was to get you on the record of whether we're paying close enough attention and whether we're fortifying ourselves and whether we are maybe for the last and final time right to sort of call out for a guardrail or for someone to say, listen, Donald Trump's going to delegitimize the election. He's going to say reckless things. He's going to urge his voters to commit felony voter fraud but there should be a bright red line at inciting violence.

JOHNSON: Nicolle, I agree. And I've been saying this and you've -- (inaudible) on the show, I don't think Donald Trump is running re-election campaign. He's just trying to consolidate power. There's no campaign here, right? They are not spending money. What he did in Kenosha, what he's done in Portland is basically ask terrorists to come and intimidate people. And that's what he's going to do on Election Day.

I said, it's like Season Five of House of Cards. He's going to say, oh, there's terrorist action in Ohio. I've got to send troops there. Hey, you got to go down to Dade County with your guns, Proud Boys, and intimidate people. That is what the president is trying to do. The only guardrail that we have besides talking in the press about, hey look, this guy is just trying to consolidate power, he's trying to end Democratic elections, it seems like the Biden campaign is not going to be caught flatfooted. No insult, but Joe Biden is not Al Gore.

WALLACE: Yeah.

JOHNSON: He's not John Kerry. He's not going to roll over when he sees a problem.

And I just had a friend contact me about this. He said this popped up on his LinkedIn. They're hiring post-election lawyers for Iowa now. They are hiring post-election, so, Biden's team is already getting people in place. Because they are anticipating a battle. And that's a good sign rather than being caught flatfooted after November 3rd.

WALLACE: Jason, I want to read this to you. Greg Sargent of The Washington Post writes this, quote, "Trump isn't trying to persuade a majority of U.S. voters to support him," to your point. "Instead, he's trying to get within what you might call cheating distance of pulling another electoral college

inside straight even while losing the popular vote, just like last time."
And, "He's not there yet. But many top Trump officials and Congressional
allies have placed their official duties and the levers of your government
at the disposal of Trump's reelection effort, which depends on closing that
gap." Do you agree with that?

JOHNSON: I completely agree. And this is one of the many scenarios that
I've seen gamed out that I've thought about. Let's say Michigan, Wisconsin,
Pennsylvania come down to a situation where votes that come in after
Election Day give those states to Joe Biden, but the votes that came in on
election day give those states to Trump, what will the Supreme Court do? What will state Supreme Courts
do? That's what Donald Trump wants to have
happen. He knows he can't win the electoral college or even the popular vote
by people being able to vote. He wants to throw it to the courts.

And I think that even the courts, as conservative as they may be, they may be
willing to flip one state. They can flip a Florida. They can flip a
Michigan. But if you have two or three different states with a vote count
shows, look, these additional mail-in ballots will make a difference and
they will throw it from one person to another, I think, you know, for our
conservatives in the Supreme Court would have trouble overruling public
sentiment that way. I hope.

WALLACE: Joyce -- I hope, too. Joyce, I want to read to you something -- our
friend Matt Miller has this expression that he mostly shares off air. But I
don't think he will mind if I say this that for a while, the first couple of
years when Democrats would say, oh, but the norms. You know, it started to
sound a little fussy. But here's what happens when norms are obliterated.
This is Greg Sargent's reporting on all the ways that Trump has used the
levers of power to his political advantage.

Rushing coronavirus virus treatments and pushing unproven treatments and (ph) a
vaccine before Election Day, interfering in public health messaging, his
HHS changing reports, still lying with the president's message, twisting
intelligence to support campaign propaganda, downplaying the role of white
supremacy, raising the profile of left wing groups, helping to cast doubt
on Russian election sabotage, Barr's efforts here to release some Durham
report, which resulted of the resignation of his top deputy, limiting the
disclosure of knowledge of Russian sabotage, discrediting vote by mail, validating fake narratives of
Hunter Biden.

And I would just add to this list, Joyce, because this is a kind of list
that I print out, and it keeps me up at night, the ongoing efforts to sort
of make China and Iran's preference for Joe Biden look the same as Russians'
actions which are to mettle meddle in our elections, another attack on our
democracy which is wholly different in the eyes of the ODNI's report on
election interference for 2020.

What do you make of our inability four years in to have adapted and pushed
back any of these in treaties on critical national security, homeland
security agencies that are now, as Greg Sargent accurately reports, being
used to Donald Trump's political benefit?

VANCE: The eternal mystery of this administration is how Trump has gotten
away with busting norms so easily, so effortlessly, and with no meaningful
checks. And I suppose one of the biggest answers to that is the failure of

the Senate majority to hold him accountable, which is the constitutional task that they are given.

I think the good news on the horizon here is that unlike Bush versus Gore, when Democrats had to jump into litigation after the election, completely unprepared, frankly, and unorganized in the face of very serious issues, that's not what the Biden team will look like after this election. So, this is maybe the frontier on norms that can be violated.

They've assembled a really outstanding team of lawyers that is headed by two former solicitors generals. Former Attorney General Eric Holder is involved to coordinate with some of the civil rights groups and others who are already engaged in litigation. They will game out the scenarios in advance. And they will be prepared in court.

And I agree with Jason's assessment that the courts will not do gross injustice. You know, it's possible that a case here or there could be decided in way that I might view as being wrong. But when we're looking at a press of litigation across the country in the face of what can only be seen as a really sustained effort to interfere with the election, I do believe that the courts will hold and that we will have fair and free elections even if we have to wait a while to get results, something that we should all be prepared for.

WALLACE: Joyce Vance, Jason Johnson, Jonathan Lemire, all three of you providing me with my much needed dose of optimism and Jonathan Lemire, in your case, a call for patience, thank you for that. When we return, deadly wildfires in the west and another dangerous hurricane on the Gulf Coast. Both happening right now as Donald Trump continues to deny all the science behind climate change.

Plus, a disturbing new whistleblower report from a nurse who is raising alarms about a high number of hysterectomies performed on women at an ICE Detention Center in Georgia. We will bring you the latest reporting on that emerging scandal.

And the World Health Organization reports a single day record high number of new coronavirus cases. The spikes in Europe, outbreaks on college campuses and some countries entering a second lockdown. Yet here in Donald Trump's parallel world, its indoor rallies, no mask required even as the experts warn a return to normal is still a long way off. Deadline: White House continues after a very quick break. Don't go anywhere.

(COMMERCIAL BREAK)

WALLACE: As we mentioned earlier, we're tracking not one but two natural disasters currently threatening different parts of the United States. First in the southeast, the brunt of hurricane Sally's destructive power is lurching towards the Gulf Coast. It will likely make landfall early tomorrow morning, packing historic flash flooding, 30 inches in some areas. Evacuations are underway.

And then out west, wildfires had already scorched millions of acres and they are spreading. At least 36 people, so far, have lost their lives. And we should mention, the air quality there has become a hazard right now as we sit here, the Pacific Northwest has the worst air quality on the face of the

planet. So bad, in fact, that just in the last 20 minutes, ESPN reported that the Major League Baseball game scheduled tonight between the Mariners and the Giants in Seattle has been postponed.

Let's bring in Democratic Senator Jeff Merkley of Oregon who drove 600 miles through his state to survey the devastation and talk to people impacted by the fires.

I read about that and I wanted to ask you about your drive since I saw that. Tell me what you saw and tell me how your state is doing.

SEN. JEFF MERKLEY (D-OR): Nicolle, I went 600 miles and I never got out of the smoke. It was absolutely apocalyptic. I was meeting with folks who are fire command. Meeting with centers where people -- fire refugees were picking up clothing and personal items and trying to get hotel vouchers. And I visited two towns. One of them, you have there I think that's Talent and Phoenix that were absolutely incinerated. It's like they had been fire bombed. It was apocalyptic. It wasn't unanticipated though, because year after year, our fires have been getting so much worse with climate change.

WALLACE: Well, Senator, the president was in California this week and talking about one of the factors. It's forest management. I think upwards of 57 percent of the forest lands are federal lands. So maybe he'll bring up around next time he visits. But talk about the climate denial that still happens sadly in my former party and how that hinders the efforts to do anything, to help these states from having this happen year after year.

MERKLEY: Well, you mentioned forest management, and that is a factor. And we've been pushing for more funds to thin the second growth forest, which the trees are two close to together. Their crowns are all the same level. They are great for fires. They are terrible ecosystems. They are not even good for timber harvest, because of the fire that they pose -- fire hazard they pose.

But every time we push for funds to make the forest more resilient, and thinning does supplies saw logs, Republicans step in and say, no, let's get rid of all the law -- laws, environmental laws. Let's go back to clear cutting. Clear cutting just perpetuates the same problem, trees too close together, all at the same height.

So, Mr. President, come to our assistance with a billion dollars a year for responsible forest thinning. It will help the forest industry. It will help our forests be fire resilient. But I can tell no amount of thinning would have stopped the fires at this moment, because you're getting more dusty wind with the changing climate and the forests were so dry -- drier than you would get with a two by four that had been dried in a kiln.

So, any kind of spark just sets it off. And then the winds just blow it into a blow torch and it came down the valleys to hit those towns. So, we have the short range. We need to have a massive help for these families. They have lost everything. They need us to give them the resources to get back on their feet. Then we need to rebuild these communities. So, again, Mr. President, help us do those two things for the communities and for the families.

But in addition to forest management, we have to take on carbon dioxide. And we have to take on methane. And the president is doing the opposite. He is setting the stage for the destruction of our planet. We're seeing it with the hurricanes that you're noting. We are seeing it with the fires.

We are seeing it with the more acidic ocean affecting our fisheries. We are seeing it with the declining water in the snow pack and the cascades that provides summer irrigation for our farmers. We're seeing it everywhere. We've got to rapidly go to renewable energy and get off the carbon dioxide and fossil fuels.

WALLACE: Senator, I'm looking at these pictures of your state. And my thoughts, my heart goes out to everyone affected. But my thoughts are going to how you rebuild with a president who's so disdainful of disasters that happen in places that aren't full of his supporters. And I'm thinking of Puerto Rico, which struggled for a very long time after it was hit by a hurricane.

I'm thinking of his attitude and his posture toward the state of New York as we suffer tens of thousands of deaths from coronavirus. And I'm looking at these pictures from California, Oregon and Washington State. I'm wondering if you have plan if the president isn't at the table as a partner to help you rebuild. And in the short term, I have a son starting third grade. It was already going to be hard for people in California, Washington and Oregon to start school remotely with the pandemic. How do you make sure that kids don't lose a whole school year if you've had all these evacuations from the fires?

MERKLEY: Absolutely. I talked to parents who were coming out of Phoenix and Talent. They were planning to go 30 or 40 miles to a friend's house, relative's house, their kids were just -- most have started schools, their laptops or tablets had just been burned up. There's kind of a traumatic shock that sets in. The parents have every possible thing they have to -- even their jobs were taken because if they worked at places in the commercial sectors burned, they lost those jobs.

So, it's going to be really, really hard on these -- these children, was already going to be really hard. Imagine kids in first grade trying to operate through a tablet or a teacher trying to teach through a tablet. It's already going to be hard. But I picture the president coming to those burned out towns and tossing out a roll of paper towels, like he did in Puerto Rico. I went to Puerto Rico eight months after the disaster. It was such a failure of the United States to assist U.S. citizens in rebuilding.

We cannot allow that to happen during disasters like this. I'm hoping we can take the disasters in red states and blue states. We've got problems in Iowa. Louisiana is going to be hard hit. Texas has been hard hit. Let's quit putting a party on it and all help each other out. And quite frankly, in terms of rebuilding the housing and so forth, I think we are going to have to look for a lot of help from the next administration. I don't think this administration has competence to get the job done.

WALLACE: Senator Jeff Merkley, we will stay on this story. Please keep coming back and letting us know how your state is doing. It's unbelievable --

NBCU004167

MERKLEY: Thank you, Nicolle.

WALLACE: -- unbelievable scenes there. Thank you so much.

When we return, we'll have breaking news and a disturbing whistleblower report that alleges a high rate of questionable hysterectomies performed on immigrant women in an ICE detention center, a remarkable and troubling story after a very short break. Don't go anywhere.

(COMMERCIAL BREAK)

WALLACE: We are following breaking news today. It's about an alarming new whistleblower complaint that alleges, quote, high numbers of female detainees, detained immigrants, at an ICE detention center in Georgia received questionable hysterectomies while in ICE custody. That whistleblower complaint first reported by "The Intercept" was filed by a nurse who worked full-time at the Irwin County Detention Center in Ocilla, Georgia.

The nurse says that detained women told her they didn't fully understand why they were undergoing hysterectomies and that one doctor in particular raised red flags among the nurses at the facility.

My colleague, NBC's Julia Ainsley, has been reporting on the story and she joins us now. Julia, tell me what we know. This is. This is -- we should just be -- sort of show our work here. This has been swirling around on social media for a couple of days. NBC has now -- you've confirmed this story and you've got some new reporting. Tell us all about it.

JULIA AINSLEY, NBC NEWS CORRESPONDENT: Well, our new reporting, Nicolle, is based on conversations with four lawyers who've represented clients in this facility over the past three years. They're able to really broaden this story out and it explains why the whistleblower, Dawn Wooten, heard what she did.

These lawyers tell us that they knew of women who said that they were afraid to go to this doctor. They identified him. His name is Mahendra Amin. He's a gynecologist in Douglas, Georgia.

These women would be taken from the facility to his practice. Some said that they came back bruised, that he was overly harsh, they called him abusive in some of the allegations that the lawyers told us.

And in at least two cases, there were women who were told that they needed a hysterectomy because they had cancer. One of these women, her medical records does not indicate that she ever had a biopsy to indicate that she had cancer.

In another case, a lawyer told me that his client had a hysterectomy because she was told she had stage four cervical cancer. And after the hysterectomy, when she went to an oncologist, the oncologist said, you do not have cancer.

So, these are alarming allegations about this doctor. I personally called the doctor's office. As soon as I identified myself as a reporter, I heard a click, the phone hung up. Clearly, there are people reaching out with the same questions we have today.

My colleague Jacob Soboroff today interviewed Dawn Wooten, the whistleblower that began this entire chain of events that has revealed this information. And here's what she had to tell Jacob today. And I should warn viewers ahead of this. What she has to say is disturbing.

(BEGIN VIDEO CLIP)

JACOB SOBOROFF, MSNBC CORRESPONDENT: You`re quoted in the complaint as saying, "That`s his specialty, he`s the uterus collector." Is that how people refer to this doctor?

DAWN WOOTEN, FORMER NURSE, IRWIN COUNTY DETENTION CENTER: That`s how the detainees referred to this physician. They referred to him as -- I had a detainee that asked me, she said, well, what is he doing, Ms. Wooten? Collecting all of our uteruses? And I just looked at her puzzled because I didn`t have an answer.

I didn`t accompany them on the procedures and it is mind-blowing and is mind-boggling. When you get in your vehicle after a 12-hour shift and you cry yourself home and you`re the only one in the vehicle asking why, what is going on, what is happening? I don`t have an answer. Why is nobody not hearing them or taking them, so to speak, seriously? I don`t have an answer.

So, shift after shift, then it gets to be to where you don`t want to report to work because you don`t have an answer. You don`t have a reason and they`re going to ask you why.

(END VIDEO CLIP)

AINSLEY: Now, Nicolle, ICE had said that they don`t comment on allegations that have been brought to their inspector general, just like this whistleblower complaint was. But they say that in general, anonymous, unproven allegations made without any fact-checkable specifics should be treated with the appropriate skepticism they deserve.

So they're clearly questioning Dawn Wooten here. But so far, ICE has not responded to the new reporting by NBC News that calls out this doctor by name and gives specific allegations that clients gave their lawyers.

The other thing we`re waiting for them to respond to, as well as the company that runs the facility, is the allegations from the lawyers that they say they went to leadership, to management at this facility and said, look, you have a problem with this doctor, our clients are afraid to go back to them, he is hurting these women. And they continued for years to keep using this gynecologist to perform this care.

Now, right now, ICE has not responded to that new reporting.

WALLACE: Julia, can you widen the lens on the medical care that is standard for female detainees? It just sounds like a whole lot of gynecological care when we read about the complete and abject neglect around COVID.

AINSLEY: You`re hitting it. These are the conversations I`ve been having all day, Nicolle. I mean, I`ve been talking to lawyers who say, look, I have -- I have clients in detention who have diabetes and couldn`t get their medication, yet they were told to go back for a Pap smear and then to go

again when that seemed irregular.

It seemed like they were getting way too much care from a gynecologist and perhaps doing very unnecessary procedures and not enough of what you would need in a short-term detention situation. We know that they aren't supposed to stay longer than six months. Why were they getting so much care on this one area?

And I will also point out that this doctor was part of a civil settlement with the Justice Department in 2015, where he and other doctors had to pay over $500,000 and a fine for fraudulent claims to Medicaid. So that means that we're already looking at a doctor who has at least been, you know, alleged to have tried to inflate his claims in order to get more money.

And that, I think, is the allegation here, why was he doing so much work if, as it seems, a lot of these procedures were not necessary. And I should also mention, very tragic, one of the lawyers described a woman of childbearing age who has now had a hysterectomy that perhaps she did not need.

WALLACE: It's an unbelievably disturbing -- sounds like the tip of the iceberg. Julia Ainsley, please come back as you and Jacob report more on this story.

When we come back, the coronavirus hits a record high in new infections around the world, but in Donald Trump's parallel reality, it is indoor rallies, no masks, no social distancing. We'll bring you all that reporting. "Deadline: White House" back after a quick break.

(COMMERCIAL BREAK)

(BEGIN AUDIO CLIP)

BOB WOODWARD: This thing is a killer if it gets you. If you're the wrong person, you don't have a chance.

DONALD TRUMP: Yes, yes. Exactly. This monster –

WOODWARD: So this (inaudible).

TRUMP: This is a scourge and –

WOODWARD: It is the plague.

(END AUDIO CLIP)

WALLACE: There are already taking on an air of the frost Nixon tapes. That was Donald Trump with Bob Woodward back in April. His comments there to Bob Woodward is a far cry from what Donald Trump is telling the rest of the country publicly.

And under Trump, the United States continues to lead the world in the number of coronavirus infections and deaths. That since the threat of a resurgence increases overseas. Globally, more than 29 million cases have been reported and more than 928,000 people have died.

On Sunday, the World Health Organization reported more than 308,000 new

infections, the most in one day since the pandemic began. More than half are from three countries. India, Brazil, and, you guessed it, the United States of America.

Cases are spiking in Europe, as well, especially in Spain and France, as the WHO warns the entire continent should prepare for increased mortality this fall. And this Friday, Israel will become the first developed country to enter a second nationwide lockdown amid an infection rate that is one of the world`s highest.

Joining our conversation, Internal Medicine Physician and MSNBC Meical Contributor Dr. Lipi Roy, plus former White House Communications Director under President Obama, Jen Palmieri is here.

Dr. Roy, I want to ask you about these global headlines. I guess my question is some of these countries did everything right. Spain had one of the most strict lockdowns the world over and they are dealing now with an uptick in cases and morality. What does that tell us about the virus?

LIPI ROY, MSNBC MEDICAL CONTRIBUTOR, INTERNAL MEDICINE PHYSICIAN: Hey, Nicolle.It`s good to be with you under such surreal and at times really heartbreaking circumstances.

WALLACE: Yeah.

ROY: Yeah, what we`re seeing in other countries is frankly what we`re seeing in parts of this country, as well, right? And so certain states, just like certain countries, if they reopen too quickly without the appropriate health measures in place, they are going to get infections again. There is still widespread, community spread of this virus all over the country.

Again, certain parts of this country such as the northeast, New Jersey, Connecticut, Massachusetts, and New York have been able to successfully lower the community spread. And by the way, other countries like up north in my homeland of Canada, which just announced zero deaths for the first time in six months. So it`s doable but it has to happen very carefully and following guidelines, strict guidelines.

So the leaders of these counties have to work side by side with their public held officials and communicate this message throughout the country, in the smaller village, to large cities, to everyone because everyone is vulnerable, frankly, Nicolle.

WALLACE: I want to read you, Dr. Roy, some of the headlines about what back to school has brought. In Michigan, there are 11 K through 12 schools with outbreak, adding up to more than 1,400 cases. Michigan State University ordered 30 fraternities and sororities to quarantine after an outbreak. Utah`s top epidemiologist called out college students for the uptick for partying and socializing.

And this is in New York City where, as you mentioned, one of the lowest infection rates in our country. Fifty-five New York City Department of Education employees tested positive one week before classes began and nearly half of all New York City public students are opting for all remote.

There are a lot kids who need the lunch program, who have special -- that's just a remarkable number of public school students in a part of the country that's doing quite well opting out of going into schools.

ROY: I mean, it's so frustrating because as you just so accurately pointed out, Nicolle. School is so essential not only for education, obviously, but all the other services that schools provide, including health services, including food and meal programs, after school programs, many, many reasons. However, schools can only reopen if it's done so safely.

As you know, Nicolle, schools are embedded in communities. So if that community has a high community spread of the virus, you're going to see that in the schools and then back into the community.

But to your point, even in areas like New York City and New York State where community spread is low, we're still seeing cases. So, you know, we already have data showing that kids can not only get infected but transmit the virus to each other and to adults and going back to their homes to their grandparents.

So, you know, it means going back to the drawing board, Nicolle, and making sure that all of these schools, either have do it remotely or if they are going to do it in person, it has to be with distance between the desks and good ventilation, but it has to be very clear cut instructions, Nicolle.

WALLACE: You know, Jen Palmieri, when I saw the pictures of Donald Trump's indoor rallies this week, I wondered if there were any kids in any of those households, what they were doing, right? Like so were the parents or grandparents or aunts and uncles out maskless, not socially distancing, and then enforcing other rules for their kids?

I mean, this parallel reality that Trump is imposing on his supporters goes against every recommendation his own government still has in place.

JENNIFER PALMIERI, FORMER CAMPAIGN COMMUNICATIONS DIRECTOR FOR PRESIDENT BARACK OBAMA AND HILLARY CLINTON: Yeah. I mean, first of all, like this week, we'll probably pass 200,000 deaths. We'll probably hit that tragic milestone. It is so chilling about hearing his voice with Woodward. He sounded like a rational person would in discussing the virus, right?

He sounds like everyone on this show in appreciating how serious it is and how easily it is transmitted, and then when he speaks to the public, he adopts some other tone that is not just lying to America and then putting his own supporters in this kind of vulnerability, right?

It is just -- it is mind-bogglingly irresponsible. And I fear what he's trying to do now that COVID is back as a big inflection point (ph) because of Woodward. What he's trying to do at these rallies is show America, look, everything is normal, everything is fine, and willing to put his own supporters at risk just to make it look as if -- just to have the appearance as if things were returning to normal.

And, you know, we also saw what happened when he did this in Tulsa in June. We think that's where Herman Cain got -- contracted COVID-19 and died shortly thereafter. This is life and death that they're using as a political game.

NBCU004172

WALLACE: It is amazing, Jen Palmieri, what you describe is him basically viewing his supporters as extras in campaign footage to show a fake America where people are not at risk of a deadly pandemic. It really is chilling when you put it that way.

Jen Palmieri, Dr. Lipi Roy, thank you both for spending some time with us.

When we return, remembering lives well lived.

(COMMERCIAL BREAK)

WALLACE: It takes a special kind of person to dedicate a lifetime to helping others. That was Reva June Booth. She was raised in a dirt floor cabin in a dirt poor coalmining town. She had eight siblings. When she was a teenager, it fell to her to watch over them. So, she dropped out of high school, put everything on hold just to help her family.

It was the first chapter in a life spent serving those in need. It wasn`t long before Reva moved to Detroit, got her GED, and a job as a paraprofessional. From there, according to the Detroit Free Press, Reva became a living caregiver for older folks with no family.

Reva had three daughters of her own and grandchildren and great grandchildren. They all knew her as "granny," a loving woman for whom an empty plate at the dinner table always meant stay right there, don`t move, there is more.

Reva died of the coronavirus at the age of 86 after a life very well lived indeed. She`s in our thoughts and prayers. We`ll be right back.

(COMMERCIAL BREAK)

WALLACE: Thank you for letting us into your homes during these extraordinary times. We are grateful for that. "THE BEAT" with my friend Ari Melber starts right now. Hi, Ari.


THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.
END

<Copy: Content and programming copyright 2020 MSNBC.  ALL RIGHTS  RESERVED. Copyright 2020 ASC Services II Media, LLC.  All materials herein are protected by United States copyright law and may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of ASC Services II Media, LLC. You may not alter or remove any trademark, copyright or other notice from copies of the content.>

NBCU004173