Declaration of

Chris Hayes

Exhibit 4