Declaration of

Alexander Price

Exhibit 1

| | |
|---|---|
| **From:** | Christopher Hayes <clhprivate@gmail.com> |
| **To:** | Price, Alexander (NBCUniversal) <Alexander.Price@nbcuni.com>; Jabaji, Rawan (NBCUniversal) <Rawan.Jabaji@nbcuni.com> |
| **Sent:** | 9/15/2020 3:41:18 PM |
| **Subject:** | Immigration layers R Andrew Free |

reach out on signal

▆▆▆▆▆▆

CONFIDENTIAL  NBCU000349