Case 5:21-cv-00056-LGW-BWC   Document 132-2   Filed 12/19/23   Page 1 of 2



CONFIDENTIAL
NBCU000149



CONFIDENTIAL                                                                                                              NBCU000148