Andrew Free Call
September 15, 2020



TRANSCRIPT OF AUDIO RECORDING RE:

Dr. Mahendra Amin, M.D. v. NBCUniversal Media, LLC

File Name:  2020-09-15 Andrew Free Call.m4a

Transcribed by:
ERIKA SEGUIRANT, RPR

CONFIDENTIAL

NBCU001808

Andrew Free Call
September 15, 2020

```
 1                    (Ringing)
 2               ANDREW FREE:  Hey, just one second.
 3    Okay?
 4               XANDER PRICE:  Sure thing.
 5               ANDREW FREE:  Are you there?
 6               XANDER PRICE:  Yes.
 7               ANDREW FREE:  Hey, sorry.  I'm just on
 8    this call with a bunch of advocates about this.  How
 9    have you doing, man?
10               XANDER PRICE:  I'm doing well.  How
11    about you?
12               ANDREW FREE:  Good.  Yeah, all right.
13    All right.  Thanks for making the time.  It's Xander?
14               XANDER PRICE:  Yes.  Is it -- yep,
15    Xander.
16               ANDREW FREE:  Cool.  Yeah.  So I'm
17    Andrew.  It's nice to meet you.
18               XANDER PRICE:  Likewise.
19               ANDREW FREE:  Chris and I go back a
20    little bit.
21               XANDER PRICE:  Okay.
22               ANDREW FREE:  But I told him, you know,
23    if he should reach out to me, that I can just do a
24    full brain dump, and then we can think about next
25    steps in terms of story and sourcing and -- and
```

CONFIDENTIAL                                                    NBCU001809

Andrew Free Call
September 15, 2020

1   subjects if that's okay --

2                   XANDER PRICE:  Yeah.

3                   ANDREW FREE:  -- unless you have a

4   better proposal.

5                   XANDER PRICE:  Yeah, no, no, no.  That

6   sounds great.

7                   ANDREW FREE:  All right.  Cool.  So just

8   context, I'm an immigration and civil rights lawyer.

9   I run the Detention Kills Network.  I help set up, you

10  know, working with whistleblowers, training for my

11  immigration lawyer partners in the summer, and then

12  with government accountability project.

13                  And Project South is a longtime client.

14  Azadeh is a longtime -- like we cocounsel cases, and

15  I've been working on the deaf people in custody since

16  May of 2017 in DFS (Inaudible) custody.  So that's

17  kind of like a background on how I know about this

18  stuff.

19                  I happen to be COVID-ing in Atlanta

20  because that's where my kid lives.  I'm normally up in

21  Nashville and mostly all over the place.

22                  XANDER PRICE:  Uh-huh.

23                  ANDREW FREE:  And so that's who I am.

24  Here's like the situation:  After the report came out

25  yesterday, we started getting -- "we" being my

CONFIDENTIAL                                          NBCU001810

Andrew Free Call
September 15, 2020

```
 1   roommate who's on the American Immigration Lawyers

 2   Association Board of Governors -- it's an elected

 3   position through the national 15,000-member

 4   immigration lawyer organization, her name is Sarah

 5   Owings.

 6               You know, she has had a client in Irwin

 7   for the last four or five months who we took from

 8   Immigrant Families Together and did some rep.  And,

 9   you know, this woman has seen this doctor three times.

10   So we've all confirmed it's the same doctor.

11               XANDER PRICE:  Okay.

12               ANDREW FREE:  His name is Mahendra Amin.

13   He has previously been sued by the Department of

14   Justice for Medicare fraud and by the Georgia -- the

15   State of Georgia.  There was a 520,000 settlement.

16   The -- it's on the DOJ website if you just Google his

17   name.

18               So after we heard the reports from --

19   and you know, (Inaudible) John Washington, and I have

20   worked together for years.  And then this Law & Crime

21   thing comes out, and everybody was a little suspicious

22   because the sterilizations is not in the intercept

23   piece from yesterday.  And Law & Crime, like for many

24   people, if they don't know the source, they don't know

25   Dan Abrahams or what he's doing.
```

CONFIDENTIAL                                                    NBCU001811

Andrew Free Call
September 15, 2020

1           And so I reached out to Azadeh, and I

2    reached out to Jose, and I reached out to Dana at

3    Government Accountability Project.  And like the

4    allegations are solid.  We checked it with the

5    whistleblower.  And then we started hearing from other

6    women.

7           So in the last 24 hours, I have heard

8    from five different immigration lawyers with multiple

9    clients who have either had hysterectomies for which

10   they did not get informed consent or who have medical

11   battery accused by this physician.  It is an open

12   secret in the town that you don't go to him.  Women

13   tell --

14           XANDER PRICE:  Oh, wow.

15           ANDREW FREE:  -- each other that because

16   he's, quote, rough.  And there's a -- there's been a

17   whisper campaign for a long time about this particular

18   physician.  Women at the facility have told other

19   women after coming back from seeing him not to go and

20   to self-treat their own gynecological issues.

21           And it got so bad that my colleague,

22   Elizabeth Matherne, an immigration lawyer who used to

23   work at the Southern Poverty Law Center at the

24   facility -- she lived down there in Nashville,

25   Georgia.  And she went out to a woman named Markita

CONFIDENTIAL                                                    NBCU001812

Andrew Free Call
September 15, 2020

1    George, who at the time was Irwin's inmate's services

2    coordinator or inmate services director.

3              And she said, Look, I've represented

4    a -- you know, a bunch of women -- I forget whether

5    it's a dozen or a half dozen.  But like it's a number

6    of people who have raised concerns about this doctor.

7    They do not want to go to the lady doc because they

8    are afraid of this man.

9              And so she went, and she's looking right

10   now for paper about that between the facility and

11   herself.  But she does have a declaration that was

12   filed with the board of immigration appeals, the

13   immigration agency, last year upon which her client

14   discusses the -- the treatment that she got from this

15   physician.

16             So this has been an open secret for a

17   long time.  All right.  My clients, one of them is an

18   El Salvador, and I represent those women with their

19   immigration attorney, Benjamin Osorio who is in

20   Fairfax, Virginia.  And I think he would be the person

21   who would go out front on this since he's known these

22   women and their families for years.

23             So one of them was deported we think in

24   about 2016.  She had a hysterectomy.  And basically,

25   the pattern -- the other one is in -- is in the United

CONFIDENTIAL                                                      NBCU001813

Andrew Free Call
September 15, 2020

1   States.  She's in ███████████████  And she's still in

2   removal proceedings, so we need to anonymize these

3   women so that they're not put at risk.

4                    XANDER PRICE:  Yeah.

5                    ANDREW FREE:  But at least B████████

6   who's in the United States, I just spoke with her

7   earlier.  She's lived here since she was two.  And --

8                    XANDER PRICE:  Oh, wow.

9                    ANDREW FREE:  -- she was, ███████████

10  ██████████████████████████  She's got a bunch of kids

11  here.  And she's going to get a green card.  Like

12  she's eligible for a couple of different forms of

13  relief.  And once she was there, she was brought in.

14                    And I asked her to kind of talk me

15  through it.  And she said, you know, she was told that

16  she had cancer, or at least the risk of cancer.  And

17  then without really having any sort of explanation and

18  without any, really, understanding of what her options

19  her, she was taken to the hospital where she was

20  shackled to the bed and guarded by a male and a female

21  guard until the nurse asked them to take the handcuffs

22  off, and she was given a hysterectomy supposedly to

23  treat her cancer.

24                    After she gets out of detention, a

25  Georgia medical -- Georgia Cancer Diagnostics

CONFIDENTIAL                                                      NBCU001814

Andrew Free Call
September 15, 2020

1    Center -- and I'm trying to get her to get me the

2    letter that she got -- said oh, you need to come in

3    for chemo.  You need to come in for all this

4    treatment.

5                And she didn't know anything about that

6    because she did not get any discharge instructions

7    that would have let her know that.  I missed the part

8    where she finishes the surgery.  She goes back to

9    Irwin, and she's placed in medical isolation, which is

10   like solitary confinement, for a couple of days.

11               And she's denied pain medication.  So

12   she's just there by herself.  While she's at the

13   hospital and after she's told that she's having this

14   surgery, she's not allowed to call family and ask them

15   her call her lawyer and ask him.  And you know what

16   Benjamin will tell Chris is that like he's -- he's

17   feeling horrible last night because usually it's such

18   a battle to get treatment at all, you know, to put in

19   sick call requests to get them to actually see your

20   client.

21               But you never want to actually like

22   second-guess what you're doing when they're treating

23   clients because many -- many people's sick call

24   requests, including some that I've heard from today,

25   have been waiting for weeks.  So we as advocates and

CONFIDENTIAL                                                    NBCU001815

Andrew Free Call
September 15, 2020

1   representatives of people in detention have not really

2   been geared toward second-guessing the medical

3   judgment of these folks.  You know, if they had a

4   hysterectomy, they probably needed it was our thought.

5               So he feels bad, you know, about not

6   flagging this.  But either way, she wasn't allowed to

7   call him.  So anyway, she went and got an MRI, it

8   sounds like.  And it turned out she had no cancer.

9   And it's -- we're still trying to get to the bottom of

10  it.  I've got an independent medical reviewer

11  reviewing her records.

12              But, you know, and if we're comfortable

13  with the data, then we'll make the allegation.  But

14  for right now, the allegation is that she was given a

15  hysterectomy without informed consent.  The woman in

16  El Salvador, it sounds like, was not provided an

17  interpreter.  It sounds like she may have been in

18  diabetic shock at the time.

19              XANDER PRICE:  Okay.

20              ANDREW FREE:  And she's got a trauma

21  history that makes her comprehension skills very

22  limited, according to her son who I'm in contact with

23  and spoke with earlier today.

24              B███████ who I just told you about, the

25  one who's been here since she was a kid, is going to

CONFIDENTIAL                                                      NBCU001816

Andrew Free Call
September 15, 2020

```
 1    talk to Chris if you want him -- if you want her to.

 2                 XANDER PRICE:  Okay.

 3                 ANDREW FREE:  She happens to be working

 4    her job at ████████ right now and doesn't get her

 5    break until 8:00, and I just wasn't able to get all of

 6    the ducks in a row soon enough after BJ reached out

 7    to -- after Benjamin Osorio reached out to me this

 8    morning.

 9                 XANDER PRICE:  Okay.

10                 ANDREW FREE:  So those are the people

11    that I'm representing.  My housemate, Sarah Owings'

12    client, had the same gynecological procedure scheduled

13    three separate times by this doctor.  She has also

14    retained an independent expert to request review of

15    these records.

16                 And we should have that review back this

17    week.  Then there's Elizabeth Matherne has a handful

18    of clients that she's like following up with right now

19    to see if she's got medical records.  There's another

20    attorney, Amna Shirazi, who had a client who had a

21    miscarriage three years ago and was treated by this

22    physician.  And then had about a year of lingering

23    adverse gynecologic effects because of the failure to

24    treat her after the miscarriage in an effective way.

25                 And then there's Tracie Klinke, who's
```

CONFIDENTIAL                                                          NBCU001817

Andrew Free Call
September 15, 2020

1    another immigration attorney.  And she had a client go

2    there yesterday.  And Tracie Klinke said that the

3    client basically had some bumps or maybe a rash.  And

4    he wanted to do -- after the pap smear, he wanted to

5    do leak basically his whole scheme, essentially, which

6    is to check for cysts and then say you have ovarian

7    cysts and do a hysterectomy.

8                    XANDER PRICE:  Uh-huh.

9                    ANDREW FREE:  I happened to in a

10   previous life live with an OB/GYN resident.  I reached

11   out to her.  She's now practicing.  And she's a --

12   she's been a -- she's like taught at -- after she

13   graduated, she was on faculty.  So she's good, a good

14   doctor, I think.

15                   And I was like so if you were -- you or

16   Chris could ask anybody at ACOG or at American Academy

17   of Gynecologists, like, if you were seeing a transient

18   population and you could only see them for about four

19   to six months and you wanted to bill as much as

20   possible for those visits, which procedures would you

21   conduct?

22                   And the first answer was, Well, you'd do

23   a C-section.  So then I was like, okay.  What if they

24   were mostly not pregnant?  What about that?  Which

25   procedure would -- and they were, oh, a hysterectomy.

CONFIDENTIAL                                                    NBCU001818

Andrew Free Call
September 15, 2020

1   So we know that there's some upbilling that's

2   happening.

3            But we would hate for this to be a story

4   about like kind of base greed, you know.  This is a

5   story, from my perspective, about a system in which

6   this is allowed to operate because if the numbers are

7   what they look like to me they are going to be based

8   on doing years of class actions and years of sort of,

9   you know, people coming forward after the initial

10  allegation comes forward, particularly when it's women

11  who have been sexually assaulted and sexual --

12  anything like this.

13           I mean, you look at Me Too.  You know,

14  one person comes forward.  It gives somebody courage.

15  Then more people come forward, and then the entire

16  scope of the problem is revealed.  And so, for me,

17  this is -- everybody knew.  Everybody at the facility

18  knew.

19           They had to put people, you know, either

20  in medical isolation after they got back from the

21  hysterectomies.  And that's why Dawn knew.  And that's

22  why they called him the uterus collector.  You know,

23  that's why he's called that down there.  That's not

24  just a euphemism that Dawn Wooten used.  You know, and

25  I think Jacob (Inaudible) interviewed Dawn.  So you

CONFIDENTIAL                                          NBCU001819

Andrew Free Call
September 15, 2020

 1   guys should have --

 2                   XANDER PRICE:  Yeah.

 3                   ANDREW FREE:  -- footage of that

 4   tonight.  Like, I mean, this isn't endemic problem

 5   within the immigration detention system.  This is not

 6   a guy who's just bilking the taxpayers, which is what

 7   they're going to say when it comes out, that this is a

 8   68-year-old Pakistani man.

 9                   You know, like Steven Miller is going to

10   come out and message, well, if we just had an American

11   doctor, this wouldn't have happened, you know?

12                   XANDER PRICE:  Yeah.

13                   ANDREW FREE:  I mean, that's what's

14   going to happen.

15                   XANDER PRICE:  Yeah.

16                   ANDREW FREE:  So it's a systemic abuse

17   thing.  And the fact that he was able to do this under

18   everybody's nose means nobody was watching.  And the

19   fact that we don't have a system that's set up to

20   catch this -- because we kind of don't.

21                   Like nobody is going and asking a woman

22   after she's seen a gynecologist whether she felt

23   sexually assaulted.  There's nobody in detention who

24   she could tell that to, you know?

25                   XANDER PRICE:  Uh-huh.

CONFIDENTIAL                                                      NBCU001820

Andrew Free Call
September 15, 2020

```
1              ANDREW FREE:  That's the thing.  That's
2    the evil at the heart of it.  So anyway, that's my --
3    that's what I know.  That's how I know it.  And there,
4    I'll just pause and ask what can I do to help Chris to
5    tell the story?
6              XANDER PRICE:  Okay.  So -- sorry.  As
7    we're talking, I'm seeing my Slack lighting up because
8    there's apparently -- something's going on with the
9    guesting for the segment.  But -- but, I mean, this is
10   a story that we -- that we absolutely want to -- want
11   to stay on because this is -- I mean, you know,
12   reading through the whistleblower complaint is like a
13   horror show.
14              And so I -- oh, and I just want to say
15   I'm sorry.  I didn't say it before -- before we
16   launched into things.  I'm just -- I'm recording this
17   just for my notes if that's okay.  Hello?  Did I lose
18   you?  Am I muted?  Hello?
19              ANDREW FREE:  Hey, can you hear me now?
20              XANDER PRICE:  Yes.
21              ANDREW FREE:  All right.  I don't know
22   if my ear buds changes over to another Bluetooth
23   speaker or something, but I lost you.
24              XANDER PRICE:  Okay.
25              ANDREW FREE:  You said you were
```

CONFIDENTIAL                                        NBCU001821

Andrew Free Call
September 15, 2020

```
 1   recording, and I said that that was fine.

 2             XANDER PRICE:  Oh, okay.  Great, great.

 3   Yeah, I'm just recording for my notes, just -- you

 4   know, I don't necessarily type the fastest, and I just

 5   want to make sure --

 6             ANDREW FREE:  I got it.

 7             XANDER PRICE:  -- I don't miss anything

 8   on this.

 9             ANDREW FREE:  That's fine.  That's good.

10             XANDER PRICE:  So -- so first thing, do

11   you -- can you give me any like kind of number on like

12   how many women you -- do you represent any of the

13   women that are -- that were impacted by this story

14   or -- or is this --

15             ANDREW FREE:  Yes, I do.

16             XANDER PRICE:  Okay.  And --

17             ANDREW FREE:  Yeah, so I represent two

18   woman right now.

19             XANDER PRICE:  Okay.

20             ANDREW FREE:  Those are Ben Osorio's

21   clients.  And then once we hear back from the medical

22   professional on Sarah Owings' client, I'll represent

23   her as well if it looks like what it looks like.

24             XANDER PRICE:  Okay.

25             ANDREW FREE:  In terms of raw numbers,
```

CONFIDENTIAL                                              NBCU001822

Andrew Free Call
September 15, 2020

```
 1    I -- my current count right now -- and it's growing

 2    every minute because what's happening right now, just

 3    to give you an idea, is we have -- we have concluded

 4    as advocates that we need to allow the people who are

 5    inside to tell these stories.

 6              XANDER PRICE:  Uh-huh.

 7              ANDREW FREE:  And so we've put an

 8    outreach out, and we've said, hey, do you know someone

 9    or are you affected by this?  And so far since that

10    happened early this morning, we're looking at

11    something like 14 or 15 individuals that we've

12    identified.

13              XANDER PRICE:  Okay.

14              ANDREW FREE:  And we're in various

15    stages of getting those people, you know, vetted and

16    checked out and, you know, listening to their story,

17    seeing if they're going to be able to tell it --

18              XANDER PRICE:  Uh-huh.

19              ANDREW FREE:  -- seeing if it's backed

20    up by any records because what we really want to give

21    people is the medical records.

22              XANDER PRICE:  Yep.

23              ANDREW FREE:  And someone who's looked

24    at them and said, yeah, this is bullshit.  So . . .

25              XANDER PRICE:  Okay.  And -- and your
```

CONFIDENTIAL                                                          NBCU001823

Andrew Free Call
September 15, 2020

```
1   clients, they -- they were -- these hysterectomies

2   were performed on them without their -- without their

3   informed consent; is --

4            ANDREW FREE:  That's correct.

5            XANDER PRICE:  Okay.  Cool.  Well, not

6   cool, but understood.  Okay.  So you also said this is

7   endemic to the -- to the immigration system.  Are you

8   aware of other facilities where this kind of thing is

9   happening?

10           ANDREW FREE:  Yeah.  So the place where

11  this is most apparent and obvious is in situations

12  where women have made complaints in the past and where

13  we have the medical records and those documents are

14  document -- got documented where women who are

15  pregnant have been getting inadequate medical care,

16  often leading to them losing their babies.

17           And they've been given care that they

18  didn't consent to.  I am aware of a Haitian women who

19  was detained in Louisiana named ████ who was

20  deported, I believe, last week.  But before she was,

21  she had -- she went to the hospital for an ectopic

22  pregnancy, and then she ended up losing her fallopian

23  tubes.

24           Now, that might have been indicated, and

25  it might have been impossible to get her informed
```

CONFIDENTIAL                                                    NBCU001824

Andrew Free Call
September 15, 2020

```
1   consent.  But, I mean, it devastated her, and it left

2   with some deep and severe psychological trauma.  And,

3   you know, Sarah represented her as well.  And then I

4   think when you're looking at a broader question of

5   whether ICE's medical treatment of trained folks is

6   compliant with the -- the requirements of medical

7   ethics and the requirements that the agency would, you

8   know, purport to hold their contact issue, that's when

9   the evidence becomes overwhelming because, you know,

10  what we know is that for years people have been

11  complaining about this and documenting it.  People

12  have been dying.  I represent the families of

13  12 people --

14           XANDER PRICE:  Uh-huh.

15           ANDREW FREE:  -- who have died in ICE

16  custody or DHS custody, including ███████████ you

17  know, since -- who is a child -- since 2017.

18           XANDER PRICE:  Uh-huh.

19           ANDREW FREE:  So what we're talking

20  about when we're talking about an endemic problem is

21  the problem of we are going to provide the least

22  amount of medical care that we can to people who do

23  not truly consent to it in a way that saves costs, in

24  a way that puts it off.  And then when you actually

25  need it, you know, people are often subject to
```

CONFIDENTIAL                                                NBCU001825

Andrew Free Call
September 15, 2020

```
 1   malpractice.

 2                  XANDER PRICE:  Okay.

 3                  ANDREW FREE:  That is the broader

 4   dynamic within which this is happening.  In terms of

 5   the hysterectomies, I'm aware of it happening at some

 6   other facilities, but I don't have solid enough --

 7   like I want to look at -- when I hear forced

 8   sterilization, I want to see some fucking documents.

 9                  XANDER PRICE:  Yeah.

10                  ANDREW FREE:  Okay.  I'm not going to

11   take somebody's word for it.  And so --

12                  XANDER PRICE:  Yeah, it's a big charge.

13                  ANDREW FREE:  -- I've been awaiting that

14   confirmation.  So just so you know where I'm coming

15   from, everything I'm saying is based on either an

16   immigration lawyer telling me that their client had

17   this happening and they've seen the documents, or I've

18   seen the documents myself --

19                  XANDER PRICE:  Got it.

20                  ANDREW FREE:  -- or I've talked to a

21   person.  That's how I'm sourcing this.

22                  XANDER PRICE:  Okay.

23                  ANDREW FREE:  Okay.  I'm not talking

24   about, just like here are the anecdotes --

25                  XANDER PRICE:  Uh-huh.
```

CONFIDENTIAL                                              NBCU001826

Andrew Free Call
September 15, 2020

1          ANDREW FREE:  -- of what's happening.

2          XANDER PRICE:  Yeah.

3          ANDREW FREE:  Okay.  Because we're not

4    going to win on anecdotes.  We've been trying for ten

5    years.  It didn't work.

6          XANDER PRICE:  Yeah.  And you mentioned

7    how when -- when medical care is needed, it's sparse,

8    if it happens at all.  In the whistleblower complaint,

9    she talks about a nurse shedding medical request

10   forms.

11         Have you -- have you seen or heard

12   anything about that at -- you know, independently of

13   that?  Is that a thing that's known in -- in the

14   immigration law world?  Uh oh, I think I lost you

15   again.  Hey.

16         ANDREW FREE:  Hey.  I don't know what's

17   going on with my speaker.  Sorry about that.

18         XANDER PRICE:  No, no worries.

19         ANDREW FREE:  The answer to your

20   question is -- the answer to your question is yes.  In

21   fact, this facility was dinged in a 2019 inspection by

22   ICE's independent inspector for problems with their

23   detainee grievance forms, and they got nine

24   deficiencies in medical care at that particular

25   facility.

CONFIDENTIAL                                                      NBCU001827

Andrew Free Call
September 15, 2020

1            And you have to keep in mind those

2    facility inspections are the most favorable because

3    they're not random.  I know they're coming.  They are

4    given the document files by the facility in advance,

5    and the facility gets to clean up whatever is broken.

6            When they get random inspected, you

7    know, it's even worse.  I'm sorry.  That was 2019 by

8    office of detention oversight, not 2019.  Excuse me.

9            XANDER PRICE:  Okay.

10           ANDREW FREE:  2019, office of it

11   detention -- 2017 was the office of detention

12   oversight, and that's where the deficiencies were

13   found.  2019, we have the Nakamoto inspection.  It's a

14   four-page review.

15           And what we see is that at Irwin, there

16   are hundreds of medical referrals, like literally a

17   ten a day outside the facility for some quarters in

18   2019 -- excuse me -- 2019 for the previous year in

19   that inspection.  And like there's only two

20   out-patient mental health referrals.  Like what we are

21   seeing and what has been documented is that often --

22   are you there?

23           XANDER PRICE:  Yes, yes, I'm here.

24           ANDREW FREE:  Yeah, often what -- and

25   this has been documented by the OIG at other

CONFIDENTIAL                                        NBCU001828

Andrew Free Call
September 15, 2020

```
 1   facilities.  They are set up sick call so that it

 2   happens at 4:30 in the morning.  And if you're really

 3   sick, you won't get up, and you won't go.  And so it

 4   reduces the number of sick call requests, thus

 5   reducing the cost.

 6            They mean also delay referrals out.

 7   That's how ██████████████ died, my client's

 8   father.  ████████ died in an ICE prison in Texas after

 9   being transferred from a specialized medical facility

10   that the BOP put him in because his cardiac condition

11   was so acute.  And then he was supposed to go to

12   outpatient referral.

13            The detention death report said that,

14   you know, he was self -- basically given his own

15   medication he could self-administer.  So they weren't

16   following his medication.  And he never got the

17   outpatient referral, and he died of a fucking heart

18   attack in his cell.

19            You know, I mean, this is -- when you

20   look at the detainee death reviews, you actually see

21   the results of the failure to refer out, and you also

22   see the failure to document in grievance systems these

23   people need referrals.  And so when I say and when Ben

24   says, look, we're happy they're even getting

25   treatment, you know, we're not kidding.  Like --
```

CONFIDENTIAL                                                    NBCU001829

Andrew Free Call
September 15, 2020

```
1              XANDER PRICE:  Uh-huh.

2              ANDREW FREE:  -- most of the time,

3    people aren't getting treatment at all.  And, you

4    know, we're -- that's part of what we're sort of

5    sifting through quality control-wise today because

6    most of the women who are inside right now are like

7    I'd love to see an outside doctor, you know.

8              XANDER PRICE:  Yeah.

9              ANDREW FREE:  Anyway, so that's --

10   that's the answer.

11             XANDER PRICE:  Okay.  I also saw that

12   you Tweeted out that someone -- ICE's policy for

13   consent for treatment.  And I was looking -- I was

14   looking through it a bit.  I'm not super familiar

15   with -- with medical consent forms.

16             I'm just wondering if you -- if you know

17   how this differs from -- from typical general

18   population medical consent?  Lost him again.  Hey.

19             ANDREW FREE:  This is fucking crazy.  I

20   don't know what's going on.  Sorry.

21             XANDER PRICE:  Yeah, no, no worries.

22             ANDREW FREE:  So anyway, yeah, no,

23   informed consent, it -- they still have to get it is

24   the bottom line.

25             XANDER PRICE:  Uh-huh.
```

CONFIDENTIAL                                          NBCU001830

Andrew Free Call
September 15, 2020

1           ANDREW FREE:  And when you want to force

2    feed somebody, you've got to go to a federal judge and

3    get permission.  I've got some colleagues that I've

4    helped, you know, fight the force feeding.

5           But -- and there's an entire procedure

6    that ICE has come up with for emergency treatment

7    without informed consent.  The key here is that this

8    man does not -- he probably -- I don't know, for sure,

9    but he probably does not speak Spanish.

10          XANDER PRICE:  Uh-huh.

11          ANDREW FREE:  You know, and so any of

12   these procedures that were happening, like my client

13   in Guatemala, with just people who are speaking

14   English and -- and Spanish, you know, you need an

15   interpreter, which is another person in the chain who

16   had to basically explain to these women what was

17   happening to them and then, you know, sign off on the

18   fact that they did.  So . . .

19          XANDER PRICE:  Uh-huh, okay.  Because,

20   yeah, the implied consent part seemed to be a little

21   open-ended.  I didn't know if that was similar to --

22   to general --

23          ANDREW FREE:  Yeah, I mean, they're

24   going to drive a truck through it.  But like if you

25   talk to physicians, you can't not give people the full

CONFIDENTIAL

NBCU001831

Andrew Free Call
September 15, 2020

```
 1   information about the procedure that you're trying to

 2   give them and all the consequences and then say, oh,

 3   no, it's implied because they showed up to the doctor.

 4   These women are showing up to the doctor in handcuffs.

 5   Keep that in mind.

 6               XANDER PRICE:  Uh-huh.

 7               ANDREW FREE:  When they leave the

 8   facility, they're shackled.  Often, when they're at

 9   the doctor, they're in handcuffs.

10               XANDER PRICE:  Okay.

11               ANDREW FREE:  So that's the vision that

12   you have of how these -- these appointments can go.

13               XANDER PRICE:  Okay.  And you had

14   also -- you had mentioned that -- that one of the

15   women that had a hysterectomy was deported in 2016.

16   So this has been going on for longer than just this

17   administration, then?  Did I lose you again?  Hey.

18               ANDREW FREE:  This is insane.  This is

19   insane.  I'm sorry.  But, yeah, no, I need to

20   triple-check the date.  Her son is currently pulling

21   for me all of the paperwork, and so I don't want to be

22   ahead of the game.  But Ben Osorio will be able to say

23   what year it was.

24               XANDER PRICE:  Okay.

25               ANDREW FREE:  And I want to make sure
```

CONFIDENTIAL                                                        NBCU001832

Andrew Free Call
September 15, 2020

```
1    you talk to him because that's going to be your on the

2    record like interview --

3                  XANDER PRICE:  Okay.

4                  ANDREW FREE:  -- if you decide to go

5    forward at any point this week with these stories you

6    want a lawyer as opposed to the directly effected

7    person to tell it.

8                  XANDER PRICE:  Uh-huh.

9                  ANDREW FREE:  I think, yeah, so I'll

10   check with him, and then I'll verify the year that she

11   was deported.  But Amna has reported that her client,

12   this thing happened to her like three years ago with

13   the miscarriage and subsequent fallout.

14                 XANDER PRICE:  Uh-huh.

15                 ANDREW FREE:  So anyway --

16                 XANDER PRICE:  Okay.

17                 ANDREW FREE:  -- that's --

18                 XANDER PRICE:  Okay.  And so --

19                 ANDREW FREE:  It's a long stretch.  It

20   looks like -- I mean, if you put the timeline

21   together, just like looking at it, it looks like he

22   got busted in the Medicaid fraud scam.  And then, like

23   so many people who get busted who are private, you

24   know, settings, including private prisons who get

25   busted by DOJ, you know, DOJ will shut them down in
```

CONFIDENTIAL                                                    NBCU001833

Andrew Free Call
September 15, 2020

1    one avenue, and then they'll go to the immigration

2    space.  You know --

3                   XANDER PRICE:  Okay.

4                   ANDREW FREE:  -- that's what happened

5    with several of these facilities that have been

6    opening up in the south is that DOJ shut them down and

7    made them so that the BOP couldn't run them anymore.

8    And then the company ended up turning around and

9    opening them for ICE.  And it seems like that's what

10   happened with this doctor.

11                  XANDER PRICE:  Okay.  All right.  And so

12   you said Ben Osorio is the lawyer --

13                  ANDREW FREE:  Uh-huh, that's right.

14                  XANDER PRICE:  -- would go on the

15   record.  And --

16                  ANDREW FREE:  Yep.  And I've got some

17   others who will go on the record in terms of going on

18   camera.  Ben has agreed, and Elizabeth Matherne has

19   agreed.  I'll send you their contacts on -- I'm saying

20   you have to take them.  I'm just saying, I was trying

21   to get Chris as many sources as you might --

22                  XANDER PRICE:  Yeah.

23                  ANDREW FREE:  -- want to report it out

24   because I wasn't sure what Jacob and other people were

25   doing.  And frankly, it's a very fast-moving story.

CONFIDENTIAL                                                    NBCU001834

Andrew Free Call
September 15, 2020

```
 1    And we're just trying to keep the -- keep ourselves on

 2    the right side of the facts here.

 3                 XANDER PRICE:  Yeah.

 4                 ANDREW FREE:  And not like --

 5                 XANDER PRICE:  And.

 6                 ANDREW FREE:  We're not going to

 7    undermine our credibility in order to like get ahead

 8    of the narrative.

 9                 XANDER PRICE:  Yeah.

10                 ANDREW FREE:  We'd like the narrative to

11    be (interruption) by the facts.

12                 XANDER PRICE:  Uh-huh.

13                 ANDREW FREE:  So the people I'm sending

14    you in the signal chat right now have said that they

15    will -- they'll go on the record.  And then Ben is the

16    one with the clients --

17                 XANDER PRICE:  Great.

18                 ANDREW FREE:  -- who I've said may go on

19    the records.

20                 XANDER PRICE:  Okay.  And --

21                 ANDREW FREE:  Elizabeth Matherne is the

22    person who went to Ocilla herself and talked to them

23    about this guy.

24                 XANDER PRICE:  Okay.

25                 ANDREW FREE:  And she's the one who will
```

CONFIDENTIAL                                                          NBCU001835

Andrew Free Call
September 15, 2020

```
1   talk to you about the whisper campaign.

2                  XANDER PRICE:  Okay.  And then you also

3   said that there's at least one woman who say directly

4   affected by this who would be willing to -- to go on

5   the record?

6                  ANDREW FREE:  That's Ben's client

7   B██████ and she has agreed.

8                  XANDER PRICE:  Okay.

9                  ANDREW FREE:  We're going to have to

10  deal with anonymization and make it so that the dates

11  are super -- because they're going to be able to look

12  at -- see who he represented, who was at that

13  facility.  And he's only represented a handful.

14                 XANDER PRICE:  Uh-huh.

15                 ANDREW FREE:  And what we cannot have

16  for her is retaliation.

17                 XANDER PRICE:  Yeah.

18                 ANDREW FREE:  And we are very concerned

19  about it because, frankly, you -- you all cover this

20  every night, but it's always sort of, you know, blah,

21  blah, blah.  It's -- oh, that's fun.  ICE is saying

22  he's only done two hysterectomies at Irwin since 2018

23  with enough caveats to refuse the point about

24  referrals.

25                 XANDER PRICE:  Oh, jeez.
```

CONFIDENTIAL                                        NBCU001836

Andrew Free Call
September 15, 2020

```
 1                  ANDREW FREE:  We're trying to
 2    document -- we're trying to document through the
 3    medical records more.
 4                  XANDER PRICE:  Okay.
 5                  ANDREW FREE:  So I'm going to get on
 6    that in a minute.  But in any event, like, yes, she
 7    will go on the record.  We need to anonymize her and
 8    make her safe.
 9                  XANDER PRICE:  Okay.
10                  ANDREW FREE:  But yes.
11                  XANDER PRICE:  And that -- is that a
12    statement that just came out?
13                  ANDREW FREE:  I got it from another
14    reporter.
15                  XANDER PRICE:  Oh, okay.
16                  ANDREW FREE:  So I don't think that's
17    published yet.  He's just -- I'm just keeping you in
18    mind so that you don't get out too far ahead of
19    demonstrable facts.
20                  What they're doing is they're
21    basically -- they're playing games with referrals
22    versus performed procedures.  That's how they're doing
23    this.
24                  XANDER PRICE:  Oh, okay.
25                  ANDREW FREE:  So they're splitting hair.
```

CONFIDENTIAL                                                      NBCU001837

Andrew Free Call
September 15, 2020

```
1              XANDER PRICE:  Yeah, because their
2    statement from earlier talks about general -- what was
3    it?  Anonymous, unproven --
4              ANDREW FREE:  General, yeah, exactly.
5              XANDER PRICE:  -- allegations made
6    without fact-checkable specifics.  But it doesn't --
7    it doesn't deny anything.
8              ANDREW FREE:  Did you actually look
9    at -- I was going to say, it does not deny anything.
10   If you actually look at Project South's report, it
11   says we talks to five women who went to him between
12   October and December of 2020 or 2019.
13             XANDER PRICE:  Uh-huh.
14             ANDREW FREE:  So you can also like look
15   at the -- I mean, you know who this physician is.  You
16   know how many women have had their uteruses out.  And
17   apparently their answer is two.
18             And so like, you know, I think -- I
19   think all of the -- they have enough information to
20   test whether it's true.  And the fact that they have
21   that information and have not said that it's false, to
22   me, speaks volumes.
23             XANDER PRICE:  Okay.
24             ANDREW FREE:  So anyway . . .
25             XANDER PRICE:  All right.  And that --
```

CONFIDENTIAL                                                    NBCU001838

Andrew Free Call
September 15, 2020

```
1   and that -- and I'm sorry.  Just to clarify, that

2   thing you were just talking about, about how ICE is

3   saying --

4               ANDREW FREE:  Yeah.

5               XANDER PRICE:  -- the number is two,

6   that's -- that's just a statement that they gave to --

7               ANDREW FREE:  That they gave to --

8               XANDER PRICE:  -- a colleague of yours?

9               ANDREW FREE:  Yeah, to the AP a second

10  ago.

11              XANDER PRICE:  Oh, okay.  Okay.

12              ANDREW FREE:  So -- but he's not -- I

13  don't think he's publishing today.  So if you call the

14  ICE folks, they'd give you the same talking point, I'm

15  sure.

16              XANDER PRICE:  Okay.  All right.  Great.

17  All right.  Is there anything I might have missed, I

18  might have not asked about that you think is important

19  to -- just for my information collection right now?

20  Uh oh.  Hey.

21              ANDREW FREE:  Hey, sorry.

22              XANDER PRICE:  No worries.

23              ANDREW FREE:  So, look, the only thing

24  that I would say, you didn't miss anything.  But I

25  would just say the entire report is shocking.  And if
```

CONFIDENTIAL                                              NBCU001839

Andrew Free Call
September 15, 2020

```
1    we're shocked about what Dawn Wooten said about these
2    allegations and this guy and if we're going to listen
3    to the corroborating allegations from other women who
4    have been in this facility who will show you with
5    their medical records that this happened to them, then
6    we also need to take into consideration what else
7    she's saying, which is that these facilities cannot be
8    run safely during COVID and people are at risk and
9    people are going to die if ICE continues to detain
10   people.  That's the only thing I would say.
11            XANDER PRICE:  Okay.
12            ANDREW FREE:  This is not an isolated
13   story.  This is part of a system, and you can't -- you
14   can't operate a system that allows a thing like this
15   and expect that the rest of the system operates
16   perfectly too, you know.
17            We're not demanding perfection.  We're
18   just demanding humanity, and they can't provide it.
19   It's not set up to provide it.  It has to go away.
20            XANDER PRICE:  Okay.
21            ANDREW FREE:  That's the bottom line.
22            XANDER PRICE:  All right.  All right.
23   Well, thank you so much for taking the time to talk to
24   me.  Would it be okay if I -- if I reached out to you
25   tomorrow or again this week if I have more questions?
```

CONFIDENTIAL                                                    NBCU001840

Andrew Free Call
September 15, 2020

1    The signal does not like when I talk.

2                    ANDREW FREE:  Hey, can you hear me?

3                    XANDER PRICE:  Hey, hey.  Yes, I can.

4                    ANDREW FREE:  All right.  Cool.  I think

5    it's actually a settings issue on my phone.  When I'm

6    in the actual app, I'm able to unmute.  But when I

7    just use it as my phone, it doesn't unmute.  So I just

8    figured that out.

9                    XANDER PRICE:  Okay.

10                   ANDREW FREE:  Sorry.

11                   XANDER PRICE:  No worries.

12                   ANDREW FREE:  Yeah, no, please keep in

13   touch.  And look, I mean, it's going to move fast.

14   We're going to get more facts.  We're going to have

15   more information.  I'll share that information with

16   you in like an open fire hydrant if you want or I can

17   just -- when you ping me, I'll ping you back.

18                   I'm not going to flood you because I

19   know you're busy and you have other shit to cover.

20   Just let me know what you want, and I'll -- or what

21   volume of information you want, and I'll give it to

22   you.

23                   XANDER PRICE:  Okay, yeah, yeah.  Yeah,

24   as you come across more stuff, yeah, I'd love to -- if

25   I'm not specifically -- because I -- I might not be --

CONFIDENTIAL                                              NBCU001841

Andrew Free Call
September 15, 2020

1   I mean, given this, I might be on this story for the

2   rest of the week.  But if it's assigned to someone

3   else at some point, I'm happy to, you know, broker the

4   information over to my colleagues, whoever --

5   whichever producer is doing that segment that might.

6               ANDREW FREE:  All right.

7               XANDER PRICE:  But, yeah, yeah, whatever

8   information you have, I'm happy to -- I'm happy to

9   take.

10              ANDREW FREE:  Okay.

11              XANDER PRICE:  So yeah.

12              ANDREW FREE:  Well, we'll start getting

13  you folks.  And if there's stuff that you want to know

14  about, if there are questions that you all have, just

15  give them to me, and I'll start getting the answers.

16  Okay?

17              XANDER PRICE:  Sounds good.

18              ANDREW FREE:  Cool.  Thanks.  Bye.

19              XANDER PRICE:  Thank you so much.  Take

20  care.

21              (End of recording.)

22

23

24

25

CONFIDENTIAL                                                    NBCU001842

Andrew Free Call
September 15, 2020

1                    C E R T I F I C A T E

2

3

4            I, ERIKA SEGUIRANT, Registered

5    Professional Reporter/Transcriptionist, do hereby

6    certify that I was authorized to transcribe the

7    foregoing recorded proceeding, and that the transcript

8    is a true and accurate transcription of my shorthand

9    notes, to the best of my ability, taken while

10   listening to the provided recording.

11           I further certify that I am not of

12   counsel or attorney for either or any of the parties

13   to said proceedings, nor in any way interested in the

14   events of this cause, and that I am not related to any

15   of the parties thereto.

16

17   Dated this 26th day of January, 2023.

18

19                    _Erika Seguirant_

20   _____

21                    ERIKA SEGUIRANT, RPR

22

23

24

25

CONFIDENTIAL                                              NBCU001843

Andrew Free Call
September 15, 2020

---

### 1

**12**
  18:13
**14**
  16:11
**15**
  16:11
**15,000-member**
  4:3

---

### 2

**2016**
  6:24 25:15
**2017**
  3:16 18:17
  21:11
**2018**
  29:22
**2019**
  20:21 21:7,
  8,10,13,18
  31:12
**2020**
  31:12
**24**
  5:7

---

### 4

**4:30**
  22:2

---

### 5

**520,000**
  4:15

---

### 6

**68-year-old**
  13:8

---

### 8

**8:00**
  10:5

---

### A

**able**
  10:5 13:17
  16:17 25:22
  29:11 34:6
**Abrahams**
  4:25
**absolutely**
  14:10
**abuse**
  13:16
**Academy**
  11:16
**accountabilit
y**
  3:12 5:3
**accused**
  5:11
**ACOG**
  11:16
**across**
  34:24
**actions**
  12:8
**actual**
  34:6
**acute**
  22:11
**administratio
n**
  25:17
**advance**
  21:4
**adverse**
  10:23
**advocates**
  2:8 8:25
  16:4

**affected**
  16:9 29:4
**afraid**
  6:8
**agency**
  6:13 18:7
**ago**
  10:21 26:12
  32:10
**agreed**
  27:18,19
  29:7
**ahead**
  25:22 28:7
  30:18
**allegation**
  9:13,14
  12:10
**allegations**
  5:4 31:5
  33:2,3
**allow**
  16:4
**allowed**
  8:14 9:6
  12:6
**allows**
  33:14
**American**
  4:1 11:16
  13:10
**Amin**
  4:12
**Amna**
  10:20 26:11
**amount**
  18:22
**Andrew**
  2:2,5,7,12,
  16,17,19,22
  3:3,7,23
  4:12 5:15
  7:5,9 9:20
  10:3,10 11:9
  13:3,13,16
  14:1,19,21,
  25 15:6,9,

  15,17,20,25
  16:7,14,19,
  23 17:4,10
  18:15,19
  19:3,10,13,
  20,23 20:1,
  3,16,19
  21:10,24
  23:2,9,19,22
  24:1,11,23
  25:7,11,18,
  25 26:4,9,
  15,17,19
  27:4,13,16,
  23 28:4,6,
  10,13,18,21,
  25 29:6,9,
  15,18 30:1,
  5,10,13,16,
  25 31:4,8,
  14,24 32:4,
  7,9,12,21,23
  33:12,21
  34:2,4,10,12
  35:6,10,12,
  18
**anecdotes**
  19:24 20:4
**anonymization**
  29:10
**anonymize**
  7:2 30:7
**Anonymous**
  31:3
**answer**
  11:22 20:19,
  20 23:10
  31:17
**answers**
  35:15
**anybody**
  11:16
**anymore**
  27:7
**AP**
  32:9
**app**
  34:6

---

CONFIDENTIAL                                                                 NBCU001844

Andrew Free Call
September 15, 2020

apparent
  17:11
apparently
  14:8 31:17
appeals
  6:12
appointments
  25:12
around
  27:8
arrested
  7:10
asked
  7:14,21
  32:18
asking
  13:21
assaulted
  12:11 13:23
assigned
  35:2
Association
  4:2
Atlanta
  3:19
attack
  22:18
attorney
  6:19 10:20
  11:1
avenue
  27:1
awaiting
  19:13
aware
  17:8,18 19:5
Azadeh
  3:14 5:1

_____

        B

babies
  17:16
back
  2:19 5:19
  8:8 10:16

12:20 15:21
  34:17
backed
  16:19
background
  3:17
bad
  5:21 9:5
B██████
  7:5 9:24
  29:7
base
  12:4
based
  12:7 19:15
basically
  6:24 11:3,5
  22:14 24:16
  30:21
battery
  5:11
battle
  8:18
bed
  7:20
believe
  17:20
Ben
  15:20 22:23
  25:22 27:12,
  18 28:15
Ben's
  29:6
Benjamin
  6:19 8:16
  10:7
better
  3:4
big
  19:12
bilking
  13:6
bill
  11:19
bit
  2:20 23:14

BJ
  10:6
blah
  29:20,21
Bluetooth
  14:22
board
  4:2 6:12
BOP
  22:10 27:7
bottom
  9:9 23:24
  33:21
brain
  2:24
break
  10:5
broader
  18:4 19:3
broken
  21:5
broker
  35:3
brought
  7:13
buds
  14:22
bullshit
  16:24
bumps
  11:3
bunch
  2:8 6:4 7:10
busted
  26:22,23,25
busy
  34:19
Bye
  35:18

_____

        C

C-SECTION
  11:23
call
  2:8 8:14,15,

19,23 9:7
  18:16 22:1,4
  32:13
called
  12:22,23
camera
  27:18
campaign
  5:17 29:1
cancer
  7:16,23,25
  9:8
card
  7:11
cardiac
  22:10
care
  17:15,17
  18:22 20:7,
  24 35:20
Carolina
  7:1
cases
  3:14
catch
  13:20
caveats
  29:23
cell
  22:18
Center
  5:23 8:1
chain
  24:15
changes
  14:22
charge
  19:12
chat
  28:14
check
  11:6 26:10
checked
  5:4 16:16
chemo
  8:3

CONFIDENTIAL                                    NBCU001845

child
   18:17
Chris
   2:19 8:16
   10:1 11:16
   14:4 27:21
civil
   3:8
clarify
   32:1
class
   12:8
clean
   21:5
client
   3:13 4:6
   6:13 8:20
   10:12,20
   11:1,3 15:22
   19:16 24:12
   26:11 29:6
client's
   22:7
clients
   5:9 6:17
   8:23 10:18
   15:21 17:1
   28:16
cocounsel
   3:14
colleague
   5:21 32:8
colleagues
   24:3 35:4
collection
   32:19
collector
   12:22
come
   8:2,3 12:15
   13:10 24:6
   34:24
comes
   4:21 12:10,
   14 13:7
comfortable
   9:12

company
   27:8
complaining
   18:11
complaint
   14:12 20:8
complaints
   17:12
compliant
   18:6
comprehension
   9:21
concerned
   29:18
concerns
   6:6
concluded
   16:3
condition
   22:10
conduct
   11:21
confinement
   8:10
confirmation
   19:14
confirmed
   4:10
consent
   5:10 9:15
   17:3,18
   18:1,23
   23:13,15,18,
   23 24:7,20
consequences
   25:2
consideration
   33:6
contact
   9:22 18:8
contacts
   27:19
context
   3:8
continues
   33:9

control-wise
   23:5
cool
   2:16 3:7
   17:5,6 34:4
   35:18
coordinator
   6:2
correct
   17:4
corroborating
   33:3
cost
   22:5
costs
   18:23
count
   16:1
couple
   7:12 8:10
courage
   12:14
cover
   29:19 34:19
COVID
   33:8
COVID-ING
   3:19
crazy
   23:19
credibility
   28:7
Crime
   4:20,23
current
   16:1
custody
   3:15,16
   18:16
cysts
   11:6,7

            D

Dan
   4:25

Dana
   5:2
data
   9:13
date
   25:20
dates
   29:10
Dawn
   12:21,24,25
   33:1
day
   21:17
days
   8:10
deaf
   3:15
deal
   29:10
death
   22:13,20
December
   31:12
decide
   26:4
declaration
   6:11
deep
   18:2
deficiencies
   20:24 21:12
delay
   22:6
demanding
   33:17,18
demonstrable
   30:19
denied
   8:11
deny
   31:7,9
Department
   4:13
deported
   6:23 17:20
   25:15 26:11

CONFIDENTIAL                                          NBCU001846

Andrew Free Call
September 15, 2020

detain
  33:9
detained
  17:19
detainee
  20:23 22:20
detention
  3:9 7:24 9:1
  13:5,23
  21:8,11
  22:13
devastated
  18:1
DFS
  3:16
DHS
  18:16
diabetic
  9:18
Diagnostics
  7:25
die
  33:9
died
  18:15 22:7,
  8,17
different
  5:8 7:12
differs
  23:17
dinged
  20:21
directly
  26:6 29:3
director
  6:2
discharge
  8:6
discusses
  6:14
doc
  6:7
doctor
  4:9,10 6:6
  10:13 11:14
  13:11 23:7
  25:3,4,9

27:10
document
  17:14 21:4
  22:22 30:2
documented
  17:14 21:21,
  25
documenting
  18:11
documents
  17:13 19:8,
  17,18
doing
  2:9,10 4:25
  8:22 12:8
  27:25 30:20,
  22 35:5
DOJ
  4:16 26:25
  27:6
dozen
  6:5
drive
  24:24
ducks
  10:6
dump
  2:24
dying
  18:12
dynamic
  19:4

E

ear
  14:22
earlier
  7:7 9:23
  31:2
early
  16:10
ectopic
  17:21
effected
  26:6

effective
  10:24
effects
  10:23
either
  5:9 9:6
  12:19 19:15
El
  6:18 9:16
elected
  4:2
eligible
  7:12
Elizabeth
  5:22 10:17
  27:18 28:21
emergency
  24:6
end
  35:21
ended
  17:22 27:8
endemic
  13:4 17:7
  18:20
English
  24:14
entire
  12:15 24:5
  32:25
essentially
  11:5
ethics
  18:7
euphemism
  12:24
event
  30:6
everybody
  4:21 12:17
everybody's
  13:18
evidence
  18:9
evil
  14:2

exactly
  31:4
excuse
  21:8,18
expect
  33:15
expert
  10:14
explain
  24:16
explanation
  7:17

F

facilities
  17:8 19:6
  22:1 27:5
  33:7
facility
  5:18,24 6:10
  12:17 20:21,
  25 21:2,4,5,
  17 22:9 25:8
  29:13 33:4
fact
  13:17,19
  20:21 24:18
  31:20
fact-
checkable
  31:6
facts
  28:2,11
  30:19 34:14
faculty
  11:13
failure
  10:23 22:21,
  22
Fairfax
  6:20
fallopian
  17:22
fallout
  26:13

CONFIDENTIAL                                                                                      NBCU001847

Andrew Free Call
September 15, 2020

| | | | |
|---|---|---|---|
| **false** | **finishes** | 3:3,7,23 | **games** |
| 31:21 | 8:8 | 4:12 5:15 | 30:21 |
| **familiar** | **fire** | 7:5,9 9:20 | **gave** |
| 23:14 | 34:16 | 10:3,10 11:9 | 32:6,7 |
| **families** | **first** | 13:3,13,16 | **geared** |
| 4:8 6:22 | 11:22 15:10 | 14:1,19,21, | 9:2 |
| 18:12 | **five** | 25 15:6,9, | **general** |
| **family** | 4:7 5:8 | 15,17,20,25 | 23:17 24:22 |
| 8:14 | 31:11 | 16:7,14,19, | 31:2,4 |
| **far** | **flagging** | 23 17:4,10 | **George** |
| 16:9 30:18 | 9:6 | 18:15,19 | 6:1 |
| **fast** | **flood** | 19:3,10,13, | **Georgia** |
| 10:4 34:13 | 34:18 | 20,23 20:1, | 4:14,15 5:25 |
| **fast-moving** | **folks** | 3,16,19 | 7:25 |
| 27:25 | 9:3 18:5 | 21:10,24 | **get all** |
| **fastest** | 32:14 35:13 | 23:2,9,19,22 | 10:5 |
| 15:4 | **following** | 24:1,11,23 | **getting** |
| **father** | 10:18 22:16 | 25:7,11,18, | 3:25 16:15 |
| 22:8 | **food** | 25 26:4,9, | 17:15 22:24 |
| **favorable** | 10:4 | 15,17,19 | 23:3 35:12, |
| 21:2 | **footage** | 27:4,13,16, | 15 |
| **federal** | 13:3 | 23 28:4,6, | **give** |
| 24:2 | **force** | 10,13,18,21, | 15:11 16:3, |
| **feed** | 24:1,4 | 25 29:6,9, | 20 24:25 |
| 24:2 | **forced** | 15,18 30:1, | 25:2 32:14 |
| **feeding** | 19:7 | 5,10,13,16, | 34:21 35:15 |
| 24:4 | **forget** | 25 31:4,8, | **given** |
| **feeling** | 6:4 | 14,24 32:4, | 7:22 9:14 |
| 8:17 | **forms** | 7,9,12,21,23 | 17:17 21:4 |
| **feels** | 7:12 20:10, | 33:12,21 | 22:14 35:1 |
| 9:5 | 23 23:15 | 34:2,4,10,12 | **goes** |
| **felt** | **forward** | 35:6,10,12, | 8:8 |
| 13:22 | 12:9,10,14, | 18 | **going** |
| **female** | 15 26:5 | **front** | 7:11 9:25 |
| 7:20 | **found** | 6:21 | 12:7 13:7,9, |
| **fight** | 21:13 | **fucking** | 14,21 14:8 |
| 24:4 | **four** | 19:8 22:17 | 16:17 18:21 |
| **figured** | 4:7 11:18 | 23:19 | 19:10 20:4, |
| 34:8 | **four-page** | **full** | 17 23:20 |
| **filed** | 21:14 | 2:24 24:25 | 24:24 25:16 |
| 6:12 | **frankly** | **fun** | 26:1 27:17 |
| **files** | 27:25 29:19 | 29:21 | 28:6 29:9,11 |
| 21:4 | **fraud** | | 30:5 31:9 |
| **fine** | 4:14 26:22 | ___G___ | 33:2,9 |
| 15:1,9 | **FREE** | | 34:13,14,18 |
| | 2:2,5,7,12, | **game** | **good** |
| | 16,19,22 | 25:22 | 2:12 11:13 |

CONFIDENTIAL

NBCU001848

Andrew Free Call
September 15, 2020

15:9 35:17
**Google**
4:16
█████████
**government**
3:12 5:3
**Governors**
4:2
**graduated**
11:13
**great**
3:6 15:2
28:17 32:16
**greed**
12:4
**green**
7:11
**grievance**
20:23 22:22
**growing**
16:1
**guard**
7:21
**guarded**
7:20
**Guatemala**
24:13
**guesting**
14:9
**guy**
13:6 28:23
33:2
**guys**
13:1
**gynecologic**
10:23
**gynecological**
5:20 10:12
**gynecologist**
13:22
**Gynecologists**
11:17

**H**

**hair**
30:25
**Haitian**
17:18
**half**
6:5
**handcuffs**
7:21 25:4,9
**handful**
10:17 29:13
**happen**
3:19 13:14
**happened**
11:9 13:11
16:10 26:12
27:4,10 33:5
**happening**
12:2 16:2
17:9 19:4,5,
17 20:1
24:12,17
**happy**
22:24 35:3,8
**hate**
12:3
**health**
21:20
**hear**
14:19 15:21
19:7 34:2
**heard**
4:18 5:7
8:24 20:11
**hearing**
5:5
**heart**
14:2 22:17
**Hello**
14:17,18
**help**
3:9 14:4
**helped**
24:4

**hey**
2:2,7 14:19
16:8 20:15,
16 23:18
25:17 32:20,
21 34:2,3
**history**
9:21
**hold**
18:8
**horrible**
8:17
**horror**
14:13
**hospital**
7:19 8:13
17:21
**hours**
5:7
**housemate**
10:11
**humanity**
33:18
**hundreds**
21:16
**hydrant**
34:16
**hysterectomies**
5:9 12:21
17:1 19:5
29:22
**hysterectomy**
6:24 7:22
9:4,15 11:7,
25 25:15

**I**

**ICE**
18:15 22:8
24:6 27:9
29:21 32:2,
14 33:9
**ICE's**
18:5 20:22
23:12

**idea**
16:3
**identified**
16:12
**Immigrant**
4:8
**immigration**
3:8,11 4:1,4
5:8,22 6:12,
13,19 11:1
13:5 17:7
19:16 20:14
27:1
**impacted**
15:13
**implied**
24:20 25:3
**important**
32:18
**impossible**
17:25
**inadequate**
17:15
**Inaudible**
3:16 4:19
12:25
**including**
8:24 18:16
26:24
**independent**
9:10 10:14
20:22
**independently**
20:12
**indicated**
17:24
**individuals**
16:11
**information**
25:1 31:19,
21 32:19
34:15,21
35:4,8
**informed**
5:10 9:15
17:3,25
23:23 24:7

CONFIDENTIAL
NBCU001849

Andrew Free Call
September 15, 2020

initial
  12:9
inmate
  6:2
inmate's
  6:1
insane
  25:18,19
inside
  16:5 23:6
inspected
  21:6
inspection
  20:21 21:13,
  19
inspections
  21:2
inspector
  20:22
instructions
  8:6
intercept
  4:22
interpreter
  9:17 24:15
interruption
  28:11
interview
  26:2
interviewed
  12:25
Irwin
  4:6 8:9
  21:15 29:22
Irwin's
  6:1
isolated
  33:12
isolation
  8:9 12:20
issue
  18:8 34:5
issues
  5:20

**J**

Jacob
  12:25 27:24
  ████████
jeez
  29:25
job
  10:4
John
  4:19
Jose
  5:2
judge
  24:2
judgment
  9:3
  ████████
Justice
  4:14

**K**

keep
  21:1 25:5
  28:1 34:12
keeping
  30:17
key
  24:7
kid
  3:20 9:25
kidding
  22:25
kids
  7:10
Kills
  3:9
kind
  3:17 7:14
  12:4 13:20
  15:11 17:8

Klinke
  10:25 11:2
knew
  12:17,18,21
know
  2:22 3:10,17
  4:6,9,19,24
  6:4 7:9,15
  8:5,7,15,18
  9:3,5,12
  12:1,4,9,13,
  19,22,24
  13:9,11,24
  14:3,11,21
  15:4 16:8,
  15,16 18:3,
  8,9,10,17,25
  19:14 20:12,
  16 21:3,7
  22:14,19,25
  23:4,7,16,20
  24:4,8,11,
  14,17,21
  26:24,25
  27:2 29:20
  31:15,16,18
  33:16 34:19,
  20 35:3,13
known
  6:21 20:13

**L**

lady
  6:7
launched
  14:16
law
  4:20,23 5:23
  20:14
lawyer
  3:8,11 4:4
  5:22 8:15
  19:16 26:6
  27:12
lawyers
  4:1 5:8

leading
  17:16
leak
  11:5
leave
  25:7
left
  18:1
letter
  8:2
life
  11:10
lighting
  14:7
Likewise
  2:18
limited
  9:22
line
  23:24 33:21
lingering
  10:22
listen
  33:2
listening
  16:16
literally
  21:16
little
  2:20 4:21
  24:20
live
  11:10
lived
  5:24 7:7
lives
  3:20
long
  5:17 6:17
  26:19
longer
  25:16
longtime
  3:13,14
look
  6:3 12:7,13

CONFIDENTIAL                                                                    NBCU001850

Andrew Free Call
September 15, 2020

19:7 22:20,
24 29:11
31:8,10,14
32:23 34:13
**looked**
16:23
**looking**
6:9 16:10
18:4 23:13,
14 26:21
**looks**
15:23 26:20,
21
**lose**
14:17 25:17
**losing**
17:16,22
**lost**
14:23 20:14
23:18
**Louisiana**
17:19
**love**
23:7 34:24

**M**

**made**
17:12 27:7
31:5
**Mahendra**
4:12
**make**
9:13 15:5
25:25 29:10
30:8
**makes**
9:21
**making**
2:13
**male**
7:20
**malpractice**
19:1
**man**
2:9 6:8 13:8
24:8

**Markita**
5:25
**Matherne**
5:22 10:17
27:18 28:21
**mean**
12:13 13:4,
13 14:9,11
18:1 22:6,19
24:23 26:20
31:15 34:13
35:1
**means**
13:18
**Medicaid**
26:22
**medical**
5:10 7:25
8:9 9:2,10
10:19 12:20
15:21 16:21
17:13,15
18:5,6,22
20:7,9,24
21:16 22:9
23:15,18
30:3 33:5
**Medicare**
4:14
**medication**
8:11 22:15,
16
**meet**
2:17
**mental**
21:20
**mentioned**
20:6 25:14
**message**
13:10
**Miller**
13:9
**mind**
21:1 25:5
30:18
**minute**
16:2 30:6

**miscarriage**
10:21,24
26:13
**missed**
8:7 32:17
**months**
4:7 11:19
**morning**
10:8 16:10
22:2
**move**
34:13
**MRI**
9:7
**multiple**
5:8
**muted**
14:18

**N**

**Nakamoto**
21:13
**name**
4:4,12,17
**named**
5:25 17:19
**narrative**
28:8,10
**Nashville**
3:21 5:24
**national**
4:3
**necessarily**
15:4
**need**
7:2 8:2,3
16:4 18:25
22:23 24:14
25:19 30:7
33:6
**needed**
9:4 20:7
**Network**

3:9
**never**
8:21 22:16
**nice**
2:17
**night**
8:17 29:20
**nine**
20:23
**North**
7:1
**nose**
13:18
**notes**
14:17 15:3
**number**
6:5 15:11
22:4 32:5
**numbers**
12:6 15:25
**nurse**
7:21 20:9

**O**

**OB/GYN**
11:10
**obvious**
17:11
**Ocilla**
28:22
**October**
31:12
**office**
21:8,10,11
**OIG**
21:25
**okay**
2:3,21 3:1
4:11 9:19
10:2,9 11:23
14:6,17,24
15:2,16,19,
24 16:13,25
17:5,6 19:2,
10,22,23
20:3 21:9

CONFIDENTIAL                                                                 NBCU001851

Andrew Free Call
September 15, 2020

23:11 24:19
25:10,13,24
26:3,16,18
27:3,11
28:20,24
29:2,8 30:4,
9,15,24
31:23 32:11,
16 33:11,20,
24 34:9,23
35:10,16
**once**
7:13 15:21
**one**
2:2 6:17,23,
25 9:25
12:14 25:14
27:1 28:16,
25 29:3
**open**
5:11 6:16
34:16
**open-ended**
24:21
**opening**
27:6,9
**operate**
12:6 33:14
**operates**
33:15
**opposed**
26:6
**options**
7:18
**order**
28:7
**organization**
4:4
**Osorio**
6:19 10:7
25:22 27:12
**Osorio's**
15:20
**out-patient**
21:20
**outpatient**
22:12,17

**outreach**
16:8
**outside**
21:17 23:7
**ovarian**
11:6
**oversight**
21:8,12
**overwhelming**
18:9
**Owings**
4:5
**Owings'**
10:11 15:22

---

**P**

**pain**
8:11
**Pakistani**
13:8
**pap**
11:4
**paper**
6:10
**paperwork**
25:21
**part**
8:7 23:4
24:20 33:13
**particular**
5:17 20:24
**partners**
3:11
**past**
17:12
**pattern**
6:25
**pause**
14:4
**people**
3:15 4:24
6:6 9:1
10:10 12:9,
15,19 16:4,
15,21 18:10,

11,13,22,25
22:23 23:3
24:13,25
26:23 27:24
28:13 33:8,
9,10
**people's**
8:23
**perfection**
33:17
**perfectly**
33:16
**performed**
17:2 30:22
**permission**
24:3
**person**
6:20 12:14
19:21 24:15
26:7 28:22
**perspective**
12:5
**phone**
34:5,7
**physician**
5:11,18 6:15
10:22 31:15
**physicians**
24:25
**piece**
4:23
**ping**
34:17
**place**
3:21 17:10
**playing**
30:21
**please**
34:12
**point**
26:5 29:23
32:14 35:3
**policy**
23:12
**population**
11:18 23:18

**position**
4:3
**possible**
11:20
**Poverty**
5:23
**practicing**
11:11
**pregnancy**
17:22
**pregnant**
11:24 17:15
**previous**
11:10 21:18
**previously**
4:13
**PRICE**
2:4,6,10,14,
18,21 3:2,5,
22 4:11 5:14
7:4,8 9:19
10:2,9 11:8
13:2,12,15,
25 14:6,20,
24 15:2,7,
10,16,19,24
16:6,13,18,
22,25 17:5
18:14,18
19:2,9,12,
19,22,25
20:2,6,18
21:9,23
23:1,8,11,
21,25 24:10,
19 25:6,10,
13,24 26:3,
8,14,16,18
27:3,11,14,
22 28:3,5,9,
12,17,20,24
29:2,8,14,
17,25 30:4,
9,11,15,24
31:1,5,13,
23,25 32:5,
8,11,16,22
33:11,20,22

CONFIDENTIAL                                      NBCU001852

Andrew Free Call
September 15, 2020

34:3,9,11,23
35:7,11,17,
19
**prison**
22:8
**prisons**
26:24
**private**
26:23,24
**probably**
9:4 24:8,9
**problem**
12:16 13:4
18:20,21
**problems**
20:22
**procedure**
10:12 11:25
24:5 25:1
**procedures**
11:20 24:12
30:22
**proceedings**
7:2
**producer**
35:5
**professional**
15:22
**project**
3:12,13 5:3
31:10
**proposal**
3:4
**provide**
18:21 33:18,
19
**provided**
9:16
**psychological**
18:2
**published**
30:17
**publishing**
32:13
**pulling**
25:20

**purport**
18:8
**put**
7:3 8:18
12:19 16:7
22:10 26:20
**puts**
18:24

---

**Q**

**quality**
23:5
**quarters**
21:17
**question**
18:4 20:20
**questions**
33:25 35:14
**quote**
5:16

---

**R**

**raised**
6:6
**random**
21:3,6
**rash**
11:3
**raw**
15:25
**reach**
2:23
**reached**
5:1,2 10:6,7
11:10 33:24
**reading**
14:12
**record**
26:2 27:15,
17 28:15
29:5 30:7
**recording**
14:16 15:1,3
35:21

**records**
9:11 10:15,
19 16:20,21
17:13 28:19
30:3 33:5
**reduces**
22:4
**reducing**
22:5
**refer**
22:21
**referral**
22:12,17
**referrals**
21:16,20
22:6,23
29:24 30:21
**refuse**
29:23
**relief**
7:13
**removal**
7:2
**rep**
4:8
**report**
3:24 22:13
27:23 31:10
32:25
**reported**
26:11
**reporter**
30:14
**reports**
4:18
**represent**
6:18 15:12,
17,22 18:12
**representativ
es**
9:1
**represented**
6:3 18:3
29:12,13
**representing**
10:11

**request**
10:14 20:9
**requests**
8:19,24 22:4
**requirements**
18:6,7
**resident**
11:10
**rest**
33:15 35:2
**results**
22:21
**retained**
10:14
**retaliation**
29:16
**revealed**
12:16
**review**
10:14,16
21:14
**reviewer**
9:10
**reviewing**
9:11
**reviews**
22:20
**right**
2:12,13 3:7
6:9,17 9:14
10:4,18
14:21 15:18
16:1,2 23:6
27:11,13
28:2,14
31:25 32:16,
17,19 33:22
34:4 35:6
**rights**
3:8
**Ringing**
2:1
**risk**
7:3,16 33:8
**roommate**
4:1

CONFIDENTIAL

NBCU001853

Andrew Free Call
September 15, 2020

| | | | |
|---|---|---|---|
| rough | 11:18 19:8 | shit | something's |
| 5:16 | 21:15 22:20, | 34:19 | 14:8 |
| row | 22 23:7 | shock | son |
| 10:6 | 29:12 | 9:18 | 9:22 25:20 |
| run | seeing | shocked | sort |
| 3:9 27:7 | 5:19 11:17 | 33:1 | 7:17 12:8 |
| 33:8 | 14:7 16:17, | shocking | 23:4 29:20 |
| | 19 21:21 | 32:25 | sounds |
| **S** | segment | show | 3:6 9:8,16, |
| | 14:9 35:5 | 14:13 33:4 | 17 35:17 |
| safe | self- | showed | source |
| 30:8 | administer | 25:3 | 4:24 |
| safely | 22:15 | showing | sources |
| 33:8 | self-treat | 25:4 | 27:21 |
| Salvador | 5:20 | shut | sourcing |
| 6:18 9:16 | send | 26:25 27:6 | 2:25 19:21 |
| Sarah | 27:19 | sick | south |
| 4:4 10:11 | sending | 8:19,23 | 3:13 27:6 |
| 15:22 18:3 | 28:13 | 22:1,3,4 | South's |
| saves | separate | side | 31:10 |
| 18:23 | 10:13 | 28:2 | Southern |
| saying | services | sifting | 5:23 |
| 19:15 27:19, | 6:1,2 | 23:5 | space |
| 20 29:21 | set | sign | 27:2 |
| 32:3 33:7 | 3:9 13:19 | 24:17 | Spanish |
| says | 22:1 33:19 | signal | 24:9,14 |
| 22:24 31:11 | settings | 28:14 34:1 | sparse |
| scam | 26:24 34:5 | similar | 20:7 |
| 26:22 | settlement | 24:21 | speak |
| scheduled | 4:15 | situation | 24:9 |
| 10:12 | several | 3:24 | speaker |
| scheme | 27:5 | situations | 14:23 20:17 |
| 11:5 | severe | 17:11 | speaking |
| scope | 18:2 | skills | 24:13 |
| 12:16 | sexual | 9:21 | speaks |
| second | 12:11 | Slack | 31:22 |
| 2:2 32:9 | sexually | 14:7 | specialized |
| second-guess | 12:11 13:23 | smear | 22:9 |
| 8:22 | shackled | 11:4 | specifically |
| second- | 7:20 25:8 | solid | 34:25 |
| guessing | share | 5:4 19:6 | specifics |
| 9:2 | 34:15 | solitary | 31:6 |
| secret | shedding | 8:10 | splitting |
| 5:12 6:16 | 20:9 | somebody's | 30:25 |
| see | Shirazi | 19:11 | spoke |
| 8:19 10:19 | 10:20 | | 7:6 9:23 |

CONFIDENTIAL                                          NBCU001854

Andrew Free Call
September 15, 2020

| | | | |
|---|---|---|---|
| **stages** 16:15 | **summer** 3:11 | **talks** 20:9 31:2,11 | **time** 2:13 5:17 |
| **start** 35:12,15 | **super** 23:14 29:11 | **taught** 11:12 | 6:1,17 9:18 23:2 33:23 |
| **started** 3:25 5:5 | **supposed** 22:11 | **taxpayers** 13:6 | **timeline** 26:20 |
| **State** 4:15 | **supposedly** 7:22 | **tell** 5:13 8:16 | **times** 4:9 10:13 |
| **statement** 30:12 31:2 32:6 | **sure** 2:4 15:5 24:8 25:25 27:24 32:15 | 13:24 14:5 16:5,17 26:7 **telling** 19:16 | **today** 8:24 9:23 23:5 32:13 |
| **States** 7:1,6 | **surgery** 8:8,14 | **ten** 20:4 21:17 | **told** 2:22 5:18 7:15 8:13 |
| **stay** 14:11 | **suspicious** 4:21 | **terms** 2:25 15:25 | 9:24 |
| **steps** 2:25 | **system** 12:5 13:5,19 | 19:4 27:17 **test** | **tomorrow** 33:25 |
| **sterilization** 19:8 | 17:7 33:13, 14,15 | 31:20 **Texas** | **tonight** 13:4 |
| **sterilization s** 4:22 | **systemic** 13:16 | 22:8 **thank** | **touch** 34:13 |
| **Steven** 13:9 | **systems** 22:22 | 33:23 35:19 **Thanks** | **town** 5:12 |
| **stop** 7:10 | | 2:13 35:18 **thing** | **Tracie** 10:25 11:2 |
| **stories** 16:5 26:5 | **T** | 2:4 4:21 13:17 14:1 | **traffic** 7:10 |
| **story** 2:25 12:3,5 14:5,10 15:13 16:16 27:25 33:13 35:1 | **take** 7:21 19:11 27:20 33:6 35:9,19 | 15:10 17:8 20:13 26:12 32:2,23 33:10,14 | **trained** 18:5 **training** 3:10 **transferred** 22:9 |
| **stretch** 26:19 | **taken** 7:19 | **things** 14:16 | **transient** 11:17 |
| **stuff** 3:18 34:24 35:13 | **taking** 33:23 | **think** 2:24 6:20,23 | **trauma** 9:20 18:2 |
| **subject** 18:25 | **talk** 7:14 10:1 24:25 26:1 29:1 33:23 34:1 | 11:14 12:25 18:4 20:14 26:9 30:16 31:18,19 32:13,18 34:4 | **treat** 7:23 10:24 **treated** 10:21 **treating** 8:22 |
| **subjects** 3:1 | **talked** 19:20 28:22 | **thought** 9:4 | **treatment** 6:14 8:4,18 |
| **subsequent** 26:13 | **talking** 14:7 18:19, 20 19:23 32:2,14 | **three** 4:9 10:13,21 26:12 | 18:5 22:25 23:3,13 24:6 |
| **sued** 4:13 | | | |

CONFIDENTIAL                                                    NBCU001855

**triple-check**
  25:20
**truck**
  24:24
**true**
  31:20
**trying**
  8:1 9:9 20:4
  25:1 27:20
  28:1 30:1,2
**tubes**
  17:23
**turned**
  9:8
**turning**
  27:8
**Tweeted**
  23:12
**two**
  7:7 15:17
  21:19 29:22
  31:17 32:5
**type**
  15:4
**typical**
  23:17

---

### U

**Uh**
  20:14 32:20
**Uh-huh**
  3:22 11:8
  13:25 16:6,
  18 18:14,18
  19:25 23:1,
  25 24:10,19
  25:6 26:8,14
  27:13 28:12
  29:14 31:13
**undermine**
  28:7
**understanding**
  7:18
**understood**
  17:6

**United**
  6:25 7:6
**unmute**
  34:6,7
**unproven**
  31:3
**upbilling**
  12:1
**uterus**
  12:22
**uteruses**
  31:16

---

### V

**various**
  16:14
**verify**
  26:10
**versus**
  30:22
**vetted**
  16:15
**Virginia**
  6:20
**vision**
  25:11
**visits**
  11:20
**volume**
  34:21
**volumes**
  31:22

---

### W

**waiting**
  8:25
**want**
  6:7 8:21
  10:1 14:10,
  14 15:5
  16:20 19:7,8
  24:1 25:21,
  25 26:6
  27:23 34:16,

**20,21 35:13**
**wanted**
  11:4,19
**Washington**
  4:19
**watching**
  13:18
**way**
  9:6 10:24
  18:23,24
**website**
  4:16
**week**
  10:17 17:20
  26:5 33:25
  35:2
**weeks**
  8:25
**went**
  5:25 6:9 9:7
  17:21 28:22
  31:11
**whichever**
  35:5
**whisper**
  5:17 29:1
**whistleblower**
  5:5 14:12
  20:8
**whistleblowers**
  3:10
**win**
  20:4
**woman**
  4:9 5:25
  9:15 13:21
  15:18 29:3
**women**
  5:6,12,18,19
  6:4,18,22
  7:3 12:10
  15:12,13
  17:12,14,18
  23:6 24:16
  25:4,15
  31:11,16

**33:3**
**wondering**
  23:16
**Wooten**
  12:24 33:1
**word**
  19:11
**work**
  5:23 20:5
**worked**
  4:20
**working**
  3:10,15 10:3
**world**
  20:14
**worries**
  20:18 23:21
  32:22 34:11
**worse**
  21:7
**wow**
  5:14 7:8

---

### X

**Xander**
  2:4,6,10,13,
  14,15,18,21
  3:2,5,22
  4:11 5:14
  7:4,8 9:19
  10:2,9 11:8
  13:2,12,15,
  25 14:6,20,
  24 15:2,7,
  10,16,19,24
  16:6,13,18,
  22,25 17:5
  18:14,18
  19:2,9,12,
  19,22,25
  20:2,6,18
  21:9,23
  23:1,8,11,
  21,25 24:10,
  19 25:6,10,
  13,24 26:3,

CONFIDENTIAL                                                    NBCU001856

Andrew Free Call
September 15, 2020

8,14,16,18
27:3,11,14,
22 28:3,5,9,
12,17,20,24
29:2,8,14,
17,25 30:4,
9,11,15,24
31:1,5,13,
23,25 32:5,
8,11,16,22
33:11,20,22
34:3,9,11,23
35:7,11,17,
19

---

**Y**

**yeah**
2:12,16 3:2,
5 7:4 13:2,
12,15 15:3,
17 16:24
17:10 19:9,
12 20:2,6
21:24 23:8,
21,22 24:20,
23 25:19
26:9 27:22
28:3,9 29:17
31:1,4 32:4,
9 34:12,23,
24 35:7,11

**year**
6:13 10:22
21:18 25:23
26:10

**years**
4:20 6:22
10:21 12:8
18:10 20:5
26:12

**yesterday**
3:25 4:23
11:2

CONFIDENTIAL                                              NBCU001857