

CONFIDENTIAL   NBCU000144