

Verizon 4:55 PM 100%

A Andrew F

medical indication existed. 6:14 PM

Sep 15, 2020

Got it 6:15 PM

**MAHENDRA G. AMIN, M.D.**

OBSTETRICS & GYNECOLOGY

1150 KIRKLAND LANE, DOUGLAS, GEORGIA 31533

PHONE:(912) 384-6630 FAX: (912) 384-0418

Date Request Submitted: [redacted] by: ☑ Provider/Physician

Patient Name: [redacted] DOB: [redacted] Gender: M (F)

NOTES: Patient had Dx Scope on [redacted] Pathology or Biopsy came back abnormal ([redacted]noma In Situ). She came in for a follow-up on [redacted] and results and treatment were discussed. The plan is to schedule her for a partial Hysterectomy. She understands and agrees to the procedure. Procedure will be Inpatient.

Requesting Provider: Dr. Mahendra Amin Tax ID: 223442343 NPI: 1912060401

Address: 1150 Kirkland Lane, Douglas, GA. 31533

Phone Number: 912-384-6630 Fax Number: 912-384-0418

Please provide direct line or extension for Contact Person to facilitate call back with certification number:

Provider Contact Person: Maria Nito Phone Number: 912-384-6630

Facility Rendering Care: Irwin County Hospital Tax ID: 586003765 NPI: 1720098791

Address: 710 N. Irwin Avenue, Ocilla GA. 31774

Phone Number: 229-468-3800 Fax Number: 229-468-9991

Facility Contact Person: Diane Rowe Phone Number: 229-468-3834

Diagnosis Code/ICD 9 or 10(s): D06.9, N92.0, N94.6, N83.291, R10.2...

Procedure/CPT Code(s) and number of units requesting for each code: 58150 (1 unit) Total abdominal Hysterectomy

I'm be on the hook for 1 hyst so far. And that's the one I can prove.

Why 2018? 6:15 PM

Sorry? 6:17 PM

New Message