| | |
|---|---|
| **From:** | Price, Alexander (NBCUniversal) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8E0B11090C084DE59DF9C19842BCDBFB-PRICE, ALEX> |
| **To:** | clhprivate |
| **CC:** | Horgan, Denis (NBCUniversal); O'Melia, Brendan (NBCUniversal, MSNBC); Cone, Tina (NBCUniversal, MSNBC); Jabaji, Rawan (NBCUniversal) |
| **Sent:** | 9/15/2020 6:55:02 PM |
| **Subject:** | FW: MSNBC ON DEADLINE -- 8PM EASTERN |

ICE response

Alexander Price
Segment Producer, *All In with Chris Hayes*
NBCUniversal | NBC News | MSNBC
30 Rockefeller Center
New York, NY 10112
W: (212) 664-3973
C: (347) 504-5540

**From:** Bennett, Danielle <Danielle.Bennett@ice.dhs.gov>
**Sent:** Tuesday, September 15, 2020 6:51 PM
**To:** Price, Alexander (NBCUniversal) <Alexander.Price@nbcuni.com>; ICEMedia <ICEMedia@ice.dhs.gov>
**Cc:** Jabaji, Rawan (NBCUniversal) <Rawan.Jabaji@nbcuni.com>
**Subject:** [EXTERNAL] RE: MSNBC ON DEADLINE -- 8PM EASTERN

**STATEMENT FROM DR. ADA RIVERA, Medical Director of the ICE Health Service Corps (IHSC):**

The accusations will be fully investigated by an independent office, however, ICE vehemently disputes the implication that detainees are used for experimental medical procedures. ICE's mission is to protect the homeland and to swiftly and quickly remove people from the country; the health, welfare and safety of ICE detainees is one of the agency's highest priorities, any assertion or claim to the contrary is false and intentionally misleading.

All female ICE detainees receive routine, age-appropriate gynecological and obstetrical health care, consistent with recognized community guidelines for women's health services. According to U.S. Immigration and Enforcement (ICE) data, since 2018, only two individuals at Irwin County Detention Center were referred to certified, credentialed medical professionals at gynecological and obstetrical health care facilities for hysterectomies in compliance with National Commission on Correctional Health Care (NCCHC) standards. Based on their evaluations, these specialists recommended hysterectomies. These recommendations were reviewed by the facility clinical authority and approved.

To be clear, medical care decisions concerning detainees are made by medical personnel, not by law enforcement personnel. Detainees are afforded informed consent, and a medical procedure like a hysterectomy would never be performed against a detainee's will.

All medical professionals certainly have a duty to report any issues of concern through appropriate channels, such as making a report to the Department of Homeland Security Office of Inspector General (OIG); however, it is unfortunate that those involved in this report have chosen to first go to the media with their allegations, without allowing the government to examine or take appropriate action.

Out of respect for the process of matters pending before the OIG, ICE does not comment prematurely on reported allegations, and ICE intends to fully cooperate with any resulting investigation by the OIG.

**ON BACKGROUND**

Regarding the approval process:
1. Detainee presents with a medical concern and is evaluated at the facility by the provider
2. Detainee is referred to an offsite specialist (OB/GYN in this case)
3. Based on examination findings, surgical procedure (i.e. hysterectomy) is recommended by an OB/GYN specialist
4. Facility submits a MedPAR request (if IGSA) referral request in eCW (if IHSC staffed facility)
5. All surgeries with the exception of ORIF require review/approval of the Regional Clinical Director
6. Global surgical procedure (GSP) codes are confirmed with the provider and, if approved, the MedPAR or referral request is approved.
7. Surgery is scheduled and pending consent of the detainee, the procedure is performed


Sent with BlackBerry Work
([www.blackberry.com](www.blackberry.com))

---

**From:** Price, Alexander (NBCUniversal) <Alexander.Price@nbcuni.com>
**Date:** Tuesday, Sep 15, 2020, 6:42 PM
**To:** ICEMedia <ICEMedia@ice.dhs.gov>
**Cc:** Jabaji, Rawan (NBCUniversal) <Rawan.Jabaji@nbcuni.com>
**Subject:** MSNBC ON DEADLINE -- 8PM EASTERN

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

Hello,

I'm a producer at MSNBC working on deadline for 8pm ET on a story about the whistleblower complaint at the Irwin County Detention Center. We have new reporting tonight from a lawyer who represents two women who claim they had unnecessary hysterectomies while detained at this ICE facility. The lawyer tells us that as many as 15 women were given full or partial hysterectomies or other procedures, for which no medical indication existed. I am writing to you asking for a comment on this reporting.

I also tried to give you a call but it appears that your mailbox is full. Again, this is for 8 PM ET tonight. We would love a comment from you to include in the story. You can reach me by email or at (347) 504-5540.

Thank you,

Xander Price

Alexander Price
Segment Producer, *All In with Chris Hayes*
NBCUniversal | NBC News | MSNBC
30 Rockefeller Center
New York, NY 10112
W: (212) 664-3973
C:  (347) 504-5540