| | |
|---|---|
| **From:** | Cone, Tina (NBCUniversal, MSNBC) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=2F235CDCD33A48828F8F0BB8C85932C0-CONE, CHRIS> |
| **To:** | @NBC UNI All In Everyone |
| **Sent:** | 9/15/2020 6:48:53 PM |
| **Subject:** | FW: ICE scripts |

**From:** Scholl, Christopher (NBCUniversal) <christopher.scholl@nbcuni.com>
**Sent:** Tuesday, September 15, 2020 6:48 PM
**To:** @MSNBC Primetime EPs <msnbcprimetimeep@MSNBC.COM>
**Cc:** Thode, Steve (NBCUniversal) <Steve.Thode@nbcuni.com>
**Subject:** ICE scripts

If you plan on reporting the ICE story from Jacob Soboroff and Julia Ainsley, please send scripts to me (or Steve Thode after 7). Here is existing guidance:

STANDARDS GUIDANCE: Note when reporting this story that we have reached out to the company (LaSalle Corrections) and have not received a response, and reflect ICE's statement. Also, note that we reached out to Dr. Amin.
Remember: these are allegations--not established facts--relayed to us by attorneys, not the women directly. Our reporting needs to reflect that.

Chris Scholl
Deputy Head of News Standards
(347) 583-1061

CONFIDENTIAL                                                                                                                    NBCU000510