

Verizon 4:55 PM 100%

**Andrew F**

6:35 PM

Sep 15, 2020

LASALLE
CORRECTIONS
IRWIN COUNTY DETENTION CENTER
PSYCHIATRIC PROGRESS NOTE

INMATE: BINAM, PAULINE DOC#: [redacted] DOB: [redacted]
DATE-TIME: 08/28/2019-1245

SUBJECTIVE: Pt had surgery and is post-op day number 5. She is "bothered" by the fact that she went into surgery expecting a D&C and ended up having a salpingectomy x 1. Upon her return, she was not continued on the opioid. She complains that they won't give her supplies to change her dressing. She has court at the end of October. She has been compliant. She does feel that the medicine helped quickly but wore off after one and a half weeks. I explained the concept of a placebo and she seemed to understand. She is concerned about being deported because of civil unrest. She is working on nonviolent communication. No side effects.

This woman is being deported tomorrow.

Embargoed until further notice ^^*

Working w folks to stop it. 9:34 PM

Sep 16, 2020

Is this still embargoed? 12:37 PM

Nope.

In touch w Chris on it. 12:37 PM

Great, thanks 12:37 PM

New Message