Ben Osorio Call.m4a
September 16, 2020

TRANSCRIPT OF AUDIO RECORDING RE:

Dr. Mahendra Amin, M.D. v. NBCUniversal Media, LLC

File Name:  2020-09-16 Ben Osorio Call.m4a

Transcribed by:
ERIKA SEGUIRANT, RPR

CONFIDENTIAL                                                    NBCU001858

Ben Osorio Call.m4a
September 16, 2020

```
 1                XANDER PRICE:  Hello?  Hello?
 2                BENJAMIN OSORIO:  Hey, this is Ben
 3   Osorio calling you back.
 4                XANDER PRICE:  Hey, how are you?  Xander
 5   Price.
 6                BENJAMIN OSORIO:  Good.  How are you?
 7                XANDER PRICE:  Pretty good.  Thanks.  Do
 8   you mind -- do you mind if I just hit record on my --
 9   on my recorder here just so I don't miss anything?
10                BENJAMIN OSORIO:  Yeah, that's fine.
11                XANDER PRICE:  Okay.  Great.  All right.
12   So how are you doing?
13                BENJAMIN OSORIO:  I'm good.  A little
14   hectic these days.
15                XANDER PRICE:  I can imagine.
16                BENJAMIN OSORIO:  It's par for the
17   course in immigration these days.
18                XANDER PRICE:  Yeah, yeah.  So, yeah, I
19   really appreciate that B████ is coming on tonight.
20   I understand that we need to anonymize a lot of her
21   stuff.
22                BENJAMIN OSORIO:  I mean, my concern is
23   she's still in removal proceedings, right.
24                XANDER PRICE:  Yeah.
25                BENJAMIN OSORIO:  And ICE in the past
```

```
 1   has been known to sort of encourage local law
 2   enforcement to harass people or come up with, you
 3   know, little knickknack stuff to just give them any
 4   excuse to arrest them.  And then once that happens,
 5   ICE can detain them again.
 6                XANDER PRICE:  Uh-huh.
 7                BENJAMIN OSORIO:  And we've fought a
 8   long time.  I mean, she was detained for nine months.
 9   I just don't want her to be detained again or this to
10   mess up her removal proceedings because she has a
11   decent shot at getting a green card right now.
12                XANDER PRICE:  Okay.  Yeah.
13                BENJAMIN OSORIO:  While this is heinous
14   and horrific and they should be, you know, called out
15   for it, at the same time, like at the end of the day,
16   my No. 1 priority is preserving her ability to remain
17   in the United States.
18                XANDER PRICE:  Yeah, yeah, I absolutely
19   understand how vulnerable she is right now.  So we
20   are -- we're working on how to digitize her voice.
21                BENJAMIN OSORIO:  Okay.
22                XANDER PRICE:  We're looking at
23   potentially just not even having a video feed of her,
24   just a -- just an audio feed --
25                BENJAMIN OSORIO:  Okay.
```

CONFIDENTIAL                                                    NBCU001860

```
 1                XANDER PRICE:  -- just so her image
 2   isn't even coming into 30 Rock at all.
 3                BENJAMIN OSORIO:  I do have another
 4   client that I have way less concern about and I'm not
 5   as worried about, you know, preserving her like
 6   anonymity.  I mean, you guys can talk to her and knock
 7   yourself out.
 8                XANDER PRICE:  Okay.
 9                BENJAMIN OSORIO:  She's in El Salvador.
10                XANDER PRICE:  Okay.  I will let my --
11   my EP know.  But, yeah, I think we're going to do
12   everything to anonymize.  So is B▇▇▇▇ a pseudonym,
13   or is that her -- her actual name?
14                BENJAMIN OSORIO:  That's her first name,
15   but I --
16                XANDER PRICE:  That's her first name.
17                BENJAMIN OSORIO:  -- I would prefer you
18   not use that.
19                XANDER PRICE:  Yeah, yeah.  So okay.  I
20   just wanted to make sure that -- that that needed to
21   be changed as well.  Okay.  So -- so I was talking to
22   Andrew Free yesterday, and he kind of filled me in
23   about a bunch of this stuff.
24                And I -- my booking producer, Diane,
25   sent me an e-mail about what you and she talked about.
```

```
 1   But I just want to -- want to just make sure that I'm
 2   getting -- I'm getting stuff right here.  So when she
 3   was taken to the hospital, she was shackled to the
 4   bed?
 5              BENJAMIN OSORIO:  That's what she's told
 6   us, yes.
 7              XANDER PRICE:  Okay.  Okay.  And she was
 8   guarded by -- by a male and a female guard.  So -- so
 9   just for the -- just for my timeline here, she was
10   just -- she was just, you need this -- you need this
11   procedure done.  And then just like immediately, it
12   was ordered up?
13              BENJAMIN OSORIO:  Yeah, the first
14   procedure.
15              XANDER PRICE:  Okay.
16              BENJAMIN OSORIO:  Because she had two.
17              XANDER PRICE:  Okay.  And the first
18   procedure was the hysterectomy?
19              BENJAMIN OSORIO:  No, the second one
20   was.
21              XANDER PRICE:  Okay.  And what was the
22   first procedure?
23              BENJAMIN OSORIO:  You're going to want
24   to talk to an OB/GYN about that.
25              XANDER PRICE:  Okay.
```

CONFIDENTIAL                                          NBCU001862

| | |
|---|---|
| 1 | BENJAMIN OSORIO: We sent the docs to |
| 2 | somebody at University of Southern California, and |
| 3 | they're supposed to get back to us. It looks like -- |
| 4 | and I don't want to read this wrong. It looks like |
| 5 | maybe a partial hysterectomy was done in July and then |
| 6 | a full abdominal hysterectomy was done in August. |
| 7 | XANDER PRICE: Okay. |
| 8 | BENJAMIN OSORIO: At least -- I mean, |
| 9 | I'm just reading the notes that the doctor wrote on |
| 10 | there. |
| 11 | XANDER PRICE: Uh-huh. Is there any -- |
| 12 | BENJAMIN OSORIO: So let's be clear. |
| 13 | I'm not an OB/GYN nor a doctor. |
| 14 | XANDER PRICE: No, no, absolutely. Is |
| 15 | there any way I'd be able to take a look at the |
| 16 | documents and run some -- because we're trying to find |
| 17 | an OB/GYN. |
| 18 | BENJAMIN OSORIO: I'm okay with that |
| 19 | under the same conditions. And I just want to make |
| 20 | sure that Andrew is okay with that too. |
| 21 | XANDER PRICE: Okay. All right. Do you |
| 22 | want me to -- do you want me to actually just -- |
| 23 | because I had a signal chat open with him. Do you |
| 24 | want me to just message him right now and ask him? |
| 25 | BENJAMIN OSORIO: Yeah, that's fine. |

CONFIDENTIAL                                                                   NBCU001863

```
 1                  XANDER PRICE:  Okay.  Cool.  Let me just
 2   jump over there.  Okay.  I just sent that to him.
 3   I'll let you know when he gets back to me about that.
 4   But -- okay.  Oh, he -- and he just messaged back,
 5   yes, clear.
 6                  BENJAMIN OSORIO:  Okay.  But, again, I
 7   just don't want this to leak or anything or just --
 8                  XANDER PRICE:  No, no, no.
 9                  BENJAMIN OSORIO:  (Inaudible) just wait
10   until then.
11                  XANDER PRICE:  Okay.  Yeah, I'm just
12   going to -- like when I -- when I get connected with
13   an OB/GYN that Diane is reaching out to, I'm just
14   going to ask like general questions based on the
15   timings and based on the procedures but not like talk
16   about exactly what I'm asking about, just to kind of
17   keep that close for us.
18                  BENJAMIN OSORIO:  Okay.  Just make sure
19   that you give them both sets of documents because last
20   night, we made the mistake of only sending one.  And
21   they were like, this isn't a full -- this isn't a
22   hysterectomy.  So there's something in the first one
23   that we don't, like as lay people or lawyers,
24   understand.
25                  XANDER PRICE:  Got it.
```

CONFIDENTIAL                                                       NBCU001864

```
 1                BENJAMIN OSORIO:  But, again, the second
 2   set definitely, at least, again, from my reading, the
 3   August one seems to indicate that.
 4                XANDER PRICE:  Got it.
 5                BENJAMIN OSORIO:  All right.  I just
 6   sent it to you.
 7                XANDER PRICE:  Okay.  Cool.  Let me just
 8   click that.
 9                BENJAMIN OSORIO:  So, yeah, I mean, do
10   you have the docs in front of you?
11                XANDER PRICE:  I don't yet.  Did you
12   just respond to the e-mail that I sent you?
13                BENJAMIN OSORIO:  Yeah.
14                XANDER PRICE:  Okay.  Let me see if it's
15   in my -- let me just do a search real quick.  Here it
16   is.  Okay.  Sorry.  It went to a -- it went to a weird
17   folder.
18                BENJAMIN OSORIO:  All right.  So, look,
19   if you open that first set that I sent you, the
20   medical report or what is labeled as medical report --
21                XANDER PRICE:  Uh-huh.
22                BENJAMIN OSORIO:  -- and go to the
23   second page, at the bottom of that second page is like
24   procedures, blah, blah, blah, blah, blah.  It says
25   total abdominal hysterectomy.
```

CONFIDENTIAL                                          NBCU001865

```
 1                XANDER PRICE:  Yes, I see that.
 2                BENJAMIN OSORIO:  I read that as being a
 3    whole hysterectomy.  But then whoever we talked to
 4    last night was saying that if you go to this next
 5    page, this operative notes, that that -- that they
 6    don't actually appear to have done that.
 7                So I don't know why.  And then if you go
 8    down like to the -- after the page after the operative
 9    notes, it says operations performed.  And it doesn't
10    look like, actually, they ended up going in and doing
11    a total hysterectomy --
12                XANDER PRICE:  Okay.
13                BENJAMIN OSORIO:  -- on the operations
14    performed.  But if you go into the second set of
15    documents I sent you on the second page, that one
16    definitely says, operation performed, total abdominal
17    hysterectomy.  And that one took place in ▓▓▓▓▓▓▓
18    ▓▓▓▓▓▓▓
19                XANDER PRICE:  Okay.  All right.  And
20    she was first told, oh, you have surgical cancer.  We
21    have to operate immediately -- she was told that in
22    ▓▓▓▓▓▓▓▓▓▓▓▓
23                BENJAMIN OSORIO:  My understanding is
24    that the first one was like, oh, there's this issue or
25    whatever.  We need to do this.  And I think that's
```

```
 1  when, you know, they immediately went into surgery.
 2  And then I don't know whether they sent it off because
 3  there's also, in the -- in the second set, the last
 4  page, the 9th page --
 5              XANDER PRICE:  Uh-huh.
 6              BENJAMIN OSORIO:  -- they refer her to
 7  the Cancer Institute, you know, as sort of like a
 8  follow-up.  And she got a call from them after she got
 9  out, and they were saying, like, oh, no, they didn't
10  get everything, that you -- you know, you need chemo.
11  You need treatment.  You need therapy.  But then she
12  went to another doctor, you know, in Charlotte, and
13  they said, no, you're fine.
14              XANDER PRICE:  Okay.
15              BENJAMIN OSORIO:  So we're still trying
16  to get those records.  I mean, you know, I'm a little
17  nervous.  I mean, obviously, this is how things start.
18  But I don't think we have a full, complete picture
19  yet.
20              XANDER PRICE:  Okay. All right.  Was
21  she -- but she wasn't able to -- when -- when -- even
22  between these two procedures, she wasn't -- was she
23  allowed to consult with anyone or ask any --
24              BENJAMIN OSORIO:  No.  And then, like,
25  in the first one, they didn't even allow her to like
```

```
 1   call any family members or tell her anything.  They're
 2   just like, all right.  We're going to do the surgery,
 3   you know.
 4             XANDER PRICE:  Okay.
 5             BENJAMIN OSORIO:  And, you know, she --
 6   you know, she says she felt pressured.  She said she
 7   was never given an option for a second opinion, or,
 8   you know, to seek her own medical doctors or anything
 9   like that.
10             XANDER PRICE:  Okay.  All right.  And --
11   and how did she -- what happened that got her --
12   because she -- I know she's been here since she was
13   two years old.
14             BENJAMIN OSORIO:  Two.
15             XANDER PRICE:  What happened to get her
16   into the ICE system?
17             BENJAMIN OSORIO:  [REDACTED]
18   [REDACTED] -- the State
19   of North Carolina tried to put them on her as well,
20   like basically wrap her into conspiracy.  And they
21   were ultimately dropped.  And that -- because she was
22   arrested and undocumented, she came into ICE custody.
23             XANDER PRICE:  Okay.  Okay.
24             BENJAMIN OSORIO:  But, I mean, I don't
25   know if that changes y'all's opinion on the story or
```

CONFIDENTIAL                                                    NBCU001868

Ben Osorio Call.m4a
September 16, 2020

```
 1   would it not, but, I mean, ████████████████████
 2   ████████████████████████████.
 3                XANDER PRICE:  Okay.  Yeah, no, no, no.
 4   I just, you know, am trying to get the full picture of
 5   what's happening here.
 6                BENJAMIN OSORIO:  I mean, the client in
 7   El Salvador is more squeaky clean.  You know, she's
 8   got no criminal history.  She was a recent
 9   asylum-seeker.
10                XANDER PRICE:  Okay.  All right.  All
11   right.  So I'm going to look -- I'm going to look
12   these over.  I'm going to work up some questions
13   for -- anonymized questions for this -- this OB/GYN
14   that we're getting in touch with.  And I just want to
15   make sure it's okay for me to give you a call back
16   either today or tomorrow in case I have any follow-up
17   questions?
18                BENJAMIN OSORIO:  Yeah, that's fine.
19                XANDER PRICE:  Cool.
20                BENJAMIN OSORIO:  I thought we were
21   doing the interview tonight, but --
22                XANDER PRICE:  Oh, well, yeah, yeah,
23   yeah.  I mean, we're planning on -- on doing the
24   interview with her tonight.  I just -- you know -- you
25   know, I might have more -- more questions today, but I
```

CONFIDENTIAL                                                NBCU001869

```
 1   also -- you know, I might have more questions for you
 2   for -- for in the future, so I just want to -- I just
 3   want to, you know, keep the -- make sure the
 4   communication line is fine to be open.
 5                BENJAMIN OSORIO:  Yeah, that's fine.
 6                XANDER PRICE:  Okay.  Great.  Okay.  I'm
 7   going to -- I'm going to look these things over.  I'm
 8   going to talk to my -- my EP, and I'll be in touch.
 9                BENJAMIN OSORIO:  Okay.  All right.
10   Sounds good.
11                XANDER PRICE:  Thank you.  Take care.
12                BENJAMIN OSORIO:  All right.
13                (End of recording.)
14
15
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL                                              NBCU001870

C E R T I F I C A T E

     I, ERIKA SEGUIRANT, Registered Professional Reporter/Transcriptionist, do hereby certify that I was authorized to transcribe the foregoing recorded proceeding, and that the transcript is a true and accurate transcription of my shorthand notes, to the best of my ability, taken while listening to the provided recording.

     I further certify that I am not of counsel or attorney for either or any of the parties to said proceedings, nor in any way interested in the events of this cause, and that I am not related to any of the parties thereto.

Dated this 26th day of January, 2023.

*Erika Seguirant*
_____
ERIKA SEGUIRANT, RPR

CONFIDENTIAL                                      NBCU001871

Ben Osorio Call.m4a
September 16, 2020

## 1

1
  3:16

## 2

2019
  9:18,22

## 3

30
  4:2

## 9

9th
  10:4

## A

abdominal
  6:6  8:25
  9:16
ability
  3:16
able
  6:15  10:21
absolutely
  3:18  6:14
actual
  4:13
allow
  10:25
allowed
  10:23
Andrew
  4:22  6:20
anonymity
  4:6
anonymize
  2:20  4:12
anonymized
  12:13
anyone
  10:23
appreciate
  2:19
arrest
  3:4
arrested
  11:18,22
asking
  7:16
asylum-seeker
  12:9
audio
  3:24
August
  6:6  8:3  9:17

## B

back
  2:3  6:3  7:3,
  4  12:15
B█████
  2:19  4:12
based
  7:14,15
basically
  11:20
bed
  5:4
Ben
  2:2
BENJAMIN
  2:2,6,10,13,
  16,22,25
  3:7,13,21,25
  4:3,9,14,17
  5:5,13,16,
  19,23  6:1,8,
  12,18,25
  7:6,9,18
  8:1,5,9,13,
  18,22  9:2,
  13,23  10:6,
  15,24  11:5,
  14,17,24
  12:6,18,20
  13:5,9,12
blah
  8:24
booking
  4:24
bottom
  8:23
bunch
  4:23

## C

California
  6:2
call
  10:8  11:1
  12:15
called
  3:14
calling
  2:3
cancer
  9:20  10:7
card
  3:11
care
  13:11
Carolina
  11:19
case
  12:16
changed
  4:21
changes
  11:25
charges
  11:18  12:2
Charlotte
  10:12
chat
  6:23
chemo
  10:10
clean
  12:7
clear
  6:12  7:5
click
  8:8
client
  4:4  12:6
close
  7:17
come
  3:2
communication
  13:4
complete
  10:18
concern
  2:22  4:4
conditions
  6:19
connected
  7:12
conspiracy
  11:20
consult
  10:23
Cool
  7:1  8:7
  12:19
course
  2:17
criminal
  12:8
custody
  11:22

## D

day
  3:15
days
  2:14,17
decent
  3:11
definitely
  8:2  9:16
detain
  3:5

CONFIDENTIAL      NBCU001872

Ben Osorio Call.m4a
September 16, 2020

| | | | |
|---|---|---|---|
| detained | **F** | getting | 2:8 |
|   3:8,9 | |   3:11  5:2 | horrific |
| Diane | family |   12:14 |   3:14 |
|   4:24  7:13 |   11:1 | give | hospital |
| digitize | feed |   3:3  7:19 |   5:3 |
|   3:20 |   3:23,24 |   12:15 | husband |
| docs | felt | given |   11:17  12:1 |
|   6:1  8:10 |   11:6 |   11:7 | hysterectomy |
| doctor | female | going |   5:18  6:5,6 |
|   6:9,13  10:12 |   5:8 |   4:11  5:23 |   7:22  8:25 |
| doctors | filled |   7:12,14  9:10 |   9:3,11,17 |
|   11:8 |   4:22 |   11:2  12:11, | |
| documents | find |   12  13:7,8 | **I** |
|   6:16  7:19 |   6:16 | good | |
|   9:15 | fine |   2:6,7,13 | ICE |
| doing |   2:10  6:25 |   13:10 |   2:25  3:5 |
|   2:12  9:10 |   10:13  12:18 | Great |   11:16,22 |
|   12:21,23 |   13:4,5 |   2:11  13:6 | image |
| dropped | first | green |   4:1 |
|   11:21 |   4:14,16 |   3:11 | imagine |
| drug |   5:13,17,22 | guard |   2:15 |
|   11:18  12:2 |   7:22  8:19 |   5:8 | immediately |
| |   9:20,24 | guarded |   5:11  9:21 |
| **E** |   10:25 |   5:8 |   10:1 |
| | folder | guys | immigration |
| e-mail |   8:17 |   4:6 |   2:17 |
|   4:25  8:12 | follow-up | | Inaudible |
| either |   10:8  12:16 | **H** |   7:9 |
|   12:16 | fought | | indicate |
| El |   3:7 | happened |   8:3 |
|   4:9  12:7 | Free |   11:11,15 | Institute |
| encourage |   4:22 | happening |   10:7 |
|   3:1 | front |   12:5 | interview |
| end |   8:10 | harass |   12:21,24 |
|   3:15  13:13 | full |   3:2 | issue |
| ended |   6:6  7:21 | hectic |   9:24 |
|   9:10 |   10:18  12:4 |   2:14 | |
| enforcement | future | heinous | **J** |
|   3:2 |   13:2 |   3:13 | |
| EP | | Hello | jail |
|   4:11  13:8 | **G** |   2:1 |   12:2 |
| exactly | | Hey | July |
|   7:16 | general |   2:2,4 |   6:5  9:22 |
| excuse |   7:14 | history | jump |
|   3:4 | |   12:8 |   7:2 |
| | | hit | |

CONFIDENTIAL

NBCU001873

**K**

keep
  7:17  13:3
kind
  4:22  7:16
knickknack
  3:3
knock
  4:6
know
  3:3,14  4:5,
  11  7:3  9:7
  10:1,2,7,10,
  12,16  11:3,
  5,6,8,12,25
  12:4,7,24,25
  13:1,3
known
  3:1

**L**

labeled
  8:20
law
  3:1
lawyers
  7:23
lay
  7:23
leak
  7:7
line
  13:4
little
  2:13  3:3
  10:16
local
  3:1
long
  3:8
look
  6:15  8:18
  9:10  12:11
  13:7
looking
  3:22
looks
  6:3,4
lot
  2:20

**M**

made
  7:20
make
  4:20  5:1
  6:19  7:18
  12:15  13:3
male
  5:8
mean
  2:22  3:8  4:6
  6:8  8:9
  10:16,17
  11:24  12:1,
  6,23
medical
  8:20  11:8
members
  11:1
mess
  3:10
message
  6:24
messaged
  7:4
mind
  2:8
mistake
  7:20
months
  3:8

**N**

name
  4:13,14,16
need
  2:20  5:10
  9:25  10:10,
  11
needed
  4:20
nervous
  10:17
never
  11:7
night
  7:20  9:4
nine
  3:8
North
  11:19
notes
  6:9  9:5,9

**O**

OB/GYN
  5:24  6:13,17
  7:13  12:13
obviously
  10:17
okay
  2:11  3:12,
  21,25  4:8,
  10,19,21
  5:7,15,17,
  21,25  6:7,
  18,20,21
  7:1,2,4,6,
  11,18  8:7,
  14,16  9:12,
  19  10:14,20
  11:4,10,23
  12:3,10,15
  13:6,9
once
  3:4
one
  5:19  7:20,22
  8:3  9:15,17,
  24  10:25
open
  6:23  8:19
  13:4
operate
  9:21
operation
  9:16
operations
  9:9,13
operative
  9:5,8
opinion
  11:7,25
option
  11:7
ordered
  5:12
Osorio
  2:2,3,6,10,
  13,16,22,25
  3:7,13,21,25
  4:3,9,14,17
  5:5,13,16,
  19,23  6:1,8,
  12,18,25
  7:6,9,18
  8:1,5,9,13,
  18,22  9:2,
  13,23  10:6,
  15,24  11:5,
  14,17,24
  12:6,18,20
  13:5,9,12

**P**

page
  8:23  9:5,8,
  15  10:4
par
  2:16
partial
  6:5
past
  2:25
people
  3:2  7:23

CONFIDENTIAL

NBCU001874

Ben Osorio Call.m4a
September 16, 2020

performed
  9:9,14,16
picture
  10:18 12:4
place
  9:17
planning
  12:23
potentially
  3:23
prefer
  4:17
preserving
  3:16 4:5
pressured
  11:6
Pretty
  2:7
Price
  2:1,4,5,7,
  11,15,18,24
  3:6,12,18,22
  4:1,8,10,16,
  19 5:7,15,
  17,21,25
  6:7,11,14,21
  7:1,8,11,25
  8:4,7,11,14,
  21 9:1,12,19
  10:5,14,20
  11:4,10,15,
  23 12:3,10,
  19,22 13:6,
  11
priority
  3:16
procedure
  5:11,14,18,
  22
procedures
  7:15 8:24
  10:22
proceedings
  2:23 3:10
producer
  4:24

pseudonym
  4:12
put
  11:19

Q

questions
  7:14 12:12,
  13,17,25
  13:1
quick
  8:15

R

reaching
  7:13
read
  6:4 9:2
reading
  6:9 8:2
real
  8:15
recent
  12:8
record
  2:8
recorder
  2:9
recording
  13:13
records
  10:16
refer
  10:6
remain
  3:16
removal
  2:23 3:10
report
  8:20
respond
  8:12
right
  2:11,23

  3:11,19 5:2
  6:21,24 8:5,
  18 9:19
  10:20 11:2,
  10 12:10,11
  13:9,12
Rock
  4:2
run
  6:16

S

Salvador
  4:9 12:7
saying
  9:4 10:9
says
  8:24 9:9,16
  11:6
search
  8:15
second
  5:19 8:1,23
  9:14,15 10:3
  11:7
see
  8:14 9:1
seek
  11:8
sending
  7:20
set
  8:2,19 9:14
  10:3
sets
  7:19
shackled
  5:3
shot
  3:11
signal
  6:23
sort
  3:1 10:7
Sounds
  13:10

Southern
  6:2
squeaky
  12:7
start
  10:17
State
  11:18
States
  3:17
story
  11:25
stuff
  2:21 3:3
  4:23 5:2
supposed
  6:3
sure
  4:20 5:1
  6:20 7:18
  12:15 13:3
surgery
  10:1 11:2
surgical
  9:20
system
  11:16

T

take
  6:15 13:11
taken
  5:3
talk
  4:6 5:24
  7:15 13:8
talked
  4:25 9:3
talking
  4:21
tell
  11:1
Thank
  13:11

CONFIDENTIAL                                        NBCU001875

Ben Osorio Call.m4a
September 16, 2020

| | | |
|---|---|---|
| **Thanks**<br>  2:7<br>**therapy**<br>  10:11<br>**things**<br>  10:17 13:7<br>**think**<br>  4:11 9:25<br>  10:18<br>**thought**<br>  12:20<br>**time**<br>  3:8,15<br>**timeline**<br>  5:9<br>**timings**<br>  7:15<br>**today**<br>  12:16,25<br>**told**<br>  5:5 9:20,21<br>**tomorrow**<br>  12:16<br>**tonight**<br>  2:19 12:21,<br>  24<br>**total**<br>  8:25 9:11,16<br>**touch**<br>  12:14 13:8<br>**treatment**<br>  10:11<br>**trying**<br>  6:16 10:15<br>  12:4<br>**two**<br>  5:16 10:22<br>  11:13,14<br><br>--- **U** ---<br><br>**Uh-huh**<br>  3:6 6:11<br>  8:21 10:5<br>**ultimately**<br>  11:21 | **understand**<br>  2:20 3:19<br>  7:24<br>**understanding**<br>  9:23<br>**undocumented**<br>  11:22<br>**United**<br>  3:17<br>**University**<br>  6:2<br><br>--- **V** ---<br><br>**video**<br>  3:23<br>**voice**<br>  3:20<br>**vulnerable**<br>  3:19<br><br>--- **W** ---<br><br>**wait**<br>  7:9<br>**want**<br>  3:9 5:1,23<br>  6:4,19,22,24<br>  7:7 12:14<br>  13:2,3<br>**wanted**<br>  4:20<br>**way**<br>  4:4 6:15<br>**weird**<br>  8:16<br>**went**<br>  8:16 10:1,12<br>**work**<br>  12:12<br>**working**<br>  3:20<br>**worried**<br>  4:5<br>**wrap**<br>  11:20 | **wrong**<br>  6:4<br>**wrote**<br>  6:9<br><br>--- **X** ---<br><br>**Xander**<br>  2:1,4,7,11,<br>  15,18,24<br>  3:6,12,18,22<br>  4:1,8,10,16,<br>  19 5:7,15,<br>  17,21,25<br>  6:7,11,14,21<br>  7:1,8,11,25<br>  8:4,7,11,14,<br>  21 9:1,12,19<br>  10:5,14,20<br>  11:4,10,15,<br>  23 12:3,10,<br>  19,22 13:6,<br>  11<br><br>--- **Y** ---<br><br>**y'all's**<br>  11:25<br>**yeah**<br>  2:10,18,24<br>  3:12,18<br>  4:11,19 5:13<br>  6:25 7:11<br>  8:9,13 12:3,<br>  18,22,23<br>  13:5<br>**years**<br>  11:13<br>**yesterday**<br>  4:22 | |