AM   AM
September 16, 2020



TRANSCRIPT OF AUDIO RECORDING RE:

Dr. Mahendra Amin, M.D. v. NBCUniversal Media, LLC

File Name:  9_16_2020__11_07_AM

Transcribed by:
ERIKA SEGUIRANT, RPR

CONFIDENTIAL

NBCU001765

AM AM
September 16, 2020

```
1                ANDREW FREE:  Okay.  So B███████ are you

2    there?  B██████

3                B:  Hello?  Yes, I'm here.

4                ANDREW FREE:  Hey.  Okay, cool.  So why

5    don't we just start with, if now is a good time, can

6    you just tell me what happened?

7                B:  Okay.  Do I tell you what happened

8    at the first time I had my -- my surgery or before I

9    had my surgery?  Because --

10               ANDREW FREE:  Yeah, if you could, just

11   contextualize it however you think makes sense.  Okay.

12   Better to have more information than less, if that's

13   okay.

14               B:  Okay.  So I go in.  I wanted to get

15   myself a pap smear test, so I go and get it done.  He

16   just tells me to get completely undressed, and I do.

17   So he tells me -- you know, he does the test and

18   whatnot.

19               And then I'm telling him that I was

20   having some pain on my right and -- well, see, it was

21   on my left side, I believe, of my abdomen.  Then,

22   right away, he pulls -- takes out this machine, like

23   an ultrasound.  I thought it was just going to be an

24   ultrasound on the outside to see what was causing

25   pain.
```

CONFIDENTIAL                                                   NBCU001766

1           But instead, he does like the ultrasound

2     where they put it inside of you, vaginal.  And I was

3     not expecting that.  He didn't even tell me he was

4     going to do that.  So it was just -- it happened so

5     fast.  So, you know, he -- he does that.

6           The ultrasound, he wasn't really telling

7     me much.  He was just (Inaudible) and just -- you

8     know, just -- you know, he was just like -- I guess he

9     was in shock.  And then I would tell him, Is

10    everything okay?  What's wrong?  And that's when he

11    didn't answer me right away.

12          And then he said that, Okay, so we found

13    you have tumors and ovarian cysts.  And I was like,

14    Okay.  So he said he was going to have to do like a

15    little -- little surgery, so they had to cut me on

16    (Inaudible) side of my abdomen, like a little mini

17    surgery.  It was a small incision they did on me, two

18    small incision -- no, three -- I'm sorry -- three

19    small incisions.

20          It was just like an hour procedure.  So

21    when they were done, I went (Inaudible).  But when --

22    before they did the third procedure, they put me to

23    sleep.  So I don't know what happened after that.  It

24    just happened so quickly.  All I know is that when

25    they did the surgery (Inaudible) laying flat down on

CONFIDENTIAL
NBCU001767

AM   AM
September 16, 2020

1    the bed, he didn't really tell me -- he didn't even

2    speak to me, to be honest.

3              He didn't say nothing.  Just the nurses

4    were trying to be kind to me.  But surgery was done.

5    Wake up, and I didn't know what was going on.

6    (Inaudible).  Right away, they tell me that I have to

7    walk to the bathroom.

8              Once I'm walking to the bathroom, I just

9    start bleeding all the way from the bathroom.  Nobody

10   did nothing.  They didn't care.  I was nauseous and in

11   a lot of pain.  Right away, they took me back for the

12   surgery.  That was the first -- that was the first

13   surgery they did on me.

14             I think it took me about a month for me

15   to feel -- for me to recuperate from the wounds and

16   stuff like that.  But right away, I noticed that I had

17   like bruises around like -- around my legs.  It was

18   hard for me to walk.  It was -- I don't know.  It was

19   just like it was my (Inaudible).  It took me a while

20   for me to -- to -- maybe I'd say like a few days to

21   like -- felt normal.

22             But, yeah.  And then the second surgery,

23   I had to come back for -- so they could check how my

24   wounds are and everything.  I believe it was a month

25   later they told me -- the doctor told me, Okay, so

CONFIDENTIAL                                                    NBCU001768

AM  AM
September 16, 2020

1   your results came back on the pap smear.  And that's

2   when he told me that I was on level five, I believe --

3   yeah, level five.  That means that it's really bad.

4   So they're going to have to do surgery, and I'm going

5   to have to stay in the hospital for a few days.

6           So I was like -- I was in shock when he

7   told me.  So they had to schedule an appointment for a

8   surgery.  It had to get approved by ICE.  ICE approved

9   it.  And then from there, I had the surgery done.

10  They put me to sleep again.

11          They were asking me if I wanted to

12  get -- what do you call that?  -- when they put in the

13  medication for your back and you're still awake

14  (Inaudible) put to sleep.  And they wanted to be

15  (Inaudible) but wanted to be awake through the whole

16  process.

17          So they put me to sleep instead, and the

18  surgery was done.  I was in the room, my own room.  I

19  had a male officer and a female officer at my bedside.

20  I was handcuffed to the bed.  The nurse and doctor

21  (Inaudible).  I wasn't going to go nowhere.  I was

22  just out of it.  So it was -- I had a horrible

23  experience.  It is -- I wouldn't wish this on nobody.

24          I mean, the (Inaudible) what I went

25  through.  Like I had -- I had, I believe, 22 staples.

CONFIDENTIAL                                        NBCU001769

AM   AM
September 16, 2020

```
1    I had to keep the staples in me for like two or three

2    weeks.  And that was really uncomfortable to even

3    walk, sit down, do anything, basically, sleep.  And I

4    had to sleep on the metal -- on the metal bed.  And

5    the mats were like really thin.  Even though I

6    requested for another mat, it was still the same

7    thing.  It was really uncomfortable.  It was horrible.

8            I wouldn't get my medication on time.

9    (Inaudible) put me in a small room, no TV, no nothing.

10   And on top of that, while I was in there, (Inaudible)

11   all my stuff got stolen -- because once they take

12   you -- take you in the middle of the night -- they

13   took me around 4:00 in the morning.

14           All my stuff that was in that room,

15   they -- the officers themselves, they packed up my

16   stuff.  I don't know.  They misplaced my stuff.  So

17   when came back from the hospital, all my stuff was

18   missing.  I didn't have nothing.

19           I told the warden.  They couldn't do

20   nothing about it, they said.  And it wasn't their

21   fault.  It was the officer 's fault.  But it's just

22   crazy because at that time I didn't have nobody to

23   help me with commissary.  My mom could barely help me

24   with commissary.  She had to take care of my five

25   children.
```

CONFIDENTIAL                                                    NBCU001770

AM  AM
September 16, 2020

```
 1              So, yes, it was -- it was a horrible
 2   experience.  I went through a lot, a lot of pain.
 3   Like I said, once I was in the hospital, I couldn't
 4   even get in contact with (Inaudible) my mother to let
 5   her know that I just had surgery.  They wouldn't --
 6   nothing, not even a phone call.
 7              I would say it took me like around like
 8   maybe three or four months for me to really cooperate
 9   (sic) from surgery, recover from surgery.  But my life
10   now is not the same.  I'm still suffering from some
11   pain.  Like my abdomen like is not -- something's not
12   right.  I feel something's not right.  My intercourse
13   is not the same as -- it's not the same.
14              So, yes, it is -- it really meant --
15   like gave me -- it meant -- I don't know how to say
16   it.  I'm sorry.  Just thinking about this is -- it
17   just brings back bad memories, just thinking about all
18   this.  Like I said, I don't wish this on nobody.
19              Especially being incarcerated, going
20   through surgery is the worst ever.  You don't have no
21   family members by your side.  You don't know what
22   happened to you.  I don't know what the doctor did to
23   me while I was -- I don't know.  Like I said, I
24   couldn't walk from my first surgery.  It was really
25   hard for me to start walking.
```

CONFIDENTIAL                                                    NBCU001771

                                    AM  AM
                            September 16, 2020

```
 1              Even on my second surgery, it was hard.
 2   It was hard for me to walk too.  In my second surgery,
 3   I also had bruises places I shouldn't have like on the
 4   side of my leg, on my back.  I couldn't understand if
 5   I only had surgery on my abdomen, why am I going to
 6   have surgery other parts of my -- I mean, bruises on
 7   the other parts of my body?
 8              I was really sore.  Like my whole body
 9   was sore.  Yeah, that's what I went through.  And when
10   I came -- when I home, I got relieved (Inaudible),
11   come home.  Two months later, I believe, I get a call
12   from Georgia from the cancer institute saying that I
13   still had cancer, and I was supposed to get -- that
14   I'm going to have to get chemo and radiation therapy.
15              So I was confused.  I told the nurse, I
16   thought that the doctors removed everything, and now
17   you're telling me this.  She's like, oh, no, you know,
18   we searched -- we looked through your medical papers,
19   and you've got cancer.
20              So when she told me that, it just -- it
21   just broke me down once again.  You know, I don't have
22   Medicaid.  I don't have nothing to pay the bills.  So
23   I don't want -- I don't approve -- qualify for
24   Medicaid anyway.  So what she did, she just told me to
25   call a gynecologist around my area.
```

CONFIDENTIAL                                    NBCU001772

September 16, 2020

1          I did.  I called and went to a place in

2    Charlotte, Charlotte, North Carolina.  And the lady,

3    she didn't really do much.  I thought she was going to

4    do like blood work and maybe another pap smear.  I

5    don't know.  All she did was do an exam.  That's it.

6          And -- for me to get a CAT scan -- I

7    think that's what it's called --  in the in the tube

8    to see if it had spread anywhere else.  So I did go

9    for that, to the appointment.  I got my results back.

10   Everything was negative.

11          But I still feel -- I don't feel the

12   same.  Like I haven't been back to a doctor since then

13   because I've just been so busy with my life, kids,

14   working.  But since the surgery, my life has not been

15   the same.  Yeah, I'm pretty much done.  I don't know

16   what else to say.

17          ANDREW FREE:  So first of all, I just

18   wanted to say thank you for sharing that.  It could

19   not have been easy.  The second part is, you said --

20   actually, could you say in your own words why you had

21   the second surgery or what you understood about why

22   the second surgery was necessary?

23          B:  He said -- the doctor told me that

24   the pap smear came back abnormal and that I had to

25   get -- that I had cancer.  I had cervical cancer.  So

CONFIDENTIAL                                          NBCU001773

AM  AM
September 16, 2020

1   that's when he told me that I had to get the

2   hysterectomy done.  I didn't know what a hysterectomy

3   was.

4           I mean, I'd heard of it before, but I

5   didn't know what it was exactly.  He somewhat

6   explained it me.  He just showed me a picture on the

7   wall.  He's like, oh, you're going to have to get all

8   of this removed.  I was like, oh, wow.  Okay.  So

9   that's what they did.  They removed everything.

10          ANDREW FREE:  Did you feel like you had

11  enough information to make an informed decision about

12  whether you wanted that to happen, or did you --

13          B:  No.

14          ANDREW FREE:  -- have questions that you

15  felt like were unresolved before you agreed?

16          B:  Yeah, I didn't get much information

17  about anything, even for my first surgery.

18          ANDREW FREE:  Is there any --

19          B:  I wish --

20          ANDREW FREE:  -- in the room when he was

21  giving this advice?

22          B:  No, there wasn't.  It was just me

23  and him.

24          ANDREW FREE:  Okay.  How did he make you

25  feel when you were in the room with him?

CONFIDENTIAL                                          NBCU001774

AM   AM
September 16, 2020

1          B:  To be honest with you, I was

2   uncomfortable, first off, because it's a male.  You

3   know, and I was just uncomfortable.  I would have

4   preferred it be a woman to do the exam on me.  I

5   didn't have a say in anything.  So I was not

6   comfortable at all.

7          ANDREW FREE:  And you said he made you

8   remove all of your clothes?

9          B:  Yes, uh-huh.

10          ANDREW FREE:  So you were --

11          B:  Except my -- except the top part,

12   except the bra, my sports bra.  (Inaudible)

13          ANDREW FREE:  Okay.  And so you were in

14   this room with him by yourself with just a bra?

15          B:  He put like a little paper

16   covering --

17          ANDREW FREE:  Okay.

18          B:  -- over me, over my stomach.  That's

19   about it.

20          ANDREW FREE:  Okay.  If you'd had the

21   time and you were allowed, what would you have wanted

22   to know, or who would you have wanted to talk to

23   before you had the surgeries?

24          B:  I wish I would have spoken -- I wish

25   I would have gotten myself checked with a female.  And

CONFIDENTIAL                                              NBCU001775

1    I would have felt more comfortable with that, you

2    know, more comfortable and asked more questions.  And

3    maybe they would have given me more information about

4    what was going on.

5             He was just -- from what I -- from what

6    I feel, he was just kind of do your job; just be

7    quick, and that's it.  Just get it over with.  He was

8    being rough.  He barely gave me information about

9    anything, yeah.

10            ANDREW FREE:  Were you in -- were you in

11   handcuffs while you were being taken to the doctor and

12   brought back from the doctor?

13            B:  Yes, I was.  I was being -- I was

14   handcuffed, and I was in shackles.

15            ANDREW FREE:  Okay.  What about when you

16   were seeing the physician?  Were you in handcuffs

17   then?

18            B:  No.  They removed the handcuffs for

19   the exam.

20            ANDREW FREE:  Okay.  And while you were

21   in the hospital, you said that a nurse asked the guard

22   to remove the handcuffs that connected your body to

23   the bed.  About how long into the process did the

24   nurse ask the guard to do that?  And was that the

25   first surgery, the second surgery, or both?

CONFIDENTIAL                                    NBCU001776

AM  AM
September 16, 2020

1        B:  That was -- that was -- that was the

2   second surgery.  Because the second one, I was already

3   in my own room.  And I was on the bed already.  I

4   was -- only one hand was handcuffed to the side of the

5   bed.

6            And the nurse -- I think -- I mean, I

7   don't remember much because I know I woke up.  And I

8   forgot for a second where I was, what going on.  So

9   maybe -- I'd say it probably took about half an hour

10  after the surgery that the nurse asked the officer if

11  they could handcuff -- un-handcuff me.

12           ANDREW FREE:  So you were -- after your

13  surgery, you were handcuffed, and then the nurse asked

14  for the handcuffs to be removed on the second surgery;

15  is that right?

16           B:  Yes, yes.

17           ANDREW FREE:  Okay.  Were you ankles

18  chained when you needed to go to the restroom, or were

19  you free to walk?

20           B:  I was free to walk because the

21  restroom was right there in my room.

22           ANDREW FREE:  Okay.  About how long were

23  you in the hospital after the second surgery?

24           B:  It was three days, I believe.

25           ANDREW FREE:  In the hospital?

CONFIDENTIAL                                                    NBCU001777

AM  AM
September 16, 2020

1          B:  I believe it was three days, two or

2     three days.  I'm not really -- I can't really recall,

3     but yeah, about two or three days.

4               ANDREW FREE:  Did you ever see the

5     doctor again after you had the second surgery?

6               B:  Yes.

7               ANDREW FREE:  When was that?

8               B:  Well, he was the doctor the first --

9     yeah, he was my doctor the first and the second

10    surgery.  After the second surgery, I had to come back

11    to see him, I'd say, about -- I think it was two or

12    three weeks after the surgery, I had to come back and

13    see him.

14              He took me back.  But once -- I still

15    had the staples on.  So it was really hard for me to

16    walk.  So I was still handcuffed, and I was still

17    shackled.  I still had the shackles on me while I was

18    taken to the doctor to go see him.

19              ANDREW FREE:  What do you recall about

20    that follow-up visit?

21              B:  Only because it was the same

22    process, undress, you know, take everything off except

23    the sports bra.  And same thing, covered me with the

24    small -- like a thin paper -- it's kind of like a

25    little towel.  Checked the incisions and whatnot.

CONFIDENTIAL                                            NBCU001778

AM  AM
September 16, 2020

1    They said it looked okay.

2              But he was still being rough.  Like, I

3    mean, you know, it hurt.  It hurt at that moment.  So

4    he was just checking, pressing on it hard, just being

5    rough with me.  And then he also examined me down

6    there with his hands.  So I didn't know if that was

7    normal for him to do that or what.  He didn't tell me

8    nothing.

9              ANDREW FREE:  Did he ask you first

10   before he --

11             B:  No, no.  No, he didn't.  He just --

12   he just went and did it.

13             ANDREW FREE:  So this was a digital

14   exam, like with his fingers?

15             B:  Yeah, uh-huh, yes.

16             ANDREW FREE:  Okay.  Do you remember

17   anything that he said?

18             B:  No.  He just -- the only thing he --

19   from what I -- from what I remember, he just told me

20   that the incisions looked okay, that I'm healing good,

21   and I should come back in -- I think he -- in a week

22   more, I believe it was, or in two more weeks.

23             I can't really recall -- he could remove

24   or the nurse -- I don't remember -- so they could

25   remove the staples.  But, yeah, he didn't really -- I

CONFIDENTIAL                                                    NBCU001779

AM  AM
September 16, 2020

1  mean . . .

2            ANDREW FREE:  And did you go back again

3  and have the staples removed?

4            B:  Yeah, I did.

5            ANDREW FREE:  Did you see him during

6  that visit?

7            B:  He just came to check on the

8  incisions real quick.  The same thing, the same

9  process, get undressed, the whole thing.  He just came

10 real quick, checked them out real quick.  But this

11 time, he told the nurse to remove the incision.  So a

12 nurse came in this time, and he left.

13           ANDREW FREE:  When you went on these

14 visits, were you by yourself, or did you go with other

15 women?

16           B:  One time, I only went with somebody

17 else.  But the first three times, I went by myself.

18           ANDREW FREE:  Did you talk to any other

19 women who were incarcerated with you about this

20 experience?

21           B:  I did with my -- with my -- with

22 my -- the person that I was sharing a room with at the

23 moment.  Yes, I did.  I mean, you know, we're in

24 there.  We're just -- you know, anytime (Inaudible)

25 and stuff like that.  And I had to talk to somebody

CONFIDENTIAL                                                    NBCU001780

AM   AM
September 16, 2020

1    about this.

2                   ANDREW FREE:  Did you ever speak to any

3    facility staff about it or file any complaints?

4                   B:  Actually, you know what's crazy?

5    Actually, yesterday when I was at work, one of the

6    officers that worked in there, he was just -- when she

7    saw what -- about the news about what's going on now,

8    she told me, she's like, Did you see the news?  I

9    haven't got a chance to see the news.

10                  So she did tell me that -- she sent me a

11   link about what was going on.  And I told her, wow,

12   that's crazy because that's exactly what happened to

13   me.  And she's like, Yes, I remember you had

14   surgeries, and you were in a lot of pain.  I was just

15   checking up on you to see if you were okay.

16                  So when I was in the facility, well, I

17   didn't really -- no, well, yeah, the complaint about

18   some of the officers, like the way they weren't really

19   giving my medication on time.  I was trying to get the

20   nurse to get my medication.

21                  They were just -- you know, they were

22   just -- they didn't want to hear none of that stuff.

23   I tried complaining, but I guess -- I don't know if it

24   really went through.  You could complain through a

25   paper, piece of paper.

CONFIDENTIAL                                                    NBCU001781

AM   AM
September 16, 2020

1           But some of them, from what I hear from

2  other inmates, they just throw the paper away.  And

3  that's called like a grievance.  We could write a

4  grievance on the officers or the nurses.

5           But a lot of -- a lot of them, once they

6  get the grievance, they throw them away.  So they

7  don't really -- the grievances don't get to the -- the

8  warden.  So they don't really know what's going on.

9           ANDREW FREE:  May I --

10          B:  Yeah.

11          ANDREW FREE:  -- who the guard was that

12  reached out to you yesterday?

13          B:  I'm sorry?

14          ANDREW FREE:  Can I ask who the guard --

15  you said yesterday -- did I hear you correctly that

16  you said a guard reached out to you yesterday; is that

17  right?

18          B:  Yes, she did.

19          ANDREW FREE:  Who --

20          B:  Yeah, she Facebook messaged.

21          ANDREW FREE:  Who is that guard?

22          B:  I'll give you her name.  One second.

23  Let me just -- I can't -- let me -- let me check her

24  name on my messenger real quick.  ███████████

25          ANDREW FREE:  You said it's ███████

CONFIDENTIAL                                                    NBCU001782

AM   AM
September 16, 2020

```
1    L-e-e?

2              B:  Yeah, that's what it says here.  I

3    can't remember her name while I was in there.

4              ANDREW FREE:  Okay.  What's her first

5    name, if you know?

6              B:  Well, it says here on Facebook

7    ████████  It's ████████████████

8              ANDREW FREE:  Is she married to ████████

9    ██  on Facebook?

10             B:  I don't know.  I'm not sure.

11             ANDREW FREE:  That's okay.  I'm just --

12   I'm finding the ████████████, and that's only one.

13   And it's ██████████████████████

14             B:  Yeah.

15             ANDREW FREE:  Okay.  Can you please take

16   a screenshot of the messages that ████████ sent you

17   and send them to me?

18             B:  Yeah, sure.

19             ANDREW FREE:  Okay.

20             B:  I'll definitely take a screenshot.

21             ANDREW FREE:  Okay.  And I would just

22   say, we might want to -- if it's okay, we might want

23   to ask her if she'll speak with us confidentially.

24   And I think that ask might come from you if you're

25   okay making it since you know her.
```

CONFIDENTIAL                                                              NBCU001783

AM  AM
September 16, 2020

1          B:  Yeah, that's fine.  She was

2    actually -- that's fine.  She was actually one of the

3    officers that was with me on my second surgery while I

4    was in the hospital.

5          ANDREW FREE:  So she knew what happened

6    when it was happening?

7          B:  She was -- like when I came out from

8    the second surgery, like I said, yeah, she was -- I

9    think she was there the second day.  Yeah, the second

10   day, she was there with me.

11         ANDREW FREE:  At the hospital?

12         B:  Yes, at the hospital, uh-huh.

13         ANDREW FREE:  Okay.

14         B:  She wasn't there the first day.  It

15   was -- I can't remember who it was the first day.  She

16   was there the second day.

17         ANDREW FREE:  Does she still work at the

18   facility, if you know?

19         B:  I don't know.  I haven't -- I

20   haven't even asked her.

21         ANDREW FREE:  How did you all make

22   friends on Facebook?

23         B:  I had, you know, created another

24   page.  And then I started finding some of the ladies

25   that -- the girls that were in there with me.  You

CONFIDENTIAL                                                    NBCU001784

1    know, they also got out, some of them.  And I just

2    requested them.  And then I seen that they were mutual

3    friends with a lot of the officers.

4                So -- and I saw her picture, her

5    profile.  And I just sent her a friend request because

6    I was like, oh, my God, that's the lady that was with

7    me in the -- you know, in the facility.  She was

8    really nice to me, always checking up on me.  The

9    officer I'm telling you about, the guard, yeah, she

10   was always checking up on me, making sure I was okay.

11               ANDREW FREE:  You said there's a -- you

12   said that there's a Facebook group with some of the

13   other folks who you were locked up with?

14               B:  It was just like mutual friends.

15   Like my friends, the ladies that came out, I guess

16   they found the other officers; and they sent them

17   friend requests.  And it was just like mutual friends.

18               And when I saw her name pop up on the

19   mutual friends, I just, you know, decided to send her

20   a friend request because she was --

21               ANDREW FREE:  Yeah.

22               B:  -- me, uh-huh.

23               ANDREW FREE:  And have you been in

24   contact with other women that you were in imprisoned

25   with about this since the story broke?  Or have the

CONFIDENTIAL

NBCU001785

1   people in that Facebook group talked about it?

2                    B:  No, I haven't, no.  Because I was --

3   from what I know, the ladies that I'd been in there

4   with, none of them went through -- went through what I

5   went through.  Like they had like little minor things

6   going on with them.  You know, it wasn't as serious as

7   mine.

8                    ANDREW FREE:  Did any of them go to see

9   that physician, if you know?

10                   B:  No, I don't think so.  No, they

11  didn't.  I actually -- one of my friends wanted to go

12  get herself checked.  But she just refused because she

13  heard a rumor about him before.

14                   I wasn't too sure.  So she just never --

15  she just told me she'd just wait until she gets out,

16  and then she'll get herself checked and stuff like

17  that.

18                   ANDREW FREE:  And is she out now?

19                   B:  Yes, she is.  She's out, uh-huh.

20                   ANDREW FREE:  Okay.  And you have

21  contact with these folks by Facebook; is that right?

22                   B:  Yes.

23                   ANDREW FREE:  All right.  And is it just

24  one guard, or is it more than one guard who you're in

25  touch with?

CONFIDENTIAL                                                       NBCU001786

1              B:   I'm in touch with a couple of them.

2     But it was just that -- well, the other guard that I'm

3     in contact with -- but it was just -- you know, she

4     was just saying, Hello, I'm glad you're out finally.

5     You know, because, you know, a lot of them see what we

6     go through in there.  You know --

7              ANDREW FREE:  So she was going through

8     it with you, yeah.

9              B:   Yeah, you know, they see us

10    depressed, and you know, they try to -- try to, you

11    know -- but, yeah, another lady, too, she got in touch

12    with me.  She was also -- oh, you know what the other

13    officer, she was also in there with me the second day.

14    I can't remember her name.

15             ANDREW FREE:  What was that officer's

16    name?

17             B:   Yes, there was another officer, too,

18    that I have her as a friend on Facebook.  She was in

19    the room, too, with the same lady that I just told you

20    about.  I'm trying to -- I'm trying to remember her

21    name.

22             I've just got to go through my messages

23    and find -- and find her.  But, yeah, she was also in

24    there, in the room -- in the room when I came out from

25    surgery.

CONFIDENTIAL                                                    NBCU001787

AM   AM
September 16, 2020

```
 1              ANDREW FREE:  Okay.  Could you take

 2   screenshots of all of these folks, contacts on

 3   Facebook.  And then I don't want to -- I want to think

 4   together before we do this.  But I think there may

 5   be --

 6              B:  Okay.

 7              ANDREW FREE:  I think there may be some

 8   good sense in maybe reaching out to those folks as

 9   part of the investigation, whether it's through us as

10   your lawyers or through congress and investigators

11   from -- from congress who called for an immediate

12   hearing and tried to do some investigating, or whether

13   it's through letting those folks that a whistleblower

14   lawyer could be available, you know, to help represent

15   them if they have information they need or that they

16   need to share.

17              So I think we need to talk -- Ben and I

18   probably need to talk among ourselves about that.

19   But --

20              B:  Okay.

21              ANDREW FREE:  -- that's a pretty

22   important piece of information that we didn't have

23   before this call in addition to all the other amazing

24   information and horrifying information that you

25   provided.  Can you -- can you just talk about how --
```

CONFIDENTIAL                                              NBCU001788

1  you said the medication frequently wasn't given in a

2  timely manner.  Can you talk about how long you were

3  waiting and what that felt like while you were waiting

4  to get meds that were supposed to give -- be given to

5  you after your surgeries?

6            B:  Okay.  I go back to the facility.

7  They don't take me to the dorm with everyone else.

8  Instead, they take me to medical.  Medical is like --

9  they just -- just throw you like in a little room,

10 like I said, with no TV, no nothing in it, just a

11 small little room, four walls.  The toilet is right

12 there.  There's not even a shower in there.

13           And you're just in there.  So while I

14 was in there -- they brought me in in a wheelchair

15 because I was -- you know, obviously I couldn't walk.

16 So I think it was three or four hours went by, and

17 then the pain started coming back.  And I -- it was in

18 the middle of the night, actually.  I remember this

19 very clear.  It was the middle of the night.  And over

20 there, we have tablets.

21           So the only thing I kept a tablet in my

22 room, just to check up on the time because I have to

23 take my medication, you know.  So I believe it was

24 like 2:00 or 3:00 in the morning, I wake up with this

25 sharp pain.  It was really hard to sleep in there

CONFIDENTIAL                                        NBCU001789

AM   AM
September 16, 2020

```
 1   anyways.  I tell one of the officers -- it wasn't a
 2   nurse.  It was an officer.  And I tell her, you know,
 3   I could barely walk.
 4              It took me like -- maybe ten minutes
 5   just to get up from -- from my bed to the door.  And
 6   the door was not even a feet (sic) away from my bed.
 7   And I'm knocking, banging at the door.  And the lady
 8   just walks by and sees me.  And then I keep banging at
 9   the door, ringing the bell.
10              She comes back, and she's like really
11   mad.  And she's like, What do you want?  And I told
12   her, I need my medication.  Can you please get the
13   nurse?  It's time for my medication.  She's like, How
14   do you know?  I told her, I have the time right here.
15   I'm checking up on the time.  It's my time.  The three
16   or four hours went by already.
17              And she was just giving me attitude.
18   She didn't want to get the nurse for me.  And I'm -- I
19   think a half hour went by, and I'm just standing at
20   the door, crying and screaming, bang ing at the door.
21   And I'm telling her, Please get the nurse.  I need my
22   medication now.  I could barely stand up.
23              I'm like literally like on my knees,
24   just banging at the door like crying.  They didn't
25   care.  And then finally, the nurse came a half hour
```

CONFIDENTIAL                                          NBCU001790

```
 1    later, you know, gave me my medication.  And it helped

 2    a little bit.  I went back to sleep.  Yeah, so it

 3    was -- yeah.

 4                ANDREW FREE:  Did you ever try to call

 5    the -- any of the OIG or detention hotlines?

 6    Sometimes there's a phone in the facility that has a

 7    bunch of numbers that you can dial and make a report

 8    anonymously?

 9                Sometimes those phones don't work, but

10    I'm just wondering if you ever tried to make a phone

11    call and report what was happening to you?

12                B:  No, I never -- no, I haven't.

13                ANDREW FREE:  Okay.  Can you remember

14    approximately what date you got out of detention, more

15    or less?

16                B:  What date?

17                ANDREW FREE:  Yes.

18                B:  I know it was ████████████      but I

19    can't -- I believe -- I'm not too sure.  It was

20    probably ██████████████████   I can't really

21    recall, but I know it was close to ████████████

22    ████████████████

23                ANDREW FREE:  Okay.  And how long

24    approximately had you actually been in custody?

25                B:  In -- in Georgia or altogether?
```

CONFIDENTIAL

NBCU001791

AM   AM
September 16, 2020

1           ANDREW FREE:  In Georgia.

2           B:  In Georgia, I was there, I'd say,

3   for like nine, ten months.

4           ANDREW FREE:  Okay.  And how long were

5   you in custody altogether?

6           B:  Altogether, I did 14 months in

7   Fayetteville, North Carolina.  And then from there, I

8   got transferred to Georgia.

9           ANDREW FREE:  Were you having any

10  issues, any gynecologic issues or women's health

11  issues while you were previously imprisoned?

12          B:  I am, actually.  I can say that I'm

13  just like -- I don't feel the same since my surgery.

14  I've been having some pain the past few months,

15  actually (Inaudible).

16          ANDREW FREE:  Okay.  What about before

17  you got to Irwin?

18          B:  Before I went to Irwin, yeah, I was

19  having a little bit of pain.  But I didn't really

20  (Inaudible).  I was in Fayetteville.  I was there for

21  14 months.  So when you're in Fayetteville in that

22  medical -- it was really hard to see a nurse.  And

23  then from there, you have to -- once you get seen from

24  a nurse, you had to stay (interruption).  And they

25  didn't give no -- they didn't (Inaudible)

CONFIDENTIAL                                         NBCU001792

1   gynecologist.

2            ANDREW FREE:  Okay.  If you had to say

3   anything, if you had the opportunity to say anything

4   to members of congress, what -- do you know what it

5   would be, or do you have something that you hope that

6   people who work in congress would know about this case

7   and your experience?

8            B:  What I would say, well, I just wish

9   that there would be more -- there would be more care,

10   more attention to the inmates in there.  But I

11   wouldn't wish this on nobody.  Like I don't really

12   know much -- I can't really -- I'm just -- this is

13   like difficult subject for me to bring up, you know.

14            ANDREW FREE:  Of course.

15            B:  So . . .

16            ANDREW FREE:  What about women --

17            (Multiple Speakers)

18            ANDREW FREE:  Yeah, I was going to say

19   what about women who are currently locked inside

20   Irwin?  What would be your message to them?

21            B:  Just to -- to have lots of faith and

22   just stay strong because it's really hard, especially

23   from what I hear now, what's going on with the whole

24   COVID.  I hear that it's tougher in there now.  But

25   have lots of faith and . . .

CONFIDENTIAL                                            NBCU001793

 1          ANDREW FREE:  And finally, if you could

 2    say anything to the -- the guards and the people who

 3    work for ICE and the government who -- who may have

 4    information, what would you want them to know?

 5          B:  You know, like if they had

 6    information about what's going on but didn't speak up

 7    about what's going on over there, what happens in

 8    there -- a lot of officers knew what was going on, but

 9    they just didn't say nothing, didn't speak up.

10          ANDREW FREE:  Okay.  Anything that I

11    missed that I should have asked?

12          B:  No.  That's everything that I --

13    yeah, that's everything, pretty much everything.

14          ANDREW FREE:  What's the thing that you

15    wish people knew about your experience that we haven't

16    talked about yet, something that really would make it

17    make sense to people if they just knew this thing?

18          B:  I'm sorry.  Can you repeat the

19    question again?

20          ANDREW FREE:  Yeah, what's -- is there

21    anything that you think people should know about your

22    experience in ICE detention to help them make sense of

23    it, anything we haven't talked about yet that you

24    think might help them understand what it was like to

25    be in your shoes while you were there?

CONFIDENTIAL                                     NBCU001794

AM  AM
September 16, 2020

1          B:  Yeah.  Okay.  While I was in there,

2    there was like a lot of ladies that didn't speak

3    English, didn't understand English.  So at the clinic,

4    the doctor only speaks English, and the nurse staff

5    are all English.

6          They should really get us an interpreter

7    or somebody so they it could give the ladies more

8    information.  But even though with me, like, okay, I

9    understand both languages.  I was still not given

10   enough information.  They should try to give

11   information as much as they can to the inmates.

12          While I was in there, I just remember

13   that one time I did go with this one lady.  The

14   gynecologist (Inaudible).  She didn't speak English at

15   all, not even one word.  And she was nervous.  She was

16   scared.  She was (Inaudible) first time.

17          And she asked me if I could ask the

18   officer or the nurse if it's okay if I could stay in

19   the room with her so that she could understand what's

20   going -- what they were going to do to her, or you

21   know, just to help her translate.

22          I asked the officer, and they were like,

23   no, it's not permitted.  And they wouldn't -- they

24   wouldn't let me help translate.

25          ANDREW FREE:  So to the best of your

CONFIDENTIAL                                                      NBCU001795

AM  AM
September 16, 2020

1    knowledge, were the people who went to see this doctor

2    provided with interpreters if someone like you wasn't

3    there?

4              B:  No, nobody, nothing.  Like -- like I

5    said, I just -- you know, I'm just -- I'm just really

6    lucky that I even know both languages because it

7    probably would have been even worse if I didn't know

8    English.  I wouldn't even know (Inaudible).

9              There was a lot of ladies -- of the

10   ladies that I -- you know, from what I heard, went to

11   see him.  But I just (Inaudible) like that before.

12   But they did say that they don't understand English,

13   they don't know what the doctor was telling them or

14   doing to them.

15             They should just have -- they really

16   should have at least -- I don't know -- an interpreter

17   in there because, you know, it's an immigration

18   center.  A lot of ladies don't speak English or

19   understand English.

20             ANDREW FREE:  And you're in touch with

21   some of these folks now?

22             B:  Yes, I am.  But those ladies that I

23   talk to now, they never went -- they'd never gotten

24   checked by him.  There's other ladies that --

25             ANDREW FREE:  So --

CONFIDENTIAL                                      NBCU001796

AM   AM
September 16, 2020

1             B:  They're probably still in there.  I

2     don't know.

3             ANDREW FREE:  Okay.  What else should we

4     know?

5             B:  That's everything.  Yeah, that's

6     pretty much everything.

7             ANDREW FREE:  Okay.  Thank you.  Thank

8     you.

9             B:  You're welcome.

10             ANDREW FREE:  So I'm going to stop

11     recording.  It's about 11:51 on September 16.

12             (End of recording.)

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL                                                    NBCU001797

AM   AM
September 16, 2020

1                    C E R T I F I C A T E

2

3

4              I, ERIKA SEGUIRANT, Registered

5    Professional Reporter/Transcriptionist, do hereby

6    certify that I was authorized to transcribe the

7    foregoing recorded proceeding, and that the transcript

8    is a true and accurate transcription of my shorthand

9    notes, to the best of my ability, taken while

10   listening to the provided recording.

11             I further certify that I am not of

12   counsel or attorney for either or any of the parties

13   to said proceedings, nor in any way interested in the

14   events of this cause, and that I am not related to any

15   of the parties thereto.

16

17   Dated this 26th day of January, 2023.

18

19                       *Erika Seguirant*

20   _____

                     ERIKA SEGUIRANT, RPR

21

22

23

24

25

CONFIDENTIAL                                              NBCU001798

AM   AM
September 16, 2020

**1**

**11:51**
  33:11
**14**
  28:6,21
**16**
  33:11

**2**

**2019**
  27:18,22
**21**
  27:20
**22**
  5:25 27:20
**24**
  27:20
**2:00**
  25:24

**3**

**3:00**
  25:24

**4**

**4:00**
  6:13

**A**

**abdomen**
  2:21 3:16
  7:11 8:5
**abnormal**
  9:24
**addition**
  24:23
**advice**
  10:21
**agreed**
  10:15

**allowed**
  11:21
**altogether**
  27:25 28:5,6
**amazing**
  24:23
**ANDREW**
  2:1,4,10
  9:17 10:10,
  14,18,20,24
  11:7,10,13,
  17,20 12:10,
  15,20 13:12,
  17,22,25
  14:4,7,19
  15:9,13,16
  16:2,5,13,18
  17:2 18:9,
  11,14,19,21,
  25 19:4,8,
  11,15,19,21
  20:5,11,13,
  17,21 21:11,
  21,23 22:8,
  18,20,23
  23:7,15
  24:1,7,21
  27:4,13,17,
  23 28:1,4,9,
  16 29:2,14,
  16,18 30:1,
  10,14,20
  31:25 32:20,
  25 33:3,7,10
**ankles**
  13:17
**anonymously**
  27:8
**answer**
  3:11
**anytime**
  16:24
**appointment**
  5:7 9:9
**approve**
  8:23
**approved**
  5:8

**approximately**
  27:14,24
**area**
  8:25
**around**
  4:17 6:13
  7:7 8:25
**asked**
  12:2,21
  13:10,13
  20:20 30:11
  31:17,22
**asking**
  5:11
**attention**
  29:10
**attitude**
  26:17
**available**
  24:14
**awake**
  5:13,15

**B**

**back**
  4:11,23 5:1,
  13 6:17 7:17
  8:4 9:9,12,
  24 12:12
  14:10,12,14
  15:21 16:2
  25:6,17
  26:10 27:2
**bad**
  5:3 7:17
**bang**
  26:20
**banging**
  26:7,8,24
**B█████**
  2:1,2
**barely**
  6:23 12:8
  26:3,22
**basically**
  6:3

**bathroom**
  4:7,8,9
**bed**
  4:1 5:20 6:4
  12:23 13:3,5
  26:5,6
**bedside**
  5:19
**believe**
  2:21 4:24
  5:2,25 8:11
  13:24 14:1
  15:22 25:23
  27:19
**bell**
  26:9
**Ben**
  24:17
**best**
  31:25
**Better**
  2:12
**bills**
  8:22
**bit**
  27:2 28:19
**bleeding**
  4:9
**blood**
  9:4
**body**
  8:7,8 12:22
**bra**
  11:12,14
  14:23
**bring**
  29:13
**brings**
  7:17
**broke**
  8:21 21:25
**brought**
  12:12 25:14
**bruises**
  4:17 8:3,6
**bunch**
  27:7

CONFIDENTIAL

NBCU001799

AM   AM
September 16, 2020

busy
  9:13

---

### C

call
  5:12 7:6
  8:11,25
  24:23 27:4,
  11
called
  9:1,7 18:3
  24:11
cancer
  8:12,13,19
  9:25
care
  4:10 6:24
  26:25 29:9
Carolina
  9:2 28:7
case
  29:6
CAT
  9:6
causing
  2:24
center
  32:18
cervical
  9:25
chained
  13:18
chance
  17:9
Charlotte
  9:2
check
  4:23 16:7
  18:23 25:22
checked
  11:25 14:25
  16:10 22:12,
  16 32:24
checking
  15:4 17:15
  21:8,10

26:15
chemo
  8:14
children
  6:25
clear
  25:19
clinic
  31:3
close
  27:21
clothes
  11:8
come
  4:23 8:11
  14:10,12
  15:21 19:24
comes
  26:10
comfortable
  11:6 12:1,2
commissary
  6:23,24
complain
  17:24
complaining
  17:23
complaint
  17:17
complaints
  17:3
completely
  2:16
confidentiall
y
  19:23
confused
  8:15
congress
  24:10,11
  29:4,6
connected
  12:22
contact
  7:4 21:24
  22:21 23:3

contacts
  24:2
contextualize
  2:11
cool
  2:4
cooperate
  7:8
correctly
  18:15
couple
  23:1
course
  29:14
covered
  14:23
covering
  11:16
COVID
  29:24
crazy
  6:22 17:4,12
created
  20:23
crying
  26:20,24
custody
  27:24 28:5
cut
  3:15
cysts
  3:13

---

### D

date
  27:14,16
day
  20:9,10,14,
  15,16 23:13
days
  4:20 5:5
  13:24 14:1,
  2,3
decided
  21:19

decision
  10:11
definitely
  19:20
depressed
  23:10
detention
  27:5,14
  30:22
dial
  27:7
difficult
  29:13
digital
  15:13
doctor
  4:25 5:20
  7:22 9:12,23
  12:11,12
  14:5,8,9,18
  31:4 32:1,13
doctors
  8:16
doing
  32:14
door
  26:5,6,7,9,
  20,24
dorm
  25:7

---

### E

easy
  9:19
end
  33:12
English
  31:3,4,5,14
  32:8,12,18,
  19
everyone
  25:7
exactly
  10:5 17:12
exam
  9:5 11:4

CONFIDENTIAL                                                NBCU001800

AM   AM
September 16, 2020

12:19 15:14
**examined**
  15:5
**expecting**
  3:3
**experience**
  5:23 7:2
  16:20 29:7
  30:15,22
**explained**
  10:6

— F —

**Facebook**
  18:20 19:6,9
  20:22 21:12
  22:1,21
  23:18 24:3
**facility**
  17:3,16
  20:18 21:7
  25:6 27:6
**faith**
  29:21,25
**family**
  7:21
**fast**
  3:5
**fault**
  6:21
**Fayetteville**
  28:7,20,21
**feel**
  4:15 7:12
  9:11 10:10,
  25 12:6
  28:13
**feet**
  26:6
**felt**
  4:21 10:15
  12:1 25:3
**female**
  5:19 11:25
**file**
  17:3

**finally**
  23:4 26:25
  30:1
**find**
  23:23
**finding**
  19:12 20:24
**fine**
  20:1,2
**fingers**
  15:14
**first**
  2:8 4:12
  7:24 9:17
  10:17 11:2
  12:25 14:8,9
  15:9 16:17
  19:4 20:14,
  15 31:16
**five**
  5:2,3 6:24
**flat**
  3:25
**folks**
  21:13 22:21
  24:2,8,13
  32:21
**follow-up**
  14:20
**forgot**
  13:8
**found**
  3:12 21:16
**four**
  7:8 25:11,16
  26:16
**free**
  2:1,4,10
  9:17 10:10,
  14,18,20,24
  11:7,10,13,
  17,20 12:10,
  15,20 13:12,
  17,19,20,22,
  25 14:4,7,19
  15:9,13,16
  16:2,5,13,18

17:2 18:9,
  11,14,19,21,
  25 19:4,8,
  11,15,19,21
  20:5,11,13,
  17,21 21:11,
  21,23 22:8,
  18,20,23
  23:7,15
  24:1,7,21
  27:4,13,17,
  23 28:1,4,9,
  16 29:2,14,
  16,18 30:1,
  10,14,20
  31:25 32:20,
  25 33:3,7,10
**frequently**
  25:1
**friend**
  21:5,17,20
  23:18
**friends**
  20:22 21:3,
  14,15,17,19
  22:11

— G —

**gave**
  7:15 12:8
  27:1
**Georgia**
  8:12 27:25
  28:1,2,8
**get all**
  10:7
**girls**
  20:25
**give**
  18:22 25:4
  28:25 31:7,
  10
**given**
  12:3 25:1,4
  31:9

**giving**
  10:21 17:19
  26:17
**glad**
  23:4
**God**
  21:6
**going**
  2:23 3:4,14
  4:5 5:4,21
  7:19 8:5,14
  9:3 10:7
  12:4 13:8
  17:7,11 18:8
  22:6 23:7
  29:18,23
  30:6,7,8
  31:20 33:10
**good**
  2:5 15:20
  24:8
**government**
  30:3
**grievance**
  18:3,4,6
**grievances**
  18:7
**group**
  21:12 22:1
**guard**
  12:21,24
  18:11,14,16,
  21 21:9
  22:24 23:2
**guards**
  30:2
**guess**
  3:8 17:23
  21:15
**gynecologic**
  28:10
**gynecologist**
  8:25 29:1
  31:14

CONFIDENTIAL                                    NBCU001801

AM   AM
September 16, 2020

## H

half
13:9 26:19,
25
hand
13:4
handcuff
13:11
handcuffed
5:20 12:14
13:4,13
14:16
handcuffs
12:11,16,18,
22 13:14
hands
15:6
happen
10:12
happened
2:6,7 3:4,
23,24 7:22
17:12 20:5
happening
20:6 27:11
hard
4:18 7:25
8:1,2 14:15
15:4 25:25
28:22 29:22
healing
15:20
health
28:10
hear
17:22 18:1,
15 29:23,24
heard
10:4 22:13
32:10
hearing
24:12
Hello
2:3 23:4

help
6:23 24:14
30:22,24
31:21,24
helped
27:1
Hey
2:4
home
8:10,11
honest
4:2 11:1
hope
29:5
horrible
5:22 6:7 7:1
horrifying
24:24
hospital
5:5 6:17 7:3
12:21 13:23,
25 20:4,11,
12
hotlines
27:5
hour
3:20 13:9
26:19,25
hours
25:16 26:16
hurt
15:3
hysterectomy
10:2

## I

ICE
5:8 30:3,22
immediate
24:11
immigration
32:17
important
24:22
imprisoned

21:24 28:11
Inaudible
3:7,16,21,25
4:6,19 5:14,
15,21,24
6:9,10 7:4
8:10 11:12
16:24 28:15,
20,25 31:14,
16 32:8,11
incarcerated
7:19 16:19
incision
3:17,18
16:11
incisions
3:19 14:25
15:20 16:8
information
2:12 10:11,
16 12:3,8
24:15,22,24
30:4,6 31:8,
10,11
informed
10:11
ing
26:20
inmates
18:2 29:10
31:11
inside
3:2 29:19
institute
8:12
intercourse
7:12
interpreter
31:6 32:16
interpreters
32:2
interruption
28:24
investigating
24:12
investigation
24:9

investigators
24:10
Irwin
28:17,18
29:20
issues
28:10,11

## J

job
12:6

## K

keep
6:1 26:8
kept
25:21
kids
9:13
kind
4:4 12:6
14:24
knees
26:23
knew
20:5 30:8,
15,17
knocking
26:7
know
2:17 3:5,8,
23,24 4:5,18
6:16 7:5,15,
21,22,23
8:17,21 9:5,
15 10:2,5
11:3,22 12:2
13:7 14:22
15:3,6
16:23,24

CONFIDENTIAL                                                   NBCU001802

17:4,21,23
18:8 19:5,
10,25 20:18,
19,23 21:1,
7,19 22:3,6,
9 23:3,5,6,
9,10,11,12
24:14 25:15,
23 26:2,14
27:1,18,21
29:4,6,12,13
30:4,5,21
31:21 32:5,
6,7,8,10,13,
16,17 33:2,4
**knowledge**
32:1

**L**

█████████

**ladies**
20:24 21:15
22:3 31:2,7
32:9,10,18,
22,24
**lady**
9:2 21:6
23:11,19
26:7 31:13
**languages**
31:9 32:6
**lawyer**
24:14
**lawyers**
24:10
**laying**
3:25
**Lee**
18:24,25
19:9
**Lees**
19:12
**left**
2:21 16:12

**leg**
8:4
**legs**
4:17
**letting**
24:13
**level**
5:2,3
**life**
7:9 9:13,14
**link**
17:11
**literally**
26:23
**little**
3:15,16
11:15 14:25
22:5 25:9,11
27:2 28:19
**locked**
21:13 29:19
**long**
12:23 13:22
25:2 27:23
28:4
**looked**
8:18 15:1,20
**lot**
4:11 7:2
17:14 18:5
21:3 23:5
30:8 31:2
32:9,18
**lots**
29:21,25
**lucky**
32:6

**M**

**machine**
2:22
**mad**
26:11
**made**
11:7

**make**
10:11,24
20:21 27:7,
10 30:16,17,
22
**makes**
2:11
**making**
19:25 21:10
**male**
5:19 11:2
**manner**
25:2
**married**
19:8
**mat**
6:6
**mats**
6:5
**mean**
5:24 8:6
10:4 13:6
15:3 16:1,23
**means**
5:3
**meant**
7:14,15
**Medicaid**
8:22,24
**medical**
8:18 25:8
28:22
**medication**
5:13 6:8
17:19,20
25:1,23
26:12,13,22
27:1
**meds**
25:4
**members**
7:21 29:4
**memories**
7:17
**message**
29:20

**messaged**
18:20
**messages**
19:16 23:22
**messenger**
18:24
**metal**
6:4
**middle**
6:12 25:18,
19
**mine**
22:7
**mini**
3:16
**minor**
22:5
**minutes**
26:4
**misplaced**
6:16
**missed**
30:11
**missing**
6:18
**mom**
6:23
**moment**
15:3 16:23
**month**
4:14,24
**months**
7:8 8:11
28:3,6,14,21
**morning**
6:13 25:24
**mother**
7:4
**multiple**
29:17
**mutual**
21:2,14,17,
19

CONFIDENTIAL

NBCU001803

AM   AM
September 16, 2020

**N**

name
  18:22,24
  19:3,5 21:18
  23:14,16,21
nauseous
  4:10
necessary
  9:22
need
  24:15,16,17,
  18 26:12,21
needed
  13:18
negative
  9:10
nervous
  31:15
never
  22:14 27:12
  32:23
news
  17:7,8,9
nice
  21:8
night
  6:12 25:18,
  19
nine
  28:3
normal
  4:21 15:7
North
  9:2 28:7
noticed
  4:16
  ▮▮▮▮▮▮
numbers
  27:7
nurse
  5:20 8:15
  12:21,24
  13:6,10,13
  15:24 16:11,

12 17:20
26:2,13,18,
21,25 28:22,
24 31:4,18
nurses
  4:3 18:4

**O**

obviously
  25:15
officer
  5:19 6:21
  13:10 21:9
  23:13,17
  26:2 31:18,
  22
officer's
  23:15
officers
  6:15 17:6,18
  18:4 20:3
  21:3,16 26:1
  30:8
OIG
  27:5
okay
  2:1,4,7,11,
  13,14 3:10,
  12,14 4:25
  10:8,24
  11:13,17,20
  12:15,20
  13:17,22
  15:1,16,20
  17:15 19:4,
  11,15,19,21,
  22,25 20:13
  21:10 22:20
  24:1,6,20
  25:6 27:13,
  23 28:4,16
  29:2 30:10
  31:1,8,18
  33:3,7
once
  4:8 6:11 7:3

8:21 14:14
18:5 28:23
one
  13:2,4 16:16
  17:5 18:22
  19:12 20:2
  22:11,24
  26:1 31:13,
  15
opportunity
  29:3
outside
  2:24
ovarian
  3:13

**P**

packed
  6:15
page
  20:24
pain
  2:20,25 4:11
  7:2,11 17:14
  25:17,25
  28:14,19
pap
  2:15 5:1
  9:4,24
paper
  11:15 14:24
  17:25 18:2
papers
  8:18
part
  9:19 11:11
  24:9
parts
  8:6,7
past
  28:14
pay
  8:22
people
  22:1 29:6
  30:2,15,17,

21 32:1
permitted
  31:23
person
  16:22
phone
  7:6 27:6,10
phones
  27:9
physician
  12:16 22:9
picture
  10:6 21:4
piece
  17:25 24:22
place
  9:1
places
  8:3
please
  19:15 26:12,
  21
pop
  21:18
preferred
  11:4
pressing
  15:4
pretty
  9:15 24:21
  30:13 33:6
previously
  28:11
probably
  13:9 24:18
  27:20 32:7
  33:1
procedure
  3:20,22
process
  5:16 12:23
  14:22 16:9
profile
  21:5
provided
  24:25 32:2

CONFIDENTIAL                                                    NBCU001804

**pulls**
2:22
**put**
3:2,22 5:10,
12,14,17 6:9
11:15

**Q**

**qualify**
8:23
**question**
30:19
**questions**
10:14 12:2
**quick**
12:7 16:8,10
18:24
**quickly**
3:24

**R**

**radiation**
8:14
**reached**
18:12,16
**reaching**
24:8
**real**
16:8,10
18:24
**recall**
14:2,19
15:23 27:21
**recording**
33:11,12
**recover**
7:9
**recuperate**
4:15
**refused**
22:12
**relieved**
8:10

**remember**
13:7 15:16,
19,24 17:13
19:3 20:15
23:14,20
25:18 27:13
31:12
**remove**
11:8 12:22
15:23,25
16:11
**removed**
8:16 10:8,9
12:18 13:14
16:3
**repeat**
30:18
**report**
27:7,11
**represent**
24:14
**request**
21:5,20
**requested**
6:6 21:2
**requests**
21:17
**restroom**
13:18,21
**results**
5:1 9:9
**right**
2:20,22 3:11
4:6,11,16
7:12 13:15,
21 18:17
22:21,23
25:11 26:14
**ringing**
26:9

**room**
5:18 6:9,14
10:20,25
11:14 13:3,
21 16:22

23:19,24
25:9,11,22
31:19
**rough**
12:8 15:2,5
**rumor**
22:13

**S**

**saying**
8:12 23:4
**says**
19:2,6
**scan**
9:6
**scared**
31:16
**schedule**
5:7
**screaming**
26:20
**screenshot**
19:16,20
**screenshots**
24:2
**searched**
8:18
**second**
4:22 8:1,2
9:19,21,22
12:25 13:2,
8,14,23
14:5,9,10
18:22 20:3,
8,9,16 23:13
**see**
2:20,24 9:8
14:4,11,13,
18 16:5
17:8,9,15
22:8 23:5,9
28:22 32:1,
11
**seeing**
12:16

**sees**
26:8
**send**
19:17 21:19
**sense**
2:11 24:8
30:17,22
**September**
33:11
**serious**
22:6
**shackled**
14:17
**shackles**
12:14 14:17
**share**
24:16
**sharing**
9:18 16:22
**sharp**
25:25
**she'd**
22:15
**she'll**
19:23 22:16
**shock**
3:9 5:6
**shoes**
30:25
**showed**
10:6
**shower**
25:12
**sic**
7:9 26:6
**side**
2:21 3:16
7:21 8:4
13:4
**sit**
6:3
**sleep**
3:23 5:10,
14,17 6:3,4
25:25 27:2
**small**
3:17,18,19

CONFIDENTIAL
NBCU001805

6:9 14:24
25:11
**smear**
2:15 5:1
9:4,24
**something's**
7:11,12
**sore**
8:8,9
**speak**
4:2 17:2
19:23 30:6,9
31:2,14
32:18
**Speakers**
29:17
**speaks**
31:4
**spoken**
11:24
**sports**
11:12 14:23
**spread**
9:8
**staff**
17:3 31:4
**stand**
26:22
**standing**
26:19
**staples**
5:25 6:1
14:15 15:25
16:3
**start**
2:5 4:9 7:25
**started**
20:24 25:17
**stay**
5:5 28:24
29:22 31:18
**stolen**
6:11
**stomach**
11:18
**stop**
33:10

**story**
21:25
**strong**
29:22
**stuff**
4:16 6:11,
14,16,17
16:25 17:22
22:16
**subject**
29:13
**suffering**
7:10
**supposed**
8:13 25:4
**sure**
19:10,18
21:10 22:14
27:19
**surgeries**
11:23 17:14
25:5
**surgery**
2:8,9 3:15,
17,25 4:4,
12,13,22
5:4,8,9,18
7:5,9,20,24
8:1,2,5,6
9:14,21,22
10:17 12:25
13:2,10,13,
14,23 14:5,
10,12 20:3,8
23:25 28:13

---

**T**

**tablet**
25:21
**tablets**
25:20
**take**
6:11,12,24
14:22 19:15,
20 24:1
25:7,8,23

**taken**
12:11 14:18
**takes**
2:22
**talk**
11:22 16:18,
25 24:17,18,
25 25:2
32:23
**talked**
22:1 30:16,
23
**tell**
2:6,7 3:3,9
4:1,6 15:7
17:10 26:1,2
**telling**
2:19 3:6
8:17 21:9
26:21 32:13
**tells**
2:16,17
**ten**
26:4 28:3
**test**
2:15,17
**thank**
9:18 33:7
█████████
**therapy**
8:14
**thin**
6:5 14:24
**thing**
6:7 14:23
15:18 16:8,9
25:21 30:14,
17
**things**
22:5
**think**
2:11 4:14
9:7 13:6
14:11 15:21
19:24 20:9
22:10 24:3,

4,7,17 25:16
26:19 30:21,
24
**thinking**
7:16,17
**third**
3:22
**thought**
2:23 8:16
9:3
**three**
3:18 6:1 7:8
13:24 14:1,
2,3,12 16:17
25:16 26:15
**throw**
18:2,6 25:9
**time**
2:5,8 6:8,22
11:21 16:11,
12,16 17:19
25:22 26:13,
14,15 31:13,
16
**timely**
25:2
**times**
16:17
**toilet**
25:11
**told**
4:25 5:2,7
6:19 8:15,
20,24 9:23
10:1 15:19
16:11 17:8,
11 22:15
23:19 26:11,
14
**top**
6:10 11:11
**touch**
22:25 23:1,
11 32:20
**tougher**
29:24

CONFIDENTIAL                                                          NBCU001806

AM   AM
September 16, 2020

**towel**
  14:25
**transferred**
  28:8
**translate**
  31:21,24
**try**
  23:10 27:4
  31:10
**trying**
  4:4 17:19
  23:20
**tube**
  9:7
**tumors**
  3:13
**TV**
  6:9 25:10
**two**
  3:17 6:1
  8:11 14:1,3,
  11 15:22

**U**

**uh-huh**
  11:9 15:15
  20:12 21:22
  22:19
**ultrasound**
  2:23,24 3:1,
  6
**un-handcuff**
  13:11
**uncomfortable**
  6:2,7 11:2,3
**understand**
  8:4 30:24
  31:3,9,19
  32:12,19
**understood**
  9:21
**undress**
  14:22
**undressed**
  2:16 16:9

**unresolved**
  10:15

**V**

**vaginal**
  3:2
**visit**
  14:20 16:6
**visits**
  16:14

**W**

**wait**
  22:15
**waiting**
  25:3
**wake**
  4:5 25:24
**walk**
  4:7,18 6:3
  7:24 8:2
  13:19,20
  14:16 25:15
  26:3
**walking**
  4:8 7:25
**walks**
  26:8
**wall**
  10:7
**walls**
  25:11
**want**
  8:23 17:22
  19:22 24:3
  26:11,18
  30:4
**wanted**
  2:14 5:11,
  14,15 9:18
  10:12 11:21,
  22 22:11
**warden**
  6:19 18:8

**way**
  4:9 17:18
**week**
  15:21
**weeks**
  6:2 14:12
  15:22
**went**
  3:21 5:24
  7:2 8:9 9:1
  15:12 16:13,
  16,17 17:24
  22:4,5 25:16
  26:16,19
  27:2 28:18
  32:1,10,23
**whatnot**
  2:18 14:25
**wheelchair**
  25:14
**whistleblower**
  24:13
**woke**
  13:7
**woman**
  11:4
**women**
  16:15,19
  21:24 29:16,
  19
**women's**
  28:10
**wondering**
  27:10
**word**
  31:15
**words**
  9:20
**work**
  9:4 17:5
  20:17 27:9
  29:6 30:3
**worked**
  17:6
**working**
  9:14

**worse**
  32:7
**worst**
  7:20
**wounds**
  4:15,24
**wow**
  10:8 17:11
**write**
  18:3
**wrong**
  3:10

**Y**

**yeah**
  2:10 4:22
  5:3 8:9 9:15
  10:16 12:9
  14:3,9
  15:15,25
  16:4 17:17
  18:10,20
  19:2,14,18
  20:1,8,9
  21:9,21
  23:8,9,11,23
  27:2,3 28:18
  29:18 30:13,
  20 31:1 33:5
**year**
  27:22
**yesterday**
  17:5 18:12,
  15,16

CONFIDENTIAL                                                    NBCU001807