| | |
|---|---|
| From: | Benjamin Osorio <Benjamin@murrayosorio.com> |
| To: | Price, Alexander (NBCUniversal) |
| Sent: | 9/16/2020 2:12:57 PM |
| Subject: | [EXTERNAL] Re: CHRIS HAYES MSNBC INTERVIEW |
| Attachments: | Medical Report_KR.pdf; Fax_Irwin County Hospital Notes_VE.pdf |

Attached.

Benjamin J. Osorio, Esq.
Murray Osorio PLLC
4103 Chain Bridge Rd, Suite 300
Fairfax, VA 22030
T: 703-352-2399
F: 703-763-2304

http://www.murrayosorio.com/


Facebook: https://www.facebook.com/murrayadvocates
Twitter: https://twitter.com/MOBenOsorio
LinkedIn: http://www.linkedin.com/company/3018981?trk=tyah

ABOUT THIS E-MAIL: The content of this email is intended only for the person or entity to which it is addressed. It may contain confidential and/or privileged material. Any review, retransmission, dissemination, taking of any action in reliance upon this information or other use of this by persons or entities other than the intended recipient is prohibited. If you are not the intended recipient, please inform the sender and delete this material from your computer.


On Wed, Sep 16, 2020 at 1:55 PM Price, Alexander (NBCUniversal) <Alexander.Price@nbcuni.com> wrote:

Hi Ben,

I'm a producer on Chris Hayes' show, I'll be producing the interview tonight. I understand that your client's face needs to be obscured and her voice needs to be altered, we're working on that now. I was also told you might be in a detention facility for a few hours, please let me know when would be a good time for us to connect just to go through what happened to your client, etc. I can be reached here or at (347)-504-5540. Let me know if you'd like me to reach out to you instead.

Thanks,

Xander

Alexander Price

Segment Producer, *All In with Chris Hayes*

NBCUniversal | NBC News | MSNBC

30 Rockefeller Center

New York, NY 10112

W: (212) 664-3973

C: (347) 504-5540

# LaSalle Corrections
## Irwin County Detention Center

132 Cotton Drive
Ocilla, GA 31774

P. 229.468.4121
F. 229.468.5743



## Facsimile transmittal

TO: 

FROM:

FAX: 703-763-2304

PAGES:

PHONE:

DATE:

RE:

CC:

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply

CONFIDENTIAL

NBCU000615

IRWIN COUNTY HOSPITAL
710 N. IRWIN AVENUE
OCILLA, GA 31774

## OPERATIVE NOTES

**Patient Name:**
**MR Number:**
**Patient Number:**
**Admit Date:**                                    **Date of Birth:**

DATE OF PROCEDURE:

PRE-OPERATIVE DIAGNOSES:

1. Carcinoma in situ of cervix.
2. Chronic pelvic pain.
3. Menorrhagia.
4. Dysmenorrhea.
5. Dyspareunia.
6. Adenomyosis.
7. Pelvic endometriosis.

POST-OPERATIVE DIAGNOSES:

1. Carcinoma in situ of cervix.
2. Chronic pelvic pain.
3. Menorrhagia.
4. Dysmenorrhea.
5. Dyspareunia.
6. Adenomyosis.
7. Pelvic endometriosis.
8. Pathology pending.

SURGEON: Mahendra G. Amin, M. D.

ASSISTANT: C. F. Ursal, M. D.

ANESTHESIA: General.

OPERATION PERFORMED:

1. Pelvic laparotomy.
2. Lysis of adhesions.
3. Total abdominal hysterectomy.
4. Cystoscopy.

CONFIDENTIAL                                                                                                         NBCU000616

**IRWIN COUNTY HOSPITAL**
710 N. IRWIN AVENUE
OCILLA, GA 31774

## OPERATIVE NOTES

Patient Name: ███ B. ███
MR Number: ███
Patient Number: ███
Admit Date: ███                          Date of Birth: ███

**OPERATIVE FINDINGS:** The external genitalia were within normal limits. The vagina was intact, pink, and healthy. The cervix was closed, firm, and multiparous. The uterus was 8 to 10 weeks, soft, globular, and enlarged from adenomyosis. Bilateral tubo-ovarian adhesions were noted. The estimated blood loss was less than 200 cc. The Foley was draining clear urine. No bowel or bladder injury was noted. Bilateral ureteral peristalsis was noted at the end of the procedure. Upon cystoscopy, bladder mucosa was intact. No foreign body. No suture. No hematoma. No laceration. No perforation. Free spillage of dye was noted from both ureteral openings.

**OPERATION IN DETAIL:** After an adequate level of general anesthesia was induced, the patient was prepped and draped in the dorsal supine position. The Foley catheter was in place. A Pfannenstiel incision was made with the help of the first knife of the deep fascia, which was incised. The peritoneum was entered. Lysis of adhesions was done. The bowels were packed away using two moist lap pads and a self-retaining retractor was placed within the incision. Two large Kelly clamps were applied over the cornual end of the uterus. Afterward, the round ligament on both sides were sutured, ligated, and cut using 0-Vicryl sutures. The leaf of the broad ligament was anteriorly and posteriorly incised. The bladder flap was created. The ovarian ligament on both sides was clamped, cut, sutured, and ligated twice with 0-Vicryl sutures and dissection was carried down to the cervicovaginal junction. The vagina was entered. The specimen was removed, which contained the cervix and uterus. Two figure-of-eight sutures were placed over the angle of the vagina by using 0-Vicryl sutures. The vaginal cuff was closed with 0-Vicryl sutures in continuous locking figure-of-eight fashion. The pelvic cavity was irrigated and examined for bleeding and none was noted. A slight oozing of blood was controlled by Avitene and Gelfilm. The lap pads and retractors were removed. The parietal peritoneum was sutured with 2-0 Vicryl. The fascia was sutured by using 0-Vicryl. The skin was closed by staples. A sterile dressing was applied. After that, patient was re-prepped and draped in dorsal lithotomy position. Then, 300 cc of ringers lactate was injected into the bladder. Foley catheter was removed. A 70-degree cystoscope was inserted. Cystoscopic examination was performed. Findings were as noted above. Cystoscope was removed. Foley

CONFIDENTIAL                                                                 NBCU000617

**IRWIN COUNTY HOSPITAL**
**710 N. IRWIN AVENUE**
**OCILLA, GA 31774**

## OPERATIVE NOTES

Patient Name: ▉▉▉▉ B/▉▉▉▉
MR Number: ▉▉▉▉
Patient Number: ▉▉▉▉
Admit Date: ▉▉▉▉   Date of Birth: ▉▉▉▉

catheter was re-inserted. The patient tolerated the procedure well and was transferred to the Recovery Room in a satisfactory condition.

DC: ▉▉▉▉
TS: ▉▉▉▉
MGA/tct
cc: Juran Ray, CRNA
    C. F. Ursal, M. D.

Mahendra G. Amin, M. D.

Electronically Reviewed and Signed By:
Sign Date:

<<COSIGNATURE_PENDING>>

CONFIDENTIAL

NBCU000618

| | | | | |
|---|---|---|---|---|
| Run Date/Time: | Georgia Cell and Tissue Diagnostic Center, Inc.<br>Harry S Latham MD, Lab Director CLIA # 11D1046389<br>902 North 7th Street * Cordele, GA 31015 | | | Page 1 of 2 |
| Name: | B▮▮▮ | Admit Date | | |
| MRN / FIN | | Discharge Date | | |
| DOB / Age: | | Location | CRRH OP PATH - IC | |
| Sex / Birth Sex  Female | Female | Ordering | Amin, Mahendra | |

## Anatomic Pathology

| Accession | Collected Date/Time: | Received Date/Time | Pathologist |
|---|---|---|---|
| | | | Latham Harry S MD |

### Surgical Pathology Report

**Diagnosis**
Uterus, Excision
1. pT1a2 microinvasive squamous cell carcinoma of cervix (stromal invasion is approximately 4 mm in depth and horizontal spread is less than 7 mm) [see comment].
2. Evidence of previous endocervical curetting, endometrial curetting and cervical conization (see S19-2035).
3. Endometrium in proliferative showing no glandular or stromal hyperplasia or cellular atypia

Dr. Mahendra Amin was informed of the diagnosis on 08/12/19 at 6:00 p.m.

Harry S Latham, MD
(Electronically signed by)
Verified
HSL/LVJ

**Comment**
Comment:
The uterine cervix shows presence of microinvasive squamous cell carcinoma which is invading approximately 4 mm in depth and which has less than 7 mm in horizontal spreading which would make this a pT1a2. This invasive nature of the specimen could not be established on the endocervical curetting or the cervical conization with the changes appearing to be largely that of high grade squamous intraepithelial lesion (carcinoma in situ or CIN III) having involvement of endocervical glands but with definite invasion not identified.

**Clinical Information**
Account#:
MR#:
Carcinoma in situ of the cervix and menorrhagia.

**Specimen Source**
Uterus

**Gross Description**
Identified as uterus with this measuring 8 cm from the top of the fundus to the bottom of the cervix, 6 cm from cornu to cornu, and 4.5 cm from anterior to posterior and weighing 115 grams. The serosal surface is smooth. The external cervix measures 2.5 cm in diameter. The internal and external cervical os are patent with the cervical mucosa being smooth and

The technical processing was performed at Crisp Regional Hospital, 902 N 7th Street, Cordele, GA 31015
Harry S. Latham, MD, Director | CLIA # 11D0646027 | Phone 229-276-3342

The professional interpretation was provided by Georgia Cell and Tissue Diagnostic
Center Inc., 902 N 7th Street, Cordele GA 31015
Harry S. Latham, MD, Director | CLIA # 11D1046389 | Phone 229-276-3342

Report ID ▮▮▮                                                   Page 1 of 2

CONFIDENTIAL                                                    NBCU000619



Cerner Corporation 1(888)005-8880  Page 3 of 3

| | Georgia Cell and Tissue Diagnostic Center, Inc.<br>Harry S Latham MD Lab Director CLIA # 11D1046389<br>902 North 7th Street - Cordele, GA 31015 | Page 2 of 2 |

Run Date/Time: ███

Name: ███ B. ███
MRN / FIN: ███
DOB / Age: ███
Sex / Birth Sex: Female    Female

Admit Date: ███
Discharge Date: ███
Location: CRRH OP PATH - IC
Ordering: Amin, Mahendra

## Anatomic Pathology

Accession: ███
Collected Date/Time: ███
Received Date/Time: ███
Pathologist: Latham, Harry S MD

### Gross Description
there being a definite squamocolumnar junction. The endometrium measures less than 2 mm in thickness. The myometrium measures up to 2 cm in thickness. No definitive tumors are identified. The cervix is sectioned in a clockwise fashion and totally submitted in cassettes 1-6 with sections of the endomyometrium being submitted in cassette 7

CPT 88309

HSL/vj

The technical processing was performed at Crisp Regional Hospital 902 N 7th Street, Cordele GA 31015
Harry S Latham, MD, Director | CLIA # 11D0646027 | Phone 229-276-3342

The professional interpretation was provided by Georgia Cell and Tissue Diagnostic
Center Inc., 902 N 7th Street Cordele, GA 31015
Harry S Latham, MD, Director | CLIA # 11D1046389 | Phone 229-276-3342

Report ID ███

Page 2 of 2

CONFIDENTIAL                                                                                                               NBCU000620



# IRWIN COUNTY HOSPITAL

ERHospitals
710 North Irwin Avenue · Ocilla, Georgia 31774
Fax: 229-468-9680    mharper@irwincntyhospital.com
Phone: 229-468-3858

## FAX COVER SHEET

DATE: ▉▉▉    TIME: ▉▉▉ (a.m. or p.m.)   NO. OF PAGES: ___

TO: _Ms Davis_ _Medical Records_
(Authorized receiver's name)

_ICDC  ICE_
(Authorized receiver's facility name and address)

TELEPHONE: _____    FAX: _4401_
(Authorized receiver's number)   (Receiver's fax number)

FROM: Marie Harper-Health Information Management--Medical Records

NUMBER OF PAGES EXCLUDING COVER SHEET: ___

op note / path from ▉▉▉
+ I have the authorization
Thanks
Marie

**PROTECTED HEALTH INFORMATION "CONFIDENTIAL".**

THE RECIPIENT OF THIS PATIENT INFORMATION IS PROHIBITED FROM DISCLOSING THE INFORMATION TO ANY OTHER PARTY AND IS REQUIRED TO DESTROY THE INFORMATION AFTER THE STATED NEED HAS BEEN FULFILLED.

CONFIDENTIAL                                                       NBCU000621

# IRWIN COUNTY DETENTION CENTER

## PROVIDER PROGRESS NOTES

Name: ____  REF#: ____  Date: ____  Time: ____

**SUBJECTIVE DATA:** Follow-up from Surgery + labs      ALLERGIES: NKA

PAIN SCALE: 0 1 2 3 4 5 6 7 8 9 10

**OBJECTIVE DATA:**
Vital Signs  Temp: 97.7  Pulse: 81  Resp: 18  BP: 110/69  Wt: ___  99%
Ears: ____
Nose: ____
Throat: ____
Heart: S1 S2 present regular rhythm, no murmur/gallop
Lungs: ESS clear bilaterally
Abdomen: Abd surgical incision with 21 staples intact, no S/S of infection, no drainage
Extremities: Moves all extremities
Additional Findings: difficulty

**ASSESSMENT (DIAGNOSIS):**
1) S/P-Hysterectomy
— Plan: Dr. Amin tomorrow — called Dr. Amin office, (illegible) — reported referral has been made to (illegible)

**PLAN:** Appt. ____ Dr. Amin in Douglas type —

| Lab/Radiology: | Other Orders: Refer to GYN. |
| --- | --- |
| Medications: | Noted Stoddard CMA |

**Education:** ☐ Diet  ☐ Medication  ☐ Exercise  ☐ Disease Process  ☐ Risk factors/Reducers  ☐ Signs and Symptoms to report  ☑ Other: ____

Patient verbalizes Understanding?  ☑ Yes   ☐ No

Interpreter: Speaks English   ☐ Spanish  ☐ Other: ____   ☐ N/A

Clinician Signature/Title: ____    Date: ____

CONFIDENTIAL                                                                 NBCU000622

ICDC

**Curtis & Elizabeth Anderson Cancer Institute**
at Memorial University Medical Center
ACI SURGICAL ASSOCIATES
4700 Waters Avenue, Savannah, GA 31404
912-350-5000

**Head and Neck, Skull Base, Thyroid & Parathyroid**
Guy J. Petruzzelli, MD, PhD
Director, Anderson Cancer Institute
Vice-President for Oncology Programs

**Cardiovascular/Thoracic**
Robert E. Jones, MD
Patrick Knorr, PA-C

**Thoracic/Esophageal**
Yaron Perry, MD
Emilee Schroeder, PA-C

**Gastrointestinal, Liver, Pancreas, Endocrine & Laparoscopic**
Christopher K. Senkowski, MD

**Gynecologic Oncology**
James J. Burke, II, MD
Scott G. Purinton, MD, PhD

**Center for Breast Care**
Ray Rudolph, MD
Paula DeNitto, MD
Cate Bell, FNP

## PATIENT REFERRAL FORM

☐ Christopher K. Senkowski, MD        ☒ James J. Burke II, MD        ☐ Paula DeNitto, MD
☐ Robert E. Jones, MD                 ☐ Scott G. Purinton, MD, PhD   ☐ Ray Rudolph, MD
☐ Yaron Perry, MD                                                     Dr Bikrack
☐ Guy J. Petruzzelli, MD, PhD                                         Cody Bell

Direct Fax: 912-350-2298    Direct Fax: 912-350-3932    Direct Fax: 912-350-2713
                                                        912-350-2710

☐ Shai Hufford-King, MS, CGC - Genetics Counseling

Date _____
Referring Physician __Dr M Amin__ Referring Practice _____
Phone Number __912-384-6630__ Fax Number __912-384-0418__

☐ Referring physician has already spoken with ACI physician regarding this patient
☐ Routine Referral (first available appointment)
☒ Urgent referral _____
☐ Date of Last Mammogram (for Breast Referral) _____
☒ __ICDC of Ocilla__ is designated contact for patient. Call him/her at
__229-468-4121 ext 364__ with appointment information

Reason for Referral/Diagnosis
OR
Request for Consultation __pT1a2 microinvasive squamous cell carcinoma of cervix__

Patient's Name ████████
Patient's Social Security # __Not avail.__ Referral # if required _____
Patient's Home Address __ICDC__ ████████
Patient's Phone ████ Date of Birth: ████ ext 364

**Please fax the following to the Provider Direct Fax Listed Above:**
➢ Patient insurance card copies (front and back)
➢ ALL office notes
➢ Labs/X-Rays, Diagnostic Test Reports, Pathology
➢ Copy of Last Mammogram and/or Ultrasound Report

Appointment made on _____
Appointment made by: _____
APPOINTMENT DATE: _____
APPOINTMENT TIME: ___ AM/PM

copies of paperwork

*Thank you for your referral. We will contact your patient to schedule their appointment and inform you thereafter of the appointment date/time for your records.*
*Referral questions or suggestions? Call our Practice Manager Gail Byrd at (912) 350-4243*

CONFIDENTIAL                                                                NBCU000623

# MAHENDRA G. AMIN, M.D.
## OBSTETRICS & GYNECOLOGY
1150 Kirkland Lane • P.O. Box 678 • Douglas, Georgia 31533
(912) 384-6630

### WORK/SCHOOL EXCUSE

Patient Name: B█████████████████████

Date: ████████

The above patient needs to have surgery. She needs to have a TAH.

Mahendra G. Amin, M.D.

CONFIDENTIAL

NBCU000624

# MAHENDRA G. AMIN, M.D.

OBSTETRICS & GYNECOLOGY

1150 KIRKLAND LANE, DOUGLAS, GEORGIA 31533

PHONE:(912) 384-6630  FAX: (912) 384-0418

Date Request Submitted: ▆▆▆▆▆  by: ☑ Provider/Physician
Patient Name: ▆▆▆▆▆  DOB: ▆▆▆▆▆  Gender: M/F

NOTES: Patient had D&C Scope on ▆▆▆ Pathology or Biopsy came back abnormal (carcinoma in situ). She came in for a follow-up on ▆▆▆ and results and treatment were discussed. The plan is to schedule her for a partial Hysterectomy. She understands and agrees to the procedure. Procedure will be Inpatient.

Requesting Provider: Dr. Mahendra Amin  TaxID: 223147343  NPI: 1912060401
Address: 1150 Kirkland Lane, Douglas, GA. 31533
Phone Number: 912-384-6630  Fax Number: 912-384-0418

Please provide direct line or extension for Contact Person to facilitate call back with certification number:
Provider Contact Person: Maria Nito  Phone Number: 912-384-6630

Facility Rendering Care: Irwin County Hospital  Tax ID: 586003765  NPI: 1720098791
Address: 710 N. Irwin Avenue, Ocilla GA. 31774
Phone Number: 229-468-3800  Fax Number: 229-468-9991
Facility Contact Person: Diane Rowe  Phone Number: 229-468-3834

Diagnosis Code/ICD 9 or 10(s): D06.9, N92.0, N94.6, N83.291, R10.2
Procedure/CPT Code(s) and number of units requesting for each code: 58150 (1 unit) Total abdominal Hysterectomy
Requested Date(s) of Service: ▆▆▆▆▆
☐ Outpatient
☒ Inpatient  If inpatient: ☐ ER Admit  ☐ Direct Admit

Mahendra G. Amin, M.D.

IRWIN COUNTY HOSPITAL
710 N. IRWIN AVENUE
OCILLA, GA 31774

## OPERATIVE NOTES

Patient Name: B.
MR Number:
Patient Number:
Admit Date:                                    Date of Birth:

OPERATIVE FINDINGS: The external genitalia were within normal limits. The vagina was intact, pink, and healthy with mild bleeding. The cervix was closed, firm, and multiparous. Uniform uptake of Lugol's solution was noted. The uterus was 8 to 10 weeks, firm, irregular, and enlarged from posterior intramural leiomyoma of the uterus. Upon laparoscopy, previous tubal ligation scar was noted. There was a right ovarian cyst, 4 x 4 x 4 cm. Bilateral tubo-ovarian adhesions were noted. The left ovary was normal. Endometriosis implants were noted in the posterior cul-de-sac and on both uterosacral ligaments. The anterior cul-de-sac was free. The estimated blood loss was minimal. No bowel or bladder injury was noted.

DESCRIPTION OF PROCEDURE: After an adequate level of general anesthesia was induced, the patient was prepped and draped in the dorsal lithotomy position. Patient's bladder was emptied. The examination under anesthesia was performed. A heavy weighted speculum was inserted. The anterior lip of the cervix was grasped with an Allis clamp. The endocervical canal and the endometrial cavity were curettaged. Cervical LEEP biopsy was done. Specimen was removed, and bleeders were cauterized. A small subumbilical incision was made with the help of the first knife. A 5 mm trocar was inserted. Four liters of carbon dioxide were insufflated. The laparoscope and trocars were inserted. The laparoscopic examination was performed. The findings were as noted above and pictured. Two suprapubic punctures were made for 5 mm trocars. By using the atraumatic grasper and unipolar and bipolar cautery, lysis of adhesions was performed. Bilateral tubo-ovarian adhesions were lysed. A right ovarian cystectomy was done. The specimen was removed and the bleeders were cauterized. Electrocoagulation of the pelvic endometriosis was done by using bipolar cautery on both uterosacral ligaments. The pelvic cavity was then irrigated, and the laparoscope and trocars were removed. Air was allowed to escape from the abdominal cavity. The subumbilical and suprapubic incisions were sutured by using 3-0 chromic sutures. A small dressing was applied. The patient tolerated the procedure well. She was transferred to the Recovery Room in a satisfactory condition.

DC:
TS.
MGA/tct                                           Mahendra G. Amin, M.D.
cc: Juran Ray, CRNA

Electronically Reviewed and Signed By:
Sign Date:

<<COSIGNATURE_PENDING>>

CONFIDENTIAL

**IRWIN COUNTY HOSPITAL**
**710 N. IRWIN AVENUE**
**OCILLA, GA 31774**

## OPERATIVE NOTES

Patient Name: ▇▇▇ B▇▇▇
MR Number: ▇▇▇
Patient Number: ▇▇▇
Admit Date: ▇▇▇           Date of Birth: ▇▇▇

DATE OF PROCEDURE: ▇▇▇

PRE-OPERATIVE DIAGNOSES:

1. Chronic pelvic pain.
2. Menorrhagia.
3. Dysmenorrhea.
4. Right ovarian cyst.
5. High-grade squamous intraepithelial neoplasia/abnormal Papanicolaou smear.

POST-OPERATIVE DIAGNOSES:

1. Chronic pelvic pain.
2. Menorrhagia.
3. Dysmenorrhea.
4. Right ovarian cyst.
5. High-grade squamous intraepithelial neoplasia/abnormal Papanicolaou smear.
6. Pathology pending.
7. Enlarged uterus, adenomyosis versus leiomyoma of the uterus.
8. Pelvic adhesions.
9. Pelvic endometriosis.

SURGEON: Mahendra G. Amin, M.D.

ANESTHESIA: General.

OPERATIONS PERFORMED:

1. Diagnostic dilatation and curettage.
2. Cervical loop electrosurgical excision procedure biopsy.
3. Operative laparoscopy.
4. Lysis of adhesions.
5. Right ovarian cystectomy.
6. Electrocoagulation of pelvic endometriosis.

CONFIDENTIAL

▬▬▶ ICDC

Date:7/15/2019 Time:5:42:16 PM.

```
RUN DATE: ▮▮▮         Georgia Cell and Tissue Diagnostic Center, Inc.      PAGE 1
RUN TIME: ▮▮▮          H.S. Latham, M.D., Lab Director CLIA # 11D1046389
                           902 North 7th Street * Cordele, GA 31015
```

Specimen: ▮▮▮   Received: ▮▮▮   Status: SOUT   Req#: ▮▮▮
Spec Type: ECC   Subm Dr: Amin, Mahendra

CLINICAL HISTORY:

DOB ▮▮▮

CPP, DYSMENORRHEA, RIGHT OVARIAN CYST.


GROSS DESCRIPTION:
SUBMITTED IN FOUR CONTAINERS. FIRST IS IDENTIFIED AS ENDOMETRIAL CURETTING AND RECEIVED ON A TELFA GAUZE PAD IS APPROXIMATELY 1 CC OR GRAM OF GREY MUCOID AND REDDISH-BROWN TISSUE FRAGMENTS WHICH ARE FILTERED THROUGH, WRAPPED IN LENS PAPER, AND TOTALLY SUBMITTED IN CASSETTE 1.

SECOND IS IDENTIFIED AS ENDOCERVICAL CURETTING AND RECEIVED ON A TELFA GAUZE PAD IS APPROXIMATELY 1 CC OR GRAM OF GREY MUCOID AND REDDISH-BROWN TISSUE FRAGMENTS WHICH ARE FILTERED THROUGH, WRAPPED IN LENS PAPER, AND TOTALLY SUBMITTED IN CASSETTE 2.

THIRD IS IDENTIFIED AS CERVICAL CONE BIOPSY AND RECEIVED ARE 3 PORTIONS OF TISSUE WHICH IN AGGREGATE MEASURES 4 X 0.5 X 0.5 CM. THE SPECIMEN IS SECTIONED IN A CLOCKWISE FASHION AND TOTALLY SUBMITTED IN CASSETTES 3A-3D.

FOURTH IS IDENTIFIED AS RIGHT OVARIAN CYST AND RECEIVED IS A PORTION OF TISSUE MEASURING 2 X 1.5 X 0.5 CM. TOTALLY SUBMITTED IN CASSETTE 4.


DIAGNOSIS:
ENDOMETRIAL CURETTING:
  1) ENDOMETRIUM SHOWING EVIDENCE OF INCREASED ENDOGENOUS OR EXOGENOUS HORMONES.
  2) NO GLANDULAR OR STROMAL HYPERPLASIA OR SIGNIFICANT CELLULAR ATYPIA.
  3) MINUTE AMOUNT OF ADMIXED ENDOCERVICAL TISSUE SHOWING CHANGES OF HIGH GRADE SQUAMOUS INTRAEPITHELIAL NEOPLASIA (CARCINOMA IN SITU OR CIN III).

ENDOCERVICAL CURETTING:
  1) HIGH GRADE SQUAMOUS INTRAEPITHELIAL NEOPLASIA (CARCINOMA IN SITU OR CIN III).
  2) ADMIXED ENDOMETRIAL TISSUE SHOWING EVIDENCE OF INCREASED ENDOGENOUS OR EXOGENOUS HORMONES.

CERVICAL CONIZATION: HIGH GRADE SQUAMOUS INTRAEPITHELIAL NEOPLASIA (CARCINOMA IN SITU OR CIN III) WITH INVOLVEMENT OF MARGINS OF EXCISION.

RIGHT OVARY, PORTION OF: FOLLICULAR CYST AND CORPORA ALBICANTIA.

CPT 88305 X 3
CPT 88307

THE TECHNICAL PROCESSING WAS PERFORMED AT CRISP REGIONAL HOSPITAL, 902 N. 7TH ST., CORDELE,

CONFIDENTIAL

**IRWIN COUNTY HOSPITAL**
710 N. IRWIN AVENUE
OCILLA, GA 31774

## DISCHARGE SUMMARY

Patient Name: ▇▇▇ B▇▇
MR Number: ▇▇▇
Patient Number: ▇▇▇
Admit Date: ▇▇▇                                                    Date of Birth: ▇▇▇

DISCHARGE DIAGNOSIS   Outpatient surgery.

SUMMARY: The patient is a ▇▇▇ female admitted for outpatient surgery, which was done. The postoperative course was unremarkable. She was discharged on the same day with an office appointment in two weeks. She was given regular postoperative care instructions and placed on a regular diet. She was given prescription for Norco.

LAB TESTS. ▇▇▇

DC ▇▇▇
TS. ▇▇▇
MGA/cdm                                     Mahendra G. Amin, M.D.

Electronically Reviewed and Signed By:
Sign Date:

<<COSIGNATURE_PENDING>>

CONFIDENTIAL                                                                                     NBCU000629

Dr. Mahendra Amin OB/Gyn
1150 Kirkland Lane
Douglas, Ga. 31533
Ph: 912-384-6630
Fax: 912-384-0418

Date: ▮▮▮▮  Patient Name: ▮▮▮▮
Phone: KDC  Birthdate: ▮▮▮▮
V/S: B/P: 120/76 Pulse: 115 Temp: 99.1 Weight: ▮▮▮
LMP: ▮▮▮  Birth Control: ▮▮▮
Last Pap: ▮▮▮  Last Mammo: ▮▮▮

S: 1½ wks    LAPAROSCOPY

O: Breast     _Normal (symmetrical, no masses, tenderness, or nipple D/C)
              _Abnormal_____

   Abdomen    _Normal (bowel sounds, no masses, or organomegaly, tenderness, no guarding,
              rebound, or distilled.)
              _Abnormal_____

              _Normal Incision (good granulated tissue, no drainage, redness, tenderness, or
              discharge)
              _Abnormal Incision_____

   Pelvic     ✓Normal External Exam:_____
              ✓Normal Vagina:_____
              ✓Normal Cervix:_____
              ✓Normal Uterus:_____
              _Normal Adnexa:_____

A: Status Post Laparoscopy
P: ✓Counseled on birth control option.
   ✓Discussed side effects of birth control methods.
   Birth control options chosen: BCP  IUD  Patch  Depo  Tubaligation  NA
   Activity:  ✓Resume regular activities.
              _May return to work without limitations.
              _Other:_____
   Follow-up: 2 weeks  1 month  3 month  6 month  1 year  and  PRN
   S/U: Mammo: Y or N
   S/U: Pap here: Y or N
   _If patient obtains pap at health department send a release for results.
   _Patient acknowledge understanding of above.
                                                            _____ M.D.

CONFIDENTIAL
NBCU000630

999998

**MAHENDRA G. AMIN, M. D., OB/GYN**
**1150 KIRKLAND LANE**
**DOUGLAS, GA 31533**
**(912) 384-6630**
**LIMITED SONOGRAM REPORT**

PATIENT NAME: B█

DATE OF EXAM: █

AGE: █

DATE OF BIRTH: █

**PELVIC ULTRASOUND:**

**INDICATIONS:** █
TECHNIQUE: Transvaginal.

**FINDINGS:**

The uterus is moderately enlarged, anteverted, and homogeneous in texture with multiple hypoechogenic areas measuring 1 to 3 cm, most probably from multiple intramural leiomyomata of the uterus. Left ovary appears unremarkable. There are multiple follicular cysts on the right ovary. Otherwise, no abnormal mass or fluid noted in the cul-de-sac. Endometrium appears slightly thickened, measuring about 11 mm.

**IMPRESSION:**

ENLARGED UTERUS. LEIOMYOMATA OF THE UTERUS. RIGHT OVARIAN CYST.

DC: █
TS: █
MGA/tct

Mahendra G. Amin, M. D.

CONFIDENTIAL