

OBGYN Call.M4a
September 16, 2020

TRANSCRIPT OF AUDIO RECORDING RE:

Dr. Mahendra Amin, M.D. v. NBCUniversal Media, LLC

File Name:  2020-09-16 OBGYN Call.m4a

Transcribed by:
ERIKA SEGUIRANT, RPR

CONFIDENTIAL

OBGYN Call.M4a
September 16, 2020

```
 1              XANDER PRICE:  Sorry.

 2              DR. JOIA CREAR-PERRY:  That's okay.

 3              XANDER PRICE:  Really quick, before we

 4     start, do you mind, I'm just going to pop on my

 5     recorder, just so I --

 6              DR. JOIA CREAR-PERRY:  Yeah, yep.

 7              XANDER PRICE:  -- get everything right.

 8     I just -- you know, I'm not a fast typer.  So --

 9              DR. JOIA CREAR-PERRY:  No, it's all

10     good.  It's all good.  I -- honestly, when I was like

11     trying to listen to the message again to get your

12     e-mail address --

13              XANDER PRICE:  Uh-huh.

14              DR. JOIA CREAR-PERRY:  -- to e-mail you,

15     and then I accidentally pushed call instead of --

16              XANDER PRICE:  Oh --

17              DR. JOIA CREAR-PERRY:  So that threw me

18     off.

19              XANDER PRICE:  It's fine.

20              DR. JOIA CREAR-PERRY:  I'm free right

21     now, but I just --

22              XANDER PRICE:  Yeah.

23              DR. JOIA CREAR-PERRY:  Oh, he answered.

24              XANDER PRICE:  Yeah, hey, it works out.

25     It works out.
```

CONFIDENTIAL                                                    NBCU001883

OBGYN Call.M4a
September 16, 2020

```
 1              DR. JOIA CREAR-PERRY:  It works out.
 2   Okay.
 3              XANDER PRICE:  All right.  So I -- I'm a
 4   producer at MSNBC.  We are doing a story on -- I don't
 5   know if you've heard about the -- the immigrations and
 6   customs enforcement whistleblower --
 7              DR. JOIA CREAR-PERRY:  Yeah.
 8              XANDER PRICE:  -- complaint?
 9              DR. JOIA CREAR-PERRY:  Yes, yes, yes.
10   Her name is Woodward, right?
11              XANDER PRICE:  Wooten.
12              DR. JOIA CREAR-PERRY:  Wooten, yes.  I
13   should remember that.  She's my new hero.
14              XANDER PRICE:  Yes, yeah, yeah.  So we
15   had her on last night.  Tonight, we're -- we're
16   talking to a woman who was detained at the facility
17   who -- I can't really describe too much --
18              DR. JOIA CREAR-PERRY:  Yeah.
19              XANDER PRICE:  -- because we're trying
20   to preserve her anonymity.  But she -- she went to see
21   this doctor.  She had a procedure done, and I just --
22              DR. JOIA CREAR-PERRY:  Uh-huh.
23              XANDER PRICE:  -- wanted to just, you
24   know, get some -- get some information because, as
25   like -- obviously as not a doctor --
```

CONFIDENTIAL                                                      NBCU001884

OBGYN Call.M4a
September 16, 2020

1            DR. JOIA CREAR-PERRY:  Yep.

2            XANDER PRICE:  -- like, you know,

3    things --

4            DR. JOIA CREAR-PERRY:  Yeah.

5            XANDER PRICE:  I don't know how things

6    are supposed to be done.

7            DR. JOIA CREAR-PERRY:  Yep.

8            XANDER PRICE:  But I have some of her

9    medical paperwork here from the procedure.  And so

10   the -- the doctor -- so let's see.  So she went in.

11   It says she had a DNC scope on -- on one date, on a --

12   on one day in July.  About 12 days later -- so the

13   biopsy.  It says the biopsy came back abnormal,

14   carcinoma in situ.

15           DR. JOIA CREAR-PERRY:  Okay.

16           XANDER PRICE:  And she came up -- came

17   in for a follow-up about 11 days later.

18           DR. JOIA CREAR-PERRY:  Uh-huh.

19           XANDER PRICE:  And treatment -- and

20   treatment was discussed.  The plan is to schedule for

21   a partial hysterectomy.  She understands and agrees to

22   the procedure.  Procedure will be inpatient.

23           DR. JOIA CREAR-PERRY:  Okay.

24           XANDER PRICE:  She also in her -- she so

25   it's not listed here that I see, anyway.  But she did

CONFIDENTIAL                                           NBCU001885

OBGYN Call.M4a
September 16, 2020

1   say in an interview with her lawyer that -- that the

2   day that this -- this scope was done --

3                   DR. JOIA CREAR-PERRY:  Uh-huh.

4                   XANDER PRICE:  She was told -- sorry.

5   I'm just -- let me just find it here.  She was told we

6   found tumors and ovarian cysts, and that they were

7   going to do a little surgery that day.

8                   DR. JOIA CREAR-PERRY:  Uh-huh.

9                   XANDER PRICE:  They were going to have

10  to make three small incisions in her abdomen.

11                  DR. JOIA CREAR-PERRY:  Yep.

12                  XANDER PRICE:  That took about an hour.

13                  DR. JOIA CREAR-PERRY:  Yep.

14                  XANDER PRICE:  Does that sound -- does

15  that sound --

16                  DR. JOIA CREAR-PERRY:  Yeah, so the

17  three -- now, that's normal.  So here's what I don't

18  know, though.  So you don't need to do a hysterectomy

19  for carcinoma in situ.

20                  XANDER PRICE:  Uh-huh.

21                  DR. JOIA CREAR-PERRY:  So did she -- so

22  the options -- there are a lot of other different

23  options because it's not cancer.  It's precancer.  And

24  so how did they get to the decision that she needed a

25  hysterectomy?

CONFIDENTIAL                                                    NBCU001886

OBGYN Call.M4a
September 16, 2020

1          XANDER PRICE:  Okay, yeah, that -- that,

2   unfortunately, I don't think is listed here.

3          DR. JOIA CREAR-PERRY:  Yeah.  So usually

4   it would say something like the risk-benefits of

5   precancerous cells were discussed with the patient.

6   Options include cervical cauterization, referral to a

7   cancer specialist.  You know, a hysterectomy is not

8   the general treatment for carcinoma in situ.

9          XANDER PRICE:  Okay.  Yeah, and so

10  then -- so she underwent a couple of procedures.  So

11  she went through that one procedure that day.

12         DR. JOIA CREAR-PERRY:  Uh-huh.

13         XANDER PRICE:  And then about a little

14  less than a month -- or, yeah, about three weeks

15  later, she was brought back in --

16         DR. JOIA CREAR-PERRY:  Uh-huh.

17         XANDER PRICE:  -- for another procedure.

18  And on that day paperwork, it lists total abdominal

19  hysterectomy.

20         DR. JOIA CREAR-PERRY:  Uh-huh.

21         XANDER PRICE:  And so -- and so after

22  both -- after both surgeries, she reported having

23  bruising in her legs and her back.

24         DR. JOIA CREAR-PERRY:  Uh-huh.

25         XANDER PRICE:  And that it was very

CONFIDENTIAL                                                    NBCU001887

OBGYN Call.M4a
September 16, 2020

1   difficult for her to walk.

2               DR. JOIA CREAR-PERRY:  Uh-huh.

3               XANDER PRICE:  That she was in a lot of

4   pain.

5               DR. JOIA CREAR-PERRY:  Uh-huh.

6               XANDER PRICE:  And -- and that she's

7   still in -- in pain.

8               DR. JOIA CREAR-PERRY:  Uh-huh.

9               XANDER PRICE:  But does any of that

10  sound --

11              DR. JOIA CREAR-PERRY:  Yeah.  I mean, I

12  think the hard part is she had multiple procedures in

13  a really rapid fashion.  And so there's a risk of

14  blood clot, and there's a risk -- and then when you

15  put somebody up in stirrups, you can get like

16  impingement of nerves.

17              XANDER PRICE:  Uh-huh.

18              DR. JOIA CREAR-PERRY:  And so if you've

19  done that multiple times in a short period of time,

20  that could happen as well.

21              XANDER PRICE:  Okay.

22              DR. JOIA CREAR-PERRY:  I think -- when

23  I -- and this is what I glean from just the little bit

24  I'm seeing from social media and from -- you know,

25  even this story, what you're saying right here, is

CONFIDENTIAL                                             NBCU001888

OBGYN Call.M4a
September 16, 2020

1    that most of it is that he was making decisions

2    without explaining why and doing things without

3    offering other options to people.

4                    XANDER PRICE:  Yeah.  She says that she

5    was -- she was unclear as to exactly what a

6    hysterectomy was at the beginning and that she felt

7    uncomfortable because it was -- there was no woman in

8    the room.  It was just her and him.

9                    DR. JOIA CREAR-PERRY:  Uh-huh.

10                   XANDER PRICE:  So --

11                   DR. JOIA CREAR-PERRY:  Yeah, and I think

12   it's -- and it's also like -- and this is me being a

13   little bit pejorative.  But was there a language

14   barrier?

15                   XANDER PRICE:  There -- there may have

16   been.

17                   DR. JOIA CREAR-PERRY:  Okay.  Because --

18                   XANDER PRICE:  She speaks English,

19   but -- but it -- I -- I wouldn't -- I wouldn't --

20                   DR. JOIA CREAR-PERRY:  Yeah.

21                   XANDER PRICE:  -- we surprised if there

22   was a language barrier.

23                   DR. JOIA CREAR-PERRY:  Yep, yep.

24   Because when you say things, I don't know

25   hysterectomy, like that's -- in general, if someone

CONFIDENTIAL                                                                      NBCU001889

OBGYN Call.M4a
September 16, 2020

1   says, you have like -- to explain to a person who has

2   limited English that the thing on the biopsy is a

3   chance that eventually it could become a cancer, and

4   so what we need to do is address what we found on our

5   biopsy, right.  And also, you didn't -- you said that

6   he said that there were cysts and tumors.

7              XANDER PRICE:  Yes.

8              DR. JOIA CREAR-PERRY:  But do you see

9   anywhere that there actually were cysts and tumors?

10  Like is there an ultrasound that says fibroids or

11  cysts or anything like that?

12             XANDER PRICE:  There doesn't -- I mean,

13  I don't see any --

14             DR. JOIA CREAR-PERRY:  Yeah.

15             XANDER PRICE:  -- any ultrasound

16  information.

17             DR. JOIA CREAR-PERRY:  What about -- is

18  there pathology from the actual hysterectomy?  Like

19  did they get --

20             XANDER PRICE:  Oh.

21             DR. JOIA CREAR-PERRY:  What did she

22  have?

23             XANDER PRICE:  So there's -- there's a

24  findings from pelvic ultrasound.

25             DR. JOIA CREAR-PERRY:  Okay.

CONFIDENTIAL                                                      NBCU001890

OBGYN Call.M4a
September 16, 2020

1           XANDER PRICE:  There are multiple
2   follicular cysts on the right ovary.
3           DR. JOIA CREAR-PERRY:  Uh-huh.
4           XANDER PRICE:  Oh, and I remember seeing
5   something in here about there being something that was
6   4 by 4 by 4, like a -- some sort of -- oh, the right
7   ovarian cyst, 4 centimeters by 4 centimeters by
8   4 centimeters.
9           DR. JOIA CREAR-PERRY:  Yep.  How old is
10  she?
11          XANDER PRICE:  She was 36 at the time.
12          DR. JOIA CREAR-PERRY:  Yeah.  So
13  follicular cyst just means follicles like you're
14  ovulating.
15          XANDER PRICE:  Uh-huh.
16          DR. JOIA CREAR-PERRY:  So it's normal
17  for a 36-year-old to have multiple follicular cysts.
18  She might have polycystic ovarian syndrome, but that's
19  not also a reason to do a hysterectomy.
20          XANDER PRICE:  Okay.
21          DR. JOIA CREAR-PERRY:  So her two
22  things, having precancerous cells and having
23  follicular cysts are not indications for a
24  hysterectomy.  So if a person presents with both of
25  those things, you can say to them, you know, we can

CONFIDENTIAL                                                      NBCU001891

OBGYN Call.M4a
September 16, 2020

1    monitor you.  You know, if you want more children, we

2    can just keep an eye on it.

3                    If you decide -- if you have pain or if

4    this is -- if you desire to have a hysterectomy and

5    remove all of these things, we can do that as well.

6    And that's where when you have lack of power and you

7    don't have, you know, language barriers, resources

8    that people can then take advantage of that

9    conversation and not explain that fully.

10                   XANDER PRICE:  Okay.  And I'm sorry.

11   You were asking about the --

12                   DR. JOIA CREAR-PERRY:  Pathology.

13                   XANDER PRICE:  The pathology.

14                   DR. JOIA CREAR-PERRY:  Yes.

15                   XANDER PRICE:  So that the -- I have --

16   and for the --

17                   DR. JOIA CREAR-PERRY:  From the

18   hysterectomy, yeah.

19                   XANDER PRICE:  From the hysterectomy.

20   So I have pre-operative diagnoses, post-operative --

21                   DR. JOIA CREAR-PERRY:  It should say

22   like pathology report, like from a pathologist.  It

23   would be like uterus weighs this much and ovaries

24   weigh that much.

25                   XANDER PRICE:  Sorry.  I'm --

CONFIDENTIAL                                          NBCU001892

OBGYN Call.M4a
September 16, 2020

```
1              DR. JOIA CREAR-PERRY:  It's okay.  No
2    worries.  I'm cooking dinner.
3              XANDER PRICE:  Oh, here we go.  Anatomic
4    pathology.  Here it is.
5              DR. JOIA CREAR-PERRY:  Okay.  Here we
6    go.  Here we go.
7              XANDER PRICE:  Okay.  So diagnose,
8    uterus excision, PTLA 2, microinvasive squamous cell
9    carcinoma of cervix, stromal invasion is approximately
10   4 millimeters in depth, and horizontal spread is less
11   than 7 millimeters.
12             DR. JOIA CREAR-PERRY:  You know what's
13   worse about this conversation?  She actually does have
14   pre -- cancer.  Does she know she has cancer?
15             XANDER PRICE:  Well, yeah.  She was
16   told, like, you have cancer, and I need to -- that's
17   why I need to do this.
18             DR. JOIA CREAR-PERRY:  No, no, no.  I
19   mean, now?  Like she had precancer.
20             XANDER PRICE:  So she -- she went -- she
21   was told -- after all these procedures, she was
22   referred to this cancer institute who called her and
23   said that she still has cancer, and she needs to come
24   in and do all this chemo and stuff.
25             DR. JOIA CREAR-PERRY:  Uh-huh.
```

CONFIDENTIAL                                                    NBCU001893

OBGYN Call.M4a
September 16, 2020

1          XANDER PRICE:  And she thought -- she

2    said, I thought the doctor got all of it.  And so then

3    she was referred -- yeah, because she was told the

4    doctor took out all the cancer --

5          DR. JOIA CREAR-PERRY:  Right.

6          XANDER PRICE:  -- cells.

7          DR. JOIA CREAR-PERRY:  Right.

8          XANDER PRICE:  So then she was referred

9    to a gynecologist closer to her because by that point

10   she had been released from the detention facility.

11         And -- and she went to this gynecologist

12   who did a -- didn't do any -- they didn't do any blood

13   work or -- or a pap smear, but they did a CAT scan and

14   a regular -- whatever standard gynecological exam is

15   and said that she didn't have cancer.  She was fine.

16         DR. JOIA CREAR-PERRY:  So here -- so the

17   reason that the pathologist put those like numbers

18   around like how much -- the detail that you were just

19   reading to me is because, depending on how far the --

20   so when you do a biopsy, just a little piece.

21         XANDER PRICE:  Uh-huh.

22         DR. JOIA CREAR-PERRY:  So then you can

23   have an option to get a bigger piece.  So when the

24   final uterine thing came back, the bigger piece shows

25   that she had -- that the precancerous cells were

CONFIDENTIAL                                          NBCU001894

OBGYN Call.M4a
September 16, 2020

1    further along than what you could see from the biopsy.

2    So then you do refer that person to a cancer center.

3    And then they let you know if you need chemo and

4    radiation.

5              XANDER PRICE:  Okay.

6              DR. JOIA CREAR-PERRY:  You wouldn't see

7    that on a CAT scan or a blood test.  It's really based

8    upon that pathology report that you just read saying

9    that microscopically, that means the cells that are

10   cancerous cells inside of her blood vessels and in

11   other places; and so they need chemotherapy and

12   radiation maybe.

13             I don't -- you know, so this is where

14   you would -- so I'm a generalist.  So I would send

15   them to the cancer people and say, okay, this is what

16   the pathologist said.  Sometimes those people then

17   read -- look at the pathology to make sure that that

18   person was right before they subject the person to

19   more chemo and radiation.

20             So I guess she is -- so is her

21   complaint -- so here's where you're -- the nuance

22   comes in.  So the complain around pain post-op is hard

23   to prove, right.  Like --

24             XANDER PRICE:  Yeah.

25             DR. JOIA CREAR-PERRY:  -- that is the

CONFIDENTIAL                                    NBCU001895

OBGYN Call.M4a
September 16, 2020

1    general like, you know, yes, you have surgery.  It's

2    going to hurt after.

3              But if she was not aware that she had

4    other options beside a hysterectomy for the treatment

5    of -- if she was told that she was being treated for

6    her -- for her carcinoma in situ and ovarian cysts

7    with a hysterectomy, that's not the standard -- you

8    have other options beside a hysterectomy to being able

9    to evaluate that.  Does that make sense.

10             XANDER PRICE:  Yes, yes, it does.

11             DR. JOIA CREAR-PERRY:  Okay.  So I

12   wouldn't (Inaudible) so much when you're talking on

13   the pain stuff because people are going to blow that

14   off.  Like that's not -- it's like pain -- you know,

15   black folks, people of color, we don't get to have

16   pain.  So that's not going to work.

17             XANDER PRICE:  Yeah.

18             DR. JOIA CREAR-PERRY:  That's not going

19   to get to the empathy --

20             XANDER PRICE:  Yeah.

21             DR. JOIA CREAR-PERRY:  -- that you want.

22   But having a patient who had precancerous cells who

23   was not given all the options that she could have had.

24   So like that cancer place that they sent her to

25   eventually, they might would not have done a

CONFIDENTIAL                                                          NBCU001896

OBGYN Call.M4a
September 16, 2020

1   hysterectomy.

2              They might would have done something

3   else.  They could have done what's called a cone

4   biopsy, which just removes the part that's bad to see

5   how far it's gone.  Now that she's had the whole thing

6   removed, sometimes you have to go back in and like

7   remove other organs.  Like it becomes a whole other --

8              XANDER PRICE:  Oh, wow.

9              DR. JOIA CREAR-PERRY:  -- thing.  Yeah,

10  she might have to have multiple surgeries.

11             XANDER PRICE:  Okay.  Jesus.  Yeah, and

12  I mean, it just sucks for her because she hasn't --

13  she hasn't been able to go back to a doctor because

14  she doesn't have health insurance.  She doesn't --

15             DR. JOIA CREAR-PERRY:  Exactly.  So

16  that's -- I would lean on the whole like, she doesn't

17  have access to --

18             XANDER PRICE:  Yeah.

19             DR. JOIA CREAR-PERRY:  -- health

20  insurance.  Like we've created a system that people --

21  like my -- my corollary -- after Katrina, a lot of

22  hospitals were closed -- and we did a health fair at

23  the zoo January 20 of 2006.

24             And I had no -- I was doing pap smears

25  on people, and I had nowhere to refer them to when it

CONFIDENTIAL                                    NBCU001897

OBGYN Call.M4a
September 16, 2020

1  was (interruption).  So it made me realize, we keep

2  doing these things to folks --

3           XANDER PRICE:  Yeah.

4           DR. JOIA CREAR-PERRY:  -- and we don't

5  have a system to take care of what we find.

6           XANDER PRICE:  Yeah.

7           DR. JOIA CREAR-PERRY:  So how is that a

8  benefit?  Now you're walking around with what could be

9  cancer that could spread, and we have no system to

10  ensure that it won't spread.

11          XANDER PRICE:  Jeez.  I also wanted to

12  ask about the -- about her -- how she described her --

13  her visits with this -- with this doctor.

14          DR. JOIA CREAR-PERRY:  Yep.

15          XANDER PRICE:  So, I mean, I obviously

16  have very limited experience with like -- with women's

17  health exams, but I have, you know, gone with my wife

18  for -- for --

19          DR. JOIA CREAR-PERRY:  Uh-huh, uh-huh.

20          XANDER PRICE:  -- prenatal exams and

21  stuff.  She was told -- so this woman says that she

22  was told to remove all of her clothes except for her

23  bra, and then a small paper was put over her stomach.

24  Does that sound normal?

25          DR. JOIA CREAR-PERRY:  Yeah.  I mean, it

CONFIDENTIAL                                                    NBCU001898

OBGYN Call.M4a
September 16, 2020

1   is -- I don't know why he wouldn't say the bra.  I

2   mean, if you're a gynecologist, you do breast exams.

3            XANDER PRICE:  Uh-huh.

4            DR. JOIA CREAR-PERRY:  We normally tell

5   you to take everything off if you're doing like a full

6   exam.  You don't do it every single time, but like on

7   a --

8            XANDER PRICE:  Okay.  Because yeah,

9   she -- she was originally there because she had some

10  pain in her side.

11           DR. JOIA CREAR-PERRY:  Uh-huh.

12           XANDER PRICE:  And, but yeah, so -- I

13  mean, also, I mean, this is very obviously not okay to

14  me.  But I just wanted to, you know, have a doctor

15  tell me it's not okay is that he -- so she was unclear

16  about what kind of -- what kind of like ultrasound was

17  going to be done.  She thought it was going to be like

18  a -- like on the outside.

19           DR. JOIA CREAR-PERRY:  Uh-huh.

20           XANDER PRICE:  And it was done

21  vaginally --

22           DR. JOIA CREAR-PERRY:  Uh-huh.

23           XANDER PRICE:  -- without her knowing

24  about it until it was happening.

25           DR. JOIA CREAR-PERRY:  Uh-huh.

CONFIDENTIAL                                              NBCU001899

OBGYN Call.M4a
September 16, 2020

```
 1            XANDER PRICE:  And then after the second

 2  surgery, she came in about two or three weeks

 3  afterwards.  She still had staples in her.  And she

 4  was given the same kind of exam.

 5            And, I mean, she said he was being very

 6  rough, like pressing on the wounds and stuff.  And he

 7  also examined her vagina with his hands without asking

 8  her or warning her.  Is that something --

 9            DR. JOIA CREAR-PERRY:  That's not

10  normal, no.  That's not normal.

11            XANDER PRICE:  Okay.

12            DR. JOIA CREAR-PERRY:  That is not even

13  normal to examine.  So we don't normally do an

14  intravaginal exam until you're -- they're really --

15  unless you're complaining of something.  Like if she

16  said, I have something coming out of my vagina or

17  something is happening.  But not until after your six

18  weeks.

19            XANDER PRICE:  Okay.

20            DR. JOIA CREAR-PERRY:  You're still

21  healing inside.  So we look -- the two-week or

22  three-week check is to remove the staples and to

23  examine the incision.  It's not to look inside of your

24  vagina.

25            XANDER PRICE:  Okay.
```

CONFIDENTIAL                                    NBCU001900

OBGYN Call.M4a
September 16, 2020

1        DR. JOIA CREAR-PERRY:  Unless you have a

2  complaint, right.

3        XANDER PRICE:  Yeah.

4        DR. JOIA CREAR-PERRY:  So unless you're

5  like, please look because I don't -- you know --

6        XANDER PRICE:  Yeah.

7        DR. JOIA CREAR-PERRY:  There's blood

8  coming or discharge or something.

9        XANDER PRICE:  Yeah.  Okay.  I just

10  wanted to make sure that that was not --

11        DR. JOIA CREAR-PERRY:  Uh-huh.  And it

12  definitely is not normal to do it without consent.

13        XANDER PRICE:  Yeah.

14        DR. JOIA CREAR-PERRY:  But it's a

15  larger -- like his devaluation of her --

16        XANDER PRICE:  Uh-huh.

17        DR. JOIA CREAR-PERRY:  -- you can feel

18  it across all these different moments, right.  Like I

19  don't have to explain to you what I need to do right

20  now or get content from you to do an ultrasound or

21  examine you after the surgery.

22        XANDER PRICE:  Yeah.

23        DR. JOIA CREAR-PERRY:  That's the

24  same -- yeah.

25        XANDER PRICE:  All right.  All right.  I

CONFIDENTIAL                                                    NBCU001901

OBGYN Call.M4a
September 16, 2020

```
 1    believe that's all the questions I have for right now.

 2                    DR. JOIA CREAR-PERRY:  Okay.

 3                    XANDER PRICE:  But -- but yeah, I guess

 4    if I --

 5                    DR. JOIA CREAR-PERRY:  Yeah, this is my

 6    cell.

 7                    XANDER PRICE:  -- okay for me to reach

 8    out to you.

 9                    DR. JOIA CREAR-PERRY:  Yeah, text me.

10    Yeah, this is my cell.

11                    XANDER PRICE:  Okay.

12                    DR. JOIA CREAR-PERRY:  So text me if you

13    need something else or --

14                    XANDER PRICE:  Great, great.  I really

15    appreciate you taking the time to talk to me.

16                    DR. JOIA CREAR-PERRY:  No problem.  Yep.

17    Okay.

18                    XANDER PRICE:  But yeah, have a good

19    dinner.

20                    DR. JOIA CREAR-PERRY:  All right.  To.

21                    XANDER PRICE:  Take care.

22                    DR. JOIA CREAR-PERRY:  Bye.

23                    (End of recording.)

24

25
```

CONFIDENTIAL                                                      NBCU001902

OBGYN Call.M4a
September 16, 2020

1                    C E R T I F I C A T E

2

3

4              I, ERIKA SEGUIRANT, Registered

5    Professional Reporter/Transcriptionist, do hereby

6    certify that I was authorized to transcribe the

7    foregoing recorded proceeding, and that the transcript

8    is a true and accurate transcription of my shorthand

9    notes, to the best of my ability, taken while

10   listening to the provided recording.

11             I further certify that I am not of

12   counsel or attorney for either or any of the parties

13   to said proceedings, nor in any way interested in the

14   events of this cause, and that I am not related to any

15   of the parties thereto.

16

17   Dated this 26th day of January, 2023.

18

19                        *Erika Seguirant*

20   _____

21                   ERIKA SEGUIRANT, RPR

22

23

24

25

CONFIDENTIAL                                          NBCU001903

OBGYN Call.M4a
September 16, 2020

**1**

**11**
  4:17
**12**
  4:12

**2**

**2**
  12:8
**20**
  16:23
**2006**
  16:23

**3**

**36**
  10:11
**36-year-old**
  10:17

**4**

**4**
  10:6,7,8
  12:10

**7**

**7**
  12:11

**A**

**abdomen**
  5:10
**abdominal**
  6:18
**able**
  15:8 16:13
**abnormal**
  4:13

**access**
  16:17
**accidentally**
  2:15
**across**
  20:18
**actual**
  9:18
**address**
  2:12 9:4
**advantage**
  11:8
**afterwards**
  19:3
**agrees**
  4:21
**Anatomic**
  12:3
**anonymity**
  3:20
**answered**
  2:23
**appreciate**
  21:15
**approximately**
  12:9
**around**
  13:18 14:22
  17:8
**asking**
  11:11 19:7
**aware**
  15:3

**B**

**back**
  4:13 6:15,23
  13:24 16:6,
  13
**bad**
  16:4
**barrier**
  8:14,22
**barriers**
  11:7

**based**
  14:7
**beginning**
  8:6
**believe**
  21:1
**benefit**
  17:8
**beside**
  15:4,8
**bigger**
  13:23,24
**biopsy**
  4:13 9:2,5
  13:20 14:1
  16:4
**bit**
  7:23 8:13
**black**
  15:15
**blood**
  7:14 13:12
  14:7,10 20:7
**blow**
  15:13
**bra**
  17:23 18:1
**breast**
  18:2
**brought**
  6:15
**bruising**
  6:23
**Bye**
  21:22

**C**

**call**
  2:15
**called**
  12:22 16:3
**cancer**
  5:23 6:7 9:3
  12:14,16,22,
  23 13:4,15

  14:2,15
  15:24 17:9
**cancerous**
  14:10
**carcinoma**
  4:14 5:19
  6:8 12:9
  15:6
**care**
  17:5 21:21
**CAT**
  13:13 14:7
**cauterization**
  6:6
**cell**
  12:8 21:6,10
**cells**
  6:5 10:22
  13:6,25
  14:9,10
  15:22
**center**
  14:2
**centimeters**
  10:7,8
**cervical**
  6:6
**cervix**
  12:9
**chance**
  9:3
**check**
  19:22
**chemo**
  12:24 14:3,
  19
**chemotherapy**
  14:11
**children**
  11:1
**closed**
  16:22
**closer**
  13:9
**clot**
  7:14

CONFIDENTIAL

NBCU001904

OBGYN Call.M4a
September 16, 2020

clothes
  17:22
color
  15:15
come
  12:23
comes
  14:22
complain
  14:22
complaining
  19:15
complaint
  3:8 14:21
  20:2
cone
  16:3
consent
  20:12
content
  20:20
conversation
  11:9 12:13
cooking
  12:2
corollary
  16:21
couple
  6:10
CREAR-PERRY
  2:2,6,9,14,
  17,20,23
  3:1,7,9,12,
  18,22 4:1,4,
  7,15,18,23
  5:3,8,11,13,
  16,21 6:3,
  12,16,20,24
  7:2,5,8,11,
  18,22 8:9,
  11,17,20,23
  9:8,14,17,
  21,25 10:3,
  9,12,16,21
  11:12,14,17,
  21 12:1,5,
  12,18,25

13:5,7,16,22
14:6,25
15:11,18,21
16:9,15,19
17:4,7,14,
19,25 18:4,
11,19,22,25
19:9,12,20
20:1,4,7,11,
14,17,23
21:2,5,9,12,
16,20,22
created
  16:20
customs
  3:6
cyst
  10:7,13
cysts
  5:6 9:6,9,11
  10:2,17,23
  15:6

D

date
  4:11
day
  4:12 5:2,7
  6:11,18
days
  4:12,17
decide
  11:3
decision
  5:24
decisions
  8:1
definitely
  20:12
depending
  13:19
depth
  12:10
describe
  3:17

described
  17:12
desire
  11:4
detail
  13:18
detained
  3:16
detention
  13:10
devaluation
  20:15
diagnose
  12:7
diagnoses
  11:20
different
  5:22 20:18
difficult
  7:1
dinner
  12:2 21:19
discharge
  20:8
discussed
  4:20 6:5
DNC
  4:11
doctor
  3:21,25 4:10
  13:2,4 16:13
  17:13 18:14
doing
  3:4 8:2
  16:24 17:2
  18:5

E

e-mail
  2:12,14
empathy
  15:19
end
  21:23

enforcement
  3:6
English
  8:18 9:2
ensure
  17:10
evaluate
  15:9
eventually
  9:3 15:25
exactly
  8:5 16:15
exam
  13:14 18:6
  19:4,14
examine
  19:13,23
  20:21
examined
  19:7
exams
  17:17,20
  18:2
excision
  12:8
experience
  17:16
explain
  9:1 11:9
  20:19
explaining
  8:2
eye
  11:2

F

facility
  3:16 13:10
fair
  16:22
far
  13:19 16:5
fashion
  7:13

CONFIDENTIAL                                                    NBCU001905

OBGYN Call.M4a
September 16, 2020

**fast**
2:8
**feel**
20:17
**felt**
8:6
**fibroids**
9:10
**final**
13:24
**find**
5:5 17:5
**findings**
9:24
**fine**
2:19 13:15
**folks**
15:15 17:2
**follicles**
10:13
**follicular**
10:2,13,17,
23
**follow-up**
4:17
**found**
5:6 9:4
**free**
2:20
**full**
18:5
**fully**
11:9

**G**

**general**
6:8 8:25
15:1
**generalist**
14:14
**given**
15:23 19:4
**glean**
7:23

**going**
2:4 5:7,9
15:2,13,16,
18 18:17
**good**
2:10 21:18
**great**
21:14
**guess**
14:20 21:3
**gynecological**
13:14
**gynecologist**
13:9,11 18:2

**H**

**hands**
19:7
**happen**
7:20
**happening**
18:24 19:17
**hard**
7:12 14:22
**healing**
19:21
**health**
16:14,19,22
17:17
**heard**
3:5
**hero**
3:13
**hey**
2:24
**honestly**
2:10
**horizontal**
12:10
**hospitals**
16:22
**hour**
5:12
**hurt**
15:2

**hysterectomy**
4:21 5:18,25
6:7,19 8:6,
25 9:18
10:19,24
11:4,18,19
15:4,7,8
16:1

**I**

**immigrations**
3:5
**impingement**
7:16
**Inaudible**
15:12
**incision**
19:23
**incisions**
5:10
**include**
6:6
**indications**
10:23
**information**
3:24 9:16
**inpatient**
4:22
**inside**
14:10 19:21,
23
**institute**
12:22
**insurance**
16:14,20
**interruption**
17:1
**interview**
5:1
**intravaginal**
19:14
**invasion**
12:9

**J**

**January**
16:23
**Jeez**
17:11
**Jesus**
16:11
**JOIA**
2:2,6,9,14,
17,20,23
3:1,7,9,12,
18,22 4:1,4,
7,15,18,23
5:3,8,11,13,
16,21 6:3,
12,16,20,24
7:2,5,8,11,
18,22 8:9,
11,17,20,23
9:8,14,17,
21,25 10:3,
9,12,16,21
11:12,14,17,
21 12:1,5,
12,18,25
13:5,7,16,22
14:6,25
15:11,18,21
16:9,15,19
17:4,7,14,
19,25 18:4,
11,19,22,25
19:9,12,20
20:1,4,7,11,
14,17,23
21:2,5,9,12,
16,20,22
**July**
4:12

**K**

**Katrina**
16:21
**keep**

CONFIDENTIAL

NBCU001906

OBGYN Call.M4a
September 16, 2020

11:2 17:1
**kind**
18:16 19:4
**know**
2:8 3:5,24
4:2,5 5:18
6:7 7:24
8:24 10:25
11:1,7
12:12,14
14:3,13
15:1,14
17:17 18:1,
14 20:5
**knowing**
18:23

**L**

**lack**
11:6
**language**
8:13,22 11:7
**larger**
20:15
**lawyer**
5:1
**lean**
16:16
**legs**
6:23
**limited**
9:2 17:16
**listed**
4:25 6:2
**listen**
2:11
**lists**
6:18
**little**
5:7 6:13
7:23 8:13
13:20
**look**
14:17 19:21,
23 20:5

**lot**
5:22 7:3
16:21

**M**

**made**
17:1
**make**
5:10 14:17
15:9 20:10
**making**
8:1
**mean**
7:11 9:12
12:19 16:12
17:15,25
18:2,13 19:5
**means**
10:13 14:9
**media**
7:24
**medical**
4:9
**message**
2:11
**microinvasive**
12:8
**microscopically**
14:9
**millimeters**
12:10,11
**mind**
2:4
**moments**
20:18
**monitor**
11:1
**month**
6:14
**MSNBC**
3:4
**multiple**
7:12,19
10:1,17
16:10

**N**

**name**
3:10
**need**
5:18 9:4
12:16,17
14:3,11
20:19 21:13
**needed**
5:24
**needs**
12:23
**nerves**
7:16
**night**
3:15
**normal**
5:17 10:16
17:24 19:10,
13 20:12
**nuance**
14:21
**numbers**
13:17

**O**

**obviously**
3:25 17:15
18:13
**offering**
8:3
**okay**
2:2 3:2
4:15,23 6:1,
9 7:21 8:17
9:25 10:20
11:10 12:1,
5,7 14:5,15
15:11 16:11
18:8,13,15
19:11,19,25
20:9 21:2,7,
11,17

**one**
4:11,12 6:11
**option**
13:23
**options**
5:22,23 6:6
8:3 15:4,8,
23
**organs**
16:7
**originally**
18:9
**outside**
18:18
**ovarian**
5:6 10:7,18
15:6
**ovaries**
11:23
**ovary**
10:2
**ovulating**
10:14

**P**

**pain**
7:4,7 11:3
14:22 15:13,
14,16 18:10
**pap**
13:13 16:24
**paper**
17:23
**paperwork**
4:9 6:18
**part**
7:12 16:4
**partial**
4:21
**pathologist**
11:22 13:17
14:16
**pathology**
9:18 11:12,
13,22 12:4
14:8,17

CONFIDENTIAL                                          NBCU001907

OBGYN Call.M4a
September 16, 2020

**patient**
  6:5 15:22
**pejorative**
  8:13
**pelvic**
  9:24
**people**
  8:3 11:8
  14:15,16
  15:13,15
  16:20,25
**period**
  7:19
**person**
  9:1 10:24
  14:2,18
**piece**
  13:20,23,24
**place**
  15:24
**places**
  14:11
**plan**
  4:20
**please**
  20:5
**point**
  13:9
**polycystic**
  10:18
**pop**
  2:4
**post-op**
  14:22
**post-
operative**
  11:20
**power**
  11:6
**pre**
  12:14
**pre-operative**
  11:20
**precancer**
  5:23 12:19
**precancerous**
  6:5 10:22

  13:25 15:22
**prenatal**
  17:20
**presents**
  10:24
**preserve**
  3:20
**pressing**
  19:6
**PRICE**
  2:1,3,7,13,
  16,19,22,24
  3:3,8,11,14,
  19,23 4:2,5,
  8,16,19,24
  5:4,9,12,14,
  20 6:1,9,13,
  17,21,25
  7:3,6,9,17,
  21 8:4,10,
  15,18,21
  9:7,12,15,
  20,23 10:1,
  4,11,15,20
  11:10,13,15,
  19,25 12:3,
  7,15,20
  13:1,6,8,21
  14:5,24
  15:10,17,20
  16:8,11,18
  17:3,6,11,
  15,20 18:3,
  8,12,20,23
  19:1,11,19,
  25 20:3,6,9,
  13,16,22,25
  21:3,7,11,
  14,18,21
**problem**
  21:16
**procedure**
  3:21 4:9,22
  6:11,17
**procedures**
  6:10 7:12
  12:21

**producer**
  3:4
**prove**
  14:23
**PTLA**
  12:8
**pushed**
  2:15
**put**
  7:15 13:17
  17:23

**Q**

**questions**
  21:1
**quick**
  2:3

**R**

**radiation**
  14:4,12,19
**rapid**
  7:13
**reach**
  21:7
**read**
  14:8,17
**reading**
  13:19
**realize**
  17:1
**reason**
  10:19 13:17
**recorder**
  2:5
**recording**
  21:23
**refer**
  14:2 16:25
**referral**
  6:6
**referred**
  12:22 13:3,8

**regular**
  13:14
**released**
  13:10
**remember**
  3:13 10:4
**remove**
  11:5 16:7
  17:22 19:22
**removed**
  16:6
**removes**
  16:4
**report**
  11:22 14:8
**reported**
  6:22
**resources**
  11:7
**right**
  2:7,20 3:3,
  10 7:25 9:5
  10:2,6 13:5,
  7 14:18,23
  20:2,18,19,
  25 21:1,20
**risk**
  7:13,14
**risk-benefits**
  6:4
**room**
  8:8
**rough**
  19:6

**S**

**saying**
  7:25 14:8
**says**
  4:11,13 8:4
  9:1,10 17:21
**scan**
  13:13 14:7
**schedule**
  4:20

CONFIDENTIAL                                                      NBCU001908

OBGYN Call.M4a
September 16, 2020

**scope**
4:11 5:2
**second**
19:1
**see**
3:20 4:10,25
9:8,13 14:1,
6 16:4
**seeing**
7:24 10:4
**send**
14:14
**sense**
15:9
**short**
7:19
**shows**
13:24
**side**
18:10
**single**
18:6
**situ**
4:14 5:19
6:8 15:6
**small**
5:10 17:23
**smear**
13:13
**smears**
16:24
**social**
7:24
**sort**
10:6
**sound**
5:14,15 7:10
17:24
**speaks**
8:18
**specialist**
6:7
**spread**
12:10 17:9,
10
**squamous**
12:8

**standard**
13:14 15:7
**staples**
19:3,22
**start**
2:4
**stirrups**
7:15
**stomach**
17:23
**story**
3:4 7:25
**stromal**
12:9
**stuff**
12:24 15:13
17:21 19:6
**subject**
14:18
**sucks**
16:12
**supposed**
4:6
**sure**
14:17 20:10
**surgeries**
6:22 16:10
**surgery**
5:7 15:1
19:2 20:21
**surprised**
8:21
**syndrome**
10:18
**system**
16:20 17:5,9

**T**

**take**
11:8 17:5
18:5 21:21
**taking**
21:15
**talk**
21:15

**talking**
3:16 15:12
**tell**
18:4,15
**test**
14:7
**text**
21:9,12
**thing**
9:2 13:24
16:5,9
**things**
4:3,5 8:2,24
10:22,25
11:5 17:2
**think**
6:2 7:12,22
8:11
**thought**
13:1,2 18:17
**three**
5:10,17 6:14
19:2
**three-week**
19:22
**threw**
2:17
**time**
7:19 10:11
18:6 21:15
**times**
7:19
**told**
5:4,5 12:16,
21 13:3 15:5
17:21,22
**Tonight**
3:15
**total**
6:18
**treated**
15:5
**treatment**
4:19,20 6:8
15:4
**trying**
2:11 3:19

**tumors**
5:6 9:6,9
**two**
10:21 19:2
**two-week**
19:21
**typer**
2:8

**U**

**uh-huh**
2:13 3:22
4:18 5:3,8,
20 6:12,16,
20,24 7:2,5,
8,17 8:9
10:3,15
12:25 13:21
17:19 18:3,
11,19,22,25
20:11,16
**ultrasound**
9:10,15,24
18:16 20:20
**unclear**
8:5 18:15
**uncomfortable**
8:7
**understands**
4:21
**underwent**
6:10
**uterine**
13:24
**uterus**
11:23 12:8

**V**

**vagina**
19:7,16,24
**vaginally**
18:21
**vessels**
14:10

CONFIDENTIAL

NBCU001909

OBGYN Call.M4a
September 16, 2020

**visits**
  17:13

---

**W**

**walk**
  7:1
**walking**
  17:8
**want**
  11:1 15:21
**wanted**
  3:23 17:11
  18:14 20:10
**warning**
  19:8
**weeks**
  6:14 19:2,18
**weigh**
  11:24
**weighs**
  11:23
**went**
  3:20 4:10
  6:11 12:20
  13:11
**whistleblower**
  3:6
**wife**
  17:17
**woman**
  3:16 8:7
  17:21
**women's**
  17:16
**Woodward**
  3:10
**Wooten**
  3:11,12
**work**
  13:13 15:16
**works**
  2:24,25 3:1
**worries**
  12:2

**worse**
  12:13
**wounds**
  19:6
**wow**
  16:8

---

**X**

**XANDER**
  2:1,3,7,13,
  16,19,22,24
  3:3,8,11,14,
  19,23 4:2,5,
  8,16,19,24
  5:4,9,12,14,
  20 6:1,9,13,
  17,21,25
  7:3,6,9,17,
  21 8:4,10,
  15,18,21
  9:7,12,15,
  20,23 10:1,
  4,11,15,20
  11:10,13,15,
  19,25 12:3,
  7,15,20
  13:1,6,8,21
  14:5,24
  15:10,17,20
  16:8,11,18
  17:3,6,11,
  15,20 18:3,
  8,12,20,23
  19:1,11,19,
  25 20:3,6,9,
  13,16,22,25
  21:3,7,11,
  14,18,21

---

**Y**

**yeah**
  2:6,22,24
  3:7,14,18
  4:4 5:16
  6:1,3,9,14
  7:11 8:4,11,

  20 9:14
  10:12 11:18
  12:15 13:3
  14:24 15:17,
  20 16:9,11,
  18 17:3,6,25
  18:8,12
  20:3,6,9,13,
  22,24 21:3,
  5,9,10,18

---

**Z**

**zoo**
  16:23

CONFIDENTIAL

NBCU001910