IN RE:  Dr.  Mahendra Amin, M.  D.  v.  NBCUniversal
        Medial, LLC




        DATE TAKEN:     September 16, 2020













Transcribed By:
Jeanne Murie, CET No.  1309

CONFIDENTIAL                                          NBCU002336

Standards Call
September 16, 2020

```
 1    APPEARANCES

 2

 3         Denis Horgan
           Xander Price
 4         Tina Cone
           Chris Hayes
 5         Chris Scholl

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL                                                    NBCU002337

Standards Call
September 16, 2020

```
 1                    — — — — — —

 2             RECORDING:  There are currently five members

 3   in this conference.

 4             MR. HORGAN:  But just --

 5             MR. PRICE:  Hey, it's Xander Price.

 6             MR. HORGAN:  -- is that Tina or Xander?

 7             MR. PRICE:  Xander.

 8             MR. HORGAN:  Xander.

 9             Okay.  And that's Tina?

10             MS. CONE:  Yeah.  Hi, I'm on.

11             MR. HORGAN:  Okay.  So just to give a high

12   level of what's going on for Chris.  We're -- we're --

13   we're following up on this story of the allegations of

14   the -- of the -- the medical procedures being done at

15   this ICE facility or at multiple ICE facilities.  I'm

16   not for sure now with what --

17             MR. HAYES:  No.  Just -- just one -- one

18   facility.  One facility.

19             MR. HORGAN:  Okay.  The Georgia facility

20   and --

21             MR. HAYES:  Irwin -- Irwin County Ice

22   Facility run by LaSalle.

23             MR. SCHOLL:  Right, right, yeah.  Yep.  I'm

24   very --  I'm very up to speed on the story.  I worked

25   all day and last night on this.
```

CONFIDENTIAL                                              NBCU002338

Standards Call
September 16, 2020

1           MR. HORGAN:  Oh, good.  All right.  Well

2    then I don't need to fully bring you the details of

3    the story.  I'll just say we have an interview that

4    we're going to conduct in -- in at six o'clock.  in

5    which they -- the --  there was a woman who was at the

6    facility, we've been connected with her through her

7    attorney.

8           MR. SCHOLL:  Right.

9           MR. HORGAN:  And they are requesting a full

10   obscuring of the -- the face and voice.  And -- and so

11   she is someone who has undergone the procedure.  And

12   then -- so that's going to be our B block tonight.

13   And then our -- our C Block is going to be with --

14   with Sheila Jackson Lee, who -- the congresswoman, who

15   has been on this story and helped stop the deportation

16   of a second woman this morning.

17          We're going to tell that story of the second

18   woman as well.  That's the Cameroonian woman who's --

19   there's a document that the lawyer has post -- made

20   public --

21          MR. SCHOLL:  Yes.

22          MR. HORGAN:  -- about her.  So that's the --

23   that's --  that's where we are right now.

24          Am I missing anything, guys?

25          MR. PRICE:  I don't believe so.

CONFIDENTIAL                                                    NBCU002339

Standards Call
September 16, 2020

1      MS CONE:  No.

2      MR. HORGAN:  Okay.  So that's what we're

3  starting with, Chris.  Do you want to -- you have

4  questions you want to fire away on?  I mean --

5      MR. SCHOLL:  Yeah, so -- I mean, yeah, so

6  I'll just -- I'll just walk you through just a little

7  bit from yesterday since I, again, I'm dealing with

8  this with Jacob and Julia until late last night.

9      The -- the gist with this story is, I mean,

10  it's obviously reportable, right?  We -- we have

11  reported it.  I think it's super important to remember

12  that these are allegations, right?

13      MR. HORGAN:  Uh-huh.

14      MR. SCHOLL:  We don't know if the doctor did

15  anything wrong here and -- involved here.

16      MR. HORGAN:  Yeah.

17      MR. SCHOLL:  In fact, the guy has a pretty

18  clean record.  I mean, he does --  if you go back,

19  like, 20 years, you find a couple of malpractice

20  claims, both of which he won.  But you have to go back

21  to the '90s for that.

22      And you know, he works in a -- in a field

23  where that is not an entirely unusual thing to have

24  somebody file a malpractice claim against you.

25      MR. HAYES:  Didn't he have a Medicare --

CONFIDENTIAL                                                    NBCU002340

Standards Call
September 16, 2020

1   didn't DOJ sue him for Medicare fraud?

2          MR. SCHOLL:  Yeah.  Yeah.  That was Medicare

3   fraud though.  And I think that that's a different --

4   really a different animal, right?  I mean, you're --

5   you're dealing, one, with a kind of a financial crime

6   and the other one -- or a financial allegation of some

7   kind.  And the other is, like, is he a good doctor or

8   is he a shitty doctor, you know?

9          So I think that that's -- that is certainly

10  the case.  And, you know, but I think it's not

11  terribly relevant to what we're talking about.  So the

12  bottom line is we just don't know if any of this is

13  true, right?

14         What we know is that VICE's take on the

15  story was -- which was not thoroughly reported, as you

16  can tell, I think, from reading that article that came

17  out yesterday, was somewhat specifically contradicted

18  by what ICE has said about -- about the statistics.

19  So I would really steer clear of VICE's reporting on

20  this and stick with --

21         MR. HORGAN:  Yeah.

22         MR. SCHOLL:  -- That of, you know, Julia's

23  and -- and Jacob's.

24         I was just on the phone with Jacob earlier

25  today, and there really isn't -- you know, I mean,

CONFIDENTIAL                                                      NBCU002341

Standards Call
September 16, 2020

```
 1    it's great that you want to talk to this woman and I

 2    think it's totally fine.  And I also think it's fine

 3    to obscure her and, you know, not name her.  I think

 4    we should explain why we're doing that.

 5            But this, I think, that the key here with

 6    this story is we don't have access, A, to the -- to

 7    the doctor himself, for whatever reason, we haven't

 8    been able to reach him and we should keep trying.

 9            And -- and -- and so that means what -- for

10    whatever reason, he's not talking to us.  Is he -- for

11    all we know he's on vacation, you know.  But -- but

12    whatever that reason is, it means we don't have his

13    side of the story.

14            MR. HORGAN:  Right.

15            MR. SCHOLL:  And that I think is a really

16    important thing to say outright, right?  We don't know

17    his side of the story here.  And we're not capable to

18    assess from a medical standpoint whether or not the

19    decisions made were legit.  And I think it's important

20    to remember that in every malpractice case that ever

21    gets raised --

22            MR. HORGAN:  Correct.

23            MR. SCHOLL:  -- there are all doctors on

24    both sides of every -- of every argument.

25            MR. HORGAN:  Correct.
```

CONFIDENTIAL                                                          NBCU002342

Standards Call
September 16, 2020

```
 1            MR. SCHOLL:  This was appropriate; no, it
 2   wasn't.  You know?
 3            MR. HORGAN:  Right.
 4            MR. SCHOLL:  So we don't -- we can't even --
 5   we can't even have our own doctor, you know, in to
 6   consult and take a look at this because we just aren't
 7   really in a position to analyze this.  This is the
 8   kind of story that we would normally spend a long
 9   period of time digging up.  What made it different was
10   the -- the whistleblower complaint.
11            MR. HORGAN:  Right.
12            MR. SCHOLL:  And the whistleblower has no
13   direct knowledge of this stuff.
14            MR. HORGAN:  Direct knowledge.
15            MR. SCHOLL:  She just sort of -- but she
16   kind of has a beef, right?  She's got a whole separate
17   agenda here.  And her role is kind of, you know --
18   but-- but she brought it to light, right?  She filed a
19   complainant and then that kind of coalesced the
20   lawyers and here we are.  So --
21            MR. HORGAN:  Uh-huh.
22            MR. SCHOLL:  I don't know if that explains
23   -- I guess all I'm saying is: We would have to
24   approach this with a great deal of -- of transparency
25   with viewers and say, look, we don't know the truth
```

CONFIDENTIAL                                          NBCU002343

Standards Call
September 16, 2020

```
 1   here.  You know?
 2            MR. HORGAN:  Uh-huh.
 3            MR. SCHOLL:  Because I would -- what I told
 4   Jacob -- what I suggested to Jacob was: To me, what
 5   makes this interesting is that, you know, whether it's
 6   true or not, it is coming at a time when the systemic
 7   problems within ICE are getting all kinds of
 8   attention, right?  So this is just one more thing that
 9   people are now asking questions about, legitimate
10   questions, correct or not correct.
11            I think if you cast it in that light, I -- I
12   think you're in -- on pretty good terms.
13            MR. HAYES:  All right.  I mean the -- the --
14   the sort of -- to me the broader issue here is that
15   there's a -- the -- the universe of ICE detention is
16   -- is a bit of an accountability black hole,
17   particularly on private facilities.  And I mean,
18   that's been the case.  I've been reporting on that
19   for, you know, years.
20            MR. SCHOLL:  Yes.  Yes.
21            MR. HAYES:  It's why we-- that's why we have
22   Flora (phonetic).  It's why we have, you know, so, you
23   know, it has always been the case.  What -- what is
24   clear to me, and -- and I think this is sort of
25   important -- sort of --  I mean, the -- my
```

CONFIDENTIAL                                                          NBCU002344

Standards Call
September 16, 2020

```
 1    understanding of the story is that the reason it went

 2    viral, right, is that it was, like, conjured the worst

 3    kind of like Third Reich, you know, sort of, you know,

 4    Jim Crow, Mississippi Hospital history.

 5            MR. SCHOLL:  Absolutely.

 6            MR. HAYES:  Which -- which -- which I don't,

 7    which is not the case here insofar as --

 8            MR. SCHOLL:  Well, we don't have it.  Yeah.

 9    I mean, we don't know.  Well, we don't know.

10            MR. HAYES:  Well, I don't even think the

11    people --

12            MR. HORGAN:  It doesn't even seem to appear

13    to be the case, right?

14            UNIDENTIFIED MALE:  (Simultaneous speaking.)

15            MR. HAYES:  Yeah, my point is -- I think the

16    people that think -- the people that have the worst

17    interpretation of the facts/don't think that this was

18    a command from on high to sterilize immigrant women.

19            The -- the -- the theory of the case or the

20    theory of motive is it was pecuniary, right?  That --

21    that this was essentially running up lots of billable

22    stuff at a hospital that there's some evidence now

23    that he actually, the -- the  hospital management corp

24    he owned as well.  And that's why I think it's not --

25    it's not completely clear to me that the Medicare
```

CONFIDENTIAL                                                    NBCU002345

Standards Call
September 16, 2020

```
 1   fraud lawsuit is -- is -- is not germane here.
 2            MR. SCHOLL:  Well, it may -- it may not be,
 3   but do we have that?  I mean, do we know that, like,
 4   how -- how do we know that that angle is being looked
 5   at?
 6            MR. HAYES:  Well, that's -- that's what the
 7   lawyer -- I mean, the -- the  lawyers who are involved
 8   in this think that.  Now, I would never say that's
 9   what's happening.  I'm just telling you what their --
10   what their theory of the case is that.  Right?
11            Their theory of the case is not -- it's that
12   basically, you know, and obviously unnecessary medical
13   procedures are a thing that happen all over the
14   country all the time and it's why we have the highest
15   degree of medical utilization in any OECD country by,
16   like, several factors.
17            So but -- but the idea being that, like,
18   this is someone who basically has -- has a contract
19   with a place where he has essentially captive patients
20   where he can run up billable procedures.  That -- and
21   that -- that's the theory I would never like to say
22   that on air or anything, but, like, and so --
23            MR. SCHOLL:  Yeah.  I -- I mean, I -- I
24   think that the -- that -- are you going to have one of
25   the lawyers on, or -- or just the woman?
```

CONFIDENTIAL                                                      NBCU002346

Standards Call
September 16, 2020

```
1            MR. HAYES:  I think we're just going to talk
2       to the woman today because, you know, the -- what's
3       important to me here is that, like, it -- it's just
4       one of these weird stories where it -- it -- the way
5       it came about was not -- it was not -- it's sort of
6       back loaded, right?  So because you've got a
7       secondhand, a very, very, you know, wildly provocative
8       quote in a recorded whistleblower complaint by a woman
9       with no factual, firsthand knowledge.
10           MR. SCHOLL:  Right.
11           MR. HAYES:  That then leads to viral --  a
12      viral story.
13           MR. SCHOLL:  Yeah.
14           MR. HAYES:  So if we're trying to -- my --
15      my goal here is just to back up to square one, which
16      is find a person who had a hysterectomy by this doctor
17      in that facility who says she didn't feel good about
18      it.  Like, which -- which is the -- the sort -- which
19      is the -- which should be the first starting point of
20      the reporting.
21           MR. SCHOLL:  Yes.
22           MR. HAYES:  But because of the way this came
23      about is not.  So I agree with you completely, and I
24      had -- I -- I honestly discounted the whole thing when
25      I saw it go viral because I didn't know the source and
```

CONFIDENTIAL                                    NBCU002347

Standards Call
September 16, 2020

1    --

2                MR. SCHOLL:  Yeah.

3                MR. HAYES:  -- thought I -- I don't know if

4    this -- this -- this is weird and doesn't -- what I

5    will say again, these are from sources that I've known

6    for a while, and Jacob has known for a while and

7    trust, is that, like, there was some skepticism among

8    folks in the immigrant rights community as well, and

9    there is less skepticism the more people they talked

10   to.

11               MR. SCHOLL:  So I -- yeah, I -- I -- I think

12   that I -- I agree with everything you've said.  And I

13   -- I just think here we just have to be -- we have to

14   -- we have to come off with a really appropriate

15   degree of skepticism.

16               MR. HAYES:  Yeah.

17               MR. SCHOLL:  And I don't mean we think she's

18   lying, I don't mean --

19               MR. HAYES:  Right, yeah.

20               MR. SCHOLL:  -- but we are looking -- we are

21   looking at one, maybe two complaints --

22               MR. HAYES:  Yep.

23               MR. SCHOLL:  -- in a pool of God knows how

24   many patients he has seen.

25               MR. HAYES:  Yep, yep.

CONFIDENTIAL                                          NBCU002348

Standards Call
September 16, 2020

```
1              MR. SCHOLL:  We don't know exactly if any --
2    if he did anything wrong and we haven't got his side
3    of the story.  And --
4              MR. HAYES:  Yep.
5              MR. SCHOLL:  And regardless of anybody's
6    theories, and that's why I asked if you'd talked to
7    the lawyers because if they're on TV, they -- they may
8    float a theory.  And I think it is just one of those
9    things where it's our responsibility to push back, and
10   I don't mean in a --
11             MR. HAYES:  Uh-huh.
12             MR. SCHOLL:  -- rude way, you know, but to
13   say --
14             MR. HAYES:  Right.
15             MR. SCHOLL:  -- well, look, you know, we
16   don't know.
17             MR. HAYES:  Yeah.
18             MR. SCHOLL:  Just, really, I think the more
19   we say we don't know and we can't know --
20             MR. HAYES:  Right.
21             MR. SCHOLL:  And put it into context of
22   telling people why we are doing this story.
23             MR. HAYES:  Right.
24             MR. SCHOLL:  Because it's really the bigger
25   picture, right?  It's -- it's -- the bigger picture,
```

CONFIDENTIAL                                          NBCU002349

Standards Call
September 16, 2020

```
 1    rather than, I think, the nuances of this woman's

 2    individual case, which we're probably never going to

 3    know.

 4             MR. HAYES:  Right.  Well, I think that --

 5             MR. SCHOLL:  You know, or if we ever do --

 6             MR. HAYES:  I think that depends.  I mean,

 7    honestly, I think that that last question is -- has a

 8    lot to do with just what -- what facts there are,

 9    right?  But -- but yes, at this level, yes.  Like --

10             MR. HORGAN:  And what documents there are

11    and --

12             MR. SCHOLL:  Right, right.

13             MR. HORGAN:  And, you know, how it

14    progresses when they start --

15             MR. SCHOLL: I think it -- yeah.

16             MR. HORGAN:  -- lawyering up and such, but,

17    like, I think, what -- just as important to keep in

18    context for us here is, like, tonight on this show, we

19    are not attempting to wrangle this entire story.

20             MR. HAYES:  No, we -- tonight what we were

21    saying is that there's a -- we have a woman who says

22    this happened to her, which should have been the first

23    place that all the reporting started.  So, you know,

24    that's -- that's net-worthy.

25             MR. SCHOLL:  Right.
```

CONFIDENTIAL                                          NBCU002350

Standards Call
September 16, 2020

```
 1              MR. HORGAN:  I mean, and we had said when
 2      they're --
 3              MR. SCHOLL:  I guess -- yeah.  Yeah, and I
 4      think --
 5              UNIDENTIFIED MALE:  Yeah.
 6              MR. HORGAN:  -- what happened.
 7              MR. SCHOLL:  I think do please explain to
 8      viewers why -- why you're doing this now, right?  I
 9      mean, let's -- let's give them a reason to -- I know
10      you will.
11              MR. HAYES:  Yep.
12              MR. SCHOLL:  But, you know, I think that's
13      an important part.  You know, this story broke, it
14      went viral or whatever.  Here's why we're looking at
15      it right now.
16              MR. HAYES:  Yeah, yeah.
17              MR. SCHOLL:  I think that's super helpful.
18              MR. HAYES:  Yep, yep.
19              MR. SCHOLL:  And if we -- if we do that and
20      we keep an very, very -- we're very candid with
21      people.
22              MR. HAYES:  Yep.
23              MR. SCHOLL:  But we just don't -- we don't
24      know the facts here.  And I'd say we -- we probably
25      never will.  Not because we can't, but because -- that
```

CONFIDENTIAL                                                    NBCU002351

Standards Call
September 16, 2020

 1    was really more of a comment about the news cycle

 2    or --

 3              MR. HAYES:  Right, right, right, right.

 4              MR. SCHOLL:  You know?  By the time anybody

 5    knows, nobody's going to be doing the story.

 6              MR. HAYES:  Right.  Right.  No.  Right.  No,

 7    of course.  Epistemically, it's knowable and probably

 8    will be known at some point, but, yeah.

 9              MR. SCHOLL:  I -- I -- I get that, yeah,

10    yeah.

11              MR. HAYES:  Yeah.  But yeah, sort of the way

12    we framed it last night to me, like, it's sort of

13    like, hey, there's this viral story, you've probably

14    seen it with these like, kind of crazy quotes.  Like,

15    we're trying to separate fact from fiction here and

16    doing the due diligence to run this down.  Here's what

17    we have.

18              MR. SCHOLL:  Yeah, I think with the caveat

19    that really we -- we still don't know.

20              MR. HAYES:  Yeah.

21              MR. SCHOLL:  That we are hearing one

22    person's version of events, you know?

23              MR. HAYES:  Yep.

24              MS. CONE:  Actually, I have a quick question

25    on that.  You -- you mentioned that the doctor, we

CONFIDENTIAL                                                          NBCU002352

Standards Call
September 16, 2020

1   hadn't heard from him.  Hi, it's Tina.  But the

2   intercept heard from him, do you want us to fight them

3   at all or what, what are your feelings about --

4          MR. SCHOLL:  So yeah -- so we need to

5   reflect what he has, you know, his viewpoint as

6   reported elsewhere, we should be reaching out on our

7   own.  I know I spoke to Jacob maybe an hour ago, and I

8   know that he's doing that.  So you -- I suggest

9   coordinating with him so that it's not --

10          MR. HAYES:  Yeah.  Oh, yeah.

11          MR. SCHOLL:  -- all overlapped, but we

12   should say we have reached out.

13          MR. HORGAN:  Well, I think -- I feel like I

14   want, I mean, whatever Jacob is doing, I, you know, I

15   think we, independently, after we have talked to a

16   woman and their allegations that are made directly to

17   us --

18          MR. SCHOLL:  Yeah, yeah, I --

19          MR. HORGAN:  -- that we go -- go to him, at

20   least with the -- with that, you know --

21          MR. SCHOLL:  Well, that --

22          MR. HORGAN:  -- and to have him respond if

23   -- if --  if we do get him.

24          MR. SCHOLL:  Yeah, that, no, that's

25   absolutely right.  I mean, I -- I guess I was sort of

CONFIDENTIAL                                           NBCU002353

Standards Call
September 16, 2020

1  operating under belief that Jacob is going to address

2  that with -- with --

3          MR. HORGAN:  Right.  I mean, if the guy is

4  unreachable, then I guess it doesn't make a difference

5  if we get no comment or he gets no comment.  We need

6  to get comments on our information.

7          UNIDENTIFIED MALE:  Right.

8          MR. SCHOLL:  Yeah, we don't know.  You know,

9  yesterday he didn't -- he wasn't returning calls, you

10 know, but you know, people change their mind in 24

11 hours.  So --

12         MR. HORGAN:  Yeah.

13         MR. SCHOLL:  We need to follow up with him

14 again.

15         MR. HORGAN:  Cool.

16         MS. CONE:  All right.  And I guess he's made

17 comment to other people, but we shouldn't -- we don't

18 need to bother with that because we're reaching out to

19 him ourselves.  Is that --

20         MR. SCHOLL:  Well, we should do it, but, no,

21 I mean, I think if we -- we shouldn't -- we should

22 reach out.  If we don't hear back, we should note that

23 we reached out.  So --

24         MR. HORGAN:  Yeah.  Exact --

25         MR. SCHOLL:  -- we're doing our homework.

CONFIDENTIAL                                                    NBCU002354

Standards Call
September 16, 2020

```
 1              UNIDENTIFIED MALE:  I mean, so you
 2   (Simultaneous speaking.) --
 3              MR. HAYES:  -- reached for comment and he
 4   then reached back, he has told -- he has said -- he
 5   has told a reporter, whatever.
 6              MS. CONE:  Right.  So (Simultaneous
 7   speaking.) --
 8              MR. SCHOLL:  That's exactly right.
 9              So let's get him represented -- let's make
10   it be clear that we have done our work and also that
11   he -- that we are getting, that we are reporting what
12   we do have from him.  Make sense?
13              UNIDENTIFIED MALE:  Yep.
14              MS. CONE:  Yes.
15              UNIDENTIFIED MALE:  Yep.
16              MR. SCHOLL:  Okay.  Well, it sounds good.  I
17   -- I you're welcome to send this script to me, Denis,
18   if you want tonight, you guys can send it to me.  I've
19   been -- I'm -- I'm probably just more up to speed on
20   it than -- than Steve is.  So send it to -- send it my
21   way.  I'll be happy to take a look.
22              MR. HORGAN:  Okay.  You got it.
23              MR. SCHOLL:  All right, guys.
24              MR. HORGAN:  All right.  Thank you, Chris.
25   We'll keep you posted.
```

CONFIDENTIAL                                                      NBCU002355

Standards Call
September 16, 2020

1    MR. SCHOLL:  Sounds good.  Good luck.

2    MR. HORGAN:  All right.  Thanks everyone.

3    MS. CONE:  Thank you.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL                                                    NBCU002356

Standards Call
September 16, 2020

```
 1

 2                CERTIFICATE OF TRANSCRIPTIONIST

 3

 4        I, Jeanne Murie, do hereby certify that I

 5   transcribed the electronic of the foregoing PHONE CALL

 6   proceedings; and that the foregoing transcript is a

 7   true transcript of said electronic recording.

 8

 9        I FURTHER CERTIFY that I am not a relative,

10   employee, attorney, or counsel of any of the parties,

11   nor am I a relative or employee of any of the parties'

12   attorneys or counsel connected with these proceedings,

13   nor am I financially interested.

14

15

16        DATED this 4th day of February 2023.

17

18

19        _____

20        Jeanne Murie
          AAERT CET No.  1309

21

22

23

24

25
```

CONFIDENTIAL                                          NBCU002357

Standards Call
September 16, 2020

| 1 | | |
|---|---|---|

**1309**
  22:20

| 2 | | |
|---|---|---|

**20**
  5:19
**2023**
  22:16
**24**
  19:10

| 4 | | |
|---|---|---|

**4th**
  22:16

| 9 | | |
|---|---|---|

**90s**
  5:21

| A | | |
|---|---|---|

**AAERT**
  22:20
**able**
  7:8
**absolutely**
  10:5 18:25
**access**
  7:6
**accountability**
  9:16
**address**
  19:1
**agenda**
  8:17
**ago**
  18:7
**agree**
  12:23 13:12

**air**
  11:22
**allegation**
  6:6
**allegations**
  3:13 5:12
  18:16
**analyze**
  8:7
**angle**
  11:4
**animal**
  6:4
**anybody**
  17:4
**anybody's**
  14:5
**approach**
  8:24
**appropriate**
  8:1 13:14
**argument**
  7:24
**article**
  6:16
**asked**
  14:6
**asking**
  9:9
**assess**
  7:18
**attempting**
  15:19
**attention**
  9:8
**attorney**
  4:7 22:10
**attorneys**
  22:12

| B | | |
|---|---|---|

**back**
  5:18,20
  12:6,15 14:9
  19:22 20:4

**basically**
  11:12,18
**beef**
  8:16
**belief**
  19:1
**believe**
  4:25
**bigger**
  14:24,25
**billable**
  10:21 11:20
**bit**
  5:7 9:16
**black**
  9:16
**block**
  4:12,13
**bother**
  19:18
**bottom**
  6:12
**bring**
  4:2
**broader**
  9:14
**broke**
  16:13
**brought**
  8:18
**but--**
  8:18

| C | | |
|---|---|---|

**CALL**
  22:5
**calls**
  19:9
**Cameroonian**
  4:18
**candid**
  16:20
**capable**
  7:17

**captive**
  11:19
**case**
  6:10 7:20
  9:18,23
  10:7,13,19
  11:10,11
  15:2
**cast**
  9:11
**caveat**
  17:18
**certainly**
  6:9
**CERTIFICATE**
  22:2
**certify**
  22:4,9
**CET**
  22:20
**change**
  19:10
**Chris**
  3:12 5:3
  20:24
**claim**
  5:24
**claims**
  5:20
**clean**
  5:18
**clear**
  6:19 9:24
  10:25 20:10
**coalesced**
  8:19
**come**
  13:14
**command**
  10:18
**comment**
  17:1 19:5,17
  20:3
**comments**
  19:6
**community**
  13:8

CONFIDENTIAL

NBCU002358

Standards Call
September 16, 2020

complainant
8:19
complaint
8:10 12:8
complaints
13:21
completely
10:25 12:23
conduct
4:4
CONE
3:10 5:1
17:24 19:16
20:6,14 21:3
conference
3:3
congresswoman
4:14
conjured
10:2
connected
4:6 22:12
consult
8:6
context
14:21 15:18
contract
11:18
contradicted
6:17
Cool
19:15
coordinating
18:9
corp
10:23
correct
7:22,25 9:10
counsel
22:10,12
country
11:14,15
County
3:21
couple
5:19

course
17:7
crazy
17:14
crime
6:5
Crow
10:4
cycle
17:1

___

**D**

DATED
22:16
day
3:25 22:16
deal
8:24
dealing
5:7 6:5
decisions
7:19
degree
11:15 13:15
Denis
20:17
depends
15:6
deportation
4:15
details
4:2
detention
9:15
difference
19:4
different
6:3,4 8:9
digging
8:9
diligence
17:16
direct
8:13,14

directly
18:16
discounted
12:24
doctor
5:14 6:7,8
7:7 8:5
12:16 17:25
doctors
7:23
document
4:19
documents
15:10
doing
7:4 14:22
16:8 17:5,16
18:8,14
19:25
DOJ
6:1
due
17:16

___

**E**

earlier
6:24
electronic
22:5,7
employee
22:10,11
entire
15:19
entirely
5:23
Epistemically
17:7
essentially
10:21 11:19
events
17:22
everyone
21:2
evidence
10:22

Exact
19:24
exactly
14:1 20:8
explain
7:4 16:7
explains
8:22

___

**F**

face
4:10
facilities
3:15 9:17
facility
3:15,18,19,
22 4:6 12:17
fact
5:17 17:15
factors
11:16
facts
15:8 16:24
facts/don't
10:17
factual
12:9
February
22:16
feel
12:17 18:13
feelings
18:3
fiction
17:15
field
5:22
fight
18:2
file
5:24
filed
8:18
financial
6:5,6

CONFIDENTIAL                                                                 NBCU002359

Standards Call
September 16, 2020

financially
22:13
find
5:19 12:16
fine
7:2
fire
5:4
first
12:19 15:22
firsthand
12:9
five
3:2
float
14:8
Flora
9:22
folks
13:8
follow
19:13
following
3:13
foregoing
22:5,6
framed
17:12
fraud
6:1,3 11:1
full
4:9
fully
4:2

G

Georgia
3:19
germane
11:1
getting
9:7 20:11
gist
5:9

give
3:11 16:9
goal
12:15
God
13:23
going
3:12 4:4,12,
13,17 11:24
12:1 15:2
17:5 19:1
good
4:1 6:7 9:12
12:17 20:16
21:1
great
7:1 8:24
guess
8:23 16:3
18:25 19:4,
16
guy
5:17 19:3
guys
4:24 20:18,
23

H

happen
11:13
happened
15:22 16:6
happening
11:9
happy
20:21
HAYES
3:17,21 5:25
9:13,21
10:6,10,15
11:6 12:1,
11,14,22
13:3,16,19,
22,25 14:4,
11,14,17,20,
23 15:4,6,20

16:11,16,18,
22 17:3,6,
11,20,23
18:10 20:3
hear
19:22
heard
18:1,2
hearing
17:21
helped
4:15
helpful
16:17
hey
3:5 17:13
high
3:11 10:18
highest
11:14
history
10:4
hole
9:16
homework
19:25
honestly
12:24 15:7
HORGAN
3:4,6,8,11,
19 4:1,9,22
5:2,13,16
6:21 7:14,
22,25 8:3,
11,14,21 9:2
10:12 15:10,
13,16 16:1,6
18:13,19,22
19:3,12,15,
24 20:22,24
21:2
hospital
10:4,22,23
hour
18:7
hours
19:11

hysterectomy
12:16

I

Ice
3:15,21 6:18
9:7,15
idea
11:17
immigrant
10:18 13:8
important
5:11 7:16,19
9:25 12:3
15:17 16:13
independently
18:15
individual
15:2
information
19:6
intercept
18:2
interested
22:13
interesting
9:5
interpretatio
n
10:17
interview
4:3
involved
5:15 11:7
Irwin
3:21
issue
9:14

J

Jackson
4:14
Jacob
5:8 6:24 9:4

CONFIDENTIAL

NBCU002360

```
13:6 18:7,14
19:1
Jacob's
6:23
Jeanne
22:4,19
Jim
10:4
Julia
5:8
Julia's
6:22
```

**K**

```
keep
7:8 15:17
16:20 20:25
key
7:5
kind
6:5,7 8:8,
16,17,19
10:3 17:14
kinds
9:7
know
5:14,22 6:8,
10,12,14,22,
25 7:3,11,16
8:2,5,17,22,
25 9:1,5,19,
22,23 10:3,9
11:3,4,12
12:2,7,25
13:3 14:1,
12,15,16,19
15:3,5,13,23
16:9,12,13,
24 17:4,19,
22 18:5,7,8,
14,20 19:8,
10
knowable
17:7
knowledge
8:13,14 12:9
```

```
known
13:5,6 17:8
```

**L**

```
Lasalle
3:22
late
5:8
lawsuit
11:1
lawyer
4:19 11:7
lawyering
15:16
lawyers
8:20 11:7,25
14:7
leads
12:11
Lee
4:14
legit
7:19
legitimate
9:9
level
3:12 15:9
light
8:18 9:11
line
6:12
little
5:6
loaded
12:6
long
8:8
look
8:6,25 14:15
20:21
looked
11:4
looking
13:20,21
16:14
```

```
lot
15:8
lots
10:21
luck
21:1
lying
13:18
```

**M**

```
made
4:19 7:19
8:9 18:16
19:16
make
19:4 20:9,12
makes
9:5
MALE
10:14 16:5
19:7 20:1,
13,15
malpractice
5:19,24 7:20
management
10:23
mean
5:4,5,9,18
6:4,25 9:13,
17,25 10:9
11:3,7,23
13:17,18
14:10 15:6
16:1,9
18:14,25
19:3,21 20:1
means
7:9,12
medical
3:14 7:18
11:12,15
Medicare
5:25 6:1,2
10:25
members
3:2
```

```
mentioned
17:25
mind
19:10
missing
4:24
Mississippi
10:4
morning
4:16
motive
10:20
multiple
3:15
Murie
22:4,19
```

**N**

```
name
7:3
need
4:2 18:4
19:5,13,18
net-worthy
15:24
never
11:8,21 15:2
16:25
news
17:1
night
3:25 5:8
17:12
nobody's
17:5
note
19:22
nuances
15:1
```

**O**

```
obscure
7:3
```

CONFIDENTIAL                                                    NBCU002361

obscuring
    4:10
obviously
    5:10 11:12
OECD
    11:15
Okay
    3:9,11,19
    5:2 20:16,22
one
    3:17,18 6:5,
    6 9:8 11:24
    12:4,15
    13:21 14:8
    17:21
operating
    19:1
outright
    7:16
overlapped
    18:11
owned
    10:24

---

**P**

part
    16:13
parties
    22:10
parties'
    22:11
patients
    11:19 13:24
pecuniary
    10:20
people
    9:9 10:11,16
    13:9 14:22
    16:21 19:10,
    17
period
    8:9
person
    12:16
person's
    17:22

phone
    6:24 22:5
phonetic
    9:22
picture
    14:25
place
    11:19 15:23
please
    16:7
point
    10:15 12:19
    17:8
pool
    13:23
position
    8:7
post
    4:19
posted
    20:25
pretty
    5:17 9:12
Price
    3:5,7 4:25
private
    9:17
probably
    15:2 16:24
    17:7,13
    20:19
problems
    9:7
procedure
    4:11
procedures
    3:14 11:13,
    20
proceedings
    22:6,12
progresses
    15:14
provocative
    12:7
public
    4:20

push
    14:9
put
    14:21

---

**Q**

question
    15:7 17:24
questions
    5:4 9:9,10
quick
    17:24
quote
    12:8
quotes
    17:14

---

**R**

raised
    7:21
reach
    7:8 19:22
reached
    18:12 19:23
    20:3,4
reaching
    18:6 19:18
reading
    6:16
reason
    7:7,10,12
    10:1 16:9
record
    5:18
recorded
    12:8
recording
    3:2 22:7
reflect
    18:5
Reich
    10:3
relative
    22:9,11

relevant
    6:11
remember
    5:11 7:20
reportable
    5:10
reported
    5:11 6:15
    18:6
reporter
    20:5
reporting
    6:19 9:18
    12:20 15:23
    20:11
represented
    20:9
requesting
    4:9
respond
    18:22
responsibilit
y
    14:9
returning
    19:9
right
    3:23 4:1,8,
    23 5:10,12
    6:4,13 7:14,
    16 8:3,11,
    16,18 9:8,13
    10:2,13,20
    11:10 12:6,
    10 13:19
    14:14,20,23,
    25 15:4,9,
    12,25 16:8,
    15 17:3,6
    18:25 19:3,
    7,16 20:6,8,
    23,24 21:2
rights
    13:8
role
    8:17

CONFIDENTIAL

NBCU002362

Standards Call
September 16, 2020

**rude**
  14:12
**run**
  3:22 11:20
  17:16
**running**
  10:21

---

**S**

---

**saying**
  8:23 15:21
**says**
  12:17 15:21
**SCHOLL**
  3:23 4:8,21
  5:5,14,17
  6:2,22 7:15,
  23 8:1,4,12,
  15,22 9:3,20
  10:5,8 11:2,
  23 12:10,13,
  21 13:2,11,
  17,20,23
  14:1,5,12,
  15,18,21,24
  15:5,12,15,
  25 16:3,7,
  12,17,19,23
  17:4,9,18,21
  18:4,11,18,
  21,24 19:8,
  13,20,25
  20:8,16,23
  21:1
**script**
  20:17
**second**
  4:16,17
**secondhand**
  12:7
**send**
  20:17,18,20
**sense**
  20:12
**separate**
  8:16 17:15

**several**
  11:16
**Sheila**
  4:14
**shitty**
  6:8
**show**
  15:18
**side**
  7:13,17 14:2
**sides**
  7:24
**simultaneous**
  10:14 20:2,6
**skepticism**
  13:7,9,15
**sort**
  8:15 9:14,
  24,25 10:3
  12:5,18
  17:11,12
  18:25
**sounds**
  20:16 21:1
**source**
  12:25
**sources**
  13:5
**speaking**
  10:14 20:2,7
**specifically**
  6:17
**speed**
  3:24 20:19
**spend**
  8:8
**spoke**
  18:7
**square**
  12:15
**standpoint**
  7:18
**start**
  15:14
**started**
  15:23

**starting**
  5:3 12:19
**statistics**
  6:18
**steer**
  6:19
**sterilize**
  10:18
**Steve**
  20:20
**stick**
  6:20
**stop**
  4:15
**stories**
  12:4
**story**
  3:13,24 4:3,
  15,17 5:9
  6:15 7:6,13,
  17 8:8 10:1
  12:12 14:3,
  22 15:19
  16:13 17:5,
  13
**stuff**
  8:13 10:22
**sue**
  6:1
**suggest**
  18:8
**suggested**
  9:4
**super**
  5:11 16:17
**sure**
  3:16
**systemic**
  9:6

---

**T**

---

**take**
  6:14 8:6
  20:21
**talk**
  7:1 12:1

**talked**
  13:9 14:6
  18:15
**talking**
  6:11 7:10
**tell**
  4:17 6:16
**telling**
  11:9 14:22
**terms**
  9:12
**terribly**
  6:11
**Thank**
  20:24 21:3
**Thanks**
  21:2
**theories**
  14:6
**theory**
  10:19,20
  11:10,11,21
  14:8
**thing**
  5:23 7:16
  9:8 11:13
  12:24
**things**
  14:9
**think**
  5:11 6:3,9,
  10,16 7:2,3,
  5,15,19
  9:11,12,24
  10:10,15,16,
  17,24 11:8,
  24 12:1
  13:11,13,17
  14:8,18
  15:1,4,6,7,
  15,17 16:4,
  7,12,17
  17:18 18:13,
  15 19:21
**Third**
  10:3

CONFIDENTIAL                                                                    NBCU002363

Standards Call
September 16, 2020

thoroughly
6:15
thought
13:3
time
8:9 9:6
11:14 17:4
Tina
3:6,9 18:1
today
6:25 12:2
told
9:3 20:4,5
tonight
4:12 15:18,
20 20:18
totally
7:2
transcribed
22:5
transcript
22:6,7
TRANSCRIPTIONIST
22:2
transparency
8:24
true
6:13 9:6
22:7
trust
13:7
truth
8:25
trying
7:8 12:14
17:15
TV
14:7
two
13:21

U

Uh-huh
5:13 8:21

9:2 14:11
undergone
4:11
understanding
10:1
UNIDENTIFIED
10:14 16:5
19:7 20:1,
13,15
universe
9:15
unnecessary
11:12
unreachable
19:4
unusual
5:23
utilization
11:15

V

vacation
7:11
version
17:22
VICE's
6:14,19
viewers
8:25 16:8
viewpoint
18:5
viral
10:2 12:11,
12,25 16:14
17:13
voice
4:10

W

walk
5:6
want
5:3,4 7:1
18:2,14

20:18
way
12:4,22
14:12 17:11
20:21
we--
9:21
weird
12:4 13:4
went
10:1 16:14
whistleblower
8:10,12 12:8
wildly
12:7
woman
4:5,16,18
7:1 11:25
12:2,8 15:21
18:16
woman's
15:1
women
10:18
won
5:20
work
20:10
worked
3:24
works
5:22
worst
10:2,16
wrangle
15:19
wrong
5:15 14:2

X

Xander
3:5,6,7,8

Y

yeah
3:10,23 5:5,
16 6:2,21
10:8,15
11:23 12:13
13:2,11,16,
19 14:17
15:15 16:3,
5,16 17:8,9,
10,11,18,20
18:4,10,18,
24 19:8,12,
24
years
5:19 9:19
yesterday
5:7 6:17
19:9

CONFIDENTIAL

NBCU002364