| | |
|---|---|
| **From:** | Shamis, Diane (NBCUniversal) </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=600ba93969d0434fbf9f4665457b1b90-Shamis, Dia> |
| **To:** | Champion, Tiffany (NBCUniversal) |
| **CC:** | O'Melia, Brendan (NBCUniversal, MSNBC); Price, Alexander (NBCUniversal); clhprivate |
| **Sent:** | 9/17/2020 2:31:53 PM |
| **Subject:** | Re: Zoom Meeting |

Thanks for setting it up ,Tiffany ...but now the attorney wants to be able to know essentially what areas will be covered and to prep his client ...so do not think we can make it happen today.

The question is whether we would want to reconvene tomorrow on Zoom at this time.

--
Diane Shamis
Editorial & Senior Booking Producer
MSNBC All In with Chris Hayes
diane.shamis@nbcuni.com
917-232-2970

Sent from my iPhone

On Sep 17, 2020, at 2:25 PM, Champion, Tiffany (NBCUniversal) <Tiffany.Champion@nbcuni.com> wrote:


This is the zoom meeting I've created for the interview. Everyone OTHER THAN CHRIS & THE GUEST should join with their camera off & microphone muted.
https://us02web.zoom.us/j/88350814056
We need "B" to have her camera ENABLED but physically covered – with tape or paper or whatever.

**Tiffany Champion**
Line Producer | *All In with Chris Hayes*
Producer | *Why Is This Happening?*

CONFIDENTIAL NBCU000722