Declaration of

Rachel Maddow

Exhibit 1

**From:** DeAngelo, Julia (NBCUniversal) <Julia.DeAngelo@nbcuni.com>
**To:** Gnazzo, Cory V (NBCUniversal, MSNBC); Mckinney, Tricia (NBCUniversal); Conaway, Laura (NBCUniversal); Ferri, Lisa (NBCUniversal); Aronson, Isaac-Davy (NBCUniversal); Alexander, Matthew (NBCUniversal); Femia, Will (NBCUniversal); Sohoni, Sunita (NBCUniversal); Dallos, Andrew (NBCUniversal, MSNBC); Dodd, Ron (NBCUniversal); Williams, Ayesha (NBCUniversal); Ward, Miriam (NBCUniversal); Tillman, Traci (NBCUniversal); Antony, Renjini (NBCUniversal); Rubin, Lisa (NBCUniversal); Mulreany, Jennifer (NBCUniversal); Desiderio, Kelsey (NBCUniversal); Rivera, Chuck (NBCUniversal); Henneberry, Samuel (NBCUniversal); Malek, Omeed (Contractor-NBCUniversal); Miller, Sofia (NBCUniversal); Germain1, Siomara (NBCUniversal); DE CARLI, Marco (Sky); DeCamps, Alexandra (NBCUniversal); Woodhouse, Skylar (NBCUniversal)
**Sent:** 9/15/2020 4:52:57 PM
**Subject:** Meeting Log 9/15

16:15:05 <<START>>

GUESTS



Jacob Saboroff

CONFIDENTIAL

ID085256-1

NBCU001936



16:28:36 HYSTERECTOMIES HAPPENING AT ICE FACILITY, WHISTLEBLOWER SAYS
 +RM: Can someone fill me in on the standards for this story?
 +TM: Not yet reportable without comment from ICE
 +RM: Didn't we get comment from ICE?
 +CG: I'm reaching out to Jacob now
 +LR: She (WB) is represented by two orgs, one is the govt accountability project... I asked her lawyers if they would send me her declaration and they told me no. I asked again, will FWD if they answer
16:29:30
 +LR: It's more of a legalistic 'here of all the wrong things we've seen' hysterectomy part is largely based on her and anon accounts of those detained there to be forced to go to OBGYN with various explanations
16:30:15

CONFIDENTIAL
ID085256-2

NBCU001937

+RM: Do we know if Jacob's work on this is focused on that or the broader stuff?
+AD responds, no answer on that

16:31:24
+RM: If he's got tape and its credible, I think that they're not taking COVID seriously is ongoing but there's a lot of jumping to conclusions around the complaint... I don't want to assume it's true but if it is we should definitely do it. Unsure if we should leave room in the show or not

16:32:27
+CG: Jacob said yes its legit, going to be published soon, have video, sending transcript... Chris Hayes has the WB (maybe)

16:32:50
+RK: He has the WB attorney

16:33:02

16:33:03 ALL IN



+C: WB ICE ATTORNEY



16:34:46 MORE FROM JACOB SOBOROFF
+CG: Sounds like a lot of what they already reported on... he is focusing on hysterectomies
+LR: Only a 1 1/2 pages of the whole complaint, LR also says which pages they are on but I couldn't hear it entirely

16:35:29



16:37:25 ALL IN CONT.
+CG: They do have the WB on as well



CONFIDENTIAL
ID085256-3
NBCU001938

16:39:52 A BLOCK
    +RM: My inclination is to put the Soboroff story here, may take some work esp w All In's coverage… will have to look at that. I don't think I should write this.
16:40:32
    +RM: Straight ahead on this story, context should be the moral catastrophe of them taking kids away from their parents. No matter what else happens in Trump Admin, that will be foundational in history. But there's been weird perverse offshoots of that story, for example the anti-abortion activist put in charge and monitored the menstrual cycles of girls under 18.... now this is sort of the next step in that
    +RM: Also rolling some of the Hayes sound if he gets something interesting, if not we can use Jacob tape
    +GUEST: Jacob Soboroff



CONFIDENTIAL

ID085256-4

NBCU001939