Declaration of

Rachel Maddow

Exhibit 2

**Jacob**

Sep 15, 2020 at 4:31 PM

> Hi. Are you working on both the covid and hysterectomy part of the ICE story?

> Is this something you will have ready for tonight?

Hysterectomy part

Just emailed you back

We are going to advance reporting

Waiting on standards but we are done with reporting

Covid sounds a lot like what we have previously reported

CONFIDENTIAL
ID085287-1

NBCU003045



That's easy to say

We reported Covid stuff about Arizona

Sorry just on a show call with Rachel. Will call back shortly.

No problem

We are thinking about making it our A block.

It's a big deal

The way I see it is that this particular doctor (who we name) was allowed to do what he's done because of a lack of oversight



CONFIDENTIAL
ID085288-1

NBCU003046



CONFIDENTIAL
ID085289-1

NBCU003047

**Jacob**

The same reason covid is everywhere

In detention

> With you in it.

Wonderful thanks

> And some of your interview

> Do you have a transcript you can send me of your interview?

Yes will have aarne send now

I'm taping Colbert for the book from 5-530 but otherwise avail if you need me



Just tried you. Call when you are free please.

Will call you ASAP

Can I call as soon as I clear Colbert should be within 25

Never mind call u shortly

Sep 30, 2020 at 11:35 AM



CONFIDENTIAL
ID085290-1

NBCU003048