Declaration of

Rachel Maddow

Exhibit 3

| | |
|---|---|
| **From:** | Heikkila, Aarne (NBCUniversal) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=B58E38A0D27E4555AF9223A4BA9E9159-HEIKKILA, A> |
| **To:** | Soboroff, Jacob (NBCUniversal) |
| **CC:** | Gnazzo, Cory V (NBCUniversal, MSNBC) |
| **Sent:** | 9/15/2020 4:53:46 PM |
| **Subject:** | Re: Transcript for TRMS |

Cory, here are the tape #s
Sending you full transcript in separate email now

**Jacob ISO**
Slug in Media Central: Jacob ISO_ISO Whistleblower
Bite starts at **00;03;21;20**
**Dawn ISO**
Slug in Media Central: ZOOM INTERVIEW – DAWN WOOTEN
Bite starts at **00;04;08;17** (starts with Jacob)
**Three shot (Jacob, Dawn and lawyer)**
Slug in Avid: Jacob Soboroff-Whistleblower Case DPS-504 200915-e148
Bite starts at **10;46;11;07**

On Sep 15, 2020, at 1:50 PM, Soboroff, Jacob (NBCUniversal) <jacob.soboroff@nbcuni.com> wrote:

Aarne can you please send Cory the interview transcript plus different tape numbers

CONFIDENTIAL
ID034516-1
NBCU000403

| | |
|---|---|
| **From:** | Heikkila, Aarne (NBCUniversal) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=B58E38A0D27E4555AF9223A4BA9E9159-HEIKKILA, A> |
| **To:** | Gnazzo, Cory V (NBCUniversal, MSNBC) |
| **CC:** | Soboroff, Jacob (NBCUniversal) |
| **Sent:** | 9/15/2020 4:54:26 PM |
| **Subject:** | Fwd: [EXTERNAL] Story: ICE Whistleblower | Media-ID: | Interviewee: Interview with Dawn Wooten | Ref: 156923-1 |
| **Attachments:** | 156923-1.doc; ATT00001.htm |

*******************************************

CONFIDENTIAL

ID034513-1

MSNBC

ICE WHISTLEBLOWER

INTERVIEW WITH DAWN WOOTEN

CORRESPONDENT: JACOB SOBOROFF

PRODUCER: AARNE HEIKKILA

00:00:19:17            (OFF-MIC CONVERSATION)

JACOB SOBOROFF:

00:02:25:01       All right, so let's just-- Miss Wooten, let's just start-- with the basics. Tell me about yourself, how long have you been a correctional nurse-- at the Irwin facility?

DAWN WOOTEN:

00:02:34:13       I started nursing there in March of 2010, first nursing job out of nursing school. I worked there a year, and-- supervisoryship changed. I was gone four years, came back and worked four years-- left August-- of '16, stayed gone four years, going to school, taking care of kids, and returned again October 2019 until July the 2nd.

JACOB SOBOROFF:

00:03:06:09       Correctional nursing is a tough job. Anybody that you ask will tell you that. Why is that the job

ID034514-1

PG.2

that you chose?

DAWN WOOTEN:

00:03:15:19    I'm a people person-- compassionate by heart. And
               I love a challenge. And when I first entered the
               facility, it was a challenge to me, 'cause I had
               nursing home, hospital, had those requirements,
               home health. I was a CNA for ten years before I
               became a LPN.

00:03:35:25    And the challenge sparked me to enter the
               facility, because you hear a lotta people say
               that correctional nursing, inmates and detainees,
               it's not for them. Once I began to enter the
               facility and the instructor that I had, the
               supervisor that I had, she began to encourage and
               motivate and I grew a passion for it. And--

JACOB SOBOROFF:

00:03:55:22    A passion for-- I'm sorry, go ahead.

DAWN WOOTEN:

00:03:57:22    Okay, that's all I wanted to do, was correctional
               nurse.

CONFIDENTIAL
ID034514-2

PG.3

JACOB SOBOROFF:

00:04:00:26        And-- and that's a passion for working with, in

                   this case, d-- the detained immigrant population

                   at Irwin.

DAWN WOOTEN:

00:04:07:08        Yes.

JACOB SOBOROFF:

00:04:09:20        You've decided to become a government

                   whistleblower and speak out. How come?

DAWN WOOTEN:

00:04:15:25        After being there three times and this last time

                   with the COVID-19, I'm a sickle cell candidate,

                   have underlying conditions, have children that

                   are asthmatics. And I began to hear that we don't

                   have COVID, and then I began to see that we had

                   COVID.

00:04:37:14        And when I began to ask questions and began to

                   warn fellow co-workers of, "Hey, this person is

                   positive, wear your mask protect yourself," they

                   have families at home. And then I began to hear

                   the detainees question about being sick and why

CONFIDENTIAL
ID034514-3

PG.4

we're not being treated properly, and why are you not testing us?

00:04:59:03     And-- the maltreatment of myself and then the maltreatment of the staff, and then the demotion really took a turn, or a toll on me. Because I felt like if we can do our own on the inside this way, then those that we don't know, such as those inmates and detainees, then they wouldn't matter.

00:05:19:26     They have families that they have to go home to. They have children. I w-- oftentimes we would share stories. I have kids, you know? I understand totally. And that compassion and seeing people being treated like animals, inhumane, not being taken care of properly, not being-- medicalized properly. And when you go and you ask your superior and you get the opposite that you know that it's not correct, and it being covered up, that meant a lot to me. That was it for me.

CONFIDENTIAL

ID034514-4

PG.5

JACOB SOBOROFF:

00:05:52:21        You believe you were retaliated against for

                   speaking out.

DAWN WOOTEN:

00:05:57:04        Yes. Once I began to question, I asked for proper

                   PPE. I was given a mask in March. I asked for

                   another mask in May and was denied being given an

                   N95. So I purchased my own cloth mask that I wore

                   inside of the facility whenever I went to work. I

                   refused to enter into-- pods with people that

                   were COVID positive that I knew were positive. I

                   have sickle cell. I was told by a physician that

                   if I acquire the disease I might not make it.

JACOB SOBOROFF:

00:06:32:23        And so when you say you were retaliated again,

                   what does that mean?

DAWN WOOTEN:

00:06:36:18        I went from a full-time, 40 hour set shift to PRN

                   and per diem. I walked in the facility one day,

                   unaware, was written up, had a meeting on the

                   2nd, and was not back in the building. I was told

                   that I was gonna be a PRN employee by the warden

PG.6

that day.

                    JACOB SOBOROFF:

00:06:57:06        You're still an employee at Irwin, is that

                   correct?

                    DAWN WOOTEN:

00:07:00:05        Yes.

                    JACOB SOBOROFF:

00:07:02:00        And are you going to work after filing this

                   complaint?

                    DAWN WOOTEN:

00:07:05:11        They're not-- they haven't given me any hours

                   since July the 2nd. I was offered, and then they

                   were retracted and another schedule was given.

                   And I submitted some hours to them and nobody's

                   gotten back with me. So I haven't worked there

                   since the 2nd.

                    JACOB SOBOROFF:

00:07:22:28        I'll come back to the issues on PPE and COVID,

                   which to me having done reporting on other ICE

                   facilities, sounds similar to what we've heard--

                   from other ICE facilities as well about the

                   conditions with-- with COVID. But I wanna ask you

CONFIDENTIAL                                    NBCU000411
ID034514-6

PG.7

about-- what I think is perhaps the most

startling-- revelation or allegation in your

complaint, and that's about-- hysterectomies that

took place with an outside doctor for detainees--

that were residing in Irwin.

00:07:50:02         If I'm not mistaken-- five women between oc--

Project South, who filed this complaint, one of

the parties that filed the complaint-- says that

five women between October and December of 2019

underwent-- hysterectomies. And then they quote a

inmate-- who was there, a female detainee who

said, "When I met all these women who had

surgeries, I thought this was like an

experimental concentration camp. It was like

they're experimenting with our bodies." That--

can you tell me what's happening-- with this

doctor and these hysterectomies?

                        DAWN WOOTEN:

00:08:27:28         All I'm aware of is working there-- the ladies

would put in to see the gynecologist for whatever

reason that they were wanting to be seen for,

CONFIDENTIAL

ID034514-7

and-- they were having hysterectomies. They would
come back oftentimes and question, "Why did I
have to have a hysterectomy?" I didn't have an
answer. I asked--

JACOB SOBOROFF:

00:08:52:22   They would ask you directly?

DAWN WOOTEN:

00:08:54:23   "Why would I-- why did I have to have a
hysterectomy? Nobody explained this to me. I
didn't know I was undergoing this." I had one
lady that told me over the course between 2010
until-- July the 2nd of 2020 that she was a young
girl. If she had known that she was gonna have a
hysterectomy, she wouldn't have went.

JACOB SOBOROFF:

00:09:18:06   Do we know how many? The complaint says, "Several
immigrant women have reported to Project South
their concerns about how many women have received
a hysterectomy while detained at ICDC," the
facility that you-- you work in. Do you have any
idea how many women went through this procedure?

PG.9

**DAWN WOOTEN:**

00:09:33:05          I don't know exactly how many.

**JACOB SOBOROFF:**

00:09:36:13          And is it your understanding that these were

forced or involuntary-- hysterectomies or

sterilizations of these women?

**DAWN WOOTEN:**

00:09:45:23          Not exactly sure. When they presented it back to

me, they didn't-- a lot of 'em didn't know why.

They couldn't-- they couldn't say why they had

this procedure.

**JACOB SOBOROFF:**

00:09:57:10          The-- the issue I think that-- that is-- the

issue that's at the center of this, aside from

being completely horrific-- allegations, is that

there's a big question about whether or not these

women are-- are having informed consent, whether

or not they are basically agreeing to have this

procedure. Is it your understanding that the

women who are detailed in this complaint didn't

agree to have this procedure?

CONFIDENTIAL

NBCU000414

ID034514-9

PG.10

DAWN WOOTEN:

00:10:25:05          Whenever they complained about those procedures,

when they come in the facility they sign a

consent to be treated. Once they go to the

facility of the physician, I'm unaware of what

takes place there. I don't know if they're

explained to. I don't know if they sign consents

when they get there to have these procedures. All

I'm aware of is whenever they get back, there's a

non-recollection of why it was done, and that no

one explained it to them.

JACOB SOBOROFF:

00:10:54:06          You-- you're quoted in the complaint as saying,

"That's his specialty. He's the uterus

collector." Is that how people refer to this

doctor?

DAWN WOOTEN:

00:11:03:07          That's how the detainees refer to this physician.

They refer to him as-- I had a detainee that

asked me, he said, "Well, what is he doin', Miss

Wooten, collectin' all of our uteruses?" And I

just looked at her, puzzled, 'cause I didn't have

PG.11

an answer.

JACOB SOBOROFF:

00:11:25:08          I-- I almost don't know what to say, hearing you

describe this. As a nurse-- giving care to these

inmates, how do you process this? What is this

like?

DAWN WOOTEN:

00:11:39:13          You-- you are-- you're in awe, because you don't

have-- you don't have a valid answer for them. I

don't have a valid answer for them. I didn't

accompany them on the procedures. And it's mind

blowing, and it's mind-boggling. When you get in

your vehicle after a 12 hour shift and you cry

yourself home, and you're the only one in the

vehicle asking why? What is going on? What is

happening?


00:12:08:22          I don't have an answer. Why is nobody not hearing

them, or taking them, so to speak, seriously? I

don't have an answer. So shift after shift, then

it gets to be where you don't wanna report the

work because you don't have an answer. You don't

PG.12

have a reason, and they're gonna ask you why.

JACOB SOBOROFF:

00:12:35:11     What can you tell me, Miss Wooten, about the

doctor? He's not named in the complaint. Do you

know who he is?

DAWN WOOTEN:

00:12:40:21     I'm unsure.

JACOB SOBOROFF:

00:12:42:16     Don't know his name?

DAWN WOOTEN:

00:12:43:23     I'm unaware.

JACOB SOBOROFF:

00:12:46:24     He-- but he's an outside physician. He's not

inside the Irwin facility.

DAWN WOOTEN:

00:12:51:11     He's not. He's not inside the facility. He or she

is not on the inside. (SNIFF)

JACOB SOBOROFF:

00:12:56:07     And so, just so I get this right, what's

happening is women who make an appointment to go

see the gynecologist are brought to this

particular doctor.

CONFIDENTIAL                                                    NBCU000417
ID034514-12

PG.13

DAWN WOOTEN:

00:13:06:17          I don't know if they use just this particular

                     doctor, but they use-- a physician on the

                     outside. They use outside gynecology.

JACOB SOBOROFF:

00:13:17:21          And you don't have any idea of how many women? I

                     mean, specifically yourself, how many women have

                     approached you to talk about their experiences

                     with this doctor?

DAWN WOOTEN:

00:13:27:11          I've had several women. I don't have an exact

                     count. Over the years that I've been there, out

                     of the eight year time frame, to-- that you have

                     several women that question, you know, why. I

                     don't have an answer.

JACOB SOBOROFF:

00:13:40:24          And when you say several and over the time frame,

                     that's-- that's a long period of time. You-- you

                     started at Irwin in what year?

DAWN WOOTEN:

00:13:47:11          2010.

CONFIDENTIAL

ID034514-13

NBCU000418

PG.14

JACOB SOBOROFF:

00:13:48:22          In 2010. And so how far back were you hearing

                     stories about what happened at this doctor, this

                     gynecologist? I was there a year the first time.

                     Coming back the second time after being gone four

                     years-- you start hearing stories of, you know,

                     every woman that he sends out, so many-- every so

                     many has to have a total hysterectomy.


00:14:14:06          And I began to sit, you know, and kinda watch and

                     see how sometimes the orders will come across to

                     where we will put 'em in and schedule 'em.

                     Sometimes somebody else will get ahold to it. So

                     I've been hearing it for a while, but just not in

                     the terms of "the uterus collector" until this

                     last time.

00:14:36:09                          (OVERTALK)

                              JACOB SOBOROFF:

00:14:36:15          So when you came back in-- in the fall of 2019.

                              DAWN WOOTEN:

00:14:39:25          Yes--

PG.15

JACOB SOBOROFF:

00:14:40:06          And-- and so since you've been back, female

detainees refer to this doctor as-- as "the

uterus collector".

DAWN WOOTEN:

00:14:46:11          Yes.

JACOB SOBOROFF:

00:14:47:23          Do you remember any particular cases of any

particular women-- about what they scheduled

through you and then came back ultimately having

a hysterectomy?

DAWN WOOTEN:

00:14:58:20          Not off the-- not off the margin. You know, you

have so many detainees. They have so many women

detained-- there. I-- maybe one or two that I

scheduled between 2019 to 2020. Maybe one that I

put in to be referred out, maybe two.

JACOB SOBOROFF:

00:15:19:16          And-- and when they came back, did they seek you

out directly to tell you what happened?

DAWN WOOTEN:

00:15:25:06          Nine times outta ten, I was the nurse that

CONFIDENTIAL                                                    NBCU000420

ID034514-15

PG.16

everybody felt comfortable. It's-- it's that time
that's taken up with them. I build rapport and
relationship with a lot of detainees there, male
and female. So being out, comin' to work, it
would always be, "Hey Miss Wooten, where have you
been? Do you know what's going on? Can you find
this out for me?"

00:15:50:04       I'm not saying that they didn't ask the other
nurses, but from my experience, I would be asked
at the next time being seen, you know, "Can you
check this out? Can you make sure this is for me?
Can you make sure I have an appointment?" And
those are things that I would be asked by them.

JACOB SOBOROFF:

00:16:05:28       The-- there's one example in the-- in the
complaint where you talk about a detained woman
who was supposed to get her left ovary removed
because it had a cyst on the left ovary, and he
took out the right one. She had to go back to
take out the left, and she wound up with a total
hysterectomy and she still wanted children. Can

PG.17

you tell me more about that?

DAWN WOOTEN:

00:16:27:25    This was the second time that I was there. I had
a female ICE detainee that walked up to me and
said, "Miss Wooten, he took out the-- the wrong
ovary," or, "The person took out the wrong
ovary." And I said, "Are you sure? I mean, I
doubt it."

00:16:42:21    She and I havin' a conversation, and she said,
"He did, I wasn't all the way sedated and I heard
him say that was the wrong one, that you're gonna
have to reschedule her to come back to take out
the other ovary." That was the gist of our
conversation.

JACOB SOBOROFF:

00:16:57:20    That's horrifying. As a nurse, what was it like
to have that conversation?

DAWN WOOTEN:

00:17:07:11    I have no-- I had no answer. And you-- and you--
you cry. You know? We shed tears together. You
know, and I'm apologizin', 'cause that's what she

PG.18

said she heard. I can't say she didn't hear it, I wasn't there. But sympathy automatically, and that empathy automatically picks up as humanistic nature to sympathize with that individual.

00:17:31:16          And as a mom myself, have X amount of children, and you wanting children, from mother to mother, it's heartfelt. And not to have an answer for her, because I'm kinda like, I feel like I'm the fix-it person. Everybody in my family will tell you that I feel like I can fix everybody's situations, and wanna fix everybody's-- circumstance. So not having anything to say was heartfelt. It's jaw-dropping.

JACOB SOBOROFF:

00:18:07:13          What do you say? (RUSTLING)

DAWN WOOTEN:

00:18:11:11          I sigh, and I hug her. Whether-- I mean, it's four or five years ago, I hug her. You make them feel as comfortable, or I did, as comfortable as I would want to have felt at that moment. I would want some reassurance at that moment, some

CONFIDENTIAL
NBCU000423
ID034514-18

PG.19

comfort.

JACOB SOBOROFF:

00:18:40:06    What do you believe is going on with medical care

inside the Irwin facility? You know, in this

complaint there are allegations of, you know,

involuntary consent with these hysterectomies and

sterilizations, a lack of PPE-- you know, cross-

mingling of infected with uninfected people,

obviously retaliation against you for speaking

out about this is your allegation. What's

happening there?

DAWN WOOTEN:

00:19:07:00    All I wanted through this whole ordeal was that

people were medically treated humanely, not

inhumanely. I don't-- I don't know if this has to

do with not having enough staff, and it's

definitely not an attack on LaSalle Corporation

as a whole, and not really an attack on anybody.


00:19:31:01    The speak up was the maltreatment of employee,

'cause I can speak for myself, and those that are

detained there. You want people treated like

CONFIDENTIAL
NBCU000424
ID034514-19

PG.20

humans, and you want medical care ran and
instituted so that everybody would be medically
safe was all that I wanted.

00:19:53:15      I don't know if it's a breakdown in
communication. I just want everybody treated
medically humane. When I go to work, their lives
I look at are in my hands. And I do the best
corrective measure to my ability to make sure
that I can sleep at night.

                         JACOB SOBOROFF:

00:20:18:11      What (STATIC) happened to the women that you
spoke with that had these hysterectomies, do you
know?

                         DAWN WOOTEN:

00:20:25:00      A lot of them were deported back to their
countries. I don't know if they were transferring
others to other facilities. You know, they're
with-- they're with LaSalle, some of 'em for
years, fighting their cases. Some of 'em for
months, returning back to their countries. Just
at the time that I had the-- the encounter and I

CONFIDENTIAL
ID034514-20
NBCU000425

PG.21

try to leave the best reassurance that I can

leave with them, the best-- the best spawn (?) of

hope that I can leave with them.

JACOB SOBOROFF:

00:20:56:17     In this case, obviously, there is no going back.

DAWN WOOTEN:

00:21:02:19     It's hard to wrap your head around it. And I ask

myself why, even in the beginning of starting

this complaint and speaking up and speaking out

and becoming a whistleblower, you want-- I

believe every person that's humane, and

everybody's not gonna be.


00:21:26:19     But there has to be some heart in some of us to

wanna see people not treated like we're treated,

and treat people the way we want to be treated.

That's what I live by tr-- treating people the

way that I desire for them to be treated. And if

we can get corrective measures in, maybe a change

in management, maybe the management is too calm

in there. And get a change in management or get

some classes, get some education, get some

CONFIDENTIAL                                                    NBCU000426
ID034514-21

PG.22

teaching, get some training, you know, in there.

Maybe there is still hope.

JACOB SOBOROFF:

00:22:04:01     Do you think what-- do you think what happened to

the women that you spoke with-- is gonna happen

to other women in the future?

DAWN WOOTEN:

00:22:15:07     Me personally, if there's not a change, there's

not gonna be a change. If there's not any

correction, there's not gonna be any correction.

If there are not people like myself that are

brave enough to have a voice for other people,

and not be so afraid to speak out, a lot of

people desire to speak out but are afraid of

losing their job. I spoke out, I was demoted. So

I was made the example of.

JACOB SOBOROFF:

00:22:44:10     Or y-- d-- and-- and I'm sorry to keep dwelling

on this, but did you speak to other nurses or

other people in the facility about what you were

hearing was happening to these women?

CONFIDENTIAL
ID034514-22

PG.23

DAWN WOOTEN:

00:22:53:11          We talked among ourselves. We would talk among

                     ourselves about-- I was not the only nurse that

                     saw several women go out, come back, have

                     hysterectomies. Only one sang, (NOISE) but it

                     wasn't the only one that seen or talked. We

                     talked among ourselves. But they are so afraid to

                     speak out that it's just me. But there are others

                     there.

JACOB SOBOROFF:

00:23:24:26          You-- you have spoken with other nurses (STATIC)

                     who have heard similar accounts from-- from other

                     women.

DAWN WOOTEN:

00:23:30:04          Yes.

JACOB SOBOROFF:

00:23:33:13          Is this-- is this happening intentionally? Is

                     this-- is this doctor doing this to these women--

                     against their wishes? I mean, is that your

                     belief?

DAWN WOOTEN:

00:23:44:20          I'm unsure if he's doing it to them against their

CONFIDENTIAL                                    NBCU000428
ID034514-23

PG.24

wishes. They're saying that they're not getting

the full understanding. So they--

                    JACOB SOBOROFF:

00:23:54:16      You don't think they understand.

                    DAWN WOOTEN:

00:23:56:15      Yes. So does he even know that they feel this

way? Have they even expressed this, you know, to

him? I know it's been expressed to me.

                    JACOB SOBOROFF:

00:24:05:06      Can I ask-- just one more time about the doctor.

You-- you-- you don't know anything about him or

who he is or where he is? How-- why is that, or

how is that if you're, you know, if you're

working so closely with these women? (RUSTLING)

                    DAWN WOOTEN:

00:24:18:07      I don't go through medical records to find out

where they went and who they saw. I just hear

their stories when they return.

00:24:28:11                    (OFF-MIC CONVERSATION)

                    JACOB SOBOROFF:

00:24:51:07      You know, obviously as-- you know, you have

presented this set of facts which are startling

PG.25

and horrifying. Do you believe that other people
will now come forward? Are there people who will
speak out about what's happening inside LaSalle
to these women, and also in terms of the care
given for COVID-19?

              DAWN WOOTEN:

00:25:15:08        Not p--

              JACOB SOBOROFF:

00:25:15:05        I'm sorry, not LaSalle, excuse me. I-- do you
believe that other people will now come out, Miss
Wooten-- you know, after your complaint, to-- to
echo or confirm or corroborate what you've said
about these women inside Irwin-- with regard to
the hysterectomies, but also the conditions with
COVID-19?

              DAWN WOOTEN:

00:25:31:04        My prayer is that they would. I'm hearing in the
airways that they will, so I can only hope that
they will be a voice as well. I can only hope.

              JACOB SOBOROFF:

00:25:49:05        Is there anything I didn't ask you-- Dawn, that
you would like to say about what you've

CONFIDENTIAL
ID034514-25

PG.26

experienced inside Irwin or the conditions or
what you've gone through, you know, since
speaking out?

DAWN WOOTEN:

00:26:01:22          Since speaking out-- I can't do what I possibly
(UNINTEL). I'm unable to fulfill that passion.
I'm doing other things, but it's not fulfilling.
Correctional nursing is a foundation for me. That
was how I provided for my children. It was
reliable. It was what I knew.

00:26:25:20          It was what I had the sensibility to do. I can
nurse anywhere else, but that's my passion. And I
don't feel that it's justifiable or it's just
that I don't get to carry out what I love to do.
I whistleblew because I love to do what I love to
do.

00:26:47:19          And if it was my son or my daughter, my mother or
my father that was in that situation, then I
would want somebody to speak out on their behalf
as well. I don't know where I might be tomorrow.

CONFIDENTIAL
ID034514-26

PG.27

Life happens. Hoping that I won't end up in that

situation, and I can discuss me.

00:27:09:26        And if I happen to, hoping not to, I would pray

and hope that somebody would speak up for me,

would have a voice for me, would really hear me.

The corrective measures need to take place. The

facility itself is a facility where I built

friends and where I built family, just as those

detainees build friends and families. They build

confidants that they can share things with and

that they can be comfortable talking we each

other. So I hope and I pray that they change,

that they change.

JACOB SOBOROFF:

00:27:52:08        And final question from me, you obviously know

the detainees well inside Irwin. What would be

your message to them today?

DAWN WOOTEN:

00:28:01:16        My detainee to the message-- my message to the

detainees today would be all hope is not lost.

That things last for only a short while, but

PG.28

there is a beacon light, and there is a light at
the end of the tunnel. I apologize on behalf of
Irwin County Detention Center for what goes on
concerning them in the facility. And I understand
totally, not in that situation, but I understand
totally what it feels like to be overlooked and
neglected. Just not neglected in silence.

                    JACOB SOBOROFF:

00:28:55:11         Miss Wooten, thank you very much.

                    DAWN WOOTEN:

00:28:58:09         You're welcome. (STATIC)

                    JACOB SOBOROFF:

00:29:02:03         You okay?

                    DAWN WOOTEN:

00:29:03:10         Yes.

                    JACOB SOBOROFF:

00:29:04:07         It's not easy.

                    DAWN WOOTEN:

00:29:05:23         Unh-uh (NEGATIVE).

                    JACOB SOBOROFF:

00:29:13:14         Thank you for speaking with me.

CONFIDENTIAL
ID034514-28
NBCU000433

PG.29

DAWN WOOTEN:

00:29:15:00          You're welcome. You're welcome.

JACOB SOBOROFF:

00:29:20:25          Can I ask just before we go, I mean, this is

obviously so heavy for you. What's bringing up

the feelings that you're feeling? Is it worry

about retaliation? Is it concern for the inmates?

Is it everything?

DAWN WOOTEN:

00:29:32:13          It's everything. I h-- I have a family as well

that I provide for. This was my provisionary

method. And if I hadn't have spoken up, then I

would've continued to receive the verbal abuse

that I received inside the facility, and they

would have continued to receive the verbal and

physical abuse. Whenever you don't take care of

somebody, it's physical. That's mental. That's

mental. That's mental abuse. And it's not fair

that no individual that God c-- (FREEZE)

00:30:07:26                    (OFF-MIC CONVERSATION)

JACOB SOBOROFF:

00:30:26:26          Just because you raised it, I'm sorry to keep

CONFIDENTIAL                                      NBCU000434
ID034514-29

PG.30

going, but just because you raised it, when you

said you-- endured physical-- and mental abuse,

or you-- you, you know, you endured retaliation,

can you tell me more about who that was from?

DAWN WOOTEN:

00:30:39:01        My retaliation came at the first end of the

warden, Warden Paulk, retaliated and shifted me

to Prison. Retaliation came at the hand of my

supervisors, who wrote me up sayin' I was a no

call, no show. And it wasn't.

JACOB SOBOROFF:

00:31:04:08        You were showin' up for work.

DAWN WOOTEN:

00:31:07:01        I was sick. I had-- I had to have-- I had a

personal issue, I was sick. I had a doctor's

excuse, I was sick. I wasn't layin' out playing

golf or hooky, I was sick. I didn't ask to have

sickle cell. I didn't ask to be sick. I didn't

ask to have a low blood l-- I d-- I didn't ask--

I came to work sick.

JACOB SOBOROFF:

00:31:29:18        Are the people who retaliated against you, or who

CONFIDENTIAL

ID034514-30

PG.31

you believe retaliated against you, aware of these-- were they aware of these allegations and the complaint before the complaint was filed? Did they know about-- the so-called uterus collector doctor? Did they know about the conditions with COVID-19 in the facility?

DAWN WOOTEN:

00:31:46:09   When you talk amongst yourself inside of, everybody hears. Hearing and doing is two different things, or hearing and accepting, or hearing and responding.

JACOB SOBOROFF:

00:32:00:23   Okay, Miss Wooten, thank you very much for takin' this time.

DAWN WOOTEN:

00:32:04:05   Thank you.

JACOB SOBOROFF:

00:32:04:13   You be safe and you-- you have a good shoppin' day, all right?

DAWN WOOTEN:

00:32:07:16   Thank you.

00:32:09:02                    (OFF-MIC CONVERSATION)

CONFIDENTIAL
NBCU000436
ID034514-31

PG.32

JACOB SOBOROFF:

00:31:46:18        Dawn-- tell me about who you are, how long you've

                   worked in the Irwin County-- Detention Center?

                             DAWN WOOTEN:

00:32:39:17        I'm an LPN. I've been nursing for 11 years. I

                   started (STATIC) at Irwin in 2010. I worked for a

                   year, manager shifted. I returned in four years,

                   wanted to handle some situations with a child and

                   with school, stayed gone four years, and I

                   returned again in October of '19 until July the

                   2nd of '20.

00:33:07:02                  (OFF-MIC CONVERSATION)

                        * * *END OF TRANSCRIPT* * *

CONFIDENTIAL                                                NBCU000437
ID034514-32