Declaration of

Rachel Maddow

Exhibit 4

| | |
|---|---|
| From: | Desiderio, Kelsey (NBCUniversal) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=899F528D0C6C4446AAE024EFA8B4183B-DESIDERIO,> |
| To: | Thode, Steve (NBCUniversal); Gnazzo, Cory V (NBCUniversal, MSNBC) |
| CC: | Scholl, Christopher (NBCUniversal); Aronson, Isaac-Davy (NBCUniversal) |
| Sent: | 9/15/2020 7:40:19 PM |
| Subject: | RE: Maddow ICE whistleblower script |

Incorporated all three changes you noted below. Thanks!

---

**From:** Thode, Steve (NBCUniversal) <Steve.Thode@nbcuni.com>
**Sent:** Tuesday, September 15, 2020 7:36 PM
**To:** Gnazzo, Cory V (NBCUniversal, MSNBC) <cory.gnazzo@msnbc.com>
**Cc:** Scholl, Christopher (NBCUniversal) <christopher.scholl@nbcuni.com>; Desiderio, Kelsey (NBCUniversal) <Kelsey.Desiderio@nbcuni.com>; Aronson, Isaac-Davy (NBCUniversal) <Isaac-Davy.Aronson@nbcuni.com>
**Subject:** Re: Maddow ICE whistleblower script

Two things:

The nurse bases her complaint on what the women told her.  No medical records or direct knowledge of the procedures.
Changes noted below.

To say the allegations are "not unsubstantiated" is too strong.
These are all based on reports from other people who have spoken to the women at the facility.  "Not isolated"

Thanks

Sent from Steve's iPhone
646-703-3016


On Sep 15, 2020, at 7:07 PM, Gnazzo, Cory V (NBCUniversal, MSNBC) <cory.gnazzo@msnbc.com> wrote:

Hi,
Here is our script for the ICE whistleblower story. Rachel has not been through it yet. The first two thirds are not about this story but I'm including them so you can see them. Also, we may ask Jacob do the part at the end saying that we reached out to the doctor and the company that runs the detention center since he's the one that reached out. But we're not sure about that yet.

Thanks,
Cory

((ON CAM))
    Thanks Chris... thanks to you at home for joining us this hour.
    Happy Tuesday.
    It was not the *first* Trump administration scandal... it was certainly not the *last.*
    But in terms of *permanence*... in terms of the severity of the *damage* they have done... it is one scandal in particular that has left a *scar* on the moral fabric of this country so deep, it will never truly heal.
((VO))
    Because this is the White House that, as an order of policy... *kidnapped* immigrant children from their parents.
    As a tentpole of their immigration policy... the Trump White House forcibly *removed* children from their parents at the border... they outfitted them with *aluminum blankets* and a lump of padding that was supposed to qualify as a *mattress*... and told them to sleep on

CONFIDENTIAL

ID018914-1

NBCU000543

the floor. Alone. In federal detention. Without their moms and dads.
Thousands of children were taken from their parents by the United States government... with no plan in place on how or when to give them *back.*
((FS))
After what was a *deafening roar* of public outcry... the Trump administration eventually *stopped* the child separation policy.
Well, they *said* they stopped it.
((FS))
Since the Trump administration quote, "ended" child separations... more than a thousand more kids have been taken away from their parents at the southern border and put into U-S government custody.
Child separations are still *happening*... they are just happening in the *shadows* now.
((ON CAM))
No matter what else happens in the Trump administration -- whether it lasts four more months or four more years -- history will always remember what they did.
That foundational sin will stand alone in the history books.
But there have been some weird, almost perverse *offshoots* from that story.
We covered one of them *extensively* on this show at the time...
((VO))
about a man named Scott Lloyd, who was put in charge of the Office of Refugee Resettlement by the Trump administration.
Before his stint as a government official, Scott Lloyd was an anti-abortion activist.
Donald Trump put him in charge of the Office of Refugee Resettlement... which is supposed to provide *care* and *resources* for refugees and asylum seekers, looking for safe harbor in the United States.
((ON CAM))
Scott Lloyd was an odd choice to leed the Office of Refugee Resettlement. As an anti-abortion activist... he had no relevant experience *resettling refugees.*
But he did apply some of his former work experience to his new job.
((FS))
In 20-17, Scott Lloyd tried to uze the power of his office... to block a 17-year-old *rape victim* -- who was living alone in a shelter run by Scott Lloyd's office -- he tried to block her from obtaining an abortion,
In this country, it does not matter if you are a *refugee.* It does not matter if you are not *American.*
**Everyone** is guaranteed a constitutional right to obtain an abortion if they want one. And in this case, the 17-year-old wanted one.
((REVEAL))
But Scott Lloyd... said no.
He said *he* did not believe it was not in her best interest to have an abortion.
As the guy in *charge* of all those kids living in the custody of his office... he decided he would take it upon himself to *block* any unaccompanied minor under his purview from getting an abortion. Starting with that 17-year-old rape victim.
((FS))
In the end, that 17-year-old *sued.* She won. She had her abortion.
A court told him he had to *stop* getting in the way of the girls in his custody being able to access abortion.
((ON CAM))
And if this whole story was not *vile* enough... the lawsuit around her case turned up something, frankly, even more **heinous** about the way Scott Lloyd was running his operation, to *block* girls in O-R-R's custody from obtaining an abortion.
((FS))
The New York Times first broke the news that Scott Lloyd instructed his staff... to give him a **spreadsheet** each week, listing any unaccompanied minors who had asked for an abortion, and how far along they were in their pregnancy.
((FS))
That spreadsheet eventually became *public* thanks to a FOIA request.
And it revealed not only that Scott Lloyd was keeping tabs on every pregnant minor in his custody... *he was tracking their menstrual cycles, too*
I should tell you that he was tracking these girls' periods... **after** a court told him

CONFIDENTIAL

ID018914-2

NBCU000544

to *stop* interfering in these girls' access to abortion.
 Even after that court order... he kept tracking their periods anyway.
((ON CAM))
 And I know this is dark stuff.
 It was rough living all this the *first* time around.
 But the reason I am bringing it up again tonight... is because I think it is important *context*... for what seems to be the worst next *chapter* in this horrible story.
 And I am not going to dance around it. I am just going to say it.
((FS))
 A *nurse* who works at an ICE detention facility in Georgia has just contributed to a *whistleblower* complaint.
 She says that in her time working at the facility, the Irwin County Detention Center... she says that immigrant women
Have told her they

have been routinely sent to a gynecologist... who has performed unnecessary procedures on them, including hysterectomies.
 [pause]
((ON CAM))
 Before we go any further here, I just want to underscore that.
 The allegation here is that this federal facility... has been sending immigrant women in their care to a *doctor*... who has removed their reproductive organs for no medical reason.
 I want to read you some passages from the complaint here, which was written on behalf of that nurse, as well as some of the detainees. It was written by a an advocacy group called **Project South.**
 But I want to warn you first that it is *upsetting.*
 [pause]
 O-K.
((FS))
 From the complaint.
 Quote, "A detained immigrant told Project South that she talked to five different women detained at the Irwin County Detention Center between October and December 2019 who had a hysterectomy done. When she talked to them about the surgery, the women QUOTE, "reacted confused when explaining why they had one done."
((REVEAL))
 The detainee said quote, "When I met all these women who had had surgeries, I thought this was like an experimental concentration camp. It was like they're experimenting with our bodies."
((REVEAL))
 The nurse who contributed to this whistleblower complaint explains it like this:
 Quote, "Everybody [this doctor] sees has a hysterectomy -- just about everybody. He's even taken out the wrong ovary on a [detained immigrant woman]. She was supposed to get her left ovary removed because it had a cyst on the left ovary; he took out the right one. She was upset."
((REVEAL))
 "She had to go back to take out the left and she wound up with a total hysterectomy. She still wanted children -- so she has to go back home now and tell her husband that she can't bear kidsâ€¦ she said she was not all the way out under anesthesia and heard [the doctor] tell the nurse that he took the wrong ovary."
((REVEAL))
 [The nurse says she and her fellow nurses QUOTE], "questioned among ourselves, like, 'goodness he's taking everybody's stuff outâ€¦That's his specialty, he's the uterus collector."
((REVEAL))
 "I know that's uglyâ€¦is he collecting these things or something...Everybody he sees, he's taking all their uteruses out or he's taken their tubes out. What in the world."
((REVEAL))
 According to this nurse, this whistleblower... she alleges in this complaint that on several occasions...
Women told her

this doctor performed hysterectomies... he removed the uteruses of these refugee for no

CONFIDENTIAL

ID018914-3

NBCU000545

medical reason... without their proper informed *consent.*

She talked about it today with my colleague Jacob Soboroff.
((SOT))
WOOTEN:
the ladies would put in to see the gynecologist for whatever reason that they were wanting to be seen for, and-- they were having hysterectomies. They would come back oftentimes and question, "Why did I have to have a hysterectomy?" I didn't have an answer. I asked--
JACOB SOBOROFF: They would ask you directly?
DAWN WOOTEN:"Why would I-- why did I have to have a hysterectomy? Nobody explained this to me. I didn't know I was undergoing this." I had one lady that told me
//
that she was a young girl. If she had known that she was gonna have a hysterectomy, she wouldn't have went.
////
JACOB SOBOROFF: you're quoted in the complaint as saying, "That's his specialty. He's the uterus collector." Is that how people refer to this doctor?
DAWN WOOTEN:
That's how the detainees refer to this physician. They refer to him as-- I had a detainee that asked me, he said, "Well, what is he doin', Miss Wooten, collectin' all of our uteruses?" And I just looked at her, puzzled, 'cause I didn't have an answer.
00:11:25:08
////
WOOTEN: it's mind blowing, and it's mind-boggling. When you get in your vehicle after a 12 hour shift and you cry yourself home, and you're the only one in the vehicle asking why? What is going on? What is happening?
I don't have an answer. Why is nobody not hearing them, or taking them, so to speak, seriously? I don't have an answer. So shift after shift, then it gets to be where you don't wanna report to work because you don't have an answer. You don't have a reason, and they're gonna ask you why.
((ON CAM))
	I should tell you that these allegations from this whistleblower are not *unsubstantiated.*
Isolated complaints.

((FS))
	N-B-C News has spoken to four different *lawyers* who represent women who were detained in that federal facility in Georgia, who are making similar claims.
((REVEAL))
	According to N-B-C's reporting, one of the lawyers represents two women who were detained at the facility, who say they received hysterectomies that they believe may have been unnecessary.
((REVEAL))
	Another lawyer represents a woman who said she went to this doctor's office for an exam... the exam left her with **bruising.**
((ON CAM))
	We have reached out to the private company that *operates* the detention center. We have not heard back.
	We have also not heard back from the *Doctor* against whom these allegations have been made.
((FS))
	For its part, Immigration and Customs Enforcement refused to comment on the allegations from those *lawyers* who spoke to N-B-C News.
((FS))
	But they have released this statement tonight, in response to the allegations in the whistleblower complaint.
	Quote, "*All female ICE detainees receive routine, age-appropriate gynecological and obstetrical care, consistent with recognized community guidelines for women's health services. According to U.S. Immigration and Enforcement data, since 20-18, only two individuals at Irwin County Detention Center were referred to certified, credentialed medical professionals at gynecological and obstetrical health care facilities for hysterectomies.*"