Declaration of

Rachel Maddow

Exhibit 6