# Declaration of Chris Scholl

# Exhibit 2

| | |
|---|---|
| From: | Korona, Betsy (NBCUniversal) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=CEC756E2DB4D4D3D87C5D97A0A6DCE6A-KORONA, ELI> |
| To: | Greenberg, Richard (NBCUniversal); Scholl, Christopher (NBCUniversal); Soboroff, Jacob (NBCUniversal) |
| CC: | Heller, Alana (NBCUniversal); Heikkila, Aarne (NBCUniversal); Ainsley, Julia (NBCUniversal); Jones, Rashida (NBCUniversal) |
| Sent: | 9/15/2020 1:27:50 PM |
| Subject: | Re: BITE VERBATES |

\+ Rashida for awareness
This is also my concern

---

**From:** Richard Greenberg <Richard.Greenberg@nbcuni.com>
**Date:** Tuesday, September 15, 2020 at 1:25 PM
**To:** Christopher Scholl <christopher.scholl@nbcuni.com>, Jacob Soboroff <jacob.soboroff@nbcuni.com>
**Cc:** "Korona, Betsy (NBCUniversal)" <Betsy.Korona@nbcuni.com>, "Heller, Alana (NBCUniversal)" <Alana.Heller@nbcuni.com>, "Heikkila, Aarne (NBCUniversal)" <Aarne.Heikkila@nbcuni.com>, Julia Ainsley <julia.ainsley@nbcuni.com>
**Subject:** Re: BITE VERBATES

I share your concern, Chris.

---

**From:** Chris Scholl <christopher.scholl@nbcuni.com>
**Date:** Tuesday, September 15, 2020 at 1:24 PM
**To:** "Soboroff, Jacob (NBCUniversal)" <jacob.soboroff@nbcuni.com>
**Cc:** Betsy Korona <Betsy.Korona@nbcuni.com>, "Heller, Alana (NBCUniversal)" <Alana.Heller@nbcuni.com>, "Heikkila, Aarne (NBCUniversal)" <Aarne.Heikkila@nbcuni.com>, Julia Ainsley <julia.ainsley@nbcuni.com>, Richard Greenberg <Richard.Greenberg@nbcuni.com>
**Subject:** Re: BITE VERBATES

As I've been mulling, my concern is all we have is a public whistleblower complaint in which she provides no evidence to back up her claims. ICE makes essentially the same point, and it appears a valid one. She has no direct knowledge of what she's claiming, is unable to name the doctor involved (if I understood correctly), and we are unable to verify any of it or determine whether there really is a story here. Essentially, it boils down to a single source—with an agenda—telling us things we have no basis to believe are true. At the least, we would have to note all of that in our reporting, but then it's worth asking why we are reporting it in the first place.

I think we need more of our own independent reporting before going with this. ICE's statement alone doesn't get us there. But I'm happy to chat further.

Chris Scholl
Deputy Head of News Standards
(347) 583-1061


On Sep 15, 2020, at 1:11 PM, Soboroff, Jacob (NBCUniversal) <jacob.soboroff@nbcuni.com> wrote:

Pulling more bytes now

CONFIDENTIAL                                                                                                                                    NBCU002551

On Sep 15, 2020, at 10:10 AM, Korona, Betsy (NBCUniversal) <Betsy.Korona@nbcuni.com> wrote:

+ Richard

**From:** "Korona, Betsy (NBCUniversal)" <Betsy.Korona@nbcuni.com>
**Date:** Tuesday, September 15, 2020 at 1:08 PM
**To:** "Heller, Alana (NBCUniversal)" <Alana.Heller@nbcuni.com>, Jacob Soboroff <jacob.soboroff@nbcuni.com>, "Heikkila, Aarne (NBCUniversal)" <Aarne.Heikkila@nbcuni.com>
**Cc:** Julia Ainsley <julia.ainsley@nbcuni.com>, Christopher Scholl <christopher.scholl@nbcuni.com>
**Subject:** Re: BITE VERBATES

+ Chris Scholl

Do we have any sound that is straight up allegation?

First bite is fine

The second question and third questions Jacob I worry you seem to be agreeing with her / validating her allegation.  The second I think would be better without the question.

Chris your thoughts?

**From:** "Heller, Alana (NBCUniversal)" <Alana.Heller@nbcuni.com>
**Date:** Tuesday, September 15, 2020 at 12:59 PM
**To:** Jacob Soboroff <jacob.soboroff@nbcuni.com>, "Heikkila, Aarne (NBCUniversal)" <Aarne.Heikkila@nbcuni.com>, "Korona, Betsy (NBCUniversal)" <Betsy.Korona@nbcuni.com>
**Cc:** Julia Ainsley <julia.ainsley@nbcuni.com>
**Subject:** Re: BITE VERBATES

I worry the Otter log is going to take a while – here is the link to the full interview

https://ql.mediasilo.com/ql/5f60e3cae4b06e0fddd7f463
pw: nn0915

+ Betsy for awareness on this thread as well

**From:** "Soboroff, Jacob (NBCUniversal)" <jacob.soboroff@nbcuni.com>
**Date:** Tuesday, September 15, 2020 at 12:47 PM
**To:** "Heller, Alana (NBCUniversal)" <Alana.Heller@nbcuni.com>, "Heikkila, Aarne (NBCUniversal)" <Aarne.Heikkila@nbcuni.com>
**Cc:** "Ainsley, Julia (NBCUniversal)" <julia.ainsley@nbcuni.com>
**Subject:** Re: BITE VERBATES

Thanks. Adding Julia. Once we get the full transcript please reply all here.

**From:** "Heller, Alana (NBCUniversal)" <Alana.Heller@nbcuni.com>
**Date:** Tuesday, September 15, 2020 at 9:44 AM
**To:** "Soboroff, Jacob (NBCUniversal)" <jacob.soboroff@nbcuni.com>, "Heikkila, Aarne (NBCUniversal)" <Aarne.Heikkila@nbcuni.com>
**Subject:** RE: BITE VERBATES

+ Aarne

CONFIDENTIAL NBCU002552

**From:** Heller, Alana (NBCUniversal)
**Sent:** Tuesday, September 15, 2020 12:42 PM
**To:** Soboroff, Jacob (NBCUniversal) <jacob.soboroff@nbcuni.com>
**Subject:** BITE VERBATES

*All from the three shot*

**"Uterus collector"**
10:54
Jacob: You're quoted in the complaint as saying "that's his specialty he's the uterus collector" – is that how people refer to this doctor?

11:03
Dawn: That's how the detainees refer to this physician…they refer to him as…I had a detainee that asked me she said what is he doing ms wooten collecting all of our uteruses…and I just looked at her puzzled because I didn't have an answer

==11:26==
==Jacob: I almost don't know what to say hearing you describe this as a nurse giving care to these inmates…how do you process this…what is this like?==

==11:40==
==Dawn: You…you're in awe because you don't have a valid answer for them…I don't have a valid answer for them…==I didn't accompany them on the procedures and it's mind blowing and its mindboggling when you get in your vehicle after a twelve hour shift and you cry yourself home and you're the only one in the vehicle asking why what is going on…what is happening…um I don't have an answer…why is nobody not hearing them…or taking them so to speak…seriously…I don't have an answer so shift after shift then it gets to be where you don't want to report the work because you don't have an answer…you don't have a reason and they're gonna ask you why
---

**Crying bite**
27:52
Jacob: And final question from me…you obviously know the detainees well inside Irwin…what would be your message to them today?

28:00
Dawn: …my message to the detainees today would be our hope is not lost that things last for only a short while but there is a beacon lining and theres a light at the end of the tunnel…I apologize on behalf of the Irwin County Detention Center for what goes on concerning in the facility [starts crying]

28:40
Dawn: and I understand totally not in that situation but I understand totally what it feels like to be overlooked and neglected…just not neglected in silence

28:57
Jacob: Ms Wooten thank you very much
Dawn: You're welcome [Wiping tears]
Jacob: You okay?
Dawn: Mhmm
Jacob: It's not easy [Dawn shaking her head]
Jacob: Thank you for speaking with me
Dawn: You're welcome

CONFIDENTIAL                                                                                                                                     NBCU002553