Declaration of Chris Scholl

Exhibit 3

| | |
|---|---|
| **From:** | Ainsley, Julia (NBCUniversal) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=221024A047BF4ED392DE179538C67F7D-AINSLEY, JU> |
| **To:** | Korona, Betsy (NBCUniversal); Soboroff, Jacob (NBCUniversal); Scholl, Christopher (NBCUniversal) |
| **CC:** | Heller, Alana (NBCUniversal); Heikkila, Aarne (NBCUniversal); Greenberg, Richard (NBCUniversal) |
| **Sent:** | 9/15/2020 2:57:20 PM |
| **Subject:** | Re: BITE VERBATES |

I've reached out to ICE for another statement on these newer allegations about the doctor. If we could get this approved for an NCX note, I think it would provide a lot for shows to work off of. Then Jacob can add his video when it is ready.

**From:** Korona, Betsy (NBCUniversal) <Betsy.Korona@nbcuni.com>
**Sent:** Tuesday, September 15, 2020 2:52 PM
**To:** Soboroff, Jacob (NBCUniversal) <jacob.soboroff@nbcuni.com>; Ainsley, Julia (NBCUniversal) <julia.ainsley@nbcuni.com>; Scholl, Christopher (NBCUniversal) <christopher.scholl@nbcuni.com>
**Cc:** Heller, Alana (NBCUniversal) <Alana.Heller@nbcuni.com>; Heikkila, Aarne (NBCUniversal) <Aarne.Heikkila@nbcuni.com>; Greenberg, Richard (NBCUniversal) <Richard.Greenberg@nbcuni.com>
**Subject:** Re: BITE VERBATES

This does feel like a much fuller picture.

**From:** Jacob Soboroff <jacob.soboroff@nbcuni.com>
**Date:** Tuesday, September 15, 2020 at 2:51 PM
**To:** Julia Ainsley <julia.ainsley@nbcuni.com>, Christopher Scholl <christopher.scholl@nbcuni.com>
**Cc:** "Korona, Betsy (NBCUniversal)" <Betsy.Korona@nbcuni.com>, "Heller, Alana (NBCUniversal)" <Alana.Heller@nbcuni.com>, "Heikkila, Aarne (NBCUniversal)" <Aarne.Heikkila@nbcuni.com>, Richard Greenberg <Richard.Greenberg@nbcuni.com>
**Subject:** Re: BITE VERBATES

Just spoke with Chris who says we can go ahead and cut the clip but we will HOLD until reportable while this is being reviewed. Aarne is on it.

**From:** Julia Ainsley <julia.ainsley@nbcuni.com>
**Date:** Tuesday, September 15, 2020 at 11:45 AM
**To:** "Scholl, Christopher (NBCUniversal)" <christopher.scholl@nbcuni.com>
**Cc:** "Soboroff, Jacob (NBCUniversal)" <jacob.soboroff@nbcuni.com>, "Korona, Betsy (NBCUniversal)" <Betsy.Korona@nbcuni.com>, "Heller, Alana (NBCUniversal)" <Alana.Heller@nbcuni.com>, "Heikkila, Aarne (NBCUniversal)" <Aarne.Heikkila@nbcuni.com>, "Greenberg, Richard (NBCUniversal)" <Richard.Greenberg@nbcuni.com>
**Subject:** Re: BITE VERBATES

Here's where we are, I'm leading with what we have that is new.

A nurse from an ICE detention center in Irwin County, Georgia and four lawyers representing clients there are claiming that immigrant women are routinely being sent to a gynecologist who has left them bruised and performed unnecessary procedures, including hysterectomies.

The doctor, who three lawyers identified as Dr. Mahendra Amin, practicing in Douglas, Georgia has continued to see women from the Irwin County Detention Center for the past several years despite complaints from his patients.

CONFIDENTIAL
NBCU002606

"Two to three years ago, I had a face-to-face conversation with (someone in management.) I was so disturbed. I begged her to get my client treatment with a different doctor. I told her I had heard from multiple people that he was rough, that they were scared to go to him, that they didn't understand what he was doing," said Elizabeth Mathren, who represented several women through her work with the Southern Poverty Law Center beginning in 2017.

Mathren she had at least one client report bruising after being examined by Amin.

But Mathren immigrant women have continually been sent to Amin, despite concerns. The facility is privately contracted by LaSalle Corrections. A company spokesperson did not respond to a request for comment by NBC News.

Reached for comment by NBC News, a receptionist for Dr. Amin hung up the phone.

Benjamin Osorio, another lawyer representing women in the Irwin County facility, said two of his clients received hysterectomies without given proper screening.

One of the women, who is of child bearing age, was told she needed to have a hysterectomy after Amin found ovarian cysts. She was advised that they were cancerous, but was not given a biopsy, Osorio said.

Another lawyer, Sarah Owings, said she has hear of many women who are told they have ovarian cysts that need to be removed or drained.

"I don't think this is necessarily a systemic sterilization by ICE I think this is the kind of thing that is allowed to flourish in the course of poor oversight and terrible, inhumane conditions of confinement," said Owings.

The lawyers began sharing their clients' stories after a whistleblower complaint to the Inspector General for the Department of Homeland Security was filed by Dawn Wooten, who worked as a nurse inside the facility complained that detainees were not getting proper medical care. Wooten said some of her patients told her they were afraid to go to a doctor they called the "uterus collector," according to the complaint.

In an interview with NBC News, Wooten said, "I had a detainee that asked me, she said, 'What is he doing Ms. Wooten, collecting all of our uteruses?' And I just looked at her puzzled because I didn't have an answer."

In a statement responding to Wooten's allegations, a spokesperson for ICE said, "U.S. Immigration and Customs Enforcement (ICE) does not comment on matters presented to the Office of the Inspector General, which provides independent oversight and accountability within the U.S. Department of Homeland Security. ICE takes all allegations seriously and defers to the OIG regarding any potential investigation and/or results. That said, in general, anonymous, unproven allegations, made without any fact-checkable specifics, should be treated with the appropriate skepticism they deserve."

---

**From:** Scholl, Christopher (NBCUniversal) <christopher.scholl@nbcuni.com>
**Sent:** Tuesday, September 15, 2020 2:13 PM
**To:** Ainsley, Julia (NBCUniversal) <julia.ainsley@nbcuni.com>
**Cc:** Soboroff, Jacob (NBCUniversal) <jacob.soboroff@nbcuni.com>; Korona, Betsy (NBCUniversal) <Betsy.Korona@nbcuni.com>; Heller, Alana (NBCUniversal) <Alana.Heller@nbcuni.com>; Heikkila, Aarne (NBCUniversal) <Aarne.Heikkila@nbcuni.com>; Greenberg, Richard (NBCUniversal) <Richard.Greenberg@nbcuni.com>
**Subject:** Re: BITE VERBATES

OK please share with us before putting in NCX.

Chris Scholl
Deputy Head of News Standards
(347) 583-1061


On Sep 15, 2020, at 2:11 PM, Ainsley, Julia (NBCUniversal) <julia.ainsley@nbcuni.com> wrote:

Jacob and I just got a lot of information, including specific allegations of abuse and the name of the doctor. I'm going to start writing it up.

**From:** Soboroff, Jacob (NBCUniversal) <jacob.soboroff@nbcuni.com>
**Sent:** Tuesday, September 15, 2020 1:29 PM
**To:** Ainsley, Julia (NBCUniversal) <julia.ainsley@nbcuni.com>
**Cc:** Scholl, Christopher (NBCUniversal) <christopher.scholl@nbcuni.com>; Korona, Betsy (NBCUniversal) <Betsy.Korona@nbcuni.com>; Heller, Alana (NBCUniversal) <Alana.Heller@nbcuni.com>; Heikkila, Aarne (NBCUniversal) <Aarne.Heikkila@nbcuni.com>; Greenberg, Richard (NBCUniversal) <Richard.Greenberg@nbcuni.com>
**Subject:** Re: BITE VERBATES

We have further leads on potential women who saw the doctor and lawyers who know who the doctor is. Back to you soonest.



On Sep 15, 2020, at 10:28 AM, Soboroff, Jacob (NBCUniversal) <jacob.soboroff@nbcuni.com> wrote:

Ok. Will circle back when we have more.



On Sep 15, 2020, at 10:26 AM, Ainsley, Julia (NBCUniversal) <julia.ainsley@nbcuni.com> wrote:

Thank you, Chris. For what it's worth, I just had an off the record convo with ICE and they said they are working on getting us data on the number of hysterectomies performed at this facility. They believe that data will negate her claims. But they haven't given me an ETA, just that they're working as fast as they can.

**From:** Scholl, Christopher (NBCUniversal) <christopher.scholl@nbcuni.com>
**Sent:** Tuesday, September 15, 2020 1:24 PM
**To:** Soboroff, Jacob (NBCUniversal) <jacob.soboroff@nbcuni.com>
**Cc:** Korona, Betsy (NBCUniversal) <Betsy.Korona@nbcuni.com>; Heller, Alana (NBCUniversal) <Alana.Heller@nbcuni.com>; Heikkila, Aarne (NBCUniversal) <Aarne.Heikkila@nbcuni.com>; Ainsley, Julia (NBCUniversal) <julia.ainsley@nbcuni.com>; Greenberg, Richard (NBCUniversal) <Richard.Greenberg@nbcuni.com>
**Subject:** Re: BITE VERBATES

As I've been mulling, my concern is all we have is a public whistleblower complaint in which she provides no evidence to back up her claims. ICE makes essentially the same point, and it appears a valid one. She has no direct knowledge of what she's claiming, is

CONFIDENTIAL                                                                                                                                                    NBCU002608

unable to name the doctor involved (if I understood correctly), and we are unable to verify any of it or determine whether there really is a story here. Essentially, it boils down to a single source—with an agenda—telling us things we have no basis to believe are true. At the least, we would have to note all of that in our reporting, but then it's worth asking why we are reporting it in the first place.

I think we need more of our own independent reporting before going with this. ICE's statement alone doesn't get us there. But I'm happy to chat further.

Chris Scholl
Deputy Head of News Standards
(347) 583-1061


On Sep 15, 2020, at 1:11 PM, Soboroff, Jacob (NBCUniversal) <jacob.soboroff@nbcuni.com> wrote:

Pulling more bytes now


On Sep 15, 2020, at 10:10 AM, Korona, Betsy (NBCUniversal) <Betsy.Korona@nbcuni.com> wrote:

+ Richard

---

**From:** "Korona, Betsy (NBCUniversal)" <Betsy.Korona@nbcuni.com>
**Date:** Tuesday, September 15, 2020 at 1:08 PM
**To:** "Heller, Alana (NBCUniversal)" <Alana.Heller@nbcuni.com>, Jacob Soboroff <jacob.soboroff@nbcuni.com>, "Heikkila, Aarne (NBCUniversal)" <Aarne.Heikkila@nbcuni.com>
**Cc:** Julia Ainsley <julia.ainsley@nbcuni.com>, Christopher Scholl <christopher.scholl@nbcuni.com>
**Subject:** Re: BITE VERBATES

+ Chris Scholl

Do we have any sound that is straight up allegation?

First bite is fine


The second question and third questions Jacob I worry you seem to be agreeing with her / validating her allegation.  The second I think would be better without the question.

Chris your thoughts?

---

**From:** "Heller, Alana (NBCUniversal)" <Alana.Heller@nbcuni.com>
**Date:** Tuesday, September 15, 2020 at 12:59 PM
**To:** Jacob Soboroff <jacob.soboroff@nbcuni.com>, "Heikkila, Aarne (NBCUniversal)" <Aarne.Heikkila@nbcuni.com>, "Korona, Betsy (NBCUniversal)" <Betsy.Korona@nbcuni.com>
**Cc:** Julia Ainsley <julia.ainsley@nbcuni.com>
**Subject:** Re: BITE VERBATES

CONFIDENTIAL

I worry the Otter log is going to take a while – here is the link to the full interview

https://ql.mediasilo.com/ql/5f60e3cae4b06e0fddd7f463
pw: nn0915

+ Betsy for awareness on this thread as well

---

**From:** "Soboroff, Jacob (NBCUniversal)" <jacob.soboroff@nbcuni.com>
**Date:** Tuesday, September 15, 2020 at 12:47 PM
**To:** "Heller, Alana (NBCUniversal)" <Alana.Heller@nbcuni.com>, "Heikkila, Aarne (NBCUniversal)" <Aarne.Heikkila@nbcuni.com>
**Cc:** "Ainsley, Julia (NBCUniversal)" <julia.ainsley@nbcuni.com>
**Subject:** Re: BITE VERBATES

Thanks. Adding Julia. Once we get the full transcript please reply all here.

---

**From:** "Heller, Alana (NBCUniversal)" <Alana.Heller@nbcuni.com>
**Date:** Tuesday, September 15, 2020 at 9:44 AM
**To:** "Soboroff, Jacob (NBCUniversal)" <jacob.soboroff@nbcuni.com>, "Heikkila, Aarne (NBCUniversal)" <Aarne.Heikkila@nbcuni.com>
**Subject:** RE: BITE VERBATES

+ Aarne

---

**From:** Heller, Alana (NBCUniversal)
**Sent:** Tuesday, September 15, 2020 12:42 PM
**To:** Soboroff, Jacob (NBCUniversal) <jacob.soboroff@nbcuni.com>
**Subject:** BITE VERBATES

*All from the three shot*

**"Uterus collector"**
10:54
Jacob: You're quoted in the complaint as saying "that's his specialty he's the uterus collector" – is that how people refer to this doctor?

11:03
Dawn: That's how the detainees refer to this physician…they refer to him as…I had a detainee that asked me she said what is he doing ms wooten collecting all of our uteruses…and I just looked at her puzzled because I didn't have an answer

~~11:26~~
~~Jacob: I almost don't know what to say hearing you describe this as a nurse giving care to these inmates…how do you process this…what is this like?~~

~~11:40~~
~~Dawn: You…you're in awe because you don't have a valid answer for them…I don't have a valid answer for them…~~I didn't accompany them on the procedures and it's mind blowing and its mindboggling when you get in your vehicle after a twelve hour shift and you cry yourself home and you're the only one in the vehicle asking why what is going on…what is happening…um I don't have an answer…why is nobody not hearing them…or taking them so to speak…seriously…I don't have an answer so shift after shift then it gets to be where you don't want to report the work because you don't have an answer…you don't have a reason and they're gonna ask you why
---

**Crying bite**
27:52
Jacob: And final question from me…you obviously know the detainees well inside Irwin…what would be your message to them today?

CONFIDENTIAL
NBCU002610

28:00
Dawn: …my message to the detainees today would be our hope is not lost that things last for only a short while but there is a beacon lining and theres a light at the end of the tunnel…I apologize on behalf of the Irwin County Detention Center for what goes on concerning in the facility [starts crying]

28:40
Dawn: and I understand totally not in that situation but I understand totally what it feels like to be overlooked and neglected…just not neglected in silence

28:57
Jacob: Ms Wooten thank you very much
Dawn: You're welcome [Wiping tears]
Jacob: You okay?
Dawn: Mhmm
Jacob: It's not easy [Dawn shaking her head]
Jacob: Thank you for speaking with me
Dawn: You're welcome

CONFIDENTIAL  NBCU002611