Declaration of Chris Scholl

Exhibit 10

| | |
|---|---|
| **From:** | Scholl, Christopher (NBCUniversal) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=91C8D1F73DD14AB381E7F0F2D1444C49-SCHOLL, CHR> |
| **To:** | @MSNBC Primetime EPs |
| **CC:** | Thode, Steve (NBCUniversal) |
| **Sent:** | 9/15/2020 6:48:28 PM |
| **Subject:** | ICE scripts |

If you plan on reporting the ICE story from Jacob Soboroff and Julia Ainsley, please send scripts to me (or Steve Thode after 7). Here is existing guidance:

STANDARDS GUIDANCE: Note when reporting this story that we have reached out to the company (LaSalle Corrections) and have not received a response, and reflect ICE's statement. Also, note that we reached out to Dr. Amin.
Remember: these are allegations--not established facts--relayed to us by attorneys, not the women directly. Our reporting needs to reflect that.

Chris Scholl
Deputy Head of News Standards
(347) 583-1061

CONFIDENTIAL