Declaration of Chris Scholl

Exhibit 11

| | |
|---|---|
| From: | Scholl, Christopher (NBCUniversal) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=91C8D1F73DD14AB381E7F0F2D1444C49-SCHOLL, CHR> |
| To: | clhprivate |
| CC: | Horgan, Denis (NBCUniversal); O'Melia, Brendan (NBCUniversal, MSNBC); Cone, Tina (NBCUniversal, MSNBC); Jabaji, Rawan (NBCUniversal); Sternlicht, David (NBCUniversal) |
| Sent: | 9/17/2020 2:45:25 PM |
| Subject: | Re: [EXTERNAL] Just an important update to yesteday's convo on Amin |

Thanks, Chris. No, I had not read that complaint and thanks for sharing it.

Chris Scholl
Deputy Head of News Standards
(347) 583-1061

On Sep 17, 2020, at 2:20 PM, clhprivate <clhprivate@gmail.com> wrote:

Hey Chris:

Just wanted to follow up on our convo. As I noted, Amin and his partners at the ICH hospital facility settled with DOJ in 2015 for $500,000 pursuant to a private right of action False Claims Act complaint by people who worked in his facility. You had said yesterday you didn't think that was germane to the allegations here, but I'm not sure if you've read the 2013 complaint that initiated the investigation and subsequent settlement.

(I summarized a bunch here)

What is being alleged is that Amin basically has the nurses running a facility with no doctors present and instead standing orders to bill Medicaid for the maximum amount allowable for every patient they see. This translates into *tons of unnecessary medical procedures for pregnant women*. Including sonograms every single time a pregnant woman comes in! (Having gone through three pregnancies with Kate I know how wildly anomalous that is!)

Obviously that doesn't prove anything one way or the other about the latest set of allegations, but it's clearly relevant at least as context that we already have him settling a case in which he was accused of doing unnecessary procedures on women and is currently being accused of doing unnecessary procedures on women.