Declaration of Chris Scholl

Exhibit 13

| | |
|---|---|
| **From:** | Soboroff, Jacob (NBCUniversal) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=F32886B337664044A8860C5D9D76EEBD-SOBOROFF, J> |
| **To:** | Scholl, Christopher (NBCUniversal) |
| **CC:** | Ainsley, Julia (NBCUniversal); Schone, Mark (NBCUniversal); Thode, Steve (NBCUniversal) |
| **Sent:** | 9/15/2020 8:12:05 PM |
| **Subject:** | Re: ICE statement |

All good

On Sep 15, 2020, at 5:08 PM, Scholl, Christopher (NBCUniversal) <christopher.scholl@nbcuni.com> wrote:

Understood. Ordinarily, I'd agree, but let's not do it here.
Thanks, Jacob.

Chris Scholl
Deputy Head of News Standards
(347) 583-1061

On Sep 15, 2020, at 8:06 PM, Soboroff, Jacob (NBCUniversal) <jacob.soboroff@nbcuni.com> wrote:

That's fine I always prefer to credit other reporters if they break first. I did so on Twitter we don't have to do in article. Other reporters have asked or get upset in that circumstance. But not necessary

On Sep 15, 2020, at 5:04 PM, Scholl, Christopher (NBCUniversal) <christopher.scholl@nbcuni.com> wrote:

May I ask why? I'm concerned that by doing so we will implicitly suggest the accusations against him have merit (giving Prism credit for essentially "outing" him), when we don't know the allegations are true and his attorney vehemently denies them. I prefer we not do this, but we can discuss offline if you feel strongly about it.

Chris Scholl
Deputy Head of News Standards
(347) 583-1061

On Sep 15, 2020, at 7:57 PM, Soboroff, Jacob (NBCUniversal) <jacob.soboroff@nbcuni.com> wrote:

Would also like to add, please, that Prism first reported identify of doctor (not long before we did) https://www.prismreports.org/article/2020/9/15/exclusive-georgia-doctor-who-forcibly-sterilized-detained-women-has-been-identified

On Sep 15, 2020, at 4:52 PM, Scholl, Christopher (NBCUniversal) <christopher.scholl@nbcuni.com> wrote:

Please do (and especially we need to get that Twitter comment from the lawyer included until we can speak to him ourselves).
Adding my colleague, Steve.
Thanks.

Chris Scholl

CONFIDENTIAL NBCU002994

Deputy Head of News Standards
(347) 583-1061

On Sep 15, 2020, at 7:35 PM, Soboroff, Jacob (NBCUniversal) <jacob.soboroff@nbcuni.com> wrote:

Statement from La Salle below. Can we update to include? Bolded what I think is relevant.

Also just seeing this statement from the doctors lawyer but I called again and got the machine

https://twitter.com/aflores/status/1306010045767966720?s=21

Good evening Jacob,

Unfortunately, I must defer public comment at this time. Company policy prohibits comment during pending administrative reviews and/or litigation. I can say that LaSalle Corrections is firmly committed to the health and welfare of those in our care. We are deeply committed to delivering high-quality, culturally responsive services in safe and humane environments. Also, preventing and addressing infectious diseases to protect the health of those who reside and work in our facilities is a key part of our facility operations. These measures are guided by the standards set by U.S. Immigration and Customs Enforcement (ICE) and other government partners, including the Performance-Based National Detention Standards, which include a range of standards for the management of infectious diseases. Frequent audits verify that Irwin County Detention Center (ICDC) closely adheres to these protocols.

**LaSalle Corrections has a strict zero tolerance policy for any kind of inappropriate behavior in our facilities and takes all allegations of such mistreatment seriously. Our company strongly refutes these allegations and any implications of misconduct at the ICDC.**

As this pandemic continues, we want to continue acknowledging the tremendous work that our employees are doing each day to protect the health and safety of the men and women in our care. They're heroes on the front lines of this fight, often putting their own safety on the line to help others. They deserve our utmost respect and admiration and their tremendous efforts should not be minimized by the false allegations of others who seek to use a national crisis to achieve long-held political objectives.

Thanks

On Sep 15, 2020, at 4:29 PM, Scholl, Christopher (NBCUniversal) <christopher.scholl@nbcuni.com> wrote:

No, but please post in NCX if you haven't already.
Many shows and platforms interested in this story.

Chris Scholl

CONFIDENTIAL                                                                                                          NBCU002995

Deputy Head of News Standards
(347) 583-1061

On Sep 15, 2020, at 7:17 PM, Ainsley, Julia (NBCUniversal) <julia.ainsley@nbcuni.com> wrote:

Statement below. Thanks all. Any more Qs for us?

Sent from my iPhone

Begin forwarded message:

**From:** "Burke, Jenny" <Jenny.Burke@ice.dhs.gov>
**Date:** September 15, 2020 at 7:07:15 PM EDT
**To:** "Ainsley, Julia (NBCUniversal)" <julia.ainsley@nbcuni.com>
**Subject: [EXTERNAL]**


**STATEMENT FROM DR. ADA RIVERA, Medical Director of the ICE Health Service Corps (IHSC):**

The accusations will be fully investigated by an independent office, however, ICE vehemently disputes the implication that detainees are used for experimental medical procedures.  ICE's mission is to protect the homeland and to swiftly and quickly remove people from the country; the health, welfare and safety of ICE detainees is one of the agency's highest priorities, any assertion or claim to the contrary is false and intentionally misleading.

All female ICE detainees receive routine, age-appropriate gynecological and obstetrical health care, consistent with recognized community guidelines for women's health services. According to U.S. Immigration and Enforcement (ICE) data, since 2018, only two individuals at Irwin County Detention Center were referred to certified, credentialed medical professionals at gynecological and obstetrical health care facilities for hysterectomies in compliance with National Commission on Correctional Health Care (NCCHC) standards. Based on their evaluations, these specialists recommended hysterectomies. These recommendations were reviewed by the facility clinical authority and approved.

To be clear, medical care decisions concerning detainees are made by medical personnel, not by law enforcement personnel. Detainees are afforded informed consent, and a medical procedure like a hysterectomy would never be performed against a detainee's will.

All medical professionals certainly have a duty to report any issues of concern through appropriate channels, such as making a report to the Department of Homeland Security Office of Inspector General (OIG); however, it is unfortunate that those involved in this report have chosen to first go to the media with their allegations, without allowing the government to examine or take appropriate action.

Out of respect for the process of matters pending before the OIG, ICE does not comment prematurely on reported allegations, and ICE intends to fully cooperate with any resulting investigation by the OIG.

**ON BACKGROUND**
Regarding the approval process:
1. Detainee presents with a medical concern and is evaluated at the facility by the provider
2. Detainee is referred to an offsite specialist (OB/GYN in this case)
3. Based on examination findings, surgical procedure (i.e. hysterectomy) is recommended by an OB/GYN specialist
4. Facility submits a MedPAR request (if IGSA) referral request in eCW (if IHSC staffed facility)

5. All surgeries with the exception of ORIF require review/approval of the Regional Clinical Director
6. Global surgical procedure (GSP) codes are confirmed with the provider and, if approved, the MedPAR or referral request is approved.
7. Surgery is scheduled and pending consent of the detainee, the procedure is performed


Sent with BlackBerry Work
(www.blackberry.com)