**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | Case No. 5:21-cv-00056-LGW-BWC |

**DEFENDANT NBCUNIVERAL MEDIA, LLC'S**
**NOTICE OF FILING ELECTRONIC MEDIA**

PLEASE TAKE NOTE that Defendant NBCUniversal Media, LLC ("NBCU") has filed the following documents on compact disc (CD):

- Declaration of Chris Hayes Exhibit 1: Video, September 15, 2020 episode of *All In with Chris Hayes*, Bates-numbered NBCU001761;

- Declaration of Chris Hayes Exhibit 4: Video, September 17, 2020 episode *All In with Chris Hayes*, Bates-numbered NBCU001762;

- Declaration of Nicolle Wallace Exhibit 7: Video, September 15, 2020 episode of *Deadline: White House*, Bates-numbered NBCU001763;

- Declaration of Rachel Maddow Exhibit 6: Video, September 15, 2020 episode of *The Rachel Maddow Show,* Bates-numbered NBCU001764.

A copy of this CD has been mailed to the Court and to Plaintiff's counsel.

Respectfully submitted,

December 19, 2023

| | |
|---|---|
| *s/ Cynthia L. Counts* | *s/ Elizabeth A. McNamara* |
| Cynthia L. Counts | Elizabeth A. McNamara (*pro hac vice*) |
| Georgia Bar No. 190280 | Amanda B. Levine (*pro hac vice*) |
| FISHERBROYLES, LLP | Leena Charlton (*pro hac vice*) |
| 945 East Paces Ferry Rd. NE, Suite 2000 | DAVIS WRIGHT TREMAINE LLP |
| Atlanta, GA 30326 | 1251 Avenue of the Americas, 21st Floor |
| (404) 550-6233 | New York, NY 10020-1104 |
| cynthia.counts@fisherbroyles.com | Tel: (212) 489-8230 |
| | lizmcnamara@dwt.com |
| | amandalevine@dwt.com |
| | leenacharlton@dwt.com |
| | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 19th day of December, 2023, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system.

*Elizabeth A. McNamara*
Elizabeth A. McNamara (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Tel: (212) 489-8230
lizmcnamara@dwt.com
*Attorneys for Defendant*
