**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

DR. MAHENDRA AMIN, M.D.,

             Plaintiff,

    v.

NBCUNIVERSAL MEDIA, LLC,

             Defendant.

Case No. 5:21-cv-00056-LGW-BWC

**DECLARATION OF ELIZABETH A. MCNAMARA IN SUPPORT OF NBCU'S MOTION FOR SUMMARY JUDGMENT**

I, Elizabeth A. McNamara, being of lawful age and otherwise competent to testify in a court of law, hereby declare pursuant to 28 U.S.C. §1746 and under penalty of perjury that the following is true and correct:

1.    I am a partner at Davis Wright Tremaine LLP, counsel for Defendant NBCUniversal Medial, LLC ("NBCU"). I make this declaration in support of the foregoing Defendant's Motion for Summary Judgment and for the limited purpose of attaching documents relevant to that Motion.

2.    Annexed hereto as **Exhibit 1** is a true and correct copy of a chart of the 33 challenged statements from the MSNBC News Reports.

3.    Annexed hereto as **Exhibit 2** is a true and correct copy of the Whistleblower Complaint, bates stamped NBCU001536.

4.    Annexed hereto as **Exhibit 3** is a true and correct copy of the excerpts of the deposition testimony of plaintiff, Dr. Mahendra Amin.

5.      Annexed hereto as **Exhibit 4** are true and correct copy of emails from Project South forwarding the Complaint, dated September 14, 2020, bates stamped PROJECT SOUTH 000211-214.

6.      Annexed hereto as **Exhibit 5** is a true and correct copy of a confirmation of receipt of the Whistleblower Complaint by United States Immigration and Customs Enforcement ("ICE"), bates stamped ICE_0015096-98;

7.      Annexed hereto as **Exhibit 6** is a true and correct copy of a Department of Homeland Security ("DHS") memorandum, dated September 12, 2022, bates stamped DHS000034-39.

8.      Annexed hereto as **Exhibit 7** is a true and correct copy of the excerpts of deposition testimony of Warden David Paulk, warden of Irwin County Detention Center ("ICDC") at the time of the Whistleblower Complaint.

9.      Annexed hereto as **Exhibit 8** is a true and correct copy of an email from Warden Paulk to ICE, dated September 15, 2020, bates stamped ICE-0014699.

10.     Annexed hereto as **Exhibit 9** is a true and correct copy of an email sent from Dr. Amin's counsel on October 6, 2020, to Dawn Wooten and Project South, bates stamped AMIN_0011982.

11.     Annexed hereto as **Exhibit 10** is a true and correct copy of Project South's response to the October 6 letter, dated October 12, 2020, bates stamped AMIN_0011979.

12.     Annexed hereto as **Exhibit 11** is a true and correct copy of a news report by the *Associated Press* titled "Nurse questions medical care, operations on detainees at immigration jail in Georgia"*,* dated September 14, 2020.

13.      Annexed hereto as **Exhibit 12** is a true and correct copy of a news report by *Law & Crime* titled "Like an Experimental Concentration Camp': Whistleblower Complaint Alleges Mass Hysterectomies at ICE Detention Center," dated September 14, 2020, bates stamped NBCU001568.

14.      Annexed hereto as **Exhibit 13** is a true and correct copy of a news report by *Law360* titled "Whistleblower Reports Poor Medical Care at Ga. ICE Facility," dated September 14, 2020, bates stamped NBCU001606.

15.      Annexed hereto as **Exhibit 14** is a true and correct copy of a news report by *Daily Beast* titled, "ICE Whistleblower Complaint Alleges 'Uterus Collector' Doctor Performed Mass Hysterectomies," dated September 14, 2020, bates stamped NBCU001933.

16.      Annexed hereto as **Exhibit 15** is a true and correct copy of a news report by *VICE* titled, "Staggering Number of Hysterectomies Happening at ICE Facility, Whistleblower Says," dated September 14, 2020, bates stamped NBCU001583.

17.      Annexed hereto as **Exhibit 16** is a true and correct copy of a news report by *Business Insider* titled, "A Whistleblower is Accusing Doctors at an ICE Detention Center of Surgically Removing The Wombs of Immigrant Women," dated September 14, 2020, bates stamped NBCU001590.

18.      Annexed hereto as **Exhibit 17** is a true and correct copy of a news report by *The Guardian* titled, "ICE Detainees Faced Medical Neglect and Hysterectomies, Whistleblower Alleges," dated September 14, 2020, bates stamped NBCU001601.

19.      Annexed hereto as **Exhibit 18** is a true and correct copy of a news report by the *Atlanta Journal Constitution* titled, "Whistleblower Blasts Georgia Immigration Detention Center's Covid-19 Response," dated September 14, 2020, bates stamped NBCU001926.

20.     Annexed hereto as **Exhibit 19** is a true and correct copy of excerpts of the deposition of Maria Nito.

21.     Annexed hereto as **Exhibit 20** is a true and correct copy of a news report by CBS News titled, "Questionable Hysterectomies and Shoddy Covid Care Alleged at Georgia Immigration Detention Center," dated September 15, 2020, bates stamped NBCU001613.

22.     Annexed hereto as **Exhibit 21** is a true and correct copy of a news report by *Forbes* titled, "Pelosi Calls for Investigation Into Claims of ass Hysterectomies, Poor Covid-19 Care at Ice Detention Center," dated September 15, 2020, bates stamped NBCU001645.

23.     Annexed hereto as **Exhibit 22** is a true and correct copy of a news report by *Prism* titled, "Exclusive: Georgia doctor who forcibly sterilized detained women has been identified," dated September 15, 2020, bates stamped NBCU001501.

24.     Annexed hereto as **Exhibit 23** is a true and correct copy of a news report by *The Intercept* titled, "'He Just Empties You All Out': Whistleblower Reports High Number of Hysterectomies at ICE Detention Facility," dated September 15, 2020, bates stamped NBCU001619.

25.     Annexed hereto as **Exhibit 24** is a true and correct copy a news report by *UPI.com* titled, "Complaints Allege Neglect, Sterilization at Georgia Migrant Facility," dated September 15, 2020, bates stamped NBCU001563.

26.     Annexed hereto as **Exhibit 25** is a true and correct copy of a news report by *The Augusta Chronicle* titled, "Nurse: Questionable Hysterectomies Performed at Georgia Immigration Jail," dated September 15, 2020, bates stamped NBCU001658.

27.     Annexed hereto as **Exhibit 26** is a true and correct copy of the *Associated Press* article re-published by NBCU News on September 15, 2020, bates stamped NBCU003171.

28.     Annexed hereto as **Exhibit 27** is a true and correct copy of a news report by *The Hill* titled, "Whistleblower Complaint Alleges Widespread Abuse on Migrant Detainees," dated September 15, 2020, bates stamped NBCU001642.

29.     Annexed hereto as **Exhibit 28** is a true and correct copy of a news report by *Huff Post* titled, "Whistleblower Says Doctor Performed Excessive Hysterectomies on ICE Detainee," dated September 15, 2020, bates stamped NBCU001650.

30.     Annexed hereto as **Exhibit 29** is a true and correct copy of a news report by Refinery.com titled, "An ICE Nurse Revealed that A U.S. Detention Centre is Performing Mass Hysterectomies," dated September 15, 2020, bates stamped NBCU001609.

31.     Annexed hereto as **Exhibit 30** is a true and correct copy of excerpts of the deposition of Julia Ainsley.

32.     Annexed hereto as **Exhibit 31** is a true and correct copy of excerpts of the deposition of Chris Scholl.

33.     Annexed hereto as **Exhibit 32** is a true and correct copy of excerpts of the deposition of Jacob Soboroff.

34.     Annexed hereto as **Exhibit 33** is a true and correct copy of excerpts of the deposition of Andrew Free.

35.     Annexed hereto as **Exhibit 34** is at true and correct copy of a news report by *Reuters* titled, "U.S. Watchdog to investigate whistleblower's detention allegations," dated September 15, 2020, bates stamped NBCU001640.

36.     Annexed hereto as **Exhibit 35** is a true and correct copy of a news report by *USA Today* titled, "Alleged unwanted hysterectomies and other abuses at ICE facility prompts investigation," dated September 17, 2020, bates stamped NBCU001738.

4875-4470-9015v.1 0020040-000174

37.     Annexed hereto as **Exhibit 36** is a true and correct copy of email from Benjamin Osorio to Andrew Free, dated September 15, 2020, bates stamped OSORIO_0000038.

38.     Annexed hereto as **Exhibit 37** is a true and correct copy of an email sent to ICDC with concerns regarding medical care of inmates, dated November 9, 2018, bates stamped LaSalle_0409155.

39.     Annexed hereto as **Exhibit 38** is a true and correct copy of an email between Ainsley and Soboroff discussing a settled Department of Justice Action ("DOJ") against Irwin County Hospital ("ICH") and doctors, dated September 15, 2020, bates stamped NBCU002660.

40.     Annexed hereto as **Exhibit 39** is a true and correct copy of the DOJ Complaint against ICH and doctors, Case No. 7:13-cv-00097-HL (M.D. Ga. 2013).

41.     Annexed hereto as **Exhibit 40** is a true and correct copy of an email thread from Ainsley to Scholl and others, dated September 15, 2020, bates stamped NBCU002644.

42.     Annexed hereto as **Exhibit 41** is a true and correct copy of email thread with Soboroff and Ainsley seeking comment from LaSalle Corrections, dated September 15, 2020, bates stamped NBCU003006.

43.     Annexed hereto as **Exhibit 42** is a true and correct copy of excerpts of the deposition of Mark Schone.

44.     Annexed hereto as **Exhibit 43** is a true and correct copy of email from Chris Scholl requesting NBC News Article be submitted to NewsConnect, dated September 15, 2020, bates stamped NBCU002695.

45.     Annexed hereto as **Exhibit 44** is a true and correct copy of the NBC News Article as posted to NewsConnect, dated September 15, 2020, bates stamped NBCU002307.

4875-4470-9015v.1 0020040-000174

46.     Annexed hereto as **Exhibit 45** is a true and correct copy of the Article updated to include a comment received from Lasalle, bates stamped NBCU002318.

47.     Annexed hereto as **Exhibit 46** is a true and correct copy of the Article updated to include Dr. Amin's statement, bates stamped NBCU002333.

48.     Annexed hereto as **Exhibit 47** is a true and correct copy of the Department of Homeland Security's OIG Report titled, "Medical Processes and Communication Protocols Need Improvement at Irwin County Detention Center," dated January 3, 2022, bates stamped AMIN_0011294.

49.     Annexed hereto as **Exhibit 48** is a true and correct copy of an ICE internal email, dated September 15, 2020, bates stamped ICE001630.

50.     Annexed hereto as **Exhibit 49** is a true and correct copy of an email thread between ICE employees discussing Dr. Amin, dated September 16, 2020, bates stamped NBCU001910.

51.     Annexed hereto as **Exhibit 50** is a true and correct copy of a National Practitioners Data Bank Report, dated May 13, 2020, bates stamped AMIN_0011707.

52.     Annexed hereto as **Exhibit 51** is a true and correct copy of ICE email to LaSalle, dated September 21, 2020, bates stamped LaSalle 416494.

53.     Annexed hereto as **Exhibit 52** is a true and correct copy of a letter from Dr. Amin to ICDC, dated September 21, 2020, bates stamped LaSalle_416950.

54.     Annexed hereto as **Exhibit 53** is a true and correct copy of a tweet by Georgia State Representative Bob Trammell, dated September 14, 2020, bates stamped NBCU004149.

55.     Annexed hereto as **Exhibit 54** is a true and correct copy Rep. Trammell's letter to the Georgia Composite Medical Board and Georgia Board of Nursing, dated September 14, 2020, bates stamped NBCU001911.

4875-4470-9015v.1 0020040-000174

56. Annexed hereto as **Exhibit 55** is a true and correct copy of a tweet by Nancy Pelosi, dated September 15, 2020, bates stamped NBCU004174.

57. Annexed hereto as **Exhibit 56** is a true and correct copy of a press release by Representative Bennie G. Thompson, dated September 15, 2020, bates stamped NBCU001914.

58. Annexed hereto as **Exhibit 57** is a true and correct copy of a letter from 173 members of Congress to the DHS Inspector General, dated September 15, 2020, bates stamped NBCU001526, and a true and correct copy of Thompson's tweet linking the letter is attached as **Exhibit 58**, dated September 16, 2020, bates stamped NBCU004134.

59. Annexed hereto as **Exhibit 59** is a true and correct copy of a letter from Representative Jamie Raskin and Carolyn Maloney to Joseph Cuffari at DHS-OIG, dated September 15, 2020, bates stamped NBCU001523.

60. Annexed hereto as **Exhibit 60** is a true and correct copy is a tweet by Senator Cory Booker, dated September 16, 2020, bates stamped NBCU004130.

61. Annexed hereto as **Exhibit 61** are true and correct copies of public comments by then State Representative Candidate Stacey Evans, bates stamped NBCU004175-76.

62. Annexed hereto as **Exhibit 62** are true and correct copies of notices that the Georgia Composite Medical Board began to investigate the allegations against Dr. Amin, dated September 18, 2020, bates stamped AMIN_000086 and AMIN_0000204.

63. Annexed hereto as **Exhibit 63** is a true and correct copy of a letter from Dr. Amin to the Georgia Composite Medical Board, dated May 5, 2021, bates stamped AMIN_0000949.

64. Annexed hereto as **Exhibit 64** is a true and correct copy of a letter to Dr. Amin from the Georgia Composite Medical Board concluding the investigation, dated April 6, 2023, bates stamped AMIN_0013379.

8

65.      Annexed hereto as **Exhibit 65** is a true and correct copy of an email thread between the DOJ and Dr. Amin's counsel, dated October 16, 2020, bates stamped AMIN_0013924.

66.      Annexed hereto as **Exhibit 66** is a true and correct copy of a letter to Warden Paulk from Congress requesting testimony of inmates at ICDC, dated October 1, 2020, bates stamped FREE_0000018.

67.      Annexed hereto as **Exhibit 67** is a true and correct copy of testimony from the Closed Briefing for the Senate Democratic Caucus by Survivors of Medical Abuse and Neglect at ICDC, dated October 26, 2020, bates stamped OSORIO_001257.

68.      Annexed hereto as **Exhibit 68** is a true and correct copy of the Senate Permanent Subcommittee on Investigations for the Committee on Homeland Security and Governmental Affairs Staff Report on "Medical Mistreatment of Women in ICE Detention" (the "Senate Report"), bates stamped NBCU002045.

69.      Annexed hereto as **Exhibit 69** is a true and correct copy of a news report by *The Ocilla Star* titled, "Revelations Against Dr. Amin. ICDC Come to Light in Senate Report," dated November 23, 2022, bates stamped NBCU003943.

70.      Annexed hereto as **Exhibit 70** is a true and correct copy of statement of Dr. Stewart D. Smith of ICE Health Services Corps regarding a hearing on the Senate Report, dated November 15, 2020, bates stamped NBCU003874.

71.      Annexed hereto as **Exhibit 71** is a true and correct copy of the opening statement of John Ossoff at the Senate Report hearing, dated November15, 2022, bates stamped NBCU003895.

72.     Annexed hereto as **Exhibit 72** is a true and correct copy of an email from DHS Legislative Affairs regarding ICE closure of two detention centers, dated May 20, 2021, bates stamped REP.JAYAPAL00044-45.

73.     Annexed hereto as **Exhibit 73** is a true and correct copy of Andrew Free's communications with United States Senate Permanent Subcommittee on Investigations, of the Committee on Homeland Security and Government Affairs, bates stamped FREE_001452.

74.     Annexed hereto as **Exhibit 74** is a true and correct copy of a letter from Dr. Amin declining to submit to an interview the Subcommittee, dated October 27, 2021, bates stamped AMIN_0011787.

75.     Annexed hereto as **Exhibit 75** is a true and correct copy of an email thread between Dr. Amin and the Subcommittee declining an interview, bates stamped AMIN_0011838.

76.     Annexed hereto as **Exhibit 76** is a true and correct copy of the Affidavit of Dr. Amin, bates stamped AMIN_0011846.

77.     Annexed hereto as **Exhibit 77** is a true and correct copy of Dr. Amin's letter to the Permanent Subcommittee on Investigations "PSI", dated February 21, 2022, bates stamped AMIN_0011848.

78.     Annexed hereto as **Exhibit 78** is a true and correct copy of notes from PSI, bates stamped AMIN_0011895.

79.     Annexed hereto as **Exhibit 79** is a true and correct copy of excerpts of the deposition of Chris Hayes.

80.     Annexed hereto as **Exhibit 80** is a true and correct copy of excerpts of the deposition of Denis Horgan.

81.     Annexed hereto as **Exhibit 81** is a true and correct copy of excerpts of the deposition of Alexander Price.

82.     Annexed hereto as **Exhibit 82** is a true and correct copy of excerpts of the deposition of Rachel Maddow.

83.     Annexed hereto as **Exhibit 83** is a true and correct copy of excerpts of the deposition of Cory Gnazzo.

84.     Annexed hereto as **Exhibit 84** is a true and correct copy of an email from The Rachel Maddow Show ("TRMS") to Project South, dated September 14, 2020, bates stamped PROJECT SOUTH 002875.

85.     Annexed hereto as **Exhibit 85** are medical records for "B", bates stamped AMIN_007070.

86.     Annexed hereto as **Exhibit 86** is a true and correct copy of an email thread discussing a statement from Dr. Amin, bates stamped AMIN_0000075.

87.     Annexed hereto as **Exhibit 87** is a true and correct copy of an email thread with *All In* producers and Dr. Amin's counsel, dated September 17, 2020, bates stamped NBCU000741.

88.     Annexed hereto as **Exhibit 88** is a true and correct copy of a news report by the *Washington Post* titled, "Pelosi Demands Probe After ICE Nurse Raises Alarm Over Medical Care, Hysterectomies at Detention Center," dated September 15, 2020, bates stamped NBCU001506.

89.     Annexed hereto as **Exhibit 89** is a true and correct copy of a news report by *Douglas Now* titled, "Complaint Against Irwin County Detention Center Alleges Poor COVID-19 Protocols, Non-Consensual Hysterectomies," dated September 15, 2020, bates stamped NBCU004092.

90.     Annexed hereto as **Exhibit 90** is a true and correct copy of a news report by *Fox News* titled, "Georgia Prison with ICE Detainees Performs Questionable Hysterectomies, Shreds Coronavirus Records: Nurse," dated September 15, 2020, bates stamped NBCU001671.

91.     Annexed hereto as **Exhibit 91** is a true and correct copy of a news report by *Fox News Atlanta* titled, "Federal Complaint: Questionable Hysterectomies, Lack of Covid Test at Ga. Immigrant Detention Center," dated September 15, 2020, bates stamped NBCU004021.

92.     Annexed hereto as **Exhibit 92** is a true and correct copy of a news report by *Elle Magazine* titled, "ICE Whistleblower Says a 'Uterus Collector' Is Reportedly Performing Hysterectomies on Immigrant Women," dated September 15, 2020, bates stamped NBCU001675.

93.     Annexed hereto as **Exhibit 93** is a true and correct copy of a news report by *CNN* titled, "Whistleblower Alleges High Rate of Hysterectomies and Medical Neglect at ICE Facility," dated September 16, 2020, bates stamped NBCU001682.

94.     Annexed hereto as **Exhibit 94** is a true and correct copy of a news report by *The Wall Street Journal* titled, " U.S. Opens Investigation Into Claims of Forced Hysterectomies on Detained Migrants, dated September 16, 2020, bates stamped NBCU001751.

95.     Annexed hereto as **Exhibit 95** is a true and correct copy of a news report by *The New York Times* titled, "Inquiry Ordered into Claims Immigrants Had Unwanted Gynecology Procedures," dated September 16, 2020, bates stamped NBCU001758, NBCU002223.

96.     Annexed hereto as **Exhibit 96** is a true and correct copy of a news report by *The Hindustan Times* titled, "Outrage, Calls for Probe as US Nurse Raises Alarm Over Mass Hysterectomies," dated September 17, 2020, bates stamped NBCU003934.

97.     Annexed hereto as **Exhibit 97** is a true and correct copy of a news report by the *Atlanta Journal Constitution* titled, "At ICE detention center, red flag raised about gynecologist," dated October 2, 2020, bates stamped NBCU003968.

98.     Annexed hereto as **Exhibit 98** is a true and correct copy of an article published by *Roll Call* titled, "5 Hysterectomies Referred from ICE Center, DHS Tells Congress," dated October 7, 2020, bates stamped NBCU002365.

99.     Annexed hereto as **Exhibit 99** is a true and correct copy of a news report by the *Los Angeles Times* titled, "19 Women Allege Medical Abuse in Georgia Immigration Detention," DATED October 23, 2020, bates stamped NBCU002024.

100.     Annexed hereto as **Exhibit 100** is a true and correct copy of a news report by the *Atlanta Journal Constitution* titled, "At Georgia Immigration Jail, Warnings About Women's Medical Care Went Unheeded," dated June 5, 2021, bates stamped NBCU002042.

101.     Annexed hereto as **Exhibit 101** is a true and correct copy of a news report by *The Ocilla Star* titled, "Demonstrators Hold Rally outside of Irwin Detention Center Whistleblower Complaint Leads to Protest in Ocilla," dated September 23, 2020, bates stamped NBCU004087.

102.      Annexed hereto as **Exhibit 102** is a true and correct copy of a news report by *The Ocilla Star* titled, "Irwin County Hospital Issues Statement on Irwin County Detention Center Allegations," dated September 30, 2020, bates stamped NBCU004089.

103.     Annexed hereto as **Exhibit 103** is a true and correct copy of a news report by *Douglas Now* titled, "Migrant Women Endured Medical Mistreatment at Georgia ICE Facility, U.S. Senate Report Finds," dated November 16, 2022, bates stamped NBCU004097.

104.     Annexed hereto as **Exhibit 104** is a true and correct copy of the Testimony of Inspector General, Joseph V. Cuffari before the Permanent Subcommittee on Investigations dated November 15, 2022, bates stamped NBCU003859.

105.     Annexed hereto as **Exhibit 105** is a true and correct copy of the Second Amended Consolidated Petition for Writ of Habeas Corpus—which is now the operative complaint in the *Oldaker* action, dated December 1, 2022, bates stamped AMIN_0012167.

106.     Annexed hereto as **Exhibit 106** is a true and correct copy of a news report by the *Daily Mail* titled, "Group of 35 Immigrant Women Sue ICE over 'abuse by a Georgia Doctor Accused of Performing Hysterectomies Without Consent," dated December 22, 2020, bates stamped NBCU003916.

107.     Annexed hereto as **Exhibit 107** is a true and correct copy of a news report by *Huffington Post* titled, "Immigrant Women File Lawsuit Against ICE and Georgia Doctor Alleging Medical Abuse," dated December 22, 2020, bates stamped NBCU003919.

108.     Annexed hereto as **Exhibit 108** is a true and correct copy of the August 21, 2021 retraction demand letter from Dr. Amin to MSNBC, bates stamped AMIN_005463.

109.     Annexed hereto as **Exhibit 109** is a true and correct copy of NBCUniversal's first set of Interrogatories to Dr. Amin, dated March 18, 2022.

110.     Annexed hereto as **Exhibit 110** is a true and correct copy of Plaintiff's Responses to NBCU's First Set of Interrogatories, dated April 18, 2022.

111.     Annexed hereto as **Exhibit 111** is a true and correct copy of the medical records of BPR bates stamped AMIN_0007070 and AMIN_0007345.

112.     Annexed hereto as **Exhibit 112** is a true and correct copy of the medical records of KC, bates stamped AMIN_0004472.

113.    Annexed hereto as **Exhibit 113** is a true and correct copy of the medical records of CM, bates stamped AMIN_0007968.

114.    Annexed hereto as **Exhibit 114** is a true and correct copy of the medical records of RFS, bates stamped AMIN_0002202.

115.    Annexed hereto as **Exhibit 115** is a true and correct copy of the medical records of WD, bates stamped AMIN_0001846.

116.    Annexed hereto as **Exhibit 116** is a true and correct copy of excerpts of the deposition of Dr. Ted Anderson.

117.    Annexed hereto as **Exhibit 117** is a true and correct copy of excerpts of the deposition of LW.

118.    Annexed hereto as **Exhibit 118** is a true and correct copy of excerpts of the deposition of MCR.

119.    Annexed hereto as **Exhibit 119** is a true and correct copy of excerpts of the deposition of KJRR.

120.    Annexed hereto as **Exhibit 120** is a true and correct copy of excerpts of the deposition of KP.

121.    Annexed hereto as **Exhibit 121** is a true and correct copy of excerpts of the deposition of YRJ.

122.    Annexed hereto as **Exhibit 122** is a true and correct copy of excerpts of the deposition of BPR.

123.    Annexed hereto as **Exhibit 123** is a true and correct copy of excerpts of the deposition of PB.

124.     Annexed hereto as **Exhibit 124** is a true and correct copy of the medical records of LT, bates stamped AMIN_0010363.

125.     Annexed hereto as **Exhibit 125** is a true and correct copy of ICDC Psychiatric Progress Note, dated August 28, 2019, bates stamped LaSalle_240320.

126.     Annexed hereto as **Exhibit 126** is a true and correct copy of medical records of DGL, bates stamped ICH004395.006.

127.     Annexed hereto as **Exhibit 127** is a true and correct copy of Plaintiff's Response in Opposition to Non-Party Mbeti Ndonga's Motion to Stay and to Quash Deposition Subpoena or, In the Alternative to Modify, dated March 30, 2023, bates stamped Caron 0948.

128.     Annexed hereto as **Exhibit 128** is a true and correct copy of the expert report of Dr. Erin Carey.

129.     Annexed hereto as **Exhibit 129** is a true and correct copy of the spreadsheet of patient records reviewed by Dr. Carey.

130.     Annexed hereto as **Exhibit 130** is a true and correct copy of the expert materials of Dr. Eldridge F. Bills.

131.     Annexed hereto as **Exhibit 131** is a true and correct copy of the expert report of Dr. Lauren F. Hamilton.

132.     Annexed hereto as **Exhibit 132** is a true and correct copy of excerpts of the deposition of Dr. Eldridge F. Bills.

133.     Annexed hereto as **Exhibit 133** is a true and correct copy of Dr. Carey' Supplemental Expert Report, bates stamped CAREY000332.

134.     Annexed hereto as **Exhibit 134** is a true and correct copy of the Opening Statement of Ranking Member of Ron Johnson at the Senate Report hearing, dated November 15, 2022, bates stamped NBCU003898.

135.     Annexed hereto as **Exhibit 135** is a true and correct copy of the written testimony of Dr. Peter Cherouny before the Permanent Subcommittee on Investigations, dated November 15, 2022, bates stamped NBCU003890.

136.     Annexed hereto as **Exhibit 136** is a true and correct copy of the testimony of Dr. Margaret Mueller before the Permanent Subcommittee on Investigations, dated November 15, 2022, bates stamped NBCU003870.

137.     Annexed hereto as **Exhibit 137** is a true and correct copy of representative communications between Dr. Amin's counsel and news organizations: email threads between Counsel and the *Associated Press* from September 15, 2020 to November 24, 2020, bates stamped AMIN_0000069, AMIN_000464, AMIN_0001230; email threads between Counsel and the *Atlanta Journal-Constitution* from September 16, 2020 to September 26, 2020, bates stamped, AMIN_0000413, AMIN_0000089; email threads between Counsel and *Prism* from September 17, 2020 to October 6, 2020, bates stamped AMIN_0000419, AMIN_0000124; and email threads between Counsel and *The Intercept* from September 15, 2020 to September 30, 2020, bates stamped, AMIN_0000936, AMIN_0001093.

138.     Annexed hereto as **Exhibit 138** is a true and correct copy of Dr. Amin's patient count from January 1, 2017 through December 31, 2017, bates stamped AMIN_0026546.

139.     Annexed hereto as **Exhibit 139** is a true and correct copy of Dr. Amin's patient count from January 1, 2022 through December 31, 2022, bates stamped AMIN_0026595.

140.     Annexed hereto as **Exhibit 140** is a true and correct copy of Dr. Amin's patient count from January 1, 2018 through December 31, 2018, bates stamped AMIN_0026411.

141.     Annexed hereto as **Exhibit 141** is a true and correct copy of Dr. Amin's patient count from January 1, 2021 through December 31, 2021, bates stamped AMIN_0026668.

142.     Annexed hereto as **Exhibit 142** is a true and correct copy of Dr. Amin's patient count from January 1, 2020 through December 31, 2020, bates stamped AMIN_0026736.

143.     Annexed hereto as **Exhibit 143** is a true and correct copy of the Settlement Agreement with DOJ, executed January of 2015, bates stamped AMIN_0011550.

144.     Annexed hereto as **Exhibit 144** is a true and correct copy of the Status Report on Stay Proceedings in *Oldaker,* 20-cv-00224-WLS (Md. Ga).

145.     Annexed hereto as **Exhibit 145** is a true and correct copy of an email to Dr. Amin's counsel from the Senate Permanent Subcommittee on Investigations transmitting a subpoena to Dr. Amin, dated February 7, 2022, bates stamped AMIN_0011803.

146.     Annexed hereto as **Exhibit 146** is a true and correct copy of an email thread between Dr. Amin's counsel and the Senate Permanent Subcommittee on Investigations, dated February 7, 2022, bates stamped AMIN_011886.

147.     Annexed hereto as **Exhibit 147** is a true and correct copy of an email thread between Dr. Amin and the Senate Permanent Subcommittee on Investigations, dated February 21, 2022, bates stamped AMIN_011841.

148.    Annexed hereto as **Exhibit 148** is a true and correct copy deposition excerpts of

Dr. Erin Carey.

Dated: December 19, 2023
New York, New York

ELIZABETH A. MCNAMARA