Declaration of

Elizabeth McNamara

Exhibit 1

| Statement No. | Statement[1] | Context | Show | FAC Date | Actual Date |
|---|---|---|---|---|---|
| 1 | High numbers of female detainees, detained immigrants, at an ICE detention center in Georgia received questionable hysterectomies while in custody.* | *We are following breaking news today.  It's about an alarming new whistleblower complaint that alleges, quote*, high numbers of female detainees, detained immigrants, at an ICE detention center in Georgia received questionable hysterectomies while in ICE custody. | Deadline | September 15, 2020 | September 15, 2020 |
| 2 | Detained women . . . didn't fully understand why they were undergoing hysterectomies.* | *The nurse says that* detained women *told her* they didn't fully understand why they were undergoing hysterectomies. | Deadline | September 15, 2020 | September 15, 2020 |
| 3 | Women were afraid to go to this doctor | *Well, our new reporting, Nicolle, is based on conversations with four lawyers, who've represented clients in this facility over the past three years.  . . . These lawyers tell us that they knew of* women *who said that they* were afraid to go to this doctor. | Deadline | September 15, 2020 | September 15, 2020 |
| 4 | Some said that they came back bruised and that he was overly | Some said that they came back bruised, that he was overly | Deadline | September 15, | September 15, |

---

[1] Statements in red were dismissed by the Court in its Order on NBCU's Rule 12(c) Motion.  Statements that appear with an asterisk are those for which NBCU moves on fair report grounds in addition to the other grounds specified in its Summary Judgment Motion.

| Statement No. | Statement[1] | Context | Show | FAC Date | Actual Date |
|---|---|---|---|---|---|
| | harsh. | harsh, they called him abusive *in some of the allegations that the lawyers told us.* | | 2020 | 2020 |
| 5 | They called him abusive | Some said that they came back bruised, that he was overly harsh, they called him abusive *in some of the allegations that the lawyers told us.* | Deadline | September 15, 2020 | September 15, 2020 |
| 6 | There were women who were told they needed to have a hysterectomy because they had cancer.  One of those women, her medical records does not indicate that she ever had a biopsy to indicate that she had cancer and another case, a lawyer told me that his client had a hysterectomy because she was told she had stage four cervical cancer and after the hysterectomy when she went to the oncologist, the oncologist said you do not have cancer, so these are alarming allegations about this doctor. | *And, in at least two cases,* there were women who were told they needed to have a hysterectomy because they had cancer.  One of those women, her medical records does not indicate that she ever had a biopsy to indicate that she had cancer and another case, a lawyer told me that his client had a hysterectomy because she was told she had stage four cervical cancer and after the hysterectomy when she went to the oncologist, the oncologist said you do not have cancer, so these are alarming allegations about this doctor.  *I personally called the doctor's office.  As soon as I identified myself as a reporter, I heard a click, the phone hung up.* | Deadline | September 15, 2020 | September 15, 2020 |

| Statement No. | Statement[1] | Context | Show | FAC Date | Actual Date |
|---|---|---|---|---|---|
| | | *Clearly, there are people reaching out with the same questions we have today.* | | | |
| 7 | That's his specialty, he's the uterus collector.* | *You're quoted in the complaint as saying,* "That's his specialty, he's the uterus collector." *Is that how people refer to this doctor?* | Deadline | September 15, 2020 | September 15, 2020 |
| 8 | Well, what is he doing…collecting all of our uteruses?* | *That's how the detainees referred to this physician.  They referred to him as – I had a detainee that asked me, she said,* well, what is he doing, *Ms. Wooten?*  Collecting all of our uteruses?  *And I just looked puzzled because I didn't have an answer.* | Deadline | September 15, 2020 | September 15, 2020 |
| 9 | Our clients are afraid to go back to him; he's hurting these women. | *The other thing we're waiting for them to respond to, as well as the company that runs the facility, is the allegations from the lawyers that they say they went to leadership, to management at this facility and said, look, you have a problem with this doctor,* our clients are afraid to go back to them, he's | Deadline | September 15, 2020 | September 15, 2020 |

| Statement No. | Statement[1] | Context | Show | FAC Date | Actual Date |
|---|---|---|---|---|---|
| | | hurting these women. | | | |
| 10 | And perhaps doing very unnecessary procedures and not what you would need in a short-term detention situation. | *These are the conversations I've been having all day, Nicolle. I mean, I've been talking to lawyers who say, look, I have clients in detention who had diabetes and couldn't get their medication, yet they were told to go back for a pap smear and then to go again when that seemed irregular. It seemed like they were getting way too much care from a gynecologist* and perhaps doing very unnecessary procedures and not enough of what you would need in a short term detention situation. *We know that they aren't supposed to stay longer than six months. Why were they getting so much care on this one area?* | Deadline | September 15, 2020 | September 15, 2020 |
| 11 | Banner: "High number of hysterectomies at ICE Detention Ctr."* | *Whistleblower:* High Number of Hysterectomies at ICE Detention Ctr. | Deadline | September 15, 2020 | September 15, 2020 |
| 12 | Is he the uterus collector?* | *WOOTEN: You have detained women -- I had several detain women on numerous occasions that would come to me and say,* | All In | September 15, 2020 | September 15, 2020 |

| Statement No. | Statement[1] | Context | Show | FAC Date | Actual Date |
|---|---|---|---|---|---|
| | | *Miss Wooten, I had hysterectomy, why? I had no answers as to why they had those procedures. And one lady walked up to me here this last time around between October 19th until July 2nd and she said, what is he?* Is he the uterus collector? *Does he collect uteruses?* | | | |
| 13 | Women at that facility [ICDC] . . . were subject to unnecessary hysterectomies at the hands of a local OB-GYN | *Yesterday, we brought you an interview with a nurse, a whistleblower who worked at an ICE facility in Irwin County, Georgia that's run by a private company. And in her complaint, she says that she heard from* women at that facility you heard that they were subjected to unnecessary hysterectomies at the hands of a local OB-GYN. | All In | September 15, 2020 | September 16, 2020 |
| 14 | Three women who say they had procedures they either did not consent to ahead of time or felt coerced into consenting to. | *She talked about talking to women, but the nurse who blew the whistle heard this from women she spoke to. And so, for the last couple of days, we here at ALL IN have been trying to run down this story to do some reporting to find out* | All In | September 15, 2020 | September 16, 2020 |

| Statement No. | Statement[1] | Context | Show | FAC Date | Actual Date |
|---|---|---|---|---|---|
| | | *what exactly are the facts and what we know. And so tonight, we can report there are* three women who say they had procedures. They either did not consent to ahead of time or felt coerced into consenting to. | | | |
| 15 | One of those women detained at that very facility [ICDC], who says she felt pressured into a full abdominal hysterectomy by this doctor. | *Tonight, we could bring you part of an exclusive interview with* one of those women detained at that very facility, who says she felt pressured into a full abdominal hysterectomy by this doctor. *The woman is in immigration proceedings and fears for her status, so we are calling her B and not showing her face. She was in the Irwin County Detention Center during the Trump administration. We've reviewed medical records that corroborate that she had this procedure.* | All In | September 15, 2020 | September 16, 2020 |
| 16 | I felt like I had no right to say anything. … Dr. Amin just told me, listen, you're going to get hysterectomy done … I had nothing – no say in this. | *Here is how B described her experience with that doctor at the facility. (BEGIN VIDEO CLIP)* *[B]:* I felt like I had no right to say anything. *They just teach us* | All In | September 15, 2020 | September 16, 2020 |

| Statement No. | Statement[1] | Context | Show | FAC Date | Actual Date |
|---|---|---|---|---|---|
| | | *-- Dr. Amin just told me, listen, you're going to get hysterectomy done, **and says I'm on appointment for that. HAYES: And then -- [B]: I have no** -- I had nothing -- no say in this.* | | | |
| 17 | Migrant women say that a doctor was performing unauthorized hysterectomies on immigrant women detained at that facility | ***Yesterday, we learned about a whistleblower, a nurse working at a Georgia Immigrations and Customs Enforcement, ICE facility, leveling honestly ghastly allegations. Chief among them that women in that facility,*** migrant women, say that a doctor was performing unauthorized hysterectomies on immigrant women detained at that facility, ***which again, is privately run.*** | All In | September 15, 2020 | September 15, 2020 |
| 18 | Two of his clients received hysterectomies they believe may have been unnecessary. | ***We've been chasing this story all day along with some of my colleagues here at NBC. Tonight, we can report a lawyer named Benjamin Osorio representing women at that very facility, told NBC News that indeed*** two of his clients received hysterectomies they believe may have been | All In | September 15, 2020 | September 15, 2020 |

| Statement No. | Statement[1] | Context | Show | FAC Date | Actual Date |
|---|---|---|---|---|---|
| | | unnecessary. | | | |
| 19 | Two different women who claim they also had unnecessary hysterectomies while detained at this facility. | ***And tonight, we here on ALL IN spoke with another attorney who represents*** two different women who claim they also had unnecessary hysterectomies while detained at this facility. ***That lawyer tells us that*** as many as 15 immigrant women were given full or partial hysterectomies or other procedures for which no medical indication existed. | All In | September 15, 2020 | September 15, 2020 |
| 20 | As many as 15 immigrant women were given full or partial hysterectomies or other procedures for which no medical indication existed. | ***And tonight, we here on ALL IN spoke with another attorney who represents*** two different women who claim they also had unnecessary hysterectomies while detained at this facility. ***That lawyer tells us that*** as many as 15 immigrant women were given full or partial hysterectomies or other procedures for which no medical indication existed. | All In | September 15, 2020 | September 15, 2020 |
| 21 | Is he the uterus collector?  Does he collect uteruses?* | ***WOOTEN: You have detained women -- I had several detain women on numerous occasions that would come to me and say, Miss Wooten, I had*** | All In | September 15, 2020 | September 15, 2020 |

| Statement No. | Statement[1] | Context | Show | FAC Date | Actual Date |
|---|---|---|---|---|---|
| | | *hysterectomy, why? I had no answers as to why they had those procedures. And one lady walked up to me here this last time around between October 19th until July 2nd and she said, what is he?* Is he the uterus collector? Does he collect uteruses? | | | |
| 22 | Everyone that I talked to has had a hysterectomy.* | *And I asked her, what does she mean. And she says,* everybody that I've talked to has had a hysterectomy. *And you just don't know what to say. I mean, I don't -- I don't have an answer for why they would come to me and* they would say, is he a uterus collector? | All In | September 15, 2020 | September 15, 2020 |
| 23 | They would say is he the uterus collector?* | *And I asked her, what does she mean. And she says,* everybody that I've talked to has had a hysterectomy. *And you just don't know what to say. I mean, I don't -- I don't have an answer for why they would come to me and* they would say, is he a uterus collector? | All In | September 15, 2020 | September 15, 2020 |
| 24 | There's a large population of these—of these women, immigrants who've had this—who have been | *And with the number of cases that Ms. Wooten and others alluded to, there's a lot --* there's | All In | September 15, 2020 | September 15, 2020 |

| Statement No. | Statement[1] | Context | Show | FAC Date | Actual Date |
|---|---|---|---|---|---|
| | mistreated in this way, assaulted. | a large population of these -- of these women, immigrants who've had this -- who have been mistreated in this way, assaulted. ***And should - you know, there's a pool there that could come forward. Let's hope they do.*** | | | |
| 25 | Banner: Mass hysterectomies performed on women at ICE facility* | "***Complaint:*** Mass Hysterectomies Performed On Women At ICE Facility." | All In | September 15, 2020 | September 15, 2020 |
| 26 | Immigrant women at that facility told her that they routinely have been sent to a gynecologist who has performed unnecessary procedures on them, including hysterectomies.* | ***A nurse who works at an ICE detention facility in Georgia has just contributed to a whistleblower complaint. She says that in her time working at this ICE detention facility, it's a detention center in Irwin County, Georgia. She says that*** immigrant women at that facility have told her they have routinely been sent to a gynecologist who has performed unnecessary procedures on them, including hysterectomies ***just to underscore that….*** | TRMS | September 16, 2020 | September 15, 2020 |
| 27 | They have been sending immigrant women in their care, in their custody, to a doctor who has | ***[T]he allegation here is that this is a federal facility and*** they have been sending immigrant | TRMS | September 16, 2020 | September 15, 2020 |

| Statement No. | Statement[1] | Context | Show | FAC Date | Actual Date |
|---|---|---|---|---|---|
| | removed their reproductive organs for no medical reason.* | women in their care, in their custody to a doctor who has removed their reproductive organs for no medical reason *and without them consenting to it* | | | |
| 28 | Five different women between October, November, and December 2019, over that three-month period, five different women who'd had a hysterectomy done.* | *From the complaint wrote, quote, a detained the immigrant told Project South that she talked to five different women detained at the Irwin County detention center between October and September 2019,* five different women, between October, November and December 2019, over that three-month period, five different women who had had a hysterectomy done. *When she talked to them about the surgery, the women, quote, reacted confused when explaining why they had one done.* | TRMS | September 16, 2020 | September 15, 2020 |
| 29 | I thought this was like an experimental concentration camp. It was like they're experimenting with our bodies.* | *The detainee said, quote, when I met all these women who had the surgeries* I thought this was, like, an experimental concentration camp it was like they're experimenting with our | TRMS | September 16, 2020 | September 15, 2020 |

| Statement No. | Statement[1] | Context | Show | FAC Date | Actual Date |
|---|---|---|---|---|---|
| | | bodies. | | | |
| 30 | Everybody this doctor sees has a hysterectomy, just about everybody.* | ***The nurse who contributed to this whistle-blower complaint explains it like this, quote:*** Everybody this doctor sees has a hysterectomy, just about everybody. ***He's even taken out the wrong ovary on one detained immigrant woman***. | TRMS | September 16, 2020 | September 15, 2020 |
| 31 | He's even taken out the wrong ovary on one detained immigrant woman.  She was supposed to get her left ovary removed because it had a cyst on the left ovary.  He took out the right one.  She had to go back to take out the left and wound up with a total hysterectomy.* | ***The nurse who contributed to this whistle-blower complaint explains it like this, quote***: Everybody this doctor sees has a hysterectomy, just about everybody. He's even taken out the wrong ovary on one detained immigrant woman. She was supposed to get her left ovary removed because she had a cyst on the left ovary he took out the right one. She was upset. She had to go back to take the left and she wound up with a total hysterectomy ***she still wanted children. She has to go back home now and tell her husband that she can't bear kids. She says she was not all the way out under anesthesia and heard the doctor tell the nurse that he*** | TRMS | September 16, 2020 | September 15, 2020 |

| Statement No. | Statement[1] | Context | Show | FAC Date | Actual Date |
|---|---|---|---|---|---|
| | | *took out the wrong ovary.* | | | |
| 32 | He's taking everybody stuff out, that's his specialty.* | *The nurse says she and her fellow nurses, quote, questioned among ourselves, like, goodness,* he's taking everybody's stuff out, that's his specialty he's the uterus collector*. She says, quote, I know that's ugly. Is he collecting these things or something? Everybody he sees he's taking all their uteruses out or he's taking their tubes out, what in the world?* | TRMS | September 16, 2020 | September 15, 2020 |
| 33 | He's the uterus collector.* | *The nurse says she and her fellow nurses, quote, questioned among ourselves, like, goodness, he's taking everybody's stuff out, that's his specialty* he's the uterus collector*. She says, quote, I know that's ugly.* Is he collecting these things or something? Everybody he sees he's taking all their uteruses out or he's taking their tubes out, *what in the world?* | TRMS | September 16, 2020 | September 15, 2020 |
| 34 | Is he collecting these things or something?* | *The nurse says she and her fellow nurses, quote, questioned among ourselves, like,* | TRMS | September 16, 2020 | September 15, 2020 |

| Statement No. | Statement[1] | Context | Show | FAC Date | Actual Date |
|---|---|---|---|---|---|
| | | *goodness, he's taking everybody's stuff out, that's his specialty* he's the uterus collector. *She says, quote, I know that's ugly.* Is he collecting these things or something? Everybody he sees he's taking all their uteruses out or he's taking their tubes out, *what in the world?* | | | |
| 35 | Everybody he sees he's taking all their uteruses out or he's taking their tubes out.* | *The nurse says she and her fellow nurses, quote, questioned among ourselves, like, goodness, he's taking everybody's stuff out, that's his specialty he's the uterus collector. She says, quote, I know that's ugly.* Is he collecting these things or something? Everybody he sees he's taking all their uteruses out or he's taking their tubes out, *what in the world?* | TRMS | September 16, 2020 | September 15, 2020 |
| 36 | He removed the uteruses of these refugee women for no medical reason, without their proper informed consent.* | *According to this nurse, this whistle-blower, she alleges in this complaint that on several occasion, women told her that this doctor performed hysterectomies,* removed the uteruses of these refugee women | TRMS | September 16, 2020 | September 15, 2020 |

| Statement No. | Statement[1] | Context | Show | FAC Date | Actual Date |
|---|---|---|---|---|---|
| | | for no medical reason without their proper informed consent. ***And this nurse, the whistle-blower, talked about it today with my colleague, Jacob Soboroff. Watch.*** | | | |
| 37 | Two women who were detained at the facility say they received hysterectomies that they believe may have been unnecessary. | ***According to NBC's reporting, one of the lawyers represents*** two women who were detained at the facility who say they received hysterectomies that they believe may have been unnecessary. ***Another lawyer represents a woman who says*** she went to this doctor's office for an exam. The exam left her with bruising. | TRMS | September 16, 2020 | September 15, 2020 |
| 38 | She went to this doctor's office for an exam.  The exam left her with bruising. | ***According to NBC's reporting, one of the lawyers represents*** two women who were detained at the facility who say they received hysterectomies that they believe may have been unnecessary. ***Another lawyer represents a woman who says*** she went to this doctor's office for an exam. The exam left her with bruising. | TRMS | September 16, 2020 | September 15, 2020 |

15

| Statement No. | Statement[1] | Context | Show | FAC Date | Actual Date |
|---|---|---|---|---|---|
| 39 | They [detainees] never should have been sent out to see a gynecologist, but, rather, whatever was going on with them, they did not understand that the treatment was going to be a hysterectomy and then in some cases the allegation here is that the hysterectomies, whether or not the women consented to them in the first place, they were not medically necessary. | ***And to be clear, the complaints here from these women and their lawyers who are speaking on their behalf is essentially that they -- not that*** they never should have been sent out to see a gynecologist, but, rather, whatever was going on with them, they did not understand that the treatment was going to be a hysterectomy and then in some cases the allegation here is that the hysterectomies, whether or not the women consented to them in the first place, they were not medically necessary. | TRMS | September 16, 2020 | September 15, 2020 |
| 40 | And there are other allegations of other procedures including pap smears where women are told you've got ovarian cysts or cancer, and that turned out not to be the case and those procedures happened anyway. | ***MADDOW: And to be clear, the complaints here from these women and their lawyers who are speaking on their behalf is essentially that they -- not that*** they never should have been sent out to see a gynecologist, but, rather, whatever was going on with them, they did not understand that the treatment was going to be a hysterectomy and then in some cases the allegation here is that the hysterectomies, whether or not | TRMS | September 16, 2020 | September 15, 2020 |

| Statement No. | Statement[1] | Context | Show | FAC Date | Actual Date |
|---|---|---|---|---|---|
| | | the women consented to them in the first place, they were not medically necessary. ***SOBOROFF: No, that's right.*** And there are other allegations of other procedures including pap smears where women are told you've got ovarian cysts or cancer, and that turned out not to be the case and those procedures happened anyway. | | | |
| 41 | They considered him the uterus collector.* | ***They wanted us to let everyone know that they say they adhere to performance based standards and LaSalle corrections has a strict zero tolerance policy for any kind of inappropriate behavior in our facilities and takes such allegations of such mistreatments seriously.  Our company strongly refutes these allegations and any implications of misconduct at the ICDC. But, you know, that goes against what we heard from at least one of the attorneys today, which was when these allegations came up from their clients, she went to the correctional facility, she*** | TRMS | September 16, 2020 | September 15, 2020 |

| Statement No. | Statement[1] | Context | Show | FAC Date | Actual Date |
|---|---|---|---|---|---|
| | | *told them she didn't want her patient seeing that doctor and. patients continued to see that doctor as Ms. Wooten details very graphically. And I think, you know, this - this statement that* they considered him the uterus collector *is graphic, it's hard to listen to, but that's what they're talking about, according to Ms. Wooten, inside this facility, and she's not the only one saying so.* | | | |
| 42 | They were subjected to unnecessary hysterectomies at the hands of a local OB/GYN | *Yesterday, we brought you an interview with a nurse, a whistleblower who worked at an ICE facility in Irwin County, Georgia that's run by a private company. And in her complaint, she says that she heard from women at that facilities you heard that* they were subjected to unnecessary hysterectomies at the hands of a local OB-GYN. | All In | September 16, 2020 | September 16, 2020 |
| 43 | Uterus collector | *(BEGIN VIDEO CLIP) DAWN WOOTEN, WHISTLEBLOWER NURSE: I had several detained women on numerous occasions that* | All In | September 16, 2020 | September 16, 2020 |

| Statement No. | Statement[1] | Context | Show | FAC Date | Actual Date |
|---|---|---|---|---|---|
| | | *would come to me and say, Miss Wooten, I had hysterectomy. Why? I had no answers as to why they had those procedures. And one lady walked up to me here, this last time around between October of 19 until July 2nd, she said, what is he? Is he the* uterus collector? *(END VIDEO CLIP)* | | | |
| 44 | Three women who say they had procedures they either did not consent to ahead of time or felt coerced into consenting to. | *She talked about talking to women, but the nurse who blew the whistle heard this from women she spoke to. And so, for the last couple of days, we here at ALL IN have been trying to run down this story to do some reporting to find out what exactly are the facts and what we know. And so tonight, we can report there are* three women who say they had procedures. They either did not consent to ahead of time or felt coerced into consenting to. | All In | September 16, 2020 | September 16, 2020 |
| 45 | She felt pressured into a full abdominal hysterectomy by this doctor. | *Tonight, we could bring you part of an exclusive interview with one of those women detained at that very facility,* | All In | September 16, 2020 | September 16, 2020 |

| Statement No. | Statement[1] | Context | Show | FAC Date | Actual Date |
|---|---|---|---|---|---|
| | | *who says* she felt pressured into a full abdominal hysterectomy by this doctor. *The woman is in immigration proceedings and fears for her status, so we are calling her B and not showing her face. She was in the Irwin County Detention Center during the Trump administration. We've reviewed medical records that corroborate that she had this procedure.* | | | |
| 46 | Dr. Amin just told me listen, you're gonna get a hysterectomy done and schedule an appointment for that; I had no say in this. | *Here is how B described for experienced with that doctor at the facility.* *(BEGIN VIDEO CLIP)* *[B]: I felt like I had no right to say anything. They just teach us --* Dr. Amin just told me, listen, you're going to get hysterectomy done, and says I'm on appointment for that. *HAYES: And then --* *[B]: I have no* -- I had *nothing --* no say in this. | All In | September 16, 2020 | September 16, 2020 |
| 47 | Banner: Mass hysterectomies | *"Complaint:* Mass Hysterectomies *Performed On Women At ICE Facility."* | All In | September 16, 2020 | September 16, 2020 |

| Statement No. | Statement[1] | Context | Show | FAC Date | Actual Date |
|---|---|---|---|---|---|
| 48 | We've been bringing you the story of allegations of medical procedures performed on immigrant women without – many without consent at an ICE detention facility in Georgia. | We've been bringing you the story of allegations of medical procedures performed on immigrant women without - many without consent at an ICE detention facility in Georgia. *Now, there is now a formal inquiry into those allegations in the Department of Homeland Security's Office of the Inspector General.* | All In | September 17, 2020 | September 17, 2020 |
| 49 | Felt like I had no right to say anything about a hysterectomy she underwent that was performed by a doctor named Mahendra Amin. She also told us about how Dr. Amin performed an unexpected vaginal ultrasound that she was, she says, not prepared for. | *One who we spoke to last night, a woman we are identifying only as B said, she's -- she said, I quote, "*Felt like I had no right to say anything about a hysterectomy she underwent that was performed by a doctor named Mahendra Amin. She also told us about how Dr. Amin performed an unexpected vaginal ultrasound that she was, she says, not prepared for. | All In | September 17, 2020 | September 17, 2020 |
| 50 | He didn't tell me nothing, he just – instead he proceeded with vaginal ultrasound, I think.  Am I saying it right?  But I was not aware of that. | *He wants to do ultrasound. So, what I thought was going to be, you know, just on top of the stomach ultrasound, but instead he's like --* he didn't tell me nothing, he just -- instead he proceeded with vaginal | All In | September 17, 2020 | September 17, 2020 |

| Statement No. | Statement[1] | Context | Show | FAC Date | Actual Date |
|---|---|---|---|---|---|
| | | ultrasound, I think. Am I saying it right? But I was not aware of that. | | | |
| 51 | No, not at all [I was not prepared for that].  No.  So I felt violated. And just, you know, keep doing the procedures, the ultrasound. | *[B]: He wants to do ultrasound. So, what I thought was going to be, you know, just on top of the stomach ultrasound, but instead he's like -- he didn't tell me nothing, he just -- instead he proceeded with vaginal ultrasound, I think. Am I saying it right? But I was not aware of that.* *HAYES: So, you were -- you were not prepared for that?* *[B]:* No, not at all. No. So I felt violated. And just, you know, keep doing the procedures, the ultrasound. | All In | September 17, 2020 | September 17, 2020 |
| 52 | Banner: Investigation ordered into claims of unnecessary medical procedures on immigrant women. | **This information came from a *New York Times* article, the headline of which was displayed on-screen.** | All In | September 17, 2020 | September 17, 2020 |