Declaration of

Elizabeth McNamara

Exhibit 4



**Priyanka Bhatt** <priyanka@projectsouth.org>

## Lack of Medical Care, Unsafe Work Practices, and Absence of Adequate Protection Against COVID-19 for Detained Immigrants and Employees Alike at the Irwin County Detention Center

1 message

**Priyanka Bhatt** <priyanka@projectsouth.org>  Mon, Sep 14, 2020 at 6:00 AM
To: dpaulk@irwincdc.com
Cc: Azadeh Shahshahani <azadeh@projectsouth.org>

Dear Warden Paulk,

Project South, Georgia Detention Watch, Georgia Latino Alliance for Human Rights, and South Georgia Immigrant Support Network file this complaint regarding deliberate lack of medical care, unsafe work practices, and absence of adequate protection against COVID-19 for detained immigrants and employees alike at the Irwin County Detention Center.

Due to the gravity of these violations and the continued negative impact on the health and safety of both detained immigrants and ICDC employees, we ask that your office review this complaint in an expedited manner. Thank you in advance for your time and consideration. If you have any questions or require additional information, please contact Azadeh Shahshahani, Legal and Advocacy Director at Project South at azadeh@projectsouth.org or Priyanka Bhatt, Staff Attorney at Project South, at priyanka@projectsouth.org.

Sincerely,
Priyanka Bhatt


--
Priyanka Bhatt, Esq.
She/Her
Staff Attorney
Project South
Priyanka@projectsouth.org
9 Gammon Ave SE Atlanta, GA 30315
404-622-0602

-----
The information contained in this transmission is privileged and confidential, and is intended only for the recipient(s) listed above.  If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmission to the intended recipient(s), you are hereby notified that any unauthorized distribution or copying of this transmission is prohibited.  If you have received this transmission in error, please destroy all copies of the transmission immediately and notify us.

📄 **9.14.2020 OIG ICDC Complaint.pdf**
367K

Project South 000211

Project South Mail - Lack of Medical Care, Unsafe Work Practices, and... https://mail.google.com/mail/u/0/?ik=87e6347107&view=pt&search=a...



**Priyanka Bhatt <priyanka@projectsouth.org>**

## Lack of Medical Care, Unsafe Work Practices, and Absence of Adequate Protection Against COVID-19 for Detained Immigrants and Employees Alike at the Irwin County Detention Center
1 message

**Priyanka Bhatt** <priyanka@projectsouth.org>     Mon, Sep 14, 2020 at 6:00 AM
To: thomas.p.giles@ice.dhs.gov
Cc: Azadeh Shahshahani <azadeh@projectsouth.org>

Dear Mr. Giles,

Project South, Georgia Detention Watch, Georgia Latino Alliance for Human Rights, and South Georgia Immigrant Support Network file this complaint regarding deliberate lack of medical care, unsafe work practices, and absence of adequate protection against COVID-19 for detained immigrants and employees alike at the Irwin County Detention Center.

Due to the gravity of these violations and the continued negative impact on the health and safety of both detained immigrants and ICDC employees, we ask that your office review this complaint in an expedited manner. Thank you in advance for your time and consideration. If you have any questions or require additional information, please contact Azadeh Shahshahani, Legal and Advocacy Director at Project South at azadeh@projectsouth.org or Priyanka Bhatt, Staff Attorney at Project South, at priyanka@projectsouth.org.

Sincerely,
Priyanka Bhatt


--
Priyanka Bhatt, Esq.
She/Her
Staff Attorney
Project South
Priyanka@projectsouth.org
9 Gammon Ave SE Atlanta, GA 30315
404-622-0602

-----
The information contained in this transmission is privileged and confidential, and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmission to the intended recipient(s), you are hereby notified that any unauthorized distribution or copying of this transmission is prohibited. If you have received this transmission in error, please destroy all copies of the transmission immediately and notify us.

📄 **9.14.2020 OIG ICDC Complaint.pdf**
367K

Project South 000212



**Priyanka Bhatt <priyanka@projectsouth.org>**

## Lack of Medical Care, Unsafe Work Practices, and Absence of Adequate Protection Against COVID-19 for Detained Immigrants and Employees Alike at the Irwin County Detention Center
1 message

**Priyanka Bhatt** <priyanka@projectsouth.org>  Mon, Sep 14, 2020 at 6:00 AM
To: CRCLCompliance <CRCLCompliance@hq.dhs.gov>
Cc: Azadeh Shahshahani <azadeh@projectsouth.org>

Dear Ms. Quinn,

Project South, Georgia Detention Watch, Georgia Latino Alliance for Human Rights, and South Georgia Immigrant Support Network file this complaint regarding deliberate lack of medical care, unsafe work practices, and absence of adequate protection against COVID-19 for detained immigrants and employees alike at the Irwin County Detention Center.

Due to the gravity of these violations and the continued negative impact on the health and safety of both detained immigrants and ICDC employees, we ask that your office review this complaint in an expedited manner. Thank you in advance for your time and consideration. If you have any questions or require additional information, please contact Azadeh Shahshahani, Legal and Advocacy Director at Project South at azadeh@projectsouth.org or Priyanka Bhatt, Staff Attorney at Project South, at priyanka@projectsouth.org.

Sincerely,
Priyanka Bhatt


--
Priyanka Bhatt, Esq.
She/Her
Staff Attorney
Project South
Priyanka@projectsouth.org
9 Gammon Ave SE Atlanta, GA 30315
404-622-0602

-----
The information contained in this transmission is privileged and confidential, and is intended only for the recipient(s) listed above.  If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmission to the intended recipient(s), you are hereby notified that any unauthorized distribution or copying of this transmission is prohibited.  If you have received this transmission in error, please destroy all copies of the transmission immediately and notify us.

📄 **9.14.2020 OIG ICDC Complaint.pdf**
367K



**Priyanka Bhatt <priyanka@projectsouth.org>**

## Lack of Medical Care, Unsafe Work Practices, and Absence of Adequate Protection Against COVID-19 for Detained Immigrants and Employees Alike at the Irwin County Detention Center

1 message

**Priyanka Bhatt** <priyanka@projectsouth.org>  Mon, Sep 14, 2020 at 6:00 AM
To: jointintake@dhs.gov, Joseph.V.Cuffari@oig.dhs.gov
Cc: Azadeh Shahshahani <azadeh@projectsouth.org>

Dear Inspector General Cuffari,

Project South, Georgia Detention Watch, Georgia Latino Alliance for Human Rights, and South Georgia Immigrant Support Network file this complaint regarding deliberate lack of medical care, unsafe work practices, and absence of adequate protection against COVID-19 for detained immigrants and employees alike at the Irwin County Detention Center.

Due to the gravity of these violations and the continued negative impact on the health and safety of both detained immigrants and ICDC employees, we ask that your office review this complaint in an expedited manner. Thank you in advance for your time and consideration. If you have any questions or require additional information, please contact Azadeh Shahshahani, Legal and Advocacy Director at Project South at azadeh@projectsouth.org or Priyanka Bhatt, Staff Attorney at Project South, at priyanka@projectsouth.org.

Sincerely,
Priyanka Bhatt

--
Priyanka Bhatt, Esq.
She/Her
Staff Attorney
Project South
Priyanka@projectsouth.org
9 Gammon Ave SE Atlanta, GA 30315
404-622-0602

-----
The information contained in this transmission is privileged and confidential, and is intended only for the recipient(s) listed above.  If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmission to the intended recipient(s), you are hereby notified that any unauthorized distribution or copying of this transmission is prohibited.  If you have received this transmission in error, please destroy all copies of the transmission immediately and notify us.

📄 **9.14.2020 OIG ICDC Complaint.pdf**
367K