Declaration of

Elizabeth McNamara

Exhibit 5

Message

**From:** ███████ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CB6A63B4CD114C09A76E550E9F2BB7F2-███████
**Sent:** 9/14/2020 8:01:56 PM
**To:** ███████ /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e9bfd8b9b38e40a58478008ad50dc77a-███████
**Subject:** FW: Question about whistleblower complaint
**Attachments:** 9-14-20 OIG-Complaint.pdf

Just when you thought it was a quiet day…

███████████████████████████████████

███████
Public Affairs Officer
U.S. Immigration and Customs Enforcement
Atlanta Field Office (GA,NC,SC, Ala)
(404) 346-████
████████@ice.dhs.gov

---

**From:** ███████████████@ice.dhs.gov>
**Sent:** Monday, September 14, 2020 3:50 PM
**To:** ███████████@ice.dhs.gov>
**Cc:** ███████████@ice.dhs.gov>; ███████████@ice.dhs.gov>
**Subject:** FW: Question about whistleblower complaint

Hi ████ - Not sure if you're tracking this but apparently this group (to include a nurse who works at Irwin) has submitted this complaint to the OIG.

███████████████████████████████████

Thanks,
████

---

**From:** ███████████████@thomsonreuters.com>
**Sent:** Monday, September 14, 2020 3:16 PM
**To:** ███████████@ice.dhs.gov>; ICEMedia <ICEMedia@ice.dhs.gov>
**Subject:** RE: Question about whistleblower complaint

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

Thanks ████
It would be great if you could respond to the following questions:
In the complaint detained immigrants and nurses reported high rates of hysterectomies on immigrant women.
--can you provide the number of hysterectomies performed on detainees in 2019 and 2020 at Irwin detention facility and how that compares to previous years (obviously only numbers, with no identifying information so as not to raise privacy concerns)

--The complaint also alleges that a particular gynecologist outside the facility has been given referrals. Is there a particular provider who has been used at that facility for these types or procedures?
Thank you for your help
Best,
▮

**From:** ▮@ice.dhs.gov>
**Sent:** Monday, September 14, 2020 3:07 PM
**To:** ▮@thomsonreuters.com>; ICEMedia <ICEMedia@ice.dhs.gov>
**Subject:** RE: Question about whistleblower complaint

Thanks ▮ - I don't think it would be appropriate for us to comment on a complaint sent to the OIG. Do you have a question we can answer?

▮

**From:** ▮@thomsonreuters.com>
**Sent:** Monday, September 14, 2020 2:50 PM
**To:** ICEMedia <ICEMedia@ice.dhs.gov>
**Subject:** RE: Question about whistleblower complaint

> CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

> CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

Apologies about the double email!
Here is a PDF of the complaint from that link

**From:** ▮@ice.dhs.gov>
**Sent:** Monday, September 14, 2020 2:45 PM
**To:** ▮@thomsonreuters.com>; ICEMedia <ICEMedia@ice.dhs.gov>
**Cc:** ▮@ice.dhs.gov>; ▮@ice.dhs.gov>
**Subject:** RE: Question about whistleblower complaint

Hi ▮ - we're all on ICE Media so you don't need to copy us. Just means we get your email twice. I can't seem to open this link. Is it working on your end? ▮

**From:** ▮@thomsonreuters.com>
**Sent:** Monday, September 14, 2020 2:43 PM
**To:** ICEMedia <ICEMedia@ice.dhs.gov>
**Cc:** ▮@ice.dhs.gov>; ▮@ice.dhs.gov>; <▮@ice.dhs.gov>
**Subject:** Question about whistleblower complaint

> CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

Hi there ▮ and ICE media team,

We had seen this whistleblower complaint that was sent to the Inspector General's office and were hoping to get ICE's response to it but most specifically to the claims in the section about hysterectomies.

https://www.scribd.com/document/476013004/OIG-Complaint#from_embed?campaign=VigLink&ad_group=xxc1xx&source=hp_affiliate&medium=affiliate

Please let me know if you can get back to us on this and we appreciate your help!

All the best,

▮

.................................................

▮

Reuters News
*National Immigration Reporter*
www.reuters.com

3 Times Square, 18th Floor
New York, NY 10036
office ▮
cell/signal/whatsapp/telegram: ▮
email: ▮
www.linkedin.com/in/▮

This e-mail is for the sole use of the intended recipient and contains information that may be privileged and/or confidential. If you are not an intended recipient, please notify the sender by return e-mail and delete this e-mail and any attachments. Certain required legal entity disclosures can be accessed on our website: https://www.thomsonreuters.com/en/resources/disclosures.html