Declaration of

Elizabeth McNamara

Exhibit 8

**To:** [redacted]@ice.dhs.gov]
**From:** David Paulk [redacted]@irwincdc.com]
**Sent:** Tue 9/15/2020 9:19:26 AM (UTC-04:00)
**Subject:** As follows

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

Good morning,

As noted the nurse has been employed here on the following dates: 6/11/14 – 8/4/15, 5/02/16 – 5/29/17, and most recently 10/07/19 – current. The first two ended with her resignation. Due to a shortage of nurses I allowed her re-hire *after* a face to face discussion regarding the need for her to report as scheduled.

I received a call from the physician in question last night and he was confused as to where the information regarding his "giving everyone he saw a hysterectomy" came from as he indicated that out of the multitudes of detainees treated he cannot recall having done more than two of these procedures. Obviously, anything he has done from appointment approval to surgery/procedure authorization was reviewed and approved by ICE Medical prior to it being done, other than a possible "emergency" procedure. They should have all of these records available.

I spoke with the Medical Director and he indicated that he overviews all of the prescriptions and bulk of notes and he did not recall this type of procedure as being recurrent either.

As regards the allegations relative to Covid-19 we implemented and followed the evolving CDC guidelines and continue to do so. You will recall that "essential workers" that may have been exposed but were not symptomatic could continue to work with appropriate PPE, etc. I think the SPLC documentation probably discounts those claims up to and including separation segregation of infected or suspect cases.

As regards the testing machine that we have kept locked up that was provided by ICE with strict restrictions on when and how to employ it. Otherwise, the testing was done based upon CDC recommendation up until we initiated saturation testing and 100% intake testing.

The facility is receiving "hate call's" repetitively this morning and I am fielding calls from the hospital and etc. Please advise if I can give you any additional information.


David Paulk
ICDC
[redacted] (Cell)



EXHIBIT
0016
D. Paulk
11/13/2023