Declaration of

Elizabeth McNamara

Exhibit 9



**CG**
Chilivis Grubman
Dalbey & Warner
cglawfirm.com

3127 Maple Drive, NE
Atlanta, Georgia 30305

Direct dial 404-262-6505
sgrubman@cglawfirm.com

October 6, 2020

**SENT VIA EMAIL & CERTIFIED MAIL**
Azadeh Shahshahani
Priyanka Bhatt
Project South
9 Gammon Ave. SE
Atlanta, GA 30315

Dear Ms. Shahshahani and Ms. Bhatt:

My law firm represents Dr. Mahendra Amin. Pursuant to O.C.G.A. § 51-5-11, we hereby request that Project South, Ms. Priyanka Bhatt, and your client, Ms. Dawn Wooten, correct and retract the following defamatory statements that you previously published concerning Dr. Amin within **seven (7) days** of this letter. This correction and retraction must be done in as conspicuous and public a manner as that in which the libelous statements were originally published, and must be accompanied by an editorial in which the libelous statements are specifically repudiated:

- The statements that Project South published on or about September 14 and September 17, 2020, on your publicly available website, and then re-published multiple times on various medium, including your Twitter account on September 14, 2020, and multiple days thereafter, specifically:

    o That Dr. Amin performed forced hysterectomies on multiple patients detained at the Irwin County Detention Center (ICDC);
    o Your client's statements, which you published in various public forums including on your website and social media accounts, that Dr. Amin performs a hysterectomy on "just about everybody"; and
    o That Dr. Amin is known as the "uterus collector."

As you know, these claims are baseless and have since been refuted by multiple sources. Notwithstanding, neither Project South, Ms. Bhatt, nor Ms. Wooten, have corrected and retracted these libelous statements. Ms. Bhatt expressly acknowledged in an interview to the Washington Post that she "did not speak to any woman who had a forced sterilization" and that "she included the hysterectomy allegations because she wanted to trigger an investigation to determine if they were true."

Despite having no actual evidence of mass or forced hysterectomies and no good faith basis to make these defamatory statements, Ms. Bhatt, Project South, and Ms. Wooten all continued to repeat and publish these horrific and baseless allegations. Just days after Project South originally published its defamatory remarks, the Associated Press conducted an independent review, which "did not find evidence of mass hysterectomies as alleged in [Ms. Wooten's complaint]." This has been corroborated by the ICDC, ICE, and the Irwin County Hospital. Yet, despite this, neither Project South, Ms. Bhatt, nor Ms. Wooten corrected or retracted their previously published false and defamatory statements. These statements amount to actionable defamation per se.

Failure to fulfill these requests in the timeframes mentioned above may lead to legal action being filed against Project South, its responsible employees including Ms. Bhatt, and Ms. Wooten, including for actual and punitive damages.

Sincerely,

*/s/ Scott R. Grubman*
Counsel for Dr. Mahendra Amin