Declaration of

Elizabeth McNamara

Exhibit 10

# FILED UNDER SEAL