Declaration of

Elizabeth McNamara

Exhibit 12

Page 1
Whistleblower: There Were Mass Hysterectomies at ICE Facility | Law & Crime
https://lawandcrime.com/high-profile/like-an-experimental-concentration-camp-whistleblower-complaint-alleges-mass-hysterectomies-at-ice-detention-center/




**19-Year-Old Man Who Used Anti-Gay Slur in Mass Shooting Threat to University Says It Was a 'Joke': FBI**


**Disgraced Reality TV Star Jen Shah Fights with Feds over 'Salacious' Account of Her Alleged Affair on Eve of Fraud Sentencing**


**South Carolina's Supreme Court Becomes First Top State Judiciary to Strike Down Abortion Law After SCOTUS Overturned Roe v. Wade**


**NYC Man Who Allegedly 'Snapped' and Stabbed Two MoMA Staffers Over His Membership Being Revoked Indicted on Attempted Murder Charges**


**Just-Unsealed Video Reveals NYC Subway Shooter's Post-Arrest Interview and His Victim's Cell Phone Footage of the Carnage**



# 'Like an Experimental Concentration Camp': Whistleblower Complaint Alleges Mass Hysterectomies at ICE Detention Center

JERRY LAMBE | Sep 14th, 2020, 12:58 pm

1014 comments

SHARE



Female detainees at ICDC who in April were able to release a video complaining about the lack of proper medical treatment and poor conditions at the facility.

**UPDATE, 12:11 p.m., Friday, Sept. 18**: The Associated Press reported that more migrant women had come forward and alleged that they did not agree to surgical procedures, but AP also said that its review of the matter "did not find evidence of mass hysterectomies as alleged in a widely shared complaint filed by a nurse at the detention center."

Per the *AP* [emphases ours]:

**Top of Today**


'Yeah, We're Stuck in Here': Landlord Allegedly Trapped Tenants in Garage, Refused to Let Them Go Even When

> But *a lawyer who helped file the complaint said she never spoke to any women who had hysterectomies*. Priyanka Bhatt, staff attorney at the advocacy group Project South, told The Washington Post that *she included the hysterectomy allegations because she wanted to trigger an investigation to determine if they were true.*
>
> "I have a responsibility to listen to the women I've spoken with," Bhatt told the AP Friday. She said one woman alleged that she was repeatedly pressured to have a hysterectomy and that authorities said they would not pay for her to get a second opinion.

Members of Congress and groups representing **Dawn Wooten** have demanded an investigation of the nurse's claims about "mass hysterectomies" on Irwin County Detention Center detainees. The doctor, since identified as OB/GYN **Mahendra Amin**, told *The Intercept* he only performed "one or two hysterectomies in the past two [or] three years."



He also denied performing surgeries without patients' consent.

"Everything is wrong, and if you want to talk, talk to the hospital administrator," Amin said.

**Scott Grubman**, a lawyer for Amin, has also "vigorously" denied the allegations in the complaint.

"We look forward to all of the facts coming out and are confident that, once they do, Dr. Amin will be cleared of wrongdoing," Grubman said.

Amin and other doctors previously reached a settlement with the Department of Justice in 2015 after **Connie Brogdon** and **Summer Holland** filed a lawsuit "under the whistleblower provisions of the False Claims Act and the Georgia False Medicaid Claims Act," alleging the doctors "caused false claims to be submitted to Medicare and Medicaid."

Project South's Legal & Advocacy Director **Azadeh Shahshahani**, who


Disgraced Reality TV Star Jen Shah Fights with Feds over 'Salacious' Account of Her Alleged Affair on Eve of Fraud Sentencing


'There's Someone Here': Idaho Four Murder Suspect's Unsealed Filings Paint Vivid Account of Victims' Final Moments


South Carolina's Supreme Court Becomes First Top State Judiciary to Strike Down Abortion Law After SCOTUS Overturned Roe v. Wade


Baltimore Bank Robber Pleads Guilty to Holding Up a Florida Credit Union to Cover Filmmaking Costs



You May Like — Sponsored Links by Taboola


New Mercedes Finally On Sale
All Things Auto | Search Ads — Learn More


Ears Ringing? Doctor: If You Have…
NewsMax

NBCU001569

also represents Wooten, called for ICDC to be "shut down immediately" on Thursday.

Acting ICE Director **Tony Pham** said in a statement obtained by Law&Crime on Friday that Wooten has raised "very serious concerns" that "deserve to be investigated quickly and thoroughly."

"ICE welcomes the efforts of both the Office of Inspector General as well as the Department of Homeland Security's parallel review. As a former prosecutor, individuals found to have violated our policies and procedures should be held accountable," Pham said. "If there is any truth to these allegations, it is my commitment to make the corrections necessary to ensure we continue to prioritize the health, welfare and safety of ICE detainees."

—

*UPDATE, 6:50 p.m., Sept. 15:* Medical Director of the ICE Health Service Corps (IHSC) Dr. **Ada Rivera** *said in a statement obtained by Law&Crime that ICE 'vehemently disputes the implication that detainees are used for experimental medical procedures."*

"ICE's mission is to protect the homeland and to swiftly and quickly remove people from the country; the health, welfare and safety of ICE detainees is one of the agency's highest priorities, any assertion or claim to the contrary is false and intentionally misleading," the statement said.

Rivera, citing ICE data, said that since 2018 "only two individuals at Irwin County Detention Center were referred to certified, credentialed medical professionals at gynecological and obstetrical health care facilities for hysterectomies in compliance with National Commission on Correctional Health Care (NCCHC) standards."

Rivera said detainees at ICE facilities are "afforded informed consent, and a medical procedure like a hysterectomy would never be performed against a detainee's will." The statement also said medical care decisions are made by medical personal, not law enforcement.

The statement further said that it was "unfortunate" that the allegations contained in the whistleblower complaint were shared with the media "without allowing the government to examine or take appropriate action."

ICE protocols dictate a seven-step approval process for medical procedures: an evaluation for an apparent medical concern; referral to an off-site specialist (OB/GYN, for the procedures described in the complaint); recommendation for surgical procedure, if needed; a MedPAR request; review and approval of the Regional Clinical Director, except in cases of surgery to fix severely broken bones; confirmation of global surgical procedure (GSP) codes and subsequent MedPAR approval; a surgical procedure pending consent of the detainee.

**Tips**



Have a tip or story idea? Email us. Or to keep it anonymous, click here.

—

**UPDATE, 7:59 p.m.**: *U.S. Immigration and Customs Enforcement has responded to this story with a statement that said, generally speaking, "anonymous, unproven allegations, made without any fact-checkable specifics" should be treated with skepticism. The agency said it takes "all allegations seriously" and defers to the DHS Office of Inspector General.*

The full statement:

> U.S. Immigration and Customs Enforcement (ICE) does not comment on matters presented to the Office of the Inspector General, which provides independent oversight and accountability within the U.S. Department of Homeland Security. ICE takes all allegations seriously and defers to the OIG regarding any potential investigation and/or results. That said, in general, anonymous, unproven allegations, made without any fact-checkable specifics, should be treated with the appropriate skepticism they deserve.

The agency maintains that the Irwin County Detention Center has been inspected multiple times, with and without warning, and that the facility has been found to be in compliance with Performance Based National Detention Standards.

Original story below.

—

Several legal advocacy groups on Monday filed a whistleblower complaint on behalf of a nurse at an Immigration and Customs Enforcement (ICE) detention center documenting "jarring medical neglect" within the facility, including a refusal to test detainees for the novel coronavirus and an exorbitant rate of hysterectomies being performed on immigrant women.

The nurse, **Dawn Wooten**, was employed at the Irwin County Detention Center (ICDC) in Georgia, which is operated by LaSalle Corrections, a private prison company. The complaint was filed with the Office of the Inspector General (OIG) for the Department of Homeland Security (DHS) by advocacy groups Project South, Georgia Detention Watch, Georgia Latino Alliance for Human Rights, and South Georgia Immigrant Support Network.

Multiple women came forward to tell Project South about what they perceived to be the inordinate rate at which women in ICDC were subjected to hysterectomies – a surgical operation in which all or part of the uterus is removed. Additionally, many of the immigrant women who underwent the procedure were reportedly "confused" when asked to explain why they had the surgery, with one detainee likening their treatment to prisoners in concentration camps.

"Recently, a detained immigrant told Project South that she talked to five different women detained at ICDC between October and December 2019 who had a hysterectomy done," the complaint stated. "When she talked to them about the surgery, the women 'reacted confused when explaining why they had one done.' The woman told Project South that it was as though the women were 'trying to tell themselves it's going to be OK.'"

"When I met all these women who had had surgeries, I thought this was like an experimental concentration camp. It was like they're experimenting with our bodies," the detainee said.

According to Wooten, ICDC consistently used a particular gynecologist – outside the facility – who almost always opted to remove all or part of the uterus of his female detainee patients.

"Everybody he sees has a hysterectomy—just about everybody," Wooten said, adding that, "everybody's uterus cannot be that bad."

"We've questioned among ourselves like goodness he's taking everybody's stuff out…That's his specialty, he's the uterus collector. I know that's ugly…is he collecting these things or something… Everybody he sees, he's taking all their uteruses out or he's taken their tubes out. What in the world."

Wooten – who is being represented in the matter by the Government Accountability Project – also confirmed that many of the detained women told her that they didn't understand why they were being forced to have the procedure. She explained that some of the nurses who didn't speak Spanish obtained consent from detainees "by simply googling Spanish."

The complaint details several accounts from detainees, including one woman who was not properly anesthetized during the procedure and heard the aforementioned doctor tell the nurse he had mistakenly removed the wrong ovary, resulting in her losing all reproductive ability. Another said she was scheduled for the procedure but when she questioned why it was necessary, she was given at least three completely different answers.

"She was originally told by the doctor that she had an ovarian cyst and was going to have a small twenty-minute procedure done drilling three small holes in her stomach to drain the cyst," according to the complaint. "The officer who was transporting her to the hospital told her that she was receiving a hysterectomy to have her womb removed. When the hospital refused to operate on her because her COVID-19 test came back positive for antibodies, she was transferred back to ICDC where the ICDC nurse said that the procedure she was going to have done entailed dilating her vagina and scraping tissue off.
"

Another nurse then told her the procedure was to mitigate her heavy menstrual bleeding, which the woman had never experienced. When she explained that, the nurse "responded by getting angry and

agitated and began yelling at her."

According to The Intercept, ICE declined to comment on the allegations in the complaint, while a LaSalle Corrections spox said it was "firmly committed to the health and welfare of those in our care."

"We are deeply committed to delivering high-quality, culturally responsive services in safe and humane environments," the person said.

Law&Crime reached out to ICE for comment. Law&Crime also reached out to DHS OIG to ask whether it has received the complaint and whether it will investigate the allegations in it. We will update this story if we receive responses.

Read the full complaint below:

OIG Complaint by Law&Crime on Scribd



[image via YouTube screengrab]

Have a tip we should know? tips@lawandcrime.com

Filed Under: Dawn Wooten   Hysterectomy   ice   whistleblower

Follow Law&Crime:

NBCU001573
















NBCU001574



now - for years and years - is where they used to simply process the families together in a speedy process.
you don't know what you're talking about.

△ 2   ▽ 0   · Reply · Share ›

**Cornpop was a bad dude!** → Elo
© 2 years ago

Yes. He. Did. You ridiculous liar. He also deported more than any other President, douche.

△ 0   ▽ 1   · Reply · Share ›

**wmveteran** → Cornpop was a bad dude!
© 2 years ago

Only unaccompanied minors were caged by Obama. Show me one, just one, instance where Obama's admin pried an infant from it's mothers breast and arms to separate a family. That is the purview of Trump and his Nazi Miller.

△ 0   ▽ 1   · Reply · Share ›

**Cornpop was a bad dude!** → wmveteran
© 2 years ago

Obama's administration BUILT THE CAGES and PUT PEOPLE IN THEM, you irredeemable imbecile.

△ 0   ▽ 1   · Reply · Share ›

**Elo** → Cornpop was a bad dude!
© 2 years ago

He did deport more than anyone else - that's a good thing - he quickly processed everyone.
And he did not separate families. Sorry, but arguing against this is like arguing that water isn't wet.

△ 1   ▽ 1   · Reply · Share ›

**Cornpop was a bad dude!** → Elo
© 2 years ago edited

Yes. He. Did.

https://www.theguardian.com...

https://www.factcheck.org/2...

"THE FACTS: The reference to cages is misleading and a matter that Democrats have persistently distorted.

Trump used facilities that were built during the Obama-Biden administration to house children at the border. They are chain-link enclosures inside border facilities where migrants were temporarily housed, separated by sex and age."

https://apnews.com/article/...

You're pathological in your need to lie and obfuscate. You're breathtakingly stupid. A moron.

△ 0   ▽ 1   · Reply · Share ›

**yourlordandmaster**
© 2 years ago

Hey remember how you said these were death camps in like 2015 and they ended up being summer camps for kids instead? Yeah you morons really haven't learned your lessons.

△ 2   ▽ 1   · Reply · Share ›

**Elo** → yourlordandmaster
© 2 years ago

kids are being molested at the detention centers.
I don't know what kind of camp YOU went to, but my god.

and nobody called them "death camps"
but they are concentration camps - literally.
and it was 2017 - not 2015.
In 2015 families weren't being separated and hysterectomies weren't being forced on women.

△ 1   ▽ 2   · Reply · Share ›

NBCU001576



**Cornpop was a bad dude!** → Elo
2 years ago
Prove it.
👍 0   👎 1   • Reply • Share ›

**Elo** → Cornpop was a bad dude!
2 years ago
lol - you want to go through the same thing as with the hysterectomies?
https://www.nytimes.com/201...
👍 1   👎 1   • Reply • Share ›

**yourlordandmaster** → Elo
2 years ago
Actually it's the Obama administration that did such and your source is an anti-Semitic loony toon that thinks Israel stole the election.
👍 0   👎 1   • Reply • Share ›

**Elo** → yourlordandmaster
2 years ago
no, you're wrong about that.
when Obama was president those facilities didn't HOUSE people - they were temporary holding cells while they were processed rapidly.
you're showing your ignorance, kiddo.
👍 1   👎 2   • Reply • Share ›

**Terry Jefferson**
2 years ago
We have met the neo nazis and they is us. Immigrant concentration camps, now with forced hysterectomies. Nazi's experimented with Eugenics in their concentration camps. It is disgusting what we have become. Welcome to Amerikka. Even the whole Q Anon backstory and plot is recycled from the Nazi's. Why has the Fourth estate failed us so badly! https://www.justsecurity.or...
👍 2   👎 1   • Reply • Share ›

**Yun Che** → Terry Jefferson
2 years ago
Nah, im pretty sure ICE with their limited funding aren't bored enough to lop off random women's uteri. Now, planned parenthood, though, started by eugenicist Margaret Sanger and KKK advocate, is probably the closest thing we have to real eugenics. And one only need to look across the coast to China to see the Uyghur genocide they are committing over there, with real concentration camps and organ harvesting.
👍 6   👎 3   • Reply • Share ›

**Ilpalazzo // LV-420zymandias**
2 years ago
Ah, it's like 2015 all over again. I love how all the people who share this story are oblivious to the meaning of the word "allegations"
👍 6   👎 5   • Reply • Share ›

**Spangle Jangle** → Ilpalazzo // LV-420zymandias
2 years ago
Thankfully an independent investigator/reporter looked into this. Google it. This "whistleblower" is batsh*t crazy.
👍 3   👎 3   • Reply • Share ›

**Calvinius** → Spangle Jangle
2 years ago
Who would that independent investigator be?
👍 1   👎 1   • Reply • Share ›

**Spangle Jangle** → Calvinius
2 years ago
Aw, as lazy at searching as you are at thinking? Her name is Louise Mensch. She looked at the complaint (which doesn't actually mention hysterectomies) and the history of the "whistleblower" who is a full-blown lunatic.
👍 2   👎 2   • Reply • Share ›

NBCU001577



*fixed it for you

👍 2   👎 3   • Reply • Share ›

**Evinherkon** → Ilpalazzo // LV-420zymandias
2 years ago

Ha! Not when the evidence has been the unceasing fount of Trump's own stupefyingly ignorant remarks on Twitter or in the press!

👍 3   👎 2   • Reply • Share ›

**Ilpalazzo // LV-420zymandias** → Evinherkon
2 years ago

comments on twitter mocking the lefty stooges isn't proof of the ALLEGATIONS of scandals, nimrod.

👍 1   👎 3   • Reply • Share ›

**Evinherkon** → Ilpalazzo // LV-420zymandias
2 years ago

Oh? Mocking the left? Too bad that does little to address remarks about grabbing women by the genitals and getting away with it because he's rich, or denigrating POWs as losers, or lying about vaccines causing autism, or lying about terrorist origins to justify his travel ban, or equivocating on white supremacy in Charlottesville, or lying about the dangers of the corona virus while holding rallies, or his "where's my black" moment, or lying about Obama wire tapping him, or lying about Obama's citizenship, or lying about voter fraud, or about Mexico paying for the wall, or telling congresswomen to go back where they came from (they're American), or being so dumb that the UN general assembly laughed at him to his face, or Trump appointing his wholly unqualified daughter and son-in-law to high level political and diplomatic positions, or having to admit to stealing from charities, or paying off porn stars, and I could go on,

...scandals, indignities, and corruption attested to by his own words, because he's an idiot. Now go choke on yourself.

👍 5   👎 3   • Reply • Share ›

**Ilpalazzo // LV-420zymandias** → Evinherkon
2 years ago

OH! So then the fault truly is on you for only having one ear. All you've got are truncated soundbytes devoid of context. The fact that you started off with the "Grab you" comment said to ONE person in a trailer in a conversation about GOLDDIGGERS who "LET YOU" grab them. Might want to contact Africa, because they're making claims of vaccine side ffects, and he only denigrated John McCain. And he didn't lie about terrorist origins. He only wanted to ban travel to 7 countries, there's many more than that as far as Muslim countries. And there wasn't white supremacy in Charlottesville. The day of the actual event was protesting the removal of a statue (I guess you forgot about the statue toppling binge that led up to Charlottesville). He didn't equivocate, and the left's psychotic jihads were there as well, so it wasn't a one sided thing. Actually it was proven there was surveillance by Obama, he didn't mention the citizenship, only the birth certificate, after Hillary circulated the rumor. And there is voter fraud with mail-in, as I can attest from Seattle, where Kshama Sawant - the corrupt Socialist cancer - lost by 9 points on election night but magically won days later when a magic bag of ballots were found. And I would laugh in the faces of every member of the UN, so what's your point?
Nice touch with the open display of wanting me dead. You're blocked, and I hope you have enough tissue paper to last you for the next four years.

👍 2   👎 4   • Reply • Share ›

**PCPrincess** → Ilpalazzo // LV-420zymandias
2 years ago

Damn, I was actually somewhat impressed w/your grasp of newsworthy items, and your arguments would have been convincing, yet you couldn't resist throwing in a comment like, "corrupt Socialist cancer".

If you really want to make headway and want to have constructive discussions with leftists, try not denigrating human beings in that manner.

NBCU001579

I'm willing to bet that if you and Kshama were to sit down over a cup of coffee and discuss issues, you'd find her to be a decent human being and you could find many issues you agreed on.

👍 1   👎 0   • Reply • Share ›

 **llpalazzo // LV-420zymandias** → PCPrincess
2 years ago

oh holy crap no. That's like saying you'd find Goebbels a decent human being with many issues to agree on. Ypu can literally mark a change in Seattle when she got elected bribing voters with the $15 min wage. Her district is the district with Capitol Hill (where CHAZ was attempted) and Central Seattle (where they're trying to make into 'Afrika town') She's a horrible person, and corrupted the Seattle system. Passing legislation that raises property taxes in order to fund other Socialist candidate campaigns. Trying to raise the property taxes again and the people voted no, so instead she doubled the cost of DMV tag renewals. She's horrible.

👍 0   👎 1   • Reply • Share ›

 **Bucue** → llpalazzo // LV-420zymandias
2 years ago edited

If their was no white supremacy in Charlottesville: what than do you call the unite the right rally as they shouted "blood and soil" and "Jew's will not replace us". And more denialist lies of a Killservitive brute.

Your a lying, racist Nazi thug in denial who endorses terrorism, murder and genocide. You have no moral high ground and your a grave making, kin slaying traitor to mankind.

Spare us your craven Conservative Psyop and take up knitting or something.

👍 2   👎 0   • Reply • Share ›

 **qcubed63**
2 years ago
Not really shocked. If true, whoever was involved should be castrated.

👍 6   👎 0   • Reply • Share ›

 **llpalazzo // LV-420zymandias** → qcubed63
2 years ago
and if false, Ilhan Omar should be deported.

👍 1   👎 5   • Reply • Share ›

 **qcubed63** → llpalazzo // LV-420zymandias
2 years ago
To Michigan?

👍 1   👎 1   • Reply • Share ›

 **llpalazzo // LV-420zymandias** → qcubed63
2 years ago edited
nah, her country of origin. Mogadishu, Somalia. you know, the place before she did some shady backroom boom boom with her brother to cheat immigration.

👍 1   👎 2   • Reply • Share ›

 **qcubed63** → llpalazzo // LV-420zymandias
2 years ago
Still a citizen. Much to your dismay. Poor baby.

👍 2   👎 1   • Reply • Share ›

 **llpalazzo // LV-420zymandias** → qcubed63
2 years ago
A citizen of a country with a constitution that she's trying to 'dismantle'. You guys sure do like to use the constitution to validate destroying the constitution, doncha? Kinda like how you guys want to dismantle the police, but still call them if one of your goons gets hit in the middle of the street. And she SHOULD be deported if she's purposefully lying using a plot synopsis from an upcoming ScarJo Marvel Black Widow movie.

👍 0   👎 1   • Reply • Share ›

NBCU001580



## You may also like:





**French National Created Knockoff 'Mutant Ape Planet' NFT Project and Ran Off With Investors' Money, Feds Say**
COLIN KALMBACHER | Jan 6th, 2023, 9:00 am

**Brian Sicknick's Estate Sues Donald Trump for 'Inciting' Men Charged with Pepper Spray Attack on Fallen Officer on Jan. 6**
ADAM KLASFELD | Jan 6th, 2023, 8:01 am

**Florida Man Raped 15-Year-Old Girl He Met Playing Online Video Game 'Fortnite': Sheriff**
JERRY LAMBE | Jan 6th, 2023, 8:00 am





**19-Year-Old Man Who Used Anti-Gay Slur in Mass Shooting Threat to University Says It Was a 'Joke': FBI**
ALBERTO LUPERON | Jan 5th, 2023, 5:50 pm

**Disgraced Reality TV Star Jen Shah Fights with Feds over 'Salacious' Account of Her Alleged Affair on Eve of Fraud Sentencing**
JERRY LAMBE | Jan 5th, 2023, 5:25 pm

**Baltimore Bank Robber Pleads Guilty to Holding Up a Florida Credit Union to Cover Filmmaking Costs**
MARISA SARNOFF | Jan 5th, 2023, 4:56 pm





NBCU001582