Declaration of

Elizabeth McNamara

Exhibit 13



Page 1
Whistleblower Reports Poor Medical Care At Ga. ICE Facility - Law360
https://www.law360.com/articles/1310011/whistleblower-reports-poor-medical-care-at-ga-ice-facility

LAW360 | News, cases, companies, firms | Davis Wright Tremaine

INTELLECTUAL PROPERTY SECURITIES BANKRUPTCY COMPETITION EMPLOYMENT WHITE COLLAR LEGAL INDUSTRY ACCESS TO JUSTICE LAW360 UK PULSE || SEE ALL SECTIONS || NEWSLETTERS

# Whistleblower Reports Poor Medical Care At Ga. ICE Facility

By *Suzanne Monyak*

Law360 (September 14, 2020, 8:24 PM EDT) -- A Georgia immigration detention center is denying proper medical care and COVID-19 testing to immigrants in custody, including by subjecting detained women to hysterectomies at high rates, advocacy organizations alleged in a complaint Monday.

The complaint, sent to the U.S. Department of Homeland Security's civil rights office and inspector general by Project South and other advocacy groups, is based on interviews with people detained at the Irwin County Detention Center in southern Georgia, as well as the testimony of a whistleblower and former nurse at the facility named Dawn Wooten.

Wooten, represented by the Government Accountability Project and Project South, has also filed a whistleblower complaint with DHS' inspector general's office.

Priyanka Bhatt, a staff attorney at Project South, said in a statement Monday that Wooten's allegations "confirm what detained immigrants have been reporting for years: gross disregard for health and safety standards, lack of medical care and unsanitary living conditions at Irwin."

"We call on DHS to conduct an investigation into the Irwin County Detention Center in order to protect the health and safety of the detained immigrants and the workers there," she said.

The organizations claimed immigrants at the Georgia facility, run by private prison company LaSalle Corrections, have been kept in close quarters where they are unable to socially distance from one another, and are not given basic sanitary supplies, including soap and masks.

They further alleged that immigrants who report COVID-19 symptoms or other ailments are refused medical treatment and are sometimes sent back to their units without being tested for COVID-19. Wooten also reported seeing a nurse shred detainees' medical request forms.

Officers at the facility continue to transfer immigrants with either positive or pending COVID-19 test results in and out of the facility, and even knowingly deported to Mexico a person who had been diagnosed with the virus, according to the complaint.

Wooten also reported that women at the facility are referred by the same doctor for hysterectomies, a procedure in which a woman's uterus is removed, at high rates, and many do not seem to understand why the procedure was done.

"Everybody [the doctor] sees has a hysterectomy — just about everybody," Wooten said, according to the complaint. Referencing the hysterectomies, one woman detained at the facility compared the facility to "an experimental concentration camp" in an interview with Project South, according to the complaint.

Wooten's allegations were first reported by The Intercept.

An ICE spokesperson said in a statement that the agency "does not comment on matters presented to the Office of the Inspector General," but that ICE "takes all allegations seriously and defers to the OIG regarding any potential investigation and/or results."

The agency also said the Irwin detention center has been found in compliance with ICE's detention standards and that ICE spends $260 million annually on health care services for detained individuals.

ICE has come under fire this year for its handling of the coronavirus pandemic, which has swept through immigration detention facilities, where individuals are held for civil offenses, and infected more than 5,300 people detained there. Six have died of COVID-19 in custody, according to ICE.

**Attached Documents**
Complaint

**Useful Tools & Links**
Add to Briefcase
Save to PDF & Print
Rights/Reprints
Editorial Contacts

**Related Sections**
Employment
Georgia
Government Contracts
Health
Immigration
Personal Injury & Medical Malpractice

**Companies**
Government Accountability Project

**Government Agencies**
Centers for Disease Control and Prevention
U.S. Department of Homeland Security

Law360 MVP Awards Go To 188 Attys From 78 Firms
The attorneys chosen as Law360's 2022 MVPs have distinguished themselves from their peers by securing hard-earned successes in high-stakes litigation, complex global matters and record-breaking deals.

**Top 10 trending in Employment**
1 Split FTC Orders 3 Businesses To Nix Noncompetes
2 Workplace Bias Class Settlements Spike In 2022, Report Says
3 The Top FMLA And ADA Lessons Of 2022: Part 1
4 What To Know About NLRB's Expanded Labor Remedies
5 Goldman Can Arbitrate Employment Interference Suit
6 Fox, Disney Sued Over 'Horror Story' Worker's COVID Death
7 Domino's Says In-State Drivers Don't Do Interstate Work
8 8th Circ. Tosses Doc's Suit Over Law Prof's Criticism
9 Emory Wants Out Of Former Executive's Discrimination Suit
10 FTC Floats Blanket Ban On Employee Noncompete Language

There are 42 confirmed cases of COVID-19 at the Irwin center, per ICE statistics. However, the organizations claimed, based on Wooten's testimony, that the true number is likely far higher because the facility allegedly limits testing and does not report all cases to the government.

The conditions in detention centers have drawn a slew of litigation, and a number of federal judges have intervened to order ICE to release certain medically vulnerable adults and to implement basic health protocols.

A federal judge recently ordered ICE to stop transferring people in and out of a Virginia detention facility, where roughly 80% of the population tested positive for COVID-19.

In August, a California federal judge said ICE's failure to follow pandemic response guidelines laid out by the Centers for Disease Control and Prevention at a California facility where more than a dozen people have tested positive, including by failing to test symptomatic individuals, "violates both the CDC guidance and common sense."

--Editing by Stephen Berg.

For a reprint of this article, please contact reprints@law360.com.

0 Comments

Sign In To Comment

**Related Articles**

Docs Show ICE Didn't Track Consent For Alleged Sterilization

Lawmakers Urge ICE To Halt Deportations In Ga. Facility Probe

House Committee Report Blasts ICE's Detainee Neglect

DHS To Probe Forced Hysterectomy Claims At Ga. ICE Facility

Lawmakers Want Medical Abuse Claims At ICE Facility Probed

**Here's What You Missed**

FTC Floats Blanket Ban On Employee Noncompete Language

Girardi Keese Trustee Goes After $48M In Suspect Payments

Attorney Killings Have Small Firms Rethinking Security Steps

Ga. Woman Drops $13B Surveillance Case Against Attys

Former Ambassador To Russia Rejoins Mayer Brown

Plaintiff Says Co., Execs Can't Share Reed Smith Lawyers

Peloton To Pay $19M CPSC Fine Over Treadmill Defect

Philly DA's Office Defeats COVID Religious Liberty Suit

7-Eleven Loses $3.4M Damages Bid In Franchisee Case

Bypassing Legal Migration Will Mean Asylum Ban, Biden Says

UAW Off Hook For Honeywell's Atty Fees In ERISA Case

Whole Foods To Pay $300K In Voice-Tracking BIPA Deal

California Water District Joins 'Forever Chemicals' MDL

Horizon Therapeutics Investor Sues To Halt $28B Amgen Deal

NBCU001607

Page 3
Whistleblower Reports Poor Medical Care At Ga. ICE Facility - Law360
https://www.law360.com/articles/1310011/whistleblower-reports-poor-medical-care-at-ga-ice-facility

- Airline Trade Group Urges 9th Circ. To Ground Ordinance
- SPAC Seeks To Delay $425M Merger With Chile Fruit Exporter
- Ex-BakerHostetler Atty Hurt In Accident Can't Alter $1M Deal
- Kentucky Atty Accused Of Helping Ex-CEO Steal Settlement
- 3rd Circuit Upholds Think Tank's Win In Harassment Suit
- Ex-Aerospace Execs Appeal Denied Retirement Plan Arb. Bid

LexisNexis © 2023, Portfolio Media, Inc. | About | Contact Us | Legal Jobs | Advertise with Law360 | Careers at Law360 | Terms | Privacy Policy | Cookie Settings | Help | Site Map    RELX™

NBCU001608