Declaration of

Elizabeth McNamara

Exhibit 14

Page 1
ICE Whistleblower Complaint Alleges 'Uterus Collector' Doctor Performed Mass Hysterectomies
https://web.archive.org/web/20200914221548/https://www.thedailybeast.com/ice-whistleblower-complaint-alleges-uterus-collector-doctor-performed-mass-hysterectomies-11





# ICE Whistleblower Complaint Alleges 'Uterus Collector' Doctor Performed Mass Hysterectomies

| MEDICAL NEGLECT |

Patricia Kelly Yeo  Breaking News/Cheat Sheet Intern
Published Sep. 14, 2020 5:02PM ET


Lucy Nicholson/Reuters

Several immigration advocacy groups filed a complaint on behalf of a whistleblower nurse to the Office of the Inspector General on Monday, alleging "jarring medical neglect" and a lack of COVID-19 safety precautions at Irwin County Detention Center in Georgia. Among several charges of negligence, the complaint describes reports of high rates of hysterectomies performed on Spanish-speaking immigrant women. The whistleblower, Dawn Wooten, said she believed the women, who did not speak English well, did not fully understand why the procedure had been performed on them. Wooten told The Intercept the situation in Irwin resembled a "silent pandemic," referring to other charges of workplace safety violations detailed in the Monday complaint.

Upon meeting several women in detention who had received hysterectomies, one unnamed detainee in the complaint likened the experience to an "experimental concentration camp." Wooten also questioned the doctor, who works outside the facility. "Everybody he sees has a hysterectomy—just about everybody," Wooten said. "Everybody's uterus cannot be that bad," she added, after referring to him as the "uterus collector."

Read it at Law and Crime

---

**CHEAT SHEET**
TOP 10 RIGHT NOW



**Trump Health Aide Goes on Batsh*t Attack Against CDC**

| OFF THE RAILS |

"You understand that they're going to have to kill me, and unfortunately, I think that's where this is going," Michael Caputo alleged on Facebook Live.

**2**

**Trump: 'Explosive' Trees Are Causing Disastrous Wildfires**

| 'LIKE A MATCH STICK' |

"There is no more water pouring through them. They just explode. They can explode."

**PARTNER UPDATE**

**Take Remembering Passwords Off Your Back-to-School Plate**

| B@CK2$CHOOL |

Pencils. Backpacks. Notepads. Passwords. Go back to school safely with the best-in-class password protector from 1Password.

AD BY 1PASSWORD



**This Summer Was Hottest on Record in Northern Hemisphere**

| BOILING |

That news comes from NOAA, which just put a climate denier in a top position.



NBCU001933

Page 2
ICE Whistleblower Complaint Alleges 'Uterus Collector' Doctor Performed Mass Hysterectomies
https://web.archive.org/web/20200914221548/https://www.thedailybeast.com/ice-whistleblower-complaint-alleges-uterus-collector-doctor-performed-mass-hysterectomies-11

### S. Dakota AG in Fatal Car Accident Thought He Hit Deer: Cops

| 'HIT MY COUSIN' |

Documents obtained by a local newspaper showed state AG Jason Ravnsborg had been caught speeding in the past.

 SHOP WITH SCOUTED

### This $300 Attachment Is Just as Good as a Stationary Bike

| SPIN CLASS |

Just pair this bike stand with a subscription to a spin class app and you're all set.

**5**

### ICE Whistleblower Alleges Doc Performed Mass Hysterectomies

| MEDICAL NEGLECT |

The allegations are part of a larger complaint alleging "jarring medical neglect" and lack of coronavirus safety precautions at a detention center in Georgia.

**6**

### Trump-Appointed Judge Strikes Down PA Guv's Virus Rules

| LOCKDOWN LEGAL BATTLES |

U.S. District Judge William Stickman IV said Gov. Tom Wolf's stay-at-home orders were overreaching.

**7**

### Anthony Weiner's New Job: CEO of an NYC Countertop Company

| MORE SUSTAINABLE? |

"Yep, it's a company that believes in second chances," Weiner's LinkedIn profile states. "See where I'm going with this?"

**8**

### Iowa to Foster Parents: Go Ahead and Spank Your Own Kids

| NO ROD SPARED |

Page 3
ICE Whistleblower Complaint Alleges 'Uterus Collector' Doctor Performed Mass Hysterectomies
https://web.archive.org/web/20200914221548/https://www.thedailybeast.com/ice-whistleblower-complaint-alleges-uterus-collector-doctor-performed-mass-hysterectomies-11

Just don't do it in front of your foster children.



### SHOP WITH SCOUTED

## The Always Pan Is a Space-Saving, Non-Stick Marvel

| ALWAYS THERE |

The non-stick Always Pan helps save space by replacing up to eight pans in your collection, plus it has a steamer basket and spoon rest.

 **9**

## U.S. Halts Chinese Imports Made With Uighur Forced Labor

| 'MODERN SLAVERY' |

CBP said they had identified proof of forced labor, including "highly coercive/unfree recruitment" and "restriction of movement" in Xinjiang internment camps.

 **10**

## World Heath Org: Europe Will See Surge in COVID-19 Deaths

| BRACE YOURSELF |

The continent reported 51,000 new cases on Friday alone but deaths have remained stable.



CORONAVIRUS   CHEAT SHEET   POLITICS   ENTERTAINMENT   WORLD NEWS   HALF FULL   CULTURE   U.S. NEWS   SCOUTED   TRAVEL
BEAST INSIDE   CROSSWORD   NEWSLETTERS

Advertise With Us

ABOUT   CONTACT   TIPS   JOBS   HELP   PRIVACY   CODE OF ETHICS & STANDARDS   TERMS & CONDITIONS   COPYRIGHT & TRADEMARK   SITEMAP   COUPONS

© 2020 The Daily Beast Company LLC