Declaration of

Elizabeth McNamara

Exhibit 15

SIGN IN    CREATE ACCOUNT

☰  VICE    Video   TV   News

# VICE News

# Staggering Number of Hysterectomies Happening at ICE Facility, Whistleblower Says

"We've questioned among ourselves, like, goodness, he's taking everybody's stuff out," said a former nurse at the facility. "That's his specialty, he's the uterus collector."

CS  By Carter Sherman

September 14, 2020, 6:39pm   Share   Tweet   Snap



A whistleblower complaint filed Monday by several legal advocacy groups accuses a detention center of performing a staggering number of hysterectomies on immigrant women, as well as failing to follow procedures meant to keep both detainees and employees safe from the coronavirus.

The complaint, filed on behalf of several detained immigrants and a nurse named Dawn Wooten, details several accounts of recent "jarring medical neglect" at the Irwin County Detention Center in Ocilla, Georgia, which is run by the private prison company LaSalle South Corrections and houses people incarcerated by Immigration and Customs Enforcement (ICE). In interviews with Project South, a Georgia nonprofit, multiple women said that hysterectomies were stunningly frequent among immigrants detained at the facility.

ADVERTISEMENT



Japan Is Paying Tokyo Families to Move to the Countryside. These...
HANAKO MONTGOMERY

**MORE LIKE THIS**

News
**A Woman Wanted an Abortion to Save One of Her Twins. She Had to Travel 1,000 Miles.**
CARTER SHERMAN
11.28.22

News
**This Teen Was Raped in a State That Has an Abortion Exception. She Still Couldn't Get One.**
CARTER SHERMAN
12.02.22

News
**The FDA Just Changed Its Rules on the Abortion Pill. What Does That Actually Mean?**
ANYA ZOLEDZIOWSKI, CARTER SHERMAN
01.04.23

News
**Woman Jailed for Using Drugs While Pregnant Says She Wasn't Even Pregnant**

NBCU001583

"When I met all these women who had had surgeries, I thought this was like an experimental concentration camp," said one woman, who said she'd met five women who'd had hysterectomies after being detained between October and December 2019. The woman said that immigrants at Irwin are often sent to see one particular gynecologist outside of the facility. "It was like they're experimenting with their bodies."

In one case, Wooten said, a woman who ended up with a hysterectomy was not properly anesthetized and overhead the doctor say that he'd taken out the wrong ovary. That woman had to go back and get her other ovary removed as well, Wooten said.

"We've questioned among ourselves, like, goodness, he's taking everybody's stuff out," said Wooten, who was a full-time employee at Irwin until July. "That's his specialty, he's the uterus collector. I know that's ugly."

"Is he collecting these things or something," she continued. "Everybody he sees, he's taking all their uteruses out or he's taken their tubes out. What in the world."

Wooten also said she'd talked to several detained immigrants who'd had hysterectomies but didn't know why. One detained immigrant told Project South that, ahead of the scheduled procedure, she was given multiple different explanations about what would happen and why it was necessary.

While ICE reported in August that 41 immigrants at Irwin have tested positive for COVID-19, Wooten believes that the true number may be much higher, according to the complaint. Women housed in multiple units in the facility allegedly exhibited COVID-19 symptoms, but were not tested for the virus for weeks. Immigrants have also allegedly continued to be transferred in and out of the facility, against guidelines by the Centers for Disease Control and the advice of Irwin's own medical director.

ADVERTISEMENT

The complaint also alleges that both the detained immigrants and staffers at Irwin lacked the personal protective equipment they need to stay safe during the coronavirus pandemic: People in both groups have only received one mask each since the pandemic broke out. It is also impossible to socially distance within the facility, according to the complaint.

"There is no way to protect [against COVID-19] at all here in the facility," one immigrant said. "We share everything together. There is no way at all we can feel protected here in the facility."

Detained immigrants also said that the medical and quarantine unit in one part of the Irwin facility were filthy. One woman said she had to clean her cell using shampoo because staffers wouldn't give her any cleaning chemicals; she recalled seeing another woman use her socks to do the same.

"If it wasn't for my faith in God, I think I would have gone insane and just break down and probably gone as far as hurting myself," the woman said. "There are a lot of people here who end up in medical trying to kill themselves because of how crazy it is."

CARTER SHERMAN
11.22.22

News

**An Anti-Abortion Group Is Suing a Man for Money His Dead Father Allegedly Donated**

CARTER SHERMAN
12.15.22

ADVERTISEMENT


NBCU001584

themselves because of how crazy it is."

Some men at the facility even went on hunger strike, demanding to be released or to have better protections against the coronavirus, according to the complaint. But nothing changed.

Meanwhile, employees are also expected to work even if they have COVID-19 symptoms and are awaiting their test results, Wooten said. And management at the facility also allegedly refuses to tell officers if any detained immigrants have tested positive for COVID-19, which could heighten their risk of contracting the virus.

ADVERTISEMENT



News
Woman Jailed for Using




"Ms. Wooten explained that she believes ICDC is hiding information about COVID-19 in order to keep things quiet," the complaint alleged. "She stated that everyone in the facility is scared at this point, so management does not want to tell officers and detained immigrants the truth because they are afraid of an uproar. Instead, the secrecy has created a 'silent pandemic' where even if officers get COVID-19 from the facility, the officers won't be able to blame ICDC because no one knows how prevalent COVID-19 is inside ICDC due to not testing detained immigrants and not sharing who has the virus."

Besides Project South, the advocacy groups Georgia Detention Watch, Georgia Latino Alliance for Human Rights, and South Georgia Immigrant Support Network helped file the complaint with the Department of Homeland Security's Office of the Inspector General. Law and Crime published the complaint after the Intercept covered some of the allegations inside it.

LaSalle Corrections didn't immediately respond to a VICE News request for comment. In the past, the Irwin County Detention Center has repeatedly been found to be in compliance with ICE's detention standards.

In a statement, ICE said it does not comment on matters handled by the Office of the Inspector General.

"ICE takes all allegations seriously and defers to the OIG regarding any potential investigation and/or results," the agency said. "That said, in general, anonymous, unproven allegations, made without any fact-checkable specifics, should be treated with the appropriate skepticism they deserve."

*Cover: Gynecology surgery, Chambery Metropole Savoie Hospital, France, Conservative hysterectomy by vaginal laparoscopy in a 44-year-old patient. (Photo by: BSIP/Universal Images Group via Getty Images)*

TAGGED: ICE,IMMIGRANT WOMEN,CORONAVIRUS,HYSTERECTOMY,COVID-19,CENTERS FOR DISEASE CONTROL,ICE DOCTOR

**GET THE LATEST FROM VICE NEWS IN YOUR INBOX. SIGN UP RIGHT HERE.**

Your email address    Subscribe



By signing up, you agree to the Terms of Use and Privacy Policy & to receive electronic communications from Vice Media Group, which may include marketing promotions, advertisements and sponsored content.

YOU
MAY LIKE

**You Can Do Anything You Want In This Game**
ADVERTISEMENT: RAID: SHADOW LEGENDS

**Urologist: Enlarged Prostate? Do This Immediately...**
ADVERTISEMENT: PROSTANEWS.COM

**Read This Before You Renew Amazon Prime Again**
ADVERTISEMENT: CAPITAL ONE SHOPPING

**The genius trick every traveler should know**
ADVERTISEMENT: CAPITAL ONE SHOPPING

**Make Living Healthy Easy With This Incredible Drink**
ADVERTISEMENT: KA'CHAVA

**Windows PC Users Can Remove All Ads (Do It Now)**
ADVERTISEMENT: SECURITY SAVERS

**New Senior Apartments Coming to Seattle (Take A...**
ADVERTISEMENT: SENIOR LIVING | SEARC...

**Hyundai Has Done It Again. This Year's Lineup Is Better Th...**
ADVERTISEMENT: AUTO SAVINGS CENTER...

## MORE FROM VICE

World News

**In China, the Protests Are Dying Down and the Arrests Are Starting**

"We are all desperately deleting our chat history," a Beijing resident says.

RACHEL CHEUNG
11.29.22

News

**The Alleged Club Q Shooter Was Once Arrested For Threatening His Own Mother**

Most mass shootings in the United States have a domestic violence connection.

ANYA ZOLEDZIOWSKI, CARTER SHERMAN
11.22.22

News

**Abortion-Rights Supporters Are Feeling Cautiously Optimistic in Michigan**

In the midterm elections on Tuesday, Michigan will become one of the first states to vote on abortion since the Roe's overturning.

CARTER SHERMAN
11.08.22

News

News

News

Page 5
Staggering Number of Hysterectomies Happening at ICE Facility, Whistleblower Says
https://www.vice.com/en/article/93578d/staggering-number-of-hysterectomies-happening-at-ice-facility-whistleblower-say

### Abortion Rights Triumphed in Michigan and Almost Everywhere Else in the Midterms

Voters in Michigan, California, and Vermont agreed to enshrine abortion protections in their state constitution.

CARTER SHERMAN
11.09.22

### Harvey Weinstein Found Guilty of Rape and Sexual Assault

A Los Angeles jury found Weinstein, a former Hollywood producer, guilty of raping one woman.

CARTER SHERMAN
12.19.22

### A Nurse Allegedly Cut Off a Patient's Foot, Hoped to Use It to Scare Kids

The nurse allegedly wanted the amputated foot to be bronzed and mounted with the warning to "wear your boots, kids."

MACK LAMOUREUX
11.09.22





GIRLS AT THE ROSA MARIA HOUSE FOR CHILD AND TEEN MOTHERS IN ASUNCIÓN, PARAGUAY LEARN HOW TO COOK AND CHANGE DIAPERS. (PHOTO BY NATHANIEL JANOWITZ/VICE WORLD NEWS)

**VICE World News**

# Inside the Christian Shelter Where No Girl Is Too Young to Have a Baby

The Rosa Maria House in Asunción, Paraguay—where abortion is illegal—takes in girls as young as 10 with unplanned pregnancies and teaches them how to be mothers.

Page 6
Staggering Number of Hysterectomies Happening at ICE Facility, Whistleblower Says
https://www.vice.com/en/article/93578d/staggering-number-of-hysterectomies-happening-at-ice-facility-whistleblower-say

By Nathaniel Janowitz   By Juliana Quintana

December 15, 2022, 7:30am   Share   Tweet   Snap

ASUNCIÓN, Paraguay—Gabriela was 17, pregnant, and out of options.

In her hometown in rural Paraguay, Gabriela found a local doctor who offered to give her a clandestine procedure for 3 million guaraníes, or roughly $400. For a senior in high school whose family didn't know she was pregnant in one of South America's poorest nations, that was basically impossible. So Gabriela saved up her money and bought cheap blackmarket abortion pills that didn't work.

ADVERTISEMENT

The father of the baby, a much older non-blood relative, insisted she keep the pregnancy a secret, Gabriela said. At the suggestion of a local pastor she was sent to a church-run facility 100 miles away in a suburb of the capital Asunción: the Rosa Maria House. Gabriela told her family she was going on a "spiritual retreat" but instead went to live at the house where she'd receive free room and board and have the baby.

The Rosa Maria House is part of a network of several dozen church-run homes throughout Paraguay for children. But its specialty is taking in pregnant girls as young as 10, often referred by the authorities after being abused by family members or people close to the family, then facilitating the birth of the child, and training them to become mothers. As Gabriela waited for her baby to arrive, she would be given classes on changing diapers, cooking, and other skills needed to care for babies and toddlers.



THREE PRE-TEEN MOTHERS TEND TO THEIR CHILDREN WITH ONE OF THE MEMBERS OF THE ROSA MARIA STAFF IN THE SHELTER'S ON-SITE CHAPEL. PHOTO BY NATHANIEL JANOWITZ FOR VICE WORLD NEWS.

In Paraguay, where abortion is completely outlawed except to save the life of the mother, people often face an impossible dilemma: carry the unwanted fetus to term or face possible jail time if they manage to successfully abort. Gabriela's case was even trickier. When she got pregnant, she hid her pregnancy from her mother, embarrassed by the fact that the father was a

NBCU001588

much older man who already had a wife and children of his own. "I didn't know what [a condom] was," she said.

ADVERTISEMENT

"I even tried to commit suicide, I wanted to have an abortion. My life was a disaster back then," Gabriela, whose name has been changed to protect her

NBCU001589