Declaration of

Elizabeth McNamara

Exhibit 16

Page 1
Whistleblower Alleges Mass Hysterectomies at ICE Detention Center
https://www.businessinsider.com/whistleblower-alleges-mass-hysterectomies-at-ice-detention-center-2020-9

# INSIDER



HOME > NEWS

## A whistleblower is accusing doctors at an ICE detention center of surgically removing the wombs of some immigrant detainees

Sarah Al-Arshani   Sep 14, 2020, 8:58 PM



A protester near the Otay Mesa Detention Center in San Diego on April 11 with a sign critical of Immigrations and Custom Enforcement.   REUTERS/Bing Guan



- A nurse at a Georgia Immigration and Customs Enforcement facility is accusing the detention center of performing an unusual number of hysterectomies on immigrants being detained there, usually without their consent.

- Dawn Wooten made the allegations in a whistleblower complaint sent by Project South to the Department of Homeland Security and its inspector general.

- **Visit Business Insider's homepage for more stories.**

Page 2
Whistleblower Alleges Mass Hysterectomies at ICE Detention Center
https://www.businessinsider.com/whistleblower-alleges-mass-hysterectomies-at-ice-detention-center-2020-9

Top editors give you the stories you want — delivered right to your inbox each weekday.

[Email address]   [SIGN UP]

By clicking 'Sign up', you agree to receive marketing emails from Insider as well as other partner offers and accept our Terms of Service and Privacy Policy.



Minding the Generation Gap
Financial Literacy & Awareness
VIRTUAL EVENT  INSIDER
WATCH NOW

A nurse at a Georgia Immigration and Customs Enforcement detention facility is accusing the detention center of allowing an unusual number of hysterectomies to be performed on immigrants detained there, often without their consent.

In a whistleblower complaint sent by Project South to the Department of Homeland Security and its inspector general, a nurse named Dawn Wooten described poor treatment of migrants detained at the Irwin County Detention Center, including limited and negligent medical care and minimal testing for COVID-19.

"Ms. Wooten's account of the treatment of people in ICE custody is horrifying," Silky Shah, the executive director of Detention Watch Network, a nonprofit that also helped file the complaint, told Business Insider in a statement. "People's lives are at risk in immigration detention, and ICE has continued to prove through its record of medical neglect that no one is safe in its custody."

The facility is operated by LaSalle Corrections, a private prison company, Law and Crime reported.

RECOMMENDED VIDEO



NBCU001591

Business Insider could not reach LaSalle Corrections on Monday, but the company said in a statement to The Intercept: "LaSalle Corrections is firmly committed to the health and welfare of those in our care. We are deeply committed to delivering high-quality, culturally responsive services in safe and humane environments."

ICE did not reply to Business Insider's request for comment at the time of publication.

The whistleblower complaint alleges that immigrant women were frequently sent to a gynecologist outside the detention center who frequently chose to remove all or a portion of detainees' uterus, or womb.

One detained immigrant said she spoke with five women who were at the facility from October to December of last year, all of whom had a hysterectomy done.

"We've questioned among ourselves like goodness he's taking everybody's stuff out," Wooten said, according to the complaint, adding: "That's his specialty, he's the uterus collector. I know that's ugly ... is he collecting these things or something ... Everybody he sees, he's taking all their uteruses out or he's taken their tubes out. What in the world."

She also said that one young woman needed an ovary removed because of a cyst but that the doctor removed the wrong ovary — ultimately requiring the removal of both ovaries.



"She was supposed to get her left ovary removed because it had a cyst on the left ovary — he took out the right one," she said. "She was upset. She had to go back to take out the left and she wound up with a total hysterectomy. She still wanted children — so she has to go back home now and tell her husband that she can't bear kids ... she said she was not all the way out under anesthesia and heard him [doctor] tell the nurse that he took the wrong ovary."

Wooten was among multiple people described in the complaint as saying that some women did not know that the procedure was being performed on them or were not told what exactly the procedure entailed.

"I've had several inmates tell me that they've been to see the doctor and they've had hysterectomies and they don't know why they went or why they're going," Wooten said.

Another woman reported being given three different answers about what procedure would be done on her.




**CAREERS**

**Remote workers are blowing the whistle on the shady practices their companies are up to**

coronavirus   Ice   Detention Centers   More...

Taboola Feed



**Skin Tags And Moles Can Be Removed Just By Doing This**
EcoHealthNews



**The most relaxing farm game of 2022. No Install**
Taonga: The Island Farm

NBCU001593

Page 5
Whistleblower Alleges Mass Hysterectomies at ICE Detention Center
https://www.businessinsider.com/whistleblower-alleges-mass-hysterectomies-at-ice-detention-center-2020-9



**A massive aquarium in Berlin burst, releasing 265,000 gallons of water and 1,500 tropical fish**
The world's largest freestanding cylindrical aquarium burst in Berlin's Radisson Blu hotel lobby on December 16, releasing 265,000 gallons of water.

 

**Average Retirement Savings By Age: Are You Normal?**
The shocking amount some people have saved, and why speaking with a financial advisor could help increase your returns and alleviate stress.
SmartAsset | Sponsored

**If you own a mouse, you will never turn off your computer again.**
BaseAttackForce | Sponsored



**Amazon Left Scrambling As Prime Users Find Out About Secret Deals**
Online Shopping Tools | Sponsored

 

**Skin Tags And Moles Can Be Removed Just By Doing This**
EcoHealthNews

**The most relaxing farm game of 2022. No Install**
Taonga: The Island Farm



NBCU001594

Page 6
Whistleblower Alleges Mass Hysterectomies at ICE Detention Center
https://www.businessinsider.com/whistleblower-alleges-mass-hysterectomies-at-ice-detention-center-2020-9


A doctor accused of intentionally driving a Tesla off a 250-foot California cliff with another adult and 2 kids inside the car has been arrested
Business Insider


Striking video appears to show Ukrainian suicide drones destroying a column of Russian armored vehicles
Business Insider


Prime is now $179, But Few Know This Savings Hack (New For 2023)
Online Shopping Tools | Sponsored


Dollar General clerk charged after police say he killed armed robber
Business Insider


A Russian tank unit deliberately attacked another Russian position in Ukraine, report says, illustrating vicious rivalries within Putin's army
Business Insider


Man Who Predicted Lehman Crash Says Get Ready For A 2023 "Cash Frenzy"
Investing Outlook | Sponsored


Donald Trump had to be told a pool of reporters would no longer follow him around because he wasn't president anymore: report
Business Insider


Trump invited the press to a 'media availability' slot at Mar-a-Lago. Not a single cable news network covered it.
Business Insider

NBCU001595



**Sumo wrestler Konishiki Yasokichi rates eight sumo scenes and fights in movies and tv**
Sumo wrestler Konishiki Yasokichi rates eight sumo fights in movies and TV shows, such as "Memoirs of a Geisha" and "Isle of Dogs," for realism. Konishiki discusses the accuracy of throwing techniques in "The Outsider" (2018), "Isle of Dogs" (2018), "Memoirs of a Geisha" (2005), "Austin Powers in G

 

**I need this in my life. I can see inside everything**
Last day 69% off-USB Endoscope
New Product | Sponsored    Shop Now

**If You Have Toenail Fungus Try This Tonight (It's Genius!)**
WellnessGuide101.com | Sponsored    Watch Now



**Amazon Has Millions of Prime Subscribers — But Few Know About This Savings Trick**
Capital One Shopping | Sponsored    Read More

 

**Cassidy Hutchinson says she initially lied to the January 6 committee about a claim that Trump grabbed the steering wheel of his SUV and lunged at a Secret Service agent**
Business Insider

**Russian soldier says they're suffering more losses 'from their own side' than from Ukrainians, including being fired on by their own tanks**
Business Insider

NBCU001596



**2 Cards Charging 0% Interest Until 2024**
Check out the best 0% Intro APR credit cards recommended by our experts.
CompareCredit.com | Sponsored — Learn More



**Do This Immediately if You Have Enlarged Prostate (Watch)**
Healthy Guru | Sponsored



**Most Windows PC Users Didn't Know This Simple Trick To Block Ads (Do It Now)**
Online Security Savers | Sponsored — Learn More



**1/2 Cup Of This (Before Bed) Can Melt Your Belly Fat Like Never Before**
Healthy Guru | Sponsored



**Diabetes Is Not From Sweets! Meet The Main Enemy Of Diabetes**
Health Benefits | Sponsored



**What Throat Phlegm Could Mean For your Health (No What You Expect)**
SaneSolution | Sponsored



**Former Russian president calls for warships with hypersonic missiles to be stationed near Washington, DC**
Business Insider



**AOC says chaos in the GOP House shows that the Squad is pretty reasonable in comparison**
Business Insider

NBCU001597

Page 9
Whistleblower Alleges Mass Hysterectomies at ICE Detention Center
https://www.businessinsider.com/whistleblower-alleges-mass-hysterectomies-at-ice-detention-center-2020-9



Seniors Born between 1941 to 1979 Can Claim These 18 Senior Rebates Now!
TheWalletGuru.com | Sponsored



Idaho killing suspect had a history of being 'creepy' toward women, source says
A Pennsylvania brewery owner said the Idaho killing suspect was known to be "creepy" to women employees and customers.
Business Insider

 

When you succeed, so do we. Hiring for remote roles.
Fidelity Investments | Sponsored

Research Firm: "Here's why most folks are dead wrong about gold"
Investing Outlook | Sponsored

3 Toxic Foods for Dogs: the One Meat You Should Never Feed Your Dog
★ ★ ★ ★ ★
DogFoodDiscovery.com | Sponsored        Learn More

NBCU001598



A Massachusetts doctor accused of punching a police officer on January 6 was arrested and charged after a tipster contacted the FBI
Business Insider



Elite Russian brigade basically 'wiped out' in Ukraine losses: report
Business Insider



If You Have Toenail Fungus Try This Tonight (It's Genius!)
★ ★ ★ ★ ★
wellnessguide101.com | Sponsored
Learn More



The 2022 Blood Pressure Monitor Accuracy Test – DocReviews
We tested over 20 of the most popular blood pressure monitors and compared them to a hospital-grade vital sign monitor.
Doc Reviews | Sponsored
Read More



If you own a mouse, you have to try this game. No Install. Play for free.
Combat Siege | Sponsored



Doctors Stunned: 72 Year Old Grandma Clears Her Wrinkles With This Method
Trending | Sponsored



Perfect Shave Without Irritation Or Cuts! The Trimmer Every Man Needs.
Luoccia | Sponsored
Shop Now

NBCU001599

Page 11
Whistleblower Alleges Mass Hysterectomies at ICE Detention Center
https://www.businessinsider.com/whistleblower-alleges-mass-hysterectomies-at-ice-detention-center-2020-9



**Top Urologist: Try This To Help Reduce Enlarged Prostate**
★★★★★
Wellnessguide101.com | Sponsored        Learn More



**Sean Hannity confronts Lauren Boebert for opposing McCarthy as speaker, asking: 'Is this a game show?'**
Business Insider



**Kellyanne Conway says Trump 'reserves fear for one person' — his wife, Melania**
Business Insider



**Dentist: Add This To Your Toothpaste To Help Regrow Your Gums in a Few Days**
Healthy Guru | Sponsored



**Trump shares article saying Melania put up better Christmas decorations in the White House than Jill Biden**
Former President Donald Trump shared an opinion article that criticized Jill Biden for her lack of Christmas decorations in the White House.
Business Insider

