Declaration of

Elizabeth McNamara

Exhibit 17

Advertisement

SUNDAY CITIZEN
$115
Washable Silk Sleep Dress

Print subscriptions | Sign in | Search jobs | Search | US edition

**Support the Guardian**
Available for everyone, funded by readers
Support us →

**The Guardian**

News | Opinion | Sport | Culture | Lifestyle | More

US  World  Environment  Soccer  US Politics  Business  Tech  Science  Newsletters  Fight to vote

**US immigration**

This article is more than 2 years old

# Ice detainees faced medical neglect and hysterectomies, whistleblower alleges

### Nurse Dawn Wooten says she was demoted and reprimanded when she spoke out about practices at Georgia detention center

Advertisement

Top Heart Surgeon: This Simple Trick Helps Empty Your Bowels Every Morning

*Advertisement by Guthealthwellness*

How To Clean Your Guts Every Day - Top Surgeon Explains

SEE MORE

**Kari Paul** in Oakland

Mon 14 Sep 2020 21.55 EDT

A detainee uses a computer at the law library at Northwest Ice processing center in Tacoma. A nurse says immigrants in Ice custody were subjected to medical neglect. Photograph: Lindsey Wasson/Reuters

Immigrants in a US Immigration and Customs Enforcement (Ice) detention center in Georgia are being subjected to horrific conditions and treatment, including "jarring medical neglect" and a high rate of hysterectomies among women, according to a whistleblower complaint filed by several legal advocacy groups on behalf of a nurse who works there.

The nurse, Dawn Wooten, has been practicing for more than 10 years, three of which she was employed at Irwin county detention center in Georgia, which is run by private corporation LaSalle Corrections. The complaint, filed on her behalf on 14 September by the human rights legal groups the Government Accountability Project and Project South, accused the center of negligence, including poor safety precautions surrounding Covid-19 and generally hazardous and unsanitary conditions.

NBCU001601

Immigrants who spoke out against these conditions were regularly pushed into solitary confinement, the complaint said. Wooten says she was demoted and reprimanded when she spoke out about these practices, according to an interview with the Intercept.

The Intercept also reported that Wooten's account was "bolstered by interviews with another current member of Irwin's medical staff - who asked not to be named for fear of retaliation - and four people currently or recently detained there".

**Most viewed**


'All I did was testify': Republican who defied Trump will get presidential medal


Prince Harry saw 'red mist' in William during brother's alleged attack


Putin ally fighting to control salt and gypsum mines near Ukraine city of Bakhmut, says US


Prince Harry details physical attack by brother William in new book


Leak reveals Roman Abramovich's billion-dollar trusts transferred before Russia sanctions

Immigrants who spoke out against these conditions were regularly pushed into solitary confinement, the complaint said. Wooten says she was demoted and reprimanded when she spoke out about these practices, according to an interview with the Intercept.

The Intercept also reported that Wooten's account was "bolstered by interviews with another current member of Irwin's medical staff - who asked not to be named for fear of retaliation - and four people currently or recently detained there".



According to the new complaint, Wooten reported an alarmingly high rate of hysterectomies - a surgery in which part or all of the uterus is removed - being performed on Spanish-speaking immigrants, many of whom did not

wrong ovary, rendering her unable to have children. Another went in to have a cyst drained and ultimately got a hysterectomy instead, the complaint said.

"When I met all these women who had had surgeries, I thought this was like an experimental concentration camp. It was like they're experimenting with our bodies," one detainee said, according to the complaint.

Project South, one of the human rights groups that filed the complaint, had previously filed a report in 2017 regarding Irwin's poor treatment of detainees, including unsanitary conditions, inedible food and refusing medical care to detainees. "This place is not equipped for humans," one detained immigrant at Irwin told Project South at the time.

Conditions have "only worsened" in the face of Covid-19 threats, the complaint says. The facility has refused to test detained immigrants for Covid-19 in a timely manner, concealed numbers of positive tests and mixed those who have been exposed to Covid-19 with those who have not, according to the complaint.

wrong ovary, rendering her unable to have children. Another went in to have a cyst drained and ultimately got a hysterectomy instead, the complaint said.

"When I met all these women who had had surgeries, I thought this was like an experimental concentration camp. It was like they're experimenting with our bodies," one detainee said, according to the complaint.

Project South, one of the human rights groups that filed the complaint, had previously filed a report in 2017 regarding Irwin's poor treatment of detainees, including unsanitary conditions, inedible food and refusing medical care to detainees. "This place is not equipped for humans," one detained immigrant at Irwin told Project South at the time.

Conditions have "only worsened" in the face of Covid-19 threats, the complaint says. The facility has refused to test detained immigrants for Covid-19 in a timely manner, concealed numbers of positive tests and mixed those who have been exposed to Covid-19 with those who have not, according to the complaint.

"There is no social distancing possible in a detention center," said Azadeh Shahshahani, a human rights attorney at Project South. "We are calling for people to be freed immediately, and we have been calling for this facility to

be shut down for a long time."

Shahshahani said the groups also plan to file these documents to Congress as well as to the United Nations. The United Nations defines "imposing measures intended to prevent births within the group" as an act of genocide, a crime under international law.

"These are gross human rights violations, and the US government should be held accountable," she said. She added that Irwin detention center was not unique: Project South filed similar complaints against the Stewart detention center, another location in Georgia where detainees have alleged abuse.

An Ice spokeswoman, Lindsay Williams, said on Tuesday that the agency did not comment on matters that have been presented to the Office of the Inspector General, which is responsible for investigating such allegations. She added that "anonymous, unproven allegations, made without any fact-checkable specifics, should be treated with the appropriate skepticism they deserve".

LaSalle Corrections did not respond to request for comment. When reached by phone, an employee at the Irwin county detention center declined to comment or answer how many immigrants are currently housed there, but according to the company's website the location houses up to 1,201 people.

Following the report, Bob Trammell, a Georgia state representative, called for suspending the licenses of the providers named in the complaint pending a full investigation by the state's composite medical board and board of nursing.

Trammell also requested investigations into other Ice detention centers in Georgia that have been accused of misconduct, including Robert A Deyton detention facility and Stewart detention center.

… **as 2023 begins**, we have a small favour to ask. A new year means new opportunities, and we're hoping this year gives rise to some much-needed stability and progress. Whatever happens, the Guardian will be there, providing clarity and fearless, independent reporting from around the world, 24/7.

Times are tough, and we know not everyone is in a position to pay for news. But as we're reader-funded, we rely on the ongoing generosity of those who can afford it. This vital support means millions can continue to read reliable reporting on the events shaping our world. Will you invest in the Guardian this year?

Unlike many others, we have no billionaire owner, meaning we can fearlessly chase the truth and report it with integrity. 2023 will be no different; we will work with trademark determination and passion to bring you journalism that's always free from commercial or political interference. No one edits our editor or diverts our attention from what's most important.

With your support, we'll continue to keep Guardian journalism open and free for everyone to read. When access to information is made equal, greater numbers of people can understand global events and their impact on people and communities. Together, we can demand better from the powerful and fight for democracy.

Whether you give a little or a lot, your funding will power our reporting for the years to come. **Support the Guardian from as little as $1 - it only takes a minute. If you can, please consider supporting us with a regular amount each month. Thank you.**

| Single | Monthly | Annual |
|---|---|---|
| $7 per month | $13 per month | Other |





Continue → Remind me in February VISA

Topics
US immigration
Georgia / news

Reuse this content

exploitation and brutality
25 Dec 2021

speak out
21 Nov 2020

grim time in US history
21 Sept 2020

its planes
19 Sept 2020

## More from Headlines

**PFAS** / Investors pressure top firms to halt production of toxic 'forever chemicals'
5h ago

**Exclusive** / Leak reveals Abramovich's billion-dollar trusts transferred before Russia sanctions
3h ago

**Live** / House still without speaker as McCarthy pleads with holdouts - live
13m ago

**Israel** / Harvard bloc role for ex-Human Rights Watch chief over Israel criticism
4h ago

## Most viewed

Across The Guardian | In US News

1 Leak reveals Roman Abramovich's billion-dollar trusts transferred before Russia sanctions

2 **Live** / Sunak invites unions to talks on Monday as senior Tory calls on government to improve pay offer to nurses - UK politics live

3 Gianluca Vialli, former Italy, Juventus and Chelsea striker, dies aged 58

4 **Live** / Russia-Ukraine war live: Russia 'planning church attacks' during Orthodox Christmas ceasefire, claims Ukraine deputy PM

5 NHS recruiting from 'red list' countries after Brexit loss of EU staff, says report

6 Prince Harry saw 'red mist' in William during brother's alleged attack

7 My father thought not eating meat was silly but the vegan revolution has been seismic

8 Ash Barty announces on Instagram she is pregnant

9 Bet365 boss Denise Coates was paid more than £260m in year to March

10 Landing gear revamp: jumpsuits and hijabs feature in British Airways restyle

**Most commented**
Starmer may lack Blair's charisma, but he may well change Britain more than New Labour ever did
*Andy Beckett*

**Most shared**
Leak reveals Roman Abramovich's billion-dollar trusts transferred before Russia sanctions

Original reporting and incisive analysis, direct from the Guardian every morning

Sign up for our email

About us
Help
Complaints & corrections
SecureDrop
Work for us
California resident – Do Not Sell
Privacy policy
Cookie policy
Terms & conditions
Contact us

All topics
All writers
Digital newspaper archive
Facebook
YouTube
Instagram
LinkedIn
Twitter
Newsletters

Advertise with us
Guardian Labs
Search jobs

Support the Guardian
Available for everyone, funded by readers
Support us

Back to top

© 2023 Guardian News & Media Limited or its affiliated companies. All rights reserved. (modern)