Declaration of

Elizabeth McNamara

Exhibit 18

Page 1
Whistleblower blasts Georgia immigration detention center's COVID-19 response
https://www.ajc.com/news/whistleblower-blasts-georgia-immigration-detention-centers-covid-19-response/G32IMGY3CBHRZF5G32GCNE6L5E/





# Whistleblower blasts Georgia response



**NEWS**

By Jeremy Redmon, The Atlanta Journal-Constitution

Sept 14, 2020

**Complaint also cites high number of hysterectomies performed on detainees detained at Ocilla facility**

*Advertisement*



The Atlanta Journal-Constitution is providing this content as part of our public service mission. Learn more about supporting real journalism.

A coalition of advocacy groups filed a federal complaint on Monday against the private company that operates an immigration detention center in South Georgia, alleging the company is failing to protect detainees and employees from the spread of COVID-19.

Filed with the U.S. Department of Homeland Security Office of Inspector General, the 27-page complaint is based partly on the information supplied by a whistleblower identified as Dawn Wooten, a licensed practical nurse who worked in the Irwin County Detention Center in Ocilla. She is scheduled to speak at a news conference at noon Tuesday in downtown Atlanta.

She told the inspector general the detention center refused to test symptomatic detainees for COVID-19, failed to distribute personal protective equipment to staff and systematically underreported COVID-19 cases, according to the advocacy groups.

"This complaint highlights jarring accounts from detained immigrants and Ms. Wooten regarding the deliberate lack of medical care, unsafe work practices, and absence of adequate protection against COVID-19 for detained immigrants and employees alike," Project South and the Government Accountability Project said in a news release. Both groups are representing Wooten.


Advertisement

A spokesman for the company that operates the detention center, Louisiana-based LaSalle Corrections, did not respond to requests for comment. U.S. Immigration and Customs Enforcement released a statement Monday evening, saying it is "firmly committed to the safety and welfare of all those in its custody."

"Since the onset of reports of Coronavirus Disease 2019 (COVID-19)," ICE said, "ICE epidemiologists have been tracking the outbreak, regularly updating infection prevention and control protocols, and issuing guidance to ICE Health Service Corps (IHSC) staff for the screening and management of potential exposure among detainees."

As of Thursday, the federal agency had reported 42 cases of COVID-19 among Irwin's detainees and no deaths from the disease. Nationwide, there have been 5,686 detainee cases and six deaths from COVID-19, including two at Stewart Detention Center in Southwest Georgia.

Project South filed the federal complaint Monday along with Georgia Detention Watch, Georgia Latino Alliance for Human Rights, and South Georgia Immigrant Support Network.

Wooten was not available for comment Monday. But she told The Intercept she had repeatedly complained to leadership about medical safety at the detention center in Ocilla before she was demoted, a move she says was retaliation for speaking up.

"They're still not taking this seriously," Wooten told The Intercept. "Enough was enough."

In July, a separate immigration detention center operated by LaSalle in Louisiana, Richwood Correctional Center, drew complaints. Saying it represented whistleblowers who worked there, the Government Accountability Project sent a letter to Congress, alleging "gross mismanagement, dangerous practices, and compliance failures" that exacerbated the spread of COVID-19.

ICE has documented 100 cases of the disease among detainees at Richwood.

LaSalle's executive director, Rodney Cooper, testified before Congress three days after the Government Accountability Project's complaint, citing "tremendous efforts our company is taking to mitigate impacts of this unprecedented pandemic."


Advertisement

NBCU001927

He added his company's "consistent preparation, prevention and management measures have served as a foundation to reduce the risk of transmission and severity of illness from COVID-19. To date no ICE detainee in our care has succumbed to COVID-19."

The complaint filed by the advocacy groups also says a high rate of hysterectomies have been performed on detainees held at the Ocilla facility.

"Ms. Wooten also stated that detained women expressed to her that they didn't fully understand why they had to get a hysterectomy," the complaint says. "She said: 'I've had several inmates tell me that they've been to see the doctor and they've had hysterectomies and they don't know why they went or why they're going.'"

Georgia House Minority Leader Robert Trammell Jr. of Luthersville reacted to news media reports about the hysterectomies Monday by sending a letter to the Georgia Composite Medical Board and Georgia Board of Nursing.

"I am writing to request that you immediately suspend the licenses of the providers named in the whistleblower complaint," Trammell wrote, "pending a full investigation by your offices."

Staff writer Greg Bluestein contributed to this report.

## About the Author

 Jeremy Redmon  

Jeremy Redmon has reported for The Atlanta Journal-Constitution since 2005. He often writes about politics, the military, immigration and refugees.

## Editors' Picks



The Jolt: Marjorie Taylor Greene ignites furor at first House hearing
9h ago

 Georgia House leaders pass midyear budget with property tax rebate
7h ago

 Rivian announces 2nd round of layoffs within 7 months
1h ago

 Atlanta mayor regrets leaving room for training center 'disinformation'
2h ago

## The Latest

 Fulton Commission receives new jail study
48m ago

Rivian announces 2nd round of layoffs within 7 months
1h ago

WATCH LIVE: Tyre Nichols' funeral service in Memphis
2h ago

## Featured

 Misunderstood coyotes did not evolve to eat your pets, expert says
10h ago

Things to do for Black History Month

In Southside neighborhood, a new model for development on the Beltline

NBCU001928

Page 4
Whistleblower blasts Georgia immigration detention center's COVID-19 response
https://www.ajc.com/news/whistleblower-blasts-georgia-immigration-detention-centers-covid-19-response/G32IMGY3CBHRZF5G32GCNE6L5E/

CONTENT BY Taboola Feed



Investing Outlook | Sponsored
Man Who Predicted Lehman Crash Says Get Ready For A 202...



Healthy Guru | Sponsored
1/2 Cup Of This (Before Bed) Can Melt Your Belly Fat Like...



Oracle NetSuite | Sponsored
NetSuite's Business Guide: 4 Skills CFOs Need Now



Investing Outlook | Sponsored
Man Who Predicted Lehman Crash Makes New Warning for...



Combat Siege | Sponsored
If you own a mouse, you have to try this game. No Install. Play for...



SmartAsset | Sponsored
Average Retirement Savings By Age: Are You Normal?



Hair Therapy Shampoo | Sponsored
Thinning Hair? Pour This On Your Head And See What...



DogFoodDiscovery.com | Sponsored
3 Toxic Foods for Dogs: the One Meat You Should Never Feed Yo...



WellnessGuide101.com | Sponsored
If You Have Toenail Fungus Try This Tonight (It's Genius!)



WellnessReport | Sponsored
Cardiologist: Too Much Belly Fat? Do This Before Bed



Oracle NetSuite | Sponsored
7 Steps To Recession-Proof Your Business



Health Benefits | Sponsored
Diabetes Is Not From Sweets! Meet The Main..



FunnyAnd | Sponsored
They Laughed At Him When He Married Her,..



Blazepod | Sponsored
2023 is here and it's time to train like a pro



Health Benefits | Sponsored
Doctors Says Slimming Down After 60 Comes Down To This



GlassesUSA.com | Sponsored
Why millions of Americans have stopped buying their glasses at th...



ActiveBeat | Sponsored
Seattle: Dentists Are Almost Giving Away Implants Now (See..

NBCU001929

Page 5
Whistleblower blasts Georgia immigration detention center's COVID-19 response
https://www.ajc.com/news/whistleblower-blasts-georgia-immigration-detention-centers-covid-19-response/G32IMGY3CBHRZF5G32GCNE6L5E/



Healthy Guru | Sponsored
Simple Technique Ends Tinnitus - Stops Ringing Ears (Watch...



Classmates.com | Sponsored
Look for any high school yearbook, it's free



Flex Allowance | Sponsored
Washington: New "Grocery Allowance"...



Babbel | Sponsored
The App That's Teaching Americans Spanish in...



Total Restore | Sponsored
When You Eat Instant Oatmeal Every Day, Th...



CD Rates Seniors | Sponsored
The Highest Rates On CDs With No Penalties..



Lower Bill | Sponsored
Electric Companies Will Hate You for Doing This, but They Can't...



urologytip.pro | Sponsored
Men, You Don't Need The Blue Pill If You Do This Once A Day



Volkswagen Deals | Top Searches | Sponsored
Volkswagen has done it again. This new VW Bus has left us...



Medicare Genius | Sponsored
Americans On Medicare Are Getting a Big Surprise This...



Alaska Cruise Deals | sponsored searches | Sponsored
Empty Alaska Cruise Cabins Cost Almost Nothing



Health & Welfare | Sponsored
These 2 Vegetables Will Kill Your Belly And Arm Fat Overnight!



New 2023 BMW Lineup | Sponsored
BMW's Killer 2023 Lineup Is Finally Here



ItsTheVibe | Sponsored
[Photos] A Discovery In The Ocean Has Worried Scientists



6 To 60 Month CD Rates | Sponsored
View Today's Highest CD Rates



FunnyAnd | Sponsored
Girl Rushes Out Of Bathroom In Tears, The...



Trending News | Sponsored
1 Cup Of This (Before Bed), Burns Belly Fat...



Baths On Clearance | search ads |
Seattle: Luxury Walk-In Tubs Are Almost Being..



Hot Deals - Top Searches | Sponsored
New BMWs Basically on Clearance Sale



Eddie by Giddy | Sponsored
Outlast Your ED



advancedbionutritionals.com | Sponsored
The Truth About Keeping Muscle Mass After Age 50

NBCU001930

Trendscatchers | Sponsored
Millionaire laughs at poor family in restaurant, then waitress hand...

CompareCredit.com | Sponsored
2 Cards Charging 0% Interest Until 2024

Kachava | Sponsored
People Are Drinking This Shake To Stay Healthy All Year Long

Livestly | Sponsored
Funny Beach Photos Captured, Look Closer

Oceandraw | Sponsored
Cop Refused Service At A Restaurant, Next Day He Does...

Dating | Search Ads | Sponsored
Meet Single Asian Women Near You

Cool Gadgets | Sponsored
15 Ridiculously Cool Gifts You'll Want To Bu...

bonvoyaged.com | Sponsored
Netflix Cancels Another Rounds Of Great Shows

Doggy Kingdom | Sponsored
Every Dog Owner Should Buy This Geniu...

Gundry MD Bio Complete 3 Supplement | Sponsored
Top Heart Surgeon: This Simple Trick Helps Empty Your Bowels...

All Things Auto | Search Ads | Sponsored
Nissan Has Done It Again. This Year's Lineup Has Left Us...

Otto | Sponsored
Seattle, Washington Homeowners Are Ditching Their Home...

Camper Van Deals | Top Searches | Sponsored
These travel vans have done it again. These vans have left us...

The New VW Bus | Sponsored
The Volkswagen Bus Is Back With A Vengance

Trendscatchers | Sponsored
After 220 years, two brothers have finally found the treasure of Oak..

energysavingtools.com | Sponsored
1 Simple Trick That Cuts People's Electric Bill by Up To 90%

Sutera | Sponsored
The Truth About Side Sleepers (You'll Wish You Saw It Sooner)

Give It Love | Sponsored
10 Years Ago They Were Called the World's Most..

All Day Slimming Tea | Sponsored
This Simple Before Bed Ritual Might Help You...

Healthy Glam | Sponsored
Mariska Hargitay's Daughter Used To Be...

BuzzDaily Winners | Sponsored
The Most Realistic PC Game of 2022

  
 
   
  
 
  
   

Page 7
Whistleblower blasts Georgia immigration detention center's COVID-19 response
https://www.ajc.com/news/whistleblower-blasts-georgia-immigration-detention-centers-covid-19-response/G32IMGY3CBHRZF5G32GCNE6L5E/



Military Jobs | Search Ads | Sponsored

Military Jobs For Seniors (Earn Up To A $50K Sign On Bonus)



bonvoyaged.com | Sponsored

Pour Baking Soda In The Toilet, Here's What Happens



Health Insight Journal | Sponsored

Relieve Lower Back Pain with this Doctor's Secret Method



Oracle NetSuite | Sponsored

NetSuite - One Unified, Cloud Business Suite



Capital One Shopping | Sponsored

Amazon Has Millions of Prime Subscribers — But Few Know...



bonvoyaged.com | Sponsored

2023 TV Cancellations Just Announced

NBCU001932