Declaration of

Elizabeth McNamara

Exhibit 24

Page 1
Whistle-blower complaint alleges neglect, hysterectomies at Georgia migrant facility - UPI.com
https://www.upi.com/Top_News/US/2020/09/15/Complaints-allege-neglect-sterilization-at-Georgia-migrant-facility/3451600168172/



TRENDING  Family slain  |  Lottery  |  Bird record  |  Defibrillators  |  Stuck bunny  |  COVID-19  |  'Bomb cyclone'  |  'Romeo and Juliet'  |  Damar Hamlin  |  Amazon layoffs



U.S. NEWS    SEPT. 15, 2020 / 7:54 AM

# Complaints allege neglect, sterilization at Georgia migrant facility

By Clyde Hughes





Activists in Los Angeles, Calif., attend a march on July 21, 2018, to protest the Trump administration's treatment of migrants at the southern border and inside federal facilities. File Photo by Jim Ruymen/UPI | License Photo

Sept. 15 (UPI) -- Human rights groups and a whistle-blower are condemning the Trump administration for the treatment of migrants at a holding facility in Georgia, where they say there's been incidents of negligence and abuse -- like forced hysterectomies for women.

The Government Accountability Project and Project South filed complaints Monday against the Department of Homeland Security. They're based on concerns reported by Dawn Wooten, a nurse who worked at a private detention center in Ocilla, Ga., that housed migrants for U.S. Immigration and Customs Enforcement.

**Trending Stories**


Wrong-way car crash kills Connecticut Rep. Quentin Williams


Gunmen besiege Mexican city after arrest of El Chapo's son


Former Arkansas judge arrested


House adjourns with no speaker elected; McCarthy loses 11th vote


Russia declares two-day cease-fire in Ukraine for Orthodox Christmas

NBCU001563




The complaint joined Georgia Detention Watch, Georgia Latino Alliance for Human Rights and South Georgia Immigration Support Network in a broader report that outlined their concerns to the Department of Homeland Security inspector general.

Wooten, who provided direct care for migrants at the center, said they were frequently and intentionally denied medical care -- including those who showed symptoms of COVID-19.

> **RELATED**
> Federal judge: California ban doesn't target federal prisons

Wooten said the facility failed to isolate possible coronavirus patients and didn't quarantine any migrants in close vicinity who may have been exposed to the disease. The complaints also say the center failed to maintain acceptable levels of hygiene and sanitation in exam rooms and declined to provide personal protective equipment to medical and correctional staff.

"Ms. Wooten's whistle-blowing disclosures reveal not only gross mismanagement from [the facility's] leadership, but actions that deliberately put the health of detainees, workers, and the public at risk," Government Accountability Project attorney John Whitty said in a statement.

"It is up to DHS to heed the warnings of employee whistle-blowers like Ms. Wooten and take action to enforce protective measures against the rampant spread of COVID-19."

> **RELATED**
> Cuban asylum seeker dies by apparent suicide in ICE's care

NBCU001564

In its complaint, Project South said some migrant women were given hysterectomies without their consent and had expressed confusion about the procedures. The complaint said hysterectomies, a female sterilization procedure, appeared to be encouraged by at least one physician.

Project South said the Ocilla detention center has a history of hysterectomies that concerned staff there.

"I've had several inmates tell me that they've been to see the doctor and they've had hysterectomies and they don't know why they went or why they're going," Wooten said.

"And if the immigrants do understand what they're getting done, some of them a lot of times won't even go, they say they'll wait to get back to their country to go to the doctor."

The Homeland Security Department did not immediately respond to the complaints.

ADVERTISEMENT

Topics   Immigration & Border Security   Immigration & Border Security

Sponsored


I Had Enough of My Keurig! Was About to Throw It in the Trash when I Found This
Angelino's Coffee


What a Walk-in Tub Should Cost if You're over 65
The Senior Scoop


2 Cards Charging 0% Interest Until 2024
CompareCredit.com


The 15 Easiest Dog Breeds to Look After, Ranked
Give It Love


Last Call: Restaurants That Lost Locations in 2023
Money Pop


Deepest Hole on Earth Sealed After Fossil Found
Explored Planet

NBCU001565

## Latest Headlines

*U.S. News // 5 minutes ago*

### Sicknick's partner files lawsuit against Trump, 2 others in Jan. 6 attack

Jan. 6 (UPI) -- The partner of late Capitol Police Officer Brian Sicknick, who died in connection with the Jan. 6, 2021 riots in Washington, D.C., filed a wrongful death lawsuit against former President Donald Trump and others.



*U.S. News // 1 hour ago*

### Federal judge says West Virginia's transgender sport ban is constitutional

Jan. 6 (UPI) -- A U.S. district judge said Thursday that West Virginia can restrict transgender girls from playing on sports teams that match their gender identity.



*U.S. News // 2 hours ago*

### Police: Shots fired at homes of 3 Albuquerque politicians

Jan. 6 (UPI) -- Authorities in New Mexico are probing a series of shootings at the homes of at least three elected officials and others that may also be tied to local politicians.



*U.S. News // 5 hours ago*

### Idaho Supreme Court upholds state's controversial abortion laws

Jan. 6 (UPI) -- The Idaho Supreme Court dismissed a series of lawsuits filed by Planned Parenthood against the state's abortion bans, ruling that Idaho's constitution does not guarantee protection for the medical procedure.



*U.S. News // 9 hours ago*

### Hawaii's Kilauea volcano erupts again

Jan. 6 (UPI) -- Hawaii's Kilauea volcano began erupting Thursday, nearly a month after volcanic activity on the mountain had ceased, officials said.



*U.S. News // 10 hours ago*

### U.S., Germany to supply Ukraine with armored combat vehicles

Jan. 5 (UPI) -- U.S. President Joe Biden and German Chancellor Olaf Scholz agreed Thursday to send Ukraine armored combat fighting vehicles, a day after France said it would arm Kyiv with light tanks in its war against Russia.

NBCU001566



U.S. News // 1 day ago

### Police name father a suspect in killing of family in Utah

Jan. 5 (UPI) -- Eight family members, including five children, were found shot to death inside a rural Utah home on Wednesday while authorities said the community is safe and that no suspects were at large.



U.S. News // 23 hours ago

### House adjourns with no speaker elected; McCarthy loses 11th vote

Jan. 5 (UPI) -- The U.S. House of Representatives adjourned for a third straight day without electing a House speaker Thursday night after Republican Rep. Kevin McCarthy lost his 11th consecutive vote for the position.



U.S. News // 13 hours ago

### Investigators ask for public's help identifying dismembered woman in Georgia

Jan. 5 (UPI) -- Investigators in Georgia are yet to identify the body of a woman found dismembered in a wooded area more than a month ago.



U.S. News // 14 hours ago

### South Carolina's 6-week abortion ban ruled unconstitutional

Jan. 5 (UPI) -- South Carolina's Fetal Heartbeat and Protection from Abortion Act, which would ban abortions after six weeks of pregnancy, is unconstitutional according to the state's Supreme Court.



BACK TO TOP

About UPI    Contact    Corrections    Feedback    Advertisements

Copyright © 2023 United Press International, Inc. All Rights Reserved.

Terms of Use | Privacy Policy

NBCU001567