Declaration of

Elizabeth McNamara

Exhibit 29



Story from US NEWS

# An ICE Nurse Revealed That A US Detention Centre Is Performing Mass Hysterectomies

IZZIE RAMIREZ
LAST UPDATED 15 SEPTEMBER 2020, 4:59



PHOTO: AP/SHUTTERSTOCK.





On Monday, a nurse at a private immigration detention centre in Georgia, USA, came forward about a range of dangerous medical practices at a U.S. Immigrations and Customs Enforcement (ICE) facility. According to her, the centre has not only ignored COVID-19 protocols, but is actively performing mass hysterectomies on detained people.

The whistleblower, Dawn Wooten, worked at the Irwin County Detention Center (ICDC) — which is operated by LaSalle Corrections — where she allegedly witnessed the company's refusal to test detainees for COVID-19 as well as spoke to several people who each had their uterus removed as part of an unwarranted hysterectomy procedure. According to the official complaint lodged with the Office of the Inspector General for the Department of Homeland Security, Wooten said that the facility was performing hysterectomies on people who reported having heavy menstrual cycles or other more serious pain, but that "everybody's uterus cannot be that bad."

ADVERTISEMENT

NBCU001609

"I've had several inmates tell me that they've been to see the doctor and they've had hysterectomies and they don't know why they went or why they're going," Wooten said in the report. She also noted how ICDC consistently uses one out-of-facility doctor, who is responsible for the hysterectomies in addition to accidentally removing the wrong ovary in one patient. "He's the uterus collector."

"Everybody he sees has a hysterectomy — just about everybody. He's even taken out the wrong ovary on a young lady [detained immigrant woman]," Wooten said. "She was supposed to get her left ovary removed because it had a cyst on the left ovary; he took out the right one."

The complaint was filed on the behalf of Wooten by advocacy groups Project South, Georgia Detention Watch, Georgia Latino Alliance for Human Rights, and South Georgia Immigrant Support Network. In their report, Wooten details other malpractices at the facility, including lack of COVID-19 testing for symptomatic patients, as well as a general lack of reporting cases.

The complaint also explains why she decided to come forward publicly: Wooten had been reprimanded and demoted by ICDC when she spoke up about the poor practices at the detention center.

"You put two and two together," she said. "I'm asking for these things and speaking for these detainees. I'm a problem. I'm being seen and I'm not supposed to be seen or heard. It makes you look like you're not doing your job."

This isn't the first time the United States has forced people — especially people of colour — into unwanted sterilisation, which is a human rights violation and a form of eugenics, according to the World Health Organization. For more than 70 years, California led the country in sterilisations; during that time about 20,000 people were sterilised against their will in state institutions. In the South, Black women were treated as "practice" for incoming medical students and had been sterilised unknowingly during C-sections. Other times, they were coerced in order to retain welfare benefits. Sterilisation was so wide-spread in North Carolina that a bill was passed in 2015 to give victims financial compensation.

Of course, when it comes to undocumented immigrants, who are regularly referred to as "unwanted" "aliens" by the current U.S. president, it's not so surprising that these practices went unreported for so long. One immigrant in the complaint put it best: "This place is not equipped for humans."



ICE NURSE WHISTLEBLOWER REPORTS HYSTERECTOMY PROBLEM

ORIGINALLY PUBLISHED ON 15 SEPTEMBER 2020, 0:59

US NEWS • NEWS • POLITICS

WRITTEN BY
IZZIE
RAMIREZ

PHOTO: AP/SHUTTERSTOCK.

Be The First To React

How Do You Feel About This Article?

NBCU001610

| Love | Impressed | Surprised | Angry |
|---|---|---|---|
| 0 | 0 | 0 | 0 |

Money Diary: A Digital Media Offic...

FierceWine
Pls I need to know where in London I ca...
Top Comment 11

Is It 'Lucky Girl Syndrome' Or Is It...

StrongBacon
Is anyone else sick of hearing the term...
Top Comment

How To Get Doctors To Listen When...

StrongPhone
The way I see it is GPs are the gatekeepers ...
Top Comment 1

9 Women O
Best £10 Th

SlickAv
We once bou
greggs gift c
Top Comme

## The Conversation

Start a discussion, not a fire. Post with kindness.

Commenting as **Guest**  Log in | Sign up

Be the first to comment...

Powered by OpenWeb  Terms | Privacy | Feedback

## Recommended for You

You Can Do Anything You Want In This Game
ADVERTISEMENT: RAID: SHADOW LEGENDS

Urologist: Men With An Enlarged Prostate Do Not Know About This Simple...
ADVERTISEMENT: HEALTH NEWS TIPS

Nail Problem: This Common Household Formula Should Help
ADVERTISEMENT: WELLNESSGUIDE101.COM

Early Signs & Symptoms Of Macular Degeneration To Look Out For (Write...
ADVERTISEMENT: MACULAR DEGENERATION | SPONSORED...

Do This Immediately If You Notice Skin Tags or Moles

ADVERTISEMENT: DAILYHEALTHMD.COM

What Drinking Bone Broth Does To Your Body

ADVERTISEMENT: DKAWELLNESS.COM

Why People in Seattle are Loving Martha Stewart's Meal Kit

ADVERTISEMENT: MARTHA STEWART & MARLEY SPOON

Doctor Says Slimming Down After 60 Comes Down To This

ADVERTISEMENT: YOUSTAYFITWITH.ME

## More from US News

WELLNESS

Please Stop Saying "Natural" When Discussing Childbirth

by NATALIE GONTCHAROVA

UNBOTHERED

As We Mourn The Death Of Lauren Smith-Fields, Where Is The Justic...

by STEPHANIE LONG

CLIMATE

New Climate Change Report Confirms: Everything's Terrible, ...

by DANIELLE CAMPOAMOR

ADVERTISEMENT

NEWS

Should Wealthy Countries Give COVID Booster Shots When Other Coun...

by ERIN CORBETT

OLYMPICS

At 7, Rayssa Leal Went Viral For Skateboarding In A Fairy Princes...

by ASIA EWART

NEWS

We Have A Lot Of Questions About That Bizarre Olympics Opening Ce...

by DANIELLE CAMPOAMOR

NEWS

Spelling Bee Champ Zaila Avant-garde Might Be The Most Interestin...

by DANIELLE CAMPOAMOR

NEWS

The Olympics Don't Care About Black Athletes. They Never Did.

by ERIN CORBETT

NEWS

Darnella Frazier Says Her Uncle Was Killed During A High Speed Po...

by LYDIA WANG

HEALTH NEWS

How Will Rising COVID Cases Impact The Olympics?

by ERIN CORBETT

NEWS

Bill Cosby's Accusers Speak Out: "What Message Is Tha...

by LYDIA WANG

NEWS

Bill Cosby's Sexual Assault Conviction Has Been Overturned ...

by ERIN CORBETT






























