Declaration of

Elizabeth McNamara

Exhibit 36

# FILED UNDER SEAL