Declaration of

Elizabeth McNamara

Exhibit 37

# FILED UNDER SEAL