Declaration of

Elizabeth McNamara

Exhibit 48

**From:** (b)(6); (b)(7)(C)
**Sent:** 16 Sep 2020 13:06:37 +0000
**To:** (b)(6); (b)(7)(C)
**Cc:**
**Subject:** RE: Hysterectomy report: (b)(6); (b)(7)(C)
**Attachments:** 3578_001.pdf

(b)(6); (b)(7)(C) was released prior to the appt date (b)(6); (b)(7)(C) efused the procedure; (b)(6); (b)(7)(C) did have the procedure in 8/2019 (attached- confirmed she did have total hysterectomy – pathology showed squamous cell carcinoma (attached)....waiting for confirmation on the new 3 you have provided.
Thanks,
(b)(6);

**From:** (b)(6); (b)(7)(C) ice.dhs.gov>
**Sent:** Wednesday, September 16, 2020 8:05 AM
**To:** (b)(6); (b)(7)(C) ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Hysterectomy report: (b)(6); (b)(7)(C)

Please see attached. Total of 6 hysterectomies since 2015.
Including CDR (b)(6); (b)(7)(C) see all correspondence for UR research and review. (b)(6); (b)(7)(C) pulling the case claims now.
(b)(6); (b)(7)(C) also pulling credentials on this MD.

V/R,
(b)(6); (b)(7)(C), MSPH, BSN, RN, CCHP, NASM-CPT, USPHS
CHIEF, HEALTH PLAN MANAGEMENT UNIT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE)
ENFORCEMENT AND REMOVAL OPERATIONS (ERO)
ICE HEALTH SERVICE CORPS (IHSC)
VA FINANCIAL SERVICES CENTER
7600 METROPOLIS DRIVE
AUSTIN, TX 78744
PHONE: 202-680-(b)(6);
EMAIL: (b)(6); (b)(7)(C) E.DHS.GOV
Health Plan Management Unit SharePoint Page
MedPAR Login
FSC HCPS Login

The Commissioned Corps of the U.S. Public Health Service: "Protecting, promoting and advancing the health and safety of the nation."



Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Tuesday, September 15, 2020 19:34
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**C:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Hysterectomy report: IRWIN county report

In the morning...sounds like they may have had a meeting this evening at 2015 ET but if so I was not included.

(b)(6); (b)(7)(C) DNP, MPH, MSN, FNP-BC
Deputy Assistant Director for Healthcare Compliance
ICE Health Service Corps
500 12th Street, SW #2206
Washington, DC 20536
202.732.(b)(6); (b)(7)(C) desk
202.809.(b)(6); (b)(7)(C) mobile
(b)(6); (b)(7)(C) @ice.dhs.gov

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Date:** Tuesday, Sep 15, 2020, 8:30 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**C:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Hysterectomy report: IRWIN county report

Yes ma'am. Do you want me to do it now or first thing in the am?

V/R,
(b)(6); (b)(7)(C) MSPH, BSN, RN, CCHP, NASM-CPT, USPHS
CHIEF, HEALTH PLAN MANAGEMENT UNIT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE)
ENFORCEMENT AND REMOVAL OPERATIONS (ERO)

ICE HEALTH SERVICE CORPS (IHSC)
VA FINANCIAL SERVICES CENTER
7600 METROPOLIS DRIVE
AUSTIN, TX 78744
PHONE: 202-680-(b)(6); (b)(7)(C)
EMAIL: (b)(6); (b)(7)(C) ICE.DHS.GOV



The Commissioned Corps of the U.S. Public Health Service: "Protecting, promoting and advancing the health and safety of the nation."

Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Date:** Tuesday, Sep 15, 2020, 7:19 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>
(b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Hysterectomy report: (b)(6); (b)(7)(C)

Just got an email from the AD, now they want to investigate the provider so we need to go back five years. Can you pull everything going back five years (2015)?

**From:** (b)(6); (b)(7)(C) ce.dhs.gov>
**Date:** Tuesday, Sep 15, 2020, 7:23 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** Hysterectomy report: IRWIN county report

Please see attached. I did a word search on Hysterectomy but this should give you what you need. Looks like there are 3 based on this report-worst part...they are all listed as Males! That information comes from ENFORCE unfortunately it is our system of record.

| (b)(6); (b)(7)(C) | Irwin County Det | (b)(6); (b)(7)(C) | PR OV ID ER, ME | Ho spi tali zat ion | N o o v 2 | N o p v 2 | A p p r o | N o o v 1 | C o p e l | D25.9 N85.2, N92.0, N94.6, N93.8 | 20 18 11 15 00 | S e p 1 |

ICE001632

| | | O | | | enti on Cen ter | | DP AR | (b)(6); (b)(7)(C) |
|---|---|---|---|---|---|---|---|---|

Package. This procedure falls under the 90-day post-operative period and reimbursement for all pre-operative, intra-operative and post-operative follow up care for the 90-day period will be included in the reimbursement for the procedure as mandated under the CMS Global Surgical Package. Payments for authorized services will be made directly to the health care provider of those services. Payment for authorized services is subject to custody verification. Claims must be filed within a year of the date of service.

(b)(6),
(b)(7)(C)

| | | | |
|---|---|---|---|
| | | | 11/29/18 (CPT CODE 58150 UNIT ~HYSTERECTOMY) ~~~MedPAR Submitter Information~Date: 11/06/2018 09:30:02 ~Name: (b)(6); (b)(7)(C) one: ~e-Mail: (b)(6); (b)(7)(C) Provider: (b)(6); (b)(7)(C) 11/07/2018 11:52:41 > referred to rcd for review |
| (b)(6); (b)(7)(C) | D2509, RI0.2, N92.0, N94.6 (b)(6); (b)(7)(C) 05/29/2019 13:03:43 > Approved for access to medical care to include inpatient hospitalization at IRWIN COUNTY HOSPITAL beginning on 6/7/19 with discharge date of 6/9/19. This MedPAR covers CPT code 58150 TOTAL HYSTEREC | 2019 05 29 00 21 4 | Oct 4, 2018 |

TOMY. MedPAR includes procedure being performed (b)(6); (b)(7)(C) 6/7/19 as well as IRWIN COUNTY HOSPITAL. MedPAR covers procedure and all ancillary services related to the procedure under the CMS Global Surgical Package. This procedure falls under the 90 day post-operative period and reimbursement for all pre-operative, intra-operative and post-operative follow up care for the 90 day period will be included in the reimbursement for the procedure as mandated under the CMS Global Surgical Package. Authorized payments for health care services will be reimbursed in accordance with Title 18, Part III,



Chapter 301, Section 4006 of the U.S. Code and shall not exceed Medicare reimbursement rates unless explicitly authorized. Payments for authorized services will be made directly to the health care provider of those services. Payment for authorized services is subject to custody verification. Claims must be filed within a year of the date of service.

REFER TO IRWIN CO. HOSPITAL ON 06/07/19-06/09/19 @AM ( 58150 1UNIT)~~ MedPAR Submitter Information ~Date: 05/29/2019 07:25:30~ Name: (b)(6); (b)(7)(C)  Mail: (b)(6); (b)(6); rwin cdc.com~Provider: ~~

(b)(6); (b)(7)(C)

20 A
19 p

| (b)(6); (b)(7)(C) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | g 9, 2 0 1 9 | l 2 4, 2 0 1 9 | p r o v e d | l 2 5, 2 0 1 9 | h i b b e r R N, J e n n i f e r | N83.291,R10.2, Kyeremeh,Thomas K 07/25/2019 10:50:17 > This Authorization covers CPT code 58150 Total hysterectomy. Authorization includes procedure being performed (b)(6), (b)(7)(C) 08/09/2019 as well as services being performed at Irwin County Hospital. Authorization covers all ancillary services related to the procedures under the CMS Global Surgical Package. Authorization covers procedure, inpatient admission on 08/09/2019 with possible discharge date of 08/11/2019 and all ancillary services related to the procedure under the CMS Global Surgical Package. This procedure falls under the 90-day | 07 25 00 08 2 | r 1 2, 2 0 1 9 |

post-operative period and reimbursement for all pre-operative, intra-operative and post-operative follow up care for the 90-day period will be included in the reimbursement for the procedure as mandated under the CMS Global Surgical Package. Payments for authorized services will be made directly to the health care provider of those services. Payment for authorized services is subject to custody verification. Claims must be filed within a year of the date of service. Chhibber RN,Jennifer

07/25/2019 11:07:31 > Approved. REFER TO IRWIN CO. HOSPITAL ON 08/09/19-8/11/19 @AM (CPT CODE58150 (1UNIT) TOTAL

ABDOMINAL HYSTERECTOMY)~~MedPAR Submitter Information ~Date: 07/24/2019 07:31:11~ Name: Mattie Davis~Phone: ~e-Mail: (b)(6); (b)(7)(C)

er: ~~ (b)(6); 07/24/2019 09:18:20 > Is this patient going to the hospital in August? Please confirm dates. (b)(6); (b)(7)(C)

07/24/2019 18:34:16 > Consult notes received. Pending review from IHSC Clinical Director. (b)(6); (b)(7)(C)

07/25/2019 10:01:32 > Surgical procedure approved by IHSC's ERCD on 07/25/2019. Pending GSP Medical Claims review, ticket #SR-208
a. Detainee Name: (b)(6); (b)(7)(C)

number: (b)(6), (b)(7)(C) / COC: Peru/ Court date: 08/27/19

d. Procedure name and applicable CPT Code(s): 58150 hysterectomy procedure Diagnosis: carcinoma in SITU, high grade squamous intraepithelial neoplasia with involvement of margins

e. Date of pre-operative testing (if required): 08/06/2019 consult for discussing the surgical procedure with the patient

f. Date of surgical intervention: 08/09/2019

g. Type of service (i.e., outpatient/inpatient) and estimated length of stay: INPATIENT STAY 48 hours, until 8/11/2019

h. Provider's name (surgeon):



(b)(6), (b)(7)(C)
ID:
(b)(6); (b)(7)(C)

1) i. Provider's contact information, point of contact for billing verification: Contact: Maria Nito/ phone: 912-384-(b)(6);
Fax#: 912-384-0418
j. Facility (hospital, surgical center) information: Irwin County Hospital (Tax ID: (b)(6); (b)(7)(C)
l. Facility contact information: Name: Diane ROWE / phone# 229-468-3834

V/R,
(b)(6); (b)(7)(C) MSPH, BSN, RN, CCHP, NASM-CPT, USPHS
CHIEF, HEALTH PLAN MANAGEMENT UNIT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE)
ENFORCEMENT AND REMOVAL OPERATIONS (ERO)
ICE HEALTH SERVICE CORPS (IHSC)
VA FINANCIAL SERVICES CENTER
7600 METROPOLIS DRIVE
AUSTIN, TX 78744
PHONE: 202-680(b)(6);
EMAIL (b)(6); (b)(7)(C) @ICE.DHS.GOV
Health Plan Management Unit SharePoint Page
MedPAR Login
FSC HCPS Login

The Commissioned Corps of the U.S. Public Health Service: "Protecting, promoting and advancing the health and safety of the nation."



Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.

**From:** (b)(6); (b)(7)(C)
**Sent:** Tuesday, September 15, 2020 17:59
**To:** (b)(6); (b)(7)(C) <ice.dhs.gov>
**Subject:** IRWIN county report

I ran the report for inpatient hospitalization and GYN but there are no CPT codes on the report (b)(6); (b)(7)(C) is on the report though. You can filter it down by female and inpatient hospitalization

I'm running another one that gets sent to the VA as well.

V/R,
(b)(6); (b)(7)(C), MSPH, BSN, RN, CCHP, NASM-CPT, USPHS
CHIEF, HEALTH PLAN MANAGEMENT UNIT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE)
ENFORCEMENT AND REMOVAL OPERATIONS (ERO)
ICE HEALTH SERVICE CORPS (IHSC)
VA FINANCIAL SERVICES CENTER
7600 METROPOLIS DRIVE
AUSTIN, TX 78744
PHONE: 202-680(b)(6);
EMAIL (b)(6); (b)(7)(C) @ICE.DHS.GOV
Health Plan Management Unit SharePoint Page
MedPAR Login
FSC HCPS Login

The Commissioned Corps of the U.S. Public Health Service: "Protecting, promoting and advancing the health and safety of the nation."



Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.