Declaration of

Elizabeth McNamara

Exhibit 49

**From:** (b)(6); (b)(7)(C)
**Sent:** 16 Sep 2020 15:34:11 +0000
**To:** (b)(6); (b)(7)(C)
**Cc:**
**Subject:** RE: (b)(6); (b)(7)(C)

(b)(5)

Thanks,
(b)(6);

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Wednesday, September 16, 2020 11:28 AM
**To:** (b)(6); (b)(7)(C) ice.dhs.gov> (b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) e.dhs.gov> (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) ice.dhs.gov> (b)(6); (b)(7)(C) ce.dhs.gov>
**Subject:** RE: (b)(6); (b)(7)(C)

Wow! IHSC would not have accepted utilizing this specialist. Need to identify LaSalle processes for this.

(b)(6); (b)(7)(C) MD, CCHP
Deputy Assistant Director Clinical Services
IHSC Medical Director
500 12th Street, SW
Washington, DC 20536
Desk: 202-73(b)(6);(b)(7)(C)
Cell: 202-515
(b)(6); (b)(7)(C) ce.dhs.gov

IHSC: One Team, One Mission…Leading the Way in Immigration Health Care.

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Wednesday, September 16, 2020 11:23 AM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov> (b)(6); (b)(7)(C) e.dhs.gov>;
(b)(6); (b)(7)(C) @ice.dhs.gov> (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: (b)(6); (b)(7)(C)

Attached is the NPDB. BLUF, the report clearly outlines several instances of settlement related to improper care.

(b)(6); (b)(7)(C) **MHA, MHRD**

CAPT, United States Public Health Service (USPHS)
Chief Professional Officer, Health Services Category

Deputy Assistant Director, Administration
ICE Health Service Corps (IHSC)
Office: 202-732-(b)(6);

**IHSC: One Team, One Mission...Leading the Way in Immigration Health Care.**

**From:** (b)(6), (b)(7)(C) @ice.dhs.gov>
**Sent:** Wednesday, September 16, 2020 10:49 AM
**To:** (b)(6), (b)(7)(C) @ice.dhs.gov> (b)(6), (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6), (b)(7)(C) @ice.dhs.gov>; (b)(6), (b)(7)(C) @ice.dhs.gov>; (b)(6), (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: (b)(6), (b)(7)(C)

Thx (b)(6), (b)(7)(C)

(b)(6), (b)(7)(C) ease have (b)(6), (b)(7)(C) refresh his search now that we have a DOB.

(b)(6), (b)(7)(C) MPH, CCHP, FACHE
Assistant Director | ICE Health Service Corps
Desk: 202-732-(b)(6), | Cell: 202-321-(b)(6);

Executive Assistant (b)(6), (b)(7)(C) @associates.ice.dhs.gov
Desk: 202-732-(b)(6), | Cell: 202-893-(b)(6)
*"IHSC: One Team, One Mission...Leading the Way in Immigration Health Care"*

**From:** (b)(6), (b)(7)(C) @ice.dhs.gov>
**Sent:** Wednesday, September 16, 2020 10:48 AM
**To:** (b)(6), (b)(7)(C) @ice.dhs.gov> (b)(6), (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6), (b)(7)(C) @ice.dhs.gov> (b)(6), (b)(7)(C) @ice.dhs.gov>; (b)(6), (b)(7)(C) @ice.dhs.gov>
**Subject:** RE (b)(6), (b)(7)(C)

DOB (b)(6), (b)(7)(C)

(b)(6), (b)(7)(C)

Obstetrics & Gynecology • (b)(6), (b)(7)(C)

(b)(6), (b)(7)(C)

V/R,
CAPT (b)(6); (b)(7)(C) MSPH, BSN, RN, CCHP, NASM-CPT, USPHS
CHIEF, HEALTH PLAN MANAGEMENT UNIT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE)
ENFORCEMENT AND REMOVAL OPERATIONS (ERO)
ICE HEALTH SERVICE CORPS (IHSC)
VA FINANCIAL SERVICES CENTER
7600 METROPOLIS DRIVE
AUSTIN, TX 78744
PHONE: 202-680- (b)(6);
EMAIL: (b)(6); (b)(7)(C) @ICE.DHS.GOV
Health Plan Management Unit SharePoint Page
MedPAR Login
FSC HCPS Login

The Commissioned Corps of the U.S. Public Health Service: "Protecting, promoting and advancing the health and safety of the nation."



Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.

**From:** (b)(6); (b)(7)(C) h@ice.dhs.gov>
**Sent:** Wednesday, September 16, 2020 09:03
**To** (b)(6); (b)(7)(C) e.dhs.gov>
**Cc** @ice.dhs.gov> (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) @ice.dhs.gov> (b)(6); (b)(7)(C) e.dhs.gov> (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) e.dhs.gov>
**Subject:** RE: (b)(6); (b)(7)(C)

Anyone else have an idea how we can obtain his DOB?

(b)(6); (b)(7)(C) MPH, CCHP, FACHE

Assistant Director | ICE Health Service Corps
Desk: 202-732-(b)(6);   Cell: 202-321-(b)(6);

Executive Assistant (b)(6); (b)(7)(C)             sociates.ice.dhs.gov
Desk: 202-73(b)(6);   Cell: 202-89(b)(6);
*"IHSC: One Team, One Mission...Leading the Way in Immigration Health Care"*

**From:** (b)(6); (b)(7)(C)             @ice.dhs.gov>
**Sent:** Wednesday, September 16, 2020 10:01 AM
**To:** (b)(6); (b)(7)(C)             @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C)             @ice.dhs.gov> (b)(6); (b)(7)(C)             @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)             @ice.dhs.gov> (b)(6); (b)(7)(C)             @ice.dhs.gov>;
(b)(6); (b)(7)(C)             @ice.dhs.gov>
**Subject:** RE: (b)(6); (b)(7)(C)

Not from our end. We reached out to his office and also did a search online but this information is not publicly accessible.

(b)(6); (b)(7)(C)        MHA, MHRD
CAPT, United States Public Health Service (USPHS)
Chief Professional Officer, Health Services Category

Deputy Assistant Director, Administration
ICE Health Service Corps (IHSC)
Office: 202-732-(b)(6)-2

**IHSC: One Team, One Mission…Leading the Way in Immigration Health Care.**

**From:** (b)(6); (b)(7)(C)             @ice.dhs.gov>
**Sent:** Wednesday, September 16, 2020 9:56 AM
**To:** (b)(6); (b)(7)(C)             @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C)             @ice.dhs.gov> (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)             @ice.dhs.gov>; (b)(6); (b)(7)(C)             @ice.dhs.gov> (b)(6); (b)(7)(C)
@ice.dhs.gov>
**Subject:** RE (b)(6); (b)(7)(C)

Anyway we can get his DOB?

Thx

(b)(6); (b)(7)(C)        MPH, CCHP, FACHE
Assistant Director | ICE Health Service Corps
Desk: 202-732-(b)(6);   Cell: 202-321-(b)(6);

Executive Assistant (b)(6); (b)(7)(C)             @associates.ice.dhs.gov
Desk: 202-732-(b)(6);   Cell: 202-893-(b)(
*"IHSC: One Team, One Mission...Leading the Way in Immigration Health Care"*

**From:** (b)(6); (b)(7)(C) <(b)(6); (b)(7)(C)@ice.dhs.gov>
**Sent:** Wednesday, September 16, 2020 9:47 AM
**To:** (b)(6); (b)(7)(C) <(b)(6); (b)(7)(C)@ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) <(b)(6); (b)(7)(C)@ice.dhs.gov>; (b)(6); (b)(7)(C) <(b)(6); (b)(7)(C)@ice.dhs.gov>; (b)(6); (b)(7)(C) <(b)(6); (b)(7)(C)@ice.dhs.gov>; (b)(6); (b)(7)(C) <(b)(6); (b)(7)(C)@ice.dhs.gov>
**Subject:** RE: (b)(6); (b)(7)(C)
**Importance:** High

(b)(6); (b)(7)(C)

(b)(6); (b)(7)(C) was able to pull the state licensure information ((b)(6) has two databases) and the Office of Inspector General (OIG) report. Unfortunately, without a DOB for the provider, we are not able to run an National Practitioner Database (NPDB) report. (b)(6); (b)(7)(C) reached out to the office but they would not release this information.

(b)(6); (b)(7)(C) **MHA, MHRD**
CAPT, United States Public Health Service (USPHS)
Chief Professional Officer, Health Services Category

Deputy Assistant Director, Administration
ICE Health Service Corps (IHSC)
Office: 202-732-(b)(6)

**IHSC: One Team, One Mission…Leading the Way in Immigration Health Care.**



**From:** (b)(6); (b)(7)(C) <(b)(6); (b)(7)(C)@ice.dhs.gov>
**Sent:** Wednesday, September 16, 2020 8:51 AM
**To:** (b)(6); (b)(7)(C) <(b)(6); (b)(7)(C)@ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) <(b)(6); (b)(7)(C)@ice.dhs.gov>; (b)(6); (b)(7)(C) <(b)(6); (b)(7)(C)@ice.dhs.gov>; (b)(6); (b)(7)(C) <(b)(6); (b)(7)(C)@ice.dhs.gov>; (b)(6); (b)(7)(C) <(b)(6); (b)(7)(C)@ice.dhs.gov>
**Subject:** RE: (b)(6); (b)(7)(C)

Thx, (b)(6); (b)(7)(C)

(b)(6); (b)(7)(C) PH, CCHP, FACHE
Assistant Director | ICE Health Service Corps
Desk: 202-73(b)(6)   Cell: 202-32(b)(6)

Executive Assistant: (b)(6); (b)(7)(C) @associates.ice.dhs.gov
Desk: 202-732-(b)(6)   Cell: 202-893-(b)(6)
"IHSC: One Team, One Mission…Leading the Way in Immigration Health Care"

**From:** [(b)(6); (b)(7)(C)] <@ice.dhs.gov>
**Sent:** Wednesday, September 16, 2020 8:49 AM
**To:** [(b)(6); (b)(7)(C)] <@ice.dhs.gov>
**Cc:** [(b)(6); (b)(7)(C)] <@ice.dhs.gov>; [(b)(6); (b)(7)(C)] [(b)(6); (b)(7)(C)] <@ice.dhs.gov>; [(b)(6); (b)(7)(C)] <@ice.dhs.gov>; [(b)(6); (b)(7)(C)] [(b)(6); (b)(7)(C)] <@ice.dhs.gov>
**Subject:** RE: [(b)(6); (b)(7)(C)]

Good morning

I received this request from CAPT [(b)(6),(b)(7)(C)] st night and [(b)(6); (b)(7)(C)] is in the process of reviewing the various databases this morning.   We will have his findings over to you shortly.


[(b)(6); (b)(7)(C)] **MHA, MHRD**
CAPT, United States Public Health Service (USPHS)
Chief Professional Officer, Health Services Category

Deputy Assistant Director, Administration
Immigration and Customs Enforcement (ICE)
Enforcement and Removal Operations (ERO)
ICE Health Service Corps (IHSC)
-----------------------------------------------------------
500 12th Street SW, Mailstop [(b)(6)]
Washington, DC 20536-5009
Office: 202-73[(b)(6); (b)(7)(C)]
Cell: 202-641-[(b)(6); (b)(7)(C)]


**From:** [(b)(6); (b)(7)(C)] <@ice.dhs.gov>
**Sent:** Wednesday, September 16, 2020 8:07 AM
**To:** [(b)(6); (b)(7)(C)] <@ice.dhs.gov>
**Cc:** [(b)(6); (b)(7)(C)] <@ice.dhs.gov>; [(b)(6); (b)(7)(C)] [(b)(6); (b)(7)(C)] <@ice.dhs.gov>; [(b)(6); (b)(7)(C)] <@ice.dhs.gov>
**Subject:** [(b)(6); (b)(7)(C)]
**Importance:** High

GM [(b)(6); (b)(7)(C)]

Welcome to the fray! As might be aware, press is flying pertaining to a physician that Irwin County Detention Center (ICDC) refers patients to in the community re: OB/GYN cases.  The doctor in question is [(b)(6); (b)(7)(C)]   Several actions are being worked that I'll attempt to lay out, as I understand them; some of which require your leadership to quickly get me the information. [(b)(6); (b)(7)(C)] team is tracking down MedPARs from this doctor and claims filed with the VAFSC by this doctor.  **I need this as soon as possible**.

What I need from you and your team:

1. Verify (b)(6); (b)(7)(C) credentialing status through Medicare (I understand there is a database to confirm if this doc is approved by Medicare to bill).
2. Search the National Practitioner Databank for status/any adverse pending actions.
3. The (b)(6), (b)(7)(C) State Licensing Board to see if he is board certified or board eligible in OB/GYN (meaning he has completed a residency in this specialty).

I have a meeting with the Director and other ICE leadership at 1000 this morning to provide updates. Please engage (b)(6), (b)(7)(C) quickly to get this information.

(b)(6); (b)(7)(C) - pleas add anything I may have missed and, as always, your responsive support is very much appreciated.

(b)(6); (b)(7)(C)

(b)(6); (b)(7)(C) MPH, CCHP, FACHE
Assistant Director | ICE Health Service Corps
Desk: 202-73(b)(6); | Cell: 202-32(b)(6);

Executive Assistant (b)(6); (b)(7)(C)    ciates.ice.dhs.gov
Desk: 202-732-(b)( | Cell: 202-893(b)(6)
"IHSC: One Team, One Mission...Leading the Way in Immigration Health Care"