Declaration of

Elizabeth McNamara

Exhibit 50

# FILED UNDER SEAL