Declaration of

Elizabeth McNamara

Exhibit 51

# FILED UNDER SEAL