Declaration of

Elizabeth McNamara

Exhibit 52

# FILED UNDER SEAL