Declaration of

Elizabeth McNamara

Exhibit 53

Page 1
(3) Bob Trammell on X: "There were mass hysterectomies. Unconscionable. Just sent this letter to the Composite Medical Board and Board of Nursing calling for immediate suspension of the licenses of providers that are named in the complaint, pending full investigation by these Boards. #masshysterectomies https://t.co/1ODRLEuSUZ" / X
https://twitter.com/TrammellBob/status/1305647179332300801
11 12 2023



Page 2
(3) Bob Trammell on X: "There were mass hysterectomies. Unconscionable. Just sent this letter to the Composite Medical Board and Board of Nursing calling for immediate suspension of the licenses of providers that are named in the complaint, pending full investigation by these Boards. #masshysterectomies https://t.co/1ODRLEuSUZ" / X
https://twitter.com/TrammellBob/status/1305647179332300801
11 12 2023



NBCU004150