Declaration of

Elizabeth McNamara

Exhibit 54



## House of Representatives

**ROBERT T. TRAMMELL, JR.**
MINORITY LEADER
REPRESENTATIVE, DISTRICT 132
128 NORTH MAIN STREET
LUTHERSVILLE, GEORGIA 30251
EMAIL: bob.trammell@house.ga.gov

COVERDELL LEGISLATIVE OFFICE BUILDING, ROOM 609
ATLANTA, GEORGIA 30334
(404) 656-5058 (OFFICE)

**STANDING COMMITTEES:**
ETHICS
GOVERNMENTAL AFFAIRS
INFORMATION AND AUDITS
JUDICIARY NON-CIVIL
MOTOR VEHICLES
RULES
WAYS & MEANS

September 14, 2020

VIA ELECTRONIC MAIL
AND REGULAR MAIL

LaSharn Hughes
Jonathan McGehee
Georgia Composite Medical Board
2 Peachtree Street, NW
6th Floor
Atlanta, GA 30303-3465

Darrell W. Thompson, RN, DNP, ACNP-BC, FNP-BC
Georgia Board of Nursing
237 Coliseum Drive
Macon, Georgia 31217

Dear Ms. Hughes, Mr. McGehee, and Mr. Thompson,

I read with great concern today's media reports of mass hysterectomies performed on women being held at the Irwin County Detention Center (ICDC) in Georgia, now operated by LaSalle Corrections, a private prison company. I am writing to request that you immediately suspend the licenses of the providers named in the whistleblower complaint pending a full investigation by your offices.

Georgia's medical and nursing boards are in a unique position to act on violations of medical standards within immigrant detention centers and to protect Georgians from unethical and unskilled providers. I have deep respect for your offices and the work you are doing to ensure people in Georgia receive care that is in compliance with your licensing standards.

In addition to this case, please update me on your efforts to investigate other allegations and/or patterns of provider misconduct in the following facilities during their contracts with the U.S. Immigration and Customs Enforcement:

Irwin County Detention Center
Stewart Detention Center
Robert A. Deyton Detention Facility
Folkston ICE Processing Center (D. Ray James)
Folkston Immigration Processing Center (Annex)
Folkston Immigration Processing Center (DR James)

Thank you for your prompt response and engagement with this urgent matter to protect the health and safety of people seeking medical care in the state of Georgia.

Very truly yours,

Robert T. Trammell, Jr.

NBCU001911