Declaration of

Elizabeth McNamara

Exhibit 55

Settings

Post

**Nancy Pelosi**
@SpeakerPelosi

If true, the appalling conditions described at an ICE detention facility — including allegations of mass hysterectomies performed on immigrant women — are a staggering abuse of human rights. @DHSOIG must immediately investigate these allegations. speaker.gov/newsroom/91520...

11:30 AM · Sep 15, 2020

**6,521** Reposts **815** Quotes **15.4K** Likes **62** Bookmarks

62

**New to X?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Nancy Pelosi**
@SpeakerPelosi

Follow

Representative for CA-11, fighting for the people of San Francisco. 52nd Speaker of the House. Wife, mother, grandmother, dark chocolate connoisseur.

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ... © 2023 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up

