Declaration of

Elizabeth McNamara

Exhibit 56

Page 1
Chairman Thompson Statement on Whistleblower Complaint Alleging ICE Detention Center Medical Neglect, Unsanitary Conditions
https://web.archive.org/web/20221223212535/https://homeland.house.gov/news/press-releases/chairman-thompson-statement-on-whistleblower-complaint-alleging-ice-detention-center-medical-neglect-unsanitary-conditions

CORONAVIRUS / COVID-19 RESOURCE PAGE

ABOUT   ACTIVITIES   NEWS   ISSUES   SUBCOMMITTEES   CONTACT

Home . News . Press Releases

September 15, 2020

# CHAIRMAN THOMPSON STATEMENT ON WHISTLEBLOWER COMPLAINT ALLEGING ICE DETENTION CENTER MEDICAL NEGLECT, UNSANITARY CONDITIONS

(WASHINGTON) – Today, Rep. Bennie G. Thompson (D-MS), Chairman of the Committee on Homeland Security, released the following statement regarding a *whistleblower complaint* from a nurse at an Immigration and Customs Enforcement facility run by LaSalle Corrections in Georgia alleging medical neglect, unsanitary conditions, a lack of COVID-19 precautions, and the performance of hysterectomies without informed consent on detained women.

"The allegations put forth in this whistleblower complaint point to an alarming pattern of unsafe conditions and a lack of oversight at privately run ICE facilities. When the nation is facing a pandemic, it should go without saying that ICE facilities need to follow CDC guidelines and institute strict social distancing and monitoring protocols, not cut corners in order to maximize profits. The complaint alleging hysterectomies have been performed on women held in detention without consent is incredibly disturbing. We cannot allow the Trump Administration's horrific anti-immigrant policies to continue to threaten the general health and wellness of migrants in government care or of the personnel working at these facilities. The Committee has been conducting an ongoing investigation regarding conditions at ICE contractor facilities and will be examining these new and incredibly serious allegations."

# # #

**Press Contact**

Adam Comis at (202) 225-9978

PRINT   EMAIL

PREVIOUS ARTICLE   NEXT ARTICLE

COPYRIGHT   PRIVACY   ACCESSIBILITY   MINORITY WEBSITE