Declaration of

Elizabeth McNamara

Exhibit 57

**Congress of the United States**

**Washington, DC 20515**

September 15, 2020

Mr. Joseph V. Cuffari
Inspector General
Department of Homeland Security
Office of Inspector General
Washington, DC 20528

Dear Mr. Cuffari:

We write to express deep concern for the health and welfare of immigrants in the custody of Immigration and Customs Enforcement (ICE) who are currently detained at the Irwin County Detention Center (ICDC), operated by LaSalle Corrections. We are horrified to see reports of mass hysterectomies performed on detained women in the facility, without their full, informed consent and request that the Office of Inspector General (OIG) conduct an immediate investigation.[1] We request that your office immediately open an investigation to thoroughly examine allegations raised by whistleblower Dawn Wooten and immigrants currently and formerly detained in the ICDC.[2]

In the complaint submitted to your office outlining the concerns by Ms. Wooten and numerous immigrants who have spoken to Project South, there is wide concern about the high rates of hysterectomies performed on detained women. One detained immigrant reported that she knew five women who had hysterectomies within a three-month period between October and December, 2019. This woman likened the facility to an "experimental concentration camp" and Nurse Wooten said that hysterectomies were that doctor's "specialty, he's the uterus collector." While Ms. Wooten noted that some of the women who had hysterectomies reported heavy menstruation or other severe issues, the high rates of hysterectomies were seemingly inexplicable and remarkably concerning.

The complaint also raised questions as to whether there was proper, informed consent by many of the women who had hysterectomies. Ms. Wooten claims that several of the women who had hysterectomies did not know why they even went to the doctor. Further, she reports that the language line was not consistently used by medical staff and some nurses attempted to communicate with the Spanish-speaking detained women using Google or asking other detained immigrants to interpret. One immigrant woman explained her experience receiving three

---

[1] Kari Paul, *ICE Detainees Faced Medical Neglect and Hysterectomies, Whistleblower Alleges,* THE GUARDIAN (Sept. 14, 2020) https://www.theguardian.com/us-news/2020/sep/14/ice-detainees-hysterectomies-medical-neglect-irwin-georgia.
[2] Project South, Georgia Detention Watch, Georgia Latino Alliance for Human Rights, and South Georgia Immigrant Support Network, *Re: Lack of Medical Care, Unsafe Work Practices, and Absence of Adequate Protection Against COVID-19 for Detained Immigrants and Employees Alike at the Irwin County Detention Center* (Sept. 14, 2020) https://projectsouth.org/wp-content/uploads/2020/09/OIG-ICDC-Complaint-1.pdf.

NBCU001526

different explanations as to why she was going to have a hysterectomy, and said that she "felt like they were trying to mess with my body." She reports that a nurse became angry and yelled at her for expressing that she thought the procedure was not appropriate for her.

These reports hearken back to a dark time in U.S. history in which 32 states passed eugenic-sterilization laws, resulting in the sterilization of between 60 and 70 thousand people in the early 1900s.[3] This practice continued for incarcerated individuals into recent times, as nearly 150 incarcerated women in California prisons were sterilized between 2006 and 2010.[4] In Georgia alone, 3,284 individuals had been sterilized by the end of 1963, as the state was responsible for the fifth highest number of sterilizations in the country.[5] This shameful history of sterilization in the United States, in particular sterilization of people of color and incarcerated people, must never be repeated. Yet, the similarities to the accounts of immigrant women and nurses in the Irwin County Detention Center today are eerily similar.

The reports of mass hysterectomies cause grave concern for the violation of the bodily autonomy and reproductive rights of detained people. Everyone, regardless of their immigration status, their language, or their incarceration deserves to control their own reproductive choices, and make informed choices about their bodies. We request an immediate investigation into these reports. We request a response and a briefing on the status of this investigation by Friday, September 25, 2020.

Sincerely,

PRAMILA JAYAPAL
Member of Congress

JUDY CHU
Member of Congress

JERROLD NADLER
Member of Congress

ZOE LOFGREN
Member of Congress

---

[3] Andrea DenHoed, *The Forgotten Lessons of the American Eugenics Movement,* THE NEW YORKER (April 27, 2016) https://www.newyorker.com/books/page-turner/the-forgotten-lessons-of-the-american-eugenics-movement.
[4] Lisa Ko, *Unwanted Sterilization and Eugenics Programs in the United States,* NPR (Jan. 29, 2016).
[5] Lutz Kaelber, *Eugenics: Compulsory Sterilization in 50 American States,* Presentation from the 2012 Social Science History Association, https://www.uvm.edu/~lkaelber/eugenics/.

NBCU001527

ALMA S. ADAMS, PH.D.
Member of Congress

COLIN ALLRED
Member of Congress

KAREN BASS
Member of Congress

NANETTE DIAZ BARRAGÁN
Member of Congress

JOYCE BEATTY
Member of Congress

AMI BERA, M.D.
Member of Congress

DONALD S. BEYER JR.
Member of Congress

SANFORD D. BISHOP, JR.
Member of Congress

EARL BLUMENAUER
Member of Congress

LISA BLUNT ROCHESTER
Member of Congress

SUZANNE BONAMICI
Member of Congress

BRENDAN F. BOYLE
Member of Congress

ANTHONY G. BROWN
Member of Congress

JULIA BROWNLEY
Member of Congress

CHERI BUSTOS
Member of Congress

G. K. BUTTERFIELD
Member of Congress

SALUD O. CARBAJAL
Member of Congress

TONY CÁRDENAS
Member of Congress

ANDRÉ CARSON
Member of Congress

MATT CARTWRIGHT
Member of Congress

SEAN CASTEN
Member of Congress

KATHY CASTOR
Member of Congress

JOAQUIN CASTRO
Member of Congress

DAVID N. CICILLINE
Member of Congress

NBCU001528

KATHERINE CLARK
Member of Congress

YVETTE D. CLARKE
Member of Congress

EMANUEL CLEAVER, II
Member of Congress

STEVE COHEN
Member of Congress

GERALD E. CONNOLLY
Member of Congress

JIM COOPER
Member of Congress

J. LUIS CORREA
Member of Congress

JOE COURTNEY
Member of Congress

CHARLIE CRIST
Member of Congress

JASON CROW
Member of Congress

DANNY K. DAVIS
Member of Congress

SUSAN A. DAVIS
Member of Congress

MADELEINE DEAN
Member of Congress

PETER A. DEFAZIO
Member of Congress

DIANA DEGETTE
Member of Congress

ROSA L. DELAURO
Member of Congress

SUZAN DELBENE
Member of Congress

VAL DEMINGS
Member of Congress

MARK DESAULNIER
Member of Congress

TED DEUTCH
Member of Congress

DEBBIE DINGELL
Member of Congress

LLOYD DOGGETT
Member of Congress

MIKE DOYLE
Member of Congress

ELIOT ENGEL
Member of Congress

NBCU001529

VERONICA ESCOBAR
Member of Congress

ANNA G. ESHOO
Member of Congress

DWIGHT EVANS
Member of Congress

ABBY FINKENAUER
Member of Congress

BILL FOSTER
Member of Congress

LOIS FRANKEL
Member of Congress

RUBEN GALLEGO
Member of Congress

JESÚS G. "CHUY" GARCÍA
Member of Congress

SYLVIA R. GARCIA
Member of Congress

JIMMY GOMEZ
Member of Congress

RAUL M. GRIJALVA
Member of Congress

DEB HAALAND
Member of Congress

ALCEE L. HASTINGS
Member of Congress

JAHANA HAYES
Member of Congress

DENNY HECK
Member of Congress

BRIAN HIGGINS
Member of Congress

STEVEN HORSFORD
Member of Congress

JARED HUFFMAN
Member of Congress

HAKEEM JEFFRIES
Member of Congress

EDDIE BERNICE JOHNSON
Member of Congress

HENRY C. "HANK" JOHNSON, JR.
Member of Congress

MARCY KAPTUR
Member of Congress

WILLIAM R. KEATING
Member of Congress

ROBIN L. KELLY
Member of Congress

NBCU001530

JOSEPH P. KENNEDY, III
Member of Congress

RO KHANNA
Member of Congress

DANIEL T. KILDEE
Member of Congress

DEREK KILMER
Member of Congress

ANN KIRKPATRICK
Member of Congress

RAJA KRISHNAMOORTHI
Member of Congress

ANN MCLANE KUSTER
Member of Congress

RICK LARSEN
Member of Congress

JOHN B. LARSON
Member of Congress

BRENDA L. LAWRENCE
Member of Congress

BARBARA LEE
Member of Congress

ANDY LEVIN
Member of Congress

MIKE LEVIN
Member of Congress

TED W. LIEU
Member of Congress

DAVE LOEBSACK
Member of Congress

NITA M. LOWEY
Member of Congress

STEPHEN F. LYNCH
Member of Congress

DORIS MATSUI
Member of Congress

BETTY MCCOLLUM
Member of Congress

JAMES P. MCGOVERN
Member of Congress

JERRY MCNERNEY
Member of Congress

GREGORY W. MEEKS
Member of Congress

GRACE MENG
Member of Congress

GWEN MOORE
Member of Congress

NBCU001531

JOSEPH D. MORELLE
Member of Congress

SETH MOULTON
Member of Congress


DEBBIE MUCARSEL-POWELL
Member of Congress

GRACE F. NAPOLITANO
Member of Congress


JOE NEGUSE
Member of Congress

ELEANOR HOLMES NORTON
Member of Congress


ALEXANDRIA OCASIO-CORTEZ
Member of Congress

ILHAN OMAR
Member of Congress


JIMMY PANETTA
Member of Congress

BILL PASCRELL, JR.
Member of Congress


DONALD M. PAYNE, JR.
Member of Congress

ED PERLMUTTER
Member of Congress


SCOTT H. PETERS
Member of Congress

DEAN PHILLIPS
Member of Congress


CHELLIE PINGREE
Member of Congress

MARK POCAN
Member of Congress


KATIE PORTER
Member of Congress

AYANNA PRESSLEY
Member of Congress


DAVID E. PRICE
Member of Congress

MIKE QUIGLEY
Member of Congress


JAMIE RASKIN
Member of Congress

CEDRIC L. RICHMOND
Member of Congress


HARLEY ROUDA
Member of Congress

LUCILLE ROYBAL-ALLARD
Member of Congress

NBCU001532

C.A. DUTCH RUPPERSBERGER
Member of Congress

BOBBY L. RUSH
Member of Congress

TIM RYAN
Member of Congress

LINDA T. SÁNCHEZ
Member of Congress

MARY GAY SCANLON
Member of Congress

JAN SCHAKOWSKY
Member of Congress

ADAM B. SCHIFF
Member of Congress

BRADLEY S. SCHNEIDER
Member of Congress

KIM SCHRIER, M.D.
Member of Congress

JOSE SERRANO
Member of Congress

TERRI A. SEWELL
Member of Congress

DONNA E. SHALALA
Member of Congress

BRAD SHERMAN
Member of Congress

ALBIO SIRES
Member of Congress

ADAM SMITH
Member of Congress

DARREN SOTO
Member of Congress

ABIGAIL D. SPANBERGER
Member of Congress

JACKIE SPEIER
Member of Congress

GREG STANTON
Member of Congress

HALEY M. STEVENS
Member of Congress

THOMAS R. SUOZZI
Member of Congress

ERIC SWALWELL
Member of Congress

MARK TAKANO
Member of Congress

MIKE THOMPSON
Member of Congress

NBCU001533

DINA TITUS
Member of Congress

RASHIDA TLAIB
Member of Congress

NORMA J. TORRES
Member of Congress

LORI TRAHAN
Member of Congress

DAVID TRONE
Member of Congress

LAUREN UNDERWOOD
Member of Congress

JUAN VARGAS
Member of Congress

MARC VEASEY
Member of Congress

FILEMON VELA
Member of Congress

NYDIA M. VELÁZQUEZ
Member of Congress

DEBBIE WASSERMAN SCHULTZ
Member of Congress

MAXINE WATERS
Member of Congress

BONNIE WATSON COLEMAN
Member of Congress

PETER WELCH
Member of Congress

SUSAN WILD
Member of Congress

FREDERICA S. WILSON
Member of Congress

JOHN YARMUTH
Member of Congress

SHEILA JACKON LEE
Member of Congress

JOHN P. SARBANES
Member of Congress

ALAN LOWENTHAL
Member of Congress

MARCIA L. FUDGE
Member of Congress

BENNIE G. THOMPSON
Member of Congress

STENY HOYER
Member of Congress

ELAINE G. LURIA
Member of Congress

NBCU001534

MIKIE SHERRILL
Member of Congress

NBCU001535