Declaration of

Elizabeth McNamara

Exhibit 58

Page 1
Rep. Pramila Jayapal on X: "I co-led 173 members of Congress in demanding that DHS' Inspector General immediately open a full investigation into horrifying whistleblower allegations of mass hysterectomies being performed on immigrant women by a doctor called, "the uterus collector." There can be no delay. https://t.co/gcIqp8zbhq" / X
https://twitter.com/RepJayapal/status/1306240215653273600
11 12 2023

X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

← Post

**Rep. Pramila Jayapal** @RepJayapal

I co-led 173 members of Congress in demanding that DHS' Inspector General immediately open a full investigation into horrifying whistleblower allegations of mass hysterectomies being performed on immigrant women by a doctor called, "the uterus collector."

There can be no delay.

Congress of the United States
Washington, DC 20515

September 15, 2020

PRAMILA JAYAPAL Member of Congress
JUDY CHU Member of Congress
JERROLD NADLER Member of Congress
ZOE LOFGREN Member of Congress

Judy Chu and 2 others

10:35 AM · Sep 16, 2020

163 · 1.7K · 4.5K · 28

Post your reply — Reply

**Terrence Daniels (Captain 🍀 Planet** @Terrence_STF · Sep 16, 2020
✊🔥🔥🔥🔥

> **Terrence Daniels (Captain 🍀 Plan** @Terrence_S · Sep 16, 2020
> Protesters have forced their way into the lobby of 26 Federal Plaza, which houses ICE offices. This action is in response to alleged mass hysterectomies at an ICE detention facility. #AbolishICE
>
> 

**Atlas Mugged** @Pamacious · Sep 16, 2020
Thank you and FYI, #HerdImmunity will disproportionately affect the camps as well. It's a modern-day Holocaust, much of it happening in plain sight.

> **Justin Wolfers** @JustinWolfers
> Developing herd immunity doesn't just take time, it works by infecting over a hundred million and killing hundreds of thousands. He's describing a massacre.
>
> > **Pod Save America** @PodSaveAmerica · 12h
> > Q: It will go away without a vaccine?
> >
> > TRUMP: Sure, over a period of time. You'll develop 'herd mentality.'
> >
> > This is crazy.

> **Atlas Mugged** @Pamacious · Sep 16, 2020
> Replying to @Pamacious
> Based on the current death rate, "herd immunity" would result in over 5 million deaths :
> twitter.com/Kyle_Feldscher...
> #HerdMentality
> 3/

2 · 10 · 27

**seattlejohn** @seattlejohn · Sep 16, 2020
Welcome to Germany 1939.

1

**tmallard** @tmallard · Sep 17, 2020
•#VitaminD @ #Food #venues #ENDS #pandemic for #deficient #minorities no #testing
•#live #virus #breathalyzer
•#Hypoxia #SelfTracking
•#Antiviral #HVAC
$50/hr=70's #minimumwage:
(#employers=$15/hr)+
($35/hr+COLA @federalreserve 0% cash)

Search

**Relevant people**

**Rep. Pramila Jayapal** @RepJayapal — Follow
Congresswoman, lifelong organizer, mom. Proudly serving WA-07. Chair of @USProgressives, Member of @HouseJudiciary, @EdWorkforceDems. She/her.

**Judy Chu** @RepJudyChu — Follow
Proudly representing #CA28, California's 28th District in the U.S. House of Representatives. Ways and Means. Small Business. Chair of @CAPAC.

**Rep. Zoe Lofgren** @RepZoeLofgren — Follow
Member of Congress proudly representing CA's 18th Congressional District, which serves communities in Monterey, San Benito, Santa Clara, & Santa Cruz counties.

**What's happening**

NFL · Last night
Eagles at Cowboys

Music · Trending
Chrisean
26K posts

Gaming · Trending
PS5 Pro
4,810 posts

Technology · Trending
iOS 17.2

Technology · Trending
#twitchrecap
Trending with My Creator Recap, My Viewer Recap

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More··· © 2023 X Corp.

NO #IncomeTax by #wageslaves

1 1

**VotingRightsNow** 🟧☮🙏🙏🙏🙏🙏 @DedeVotesBlue · Sep 16, 2020
Those camps are no different than the Nazi concentration camps, we need to be asking about crimes against humanity.

1 4 21

**Carmel** 🌻 @CaramelCatsby · Sep 16, 2020
Thank you @RepJayapal for pursuing these atrocities. I am just outraged! This is Nazi stuff.

1

**Comrade Misty is Putin's Buddy** ☘️ @SarcasmStard · Sep 16, 2020
Speak for Assange

2

**CaliGal1** @cali_gal1 · Sep 16, 2020
Watched u on @maddow. Please investigate these atrocities! If true & seems likely, this "doctor" #MahendraAmin should have GA license revoked at very least & be brought up on criminal charges.He's the 2020 Josef Mengele, "the Angel of Death." These internment camps MUST CLOSE!

1 3

**Charles Gerard** @charles2778 · Sep 16, 2020
Thank God you are involved. Shout it from the rooftops....

1

**Birdie** 🇺🇸🇨🇦🌻 @birdieswan · Sep 16, 2020
It may not be true but for sure it has to be investigated

**Jessica** @allastras · Sep 16, 2020
Only 173? What THE hell?

**Rochelle Rocha-Howell** ☮🐛🦋🌻🎶✝💙 @Cham · Sep 16, 2020
I can't believe this isn't on front page news the lows we have dropped too.

**Rochelle Rocha-Howell** ☮🐛🦋🌻🎶✝💙 @Cham · Sep 16, 2020
And I feel every single person in Congress and the Senate should have to watch immigration Nation all together including the president!!

**Antonio Calhau** @AGCalhau · Sep 16, 2020
Ouch!

**Mon Blue** @gmccasting · Sep 16, 2020
Thank you! This is a crime agains humanity.

**FIRECRACKER** @proudbluetexan · Sep 16, 2020
Thank you!

**Karen Grau** @sitelifer · Sep 16, 2020
Horrific.

1

**Toni McClory** 🟧 @toni_mcclory · Sep 16, 2020
There is no moral bottom.

2

**Cheryl Sauro** @CherylSWong · Sep 16, 2020
Except the DHS IG won't do anything...can you get the UN involved?

1 5

**Fetvuldawg** @Fetvul_dawg · Sep 16, 2020
Baloney!

**Peace4U** @meleinoa · Sep 16, 2020
Thank you.

**Suzanne O'Keeffe** 🐝🌳 @SuzanneOKeeffe · Sep 16, 2020
Apparently this is not new!

pbs.org/independentlen...

1 1 1

**People'sHistorian** @lunadyana · Sep 16, 2020
Why can't congress conduct its own independent investigation?
1

**IamSTB** @I_am_STB · Sep 17, 2020

**Barbara Gail** @bsolo96 · Sep 17, 2020
Where are all the "pro-life", "family focused" GOP voices of outrage?? Why the silence??

**Lance Homer** @lancehomer · Sep 16, 2020
Thank you!!

**Lilith Goode** @LilithGoode · Sep 16, 2020
I repeat myself, but:

Economic devastation.
Civil unrest.
Far-right instigators roaming the streets.
Xenophobia.
Eugenics.
And a demagogic leader urging ever greater violence.

We are living in 1930's Nazi Germany.
1 7

**Linda Clifton**🇺🇦🌻🦋🌻🇺🇦 @Lindaat46th · Sep 17, 2020
Thank you, Rep. Jayapal.

**Maria** @mariavhawkins · Sep 16, 2020
Thank you!

**Bee**🟧 @Jillbezz · Sep 16, 2020
Chad Wolf must go.
1 1

**CCK** 🛹📥🐈‍⬛ @KlassCarol · Sep 16, 2020
Anyone talking about shoes today, with this atrocity on our hands, needs to quickly reprioritize.

**Kristi** @mom2LoJo · Sep 16, 2020
This is absolutely horrific if true! Someone needs to be held accountable.
2

**boughs more silent** @millayse · Sep 16, 2020
Thank you for taking action. Please tell us citizens what we can do - other than write to our representatives in congress.
1

**«««🪰 Kim(ba) 🪰»»»** @Purrrnella59 · Sep 16, 2020
Oh God thank you. I can't believe what they're doing to those women. In those women have no way to fight back. So thank you, they need you
1

**DH** @Actthiswell · Sep 17, 2020
@UN_SPExperts @UNHumanRights

**Luke Skystyler** @LukeSkystyler · Sep 16, 2020
this is the most despicable crime yet under Trump, and that is saying something. God Almighty, I could handle a bit of justice right about now.

**Karen Boher** 🌊💉💉💉💉⚖️🌊🌊 @kboher · Sep 16, 2020
Thank you @RepJayapal
1

**Midnight** @RainbowGumption · Sep 16, 2020
I hope @PattyMurray and @SenatorCantwell are addressing this with urgency as well!

**FeysPerson** @FeysPerson · Sep 16, 2020
What about other detention centers? Are they all privately run? Are these medical procedures billed to the government/taxpayers?
1

**Dispatches From MAGAMoronia** @desjardins7 · Sep 17, 2020
The men responsible for carrying out mass sterilizations in the Nazi concentration camps were tried in Nuremberg and were executed.



**Diane L-S** @IsItCotton · Sep 16, 2020
Thank you. I'm horrified at what has been allowed to happen under this maladministration. If there are not a multitude of prison terms when this is all over, we will NEVER recover as a nation.
1 2 14

**Margarita** @AHappyMargarita · Sep 16, 2020
Please make sure to push for answers, don't let this go away like it did when the U.S. committed this atrocity to women in Puerto Rico.
1

**Courtney** @ckmcdkc · Sep 16, 2020

1

**Pablo** @PabloVas17 · Sep 17, 2020
Abolish ICE

**ade_lala** @ade_lala · Sep 16, 2020
Thank you! Let's also not forget the unsanitary conditions, the lack of COVID testing for exposed/symptomatic pts, the withholding of vital meds such as oral chemo for detainees with active cancer. The lack of language appropriate informed consent.
sign.moveon.org/p/HCWvsICE
2 2

**More Housing, More Parks** @HousingAndParks · Sep 16, 2020
Thank you
1

**Your Mom** @sto_k · Sep 16, 2020
Thank you Congresswoman, this is why I voted for you and will do so again. I know I can trust that you'll do the right thing and pursue justice for the most marginalized among us and stand up against human rights abuses.
2 16

**Be Kind** @ReNeeNeeDear · Sep 17, 2020
Thos has to be a distraction... just in time for the election

**420sports** @420sports1 · Sep 16, 2020
And it won't happen will it so now what?

**DeeDee** @MammaJello · Sep 16, 2020
Thank you for taking action!!!!!

**Alexis8.bsky.social** @AlexFTweets · Sep 16, 2020
Thank you!

**Julie Winters** @JulieAnto1 · Sep 16, 2020
THANK YOU.

**Stacy A Merry Jane** @StacyMccabe5 · Sep 16, 2020
Tyvm

**Angela Rae Jones** @GreenToneEnviro · Sep 16, 2020
Cool.....see your letters....now DO.

**September Breeze** @SeptemberBreez2 · Sep 16, 2020
Do it!

**Courtney Bailey** @curlyfrycourt · Sep 16, 2020
Thank you so much for this.

**Dr. Wil** @WilsonMcD · Sep 17, 2020
Thank you!

**Corinne M C-H** @CorinneMCH · Sep 16, 2020
Thank you!

**cats against capitalism** @garlic_cat_ · Sep 16, 2020
You want them to investigate themselves?



**wait ... what?** @apocolypsepend · Sep 16, 2020
They deported the woman that was requested to stay as a witness overnight- no she's gone ...

**Rejina Sincic** @QueenSincic · Sep 16, 2020
You need to do more than investigate. All of these people who were responsible need to be put in prison!

**Sara Conrad** 🌿👩‍💻⚽🇩🇪🇳🇱 @SaraCsit · Sep 16, 2020
Thank you. Good luck, you've got me behind you as well as many others. Get 'em #Mengele clone. This is not Nazi Germany. No experimentation on anyone is humane. (W/o freely given permission)

**TJFrock & my Beagle Hounds** @tj_frock · Sep 16, 2020
Thank you so much for addressing this horrific abuse. Dr. Mahendrkumar Govindbhai Amin.License # 27483, licensed in Ga. (Pls verify). Please also report him to Ga. Board of Medicine as well. Very important for him to be investigated by them also.Thank you again.

**Karl S.** @SmartStik · Sep 16, 2020
@UNHumanRights

**Anna** @Travbolav · Sep 16, 2020
Did you call for any investigations into Planned Parenthood's baby parts harvesting? My guess is that you did not. Shameful

**Mary Ann Bevins** @MaryAnnBevins2 · Sep 16, 2020
Thank you.

**Jon Glassman** @jglassman · Sep 16, 2020
This makes me sick to my stomach. If there is any truth to this, we cannot sit idly by.

**Omaha Sternberg** @omahas · Sep 16, 2020
Sure hope your resource wasn't the same as the "Dan Abrams Production" site:

lawandcrime.com/high-profile/l...

**WriterNYC** @GirlNYC · Sep 16, 2020
Isn't the DHS Inspector General also corrupt? You'll need launch an independent investigation ASAP.
1 4

**AdamEckes**🇺🇸 @Tully_Dew · Sep 16, 2020
Thank you Rep Jayapal. This is one more story among many that cannot go away. If we look away from this there is no limit to our neglect.

**Teresa Fischer** @teresa_vyvashs · Sep 16, 2020
I am stunned. Bless you and Thank you...

**Anne van Geldern** @annevan82 · Sep 17, 2020
Thank you for your service on this human rights atrocity

**k*rb** @flygirlkb · Sep 16, 2020
aviation workers NEED your help. PLEASE support a clean extension of the #PayrollSupportProgram. Negotiate us into this coronavirus relief package or our communities will suffer.#extendPSP #reliefNOW there are only 2 WEEKS LEFT. Act today! aviation workers are essential workers!

**Freecluse Wordsmith** @fewordsmith · Sep 16, 2020
Someone (a patient of this doctor) needs to ask the medical board to open a case with this doctor, in addition to a lawsuit against the doctor and his medical liability insurance and your investigation.

**Andrés Aguirre** @AndrsAg49515279 · Sep 17, 2020
Thank you representative Jayapal. Immigrants are people. It's time to start treating them as such.

**WEAR YOUR MASK PROUDLY!!**😊😷🖖🌊🇺🇸 @lauriel · Sep 16, 2020
Did ANY Republicans stand with this?
1 1

**Lady Themis** @ThemisTweets · Sep 16, 2020
Despite the "Hague Invasion Act" (ASPA of 2002) you could invite @ICCT_TheHague to investigate.

#CrimesAgainstHumanity
3

**JoAnne** @josieO · Sep 16, 2020
#hysterectomies on women can be extremely problematic, painful besides being illegal on women who gave no consent #AbolishICE

1 1 3

**Justin Moore** @The_Real_Jamm · Sep 16, 2020
👏👏👏 THANK YOU!

1

**Lilibet is WOKE** @supremelilibet · Sep 16, 2020
If true it sounds like crimes against humanity. This is how far we've fallen.

1 3

**Manchin is a Grifter** @krcNY · Sep 16, 2020
Is the so called doctor still employed? On the clock? Still commiting these heinous crimes against humanity?#migrantslivesmatter

1

**Gene** @Gene89733703 · Sep 16, 2020
Bring charges against everyone one involved including the moron in charge. This is sickening

1 14

**Joe Rego** @josediablo10 · Sep 16, 2020
Thank you all for intervening in time.There is no doubt that this criminal president's goons were trying to quietly whisk away a witness who had undergone an unnecessary hysterectomy from testifying.Shades of NAZI Germany & a Josef Mengele? Is this what the USA has morphed into?

3 1 8

**Jshx** @jshx369 · Oct 25, 2020
Is barr & dejoy n PRISON how bout pompeo loeffler ron johnson rat cliff ?

Show more replies

## Discover more

Sourced from across X

**Rep. Pramila Jayapal** @RepJayapal · Dec 9
Middle-class families have been struggling in America for too long.

It's time to tax the rich so we can invest in health care, child care, affordable housing, climate action, and more.

Let's get it done.

772 88 268 33K

