Declaration of

Elizabeth McNamara

Exhibit 60



NBCU004130

Page 2
Cory Booker on X: "I am horrified by these incredibly disturbing reports out of an ICE detention center in Georgia. I've called on @DHSOIG to begin an investigation into these heinous allegations. https://t.co/6rVZf1V5i2" / X
https://twitter.com/CoryBooker/status/1306379797598212105
11 12 2023





Page 4
Cory Booker on X: "I am horrified by these incredibly disturbing reports out of an ICE detention center in Georgia. I've called on @DHSOIG to begin an immediate investigation into these heinous allegations. https://t.co/6rVZf1V5i2" / X
https://twitter.com/CoryBooker/status/1306379797598212105
11 12 2023



NBCU004133