Declaration of

Elizabeth McNamara

Exhibit 61

# Post

**Stacey Evans**
@EvansforGeorgia

The last 5 days have shown us the worst of humanity. Police beating citizen, citizen shooting police, forced hysterectomies for detained women. It is too much. We have to burn some sage. Sage = @JoeBiden. All the fixes won't be instant, but at least we can start. #vote

7:32 AM · Sep 17, 2020

1 3 16 1

Post your reply Reply

## Relevant people

**Stacey Evans** @EvansforGeorg Follow
Wife, mom, attorney, State Rep. HD-57, Peloton enthusiast, Double Dawg, and big believer in HOPE.

**Joe Biden** @JoeBiden Following
Husband to @DrBiden, proud father and grandfather. Ready to build back better for all Americans. Official account is @POTUS.

## What's happening

NHL · LIVE
**Red Wings at Rangers**

**#RiyadhExpo2030**
World's Destination in 2030
Promoted by Riyadh Expo 2030 الرياض إكسبو

Celebrities · Trending
**joe alwyn**
6,137 posts

Music · Trending
**jack antonoff**
Trending with You're Losing Me, You're Losing Me

Politics · Trending
**Congressman Trump**
9,041 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2023 X Corp.

## Post

**Stacey Evans**
@EvansforGeorgia

Good question.

> **Maya Harris** @mayaharris_ · Sep 16, 2020
> Have "pro-life" Republicans expressed outrage and demanded an investigation yet into reports of immigrant women being forced to have their uteruses removed from their bodies?

7:36 AM · Sep 17, 2020

4 12

Post your reply

Reply

Search

### Relevant people

**Stacey Evans** @EvansforGeorg Follow
Wife, mom, attorney, State Rep. HD-57, Peloton enthusiast, Double Dawg, and big believer in HOPE.

**Maya Harris** @mayaharris_ Follow
Mom, wife, "Gramma," sister, lawyer, advocate for equality & justice

### What's happening

NHL · LIVE
**Red Wings at Rangers**

**#RiyadhExpo2030**
World's Destination in 2030
Promoted by Riyadh Expo 2030 الرياض إكسبو

Celebrities · Trending
**joe alwyn**
5,628 posts

Music · Trending
**jack antonoff**
5,420 posts

Trending in United States
**Sebastian Stan**
2,402 posts

Show more

Terms of Service Privacy Policy
Cookie Policy Accessibility Ads info
More ··· © 2023 X Corp.

