Declaration of

Elizabeth McNamara

Exhibit 62

# FILED UNDER SEAL