Declaration of

Elizabeth McNamara

Exhibit 63

# FILED UNDER SEAL