Declaration of

Elizabeth McNamara

Exhibit 64

# FILED UNDER SEAL