Declaration of

Elizabeth McNamara

Exhibit 65

# FILED UNDER SEAL