1630 Longworth House Office Building
(202) 225-4365

# Congress of the United States
## House of Representatives
### Washington, DC 20515-3213

October 1, 2020

David Paulk
Warden
Irwin County Detention Center
LaSalle Corrections
132 Cotton Drive
Ocilla, GA 31774

Re:   Visitation Request

Dear Warden Paulk:

During a Congressional Delegation organized by the Congressional Hispanic Caucus to visit the Irwin County Detention Center, I met with a group of five Dominican nationals, some of whom were subjected to the horrific health procedures and examinations described in the recent media reports that sparked the investigatory visit. During my conversation with these individuals, I agreed to work with them to ensure their health, safety and eventual release.

My office has helped to facilitate a consultation with a legal representative, as all individuals, regardless of status, have a right to do under the laws of the United States. I therefore respectfully urge you to allow the detainees listed below an opportunity to meet as a group with the Executive Office of Immigration Review's Accredited Representative Ian Phiabaum:

1. Angela Rojas-Fanas, DOB 01/04/1977, A 216-648-630
2. Yenifer Moya-Lopez, DOB 5/13/95, A 216-648-628
3. Queyla Miguel Soriano, DOB 10/25/1990, A 216-648-629
4. Tania Mercedes Morales, DOB 2/22/1980, A 216-648-730
5. Marleni Difo, DOB 10/25/1992, A 061-016-617

Please allow Mr. Philabaum to meet with these women today collectively so they can receive the advice and counsel to which they are entitled.

Thank you for your prompt attention to this request.

Sincerely,

Adriano Espaillat
Member of Congress

PRINTED ON RECYCLED PAPER