Declaration of

Elizabeth McNamara

Exhibit 67

# FILED UNDER SEAL