Declaration of

Elizabeth McNamara

Exhibit 69

The Ocilla Star - November 23, 2022                                Log In / Subscribe

*Irwin Coasts Into State Quarterfinals*
*See Page 8*

# THE OCILLA STAR

*Devoted to the Agricultural and Industrial Development of Ocilla and Irwin County*

118th YEAR • Issue 11 • OCILLA, GEORGIA 31774 • November 23, 2022 • 8 PAGES, ONE SECTION • 75¢

## Revelations Against Dr. Amin, ICDC Come To Light In Senate Report

**Luke Roberts**
**Star Editor**

A new federal government report has some "disturbing patterns" revelations about medical procedures administered by local physician Dr. Mahendra Amin to female detainees housed at the Irwin County Detention Center (ICDC).

The United States Senate Permanent Subcommittee On Investigations, chaired by Georgia Senator Jon Ossoff, released their official report entitled "Medical Mistreatment Of Women In ICE (Immigration and Customs Enforcement) Detention" on Tuesday, Nov. 15.

The report revealed that several medical experts "identified disturbing patterns" in medical treatment and "alarming surgical patterns" by Dr. Amin. The report also states that "ICE failed to effectively oversee or investigate Dr. Amin," and that Irwin County Hospital (ICH), which employs Dr. Amin as its Chief Medical Officer, "declined to identify efforts to investigate Dr. Amin and did not identify any changes to policies and procedures" following the 2020 allegations made by a former ICDC nurse-turned-whistleblower and former ICDC detainees that received medical treatment from Dr. Amin.

**FALSE REPORT**

A report of mass hysterectomies turned out to be false according to the report.

According to the official report, "On September 14, 2020, several immigration advocacy organizations filed a whistleblower complaint to Department of Homeland Security (DHS), Office of Inspector General, DHS) Office for Civil Rights and Civil Liberties, the ICE Atlanta Field Office, and the ICDC Warden alleging, among other claims, that an off-site medical provider for the ICDC facility had performed mass hysterectomies on detainees at ICDC. This provider was later identified as Dr. Mahendra Amin, an OB-GYN specialist authorized to provide off-site medical services for ICDC detainees since 2014. Three months after the initial complaint was filed, former ICDC detainees filed a class action lawsuit against ICDC, ICE, Dr. Amin, and other federal and nonfederal parties alleging that the detainees had received nonconsensual and unnecessary gynecological procedures. The lawsuit also alleged a broader pattern of medical abuse and mistreatment of detainees at ICDC. The lawsuit is ongoing.

"The initial September 2020 whistleblower complaint alleged that Dr. Amin performed mass hysterectomies on ICDC detainees. However, the Subcommittee found this allegation to be false, and ICE determined that the two hysterectomies Dr. Amin performed on ICDC detainees appeared to be medically necessary. Additional allegations in the September 2020 whistleblower complaint focused on ICDC's mismanagement of its response to COVID-19 and other issues related to medical care at ICDC. Dr. Amin stopped treating ICDC detainees in September 2020, when the public allegations against him first emerged. In May 2021, DHS directed ICE to discontinue its contract with ICDC. ICE terminated the contract effective October 7, 2021. As of September 3, 2021, all ICE detainees were removed from ICDC."

**18 MONTHS**

The report states that the subcommittee's 18-month long investigation included interviews with more than 70 witnesses; the review of more than 541,000 pages of records; briefings from attorneys, advocates, physicians, and other entities; and additional interviews with nearly 50 former ICDC detainees, 7 former ICDC employees, 4 current ICDC employees, 2 ICH executives, 3 ICH nurses, 6 current ICE officials, and 1 former ICE official.

The report revealed 15 "Findings Of Fact" and 5 "recommendations" for ICE to prevent similar incidents involving ICE detainees in the future.

**FACTS**

The 15 "Findings Of Fact" in the report are:

(1) Female detainees at ICDC appear to have been subjected to excessive, invasive, and often unnecessary gynecological procedures.

(2) The Subcommittee did not substantiate the allegation that ICDC detainees underwent "high rates" of unauthorized hysterectomies. Dr. Amin performed two hysterectomies on ICDC detainees between 2017 and 2019. According to ICE, patient records indicated that both procedures were medically necessary.

(3) Between 2017 and 2020 Dr. Amin performed a significantly higher volume of invasive procedures on ICE detainees compared to other OB-GYN physicians serving ICE detainees. Dr. Amin ranked first among all physicians treating ICE detainees across the country during this period in terms of the number of D&C procedures, laparoscopies to excise lesions, and limited pelvic exams he performed, as well as the number of Depo-Provera injections he administered. In fact, of the 401 combined total number of these procedures performed on all ICE detainees by OB-GYN specialists across the nation, Dr. Amin performed 362 of these procedures—or 90% of them. In ten categories of OB-GYN procedures the Subcommittee reviewed, Dr. Amin was among the top five providers for eight of the ten procedures. For the specific OB-GYN procedures the Subcommittee examined, Dr. Amin performed nearly one-third of the total procedures performed on ICE detainees at all ICE detention facilities between 2017 and 2020. This was despite the fact that ICDC housed about 4% of the female detainee population.

(4) For the specific OB-GYN procedures the Subcommittee examined, Dr. Amin received around half of all payments from ICE for these procedures. From 2017 to 2020, physicians performed 1,201 of these ten types of OB-GYN procedures on ICE detainees, costing ICE over $120,400. Dr. Amin performed 392 of the 1,201 procedures and received approximately $60,000 for these procedures.

(5) Dr. Amin has a history of medical malpractice suits filed against him. Due to this history, a major U.S. insurance company dropped its contract with him nearly one decade before ICE began using his services at ICDC.

(6) ICE was not aware of publicly available information regarding medical malpractice suits and a DOJ and State of Georgia Medicaid fraud complaint against Dr. Amin before he began treating ICE detainees.

(7) Prior to October 2019, ICE did not employ a thorough vetting process for physicians treating detainees at facilities outside detention centers. ICE has since established a process to review board certifications, records of adverse actions, and a list of individuals and entities excluded from federal healthcare programs, but ICE never completed this process for Dr. Amin.

(8) ICE officials stated that its new vetting procedures would not necessarily have disqualified Dr. Amin from treating detainees. Due to the fact that the state of Georgia had never restricted Dr. Amin's license or otherwise intervened at any point in his medical service, and the information in the NPDB were unsubstantiated allegations that had been settled, ICE would not necessarily have disqualified Dr. Amin from treating ICE detainees.

(9) ICE lacked a medical utilization review process to identify potential trends in off-site medical treatment. Until recently, ICE did not maintain a system to detect trends in medical procedures by off-site physicians that might indicate medical waste, fraud, or abuse. ICE states it intends to change its procedures to standardize the medical request approval process and has begun to employ a web-based application for medical utilization review and management, beginning with a retrospective review of ICE medical claims.

(10) ICE performed an investigation of medical treatments provided to ICDC detainees following the public allegations against Dr. Amin, but did not obtain complete medical records for ICDC detainees. During its investigation, ICE did not obtain complete medical records for ICDC detainees and ultimately did not conduct a more thorough review due to the pending DHS OIG

See **REPORT**, Page 3

---



### Irwin News Notebook

**Foster Parents Needed!**
In the last couple of months, our 18 county region has seen a great influx of children entering care. Region 11 has 1385 children in care and only 163 foster homes. Cook County currently has 58 children in care and only 2 foster homes. Irwin County currently has 33 children in care and only 5 foster homes. Turner County currently has 16 children in care and only 6 foster homes. For more information or to be a foster family, call 877-423-4746, option 6. Interested families may also inquire at fostergeorgia.com

**City of Ocilla Ordinances Available Online**
City of Ocilla Director of Standards & Compliance Joe Saxon would like to inform all city residents, especially those with general questions regarding city code, that a complete, up-to-date list of the city's ordinances is available for view and easily located online at library.municode.com/ga/ocilla/codes/code_of_ordinances.

**Ocilla DDA Meeting Changes**
The Ocilla Downtown Development Authority now meets the third Monday of each month at 5:30 at The Neighborhood Center.

**WIOA Regional Plan Modification Available For Review**
The local Workforce Innovation and Opportunity Act (WIOA) 2020-2024 Regional Plan Modification for the Southern Georgia Workforce Development Area #18/Region #11 is available for review and comment for 30 days. The plan is available for review online at www.sgrc.us

**Irwinville Community Center Again Sponsoring Lights Of Love**
The Irwinville Community Center (ICC) is sponsoring the annual Lights of Love at Christmas event. To Honor or Remember a loved one with a Light of Love, contact one of the ICC Board members listed below. The Tree Lighting Ceremony will be held December 3rd at 6:00 PM. Following the Tree Lighting Ceremony light refreshments will be served. The tree and names of loved ones will be on display on the lot adjacent to Irwinville Baptist Church through January 4, 2023. Hope you will join us for this very special evening! For more information call Connie Kilgore (229-325-4219), Robert Benson (813-205-3544), Brenda McIntyre (229-424-5389), Leanna Hicks (229-831-6559), or Kay Braziel (229-457-1223).

---

**INSERTS:**
Piggly Wiggly, Food Lion

**—OBITS—**

*Mae Ola Wilcox, 67*
*Lee Roy "Rock" Leviner, 82*
*William Russell Stokes, III, 85*
*Barbara Ann Gills, 75*
*Gary Lamar Hunter, 69*
*Wilma Fleming Paulk, 95*
*James H. "Papa Jimmy" Johnson, 78*

**—INSIDE—**
Opinion ............... Page 4

---



### Irwin's 12U Boys All Star Soccer Team Makes History With 2nd Place Finish At District Championships

**Luke Roberts**
**Star Editor**

The Irwin County recreation [...] win in overtime versus Crisp County was a game for the ages. Irwin's 12U boys All-Stars [...] Up 1-0, Irwin all but sealed the win just a few minutes later when striker Weston Tucker

---



Photo by Sandy McClurd
Shane Marshall breaks a tackle

### Indians To Host Mt. Pisgah Chistian In State Quarterfinals This Friday

The Irwin County Indians are in the GHSA Class A State Quarterfinals for the 10th consecutive season, this after blanking Heard County 55-0 in their second round playoff matchup this past Friday night. The #1 seeded Indians will play

See **INDIANS**, Page 2



Page 2
The Ocilla Star - November 23, 2022
https://1328.newstogo.us/editionviewer/default.aspx?Edition=336e45b7-f005-4df5-a255-f7ef1e427eef&Page=0f81aa40-655d-4799-8383-9a8957e2b3f7




| Obits | Page 6, 7 |
| Legals | Page 7 |
| Sports | Page 8 |

8 66670 00024

75¢ Tax Included

department's 12U All-Star boys soccer team made history over the weekend, advancing all the way to the championship game of the GRPA District 3 Tournament before falling to perennial powerhouse and multiple-time state champion Grady County. The second place finish was by far the best showing for any Irwin County All-Star boys soccer team, and their semifinal opened the tournament on Friday night, November 18, in Thomasville versus Berrien County, a team they'd lost to in the district tournament a season ago.

After a scoreless first half, midfielder Eliziar Montejo Rodriguez got Irwin on the board with a banger of a goal about midway through the second half. scored on a sliding left-footer to pad Irwin's lead. Whit Walters assisted on Tucker's goal.

The Irwin defensive back line of Fain Pate, Jace Heitzman, and Ben Bowles, with the help of Rodriguez and Walters, played well in front of goalie Jett Poole, who was credited with the shutout win.

The win set up a semifinal

See **SOCCER**, Page 2



Photo by Sandy McClurd

## Legendary Retired Educators Plant The Spear Prior To Irwin's Win Over Heard Co.

Two legendary former Irwin County educators came home this past weekend to

See **SPEAR**, Page 2



Download this edition as PDF