Declaration of

Elizabeth McNamara

Exhibit 72

# FILED UNDER SEAL