Declaration of

Elizabeth McNamara

Exhibit 73

# FILED UNDER SEAL