Declaration of

Elizabeth McNamara

Exhibit 74

FILED UNDER SEAL