Declaration of

Elizabeth McNamara

Exhibit 75

# FILED UNDER SEAL