Declaration of

Elizabeth McNamara

Exhibit 76

# FILED UNDER SEAL