Declaration of

Elizabeth McNamara

Exhibit 77

# FILED UNDER SEAL