Declaration of

Elizabeth McNamara

Exhibit 78

# FILED UNDER SEAL