Declaration of

Elizabeth McNamara

Exhibit 83

```
 1              UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF GEORGIA
 2                  WAYCROSS DIVISION

 3   DR. MAHENDRA AMIN, M.D.

 4                  Plaintiff,    CASE NO.
        v.                        5:21-CV-00056-LGW-BWC
 5
     NBCUNIVERSAL MEDIA, LLC,
 6
                    Defendant.
 7

 8              *** CONFIDENTIAL ***

 9        VIDEO-RECORDED DEPOSITION OF
                  CORY GNAZZO
10
          Davis Wright Tremaine, LLP
11        1251 Avenue of the Americas
                  21st Floor
12        New York, New York 10020

13              05/11/2023
              9:36 a.m. (EDT)
14

15

16

17

18

19

20

21

22

23

24
        REPORTED BY:  MONIQUE CABRERA
25      JOB NO. 14600
```

DR. MAHENDRA AMIN, M.D. vs NBCUNIVERSAL MEDIA, LLC.

```
 1      Q.    A Block?
 2      A.    An A Block, the first block of
 3  the show.  It has a lot of components to
 4  it, a lot of visual components.  They
 5  didn't have editorial -- you know, they're
 6  more making it happen.  I just don't
 7  recall the person who was on it at that
 8  time.
 9      Q.    As far as editorial
10  participation, what would have been you,
11  Ms. Desiderio --
12      A.    Desiderio.
13      Q.    -- Desiderio and Mr. Aronson,
14  yes?
15      A.    Aronson, yes.
16      Q.    I am going to call him
17  Isaac-Davy, and I am going to call her
18  Kelsey.
19      A.    You can call him Isaac, if you
20  want.
21      Q.    Okay.  Even better.
22            But as far as editorial content
23  for the September 15th, 2020, Rachel
24  Maddow Show with regard to the Irwin
25  County Detention Center, you, Kelsey,
```

1    Isaac, and Rachel?

2        A.    Yeah.   I should mention one

3    other person who was on the staff, Lisa

4    Rubin, who's our off-air legal analyst, is

5    her title.  She's a lawyer.  She's not a

6    lawyer anymore.  She was a lawyer, and she

7    is part of our team.  She had little bit

8    to do with it.

9        Q.    **What is her role on a day-to-day**

10   **basis with The Rachel Maddow Show?**

11       A.    She's basically a producer, but

12   she doesn't actually write segments.

13   Because we do so many legal stories, she's

14   there just to help us understand them.

15       Q.    **Help you understand them in what**

16   **way?**

17       A.    The law around them.  You know,

18   she is a member of the team, but she --

19   you know, this is -- there was a lot of --

20   particularly at the time, a lot of legal

21   questions around Trump, so that's part it.

22   Not just him, but other things.

23            The years between 2016 and '20,

24   I guess -- well, now, we have had a lot of

25   local news about public official, and so

```
 1   that's one the reasons we have her, just

 2   help us answer questions.

 3       Q.     And when we are talking about

 4   the September 15th, 2020, broadcast about

 5   the Irwin County Detention Center story,

 6   you refer to that as the A Block of the

 7   show?

 8       A.     Yes.

 9       Q.     How many blocks do you have?

10       A.     We have five blocks, A, B, C, D,

11   E.

12       Q.     I am going to refer to it as the

13   A Block.

14       A.     That's fine.

15       Q.     What was Lisa Rubin's role with

16   regard to the A Block on September 15th,

17   2020?

18       A.     She -- her role was not a big

19   one.  I think she had -- I think she

20   looked at the whistleblower complaint

21   and -- well, she also read the story.  She

22   just was -- she helped us talk it through.

23   She was one of many who helped us talk it

24   through during our production meeting with

25   Rachel.
```

DR. MAHENDRA AMIN, M.D. vs NBCUNIVERSAL MEDIA, LLC.

Confidential                    Cory Gnazzo on 05/11/2023                    Page 22

1       Q.     When you say she read the story,

2    what are you referring to?

3       A.     The Jacob Soboroff,

4    S-O-B-O-R-O-F-F, and Julia Ainsley,

5    A-I-N-S-L-E-Y, story on nbcnews.com, which

6    is what our story was based on for the

7    most part.

8              And she also read the other -- I

9    mean, as you know, it was reported widely,

10   and she read, as we all did, the other

11   reports.

12      Q.     Is there one production meeting

13   with Rachel or multiple?

14      A.     There is one, generally.

15      Q.     What time was that on

16   September 15th, 2020?

17      A.     I think it started -- it's

18   generally around 4:00.  I think it started

19   a little late.  Looking back at e-mails,

20   it probably started at about 4:10 or 4:15.

21      Q.     And that's -- well, strike that.

22             It was during COVID, so it was

23   not in person?

24      A.     Yeah, it was remote, via Teams.

25      Q.     Who were the people that were in

1    the studio on that day for the show?

2        A.    In the studio?

3        Q.    Well, strike that.  I don't want

4    to know about the camera people and all

5    that.

6              Of the -- of the production

7    team, you, Isaac --

8        A.    We weren't.

9        Q.    -- Kelsey --

10       A.    None of us were in the studio.

11   Rachel wasn't in the studio.  Well, Rachel

12   was in her remote studio.  We were -- the

13   only people in at 30 Rock were our

14   director and some people in the control

15   room, but everyone else was remote,

16   including Rachel.

17       Q.    Did you review the Julia Ainsley

18   and Jacob Soboroff story?

19       A.    Yes.

20       Q.    There were a couple different

21   versions of that story.  Do you recall

22   that?

23       A.    I recall that now.  It's been

24   almost 3 years, so -- but looking at the

25   time stamps in the story and

1   communication, I think it was updated

2   later in the day.

3        **Q.    You had the production meeting**

4   **around 4:00 on September 15th, 2020.**

5             **Did you have other meetings with**

6   **regard to preparing the script after that**

7   **time?**

8        A.    I mean, I had conversations, and

9   I had, you know, e-mails and Slack

10  messages, that type of thing.  But not a

11  meeting?  I don't recall if we had a

12  meeting.  Sometimes we do, but usually we

13  would work over Slack and the phone and

14  e-mail after that production meeting.

15       **Q.    Do you recall reviewing a**

16  **second -- well, strike that.**

17            **When was the first time you**

18  **looked at the Ainsley/Soboroff story?**

19       A.    I think it was -- I mean, I

20  don't recall exactly, but -- you know, I

21  read dozens of stories a day, but it must

22  have been that morning or whenever it came

23  out, but I don't know if read first in the

24  actual, you know, digital version of it or

25  an e-mail version of it that was sent

1    around to probably us and other shows.   A

2    lot of NBC's stories are e-mailed around,

3    as well as being posted online.

4         **Q.    You definitely looked at it**

5    **prior to the production meeting around**

6    **4:00?**

7         A.    I think I did.  I mean, it came

8    out that morning, right, the first version

9    of it.  So, yes.  It was one of the things

10   we were considering doing for the show.

11        **Q.    Do you recall looking at a**

12   **version after the production meeting?**

13        A.    Looking back at e-mails and

14   stuff, I know there was another version of

15   that went up around 5:00 or so that we

16   knew was going to come.  And so I don't

17   recall whether I had an advanced look at

18   that or whether I looked at it after it

19   was published.  But, yes, I definitely

20   read that.

21        **Q.    Did you consider the A Block of**

22   **the September 15th, 2020 Rachel Maddow**

23   **Show to be based upon the Soboroff and**

24   **Ainsley story?**

25        A.    It was based on that.  It was

1    based on the interview that Jacob did with

2    the whistleblower.  It was based on -- you

3    know, we read the whistleblower complaint.

4    It was also informed by others -- other

5    reporting about the story that had come

6    out, some of it the day before.

7              It may have been -- the first

8    one may have been couple of days before,

9    but that was different.  That was a

10   different part of the whistleblower

11   complaint.  But definitely, the story had

12   been bubbling a little bit, and other news

13   agencies have reported on it.

14             So I don't know.  I can't recall

15   exactly which ones I read, but I probably

16   read them all.

17        Q.    Were you -- strike that.

18              You weren't present during

19   Mr. Soboroff's interview with Dawn Wooten,

20   right?

21        A.    I was not.

22        Q.    Did you review a transcript of

23   that interview?

24        A.    I did.

25        Q.    When did you review that?

1        A.     I don't recall.

2        **Q.     Was it in anticipation of this**

3    **litigation or some time in realtime?**

4        A.     Oh, no.  I did it in realtime.

5    I just don't know if I did at 2:00 or

6    5:00.  I don't remember what time.

7             Looking back at notes and stuff,

8    I mean, he did the interview before we met

9    because -- before we had our news meeting

10   because that's why we were talking it.

11            I probably read the transcript

12   before, but I don't know if I did either

13   before or after.  I certainly knew about

14   some of things that they talked about in

15   the interview.

16            MS. MCNAMARA:  Does somebody on

17       Zoom have their mic on?

18            THE WITNESS:  Shame on the Zoom.

19   BY MS. EVANS:

20       **Q.     Who all was part of the**

21   **production meeting that happened around**

22   **4:00?**

23       A.     I mean, the whole staff that I

24   mentioned is there.  Now, I don't know --

25   I could look back, you know, or -- our

1   calendar, vacations.  There may have been

2   some people on vacation, but most of those

3   people, you know, all but one or two were

4   there.

5       Q.     But certainly you?

6       A.     I was certainly there.  Rachel

7   was obviously there, Kelsey, Isaac, Lisa,

8   Tricia, Jen, Sunita, Sam, and then -- I

9   mean, all the -- the people who were

10  involved in the A Block are the ones I

11  just mentioned.

12          I mean, there may be -- there

13  was a production assistant with -- I think

14  this production was Somara Germain.

15          (Reporter clarification.)

16      A.     Somara, S-O-M-A-R-A, Germain,

17  G-E-R-M-A-I-N, and her job is to make the

18  graphics that go on our show.  She may

19  have been working with someone else that

20  day.  I am not sure.  She does a lot with

21  the graphics department, but she would

22  have been at the meeting as well.

23          (Whereupon, Exhibit 4,

24      Soboroff/Ainsley Article, was

25      identified.)

```
 1   BY MS. EVANS:
 2       Q.    I am going to hand you what's
 3   been previously marked as Exhibit 4, and
 4   your counsel.  You take moment if you need
 5   to review that.  This is a version of the
 6   Soboroff/Ainsley article that came out at
 7   2:26 p.m. Eastern time.
 8             MS. MCNAMARA:  Objection to
 9       form.  Mischaracterizes.
10             MS. EVANS:  How so?
11             MS. MCNAMARA:  That this was an
12       earlier version done by Daniella Silva
13       as evidenced by the byline.  Jacob,
14       Julia did their own reporting and
15       their updated version incorporated
16       some information from this, but this
17       is not a version of the Julia/Jacob
18       article.
19             THE WITNESS:  This is Associated
20       Press.  She's not NBC.
21   BY MS. EVANS:
22       Q.    Silva is not?
23       A.    No.  She is -- I mean, she is an
24   Associated Press reporter.
25             MS. MCNAMARA:  No.  Don't assume
```

1      Q.    That makes sense.  So it may not

2    be 4:52 at all.  This is still some time

3    around --

4      A.    I think it's 4:30 -- I mean, it

5    may have been a few minutes later, but I

6    think it's continuing this conversation.

7      Q.    That makes sense.  Thank you for

8    that.

9           Up at the top of Exhibit 35, it

10   looks like Soboroff is continuing from the

11   prior string.  "That's easy to say.  We

12   reported COVID stuff about Arizona."

13          Do you know what that refers to?

14     A.    I don't know for sure, but

15   probably given the nature of our

16   conversation, issues with COVID in

17   detention centers and ICE detention

18   centers in Arizona.

19     Q.    And in this text string between

20   you and Jacob is when you indicate to him

21   that you're thinking about making the

22   story about the detention story the A

23   Block, right?

24     A.    Correct.

25     Q.    And Mr. Soboroff comments that

 1    he sees it as a big deal and mentions that

 2    -- that they name the doctor?

 3        A.    Yes.    That's what he writes,

 4    yeah.

 5        Q.    And did you have Dr. Amin's name

 6    in any of the draft scripts for the A

 7    Block on September 15th, 2020?

 8        A.    I don't recall.  I don't think

 9    so, but I -- I mean, I have to -- I doubt

10    we would have had it in there and taken it

11    out, but I don't recall.  I mean, it was a

12    long time ago.

13        Q.    Was it a conscious decision not

14    to put it in?

15        A.    Yes.  Yeah, we don't -- yes,

16    they're all conscious decisions.

17        Q.    Why not?

18        A.    Maybe because -- I mean, as I

19    said, this story was -- we're putting this

20    story in the context of issues, concerns

21    about things happening at ICE detention

22    centers and with ICE in general.  And his

23    name is not important.

24              Also, frankly, you know, people

25    don't -- people don't remember the names

 1   and so that's sort of as a show, we don't

 2   use a lot of names of people that you have

 3   never heard of and you will never recall.

 **4**       **Q.     But he had been named by Julia**

 **5   Ainsley earlier in the day on air, right?**

 6       A.    I don't recall.  I don't recall.

 **7**       **Q.     You would have been aware of**

 **8   that at the time?**

 9       A.    I mean, he's named in the -- I

10   mean, I believe he's named in the -- you

11   can say he's named in the story, but...

12            MS. MCNAMARA:  It's Exhibit 32.

13       A.    In the -- I mean, if this is at

14   the meeting, I probably would have seen

15   his name in an e-mail, but I don't know.

16   I don't recall.  I know Julia Ainsley, I

17   think, was on with Nicole Wallace and her

18   show starts at 4:00, which is when our

19   meeting is happening so I can't watch -- I

20   don't watch her show while we're doing our

21   meetings.

22   BY MS. EVANS:

**23**       **Q.     I think Julia Ainsley went on**

**24   the air in Nicole Wallace's show around**

**25   5:30.**

```
 1      A.    Okay.  Well, that would have
 2   been after our meeting.
 3      Q.    Mr. Soboroff in Exhibit 35 is
 4   telling you that they have named the
 5   doctor, right?
 6      A.    Correct.
 7            (Whereupon, Exhibit 36, Text
 8      Messages, was marked for
 9      identification.)
10   BY MS. EVANS:
11      Q.    I am going to hand you and your
12   counsel what I have marked as Plaintiff's
13   Exhibit 36, which is more text messages
14   between you and Mr. Soboroff.
15            Do you recognize that?
16      A.    Yes.
17      Q.    You are still in the darker
18   bubbles?
19      A.    Yes, I am.
20      Q.    And in the middle of this text
21   stream, you're asking for a transcript.
22   Is that the transcript with Ms. Wooten?
23      A.    Yes, it is.
24      Q.    And so you would have gotten
25   that transcript some time around 4:30 on
```

1    September 15th?

2        A.    Correct.  So I did not read the

3    transcript before the meeting.  But

4    knowing that Jacob had done the interview

5    and that Jacob is one of the best

6    reporters in the country about immigration

7    issues, I think I had a very strong

8    feeling that it would have been a very

9    good interview.

10       Q.    Did you produce any other --

11   strike that.

12             Did you provide any other text

13   messages to your counsel from

14   September 15th, 2020 besides the ones that

15   I've shown you?

16       A.    I don't believe I did, no.

17             (Whereupon, Exhibit 37, E-mail,

18       was marked for identification.)

19   BY MS. EVANS:

20       Q.    I'm going to hand you and your

21   counsel what I'm marking as Plaintiff's

22   Exhibit 37.

23             This is an e-mail from Julia

24   DeAngelo to you and several others dated

25   September 15th, 2020 at 4:52 p.m. subject

1  line "Meeting Log."

2           Do you recognize this as such?

3    A.    Yeah, and I also realize I left

4  off some of our staff members because

5  their names are here.  A lot of people.

6  Yes, I do.  I do recognize it.

7           I mean, I'll tell you, this is

8  Julia who is a very -- she's not as good

9  as our court reporter, but she's very good

10  at taking notes.  These are notes that she

11  took of the meeting that she sent around

12  to help us all remember what we said and

13  what Rachel's thoughts on certain

14  stories -- the stories we're doing are.

15    Q.    So does this represent sort of

16  minutes from that news meeting that you

17  had around 4:00?

18    A.    Yes, I mean, I guess minutes,

19  but it's not verbatim.  But yes, I'm not

20  sure if minutes are -- I would say they're

21  notes.  It's a log.  We call it a log in

22  the TV industry, which is close, but it's

23  not perfect because you're doing it in

24  realtime and so there can be mistakes.

25    Q.    For the record, Plaintiff's

1    Exhibit 37 is a document produced to us by

2    NBCUniversal Bates Number 1936 to 1939.

3    If you'll flip to the second page, which

4    is 1937 Bates Number.  It's got a time

5    stamp that Julia DeAngelo created.

6              She's the one who wrote this

7    e-mail; correct?

8        A.    Correct.

9        Q.    And so she writes 16:28, which

10   is?

11       A.    4:28.

12       Q.    It's actually 3:28; right?

13       A.    4:28.

14       Q.    Okay.  You're right.

15             Hysterectomies happening at ICE

16   facility, Whistleblower says.  And then

17   it's got comments from -- I believe this

18   represents comments from individuals; is

19   that right?

20       A.    Yes.

21       Q.    We've got RM, Rachel Maddow?

22       A.    Yes.

23       Q.    TM is?

24       A.    Tricia McKinney.

25       Q.    RM is?

1       A.      Rachel.

2       Q.      All right.  CG is you?

3       A.      Is me.

4       Q.      And LR is Lisa Rubin?

5       A.      Lisa Rubin, yes.

6       Q.      And Jacob Soboroff is not in

7    this meeting?

8       A.      Correct.  I was texting with

9    Jacob during the meeting from this time.

10       Q.      I think he was getting ready for

11    the Colbert Show at this time to promote

12    his book on child separations, right?

13       A.      Correct.

14       Q.      Lisa Rubin talks about Ms.

15    Wooten being represented by two

16    organizations, one being the Government

17    Accountability Project, and that she had

18    asked for a declaration that had

19    apparently accompanied the letter, which

20    you will refer to as the whistleblower

21    complaint, right?

22       A.      Yes.

23       Q.      Have you ever seen that

24    declaration?

25       A.      Not that I recall.

1      Q.     Do you know if anybody

2   affiliated with MSNBC or NBC News has ever

3   seen that declaration?

4      A.     I have no idea, but there are,

5   you know, hundreds, thousands of people.

6   So I don't know.

7      Q.     To your knowledge, no one has

8   seen this form?

9           MS. MCNAMARA:  Objection to

10      form.

11      A.     Yeah, I don't know.  I mean,

12   it's quite possible somebody could've seen

13   it.  I believe no one at that time had

14   seen it if it wasn't available, but it's

15   quite possible since then it's been seen.

16   BY MS. EVANS:

17      Q.     Are you aware of someone at

18   MSNBC or NBC News reviewing or seeing the

19   declaration from Ms. Wooten's alleged

20   whistleblower complaint?

21           MS. MCNAMARA:  Objection to

22      form.

23      A.     No, I am not aware.

24   BY MS. EVANS:

25      Q.     Is that troublesome that they

1  wouldn't send her declaration, which would

2  have been the only thing that she would

3  have provided under oath or penalty of

4  perjury?

5      A.   No.  It's not troublesome

6  because it sounds like they never provide

7  these things.  We also -- don't forget, we

8  had an interview that Jacob had done with

9  her.  We had the whistleblower complaint,

10 which -- which had her in it, and also

11 Jacob and Julia had talked to four other

12 attorneys who had raised similar concerns.

13     Q.   Were you aware of that at this

14 moment in time, 4:28 on September 15th?

15     A.   I think I was.  I mean, I think

16 -- I can't recall.  This was a long time

17 ago, but like I said, I think I probably

18 had seen Jacob and Julia's version of the

19 story by e-mail or some other form before

20 the meeting or known that they had talked

21 to other attorneys, that it wasn't just

22 Dawn Wooten the whistleblower.

23     Q.   You said it sounds like they

24 never provide these things.  Who are you

25 referring to when you say "they"?

```
 1        A.    I mean, I am -- the -- the
 2   Accountability Project.  It's common they
 3   will not provide the declaration.
 4        Q.    Why do you think Lisa Rubin
 5   would've asked for it?
 6        A.    She's a good reporter.  She's a
 7   good journalist.  She would ask lots of
 8   things.  And if the Government gave us
 9   everything we asked for, our jobs would be
10   much, much easier.
11        Q.    Well, the Government
12   Accountability Project is not the
13   Government --
14        A.    Okay.  Well, if anybody gave us
15   everything we asked for, our -- you know.
16   That's why there are sources.  That's
17   why -- that's how we do our job.
18        Q.    Lisa Rubin said that she asked
19   Ms. Wooten's lawyers if they would give
20   her the declaration and they said no,
21   right?
22        A.    That's what it says here.
23        Q.    And then she said she asked
24   again.
25        A.    Yes.
```

1      Q.    **She must have thought she had**
2   **some chance of getting it --**
3          MS. MCNAMARA:  Objection to
4      form.
5      A.    I mean, I will say Lisa is
6   tenacious.  And you should asked again.  I
7   would've asked again if I were her.
8   BY MS. EVANS:
9      Q.    **Up at the top of the next page,**
10  **1938, that's the Bates Number, AD is --**
11     A.    I think that's probably Andy
12  Dallos, who is our senior booking
13  producer.  I forgot to mention him.  Andy
14  Dallos, senior booking producer, and Ron
15  Dodd, booking producer.
16     Q.    **Ron Dodd?**
17     A.    Ron Dodd, D-O-D-D.  Both were
18  booking producers at the time.  Still are.
19          And I -- probably Andy had been
20  talking to Jacob as well.  It's possible.
21  I don't know.
22     Q.    **Rachel says here, as typed by**
23  **Ms. DeAngelo, I think that they're not**
24  **taking COVID seriously.  It's ongoing, but**
25  **there's a lot of jumping to conclusions**

1    around here.

2              Do you see that?

3       A.    I do.

4       Q.    I don't want for assume it's

5    true, but if it is, we should definitely

6    do it.  Not sure if we should leave him in

7    the show or not, right?

8       A.    Yes.

9       Q.    So at least at this point,

10   there's some skepticism from Rachel about

11   whether this should be part of the show?

12      A.    As there is about every story we

13   do.

14      Q.    When did that change or did it?

15      A.    I think it changed during the

16   meeting because we decided by the end of

17   meeting to do it.  And if we look at -- I

18   just -- I don't know the times of my --

19   the response.  This was at 4:31.  I mean,

20   I would -- it probably changed during the

21   meeting.  Partly when we got more

22   information from Jacob, who like I said,

23   is -- Jacob and Julia are -- you know,

24   they've won awards for their reporting on

25   immigration and ICE.  They're very well

 1    respected, very well sourced.  So when
 2    they say something is important, we put a
 3    lot of stock in that.  So I think when I
 4    got more information from Jacob, it
 5    probably helped us figure we wanted to do
 6    it.
 7        **Q.    Who is RK?**
 8        A.    Rani Kahle.
 9        **Q.    And who is that?**
10        A.    She is the --
11             (Reporter clarification.)
12        A.    R-A-N-I, K-A-H-L-E.  She is --
13    her title now is -- I think her title at
14    the time was senior coordinating producer.
15    And she works for all of the prime shows
16    at MSNBC.  And at the time she reported to
17    me, but that's sort of like a -- just a
18    legacy thing for bureaucratic reasons.
19             But she's often in our show
20    meeting.  And I think she was referring to
21    Chris Hayes because I -- before you see, I
22    said Chris Hayes as the whistleblower
23    maybe.  And she said he has the
24    whistleblower.  She knew it.  So she said
25    it.

1      Q.     At some point here, it's time

2    stamped on the document, Exhibit 37, as

3    about 4:33, you-all start talking about

4    All in.

5           Is that All in With Chris Hayes?

6      A.     Yes.

7      Q.     You're just discussing your

8    understanding of what he is going put on

9    the air; is that right?

10     A.     Yes, the rundown, yes.

11     Q.     And you're discussing how

12   they're going to have a story regarding

13   Irwin County Detention Center as well,

14   right?

15     A.     Correct.

16     Q.     At 4:34 time stamp on the

17   Exhibit 37, it says more from Jacob

18   Soboroff.

19           That's not because he came in

20   the meeting, right?  Do you know why?

21     A.     No, no, that's -- I think -- so

22   I think what Julia does is she -- I

23   interrupted, I think.  Again, this was all

24   3 years ago, but I think from this, it

25   looks like I was -- I am usually the one

1    Rachel asks what are they doing.  So I'm

2    the one who says what All In is doing.

3              And I have a feeling I got a

4    text from Jacob at that time and I said,

5    oh, let me interrupt and read what the

6    text said, told her what he said.  But I

7    see then All In continues -- I think I

8    went back to what All In was doing at

9    4:37.

10       Q.    And that's when you shared that

11   they're going to have the whistleblower

12   Dawn Wooten on as well.  Call her WB?

13       A.    Yes.

14       Q.    On the last page of Plaintiff's

15   Exhibit 37, 4:39 p.m. according to the

16   time stamp, Rachel Maddow says, my

17   inclination is to put the Soboroff story

18   here.  It may take work, especially with

19   All In's coverage.  We'll have to look at

20   that.  I don't think I should write this.

21              Do you see that?

22       A.    Yes.

23       Q.    Why, why did she say I don't

24   think I should write this?

25              MS. MCNAMARA:  Objection to

```
 1      form.

 2  BY MS. EVANS:

 3      Q.     If you know.

 4      A.    I -- I'm almost positive because

 5  she was writing the B block that night,

 6  which was a story she was more well versed

 7  in.  There's often stories that Rachel

 8  knows more about than anyone else.  Rachel

 9  knows more about most things than anyone

10  else in the world.

11            But on the staff, and so if

12  there's a story she's going to do the best

13  job with, she will write it.  I don't

14  recall what that story was.  I could find

15  out.  But I do think that's why.  She was

16  going to write the other story.

17            And whereas this story is a

18  newer -- this story is something that she

19  doesn't have as much background in, it

20  made sense for us to write it.

21      Q.    She goes on here to share that

22  she thinks the context should be the moral

23  catastrophe of them taking kids away from

24  parents, talking about the Trump

25  administration, how she -- including the
```

```
 1    BY MS. EVANS:

 2         Q.    Were you aware of any calls that

 3    Mr. Price had with attorneys on

 4    September 15th or 16th, 2020?

 5         A.    I am not.

 6         Q.    Have you, personally, spoken

 7    with any detainees, current or former,

 8    from the Irwin County Detention Center?

 9         A.    No.

10         Q.    Do you know if -- strike that.

11               To your knowledge, has anyone

12    affiliated with The Rachel Maddow Show

13    spoken with detainees from the Irwin

14    County Detention Center, either past or

15    present?

16         A.    I don't believe so.

17         Q.    Did you personally speak with

18    any lawyers of detainees on September 15th

19    or 16th, 2020?

20         A.    No.

21         Q.    Do you know if anyone affiliated

22    with the Rachel Maddow Show did?

23         A.    I don't believe so.  Lisa Rubin

24    spoke to the lawyer for the -- the

25    organizations, who had the whistleblower
```

```
 1   complaint.  I don't -- so I don't know if

 2   she talked to any lawyers or detainees.  I

 3   don't think so, but I don't know.

 4        Q.    Are you aware of any reporting

 5   or research done by anyone affiliated with

 6   The Rachel Maddow Show on September 15th

 7   or 16th, 2020, other than reviewing

 8   reporting from Soboroff and Ainsley and a

 9   conversation that Lisa Rubin may have had

10   with someone related to the whistleblower

11   letter?

12            MS. MCNAMARA:  Objection.

13       Mischaracterization.

14            MS. EVANS:  I didn't -- I said

15       are you aware?  I am asking.

16            MS. MCNAMARA:  You -- well --

17            MS. EVANS:  It's so -- the

18       coaching, Liz, is so out of control.

19       And I -- honestly, I am going to go to

20       the Court at some point.  Because

21       every time I ask a question, you say,

22       "Objection.  Mischaracterizes" when

23       you clearly want him to not answer my

24       question.

25            And it's -- it's -- I can go
```

 1      back and create the record if I have

 2      to, but when I ask a question, I am

 3      asking him:  Are you aware or are you

 4      not aware.  I am not suggesting

 5      anything.

 6           I am going to ask my question

 7      again.  And if you need to object, go

 8      ahead and do it.

 9           MS. MCNAMARA:  Well, I can

10      respond, if you want.

11           MS. EVANS:  But just know that I

12      am on to you.

13           MS. MCNAMARA:  I am very

14      concerned, and you're not on to

15      anything.  You misrepresent the

16      record.  He has testified previously

17      to the contrary of the supposition of

18      your -- of your question.  That's all

19      I'll say.  And I am entitled to state

20      my objections on the record, and I did

21      so very succinctly.

22           MS. EVANS:  No, you didn't.

23      Object to form is what you say, Liz.

24   BY MS. EVANS:

25      **Q.   Mr. Gnazzo, what reporting or --**

1    strike that.

2            What research did anyone from

3    The Rachel Maddow Show do with regard to

4    the A Block on September 15th, 2020?

5       A.    Well, we relied on other

6    reporting, particularly, the reporting

7    from Jacob Soboroff and Julia Ainsley.  We

8    read some other reports out there.  We

9    read the whistleblower complaint.  We read

10   the transcript of the interview with Dawn

11   Wooten.

12           And like I said, Lisa Rubin had

13   some contact with the -- the group that --

14   where the compliant was brought.  That's

15   all to my knowledge.  That doesn't mean

16   there wasn't more, but that's all I know

17   of.

18      Q.    To your knowledge, other than

19   what conversations Lisa Rubin may have

20   had, you're not aware of any other member

21   of The Rachel Maddow Show team having

22   their own independent conversations with

23   any source with regard to the

24   September 15th, 2020 A Block story, true?

25      A.    I am not aware.  It doesn't mean

```
 1   it didn't happen, but I am not aware of
 2   it.  I don't recall, I should say.
 3        Q.    You did a lot to refresh your
 4   recollection to -- to be here today,
 5   right?
 6        A.    Yeah.  But I didn't -- I wasn't
 7   like quizzing everyone else on the -- you
 8   know, in the team.
 9        Q.    Did you speak to any other
10   member of the team in anticipation of your
11   deposition today?
12        A.    No.
13        Q.    If there had been independent
14   reporting or research by members of The
15   Rachel Maddow Show team, you would have
16   expected to see e-mails about that, right?
17   It would have been documented?
18        A.    Right.
19        Q.    And you didn't see anything like
20   that?
21        A.    I didn't see anything, except
22   for the Lisa Rubin, yes.
23        Q.    What is the NBC medical unit, if
24   you know?
25        A.    It's a group at NBC that focuses
```

1    on medical news.  There's producers and

2    there is usually a doctor, I believe it

3    is, yeah, that works as a journalist.

4        Q.    Did you speak with anyone from

5    the NBC medical unit team on

6    September 15th or September 16th, 2020?

7        A.    No.

8        Q.    Do you know if -- strike that.

9             To your knowledge, did anyone

10   from The Rachel Maddow Show team that

11   worked on the A Block story for

12   September 15th, 2020 speak with anyone at

13   the NBC medical unit?

14       A.    Not to my knowledge.

15       Q.    You mentioned that Rachel Maddow

16   has a PhD in public policies and may have

17   some health aspect to it?

18       A.    As I just said, I don't know

19   exactly.  I said, to the best of my

20   recollection, of it then, but I don't want

21   to swear that that's exactly what's on her

22   degree.

23       Q.    Well, that's fine.  I will

24   ask -- I will ask her.

25             Are you aware of whether any

```
 1    other senior producer or segment producer
 2    with The Rachel Maddow Show at time of the
 3    September 15, 2020 show had any healthcare
 4    background?
 5         A.    I am not aware.
 6         Q.    Did you review any medical
 7    records --
 8         A.    And let me just say that
 9    Rachel's policy --
10              (Reporter clarification.)
11         A.    -- public policy isn't like a
12    doctor.  It was like a -- a policy around
13    health, public healthcare.
14    BY MS. EVANS:
15         Q.    Sure.  No, and I understood.
16         A.    It's not like it's a medical.
17         Q.    Right.  No.  That's how I
18    understood you to say it.  Right.  No,
19    that's how I understood you to say it.
20              Did you review any medical
21    records from any detainees in any form on
22    September 15th or 16th, 2020?
23         A.    I did not.
24         Q.    Do you know if anyone affiliated
25    with The Rachel Maddow Show did?
```

DR. MAHENDRA AMIN, M.D. vs NBCUNIVERSAL MEDIA, LLC.

**Cory Gnazzo on 05/11/2023**

```
 1      A.    Not to my knowledge.  Not that I

 2   recall.

 3      Q.    Do you know -- strike that.

 4            Did you request medical records

 5   related to any detainees at the Irwin

 6   County Detention Center on September 15th

 7   or 16th, 2020?

 8      A.    I don't believe so.

 9      Q.    What makes you say you don't

10   believe so?

11      A.    Well, just because I know

12   that -- I am sorry -- Lisa requested some

13   things from the attorneys.  I don't think

14   she requested, but I -- I haven't asked

15   her about it now, and, you know, looking

16   at the e-mail and all, she didn't bring it

17   up.

18      Q.    Other than potentially what you

19   just said about Lisa Rubin, are you aware

20   of anyone affiliated with The Rachel

21   Maddow Show that requested medical records

22   for detainees at the Irwin County

23   Detention Center on September 15th or

24   16th, 2020?

25      A.    I am not, no.
```

```
 1        CERTIFICATE OF SHORTHAND REPORTER

 2                  NOTARY PUBLIC

 3             I, Monique Cabrera, the officer

 4        before whom the foregoing deposition

 5        was taken, do hereby certify that the

 6        foregoing transcript is a true and

 7        correct record of the testimony given;

 8        that said testimony was taken by me

 9        stenographically and thereafter

10        reduced to typewriting under my

11        direction; and that I am neither

12        counsel for, related to, nor employed

13        by any of the parties to this case and

14        have no interest, financial or

15        otherwise, in its outcome.

16             IN WITNESS WHEREOF, I have

17        hereunto set my hand this 11th day of

18        May, 2023.

19

20

21    _____

22    MONIQUE CABRERA
      Notary Public in and for the State of New
23    York
      County of Suffolk
24    My Commission No.  01CA6043156
      Expires:  06/12/2026
25
```