Declaration of

Elizabeth McNamara

Exhibit 84

# FILED UNDER SEAL