Declaration of

Elizabeth McNamara

Exhibit 85

# FILED UNDER SEAL