Declaration of

Elizabeth McNamara

Exhibit 86

# FILED UNDER SEAL