Declaration of

Elizabeth McNamara

Exhibit 87

| | |
|---|---|
| From: | Jabaji, Rawan (NBCUniversal) <Rawan.Jabaji@nbcuni.com> |
| To: | clhprivate <clhprivate@gmail.com>; Lopez, Luciana (NBCUniversal) <luciana.lopez@nbcuni.com> |
| CC: | Horgan, Denis (NBCUniversal) <Denis.Horgan@nbcuni.com>; O'Melia, Brendan (NBCUniversal, MSNBC) <Brendan.OMelia@msnbc.com>; Cone, Tina (NBCUniversal, MSNBC) <Tina.Cone@msnbc.com> |
| Sent: | 9/17/2020 6:59:51 PM |
| Subject: | RE: [EXTERNAL] Re: FW: media inquiry |

I added two lines to script referencing this.

**From:** clhprivate <clhprivate@gmail.com>
**Sent:** Thursday, September 17, 2020 6:59 PM
**To:** Lopez, Luciana (NBCUniversal) <luciana.lopez@nbcuni.com>
**Cc:** Horgan, Denis (NBCUniversal) <Denis.Horgan@nbcuni.com>; Jabaji, Rawan (NBCUniversal) <Rawan.Jabaji@nbcuni.com>; O'Melia, Brendan (NBCUniversal, MSNBC) <Brendan.OMelia@msnbc.com>; Cone, Tina (NBCUniversal, MSNBC) <Tina.Cone@msnbc.com>
**Subject:** [EXTERNAL] Re: FW: media inquiry

that's great. perfect. thank you

On Thu, Sep 17, 2020 at 6:57 PM Lopez, Luciana (NBCUniversal) <luciana.lopez@nbcuni.com> wrote:

FYI, Amin's lawyer got back to me about the previous investigation.


Luciana


**From:** Scott R. Grubman <SGrubman@cglawfirm.com>
**Sent:** Thursday, September 17, 2020 6:29 PM
**To:** Lopez, Luciana (NBCUniversal) <luciana.lopez@nbcuni.com>
**Subject:** [EXTERNAL] Re: media inquiry


Ms. Lopez,


Thank you for reaching out. I was in Court all day on another matter, so I apologize for the delay. I represented Dr. Amin in the earlier False Claims Act case. Here is my statement on that:

CONFIDENTIAL    NBCU000741

In 2013, a civil False Claims Act suit was filed in the Middle District of Georgia against a local hospital and numerous physicians associated with that hospital, including Dr. Amin.  The case was settled without any admission of liability. None of the allegations contained in the 2013 complaint were adjudicated in court, and the case was ultimately dismissed.  Importantly, Dr. Amin was *not* required to pay any fine in connection with that settlement.

Best,

**Scott R. Grubman | Partner**

**CHILIVIS, GRUBMAN, DALBEY & WARNER, LLP**

3127 Maple Drive, NE | Atlanta, Georgia  30305

**Main:** 404.233.4171 | **Direct:** 404.262.6505 | **E:** sgrubman@cglawfirm.com

---

**From:** Lopez, Luciana (NBCUniversal) <luciana.lopez@nbcuni.com>
**Sent:** Thursday, September 17, 2020 6:00 PM
**To:** Scott R. Grubman <SGrubman@cglawfirm.com>
**Subject:** RE: media inquiry

Hello, Scott. Any word on the below please? Again, I am on deadline for tonight's show at 8 p.m. ET. Thank you.

Best,

Luciana

CONFIDENTIAL
NBCU000742

**From:** Lopez, Luciana (NBCUniversal)
**Sent:** Thursday, September 17, 2020 3:33 PM
**To:** Scott R. Grubman <SGrubman@cglawfirm.com>
**Subject:** RE: media inquiry

Hello Scott, hope all is well. I wanted to follow up with you on the below and see if Dr. Amin has any further comment today on the recent allegations of unnecessary medical procedures being performed on immigrant women who were under detention.

In addition, I also wanted to ask you about the False Claims Act investigation that was closed in 2015 (https://www.justice.gov/usao-mdga/pr/hospital-authority-irwin-county-resolves-false-claims-act-investigation-520000). According to documents in the case (https://www.scribd.com/document/476288063/mahendra-amin-pdf?campaign=SkimbitLtd&ad_group=94434X1548854X0f6f736fc61524c6bcff6bffcc71ccd5&keyword=660149026&source=hp_affiliate&medium=affiliate):

Paragraph 63: "Dr. Amin has a standing order at ICH which requires that certain tests always be run on pregnant patients, without any medical evaluation and regardless of her condition."

Paragraph 64: "For example no matter what symptoms the patient might be exhibiting, ICH performs an OB ultrasound on every pregnant patient, without consulting him or obtaining his or any other doctor's medical opinion for that particular patient."

Does he have any comment on this? Are those allegations accurate? I am on a tight deadline, as we are planning to air a segment on this on our show at 8 p.m. ET tonight.

Thank you,

Luciana Lopez

CONFIDENTIAL                                                                                                                                     NBCU000743

**From:** Scott R. Grubman <SGrubman@cglawfirm.com>
**Sent:** Wednesday, September 16, 2020 6:34 PM
**To:** Lopez, Luciana (NBCUniversal) <luciana.lopez@nbcuni.com>
**Subject:** [EXTERNAL] Re: media inquiry

Here is our statement, thanks:

We are aware of the whistleblower's allegations as they relate to Dr. Amin, and vehemently deny them. Dr. Amin is a highly respected physician who has dedicated his adult life to treating a high-risk, underserved population in rural Georgia.

Importantly, according to the Washington Post, one of the whistleblower's attorneys expressly acknowledged that she did not speak to any of the women directly and that she "included the allegations in the report with the intention of triggering an investigation into whether or not the claims were true."

We look forward to all of the facts coming out and are confident that, once they do, Dr. Amin will be cleared of any wrongdoing.

**Scott R. Grubman | Partner**

**CHILIVIS, GRUBMAN, DALBEY & WARNER**

**404-262-6505 | sgrubman@cglawfirm.com**

Sent from my iPhone

On Sep 16, 2020, at 6:32 PM, Lopez, Luciana (NBCUniversal) <luciana.lopez@nbcuni.com> wrote:

CONFIDENTIAL
NBCU000744

Hello, Mr. Grubman. My name is Luciana Lopez, and I'm a producer on All In with Chris Hayes on MSNBC. I am writing about the allegations about Dr. Mahendra Amin and procedures performed on women who were held in detention at the Irwin County ICE facility in Georgia. We are planning to discuss these allegations on our show tonight at 8 p.m. ET, so I'm on a tight deadline.

Does Dr. Amin have any comment on these allegations? Did he perform hysterectomies or fallopian tube removal on women without obtaining their informed consent? Does he have any comments about Dawn Wooten's recounting of events?

Anything you could share on this would be much appreciated. My cell phone is 646 937 1750; please feel free to phone or text anytime, or to reply to me here, at Luciana.lopez@nbcuni.com. Thank you.

Best,

Luciana Lopez

CONFIDENTIAL
NBCU000745