Declaration of

Elizabeth McNamara

Exhibit 91

Page 1
Federal complaint: Questionable hysterectomies, lack of COVID-19 tests at GA immigrant detention center
https://www.fox5atlanta.com/news/federal-complaint-questionable-hysterectomies-lack-of-covid-19-tests-at-ga-immigrant-detention-center

**FOX 5 ATLANTA** | Live | News | Weather | Good Day | Sports | Contests | Email | More



# Federal complaint: Questionable hysterectomies, lack of COVID-19 tests at GA immigrant detention center

By Aungelique Proctor | Published September 15, 2020 | Updated 9:21PM | Georgia | FOX 5 Atlanta



**Accusations against Georgia facility holding suspected illegal immigrants**
Immigrants' rights groups file federal complaint against an Irwin County detention center.

**IRWIN COUNTY, Ga.** - A federal complaint filed Monday alleges a south Georgia detention center performed questionable hysterectomies, refused to test detainees for COVID-19 and shredded medical records.

Four humanitarian organizations, including Project South, Georgia Detention Watch, and Georgia Latino Alliance for Human Rights have filed a complaint against the Office of the Inspector General, the Department of Homeland Security, ICE, and the warden of the Irwin County Detention Center.



**Latest News**


Motorcyclist charged after death of pedestrian in Duluth

NBCU004021

Page 2
Federal complaint: Questionable hysterectomies, lack of COVID-19 tests at GA immigrant detention center
https://www.fox5atlanta.com/news/federal-complaint-questionable-hysterectomies-lack-of-covid-19-tests-at-ga-immigrant-detention-center



No Appointment? No Problem - Upgrade to the World's Smartest CPAP Without Leaving Home
The Easy Blog by EasyBreathe.com | Sponsored


'Items of evidentiary interest' found in Porterdale search for woman missing since 2016


Ethan Crumbley's journal, search history show thorough planning of Oxford High School shooting


Good Day Atlanta viewer information: July 27, 2023


Donald Trump once condemned Jan. 6 rioters. Now he's become one of their biggest supporters

The complaints are based upon the word of a nurse who worked at the facility. She said immigrants and employees are not being protected against COVID-19 and she alleges unsafe work practices and inhumane conditions at the Irwin County Detention Center.

Dawn Wooten is a licensed nurse at ICDC who believes lives are at stake because she said the facility is not testing detainees or employees for COVID-19. The single mother of five said she got a strange response when she started inquiring about the contagious virus.

"I begin to ask questions about why the detainees were not tested for COVID... symptomatic or asymptomatic and I was told everybody wants COVID. Everybody knows the symptoms, and everybody wants COVID," she said she was told.

Sign up for FOX 5 email alerts





said she was told.

Sign up for FOX 5 email alerts



said she was told.



Hey check out these offers



BREAKING NEWS
these offers



BREAKING NEWS
these offers



NBCU004022

Page 3
Federal complaint: Questionable hysterectomies, lack of COVID-19 tests at GA immigrant detention center
https://www.fox5atlanta.com/news/federal-complaint-questionable-hysterectomies-lack-of-covid-19-tests-at-ga-immigrant-detention-center
















Sign up for FOX 5 email alerts





independent oversight and accountability within the U.S. Department of Homeland Security. ICE takes all allegations seriously and defers to the OIG regarding any potential investigation and/or results. That said, in general, anonymous, unproven allegations, made without any fact-checkable specifics, should be treated with the appropriate skepticism they deserve."

The facility in Ocilla, about 200 miles south of Atlanta, houses men and women detainees for U.S. Immigration and Customs Enforcement, as well as inmates for the U.S. Marshals Service and Irwin County. ICDC is operated by private prison company LaSalle Corrections. They have not released a statement regarding the accusations.

According to the official website, there are 43 confirmed cases of COVID-19 at ICDC, but critics said that number is woefully inaccurate because adequate testing is not being done.

Several Democratic lawmakers have since pledged to fully investigate the accusations.

*The Associated Press contributed to this report*





Tab︎︎la Feed



**No Appointment? No Problem - Upgrade to the World's Smartest CPAP Without Leaving Home**

The Easy Blog by EasyBreathe.com | Sponsored

Page 5
Federal complaint: Questionable hysterectomies, lack of COVID-19 tests at GA immigrant detention center
https://www.fox5atlanta.com/news/federal-complaint-questionable-hysterectomies-lack-of-covid-19-tests-at-ga-immigrant-detention-center



**6 Things Not to Do When Selecting a Financial Advisor.**
SmartAsset | Sponsored    Learn More



**Government to pay Camp Lejeune victims $21 billion**
Camp Lejeune Water Claims | Sponsored    Sign Up



**Sweepstakes: ResMed AirMini Travel CPAP**
Enter to Win The World's Smallest CPAP!
The Easy Blog by EasyBreathe.com | Sponsored



**Roofers Tested 17 Gutter Guards… Here's What They Discovered**
LeafFilter Partner | Sponsored    Learn More



**Research New Mental Health Billing Companies**
Yahoo Search | New Mental Healt… | Sponsored    Search Now



**BREAKING NEWS**
Breaking news delivered fast

Email Address

**Sign Up**

By clicking Sign Up, I confirm that I have read and agree to the **Privacy Policy** and **Terms of Service**.



**Collect A Time Capsule of Triumphs!**
As you reflect on the memories and milestones of 2023, our Annual Sets serve as a lasting reminder of your incredible journey. Explore our latest sets and immers…
U.S. Mint 2023 Annual Sets | Sponsored    Learn More



**FOX 5**
**VIDEO: Teen apologizes, asks to call mom after being tased during traffic stop in Rockdale County**

NBCU004025