Declaration of

Elizabeth McNamara

Exhibit 94

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/lawmakers-seek-investigation-into-allegations-of-mass-hysterectomies-on-detained-migrants-11600291610

POLITICS

# U.S. Opens Investigation Into Claims of Forced Hysterectomies on Detained Migrants

ICE denies accusations in a nurse's whistleblower complaint regarding medical care at a Georgia facility



Dawn Wooten, a nurse at Irwin County Detention Center in Ocilla, Ga., spoke to media on Tuesday about her allegations in a whistleblower complaint that migrant women had hysterectomies without their full and informed consent.
PHOTO: JEFF AMY/ASSOCIATED PRESS

By *Natalie Andrews* [Follow] and *Michelle Hackman* [Follow]
Updated Sept. 16, 2020 7:23 pm ET

WASHINGTON—The Department of Homeland Security's internal watchdog has opened an investigation into a whistleblower's allegations of coerced hysterectomies being performed on migrant women held at a Georgia detention facility.

The DHS confirmed the probe in a statement Wednesday after pressure from Congress and immigrant advocates mounted.

The complaint, filed by Dawn Wooten, a nurse employed at the Irwin County Detention Center in Ocilla, Ga., along with several civil-rights organizations, alleges that "high rates of hysterectomies" were performed on immigrant women who didn't need them and weren't fully aware they were going to be performed. The complaint cites several detained immigrants as witnesses, though many of the accounts are secondhand.

Ms. Wooten also appears not to have witnessed the hysterectomies, though she testified in the complaint to speaking with several women who underwent them. "I've had several inmates tell me that they've

NBCU001751

been to see the doctor and they've had hysterectomies and they don't know why they went or why they're going," she said in the complaint.

House Judiciary Committee Chairman Jerrold Nadler (D., N.Y.) and Reps. Pramila Jayapal (D., Wash.), Judy Chu (D, Calif.) and Zoe Lofgren (D., Calif.) led 173 members of Congress in a letter that asked DHS Inspector General Joseph Cuffari to open an immediate investigation.

"We are horrified to see reports of mass hysterectomies performed on detained women in the facility without their full, informed consent and request," the lawmakers wrote. "Everyone—regardless of their immigration status, their language, or their incarceration—deserves to control their own reproductive choices and make informed choices about their bodies."

Dana Gold, senior counsel at the Government Accountability Project, which is representing Ms. Wooten, said Ms. Wooten had spoken up internally about the women's allegations of coerced hysterectomies and management retaliated against her.

"When a worker believes they've seen or heard about wrongdoing, especially something as heinous as a forced hysterectomy, it's their responsibility to raise the alarm, and whistleblower protection laws exist to encourage disclosures of information employees reasonably believe evidence violations of laws," Ms. Gold said. "That's exactly what Ms. Wooten did."

U.S. Immigration and Customs Enforcement said in a statement that only two immigrants at the Irwin County Detention Center had been referred for hysterectomies since 2018, citing its own data.

"The accusations will be fully investigated by an independent office, however, ICE vehemently disputes the implication that detainees are used for experimental medical procedures," Ada Rivera, medical director of the ICE Health Service Corps, said in a statement.

National Review reported that Ken Cuccinelli, the No. 2 official at DHS, said in an interview that he had asked DHS's Office of Inspector General to expedite its investigation, and that he would have three DHS staff conduct their own parallel probe this week.

The doctor in question isn't identified in the complaint, though Scott Grubman, a lawyer for the doctor, identified him as Dr. Mahendra Amin and strongly denied the allegations.

"We look forward to all of the facts coming out and are confident that, once they do, Dr. Amin will be cleared of any wrongdoing," Mr. Grubman said in a statement.

In 2015, Dr. Amin and a group of other doctors were the subject of a Justice Department investigation alleging they made false claims to Medicare and Medicaid. They ultimately settled the case for $520,000.

The Georgia facility is operated by LaSalle Corrections, a private prison company that contracts with ICE. "Our company strongly refutes these allegations and any implications of misconduct at the ICDC," said Scott Sutterfield, a company spokesman.

NBCU001752

The complaint also alleges a broader pattern of medical neglect, particularly around the spread of Covid-19. Ms. Wooten alleged that immigrants with symptoms weren't tested for the disease and their written requests for treatment were shredded. ICE has long been criticized for the standard of medical care it provides at its detention centers.

In April, The Wall Street Journal reported that infected immigrants were kept in the same barracks as healthy ones at a California detention center and that immigrants there were asked to sign liability waivers before being distributed masks

Georgia's two Republican senators both said they looked forward to seeing the inspector general's report.

"These claims are extremely disturbing," a spokeswoman to Sen. David Perdue said. "They are currently being investigated by the Inspector General and the Senator awaits that process to officially play out."

A spokeswoman for Sen. Kelly Loeffler said she "trusts the IG will conduct a thorough investigation of the facts to get to the bottom of this."

**Write to** Natalie Andrews at Natalie.Andrews@wsj.com and Michelle Hackman at Michelle.Hackman@wsj.com

*Appeared in the September 17, 2020, print edition as 'Claims of Forced Hysterectomies Investigated'.*

NBCU001753