Declaration of

Elizabeth McNamara

Exhibit 96








Ads by Google
Send feedback Why this ad?

Home / World News / Outrage, calls for probe as US nurse raises alarm over mass ...

# Outrage, calls for probe as US nurse raises alarm over mass hysterectomies

Hindustan Times, Washington, DC | By Yashwant Raj

Sep 17, 2020 10:39 AM IST

Media reports say an Indian-descent gynecologist conducted hysterectomies on immigrants without their full understanding and consent at a private detention centre in Georgia

Dawn Wooten, a nurse at Irwin County Detention Center in Ocilla, Georgia, speaks at a September 15 news conference in Atlanta protesting conditions at the immigration jail. (AP)

A whistleblower complaint filed in the US has sparked calls for a federal probe after it was alleged that an Indian-descent gynecologist had conducted mass hysterectomies on immigrants without their full understanding and consent at a privately-run detention centre in the state of Georgia.

Story continues below advertisement

Business Loans $25K To $6M
CommonSearches Open

The complaint, filed by an employee of the detention centre, did not identify him. But lawyers representing the victims have named the doctor as Mahendra Amin, according to US media reports.

"We are aware of the whistleblower's allegations as they relate to Dr Amin and we vehemently deny them," said Scott Grubman, the doctor's attorney, in a statement. "We look forward to all of the facts coming out and are confident that, once they do, Dr Amin will be cleared of any wrongdoing."

Amin, 68, is an obstetrics and gynecology specialist. Prism, the news website that first reported the whistleblower complaint, said he is based in Douglas,

[TOP NEWS]

INDIA NEWS
PM Modi, Prez Xi spoke of need to stabilise bilateral ties at Nov 2022 dinner
Updated 1 hour ago

INDIA NEWS
Opposition's INDIA bloc to meet for third time on August 25-26 in Mumbai
Published 1 hour ago

INDIA NEWS
BJP MP's 'House feels empty' jibe at Rahul; blames Nehru govt for Manipur crisis
Published 39 mins ago

CRICKET
India vs West Indies Live Score 1st ODI: IND beat WI by 5 wickets
Updated 22 mins ago

[TRENDING TOPICS]

Sanjay Mishara News
Mumbai Rain
Naseeruddin Shah
Kriti Sanon
Russian Helicopter Crash

[DON'T MISS]

BOLLYWOOD
Ranveer Singh shares Ranbir Kapoor's honest review about his acting in RRKPK
Published 1 hour ago

WEB SERIES
Aashika Bhatia's mom reacts to Elvish Yadav's 'chhote kapde' remark
Published 1 hour ago

CRICKET
Kuldeep and Jadeja achieve monumental feat as Team India demolishes West Indies
Published 1 hour ago

Advertisement

Top 5 Health Insurance CRM

[TRENDING PHOTOS]

Tamannaah Bhatia drops latest pics in top, cargo pants. Vijay Varma is swooning

6

Pics: Downpour wreaks havoc in Mumbai; Ghat farmers get busy with paddy planting 10

Masaba Gupta, Isabelle Kaif, Soha Ali Khan, Inaaya Naumi Kemmu check out Japanese artist Yayoi Kusama's exhibit at NMACC 10

Karishma Tanna's maroon power suit is driving our midweek blues away 6

Kiara Advani takes Barbiecore fashion to whole new level in Falguni Shane Peacock couture at ICW 2023 6

Advertisement

STONHARD
FLOORS FOR EVERY ENVIRONMENT

Seamless
Epoxy Floors

[SHOP NOW]

CRICKET
'I told guys in the team that if I come back...': Hardik Pandya's big confession
Published 4 hours ago
View All

[LATEST NEWS]
CITIES
Carry out survey on case to case basis on illegal farmhouses, says Noida CEO
Published -16 min ago
CITIES
7 years after 'Gurujam': Waterlogging still a riddle that city can't solve
Published -16 min ago
CITIES
Alleging 'hair' in sweet, 2 brothers extort money from shop owner; held
Published -16 min ago
ENTERTAINMENT
The Seven Deadly Sins: Grudge of Edinburgh Part 2 Reveals Trailer & Release Date
Published -17 min ago
View All

Georgia and is affiliated with Coffee Regional Medical Center, which has since removed references to Amin from its website.

Story continues below advertisement

PROMOTED

Heart Surgeon Begs Americans: "Stop...
Gundry MD | Sponsored
Drone Captures What No One Was Suppos...
investing.com | Sponsored
Meghan Markle 'horrified' by Prince...
Hindustan Times

According to reports, Amin studied medicine at the Government Medical College of South Gujarat University in Surat, India, and also interned there at a hospital.

On Wednesday, 173 Democratic members of the House of Representatives wrote to the US department of homeland security, demanding an investigation into the whistleblower's complaint.

Pramila Jayapal, Indian-American congresswoman who initiated the joint letter along with senior party leaders, said, "It appears that there may be at minimum 17 to 18 women who were subjected to unnecessary medical gynecological procedures from just this one doctor, often without appropriate consent or knowledge, and with the clear intention of sterilisation."

Dawn Wooten, a licensed nurse employed by Irwin County Detention Center (ICDC) operated by private prison company, LaSalle Corrections, had filed the whistleblower complaint through Project South, a non-profit, with the inspector general of the department of homeland security on Monday. Wooten's complaint alleged the conduct of mass hysterectomies amid rampant disregard for Covid-19 guidelines and unsanitary conditions at the facility.

Story continues below advertisement

Project South said it learnt about the hysterectomies in interviews with multiple inmates. One of them reportedly confirmed, "A lot of women here go through a hysterectomy." Also, some women subjected to the procedure reportedly seemed "confused" why they were made to undergo it.

Best Deals Electronics Fashion Beauty
29% OFF
Samsung Galaxy M33 5G (Mystique Green, 8GB,...
Rs. 18499 Rs. 25999
amazon BUY NOW
15% OFF
OnePlus 10 Pro 5G (Volcanic Black, 8GB RAM...
Rs. 56999 Rs. 66999
amazon BUY NOW
15% OFF
OnePlus 10 Pro 5G (Emerald Forest, 8GB RA...
Rs. 56999 Rs. 66999
amazon BUY NOW
42% OFF
Dual Port Rapid Battery Charger, PD3.0 18W Type...
Rs. 14732 Rs. 25258
amazon BUY NOW
EXPLORE MORE DEALS

Advertisement
Fashionable Women's Tote?
modestmode Get Quote
Sponsored Links by Taboola

[MOST POPULAR]
Ranveer Singh shares Ranbir Kapoor's honest review about his acting in Rocky Aur Rani Kii Prem Kahaani

Watch| Ramdas Athawale's filmy flair leaves Rajya Sabha in splits: '...Kharge is villain'
BJP MP mocks Rahul Gandhi with 'House feels' empty jibe, blames Nehru govt for Manipur crisis
Jay Shah confirms World Cup 2023 schedule to see changes after 3 ICC full members raise objection
View All

Wooten's account, in her own words, is chilling. "Everybody he sees has a hysterectomy, just about everybody. He's even taken out the wrong ovary on a young lady," Wooten reportedly said, recalling a particular case. "She (the victim) was supposed to get her left ovary removed because it had a cyst. He took out the right one. She was upset, she had to go back to take out the left ovary and she wound up with a total hysterectomy.

Story continues below advertisement

"She wants children. So she has to go back home now and tell her husband that she can't bear kids... she said she was not all the way out under anesthesia and heard him (the doctor) tell the nurse that he took out the wrong ovary."

The outrage sparked by the allegations was fuelled by a well-documented and alarming history of sterilisation of people of colour in the US aimed at preventing the rapid growth of their population.

Get Latest World News along with Latest News from India at Hindustan Times.

TOPICS Georgia

You May Like

Heart Surgeon Begs Americans: "Stop Doin...
Gundry MD Learn More

At 86, This Is Where Jack Nicholson Lives
investing.com

Look For Any High School Yearbook, It's...
Classmates

Sponsored Links by Taboola

## [ WORLD NEWS ]

### July this year set to be the hottest month on record, finds analysis

World News • Updated - 14 min ago

Advertisement

Charge & Capture Hidden Camera Charger Power & Surveillance - Dealmasters

## [ TRENDING ]

Optical Illusion: What animal do you see in this pic - bull or elephant?

Turtle steals food placed in front of alligator

Bird's food heist takes a dangerous turn after it gets stuck on fishing line

Taxi driver saves man from four muggers in Italy. Watch

View All >

Advertisement

## [ VIDEOS ]

Nearly 3,000 Mercs, BMWs Ablaze On Ship Off Dutch Coast; Indian Crew Member Dead

Biden Official's Big Admission On F-16 Jets; Accepts Russian Air Force's Might

Russian Zoopark-1M Hunts Ukraine's Army In Krasny Liman | Watch 'Artillery Duel'

Sweden Blames Putin For Quran Burning; 'Russia Behind Outrage Against Stockholm'

View All >

**G20 meeting in Chennai: Canada expecting strong language on fossil fuel phaseout**

World News • Updated -4 min ago

**'Da Vek' Ramaswamy makes waves in presidential race with freestyle rap | Watch**

World News • Published -48 min ago

Advertisement

Luxury Glassware & Crystal
Scully & Scully

**Crypto millionaire Fernando Perez Algaba, 41, found chopped up in a suitcase**

World News • Published -27 min ago

**Jill Biden's ex-husband claims 'Biden crime family' is targeting Trump**

World News • Published -44 min ago

**After Titan sub Tweet, Netflix's take on UFO hearing has social media divided**

Hindustan Times

World News • Published -33 min ago

Advertisement

Luxury Glassware & Crystal
Scully & Scully

**New York mayor asks single migrants to leave shelter for migrants with children**

World News • Published -19 min ago

**Driver delivered me shoes, cops forced to confess he supplied drugs: Imran Khan**

Hindustan Times

World News • Published -18 min ago

**Now, Chinese woman ventures into Pakistan to marry man she met through Snapchat**

Hindustan Times

World News • Published -34 min ago

Page 5
Outrage, calls for probe as US nurse raises alarm over mass hysterectomies | World News - Hindustan Times
https://www.hindustantimes.com/world-news/outrage-calls-for-probe-as-us-nurse-raises-alarm-over-mass-hysterectomies/story-8RfZWLAybqJrkTv0qHKTRJ.html

Advertisement

NASA loses contact with International Space Station for 90 minutes
Hindustan Times
World News · Updated -12 min ago

Alert! Heat wave engulfs US from coast to coast, 140 million Americans at risk
Hindustan Times
World News · Updated -58 min ago

Colonisation was 'luckiest thing that happened' to Australia, says ex-PM
Hindustan Times
World News · Published -11 min ago

Advertisement

NBCU003938