Declaration of

Elizabeth McNamara

Exhibit 101



Document title:            The Ocilla Star - September 23, 2020

Capture URL:               https://1328.newstogo.us/editionviewer/default.aspx?Edition=75f73e61-3c67-467e-8f
                           11-5f1f2c553067&Page=f107714e-7feb-49bf-9716-8233a1a00347

Page loaded at (UTC):      Mon, 23 Oct 2023 19:11:24 GMT

Capture timestamp (UTC):   Mon, 23 Oct 2023 19:12:58 GMT

Capture tool:              10.33.1

Collection server IP:      54.157.181.49

Browser engine:            Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like
                           Gecko) Chrome/108.0.5359.215 Safari/537.36

Operating system:          Windows_NT (Node 16.17.1)

PDF length:                2

Capture ID:                1nYFqHpcLhATW1Gdom2XNG

User:                      dwt-jimbudig

PDF REFERENCE #:        g3NLiD65W6qkdg9pyeydM4

NBCU004086

Welcome to the Online Edition of the The Ocilla Star!



Download this edition as PDF

Document title: The Ocilla Star - September 23, 2020
Capture URL: https://1328.newstogo.us/editionviewer/default.aspx?Edition=75f73e61-3c67-467e-8f11-5f1f2c553067&amp;Page=f107714e-7feb-49bf-9716-8233a1a00347
Capture timestamp (UTC): Mon, 23 Oct 2023 19:12:58 GMT

Page 1 of 1

NBCU004087