Declaration of

Elizabeth McNamara

Exhibit 102



| | |
|---|---|
| Document title: | The Ocilla Star - September 30, 2020 |
| Capture URL: | https://1328.newstogo.us/editionviewer/default.aspx?Edition=fd577d3e-0a5c-4c45-bb0f-435cb586f2ed&Page=b9ae7400-2223-466c-94ba-5bf65a3133ac |
| Page loaded at (UTC): | Mon, 23 Oct 2023 19:13:06 GMT |
| Capture timestamp (UTC): | Mon, 23 Oct 2023 19:13:20 GMT |
| Capture tool: | 10.33.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | e9vYTCsbYbnsYTDMsFzK38 |
| User: | dwt-jimbudig |

PDF REFERENCE #: mikytjXwcxLgHppStHVdcw




Document title: The Ocilla Star - September 30, 2020

Capture URL: https://1328.newstogo.us/editionviewer/default.aspx?Edition=fd577d3e-0a5c-4c45-…

Capture timestamp (UTC): Mon, 23 Oct 2023 19:13:20 GMT