Declaration of

Elizabeth McNamara

Exhibit 105

# FILED UNDER SEAL