Declaration of

Elizabeth McNamara

Exhibit 108

# FILED UNDER SEAL