Declaration of

Elizabeth McNamara

Exhibit 109

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | Case No. 5:21-cv-00056-LGW-BWC |

**DEFENDANT'S FIRST SET OF INTERROGATORIES**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant NBCUniversal Media, LLC ("NBCU") hereby requests that Plaintiff Dr. Mahendra Amin ("Plaintiff") serve upon its counsel answers, in writing and under oath, to the following interrogatories within thirty (30) days of service hereof.

These interrogatories shall be deemed continuing so as to require supplemental answers if new or different information is obtained by Plaintiff between the time the initial answers to these interrogatories are made and the time final judgment is entered in this action.

**DEFINITIONS**

1. **Any/All.** The terms "any" or "all" shall be construed as "any and all."

2. **And/Or.** The terms "and" and "or" also have the meaning "and/or."

3. **Communication.** The term "communication" includes any type of correspondence (*e.g.*, letters, electronic mail, instant messages, text messages, voicemail, memoranda, or any other document in any medium used to make or record communications), and any oral conversation, interview, discussion, negotiation, agreement, understanding, meeting or telephone conversation, as well as every kind of written or graphic communication.

4. **Complaint.** The term "Complaint" means the Complaint filed by Plaintiff on September 9, 2021 to commence this action.

5. **Defendant.** The term "Defendant" means NBCU including without limitation its agents, attorneys, employees, and representatives.

6. **Document.** The term "document" means any and every kind of printed, typed, recorded, written, graphic or photographic matter (including audiotape and/or videotape recordings), however printed, produced, reproduced, coded, or stored (including in electronic or digitized form), of any kind or description, whether sent or received or not, including originals, copies, reproductions, facsimiles, and drafts, regardless of their author or origin, however denominated.  A draft or non-identical copy is a separate document for purposes of these requests.

7. **Documents sufficient to show** or **Documents sufficient to identify.** The phrases "documents sufficient to show" or "documents sufficient to identify" mean that you are to produce documents sufficient to establish the subject of the document request and does not necessarily mean all documents relating to such a request.

8. **ICDC**.  The term "ICDC" refers to the Irwin County Detention Center.

9. **News Reports**.  The term "News Reports" refers to the five news reports alleged to be defamatory, as identified by Plaintiff in Paragraphs 76–81 of the Complaint.

10. **Person.**  The term "person" means all individuals and entities.

11. **Statement.**  The term "statement" means any written statement signed or otherwise adopted or approved by the person making it, or a stenographic, mechanical, electrical, electronic, or other recording, or a transcription thereof, which is a substantially verbatim recital of an oral statement by the person making it and contemporaneously recorded.

12.     **This Action** and **This Litigation.**  The terms "this action" and "this litigation" mean the action captioned on the first page of these requests for production.

13.     **You/Your.**  The terms "you" and "your" mean Plaintiff Mahendra Admin and any agents, attorneys, representatives, or other persons or entities acting for on behalf of Plaintiff or in concert with Plaintiff.  When documents are requested, such requests include information or materials in the possession, custody, or control of your agents, attorneys, representatives, employees, or other persons acting on your behalf.

## INSTRUCTIONS

1.      "Describe" or "identify," when used with reference to an individual, means to state the individual's name and present or, if that is not known, last known address, telephone number, email address, and occupation and employer.

2.      "Describe" or "identify," when used with reference to a document, means to state the name or title of the document, the type of document (e.g., letter, memorandum, chart, email message, etc.), its date, the person(s) who authored it, the person(s) who signed it, the person(s) to whom it was addressed, the person(s) to whom it was sent, its present location and its present custodian. If any such document was, but is no longer, in your possession or subject to your control, state what disposition was made of it and explain the circumstances surrounding such disposition, and state the date or approximate date thereof.

3.      "Describe" or "identify," when used with reference to any non-written communication, means to identify the person(s) making and receiving the communication and to state the date, manner, and place of communication and the substance of the communication.

4.      Throughout these requests, the singular shall include the plural and the plural shall include the singular.

5. The following terms should be read as if they were synonymous, and each should be taken to include the meaning of all of the others: related to, related in any manner to, concerning, referring to, alluding to, responding to, in connection with, connected with, with respect to, commenting on, about, regarding, announcing, explaining, discussing, showing, describing, studying, reflecting, analyzing or constituting.

6. If you contend that it would be unreasonably burdensome to obtain and provide all the information called for in response to any interrogatory, you should:

   a. set forth all information that is available without unreasonable burden; and

   b. describe with particularity the efforts made to secure any information the provision of which you claim would be an unreasonable burden.

7. If, in answering these interrogatories or any other discovery request, you encounter any vagueness or ambiguity in construing either the interrogatory or a definition or instruction relevant to the inquiry contained within the interrogatory, set forth the matter deemed vague or ambiguous and set forth the construction chosen or used in answering the interrogatory.

8. With respect to your responses to the following interrogatories, if any answer to an interrogatory is withheld because of a claim of privilege, please state the basis for your claim of privilege with respect to such information and the specific ground(s) on which the claim of privilege rests.

## INTERROGATORIES

1. With regard to each News Report (or any other publication at issue in the Complaint), identify each statement of fact that You claim is false and defamatory of You and for which you seek damages in this action.



Dated: March 18, 2022

*s/ Elizabeth A. McNamara*
Elizabeth A. McNamara
(admitted *pro hac vice*)
Amanda B. Levine
(admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Tel: (212) 489-8230
lizmcnamara@dwt.com
amandalevine@dwt.com

*s/ Cynthia L. Counts*
Cynthia L. Counts
Georgia Bar No. 190280
FISHERBROYLES, LLP
945 East Paces Ferry Rd. NE, Suite 2000
Atlanta, GA 30326
(404) 550-6233
cynthia.counts@fisherbroyles.com


*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 18th day of March, 2022, a true and correct copy of the foregoing document was served upon the following via email:

Stacey Godfrey Evans
sevans@staceyevanlaw.com
Tiffany N. Watkins
twatkins@staceyevanslaw.com
Scott R. Grubman
sgrubman@cglawfirm.com

                                          *Amanda B. Levine*
                                          Amanda B. Levine
                                          (admitted *pro hac vice*)
                                          DAVIS WRIGHT TREMAINE LLP
                                          1251 Avenue of the Americas, 21st Floor
                                          New York, NY 10020-1104
                                          Tel: (212) 489-8230
                                          amandalevine@dwt.com

                                          *Attorneys for Defendant*