Declaration of

Elizabeth McNamara

Exhibit 110

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | | |
|---|---|---|
| DR. MAHENDRA AMIN, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 5:21-CV-00056-LGW-BWC |
| v. | ) | |
| | ) | |
| NBCUNIVERSAL MEDIA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT NBCUNIVERSAL**
**MEDIA, LLC'S FIRST INTERROGATORIES**

Pursuant to Federal Rule of Civil Procedure 33, Plaintiff Dr. Mahendra Amin, M.D.

("Plaintiff"), by and through his undersigned counsel, hereby objects and responds to Defendant

NBCUniversal Media, LLC's ("Defendant") First Interrogatories, and states as follows:

**GENERAL OBJECTIONS**

The following general objections apply to each of the Interrogatories and are incorporated

by reference in each of Plaintiff's specific responses thereto:

1.      Plaintiff objects to every Interrogatory that purports to impose obligations on

him beyond the requirements of Federal Rule of Civil Procedure 33, which will govern

Plaintiff's responses.

2.      Plaintiff objects to the Interrogatories to the extent they seek information

prepared in anticipation of litigation, or which contain, reflect, or call for the disclosure of the

mental impressions, conclusions, opinions, or legal theories of any attorney for Plaintiff, or any

other information protected by the Federal Rules of Civil Procedure.

3.      Plaintiff objects to the Interrogatories to the extent they seek information

protected from discovery under the attorney-client privilege, the work product doctrine, common interest privilege, or any other privilege recognized under the law. Plaintiff will not disclose such information.

4.      Plaintiff objects to the Interrogatories to the extent they seek confidential and highly sensitive personal, health and/or financial information. Plaintiff will only disclose such information, if not otherwise objectionable, pursuant to the Stipulated Protective Order.

5.      Plaintiff objects to the Interrogatories to the extent that they are vague, ambiguous, overly broad, unduly burdensome, and seek information that is irrelevant and immaterial to any party's claim or defense in the pending litigation and not reasonably calculated to lead to the discovery of admissible evidence.

6.      Plaintiff objects to the Definitions, Instructions, and Interrogatories to the extent they seek information not in Plaintiff's possession, custody, or control.

7.      Plaintiff objects to the Interrogatories and any definitions or instructions contained therein to the extent that they seek to vary the normal and everyday usage of the English language.

8.      Plaintiff objects to the Interrogatories to the extent they fail to describe the information sought with reasonable particularity.

9.      Plaintiff's responses to the Interrogatories shall not be deemed a waiver of any General Objections.

10.     Plaintiff reserves the right to amend, supplement, or revise his responses.

11.     In responding, Plaintiff does not concede that any Interrogatory to which he responds is relevant to the subject matter of this litigation or reasonably calculated to lead to the discovery of admissible evidence. Plaintiff expressly reserves both the right to object to further

2

discovery into the subject matter of these Interrogatories and the right to object to introduction

into evidence of responses to these Interrogatories.   Plaintiff also reserves the right to question the

authenticity, relevancy, materiality, privilege, and admissibility as evidence for any purpose of

the information provided and the documents identified and/or produced in response to these

Interrogatories, which may arise in any subsequent proceeding in, or the trial of, this or any other

action.

<u>**RESPONSES TO INTERROGATORIES**</u>

**<u>INTERROGATORY NO. 1</u>:**  With regard to each News Report (or any other publication at

issue in the Complaint), identify each statement of fact that You claim is false and defamatory of

You and for which you seek damages in this action.

**<u>RESPONSE</u>:** In response to this Interrogatory, Plaintiff states that the following

statements are false and defamatory, and he seeks damages for same:

From Deadline with Nicolle Wallace, which aired on or about September 15,

2020:

> (a) High numbers of female detainees, detained immigrants, at an ICE
> detention center in Georgia received questionable hysterectomies while in
> ICE custody.
>
> (b) Women were afraid to go to this doctor.
>
> (c) Some said that they came back bruised and that he was overly harsh.
>
> (d) They called him abusive.
>
> (e) There were women who were told that they needed a hysterectomy
> because they had cancer. One of those women, her medical records does
> not indicate that she ever had a biopsy to indicate that she had cancer and
> another case, a lawyer told me that his client had a hysterectomy because
> she was told she had stage four cervical cancer and after the hysterectomy
> when she went to the oncologist, the oncologist said you do not have
> cancer, so these are alarming allegations about this doctor.

(f) This is his specialty, he's the uterus collector.

(g) Well, what is he doing…collecting all of our uteruses?

(h) Our clients are afraid to go back to him; he's hurting these women.

(i) And perhaps doing very unnecessary procedures and not what you would need in a short-term detention situation.

From All In with Chris Hayes, which aired on or about September 15, 2020:

(a) Migrant women say that a doctor was performing unauthorized hysterectomies on immigrant women detained at that facility.

(b) Two of his clients received hysterectomies they believe may have been unnecessary.

(c) Two different women who claim they also had unnecessary hysterectomies while detained at this facility.

(d) As many as 15 immigrant women were given full or partial hysterectomies or other procedures for which no medical indication existed.

(e) Is he the uterus collector? Does he collect uteruses?

(f) Everyone that I talked to has had a hysterectomy.

(g) They would say is he the uterus collector?

From All In with Chris Hayes, which aired on or about September 16, 2020:

(a) They were subjected to unnecessary hysterectomies at the hands of a local OB/GYN.

(b) Uterus collector.

(c) Three women who say that they had procedures that they either did not consent to ahead of time or felt coerced into consenting to.

(d) She felt pressured into a full abdominal hysterectomy by this doctor.

(e) Dr. Amin just told me listen, you're gonna get hysterectomy done and schedule an appointment for that; I had no say in this.

From The Rachel Maddow Show, which aired on or about September 16, 2020:

(a) Immigrant women at that facility have told her that they routinely have been sent to a gynecologist who has performed unnecessary procedures on them, including hysterectomies.

(b) They have been sending immigrant women in their care, in their custody, to a doctor who has removed their reproductive organs for no medical reason and without them consenting to it.

(c) Five different women between October, November, and December 2019, over that three-month period, five different women who'd had a hysterectomy done.

(d) I thought this was like an experimental concentration camp. It was like they're experimenting with our bodies.

(e) Everybody this doctor sees has a hysterectomy, just about everybody.

(f) He's even taken out the wrong ovary on one detained immigrant woman. She was supposed to get her left ovary removed because it had a cyst on the left ovary. He took out the right one. She had to go back to take out the left and wound up with a total hysterectomy.

(g) He's taking everybody stuff out, that's his specialty.

(h) He's the uterus collector.

(i) Is he collecting these things or something?

(j) Everybody he sees he's taking all their uteruses out or he's taking their tubes out.

(k) He removed the uteruses of these refugee women for no medical reason, without their proper informed consent.

(l) Two women who were detained at the facility say they received hysterectomies that they believe may have been unnecessary.

(m) She went to this doctor's office for an exam. The exam left her with bruising

From All In with Chris Hayes, which aired on or about September 17, 2020:

(a) We've been bringing you the story of allegations of medical procedures performed on immigrant women without -- many without consent at an ICE detention facility in Georgia.

(b) Felt like I had no right to say anything about a hysterectomy she underwent that was performed by a doctor named Mahendra Amin. She also told us about how Dr. Amin performed an unexpected vaginal ultrasound that she was, she says, not prepared for.

(c) He didn't tell me nothing, he just -- instead he proceeded with vaginal ultrasound, I think. Am I saying it right? But I was not aware of that.

(d) No, not at all [I was not prepared for that]. No. So I felt violated. And just, you know, keep doing the procedures, the ultrasound.

In further response to this Interrogatory, Plaintiff states that he will produce the

tweets set forth in Paragraph 81 of the Complaint.  Those tweets are false and defamatory,

and Plaintiff seeks damages for same.



/s/ Stacey Godfrey Evans
Stacey Godfrey Evans
Georgia Bar No. 298555
sevans@staceyevanslaw.com
Tiffany N. Watkins
Georgia Bar No. 228805
twatkins@staceyevanslaw.com

STACEY EVANS LAW
4200 Northside Parkway NW
Bldg One; Suite 200
Atlanta, GA 30327
(770) 779-9602 (phone)
(404) 393-2828 (fax)

*Counsel for Plaintiff*

/s/ Scott R. Grubman
Scott R. Grubman
Georgia Bar No. 317011
sgrubman@cglawfirm.com

CHILIVIS GRUBMAN
DALBEY & WARNER LLP
1834 Independence Square
Atlanta, GA 30338
(404) 233-4171 (phone)
(404) 261-2842 (fax)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a true and correct copy of the foregoing **PLAINTIFF'S**

**OBJECTIONS AND RESPONSES TO DEFENDANT NBCUNIVERSAL MEDIA, LLC'S FIRST**

**INTERROGATORIES** via e-mail to counsel for Defendant as follows:

Elizabeth A. McNamara – lizmcnamara@dwt.com
Amanda B. Levine – amandalevine@dwt.com
Cynthia L. Counts – cynthia.counts@fisherbroyles.com
Robert Bates Lovett – bates.lovett@fisherbroyles.com

This <u>18th</u> day of April 2022.

/s/ Stacey Godfrey Evans
Stacey Godfrey Evans

11