Declaration of

Elizabeth McNamara

Exhibit 111

# FILED UNDER SEAL