Declaration of

Elizabeth McNamara

Exhibit 112

# FILED UNDER SEAL