Declaration of

Elizabeth McNamara

Exhibit 113

# FILED UNDER SEAL