Declaration of

Elizabeth McNamara

Exhibit 114

FILED UNDER SEAL