Declaration of

Elizabeth McNamara

Exhibit 115

# FILED UNDER SEAL