Declaration of

Elizabeth McNamara

Exhibit 116

# FILED UNDER SEAL