Declaration of

Elizabeth McNamara

Exhibit 117

FILED UNDER SEAL