Declaration of

Elizabeth McNamara

Exhibit 118

# FILED UNDER SEAL