Declaration of

Elizabeth McNamara

Exhibit 119

# FILED UNDER SEAL