Declaration of

Elizabeth McNamara

Exhibit 120

# FILED UNDER SEAL