Declaration of

Elizabeth McNamara

Exhibit 121

# FILED UNDER SEAL