Declaration of

Elizabeth McNamara

Exhibit 122

# FILED UNDER SEAL