Declaration of

Elizabeth McNamara

Exhibit 123

# FILED UNDER SEAL