Declaration of

Elizabeth McNamara

Exhibit 124

# FILED UNDER SEAL