Declaration of

Elizabeth McNamara

Exhibit 125

# FILED UNDER SEAL