Declaration of

Elizabeth McNamara

Exhibit 126

# FILED UNDER SEAL