Declaration of

Elizabeth McNamara

Exhibit 129

| First Name | Last Name | Dr. Amin Medical Records (From Initial Production) | D&C? | Laparoscopy? | Cystectomy? | Resection of Hydrosalpinx? | Page From Dr. Amin Records Evidencing Surgery | Date of Procedure |
|---|---|---|---|---|---|---|---|---|
| A | A | Amin_0004800 | Yes | No | No | No | Amin_0004809 | 7/19/2019 |
| A | A | Amin_0004800 | Yes | Yes | Yes | No | Amin_0004837 | 3/14/2019 |
| A | M | Amin_0006211 | Yes | Yes | No | No | AMIN_0006222; AMIN_0006216 | 1/11/2020 |
| A | A | Amin_0004650 | Yes | Yes | Yes | No | Amin_0004673 | 8/16/2019 |
| M | A | Amin_0004321 | Yes | Yes | Yes | No | Amin_0004348 | 12/6/2019 |
| L | A | Amin_0005842 | Yes | Yes | Yes | No | Amin_0005883 | 1/17/2020 |
| P | B | Amin_0005676; Amin_0015754 | Yes | Yes | No | No | Amin_0005791 | 8/23/2019 |
| A | B | Amin_0004007; Amin_0004196; Amin_0005470; Amin_0015599; Amin_0015618; Amin_0015622 | Yes | Yes | No | No | Amin_0004010; Amin_0015602 | 3/13/2020 |
| S | C | Amin_0004413; Amin_0004753; Amin_0005817 | Yes | Yes | Yes | No | Amin_0004416 | 5/15/2020 |
| M | C | Amin_0004075 | Yes | Yes | Yes | No | Amin_0004085 | 8/14/2020 |
| M | C | Amin_0004352 | Yes | Yes | Yes | No | Amin_0004356 | 9/4/2020 |
| D | C | Amin_0005515 | Yes | Yes | Yes | No | Amin_0005521 | 10/16/2018 |
| C | C | Amin_0004780; Amin_0004465; Amin_0004915 | Yes | Yes | No | No | Amin_0004919 | 9/13/2019 |
| K | C | Amin_0004472; Amin_0005810 | Yes | Yes | Yes | No | Amin_0004503 | 4/5/2017 |
| D | C | Amin_0005283 | Yes | Yes | Yes | No | Amin_0005285 | 2/14/2020 |
| L | D | Amin_0009947 | Yes | Yes | Yes | Yes | Amin_0009965 | 5/28/2019 |
| K | D | Amin_0002563 | Yes | Yes | Yes | No | Amin_0002572 | 2/22/2020 |
| W | D | Amin_0001846 | Yes | Yes | No (Aspiration of cysts) | Yes | Amin_0001864 | 1/29/2019 |
| D | D | Amin_0003978 | Yes | Yes | No | Yes | Amin_0003980 | 5/15/2020 |
| R | F | Amin_0002202 | Yes | Yes | Yes | No | Amin_0002215 | 2/7/2020 |
| M | F | Amin_0002093 | Yes | Yes | Yes | No | Amin_0002096 | 12/4/2019 |
| Y | F | Amin_0007494 | Yes | Yes | Yes | Yes | Amin_0007499 | 5/23/2019 |

CONFIDENTIAL

Surgical Procedures

| First Name | Last Name | Dr. Amin Medical Records (From Initial Production) | D&C? | Laparoscopy? | Cystectomy? | Resection of Hydrosalpinx? | Page From Dr. Amin Records Evidencing Surgery | Date of Procedure |
|---|---|---|---|---|---|---|---|---|
| I | G | Amin_0002290 | Yes | Yes | Yes | No | Amin_0002294 | 8/2/2019 |
| A | G | Amin_0002667 | Yes | Yes | Yes | No | Amin_0002667 | 2/15/2020 |
| C | G | Amin_0002776 | Yes | Yes | Yes | No | Amin_0002778 | 10/11/2019 |
| L | G | Amin_0002984 | Yes | Yes | Yes | No | Amin_0002990 | 2/22/2020 |
| N | G | Amin_0002003 | Yes | Yes | Yes | No | Amin_0002014 | 7/12/2019 |
| S | G | Amin_0001704 | Yes | Yes | No | No | Amin_0001730 | 4/4/2019 |
| O | I | Amin_0001351 | Yes | Yes | Yes | No | Amin_0001362 | 5/23/2019 |
| K | L | Amin_0008724 | Yes | Yes | Yes | No | Amin_0008729 | 11/13/2018 |
| R | L | Amin_0007639 | Yes | Yes | Yes | No | Amin_0007645 | 11/22/2019 |
| R | M | Amin_0007290 | Yes | Yes | No (Aspiration of cysts) | No | Amin_0007294 | 4/25/2019 |
| S | M | Amin_0008220 | Unknown | Unknown | Yes | Unknown | Not in File | 9/27/2019 |
| C | M | Amin_0007968 | Yes | Yes | Yes | No | Amin_0007983 | 10/18/2018 |
| M | N | Amin_0007879 | Yes | Yes | Yes | No | Amin_0007884 | 8/16/2019 |
| S | N | Amin_0007011 | Yes | Yes | No | No | Amin_0007018 | 3/4/2017 |
| C | P | Amin_0007820 | Yes | Yes | Yes | Yes | Amin_0007828 [Next page missing from records; see ICH records] | 6/26/2020 |
| E | P | Amin_0008667 | Yes | Yes | Yes | No | Amin_0008670 | 3/21/2019 |
| B | P | Amin_0007070; Amin_0007345 | Yes | Yes | Yes | No | Amin_0007104 | 7/12/2019 |
| E | R | Amin_0009757 | Yes | Yes | No | No | Amin_0009768 | 6/21/2019 |
| Y | R | Amin_0009670 | Yes | Yes | Yes | No | Amin_0009674 | 3/13/2020 |
| A | R | Amin_0010173 | Yes | Yes | No | No | Amin_0010176 | 1/3/2020 |
| Y | R | Amin_0008061 | Yes | Yes | Yes | No | Amin_0008063 | 8/28/2020 |
| Y | R | Amin_0010749 | Yes | Yes | Yes | Yes | Amin_0010768 | 12/13/2019 |
| E | S | Amin_0009295 | Yes | Yes | Yes | No | Amin_0009297 | 1/3/2020 |
| M | T | Amin_0010551 | Yes | Yes | Yes | No | Amin_0010554 | 11/13/2018 |
| V | V | Amin_0009250 | Yes | Yes | Yes | No | Amin_0009253 | 9/6/2019 |
| V | V | Amin_0009535 | Yes | Yes | Yes | No | Amin_0009541 | 5/15/2020 |
| A | V | Amin_0010749 (first page); Amin_0011016 | Yes | Yes | No | No | Amin_0011045 | 12/13/2019 |
| F | W | Amin_0008843 | Yes | Yes | Yes | Yes | Amin_0008889 | 3/21/2019 |
| D | W | Amin_0009189 | Yes | Yes | No | Yes | Amin_0009244 | 1/3/2020 |

CONFIDENTIAL

Surgical Procedures

| First Name | Last Name | Dr. Amin Medical Records (From Initial Production) | D&C? | Laparoscopy? | Cystectomy? | Resection of Hydrosalpinx? | Page From Dr. Amin Records Evidencing Surgery | Date of Procedure |
|---|---|---|---|---|---|---|---|---|
| J | W | Amin_0010683 | Yes | Yes | Yes | No | Amin_0010741 | 12/6/2019 |
| L | X | Amin_0010934 | Yes | Yes | No | No | Amin_0010968 | 6/6/2020 |
| C | Y | Amin_0010229 | Yes | No | No | No | Amin_0010257 | 3/14/2019 |

CONFIDENTIAL

Hysterectomies

| First Name | Last Name | Dr. Amin Medical Records (From Initial Production) |
|---|---|---|
| B | P | Amin_0007070; Amin_0007345 |
| C | M | Amin_0007968 |
| K | C | Amin_0004472; Amin_0005810 |
| R | F | Amin_0002202 |
| W | D | Amin_0001846 |

CONFIDENTIAL

NBCU003857

Other Patients

| First Name | Last Name | Dr. Amin Medical Records (From Initial Production) |
|---|---|---|
| A | A | Amin_0005821 |
| A | R | Amin_0010840 |
| E | P | Amin_0006031 |
| G | L | Amin_0008493 |
| J | H | Amin_0003087 |
| L | T | Amin_0010363 |
| J | F | Amin_0001489 |
| K | G | Amin_0008625 |
| K | C | Amin_0005031 |
| K | R | Amin_0022259 |
| L | W | Amin_0010623 |
| M | B | Amin_0006713 |
| M | J | Amin_0006901 |
| S | M | Amin_0011048 |
| S | S | Amin_0010408 |
| T | S | Amin_0011139 |
| Y | Y | Amin_0009448 |

CONFIDENTIAL

NBCU003858