Declaration of

Elizabeth McNamara

Exhibit 130

# FILED UNDER SEAL