Declaration of

Elizabeth McNamara

Exhibit 131

---

**THE FIRM OF**

# Stacey Evans Law

Phone: 770-779-9602 | Fax: 404-393-2828
4200 NORTHSIDE PKWY, NW
BLDG ONE; SUITE 200
ATLANTA, GA 30327

*Stacey Godfrey Evans*
*sevans@staceyevanslaw.com*

September 5, 2023

**VIA ELECTRONIC MAIL ONLY**
lizmcnamara@dwt.com

Elizabeth A. McNamara, Esq.
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104

**RE:** ***Dr. Mahendra Amin, M.D. v. NBCUniversal Media, LLC***
United States District Court for the Southern District of Georgia Waycross Division |
Case No. 5:21-cv-00056-LGW-BWC
*Plaintiff's Service of Expert Witness Reports*

Dear Liz:

Thank you for agreeing to the short extension on serving our expert reports. We are hereby disclosing the following experts who have prepared the enclosed reports in the referenced matter on behalf of Plaintiff Dr. Mahendra Amin, M.D.:

1. Dr. Lauren F. Hamilton, M.D., FACOG
2. Dr. Elbridge F. Bills, M.D., FACOG

In preparation of their expert reports, Plaintiff's experts reviewed the following medical records, which are identified by patients' first and last initials and Bates numbers.

Dr. Hamilton:
- K.C. – AMIN_0004472; AMIN_0005810; ICH000555-684
- B.P. – AMIN_0007070; AMIN_0007345

Dr. Bills:
- D.A. – AMIN_0003978; ICH001598-1663
- A.A. – AMIN_0004800; ICH003914-3974
- M.V. – AMIN_0004321; ICH002306-2386
- L.A. – AMIN_0005842; ICH002994-3054


EXHIBIT
Bills #2
10-13-23 SP

Elizabeth A. McNamara, Esq.
September 5, 2023
Page 2

- P.B. – AMIN_0005676; AMIN_0015754
- A.B. – AMIN_0004007; AMIN_0004196; AMIN_00005470; AMIN_0015599; AMIN_0015618; AMIN_0015622; ICH003491-3544
- S.C. – AMIN_0004413; AMIN_0004753; AMIN_0005817; ICH001531-1597
- M.C. – AMIN_0004075; ICH0001893-1948
- M.C. – AMIN_0004352; ICH002022-2090
- C.C. – AMIN_0004465; AMIN_0004780; AMIN_0004915
- D.C. – AMIN_0005283; ICH003156-3222
- L.S. – AMIN_0009947
- K.M. – AMIN_0002563; ICH003353-3410
- W.D. – AMIN_0001846; ICH003762-3848
- R.S. – AMIN_0002202; ICH003055-3101
- M.A. – AMIN_0002093; ICH002387-2464
- Y.F. – AMIN_0007494
- A.F. – AMIN_0002667; ICH003223-3290
- L.G. – AMIN_0002984; ICH003291-3352
- N.G. – AMIN_0002003
- S.G. – AMIN_0001704
- O.I. – AMIN_0001351
- M.J. – AMIN_0006901; ICH000877-970
- M.K. – AMIN_0007968; ICH001077-1089; ICH001230-1296
- K.L. – AMIN_0008724; ICH001355-1395; ICH003744-3761
- R.L. – AMIN_0007639; ICH002206-2287
- K.G. – AMIN_0008625; ICH003102-3155
- R.M. – AMIN_0007290
- S.M – AMIN_0008220
- A.M. – AMIN_0004650
- A.M. – AMIN_0006211; ICH002893-2993
- D.M. – AMIN_0005515; ICH001090-1166
- C.M. – AMIN_0002776; ICH002091-2180
- V.N. – AMIN_0007879
- C.P. – AMIN_0007820; ICH001798-1860
- E.P. – AMIN_0008667; ICH003975-4045
- E.R. – AMIN_0009757
- Y.R. – AMIN_0009670; ICH003425-3490
- A.P. – AMIN_0010173; ICH002769-2823
- Y.R. – AMIN_0008061; ICH001949-2021
- Y.I. – AMIN_0010750; ICH002622-2705
- S.S. – AMIN_0011048; ICH000685-703; ICH000785-829
- E.J. – AMIN_0009295; ICH002706-2768
- M.T. – AMIN_0010551; ICH001297-1354
- V.S. – AMIN_0009250

Elizabeth A. McNamara, Esq.
September 5, 2023
Page 3

- I.V. – AMIN_0002290
- A.C. – AMIN_0010749; AMIN_0011016 ; ICH002527-2621
- F.W. – AMIN_0008843; ICH003903-3913; ICH004046-4113
- D.W. – AMIN_0009189; ICH002824-2892
- L.X – AMIN_0010934; ICH001744-1797
- J.W. – AMIN_0010683; ICH002195-2205; ICH002465-2526
- C.Y. – AMIN_0010229; ICH003849-3902
- K.C. – AMIN_0004472; AMIN_0005810; ICH000555-684
- B.P. – AMIN_0007070; AMIN_0007345
- M.B. – AMIN_0006713
- A.C. – AMIN_0005821
- A.F. – AMIN_0010840
- J.H. – AMIN_0003087
- J.M. – AMIN_0009535; AMIN_0010386; ICH001664-1722
- J.N. – AMIN_0001489; ICH001861-1892
- Y.O. – AMIN_0009448
- K.P. – AMIN_0005031
- K.R. – AMIN_0022259
- G.R. – AMIN_0008493
- S.S. – AMIN_0010408
- E.S. – AMIN_0006031
- L.S. – AMIN_0010363
- T.S. – AMIN_0011139
- L.W. – AMIN_0010623

In accordance with Federal Rule of Civil Procedure 26(a)(2)(B)(vi), we outline the compensation of Plaintiff's expert witnesses below:

As to Dr. Hamilton, she receives compensation of $450 per hour for non-testifying work. Should Dr. Hamilton be required to provide testimony in this matter, she will receive compensation in the amount of $4,000 per day.

As to Dr. Bills, he receives compensation of $500 per hour for non-testifying work. Should Dr. Bills be required to provide testimony in this matter, he will receive compensation in the amount of $5,000 per day.

Yours truly,

Stacey Godfrey Evans

Elizabeth A. McNamara, Esq.
September 5, 2023
Page 4

cc:    Eric Bierbauer, Esq. (by e-mail only, erik.bierbauer@nbcuni.com)
       Taylor M. Carter, Esq. (by e-mail only, taylor.carter@nbcuni.com)
       Amanda B. Levine, Esq. (by e-mail only, amandalevine@dwt.com)
       Leena Charlton, Esq. (by e-mail only, leenacharlton@dwt.com)
       Cynthia L. Counts, Esq. (by e-mail only, cynthia.counts@fisherbroyles.com)
       J. Amble Johnson, Esq. (by e-mail only, ajohnson@staceyevanslaw.com)
       Tiffany N. Watkins, Esq. (by e-mail only, twatkins@staceyevanslaw.com)
       Scott R. Grubman, Esq. (by e-mail only, sgrubman@cglawfirm.com)

Enclosure

## AFFIDAVIT OF LAUREN F. HAMILTON, M.D., FACOG

Re:   Mahendra Amin, M.D.
      Patient: Kerline Claude
      Medical Treatment Review

**In the State of South Carolina**
County of Charleston

Personally appeared before the undersigned being authorized by law to administer oaths, **LAUREN F HAMILTON, M.D.**, who after being duly sworn, deposes and says:

1. My name is **Lauren Hamilton**, I am over 21 years of age and licensed to practice medicine in South Carolina. I do not labor under any mental illness or disability. I am a Board certified OBGYN, and am competent to offer expert opinions regarding the medical care provided by OBGYNs.

2. I am not an employee of the entity that retained me, and I have not worked with Dr. Amin in the past, nor have I ever met Dr. Amin. I performed an independent review, free of conflicts of interest and undue influence.

3. I performed an independent review of **Kerline Claude's** medical records and was asked to provide my opinions regarding medical necessity and compliance with the standard of care -- which I know to be the degree of skill and care ordinarily employed, under the same or similar conditions and like surrounding circumstances, by members of the health care profession generally.

4. I reviewed Ms. Claude's medical records from Dr. Amin's office and Irwin County Hospital, and I can assess the medical necessity of Dr. Amin's actions and whether such actions met the standard of care based upon these records.

5. According to my review of these medical records, the pertinent clinical course for Ms. Claude was as follows:

Page 1 of 3

CONFIDENTIAL         Dr. M. Amin000050

CONFIDENTIAL                                           AMIN_0000913

## AFFIDAVIT OF LAUREN F. HAMILTON, M.D., FACOG

a. Ms. Claude was born on January 11, 1970, and was housed in the Irwin County Detention Center. She had been seen in the Irwin County Detention Center for irregular periods and pelvic pain. She was referred to Dr. Amin in February 2017 for further management. Dr. Amin performed an examination, including an ultrasound, labs, and a physical examination. This examination was appropriate and within the standard of care.

b. Based on his examination findings, Dr. Amin diagnosed Ms. Claude with anemia, which is consistent with her complaints of heavy menstrual cycles/periods. Dr. Amin attempted conservative treatments by attempting to manage the patient with medication. However, Ms. Claude's problems continued.

c. The medical records contain an executed informed consent form for a dilation and curettage ("D&C") with operative laparascopy, which Dr. Amin performed on Ms. Claude in March 2017. Dr. Amin discovered pelvic adhesions and an enlarged uterus. Dr. Amin continued to try to manage the patient with outpatient medication, but she continued to complain of the same symptoms, and she was offered further surgical treatment.

d. Dr. Amin offered Ms. Claude the conservative and a less invasive procedure (ablation), which was appropriate. Ms. Claud declined the ablation and requested a hysterectomy and removal of all female organs. She executed an informed consent form for a total abdominal hysterectomy with bilateral salpingo-oophorectomy (to remove all female organs). On June 14, 2017, Dr. Amin performed a total abdominal hysterectomy and bilateral salpingo-oophorectomy (removal of uterus, Fallopian tubes, and ovaries) on Ms. Claude. No

CONFIDENTIAL            Dr. M. Amin000051

CONFIDENTIAL                                    AMIN_0000914

## AFFIDAVIT OF LAUREN F. HAMILTON, M.D., FACOG

complications were noted.

    e. Pathology revealed adhesions, leiomyoma, diffuse adenomyosis, and adenomyomas. The above findings are known to cause heavy, painful menstrual cycles, anemia, and pelvic pain.

6. Based on the facts obtained from Ms. Claude's medical records, my education, knowledge, training, and experience, it is my opinion that Dr. Amin's examinations and course of treatment offered and provided to Ms. Claude were medically necessary. Dr. Amin also managed Ms. Claude appropriately and performed medical treatment within the applicable standard of care.

Lauren F. Hamilton, MD, FACOG
Affiant

Sworn to and subscribed before me,
this 9th day of November, 2020,

Signature of Notary Public
Commission Expiration: March 14th, 2022

Page 3 of 3

## AFFIDAVIT OF LAUREN F. HAMILTON, M.D., FACOG

Re: Mahendra Amin, M.D.
    Patient: Barbara Pozo-Rua
    Medical Treatment Review

**In the State of South Carolina**
County of _Charleston_

Personally appeared before the undersigned being authorized by law to administer oaths, **LAUREN F HAMILTON, M.D.**, who after being duly sworn, deposes and says:

1. My name is **Lauren Hamilton**, I am over 21 years of age and licensed to practice medicine in South Carolina. I do not labor under any mental illness or disability. I am a Board certified OBGYN, and am competent to offer expert opinions regarding the medical care provided by OBGYNs.

2. I am not an employee of the entity that retained me, and I have not worked with Dr. Amin in the past, nor have I ever met Dr. Amin. I performed an independent review, free of conflicts of interest and undue influence.

3. I performed an independent review of **Barbara Pozo-Rua's** medical records and was asked to provide my opinions regarding medical necessity and compliance with the standard of care – which I know to be the degree of skill and care ordinarily employed, under the same or similar conditions and like surrounding circumstances, by members of the health care profession generally.

4. I reviewed Ms. Pozo-Rua's medical records from Dr. Amin's office and Irwin County Hospital, and I can assess the medical necessity of Dr. Amin's actions and whether such actions met the standard of care based upon these records.

5. According to my review of these medical records, the pertinent clinical course for Ms. Pozo-Rua was as follows:

Page 1 of 3

CONFIDENTIAL          Dr. M. Amin000053

CONFIDENTIAL                                              AMIN_0000916

## AFFIDAVIT OF LAUREN F. HAMILTON, M.D., FACOG

  a. Ms. Pozo-Rua was born on February 10, 1983. Dr. Amin examined her in June 2019 following Ms. Pozo-Rua's complaints of heavy and painful menstrual cycles/periods. Ms. Pozo-Rua had an abnormal Pap Smear revealing a high-grade intraepithelial lesion. Her labs revealed anemia, which is consistent with her heavy menstrual cycles/periods. Based on her complaints, the examination and labs were medically appropriate.

  b. The medical records contain an executed informed consent form for a diagnostic dilation and curettage ("D&C"), operative laparoscopy, loop electrical excision procedure (LEEP), and right ovarian cystectomy, which Dr. Amin performed on Ms. Pozo-Rua in July 2019. Pathology from the surgery revealed an even more worrisome diagnosis of carcinoma-in-situ of her cervix.

  c. The medical records contain an executed informed consent form for a hysterectomy, which Dr. Amin performed on August 9, 2019. Pathology revealed microinvasive squamous cell carcinoma and Dr. Amin appropriately referred Ms. Pozo-Rua to an oncologist.

6. Based on the facts obtained from Ms. Pozo-Rua's medical records, my education, knowledge, training, and experience, it is my opinion that Dr. Amin's examinations and course of treatment offered and provided to Ms. Pozo-Rua were medically necessary. Dr. Amin also managed Ms. Pozo-Rua appropriately and performed medical treatment within the applicable standard of care. His referral to an oncologist was also appropriate. Importantly, the total abdominal hysterectomy was not only appropriate, but it was life-saving for Ms. Pozo-Rua

Page 2 of 3

CONFIDENTIAL

Dr. M. Amin000054

CONFIDENTIAL

AMIN_0000917

## AFFIDAVIT OF LAUREN F. HAMILTON, M.D., FACOG

*Lauren F. Hamilton*
Lauren F. Hamilton, MD, FACOG
Affiant

Sworn to and subscribed before me,

this 9th day of November, 2020,

*[signature]*
Signature of Notary Public
Commission Expiration: March 14, 2022

Page 3 of 3

CONFIDENTIAL       Dr. M. Amin000055

CONFIDENTIAL                                    AMIN_0000918

**Lauren Frasciello Hamilton, M.D.**
CHARLESTON OBGYN, LLC
1027 Physicians Drive, Suite 110 Charleston SC, 29414
(843) 740-6700
Home address: 154 Cooper
River Drive,
Mt. Pleasant, SC 29464
843-224-8795

**Employment**

| | |
|---|---|
| 2021-present | Member Physician, Unified Women's Healthcare |
| 2018-present | Physician Director of Women's Services, Roper St Francis Healthcare System |
| 1997-present | Charleston OBGYN, LLC, Charleston, SC, Private Practice. |
| 1993-1997 | Medical University of South Carolina, Charleston, SC, Administrative Chief Resident |
| 1993-1996 | Medical University of South Carolina, Charleston, SC, House Staff |
| 1988-1989 | University of Maryland, Baltimore, MD, Department of Hematology, Medical Technician Assistant |
| 1993-1997 | Medical University of South Carolina, Obstetrics and Gynecology, Charleston, SC, Post Graduate Training, Residency |
| 1987-1989 | Tulane University School of Medicine, New Orleans, LA, Graduate Study, MD |
| 1983-1987 | Goucher College, Towson, MD, BA (Biology) |

**Professional Organizations**

| | |
|---|---|
| 1997-present | American Congress of Obstetrics and Gynecology, Fellow |
| 1997-present | Charleston County Medical Society |

**Administrative Appointments**

| | |
|---|---|
| 2021-2023 | Member Executive Council of Roper St. Francis |

| | |
|---|---|
| | Healthcare System |
| 2016-2018 | President, Medical Staff, St. Francis Healthcare System |
| 2015-2016 | Vice President, Medical Staff, St. Francis Healthcare System |
| 2014-present | Board of Directors, Roper St. Francis Health Alliance |
| 2013-present | Division Director, Laborist Program St. Francis Healthcare system |
| 2014 | Secretary Elect, Medical Staff, St, Francis Healthcare System |
| 2010-2014 | Vice Chairman Department of Obstetrics and Gynecology Roper/St. Francis Healthcare System |

## Hospital Privileges

St. Francis Hospital, Active Staff

Roper Hospital, Courtesy Staff

## Honors and Awards

| | |
|---|---|
| 2013-present | Physician Leadership Program Roper/St, Francis Healthcare System |
| 1997 | Outstanding Resident Teaching Award, Medical University of South Carolina |
| 1996-1997 | Administrative Chief Resident, Medical University of South Carolina |
| 1997 | Outstanding Laparoscopist Award, Medical University of South Carolina |
| 1987 | Who's Who Among Students in American Colleges and Universities |
| 1983 | John DiPolvere Scholarship |

## Research

| | |
|---|---|
| 1995-1997 | Medical University of South Carolina, Rape Related Pregnancies: A Cross Sectional Analysis of the Obstetric Population At MUSC; Melisa Holmes, MD, Lauren Hamilton, MD |
| 1994-1995 | The Inter-Examiner: Correlation of a New Standardized Method for Grading Pelvic Organ Prolapse; Lauren Hamilton, MD, Steven Swift, MD, MUSC Department of Obstetrics and Gynecology |
| 1992-1993 | Anorexia Nervosa in Males: A Case Report and Review of the Literature; Lauren Frasciello, Susan Willard, Department of Psychiatry |

## Publications

Hall, Andre F., Theofrastous, James P., Cundiff, Geoffrey C., Harris, Robert L., Hamilton, Lauren F., Swift, Steven E., Bump, Richard C., "Inter and Intra Observer Reliability of the Proposed International Continence Society, Society of Gynecologic Surgeons and American Urogynecology Society Pelvic Organ Prolapse Classification System", American Journal of Obstetrics and Gynecology, December 1996.

Frasciello, Lauren M., Williard, Susan G., "Anorexia Nervosa in Males: A Case Report and Review of the Literature", Clinical Social Work Journal, Vol 23 No. 1, Spring, 1995

## Activities

| | |
|---|---|
| Residency | Administrative Chief Resident, 1996; Resident Coordinator, Resident Selection Committee 1996, The American Congress of Obstetrics and Gynecology, Junior Fellow, 1993-1999 |
| Medical School | Member, Owl Club Student Faculty Liaison Body, 1991-1993; Applicant Interviewer, Committee of Admissions, 1991-1993; Vice President, Class of 1993, 1990-1991; Honor Board, 1998- 1990; Orientation Committee 1991-1992; Recruitment Chairperson of AMSA's Southeastern Conference, 1991; Chairperson, Cadaver Ball |

|   |   |
|---|---|
|   | Committee 1990, Member, Women in Medicine, 1989-1993; Member, American Medical Student's Association, 1989-1992, Member, Student Executive Committee, 1990-1991 |
| Undergraduate | Executive Board of Student Government, 1986-1987; Chairperson of Dormitory Council, 1986-1987; Dormitory President, 1986-1987; Resident Assistant, 1985-1986; Vice President, Student Health Advisory Board 1985-1986; Member, Student Health Advisory Board, 1983-1987, Biology Club, 1983-1986 |
| Community Service | Moncks Corner, Summerville Health Department, OB Clinics, Moncks Corner, Summerville SC, 1996; Teen Clinic, Medical University of South Carolina, Charleston, SC 1996; Indian Health Services, Cuba, NM, October 1992; Intern, University of Maryland, Pediatric Endocrinology Clinic, Baltimore, MD, 1989, Intern, Blind Industries and Services of Maryland, Baltimore, MD, 1987; Volunteer, Princeton Hospital, Princeton, NJ, 1985 |