Declaration of

Elizabeth McNamara

Exhibit 132

# FILED UNDER SEAL