Declaration of

Elizabeth McNamara

Exhibit 133

# FILED UNDER SEAL