Declaration of

Elizabeth McNamara

Exhibit 137

Message

| | |
|---|---|
| **From**: | Scott R. Grubman [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B835C2A121A1400C9D3157A51A40C8A2-SCOTT R. GR] |
| **Sent**: | 9/15/2020 10:07:57 PM |
| **To**: | Merchant, Nomaan [NMerchant@ap.org] |
| **Subject**: | Re: Associated Press inquiry re: Dr. Mahendra Amin |
| | |
| **Flag**: | Flag for follow up |

We will have no further comment at this time. Thanks.

**Scott R. Grubman | Partner**
**CHILIVIS, GRUBMAN, DALBEY & WARNER**
**404-262-6505 | sgrubman@cglawfirm.com**

Sent from my iPhone

> On Sep 15, 2020, at 6:07 PM, Merchant, Nomaan <NMerchant@ap.org> wrote:
>
> Hi Mr. Grubman, thanks for getting back to me. Dr. Amin told the Intercept that he had performed just one or two hysterectomies in recent years. Can you confirm that figure or provide a specific number and time frame? Thanks again.
>
> Nomaan
>
> Get Outlook for iOS
>
> **From:** Scott R. Grubman <SGrubman@cglawfirm.com>
> **Sent:** Tuesday, September 15, 2020 5:05:21 PM
> **To:** Merchant, Nomaan <NMerchant@ap.org>
> **Subject:** Re: Associated Press inquiry re: Dr. Mahendra Amin
>
> [EXTERNAL]
>
> I do represent Dr. Amin.  Here is my statement:
>
> We are aware of the whistleblower's allegations, and vigorously deny them.  Dr. Amin is a highly respected physician who has dedicated his adult life to treating a high-risk, underserved population in rural Georgia.  We look forward to all of the facts coming out, and are confident that once they do, Dr. Amin will be cleared of any wrongdoing.
>
> Best,
>
> **Scott R. Grubman | Partner**
> **CHILIVIS, GRUBMAN, DALBEY & WARNER, LLP**
> 3127 Maple Drive, NE | Atlanta, Georgia  30305
> **Main:** 404.233.4171 | **Direct:** 404.262.6505 | **E:** sgrubman@cglawfirm.com

**From:** Merchant, Nomaan <NMerchant@ap.org>
**Sent:** Tuesday, September 15, 2020 3:36 PM
**To:** Scott R. Grubman <SGrubman@cglawfirm.com>
**Subject:** Associated Press inquiry re: Dr. Mahendra Amin

Hi Mr. Grubman,

Good afternoon. I'm an Associated Press reporter based in Houston. I'm working on a story about a whistleblower complaint alleging that immigration women detained at the Irwin County Detention Center were coerced into having hysterectomies by the same doctor. My understanding from speaking to lawyers for some of these women is that they were treated by Dr. Mahendra Amin, who you represented in 2015 when he reached a Medicare and Medicaid fraud settlement with the federal government. I was wondering if you would be able to speak for Dr. Amin on allegations that he may have improperly performed hysterectomies on women at Irwin. If he is now represented by another lawyer and you could let me know who, I would really appreciate that as well.

Thank you for your help.

Nomaan Merchant
AP

<image001.jpg>                                    <image002.jpg>

**NOMAAN MERCHANT**
Reporter

4747 Southwest Fwy
1st Floor
Houston, TX 77027

nmerchant@ap.org
Twitter: @nomaanmerchant

+1-281-872-8900 office
+1-312-414-5426 cell/WhatsApp/Signal
+1-972-991-7207 fax

The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.
The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.

Message
_____

**From**:      Merchant, Nomaan [NMerchant@ap.org]
**Sent**:      9/23/2020 8:45:14 PM
**To**:        Scott R. Grubman [/o=ExchangeLabs/ou=Exchange Administrative Group
               (FYDIBOHF23SPDLT)/cn=Recipients/cn=b835c2a121a1400c9d3157a51a40c8a2-Scott R. Gr]
**Subject**:   RE: Associated Press request for comment on new allegations

**Flag**:      Flag for follow up

Hi Mr. Grubman, good afternoon. I noticed that your statement to Prism mentions the article we
published Friday. I just wanted to re-up my questions for that article, which are a few emails
below in this thread. Additionally, would you be able to confirm whether Dr. Amin has spoken to
the DHS inspector general's office or any federal or state investigators about these allegations?

Thanks,
Nomaan

_____

**From:** Merchant, Nomaan
**Sent:** Tuesday, September 22, 2020 3:05 PM
**To:** Scott R. Grubman <SGrubman@cglawfirm.com>
**Subject:** RE: Associated Press request for comment on new allegations

Hi Mr. Grubman,

Can you confirm that Dr. Amin is no longer treating detained women at the Irwin County
Detention Center?

Thanks,
Nomaan Merchant
AP

_____

**From:** Scott R. Grubman <SGrubman@cglawfirm.com>
**Sent:** Thursday, September 17, 2020 2:07 PM
**To:** Merchant, Nomaan <NMerchant@ap.org>
**Subject:** Re: Associated Press request for comment on new allegations


[EXTERNAL]

Here is our statement, thanks:


> We are aware of the whistleblower's allegations as they relate to Dr. Amin, and
> vehemently deny them. Dr. Amin is a highly respected physician who has dedicated his
> adult life to treating a high-risk, underserved population in rural Georgia.


> Importantly, according to the Washington Post, one of the whistleblower's attorneys
> expressly acknowledged that she did not speak to any of the women directly and that she

CONFIDENTIAL

"included the allegations in the report with the intention of triggering an investigation into whether or not the claims were true."

We look forward to all of the facts coming out and are confident that, once they do, Dr. Amin will be cleared of any wrongdoing.

**Scott R. Grubman | Partner**
**CHILIVIS, GRUBMAN, DALBEY & WARNER**
404-262-6505 | sgrubman@cglawfirm.com

Sent from my iPhone

On Sep 17, 2020, at 2:57 PM, Merchant, Nomaan <NMerchant@ap.org> wrote:

Dear Mr. Grubman,

Good afternoon. I wanted to ask for comment from you or Dr. Amin for a story we are planning to publish shortly regarding treatment of women at Irwin County Detention Center. Would you be able to get back to me this afternoon or evening on the questions listed below?

Thanks,
Nomaan Merchant
AP

- A woman detained at Irwin, Mileidy Cardentey Fernandez, alleges that Dr. Amin operated on her August 14 after telling her she had ovarian cysts. She alleges that she was not told the specific procedure and still doesn't know what was done, only that she would go to sleep and they would be finished when she woke up. Can Dr. Amin comment and in particular identify what procedure Ms. Cardentey received?
- A review of medical records by a team of immigration lawyers points to a growing pattern of women who say they received unwanted surgeries – including but not limited to hysterectomies – or procedures that they didn't fully understand, raising questions of whether they consented to medical treatment. Can Dr. Amin address the broad question of how he obtains consent from patients, particularly people who speak Spanish or another language?
- One woman whom I'm not authorized to name was given a partial hysterectomy after a biopsy from a D&C procedure showed signs of carcinoma. Through a lawyer, she alleges that she felt pressured to agree to the hysterectomy. Can Dr. Amin comment on his procedure for ensuring women consent to hysterectomies?
- Pauline Binam, a 30 year old woman from Cameroon, was given a salpingectomy after initially coming to Dr. Amin for a D&C. Doctors I've spoken to say it's highly unusual and inappropriate to perform a salpingectomy without first talking to the patient. Does Dr. Amin contest that

version of events, and can he speak to why he performed the salpingectomy on Ms. Binam?

- The doctors I interviewed also question how Dr. Amin discovered the hydrosalpinx during a D&C since a D&C would not require the operating doctor to examine a woman's Fallopian tubes. Can Dr. Amin comment on that?
- When did Dr. Amin first start seeing detained immigrants?
- Finally, can Dr. Amin or you comment on any sanctions Dr. Amin faced as a result of the settlement in the Medicare/Medicaid fraud investigation? It appears there was only a $520,000 fine paid entirely by the hospital.

**NOMAAN MERCHANT**
Reporter

4747 Southwest Fwy
1st Floor
Houston, TX 77027

nmerchant@ap.org
Twitter: @nomaanmerchant

+1-281-872-8900 office
+1-312-414-5426 cell/WhatsApp/Signal
+1-972-991-7207 fax

The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.

The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.

CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Merchant, Nomaan [NMerchant@ap.org] |
| **Sent**: | 11/24/2020 2:03:29 PM |
| **To**: | Scott R. Grubman [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b835c2a121a1400c9d3157a51a40c8a2-Scott R. Gr] |
| **Subject**: | RE: New story on Irwin County |
| | |
| **Flag**: | Flag for follow up |

Hi Mr. Grubman, good morning. Do you have any comment on the agreement between DOJ and lawyers for former Amin patients to stay their deportations through mid-January, as filed in federal court this morning?

Thanks,
Nomaan Merchant
AP

---

**From:** Scott R. Grubman <SGrubman@cglawfirm.com>
**Sent:** Monday, November 9, 2020 3:52 PM
**To:** Merchant, Nomaan <NMerchant@ap.org>
**Subject:** Re: New story on Irwin County


[EXTERNAL]

I am not going to comment on what Dr. Amin has or hasn't done in terms of the ongoing investigation, as that would be inappropriate.  As far as the HIPAA releases, I will see if my client has a form they prefer.  I will say that, even if we did get HIPAA releases in time, there is no way possible that Dr. Amin and his team would be able to sit down and analyze these records by your deadline tomorrow.

Best,

**Scott R. Grubman**

CHILIVIS GRUBMAN DALBEY & WARNER
404.262.6505 | sgrubman@gmail.com | BIO

---

**From:** "Merchant, Nomaan" <NMerchant@ap.org>
**Date:** Monday, November 9, 2020 at 4:47 PM
**To:** "Scott R. Grubman" <SGrubman@cglawfirm.com>
**Subject:** RE: New story on Irwin County

Hi Mr. Grubman,

I had last asked you if Dr. Amin would agree to speak about individual cases if he received HIPAA waivers and you did not respond. (Just in case, the email is attached here.) I know that individual hospitals and doctors have their own HIPAA release forms. If you can send me a copy of the form you require, I can send it to the attorneys to see if they can get signatures.

Would you be able to address the other questions in the meantime?

Thanks,
Nomaan

CONFIDENTIAL

**From:** Scott R. Grubman <SGrubman@cglawfirm.com>
**Sent:** Monday, November 9, 2020 3:44 PM
**To:** Merchant, Nomaan <NMerchant@ap.org>
**Subject:** Re: New story on Irwin County

[EXTERNAL]

Do we have HIPAA releases?

**Scott R. Grubman**
**CHILIVIS, GRUBMAN, DALBEY & WARNER, LLP**

404.262.6505 | sgrubman@cglawfirm.com

On Nov 9, 2020, at 3:52 PM, Merchant, Nomaan <NMerchant@ap.org> wrote:

Hi Mr. Grubman,

Good afternoon. I'm working on a story about the current and pending deportations of several women who saw Dr. Amin and have alleged misconduct by him. I have interviewed two of the women, Yanira Oldaker and Mbeti Ndonga, and am summarizing their stories about their treatment.

I wanted to see if Dr. Amin would respond to allegations that Yanira and Mbeti made about being forced to undergo procedures they did not want or understand. To summarize: In Yanira's case, she has alleged Amin performed a vaginal ultrasound that she did not request and later a Pap smear without lubricating the tools and causing her painful bleeding and making it impossible for her to sit for days. In Mbeti's case, she has alleged that she was given a D&C and laparoscopy for fibroids, the scars of which caused a staph infection, that she continues to have pain, and that Dr. Amin wrongly told her she would no longer be able to have children.

Additionally, would Dr. Amin comment on whether he believes the women who have spoken to DOJ and DHS about their experiences should be exempt from deportation pending the investigations?

Finally, has Dr. Amin met or spoken with lawyers or investigators for DOJ, DHS, or any other government agency reviewing the allegations here?

If you could get back to me by tomorrow by noon, I would greatly appreciate it.

Thanks for your time.

Nomaan Merchant
AP

<image001.jpg>                          <image002.jpg>

**NOMAAN MERCHANT**                       nmerchant@ap.org

Reporter

4747 Southwest Fwy
1st Floor
Houston, TX 77027

Twitter: @nomaanmerchant

+1-281-872-8900 office
+1-312-414-5426 cell/WhatsApp/Signal
+1-972-991-7207 fax

The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.

The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.

The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.

AMIN_0001232

Message

---

| | |
|---|---|
| **From**: | Judd, Alan (AJC-Atlanta) [Alan.Judd@ajc.com] |
| **Sent**: | 9/18/2020 8:58:20 PM |
| **To**: | Scott R. Grubman [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b835c2a121a1400c9d3157a51a40c8a2-Scott R. Gr] |
| **Subject**: | Re: [EXTERNAL] Re: AJC reporting on your work with patients from the Irwin County Detention Center |
| | |
| **Flag**: | Flag for follow up |

Ok – thanks.

---

**From:** "Scott R. Grubman" <SGrubman@cglawfirm.com>
**Date:** Friday, September 18, 2020 at 4:57 PM
**To:** Alan Judd <Alan.Judd@ajc.com>
**Subject:** Re: [EXTERNAL] Re: AJC reporting on your work with patients from the Irwin County Detention Center

No comment at this time.

**Scott R. Grubman | Partner**
**CHILIVIS, GRUBMAN, DALBEY & WARNER, LLP**
3127 Maple Drive, NE | Atlanta, Georgia  30305
**Main:** 404.233.4171 | **Direct:** 404.262.6505 | **E:** sgrubman@cglawfirm.com

---

**From:** Judd, Alan (AJC-Atlanta) <Alan.Judd@ajc.com>
**Sent:** Friday, September 18, 2020 4:37 PM
**To:** Scott R. Grubman <SGrubman@cglawfirm.com>
**Subject:** Re: [EXTERNAL] Re: AJC reporting on your work with patients from the Irwin County Detention Center

I think the story as it appears now online is clearer. The original was written in some haste, and I apologize for giving a wrong impression.

I just finished listening to a press conference by a number of immigration advocates who now say that as many as 17 women who have been detained at Irwin County claim that Dr. Amin performed gynecological procedures – removal of Fallopian tubes, hysterectomies, removal of ovaries – without their consent. Does Dr. Amin have a response to those allegations?

Thanks very much.

---

**From:** "Scott R. Grubman" <SGrubman@cglawfirm.com>
**Date:** Friday, September 18, 2020 at 3:17 PM
**To:** Alan Judd <Alan.Judd@ajc.com>
**Cc:** "Redmon, Jeremy (AJC-Atlanta)" <Jeremy.Redmon@ajc.com>
**Subject:** Re: [EXTERNAL] Re: AJC reporting on your work with patients from the Irwin County Detention Center

AMIN_0000413

Thanks, Alan.  I do remember now that you say it that the DOJ's press release was inaccurate.  I do not believe that what you say below is accurate.  The only defendant that paid anything was ICH on behalf of itself.  Dr. Amin was not required to pay anything, nor was anyone on his behalf.

**Scott R. Grubman | Partner**
**CHILIVIS, GRUBMAN, DALBEY & WARNER, LLP**
3127 Maple Drive, NE | Atlanta, Georgia  30305
**Main:** 404.233.4171 | **Direct:** 404.262.6505 | **E:** sgrubman@cglawfirm.com

---

**From:** Judd, Alan (AJC-Atlanta) <Alan.Judd@ajc.com>
**Sent:** Friday, September 18, 2020 1:25 PM
**To:** Scott R. Grubman <SGrubman@cglawfirm.com>
**Cc:** Redmon, Jeremy (AJC-Atlanta) <Jeremy.Redmon@ajc.com>
**Subject:** RE: [EXTERNAL] Re: AJC reporting on your work with patients from the Irwin County Detention Center

Good afternoon. Jeremy Redmon forwarded me your email about our story on Dr. Amin. Our reference to the settlement agreement on the False Claim Act allegations could have been clearer, and I have updated the story.

I will point to the April 29, 2015, press release by the U.S. attorney's office, which said, "The Defendants" – plural – "agreed to pay $520,000 to resolve allegations that they caused false claims to be submitted to Medicare and Medicaid." Here's the full release: https://www.justice.gov/usao-mdga/pr/hospital-authority-irwin-county-resolves-false-claims-act-investigation-520000

Is it more accurate to say that the hospital paid the $520,000 on behalf of itself and the named defendants, including Dr. Amin?

Thanks very much.

---

**From:** Redmon, Jeremy (AJC-Atlanta) <Jeremy.Redmon@ajc.com>
**Sent:** Friday, September 18, 2020 12:35 PM
**To:** Judd, Alan (AJC-Atlanta) <Alan.Judd@ajc.com>
**Subject:** FW: [EXTERNAL] Re: AJC reporting on your work with patients from the Irwin County Detention Center


**Jeremy Redmon**
Reporter
The Atlanta Journal-Constitution
223 Perimeter Center Parkway Atlanta, GA 30346-1301
770-627-3491
jredmon@ajc.com
Twitter: jeremylredmon
Facebook: journalistjeremyredmon
Read my work: www.ajc.com/staff/jeremy-redmon



**From:** "Scott R. Grubman" <SGrubman@cglawfirm.com>
**Date:** Friday, September 18, 2020 at 12:31 PM
**To:** "Redmon, Jeremy (AJC-Atlanta)" <Jeremy.Redmon@ajc.com>
**Subject:** Re: [EXTERNAL] Re: AJC reporting on your work with patients from the Irwin County Detention Center

Jeremy,

Thanks for reaching out. Given that this AP story came out 3 minutes ago, I am not in a position to comment about this yet.

I did, however, want to address some reporting you did regarding the 2015 False Claims Act lawsuit. Your article suggested (if not expressly stated) that Dr. Amin agreed to pay $520K to settle that case. I represented Dr. Amin in that matter, and can say that your reporting is incorrect, and needs to be corrected and/or retracted. Dr. Amin did not pay any fine in connection with the settlement, and the case was dismissed without any finding of liability. Here is my statement laying out how that matter was resolved:

> In 2013, a civil False Claims Act suit was filed in the Middle District of Georgia against a local hospital and numerous physicians associated with that hospital, including Dr. Amin. The case was settled without any admission of liability. None of the allegations contained in the 2013 complaint were adjudicated in court, and the case was ultimately dismissed. Importantly, Dr. Amin was *not* required to pay any fine in connection with that settlement.

Best regards,

**Scott R. Grubman | Partner**
**CHILIVIS, GRUBMAN, DALBEY & WARNER, LLP**
3127 Maple Drive, NE | Atlanta, Georgia  30305
**Main:** 404.233.4171 | **Direct:** 404.262.6505 | **E:** sgrubman@cglawfirm.com

---

**From:** Redmon, Jeremy (AJC-Atlanta) <Jeremy.Redmon@ajc.com>
**Sent:** Friday, September 18, 2020 12:26 PM
**To:** Scott R. Grubman <SGrubman@cglawfirm.com>
**Subject:** Re: [EXTERNAL] Re: AJC reporting on your work with patients from the Irwin County Detention Center

Hi Scott,

More attorneys and patients are coming forward and sharing information about Dr. Amin. Some of them are preparing to speak to the news media at 3 p.m. today. Some background: https://apnews.com/97f7ee007d0ec241f9401092cc7ea939 And ICE just release a new statement about the case:

**Statement from the Senior Official Performing the Duties of Director Tony H. Pham**
"The recent allegations by the independent contracted employee raise some very serious concerns that deserve to be investigated quickly and thoroughly. ICE welcomes the efforts of both the Office of Inspector General as well as the Department of Homeland Security's parallel review. As a former prosecutor, individuals found to have violated our

policies and procedures should be held accountable.  If there is any truth to these allegations, it is my commitment to make the corrections necessary to ensure we continue to prioritize the health, welfare and safety of ICE detainees."

I'm writing about all of this today and seeking comments from you. Happy to chat by phone. My Cell:678-207-9214 or please let me know how and when to reach you.

Could you respond by this afternoon?

Thanks,


**Jeremy Redmon**
Reporter
The Atlanta Journal-Constitution
223 Perimeter Center Parkway Atlanta, GA 30346-1301
770-627-3491
jredmon@ajc.com
Twitter: jeremylredmon
Facebook: journalistjeremyredmon
Read my work: www.ajc.com/staff/jeremy-redmon



---

**From:** "Scott R. Grubman" <SGrubman@cglawfirm.com>
**Date:** Wednesday, September 16, 2020 at 1:08 PM
**To:** "Redmon, Jeremy (AJC-Atlanta)" <Jeremy.Redmon@ajc.com>
**Subject:** [EXTERNAL] Re: AJC reporting on your work with patients from the Irwin County Detention Center

Here is my statement on behalf of Dr. Amin:

We are aware of the whistleblower's allegations as they relate to Dr. Amin, and vehemently deny them. Dr. Amin is a highly respected physician who has dedicated his adult life to treating a high-risk, underserved population in rural Georgia.

Importantly, according to the Washington Post, one of the whistleblower's attorneys expressly acknowledged that she did not speak to any of the women directly and that she "included the allegations in the report with the intention of triggering an investigation into whether or not the claims were true."

We look forward to all of the facts coming out and are confident that, once they do, Dr. Amin will be cleared of any wrongdoing.


**Scott R. Grubman | Partner**
**CHILIVIS, GRUBMAN, DALBEY & WARNER, LLP**
3127 Maple Drive, NE | Atlanta, Georgia  30305

**Main:** 404.233.4171 | **Direct:** 404.262.6505 | **E:** sgrubman@cglawfirm.com

---

**From:** Redmon, Jeremy (AJC-Atlanta) <Jeremy.Redmon@ajc.com>
**Sent:** Wednesday, September 16, 2020 12:43 PM
**To:** Scott R. Grubman <SGrubman@cglawfirm.com>
**Subject:** RE: AJC reporting on your work with patients from the Irwin County Detention Center

Hi Scott,

Please send me your statement concerning Dr. Amin as soon as you are able today. I'm on deadline.

Thanks,

**Jeremy Redmon**
Reporter
The Atlanta Journal-Constitution
223 Perimeter Center Parkway Atlanta, GA 30346-1301
770-627-3491
jredmon@ajc.com
Twitter: jeremylredmon
Facebook: journalistjeremyredmon
Read my work: www.ajc.com/staff/jeremy-redmon



---

**From:** Redmon, Jeremy (AJC-Atlanta)
**Sent:** Wednesday, September 16, 2020 11:09 AM
**To:** Scott R. Grubman <SGrubman@cglawfirm.com>
**Subject:** RE: AJC reporting on your work with patients from the Irwin County Detention Center

Also,

Would be glad to chat by phone today. What number may I reach you at?

Regards,

**Jeremy Redmon**
Reporter
The Atlanta Journal-Constitution
223 Perimeter Center Parkway Atlanta, GA 30346-1301
770-627-3491
jredmon@ajc.com
Twitter: jeremylredmon
Facebook: journalistjeremyredmon
Read my work: www.ajc.com/staff/jeremy-redmon

**From:** Scott R. Grubman <SGrubman@cglawfirm.com>
**Sent:** Wednesday, September 16, 2020 10:47 AM
**To:** Redmon, Jeremy (AJC-Atlanta) <Jeremy.Redmon@ajc.com>
**Subject:** [EXTERNAL] Fwd: AJC reporting on your work with patients from the Irwin County Detention Center

Jeremy, I rep Dr. Amin. I will send you a statement later today. Are you on a deadline? Thanks.

**Scott R. Grubman | Partner**
**CHILIVIS, GRUBMAN, DALBEY & WARNER**
**404-262-6505 | sgrubman@cglawfirm.com**


Sent from my iPhone

Begin forwarded message:

> ----- Forwarded Message -----
> **From:** "Redmon, Jeremy (AJC-Atlanta)" <Jeremy.Redmon@ajc.com>
> **To:** "mgamin1952@yahoo.com" <mgamin1952@yahoo.com>
> **Cc:**
> **Sent:** Wed, Sep 16, 2020 at 9:46 AM
> **Subject:** AJC reporting on your work with patients from the Irwin County Detention Center
> Greetings Dr. Amin,
>
> I'm writing about the attached complaint and seeking comments from you for my article. Please let me know how and when I may reach you by phone this week. I'm at Cell:678-207-9214. Some background:
>
> https://www.ajc.com/news/pelosi-calls-for-probe-of-allegations-against-immigration-detention-center-in-s-georgia/L43FNWPBR5B47GZ7O2SNFYGLHY/
>
> https://www.ajc.com/news/whistleblower-blasts-georgia-immigration-detention-centers-covid-19-response/G32IMGY3CBHRZF5G32GCNE6L5E/
>
>
> Thank you,
>
> **Jeremy Redmon**
> Reporter
> The Atlanta Journal-Constitution
> 223 Perimeter Center Parkway Atlanta, GA 30346-1301
> 770-627-3491
> jredmon@ajc.com
> Twitter: jeremylredmon
> Facebook: journalistjeremyredmon
> Read my work: www.ajc.com/staff/jeremy-redmon

Message

---

| | |
|---|---|
| **From**: | Scott R. Grubman [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B835C2A121A1400C9D3157A51A40C8A2-SCOTT R. GR] |
| **Sent**: | 9/26/2020 7:14:03 PM |
| **To**: | Judd, Alan (AJC-Atlanta) [Alan.Judd@ajc.com] |
| **Subject**: | Re: [EXTERNAL] Re: Dr. Amin - request for comment today |
| | |
| **Flag**: | Flag for follow up |

Alan,

To be clear, in your original email, you said you wanted to give Dr. Amin an opportunity "to respond to specific charges." Now you are saying that you will not identify the actual patients. How can Dr. Amin respond "to specific charges" when the patients won't identify themselves and when they will not sign a HIPAA waiver to allow Dr. Amin to specifically respond?. If the patients would care to identify themselves and sign a HIPAA release, we would be more than happy to respond to "specific charges," per your request. If not, here is our statement that you can use (below). I am going to give you a quick call to discuss on more thing:

As we have stated previously, Dr. Amin strongly disputes any allegations that he treated any patient with anything other than the utmost care and respect. Dr. Amin also strongly disputes that any patient was treated without full informed consent. Unfortunately, Dr. Amin is hamstrung by HIPAA and other privacy laws and, legally, cannot discuss any specific patient or the treatment that she received. As we have told the AJC and other news organizations, if the patients in question would be willing to sign a HIPAA release permitting Dr. Amin to respond to their allegations, we would be more than happy to do so. Without such a release, unfortunately, Dr. Amin cannot respond in any specific detail. That being said, the evidence is beyond clear that any treatment Dr. Amin provided, whether for ICDC detainees or otherwise, was medically necessary, performed within the standard of care, and done only after obtaining full informed consent.

Dr. Amin began treating ICDC patients in or around 2017. Prior to that time, the detainees were being brought to a neighboring county, and Dr. Amin agreed to treat them so they did not have to travel so far. Up until very recently, Dr. Amin was the only OB-GYN in this very rural area of south Georgia. A substantial portion of Dr. Amin's patients are underprivileged and underserved.

Dr. Amin always views surgery as a last option. Dr. Amin always attempts to treat his patients with more conservative treatment, including medicine and less invasive procedures, before even recommending surgery.

Any time Dr. Amin determines that a procedure would be appropriate, Dr. Amin explains that recommendation in detail to the patient. Dr. Amin explains why he believes the procedure is appropriate, any alternative treatments that might be available, and any and all known complications that might arise. The patient is always given the opportunity to ask any questions, and then decides whether or not she wants to move forward with the recommended procedure. For patients who do not speak English, Dr. Amin always has an interpreter present, a fact that has been corroborated by multiple witnesses. Dr. Amin has multiple native Spanish speaking staff members who translate for Spanish-speaking patients. If the patient speaks a language other than English or Spanish, Dr. Amin's office utilizes a toll-free translation service.

Dr. Amin is a terrific doctor, and a cherished member of the south Georgia community, as demonstrated by the outpouring of support by his patients and other community members (for example, see https://www.gpb.org/news/2020/09/23/longtime-patients-fiercely-defend-doc-accused-in-ice-

hysterectomy-complaint).  We are confident that a review of the full record will vindicate Dr. Amin of any wrongdoing.

**Scott R. Grubman | Partner**
**CHILIVIS, GRUBMAN, DALBEY & WARNER, LLP**
3127 Maple Drive, NE | Atlanta, Georgia  30305
**Main:** 404.233.4171 | **Direct:** 404.262.6505 | **E:** sgrubman@cglawfirm.com

---

**From:** Judd, Alan (AJC-Atlanta) <Alan.Judd@ajc.com>
**Sent:** Saturday, September 26, 2020 3:05 PM
**To:** Scott R. Grubman <SGrubman@cglawfirm.com>
**Subject:** Re: [EXTERNAL] Re: Dr. Amin - request for comment today

I don't really think HIPAA would apply to a general discussion of Dr. Amin's treatment of patients who are not identified by name. My understanding is that he saw numerous detainees over several years, so it seems that he could speak generally without revealing protected information about individual women.

But I can report that he declined, through his attorney, to comment to avoid violating federal privacy regulations. If that's acceptable to you, please let me know. And, of course, the invitation to discuss this in more detail is always open.

Thanks.

---

**From:** "Scott R. Grubman" <SGrubman@cglawfirm.com>
**Date:** Saturday, September 26, 2020 at 2:58 PM
**To:** Alan Judd <Alan.Judd@ajc.com>
**Subject:** [EXTERNAL] Re: Dr. Amin - request for comment today

Alan, while I appreciate what you classify as an opportunity for Dr. Amin to respond to specific charges, as you know, Dr. Amin is legally prohibited by federal HIPAA regulations to discuss medical treatment of any of his patients. Will the patients making the allegations sign a HIPAA waiver so that Dr. Amin can actually respond? If not I think it's the AJC's responsibility to make that clear.

**Scott R. Grubman | Partner**
**CHILIVIS, GRUBMAN, DALBEY & WARNER**
**404-262-6505 | sgrubman@cglawfirm.com**

Sent from my iPhone

> On Sep 26, 2020, at 2:44 PM, Judd, Alan (AJC-Atlanta) <Alan.Judd@ajc.com> wrote:
>
> Hi, Scott. Sorry to bother you on a Saturday, but I wanted to let you know about some of the allegations made by a congressional delegation that visited the Irwin County

Detention Center today and to give you a chance to respond to specific charges involving Dr. Amin.

The members of Congress spoke to multiple women – almost 20 – at the detention center who said Dr. Amin had performed procedures, ranging from examinations to hysterectomies, without obtaining their informed consent in a language they understood.

Women also said Dr. Amin had performed pelvic examinations with his bare hands and that he had used unsanitized specula during exams.

If you would like to respond, please give me a call – 770-655-6215 – or email me. I have a deadline of 5 p.m.

Thanks very much.

|**Alan Judd**
|Senior Investigative Reporter
|The Atlanta Journal-Constitution
|223 Perimeter Center Parkway
|Atlanta, GA 30346
|404-526-5029 (office)
|770-655-6215 (cell)
|ajudd@ajc.com
|@alanjudd3000

Message

| | |
|---|---|
| **From**: | Scott R. Grubman [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B835C2A121A1400C9D3157A51A40C8A2-SCOTT R. GR] |
| **Sent**: | 9/17/2020 3:12:46 PM |
| **To**: | Tina Vasquez [tina@ourprism.org] |
| **Subject**: | Re: Questions Regarding Allegations Against Mahendra Amin |
| | |
| **Flag**: | Flag for follow up |

Here is our statement, thanks:

> We are aware of the whistleblower's allegations as they relate to Dr. Amin, and vehemently deny them. Dr. Amin is a highly respected physician who has dedicated his adult life to treating a high-risk, underserved population in rural Georgia.
>
> Importantly, according to the Washington Post, one of the whistleblower's attorneys expressly acknowledged that she did not speak to any of the women directly and that she "included the allegations in the report with the intention of triggering an investigation into whether or not the claims were true."
>
> We look forward to all of the facts coming out and are confident that, once they do, Dr. Amin will be cleared of any wrongdoing.

**Scott R. Grubman | Partner**
**CHILIVIS, GRUBMAN, DALBEY & WARNER**
**404-262-6505 | sgrubman@cglawfirm.com**

Sent from my iPhone

> On Sep 17, 2020, at 11:10 AM, Tina Vasquez <tina@ourprism.org> wrote:
>
>
> Hi Scott,
> Will I be hearing from you this morning?
>
> Best,
> Tina
>
> On Thu, Sep 17, 2020 at 1:25 AM Tina Vasquez <tina@ourprism.org> wrote:
> Hi Scott,
> My name is Tina Vasquez and I'm a senior reporter at the outlet Prism covering the allegations against Mahendra Amin.
>
> I have a series of questions for you based on information that has come up during the course of my reporting.
>
> Here they are:

AMIN_0000419

- Does Mahendra Amin have a contract with the Department of Homeland Security, Immigration and Customs Enforcement, and/or the Irwin County Detention Center. If so, what is the nature of this contract?
- Has Mahendra Amin performed hysterectomies on women detained at the Irwin County Detention Center without their consent?
- Does Mahendra Amin provide translation services when treating detained patients during appointments?
- Does Mahendra Amin still own and operate MGA Health Management, Inc, which oversees the management of Irwin County Hospital?
- Did Mahendra Amin ever have a relationship with Dawn Wooten that was personal in nature?
- Did Mahendra Amin ever work directly with Dawn Wooten at any hospital or other facility owned or managed by MGA Health Management, Inc.?
- Did Mahendra Amin ever work at any hospital or facility, or was he associated with any hospital or other facility, at the same time Dawn Wooten worked at the hospital or facility-this includes Coffee Regional Medical Center or Tift Regional Medical Center?
- A former patient of Mahendra Amin's said the doctor once provided free care when her insurance lapsed, and that he once found a way to bill her insurance for a surgery so that she didn't have to pay anything out-of-pocket even though she had not met her insurance deductible. Can you comment on this?
- Has Mahendra Amin ever denied a patient at his Douglas practice a hysterectomy because she was in her 20s and unmarried?

**My deadline for this reporting is 11 a.m. ET Thursday, September 17.**

I hope to hear back.

Best,
--



**Tina Vasquez**
Senior Reporter, **Prism** | she/her (<u>What's this?</u>)

--



**Tina Vasquez**
Senior Reporter, **Prism** | she/her (<u>What's this?</u>)

Message
_____

**From**:       Tina Vasquez [tina@ourprism.org]
**Sent**:       10/6/2020 1:50:50 PM
**To**:         Scott R. Grubman [/o=ExchangeLabs/ou=Exchange Administrative Group
                (FYDIBOHF23SPDLT)/cn=Recipients/cn=b835c2a121a1400c9d3157a51a40c8a2-Scott R. Gr]
**CC**:         Ashton Lattimore [ashton@ourprism.org]
**Subject**:    Re: URGENT: Response Requested Regarding Allegations by Former Patients of Mahendra Amin

**Flag**:       Flag for follow up

Hi Scott,
I just wanted to follow up with you again. Will we be getting a response this morning?

Best,
Tina

On Mon, Oct 5, 2020 at 9:17 AM Tina Vasquez <tina@ourprism.org> wrote:
    Good morning, Scott.

    I wanted to follow up with you again this morning. I'm still hoping for comment regarding the broader
    allegations against Mahendra Amin, but also wanted to bump up the allegations made by Christina Sumner,
    whose name was Christina Garner when she became a patient of Mahendra Amin's in 1997:

    Allegations from former patient Christina Sumner, who began seeing Mahendra Amin in 1997:

    •   Christina alleges that Mahendra Amin told her she had to have a common, benign cyst removed in
        order to get pregnant, an operation she now believes was unnecessary. This first surgery occurred in
        1997.
    •   Christina alleges Mahendra Amin told her she had a miscarriage because of the formation of another
        common, benign cyst. She consented to a second surgery, but now believes this medical information
        was inaccurate and led to another unnecessary surgery. She said this simple surgery took "months to
        recover." This surgery took place in 1998.
    •   Christina alleges that Mahendra Amin was very "rough" with her when he delivered her daughter in
        2001 and that she bled for months after giving birth.

    Christina has signed a HIPAA release form, attached here, allowing Mahendra Amin to comment on the
    allegations.

    We are postponing publication to Tuesday, September 6. Please provide comment regarding the broader
    allegations against Mahendra Amin and comment regarding Christina's allegations **by 10 a.m. ET, Tuesday,
    September 6**.

    Best,
    Tina

On Sun, Oct 4, 2020 at 8:22 PM Tina Vasquez <tina@ourprism.org> wrote:
    Hi Scott,
    I wanted to follow up with you again. I understand he cannot comment on specific cases, but I am still hoping
    for a response from Mahendra Amin regarding the broader allegations against him being made both by
    detained women and former patients in Georgia.

CONFIDENTIAL

Namely, I am looking for comment regarding the allegations that he performs unnecessary operations on women who are his patients. Also, can he respond to the allegation from detained women and former patients that he is "rough" during exams and other procedures?

**My deadline is Monday, October 5 at 2 p.m. ET.**

Best,
Tina Vasquez

On Thu, Oct 1, 2020 at 9:01 AM Scott R. Grubman <SGrubman@cglawfirm.com> wrote:
  Any patient can request their medical records by submtiting a request to the doctor's office.  They cannot go through a third party news organization.

  **Scott R. Grubman | Partner**
  **CHILIVIS, GRUBMAN, DALBEY & WARNER, LLP**
  3127 Maple Drive, NE | Atlanta, Georgia  30305
  **Main:** 404.233.4171 | **Direct:** 404.262.6505 | **E:** sgrubman@cglawfirm.com

  ---

  **From:** Tina Vasquez <tina@ourprism.org>
  **Sent:** Thursday, October 1, 2020 8:31 AM
  **To:** Scott R. Grubman <SGrubman@cglawfirm.com>
  **Cc:** Ashton Lattimore <ashton@ourprism.org>
  **Subject:** Re: URGENT: Response Requested Regarding Allegations by Former Patients of Mahendra Amin

  Can Mahendra Amin provide Shannon Tatum's medical records directly to her?

  On Thu, Oct 1, 2020 at 8:29 AM Scott R. Grubman <SGrubman@cglawfirm.com> wrote:
    Ms. Vasquez,

    A healthcare provider is not permitted by law to provide medical records to a journalist.

    **Scott R. Grubman | Partner**
    **CHILIVIS, GRUBMAN, DALBEY & WARNER, LLP**
    3127 Maple Drive, NE | Atlanta, Georgia  30305
    **Main:** 404.233.4171 | **Direct:** 404.262.6505 | **E:** sgrubman@cglawfirm.com

    ---

    **From:** Tina Vasquez <tina@ourprism.org>
    **Sent:** Thursday, October 1, 2020 8:19 AM
    **To:** Scott R. Grubman <SGrubman@cglawfirm.com>
    **Cc:** Ashton Lattimore <ashton@ourprism.org>
    **Subject:** Re: URGENT: Response Requested Regarding Allegations by Former Patients of Mahendra Amin

    Hi Scott,
    Thank you for following up again. If you can confirm one way or the other about being able to provide the records, that would be helpful. As of right now, it looks like the source is hesitant to provide her HIPAA release form if it means still not being able to access her records. In which case, I will insert the language you provided for all three women in the piece.

    Best,
    Tina

CONFIDENTIAL

On Wed, Sep 30, 2020 at 4:16 PM Scott R. Grubman <SGrubman@cglawfirm.com> wrote:
I would have to check with my law partner who does HIPAA, but I do not believe I can share her medical records with a third party, even with a HIPAA release.  As far as the hospital saying the records were lost, I do not represent the hospital, so cannot comment on that.

**Scott R. Grubman | Partner**
**CHILIVIS, GRUBMAN, DALBEY & WARNER, LLP**
3127 Maple Drive, NE | Atlanta, Georgia  30305
**Main:** 404.233.4171 | **Direct:** 404.262.6505 | **E:** sgrubman@cglawfirm.com

---

**From:** Tina Vasquez <tina@ourprism.org>
**Sent:** Wednesday, September 30, 2020 3:03 PM
**To:** Scott R. Grubman <SGrubman@cglawfirm.com>
**Cc:** Ashton Lattimore <ashton@ourprism.org>
**Subject:** Re: URGENT: Response Requested Regarding Allegations by Former Patients of Mahendra Amin

HI Scott,
Thank you for your quick response.

I do have a signed HIPAA release form from Shannon Tatum. I was in the process of attempting to help her obtain her medical records from the Irwin County Hospital. She alleges she tried to obtain them after her hysterectomy, but she was told the file was "lost." I'm going to call her now and see if she will consent to me submitting the form to you. If she does, can Mahendra Amin not only comment on her allegations but provide her medical records?

The other two patients have not signed a release and I will make sure to include the language you suggested in the story.

Best,
Tina

On Wed, Sep 30, 2020 at 2:37 PM Scott R. Grubman <SGrubman@cglawfirm.com> wrote:
Ms. Vasquez,

Thank you for your email.  As I'm sure you are well aware, however, federal HIPAA regulations legally prohibit Dr. Amin from commenting on any care that he may or may not have provided to a patient, unless that patient consents by signing a HIPAA release.  Can you please talk to the patients or the patient's lawyers and see if they are willing to sign such a release?  If so, we are happy to review and comment as appropriate.  If not, I am requesting that you expressly note in your story that Dr. Amin is legally prohibited by HIPAA from responding, that the patient was expressly asked to sign a HIPAA release so that Dr. Amin could legally respond, and that the patient refused that request.

Best,

**Scott R. Grubman | Partner**
**CHILIVIS, GRUBMAN, DALBEY & WARNER, LLP**
3127 Maple Drive, NE | Atlanta, Georgia  30305
**Main:** 404.233.4171 | **Direct:** 404.262.6505 | **E:** sgrubman@cglawfirm.com

CONFIDENTIAL

**From:** Tina Vasquez <tina@ourprism.org>
**Sent:** Wednesday, September 30, 2020 2:34 PM
**To:** Scott R. Grubman <SGrubman@cglawfirm.com>
**Cc:** Ashton Lattimore <ashton@ourprism.org>
**Subject:** URGENT: Response Requested Regarding Allegations by Former Patients of Mahendra Amin

Hi Scott,
My name is Tina Vasquez and I'm a senior reporter at Prism who has been covering the allegations against Mahendra Amin that emerged from the Irwin County Detention Center.

I have been interviewing former patients of Mahendra Amin's who saw him through his Douglas, GA practice and at the Irwin County Hospital and Coffee Regional Medical Center. These former patients allege they were mistreated by the doctor.

Here is a detailed list of these allegations:

**Allegations from former patient Christina Sumner, who began seeing Mahendra Amin in 1997:**

- Christina Sumner alleges that Mahendra Amin told her she had to have a common, benign cyst removed in order to get pregnant, an operation she now believes was unnecessary.
- Christina Sumner alleges Mahendra Amin told her she had a miscarriage because of the formation of another common, benign cyst. She consented to a second surgery, but now believes this medical information was inaccurate and led to another unnecessary surgery.
- Christina Sumner alleges that after Mahendra Amin performed a second surgery to remove a cyst, it took her "months to recover" from what should have been a simple surgery.

**Allegations from former patient C.W., who began seeing Mahendra Amin in 1997:**

- C.W. was 17 and pregnant with twins when she became Mahendra Amin's patient. She said the doctor did not take her symptoms or pain seriously and that he sent her home after an appointment in which she was 24-weeks pregnant, experiencing severe abdominal pain, and learned that she had lost a fetus.
- This patient alleges that when she was forced to go to Coffee Regional Medical Center later the same day Mahendra Amin discharged her because she was in preterm labor. Mahendra Amin reportedly transferred her to a Savannah hospital two hours away and told C.W. that her second fetus had "less than a one percent chance of surviving," which upset her greatly.
- At 24-weeks pregnant, C.W. gave birth to a stillborn baby and a daughter with cerebral palsy. She claims doctors at the hospital told her she could have carried her daughter to full term had Mahendra Amin taken her symptoms and pain seriously.

**Allegations from former patient Shannon Tatum, who began seeing Mahendra Amin in 2014:**

- Shannon Tatum alleges Mahendra Amin performed a hysterectomy on her in 2014. For weeks afterward, she experienced severe pain, bleeding, had low blood pressure, and less than two weeks after the surgery required a blood transfusion.
- Shannon Tatum sought medical care with another OB-GYN because she alleges Mahendra Amin did not take her bleeding, pain, and other symptoms seriously. According to medical records from the second provider, a CT scan revealed a mass in Shannon Tatum's abdomen that was likely the result of the hysterectomy performed by Mahendra Amin.

CONFIDENTIAL

Lastly, former patients outlined here described the care they received during appointments with Mahendra Amin by using words like: "brutal," "torture," and "rough."

I am hopeful that you will respond to these detailed allegations from former patients. **My deadline for this piece is Thursday, October 2 at 3 p.m. ET.**

Best,

--



**Tina Vasquez (she/her)**
Senior Reporter, Prism
tina@prismreports.org
prismreports.org



Subscribe to our newsletter

--



**Tina Vasquez (she/her)**
Senior Reporter, Prism
tina@prismreports.org
prismreports.org



Subscribe to our newsletter

AMIN_0000128

--



Tina Vasquez (she/her)
Senior Reporter, Prism
tina@prismreports.org
prismreports.org

   

Subscribe to our newsletter >

--



Tina Vasquez (she/her)
Senior Reporter, Prism
tina@prismreports.org
prismreports.org

   

Subscribe to our newsletter >

--

AMIN_0000129





**Tina Vasquez (she/her)**
Senior Reporter, Prism
tina@prismreports.org
prismreports.org



Subscribe to our newsletter

--





**Tina Vasquez (she/her)**
Senior Reporter, Prism
tina@prismreports.org
prismreports.org



Subscribe to our newsletter

--



AMIN_0000130



**Tina Vasquez (she/her)**
Senior Reporter, Prism

tina@prismreports.org
prismreports.org

   

Subscribe to to our newsletter

AMIN_0000131

Message

---

**From**: Jose Olivares [olivares.joseluis9@gmail.com]
**Sent**: 9/16/2020 1:46:02 PM
**To**: Scott R. Grubman [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=b835c2a121a1400c9d3157a51a40c8a2-Scott R. Gr]
**CC**: John Washington [johnbwashington@gmail.com]
**Subject**: Re: REQUEST FOR COMMENT -- from The Intercept

**Flag**: Flag for follow up

Hi Mr. Grubman,

I hope you are doing well. I just wanted to follow up with you this morning on this request for comment. Please see the allegations above that we published in this story, and the questions attached.

Thank you,

Jose

On Tue, Sep 15, 2020 at 10:34 PM Jose Olivares <olivares.joseluis9@gmail.com> wrote:
Hi Mr. Grubman,

I hope this email finds you well. We are Jose Olivares and John Washington, journalists writing for The Intercept.

Yesterday, we published our first story on the allegations by Ms. Dawn Wooten, the whistleblower nurse from the Irwin Detention Center. Today, we published a follow-up piece, regarding allegations of misconduct related to Dr. Mahendra Amin. From other reports, we understand you are representing Dr. Amin.

I wanted to reach out with a set of questions that we sent to Dr. Amin earlier today. He never replied before we published the story. Prior to this, Dr. Amin and I spoke over the phone this morning, in which he provided information we included in the article published today.

I wanted to follow up with you, with the following allegations we published today, and questions related to the following information we included in our reporting. I specified some questions below in bold:

- We identified the doctor in question as Dr. Mahendra Amin

- Detainees and advocates allege high rates of hysterectomies — sometimes without what the complaint called "proper informed consent'

- Sources said Dr. Amin was responsible for a "high number of procedures," with allegations there have been around 20 procedures done. **Is it possible to confirm or deny this claim?**

- In a call this morning, Amin confirmed he conducted procedures on immigrant women brought from the facility.

- He said that after he conducts exams, he requires the approval of the detention center before conducting any necessary procedures.

- He said he has only performed "one or two hysterectomies in the past two [or] three years," but did not specify whether those hysterectomies were performed on people detained in Irwin. **Is this true? This is**

**inconsistent with what we have heard from the whistleblower, detainees, and other sources.**

- Amin said that allegations of performing procedures without patients' consent were ruining his reputation and affecting his practice. "Everything is wrong, and if you want to talk, talk to the hospital administrator," Amin said, referring to Irwin County Hospital.

- A former staff member at the Irwin County Detention Center alleged he performs a lot of surgeries.

- One detainee The Intercept spoke with claimed "the doctor got mad when I didn't want to have the surgery"

- Dr. Amin was previously under fire for making false Medicaid claims. In a case filed against him and Irwin County Hospital in the US District Court for the Middle District of Georgia, the government alleged that the hospital was billing Medicaid for obstetric ultrasounds, even if they weren't necessary. The case was dismissed as part of a settlement, in which Amin paid half-a-million dollars to the government, but did not admit any liability. The government, as part of the settlement, did not admit that its own claims were unfounded.

- There are allegations of "rough treatment" by Dr. Amin

- More than one woman reported bruises after her exam.

- Another woman, who had to see the gynecologist repeatedly, told The Intercept she wanted to be deported because she was worried that, if she was forced to go to the doctor again or remained untreated at the facility, she was going to "lose her reproductive system."

- Current detainees at Irwin who spoke with The Intercept said they were pressured by the doctor to undergo partial or full hysterectomies

- One of the women estimated that as many as twenty other women had gone to the doctor and were recommended for an operation, in some cases undergoing surgery on the recommendations. **Is this an accurate assessment on the number of people who have been sent to Dr. Amin?**

- All of the women who spoke to The Intercept said that no interpreter was present, and they were unclear about the necessity or purpose of the proposed treatment. **Do Dr. Amin or the hospital have interpreters or translators present during procedures, specifically with people whose native language is not English?**

- One detainee told The Intercept that "the doctor got mad when I didn't want to have the surgery" to remove a cyst.

- Another woman who The Intercept spoke with said she simply didn't understand why the doctor was insisting on an operation, or even exactly what it would be. **Have there been any other similar allegations in the past related to Dr. Amin's work, in this way?**

- A woman detained in Irwin saw the doctor for spotting, or light vaginal bleeding. The doctor claimed the woman had a cyst — a claim the woman was dubious about — and insisted on a procedure to remove uterine tissue. While performing the procedure, the doctorAmin removed part of the woman's fallopian tube, claiming that "it was clogged," according to the advocate. The woman never gave her consent.

I am reaching out to ask if you could provide answers to any of the questions bolded above, or if you could provide a response or statement to any of the allegations outlined above? Thank you so much.

Take care,

Jose Olivares
Bilingual Multimedia Journalist
jose-olivares.com
olivares.joseluis9@gmail.com
PGP: 7E99 8AEA 4132 12FF D9C1 3ACE 8098 0683 321E B0BB


--
Jose Olivares
Bilingual Multimedia Journalist
jose-olivares.com
olivares.joseluis9@gmail.com
PGP: 7E99 8AEA 4132 12FF D9C1 3ACE 8098 0683 321E B0BB

AMIN_0000938

Message

| | |
|---|---|
| **From**: | Scott R. Grubman [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B835C2A121A1400C9D3157A51A40C8A2-SCOTT R. GR] |
| **Sent**: | 9/30/2020 5:18:17 PM |
| **To**: | Joe Penney [penney.joseph@gmail.com] |
| **Subject**: | Re: Questions for Intercept article |
| | |
| **Flag**: | Flag for follow up |

Mr. Penney,

As I'm sure you are well aware, federal HIPAA regulations prohibit Dr. Amin from commenting on any care that he may or may not have provided to a patient, unless that patient consents by signing a HIPAA release.  Can you please talk to the patients or the patient's lawyers and see if they are willing to sign such a release?  If so, we are happy to review and comment as appropriate.  If not, I am requesting that you expressly note in your story that Dr. Amin is legally prohibited by HIPAA from responding, that the patient was expressly asked to sign a HIPAA release so that Dr. Amin could legally respond, and that the patient refused that request.

**Scott R. Grubman | Partner**
**CHILIVIS, GRUBMAN, DALBEY & WARNER, LLP**
3127 Maple Drive, NE | Atlanta, Georgia  30305
**Main:** 404.233.4171 | **Direct:** 404.262.6505 | **E:** sgrubman@cglawfirm.com

---

**From:** Joe Penney <penney.joseph@gmail.com>
**Sent:** Wednesday, September 30, 2020 1:05 PM
**To:** Scott R. Grubman <SGrubman@cglawfirm.com>
**Subject:** Questions for Intercept article

Hi Mr. Grubman,

My name is Joe Penney and I'm a journalist writing a story for The Intercept about an August, 2019 surgery Dr. Amin performed on Pauline Binam, an ICE detainee at Irwin County Detention Center. Ms. Binam said that she agreed to do a D&C with Dr. Amin, and that when she woke up from her procedure, Dr. Amin told her he had removed a portion of her fallopian tube and she would now only be able to have children through IVF. Can Dr. Amin confirm this?

I also wanted to ask if Dr. Amin performed any procedures on a woman named Daniela Chavez in 2018? And if he performed procedures on any other Cameroonian women in ICE detention?

Thank you,
Joe
(917) 724-6404


--
Joe Penney
@joepenney

CONFIDENTIAL