Declaration of

Elizabeth McNamara

Exhibit 138

# FILED UNDER SEAL