Declaration of

Elizabeth McNamara

Exhibit 139

# FILED UNDER SEAL