Declaration of

Elizabeth McNamara

Exhibit 140

# FILED UNDER SEAL