Declaration of

Elizabeth McNamara

Exhibit 141


FILED UNDER SEAL