Declaration of

Elizabeth McNamara

Exhibit 142

# FILED UNDER SEAL