Declaration of

Elizabeth McNamara

Exhibit 145

# FILED UNDER SEAL