Declaration of

Elizabeth McNamara

Exhibit 146

# FILED UNDER SEAL