Declaration of

Elizabeth McNamara

Exhibit 147

# FILED UNDER SEAL