Declaration of

Elizabeth McNamara

Exhibit 148

# FILED UNDER SEAL