Declaration of

Elizabeth McNamara

Exhibit 19

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF GEORGIA
 2   WAYCROSS DIVISION
     -----------------------------------------X
 3   DR. MAHENDRA AMIN, M.D.,

 4                            PLAINTIFF,

 5        -against-          Case No.:
                             5:21-cv-00056
 6                             LGW-BWC

 7   NBCUNIVERSAL MEDIA, LLC,

 8                            DEFENDANT.
     -----------------------------------------X
 9               DATE: August 23, 2023
                 TIME: 9:30 a.m. EDT
10

11

12

13        REMOTE DEPOSITION of MARIA NITO,

14   taken by the Defendant, pursuant to a

15   notice and to the Federal Rules of Civil

16   Procedure, held remotely via Zoom

17   Videoconference, before Suzanne Pastor, a

18   Notary Public of the State of New York.

19

20

21

22

23

24

25
```

1    upon what the findings were on the

2    ultrasound.

3        Q.    Are there certain indications

4    on an ultrasound that lead to a D&C and

5    laparoscopy?

6              MR. JOHNSON:  Object to form.

7        A.    Yes.  It will be ovarian cyst

8    or a adnexal mass, uterine fibroid.

9              Let's see, and the purpose of

10   the laparoscopy was also to find any other

11   abnormalities such as pelvic endometriosis,

12   which can only be seen through a camera.

13   Laparoscopic.

14       Q.    Where did you learn about the

15   description for D&C?  Where did you learn

16   that?

17       A.    I learned it throughout the

18   years.

19       Q.    From Dr. Amin or from somebody

20   else?

21       A.    ████████████████████████████

22   ██████████████████████████████

23   ██████████

24       Q.    ██████████████████████████

25   ████



1      A. █████
2      Q. ████████████████
3  ██████
4      A. ████████████████
5  ████████████████████████
6  ████████████████████████
7      Q. ████████
8         ████████████████
9  ████████████
10     A. ██████████
11     Q. ████████████████████████
12     A. █████
13     Q. ████████████████
14     A. ████.
15     Q.    Are you employed by Dr. Amin
16 personally or is there a company that
17 employs you, or something else?
18     A.    Dr. Amin employed me.
19     Q.    Who do your paychecks come
20 from?
21     A.    They come from Clarence
22 Payments in Purvis.  I'm not sure about the
23 name exactly.  But they're Dr. Amin's
24 accountants.
25     Q.    Do you know how many employees

August 23, 2023                                          28

```
 1    work for Dr. Amin today in his medical
 2    practice?
 3         A.    I'll say about nine or ten.
 4         Q.    Do you know how many employees
 5    worked for him in September of 2020?
 6         A.    That I do not remember.
 7         Q.    Do you remember if it was
 8    smaller or larger than it is today?
 9         A.    I do not remember.
10         Q.    So is it fair to say that it's
11    not a significantly different number of
12    employees?
13         A.    I would say so.
14         Q.    Do you actually work in an
15    office?
16         A.    Yes.
17         Q.    So you work in an office within
18    Dr. Amin's office?
19         A.    Yes.
20         Q.    Do you have an office with a
21    door?
22         A.    Yes.
23         Q.    Is there a waiting room in the
24    office?
25         A.    No.  Well, yes.  There's one.
```

```
 1   When they first come in, that's the lobby,

 2   yes.

 3        Q.    Are there any televisions in

 4   the lobby?

 5        A.    Yes.

 6        Q.    Are they tuned to specific

 7   channels?

 8        A.    Yes.

 9        Q.    What channels are they tuned

10   to?

11        A.    Kids.

12        Q.    Kids?

13        A.    Yes.

14        Q.    Like Nickelodeon or something?

15        A.    Something, because patients

16   always come in with their child, so we let

17   them sit there, just watch TV.

18        Q.    Are any of them tuned to a news

19   channel?

20        A.    No.

21        Q.    Do you ever go into the

22   hospital for your job?

23        A.    No.

24        Q.    Do you have an e-mail address

25   for work?
```

August 23, 2023                                              30

```
1        A.     Yes.

2        Q.     What is it?

3        A.     MGAmin2014@Yahoo.com.

4        Q.     That's your personal work

5  address?

6        A.     That is the office in complete

7  e-mail.

8        Q.     So there's only one e-mail

9  address for the whole office?

10       A.     Yes.

11       Q.     Who has access to that e-mail

12  address?

13       A.     It would be me, which I'm the

14  surgical coordinator, the office manager,

15  Alma Arceo, Jan Chancey, nurse, and I'll

16  say that's pretty much it.

17       Q.     Jan Chancey is the same Jan

18  Chancey who was formerly the office manner?

19       A.     Yes.

20       Q.     Became a nurse?

21       A.     She's basically the nurse, yes.

22       Q.     Does Dr. Amin have access to

23  that e-mail address?

24       A.     No.

25       Q.     Does Dr. Amin have a work
```

```
 1    e-mail address?

 2          A.    That I do not know.

 3          Q.    If you need to communicate with

 4    Dr. Amin, do you ever send him e-mails?

 5          A.    No.

 6          Q.    How do you communicate with

 7    him?

 8          A.    Through a cellphone.  I usually

 9    call him.  If he's not in the office I call

10    his personal cellphone number.

11          Q.    Do you ever text him?

12          A.    Yes.

13          Q.    Do you text him about work?

14          A.    Yes.

15          Q.    And that's on his personal

16    cellphone also.

17          A.    Yes.

18          Q.    Back to the e-mail address, the

19    MGAmin2014@yahoo.com, do you know if there

20    are deletion policies on that e-mail

21    address?

22          A.    No, I don't know.

23          Q.    Do you ever delete e-mails from

24    that e-mail address?

25          A.    No.
```

```
 1        Q.    Do you know if anybody else

 2   deletes e-mails from that e-mail address?

 3        A.    I don't know.

 4        Q.    Did anybody tell you to make

 5   sure that you retain communications from

 6   that e-mail address at some point?

 7        A.    I'm sorry, can you rephrase the

 8   question?

 9        Q.    Did anybody ever instruct you

10   not to delete e-mails from that account?

11        A.    No.

12        Q.    Did you ever collect e-mails

13   from that e-mail address for purposes of

14   this litigation?

15        A.    No.

16        Q.    Do you know if anybody

17   collected e-mails from that e-mail address

18   for purposes of this litigation?

19        A.    No.

20        Q.    You don't know or nobody did?

21        A.    No.

22        Q.    Sorry, I just don't understand

23   your answer.  Do you know whether anybody

24   collected e-mail addresses -- sorry, do you

25   know whether anybody collected e-mails from
```

```
 1    very poor question, but was it a consistent

 2    period of time or did he start treating ICE

 3    patients, stop for a period of time and

 4    then start again?

 5            MR. JOHNSON:  Object to form.

 6       A.    That I don't remember exactly

 7    again.  But it's like they started coming.

 8    So yeah, that's how pretty much it all

 9    started at the old office.

10            MR. JOHNSON:  Amanda, if I can

11            jump in, I do need to use the

12            restroom, so if you don't want to

13            stop in the middle of a line, I

14            suggest we stop now for a minute if

15            that's okay.

16            MS. LEVINE:  Yup, that works

17            for me.

18            MR. JOHNSON:  All right, thank

19            you.

20            THE VIDEOGRAPHER:  The time is

21            10:31 a.m. and we're going off the

22            record.

23            (Whereupon, a short recess was

24            taken.)

25            THE VIDEOGRAPHER:  The time is
```

August 23, 2023                                    48

```
 1        10:37 a.m. and we're back on record.
 2   BY MS. LEVINE:
 3        Q.    Ms. Nito, we were talking about
 4   before we took a break and you had
 5   mentioned that it was at the old office
 6   when this started.
 7        A.    Yes.
 8        Q.    Did Dr. Amin switch offices at
 9   some point?
10        A.    Yes.
11        Q.    When was that?
12        A.    2016.
13        Q.    Was he seeing ICE detainees at
14   the old office?
15        A.    Yes.
16        Q.    So he was seeing ICE detainees
17   before 2016?
18        A.    Yes.
19        Q.    Do you know how it came about
20   that he started seeing ICE detainees?
21        A.    That I don't know.
22        Q.    Do you know if he had a
23   contract with ICE?
24        A.    That I don't know.
25        Q.    Do you know if he had a
```

1    contract with any other entity?

2              MR. JOHNSON:  Object to form.

3         A.    I don't know.

4         Q.    Did Dr. Amin stop seeing ICE

5    detainees at some point?

6         A.    Can you rephrase that question?

7         Q.    Does Dr. Amin still treat any

8    ICE detainees?

9         A.    Does he still do it?

10        Q.    Yes.

11        A.    No.

12        Q.    Do you know when that stopped?

13        A.    Yes.  It all stopped when all

14   that happened with the whistleblower.

15        Q.    What do you mean by "all that

16   happened"?

17        A.    When the false -- or the

18   allegations came up.

19        Q.    What allegations?

20        A.    The ICE detainees.

21        Q.    What is your understanding of

22   what the ICE detainees said?

23        A.    The allegations?  Is that what

24   you're asking?  The allegations?

25        Q.    Yes.

1      A.    Okay.  That Dr. Amin did

2   procedures on them without their knowledge

3   or -- yeah, like he had done procedures on

4   them without them knowing that they were

5   gonna have it done.

6      Q.    You mentioned the

7   whistleblower.  Do you know who the

8   whistleblower is?

9           MR. JOHNSON:  Object to form.

10      A.    I remember that she was African

11   American.  Her name I don't remember since

12   it's been years ago.

13      Q.    Did you ever read the complaint

14   that she filed?

15      A.    Yes.

16      Q.    Do you remember when you read

17   that?

18      A.    Yes.

19      Q.    When was that?

20      A.    It had to be immediately.

21   Probably when everything came out in

22   September.

23      Q.    How did you get the complaint?

24           MR. JOHNSON:  Object to form.

25      A.    It was all over the media, so

1    co-workers were talking about it.

2         Q.    Was there any media that you

3    saw or read about it?

4               MR. JOHNSON:  Object to form.

5         A.    Yes.  I remember seeing videos

6    of the whistleblower being interviewed.

7    And some of them -- some of them were

8    forwarded to me by my daughter, from social

9    media where her friends were talking about

10   the doctor in town.  And it had -- those

11   interviews on TV on Univision, because

12   that's the Hispanic community news, there

13   was ICE detainees that were having --

14   saying those allegations.

15        Q.    When you say they were

16   forwarded to you, do you mean forwarded on

17   social media?

18        A.    Yes.

19        Q.    What social media?

20        A.    Snapchat.

21        Q.    If I understand correctly, your

22   daughter forwarded you Snapchat videos

23   about this.

24        A.    Yes.

25        Q.    Do you read any specific news

```
 1    sources?

 2         A.    About this?

 3         Q.    Generally.

 4         A.    I really hate the news,

 5    honestly.  So I don't -- I try not to.  And

 6    right now, I mean, I have a grandbaby and

 7    I'm just tied up with him.  So no, I barely

 8    get on Facebook now.

 9         Q.    Do you ever read local

10    newspapers?

11         A.    No.

12         Q.    Do you read the Journal

13    Constitution?

14         A.    No.

15         Q.    Do you ever watch the news?

16         A.    Yes, on, again, social media.

17         Q.    You don't turn on the TV and

18    put on the news?

19         A.    No, because I don't -- in

20    general, I don't have cable.

21         Q.    Back to Dr. Amin treating ICE

22    detainees, did you see ICE detainees coming

23    into his office?

24         A.    Yes.

25         Q.    Where would you see them?
```

1              MR. JOHNSON:  Object to form.

2        A.    They would come through the

3    back door.

4        Q.    Do you know why?

5        A.    Yes.

6              MR. JOHNSON:  Object to form.

7        Q.    Why?

8        A.    We treated them special because

9    back door patients are special.  No

10   patient -- no other patients come in the

11   back door but just special patients.  And

12   the ICE detainees were special, so they

13   come through the back door with the

14   officers.

15       Q.    Special in what way?

16       A.    They would be seen immediately.

17   They didn't have to wait a long time.  Just

18   like the other patients in the lobby had to

19   wait for sometimes 30 minutes to an hour

20   until a room became available.

21       Q.    Was that something that the

22   office agreed to with ICE?

23             MR. JOHNSON:  Object to form.

24       A.    That I don't know.

25       Q.    Do you know if the office

1    agreed with any other party about that?

2              MR. JOHNSON:  Object to form.

3        A.    That I don't know either.

4        Q.    You mentioned they were

5    accompanied by guards.  How many guards?

6        A.    Most of the times there would

7    be two guards.

8        Q.    Were there times when it was

9    not two?

10       A.    They were always two guards.

11   The extra one was in the van.

12       Q.    One of the two was in the van?

13       A.    No, no, no.  One of them -- I

14   know for sure two of them would walk in

15   with the ICE detainee.

16       Q.    Where would those guards be

17   when the ICE detainee was being treated?

18             MR. JOHNSON:  Object to form.

19       A.    The female guard would always

20   be in the room, in the examination room.

21       Q.    Were you also in the

22   examination room when Dr. Amin treated ICE

23   detainees?

24       A.    I don't know how to answer this

25   question because there will be times that I







1



1   ████████████████████████████████

2   ██████████████████████████████████

3   █████████████████████████████

4   ██████████████████

5        Q.    And then if I'm understanding

6   correctly, Dr. Amin would bring the form

7   with his signature and your signature to

8   the hospital on the date of surgery, is

9   that correct?

10       A.    Well, not on the day of the

11  surgery.  He would take them ahead,

12  probably three or four days before the

13  surgery so the hospital would have them in

14  time.

15       Q.    ████████████████████████

16  ███████████████████████████████████

17  █████████████

18       ████████████████████████████.

19       A.    ██████

20       Q.    ██████████████████████████

21  ██████████████████████████████████

22  ██████████████.

23            M███████████████████████

24       A.    █████████

25       Q.    ████████████████████████



1

2       A.

3

4       Q.

5

6

7

8

9       A.

10      Q.

11

12

13

14

15

16                                              .

17      A.

18      Q.

19

20

21

22

23

24

25      A.    It would be a standard form.

```
1        Q.    Are these forms kept in a

2   specific location in Dr. Amin's office?

3        A.    Yes.

4        Q.    Where are they kept?

5        A.    They are above my desk.

6        Q.    And are there forms for

7   different procedures?

8              MR. JOHNSON:  Object to form.

9        A.    Yes.

10        Q.    Do you know what other

11   procedures there are forms for?

12        A.    D&C, D&C scope, partial

13   hysterectomy, total abdominal hysterectomy,

14   which is complete.  Laparoscopy for scar

15   tissue, suction D&C for miscarriages,

16   suction D&C scope.  And there's some for

17   D&C cystoscope endometrial ablation,

18   laparoscopic tubal ligation, endometrial

19   biopsy scope, D&C LEEP, and D&C cystoscope.

20        Q.    Again, it feels like a pop quiz

21   I'm giving you, but I promise I'm not

22   trying to.

23              Are these forms kept in

24   languages other than English?

25        A.    Just English.
```

1      Q.    If a detainee speaks Spanish,

2  is there somebody who would read them this

3  form?

4            MR. JOHNSON:   Object to form.

5      A.    That I don't know.

6      Q.    Have you ever read a consent

7  form to a detainee who speaks Spanish?

8      A.    For surgery or for treatment?

9  For, like, Depos --

10     Q.    For surgery.

11     A.    Honestly, I don't know how to

12 answer this question, but I would explain

13 the patient what she was having done.  But

14 as far as the whole consent reading out

15 loud, no.  And that while examination, the

16 day of the visit.

17     Q.    You mean you would explain the

18 procedure on the day of the visit?

19     A.    Yes, on the day of the visit,

20 whenever Dr. Amin suggested that she needed

21 surgery.

22     Q.    Have you ever explained a D&C

23 to a patient?

24     A.    Yes, I have.

25     Q.    Have you ever explained a D&C

August 23, 2023

```
 1    to an ICE detainee?

 2         A.    Yes.

 3         Q.    When you've explained a D&C to

 4    an ICE detainee, have you ever explained

 5    alternative treatment options?

 6              MR. JOHNSON:  Object to form.

 7         A.    Yes.

 8         Q.    What are the alternative

 9    treatment options for a D&C?

10              MR. JOHNSON:  Object to form.

11         A.    Dr. Amin always gives

12    alternative choices first.  Like if you

13    have a cyst or bleeding, fibroid,

14    endometriosis, because of the symptoms that

15    a patient is having, he prescribes either

16    birth control pills, Depo injection and

17    sometimes antibiotics for scar tissue or

18    for what's going on infection in the

19    uterus.  So if the patient keeps coming

20    back to us, if that same patient keeps

21    coming to us and it's not better or the

22    medicine is not helping, that's when Dr.

23    Amin says okay, you have two choices; you

24    can either continue hormone therapy or you

25    can do surgery.
```

1       Q.    And that surgery is a D&C?

2             MR. JOHNSON:  Object to form.

3       A.    It depends.

4       Q.    What other surgery could it be?

5             MR. JOHNSON:  Object to form.

6       A.    It could be laparoscopy -- not

7    always could it be a D&C because a patient

8    can just have abdominal pain but no

9    problems with the period.  So if she keeps

10   having recurrent pain for a certain time

11   and nothing's helping her, then a

12   laparoscopy is only suggested.

13            So again, not always does it

14   have to do with a D&C, based on what's

15   going on with the patient.

16      Q.    If a patient has pain, are

17   there procedures other than a laparoscopy

18   that Dr. Amin offers the patient?

19            MR. JOHNSON:  Object to form.

20      A.    Yes.

21      Q.    What are those?

22      A.    Antibiotics, the Rocephin

23   injection, pain medication.

24      Q.    I'm going to introduce, I think

25   we're on Exhibit 46, a document that's

August 23, 2023                                                    171

1           C E R T I F I C A T E

2

STATE OF NEW YORK        )
3                    :    SS.:
COUNTY OF ALBANY         )

4

5       I, SUZANNE PASTOR, a Notary Public

6   for and within the State of New York, do

7   hereby certify:

8       That the witness whose examination is

9   hereinbefore set forth was duly sworn and

10  that such examination is a true record of

11  the testimony given by that witness.

12      I further certify that I am not

13  related to any of the parties to this

14  action by blood or by marriage and that I

15  am in no way interested in the outcome of

16  this matter.

17      IN WITNESS WHEREOF, I have hereunto

18  set my hand this day, September 5, 2023.

19

20          _Suzanne Pastor_

21      _____
        SUZANNE PASTOR

22

23

24

25