UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D.,<br><br>  Plaintiff,<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC,<br><br>  Defendant. | Case No. 5:21-cv-00056-LGW-BWC<br><br>**MCNAMARA DECLARATION IN SUPPORT OF DEFENDANT'S MOTION TO EXCLUDE THE OPINIONS OF <u>DR. ELBRIDGE BILLS</u>** |

I, Elizabeth A. McNamara, being of lawful age and otherwise competent to testify in a court of law, hereby declare pursuant to 28 U.S.C. §1746 and under penalty of perjury that the following is true and correct:

1. I am a partner at Davis Wright Tremaine LLP, counsel for Defendant NBCUniversal Medial, LLC ("NBCU"). I make this declaration in support of NBCU's motion to exclude the proffered expert report, deposition testimony, and any trial testimony of Dr. Elbridge Bills, the expert for Plaintiff Dr. Mahendra Amin ("Dr. Amin").

2. Annexed hereto as **Exhibit 1** is a true and correct copy of the initial expert report submitted by Dr. Bills.

3. Annexed hereto as **Exhibit 2** is a true and correct copy of the rebuttal expert report submitted by NBCU's expert, Dr. Erin Carey.

4. Annexed hereto as **Exhibit 3** is a true and correct copy of a spreadsheet created by NBCU that provides a summary of the records Dr. Carey reviewed.

5. Annexed hereto as **Exhibit 4** is a true and correct copy of Dr. Carey's supplemental filing, submitted at the request of Dr. Amin's counsel.

6. Attached hereto as **Exhibit 5** are true and correct copies of representative examples of the medical literature Dr. Carey produced in this action.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Dr. Bills's reply expert report.

8. Annexed hereto as **Exhibit 7** is a true and correct copy of Dr. Bills's deposition transcript from this action.

9. Annexed hereto as **Exhibit 8** is a true and correct copy of a chart produced by Dr. Bills, at the request of NBCU's counsel.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the medical record of patient DC, produced by Dr. Amin in this action.

11. Attached hereto as **Exhibit 10** is a true and correct copy of the medical record of patient KDM, produced by Dr. Amin in this action.

12. Attached hereto as **Exhibit 11** is a true and correct copy of the medical record of patient YPF, produced by Dr. Amin in this action.

13. Attached hereto as **Exhibit 12** is a true and correct copy of an excerpt of the deposition of Dr. Carey from this action.

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the foregoing is true and correct.

Executed on December 19, 2023.

_____
ELIZABETH A. MCNAMARA