Declaration of

Elizabeth McNamara

Exhibit 1

**THE FIRM OF**

# Stacey Evans Law

Phone: 770-779-9602 | Fax: 404-393-2828
4200 NORTHSIDE PKWY, NW
BLDG ONE; SUITE 200
ATLANTA, GA 30327

*Stacey Godfrey Evans*
*sevans@staceyevanslaw.com*

September 5, 2023

**VIA ELECTRONIC MAIL ONLY**
lizmcnamara@dwt.com

Elizabeth A. McNamara, Esq.
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104

RE:   *Dr. Mahendra Amin, M.D. v. NBCUniversal Media, LLC*
United States District Court for the Southern District of Georgia Waycross Division |
Case No. 5:21-cv-00056-LGW-BWC
*Plaintiff's Service of Expert Witness Reports*

Dear Liz:

Thank you for agreeing to the short extension on serving our expert reports. We are hereby disclosing the following experts who have prepared the enclosed reports in the referenced matter on behalf of Plaintiff Dr. Mahendra Amin, M.D.:

1. Dr. Lauren F. Hamilton, M.D., FACOG
2. Dr. Elbridge F. Bills, M.D., FACOG

In preparation of their expert reports, Plaintiff's experts reviewed the following medical records, which are identified by patients' first and last initials and Bates numbers.

Dr. Hamilton:
- K.C. – AMIN_0004472; AMIN_0005810; ICH000555-684
- B.P. – AMIN_0007070; AMIN_0007345

Dr. Bills:
- D.A. – AMIN_0003978; ICH001598-1663
- A.A. – AMIN_0004800; ICH003914-3974
- M.V. – AMIN_0004321; ICH002306-2386
- L.A. – AMIN_0005842; ICH002994-3054

Elizabeth A. McNamara, Esq.
September 5, 2023
Page 2

- P.B. – AMIN_0005676; AMIN_0015754
- A.B. – AMIN_0004007; AMIN_0004196; AMIN_00005470; AMIN_0015599; AMIN_0015618; AMIN_0015622; ICH003491-3544
- S.C. – AMIN_0004413; AMIN_0004753; AMIN_0005817; ICH001531-1597
- M.C. – AMIN_0004075; ICH0001893-1948
- M.C. – AMIN_0004352; ICH002022-2090
- C.C. – AMIN_0004465; AMIN_0004780; AMIN_0004915
- D.C. – AMIN_0005283; ICH003156-3222
- L.S. – AMIN_0009947
- K.M. – AMIN_0002563; ICH003353-3410
- W.D. – AMIN_0001846; ICH003762-3848
- R.S. – AMIN_0002202; ICH003055-3101
- M.A. – AMIN_0002093; ICH002387-2464
- Y.F. – AMIN_0007494
- A.F. – AMIN_0002667; ICH003223-3290
- L.G. – AMIN_0002984; ICH003291-3352
- N.G. – AMIN_0002003
- S.G. – AMIN_0001704
- O.I. – AMIN_0001351
- M.J. – AMIN_0006901; ICH000877-970
- M.K. – AMIN_0007968; ICH001077-1089; ICH001230-1296
- K.L. – AMIN_0008724; ICH001355-1395; ICH003744-3761
- R.L. – AMIN_0007639; ICH002206-2287
- K.G. – AMIN_0008625; ICH003102-3155
- R.M. – AMIN_0007290
- S.M – AMIN_0008220
- A.M. – AMIN_0004650
- A.M. – AMIN_0006211; ICH002893-2993
- D.M. – AMIN_0005515; ICH001090-1166
- C.M. – AMIN_0002776; ICH002091-2180
- V.N. – AMIN_0007879
- C.P. – AMIN_0007820; ICH001798-1860
- E.P. – AMIN_0008667; ICH003975-4045
- E.R. – AMIN_0009757
- Y.R. – AMIN_0009670; ICH003425-3490
- A.P. – AMIN_0010173; ICH002769-2823
- Y.R. – AMIN_0008061; ICH001949-2021
- Y.I. – AMIN_0010750; ICH002622-2705
- S.S. – AMIN_0011048; ICH000685-703; ICH000785-829
- E.J. – AMIN_0009295; ICH002706-2768
- M.T. – AMIN_0010551; ICH001297-1354
- V.S. – AMIN_0009250

Elizabeth A. McNamara, Esq.
September 5, 2023
Page 3

- I.V. – AMIN_0002290
- A.C. – AMIN_0010749; AMIN_0011016 ; ICH002527-2621
- F.W. – AMIN_0008843; ICH003903-3913; ICH004046-4113
- D.W. – AMIN_0009189; ICH002824-2892
- L.X – AMIN_0010934; ICH001744-1797
- J.W. – AMIN_0010683; ICH002195-2205; ICH002465-2526
- C.Y. – AMIN_0010229; ICH003849-3902
- K.C. – AMIN_0004472; AMIN_0005810; ICH000555-684
- B.P. – AMIN_0007070; AMIN_0007345
- M.B. – AMIN_0006713
- A.C. – AMIN_0005821
- A.F. – AMIN_0010840
- J.H. – AMIN_0003087
- J.M. – AMIN_0009535; AMIN_0010386; ICH001664-1722
- J.N. – AMIN_0001489; ICH001861-1892
- Y.O. – AMIN_0009448
- K.P. – AMIN_0005031
- K.R. – AMIN_0022259
- G.R. – AMIN_0008493
- S.S. – AMIN_0010408
- E.S. – AMIN_0006031
- L.S. – AMIN_0010363
- T.S. – AMIN_0011139
- L.W. – AMIN_0010623

In accordance with Federal Rule of Civil Procedure 26(a)(2)(B)(vi), we outline the compensation of Plaintiff's expert witnesses below:

As to Dr. Hamilton, she receives compensation of $450 per hour for non-testifying work. Should Dr. Hamilton be required to provide testimony in this matter, she will receive compensation in the amount of $4,000 per day.

As to Dr. Bills, he receives compensation of $500 per hour for non-testifying work. Should Dr. Bills be required to provide testimony in this matter, he will receive compensation in the amount of $5,000 per day.

Yours truly,

Stacey Godfrey Evans

Elizabeth A. McNamara, Esq.
September 5, 2023
Page 4


cc: Eric Bierbauer, Esq. (by e-mail only, erik.bierbauer@nbcuni.com)
     Taylor M. Carter, Esq. (by e-mail only, taylor.carter@nbcuni.com)
     Amanda B. Levine, Esq. (by e-mail only, amandalevine@dwt.com)
     Leena Charlton, Esq. (by e-mail only, leenacharlton@dwt.com)
     Cynthia L. Counts, Esq. (by e-mail only, cynthia.counts@fisherbroyles.com)
     J. Amble Johnson, Esq. (by e-mail only, ajohnson@staceyevanslaw.com)
     Tiffany N. Watkins, Esq. (by e-mail only, twatkins@staceyevanslaw.com)
     Scott R. Grubman, Esq. (by e-mail only, sgrubman@cglawfirm.com)

Enclosure

|  |  |
|---|---|
|  | Committee 1990, Member, Women in Medicine, 1989-1993; Member, American Medical Student's Association, 1989-1992, Member, Student Executive Committee, 1990-1991 |
| Undergraduate | Executive Board of Student Government, 1986-1987; Chairperson of Dormitory Council, 1986-1987; Dormitory President, 1986-1987; Resident Assistant, 1985-1986; Vice President, Student Health Advisory Board 1985-1986; Member, Student Health Advisory Board, 1983-1987, Biology Club, 1983-1986 |
| Community Service | Moncks Corner, Summerville Health Department, OB Clinics, Moncks Corner, Summerville SC, 1996; Teen Clinic, Medical University of South Carolina, Charleston, SC 1996; Indian Health Services, Cuba, NM, October 1992; Intern, University of Maryland, Pediatric Endocrinology Clinic, Baltimore, MD, 1989, Intern, Blind Industries and Services of Maryland, Baltimore, MD, 1987; Volunteer, Princeton Hospital, Princeton, NJ, 1985 |



**Alpharetta Office**
3180 North Point Parkway
Building 200, Suite 205
Alpharetta, GA 30005
Phone: 770-777-4933
Fax: 770-777-4934

**Northside Tower Office**
5670 Peachtree Dunwoody Rd., NE
Suite 1240
Sandy Springs, GA 30342
Phone: 404-303-1167
Fax: 404-303-1126

September 1, 2023

## Expert Report of Elbridge F. Bills II, MD FACOG

I am a practicing obstetrician / gynecologist licensed in the states of Georgia and Florida. I have been board-certified by the American Board of Obstetrics and Gynecology since 1996 with yearly Maintenance of Certification. For review of records, depositions, as well as preparation of reports, I charge $500/hour for both defense and plaintiff's cases. I charge $5000/day to testify in addition to any traveling expenses.

Since 1994 I have practiced the full breath of obstetrics and gynecology in a private practice setting in the Metro Atlanta area. This includes both ambulatory and inpatient gynecological care as well as surgical procedures including D&C's, laparoscopy, both operative and diagnostic; ovarian cystectomy, adhesiolysis; and hysterectomies. Since September 2022 I have also practiced as an OB hospitalist in Clearwater FL.

As an OB hospitalist I am responsible for all unassigned patients as well as taking care of any emergencies that arise on labor and delivery. This is very different than private practice. In private practice we have the luxury of stable follow-up. Meaning that I can assume my patient will be available for follow-up care and will not have a lack of access to adequate medical care in the short or long term. As the OB hospitalist I frequently care for the indigent population that does not have access to follow-up medical services.

I have been asked to review the cases of Dr. Mahendra Amin for medical appropriateness and specifically if there was any evidence of unnecessary medical procedures performed on Dr. Amin's patients. For this case, I have reviewed the medical records of 69 individual patients. Two cases involved hysterectomies. Barbara Lorena Pozo-Rua initially had a LEEP cone biopsy of the cervix revealing carcinoma in situ (not an invasive cancer). She subsequently had a total abdominal hysterectomy. The final pathology revealed microinvasive cervical cancer. Although a gynecological oncologist consult was performed, the hysterectomy was curative and life saving for her cervical cancer. The only other hysterectomy was for Kerline Claude. She had previous conservative surgery consisting of a laparoscopy revealing adhesions and pelvic inflammatory disease. She failed medical management and continued to have pain and bleeding and thus was dispositioned for a hysterectomy. The final pathology confirmed a 12-week size uterus measuring 220 grams (normal uterus is less than a 100 grams). Neither patient had any post operative complications.



**Alpharetta Office**
3180 North Point Parkway
Building 200, Suite 205
Alpharetta, GA 30005
Phone: 770-777-4933
Fax: 770-777-4934

**Northside Tower Office**
5670 Peachtree Dunwoody Rd., NE
Suite 1240
Sandy Springs, GA 30342
Phone: 404-303-1167
Fax: 404-303-1126

I reviewed fourteen other patients that were evaluated and treated in the ambulatory care setting. Their conditions were managed medically and did not require surgical intervention.

I reviewed 52 patient charts consisting of outpatient surgical procedures. I see no evidence of any surgical complications. Each surgery appears to be indicated as described below:

- 1 D&C for a missed abortion.
- 1 D&C for a molar pregnancy (a form of cancer)
- 1 Endometrial ablation (performed after failure of D&C and medical management.
- 2 excisions of condyloma (genital warts)
- 3 Removal of IUD
- 4 LEEP cone biopsies for indications including positive HPV, atypical squamous cells of undetermined significance, moderate dysplasia.
- 6 Operative removal of hydrosalpinx (a damaged and painful fallopian tube).
- 17 Laparoscopic adhesiolysis
- 31 Ablation of endometriosis
- 35 Ovarian cystectomies. Although ovarian cysts can commonly be monitored to see if they resolve spontaneously, in this setting, as like my work as an Ob hospitalist, these patients may not have any follow up in thus removing them as a source of pain is a reasonable procedure to perform.
- 44 D&C's done a portion of evaluation for pain and/or bleeding.

The above totals greater than 52 because multiple procedures can be performed at the same time. Each of the above procedures were medically indicated as documented by various modalities including the history and physical, preoperative ultrasound evaluation, intraoperative surgical images documentation, and final pathology.

Dr. Amin was able to diagnose two cervical cancers, which is much higher than we would see in the normal population, and it is a reflection of the high-risk patient population being served. In summary, it appears that Dr Amin has been providing appropriate care to this high-risk indigent population and has not performed any unnecessary medical procedures.

Elbridge F. Bills MD FACOG

Curriculum Vitae

**Elbridge F. Bills II, M.D.**

| | | |
|---|---|---|
| Date: | May 11, 2023 | |
| Address: | 3180 North Point Pkwy Bldg 200, Suite 205<br>Alpharetta, GA 30005 | |
| Telephone: | 404-705-9796 (home)<br>770-362-6902 (cell)<br>770-777-4933 (office)<br>770-777-4934 (office fax) | |
| Email: | ebills@allianceobgyn.com | |
| | Current Positions:<br>President of Alliance Ob/Gyn P.C.<br>Ob/Gyn practice<br>Alpharetta, GA | 07/99-Present |
| | Ob Hospitalist Group<br>Ob Hospitalist<br>Morton Plant/Mease Hospital<br>Clearwater, FL | 9/2022-Present |
| | Medical Director<br>Atlanta Medical Institute<br>Weight Loss & Hormonal Medicine<br>Atlanta, GA | 02/14-Present |
| Employment History: | Employed physician in private practice<br>Arista Ob/Gyn<br>Alpharetta, GA | 10/96-7/99 |
| | Employed physician in private practice<br>Perimeter North Ob/Gyn<br>Atlanta, GA | 07/94-10/96 |
| Education: | Master's Metabolic and Nutritional Medicine 12/2011<br>University of South Florida<br>Tampa, FL | |

|  |  |  |
|---|---|---|
| | Board Certified<br>American Board of Ob/Gyn | 06/1996 - Present |
| | Board Certified<br>American Board of Anti-Aging &<br>Regenerative Medicine | 10/2012 - Present |
| | Fellowship in pelvic surgery<br>Saint Joseph's Hospital<br>Atlanta, GA | 07/1993-06/1994 |
| | Residency<br>Department of Ob/Gyn<br>University of South<br>Florida Tampa, FL | 07/1989 -06/1993 |
| | Emory University School of Medicine<br>Atlanta, GA | 09/1985 -05/1989 |
| | University of South Florida<br>Tampa, FL<br>Bachelor of Engineering<br>Science Bachelor of<br>Science (Biology)<br>Magna Cum Laude | 06/1982 -05/1985 |
| | Florida Institute of Technology | 09/1981 -05/1982 |
| Licenses Held | Florida, Georgia | |
| Bibliography: | Heymsfield S, Christy G, Bills E. Payne Y. Congestive Heart Failure. In Jeejeebhoy K ED <u>Current Therapy in Nutrition</u>. Toronto, B.C. Becker, Inc. 1988.<br>Slaker D, Bills E, Mellen, Wolfe D, Bernidino M, Bonkovsky H. Diagnosis of Hemochromatosis: Is the Liver Biopsy Passe'?. Gastroenterlogy 92:1778, 1987. | |
| Presentations: | OB/GYN Residents' Training in Breast Disease: A National Survey. Elbridge Bills M D & Jim Fiorica M D. A COG District IV Meeting 11/92. | |
| Research: | Principal Investigator: Essure 305 Post-Approval Study (ESS305 PAS) | |

Elbridge F Bills MD
Depositions and Testimony January 2014 – Present

1. 5/06/15 Lisa and Todd Gouge vs Women's Health Associates of Walton PC.  Walton County, GA.  Deposition – plaintiff

2.  9/12/16  Amanda Williams and Daniel Williams, individually and on behalf of their daughter, KW  vs. Clinical Innovations LLC, Wellstar Medical Group LLC,  Caroline Gibbons MD, and John Does, A-Z.  Fulton County, GA. Deposition – plaintiff-

3. 2/14/17  Trabue  vs. Atlanta Women' Specialist Trial. Fulton County, GA. Trial– defense –

4. 7/21/17 Sorbin v. Barakat et al. New York, New York. Trial – plaintiff –

5. 8/18/17 Vernon Eugene Hand vs. Camden Ob/Gyn and Michelle Y. Perry. Camden County, GA. Deposition-plaintiff.

6. 5/11/18 Victoria Singleton vs. Jean A Sansariq MD et al.  Mobile County, Alabama, Deposition – plaintiff.

7. 9/26/19 Cynthia McShane, Elijah Mcshane vs Amisub SFH.  District of Memphis, Tennessee, Deposition - plaintiff

8. 2/14/19 Michelle Ansley vs Southeast Georgia Health System. Glenn County, GA, Deposition- plaintiff

9. 8/22/19 Kelly Wilson, et al. vs. USA.  Nashville, TN Trial – defense.

10. 4/27/20 Ashley Wilson vs. Beaufort Memorial Hosptial, Beaufort, SC – plaintiff. Trail

11. 5/11/20 Victoria Thurber and Rusty Thurber  vs. Davd K. Mehta MD, Escambia County, FL Deposition – plaintiff

 12. 8/3/20  IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA CIVIL DIVISION SAMUIL Samuil Hennes, as the Personal Representative of the ESTATE OF EVETTE GUIRGUIS, vs University of South Florida Board of Trustees,, Hillsborough County, FL,  Deposition – plaintiff.

13. 10/2/20 In the Circuit Court of the 10th Judicial circuit in and for Polk County, Fl Diana Lopez-Vazquez, Sergio Hernandez-Badillo vs Dr. Lisa Wiedel, Winter Haven Hospital deposition  Plaintiff

14. Javonya Hendon vs. Robert Timothy Stark MD Lowndes County, GA – deposition plaintiff

15. 2/22/21 Dena Kelly vx. Jeffrey D. Morrison DO & Tidewater Physicians Multispecialty Group PC. Newport News Virginia deposition plaintiff

16. 3/10/21 Carolyn Marie Williams vs UT Regional One Physicians Inc. Shelby County Tennessee; deposition plaintiff

17. 7/21/21 Melinda Mikolasik vs Mease Hospital Countryside.  Pinellas County, Florida deposition plaintiff

18. 10/21/21 David & Angela Hill vs Jackson-Madison Co. Gen. Hospt, ET AL.  Madison County Tennessee.  Deposition plaintiff

19. 2/14/22 Christy Marie Thomas vx Norton Hospital; Susan Tat e ; Jefferson Circuit Court, Louisville Kentucky.   Deposition plaintiff

20. 6/13/22 Ryan Betts vs Ian Scott  D.O. Christian Circuit Court. Common Wealth of Kentucky; Deposition plaintiff.

21. 7/8/22 Tammy Strickland vs Cheryl Razdan MD, District Court of Tulsa County, Oklahoma; Deposition, plaintiff

22. 8/3/2022 Christy Marie Thomas vx Norton Hospital; Susan Tat e ; Jefferson Circuit Court, Louisville Kentucky.   Trial plaintiff

23. 11/28/22  Latonya Treadaway and husband, Gary Treadaway vs Suzanna Chatterjee MD; Circuit Court of Sumner County TN, deposition; defendant

24. 2/17/2023 Jessica Gorby v Gary DeGuzman M Ohio County West Virginia , deposition; plaintiff

25. 5/10/23 Jessica Gorby v Gary DeGuzman M Ohio County West Virginia , trial; plaintiff

26. 5/12/2023 Carman Blanchard and Michael Hobgood vs David Schroeder MD and Ob/Gyn Professionals of East Tennessee PC and Parkwest Medical Center; Knox County Tennessee deposition; plaintiff

27.6/2/2023 Jamesia Keshawn Moore a/k/a Jamesia Keshawn Rippy: Gregory Keith Moore, II individually ans as the Natural Parents and on behalf of BABY BOY MOORE (deceased)  v AMISUB (SFH) Inc. d/b/a a/k/a Saint Francis Hopital  -Park; SAINT FRNACIS MEDICAL PERTNERS EAST, LLC d/b/a a/k/a St. Francis Women's Health and Fertility; and Michael A. Podraza MD Shelby County, Tennessee  deposition plaintiff

28. 6/2/2023 Skyler Ogger as Next Friend of Andrew Stokes, a minor v Edward W. Sparrow Hospital Associates, A Michigan nonprofit corporation, Angela C. Griffin MD.  County of Ingham, Michigan, deposition plaintiff