# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br>    Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br>    Defendant. | Case No. 5:21-cv-00056-LGW-BWC <br><br> **CONSENT MOTION FOR** <br> **EXTENSION OF TIME** |

Pursuant to Southern District of Georgia Local Rule 6.1, Defendant NBCUniversal Media, LLC ("NBCU"), with the consent of Plaintiff Dr. Mahendra Amin ("Dr. Amin"), moves to extend the time to reply to Dr. Amin's Response to Motion for Protective Order Quashing the Deposition of Cynthia Counts (Dtk. 120) by fourteen (14) days, from the current deadline of December 26, 2023 to January 9, 2024.  In support thereof, NBCU states:

1. Pursuant to Local Rules, the deadline for NBCU's reply to Dr. Amin's Response to Motion for Protective Order is December 26, 2023.

2. S.D. Ga. Local Rule 6.1 authorizes and directs the Clerk of Court "to grant, sign, and enter orders on consent, where permitted by law, extending time within which to plead or otherwise defend or make any motions (except a motion for  anew trial), for an aggregate time not to exceed fourteen (14) days, if the time originally prescribed or extended within which to plead, defend, or move has not expired."

3. NBCU, with the consent of Dr. Amin, moves to extend by fourteen (14) days, so that the reply is due on January 9, 2024.

4. The time originally prescribed with which to file the reply has not expired.

5. The parties have agreed to this extension of time as a result of conferral.

Respectfully submitted this 21st day of December, 2023.

Respectfully submitted,

| | |
|---|---|
| *s/ Cynthia L. Counts* | *s/ Elizabeth A. McNamara* |
| Cynthia L. Counts | Elizabeth A. McNamara (*pro hac vice*) |
| Georgia Bar No. 190280 | Amanda B. Levine (*pro hac vice*) |
| FISHERBROYLES, LLP | Leena Charlton (*pro hac vice*) |
| 945 East Paces Ferry Rd. NE, Suite 2000 | DAVIS WRIGHT TREMAINE LLP |
| Atlanta, GA 30326 | 1251 Avenue of the Americas, 21st Floor |
| (404) 550-6233 | New York, NY 10020-1104 |
| cynthia.counts@fisherbroyles.com | Tel: (212) 489-8230 |
| | lizmcnamara@dwt.com |
| | amandalevine@dwt.com |
| | leenacharlton@dwt.com |
| | *Attorneys for Defendant* |

# CERTIFICATE OF SERVICE

The undersigned certifies that on the 21st day of December, 2023, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system.

*Elizabeth A. McNamara*
Elizabeth A. McNamara (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Tel: (212) 489-8230
lizmcnamara@dwt.com
*Attorneys for Defendant*