# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | Case No. 5:21-cv-00056-LGW-BWC <br><br> **[PROPOSED] ORDER EXTENDING TIME WITH WHICH TO SUBMIT REPLY** |

Before the Court is NBCUniversal Media LLC's ("NBCU") Consent Motion for Extension of Time. Pursuant to S.D. Ga. Local Rule 6.1, because the Motion is for an aggregate time not to exceed fourteen (14) days, it is by consent, and the time originally prescribed has not expired, the motion is **GRANTED**. The deadline for NBCU to file its reply to Plaintiff's Response to Motion for Protective Order Quashing the Deposition of Cynthia Counts is now January 9, 2024.

**SO ORDERED,** this ____ day of December 2023.

_____
CLERK OF COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA