# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | Case No. 5:21-cv-00056-LGW-BWC |

## NOTICE OF FILING OF CORRECTED EXHIBIT TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant NBCUNIVERSAL MEDIA, LLC, by its counsel, respectfully submits this Notice of Filing of Corrected Exhibit to Defendant's Motion for Summary Judgment (Dkt. 127).

Defendant inadvertently attached the wrong cover page to Exhibit 7 of the Declaration of Nicolle Wallace (Video of September 15, 2020 episode of Deadline White House) (Dkt. 130-7). Defendant has attached the corrected cover page to this Notice.

Defendant respectfully requests that the Court substitute the correct cover page attached to this Notice.

Dated: December 21, 2023

Respectfully submitted,

| | |
|---|---|
| *s/ Cynthia L. Counts* <br> Cynthia L. Counts <br> Georgia Bar No. 190280 <br> FISHERBROYLES, LLP <br> 945 East Paces Ferry Rd. NE, Suite 2000 <br> Atlanta, GA 30326 <br> (404) 550-6233 <br> cynthia.counts@fisherbroyles.com | *s/ Elizabeth A. McNamara* <br> Elizabeth A. McNamara (*pro hac vice*) <br> Amanda B. Levine (*pro hac vice*) <br> Leena Charlton (*pro hac vice*) <br> DAVIS WRIGHT TREMAINE LLP <br> 1251 Avenue of the Americas, 21st Floor <br> New York, NY 10020-1104 <br> Tel: (212) 489-8230 <br> lizmcnamara@dwt.com |

2

amandalevine@dwt.com  
leenacharlton@dwt.com  
*Attorneys for Defendant*

* * *

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 21st day of December, 2023, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system.

*Elizabeth A. McNamara*  
Elizabeth A. McNamara (*pro hac vice*)  
DAVIS WRIGHT TREMAINE LLP  
1251 Avenue of the Americas, 21st Floor  
New York, NY 10020-1104  
Tel: (212) 489-8230  
lizmcnamara@dwt.com  
*Attorneys for Defendant*
