# In the United States District Court for the Southern District of Georgia Waycross Division

DR. MAHENDRA AMIN, M.D.,

   Plaintiff,

v.

NBCUNIVERSAL MEDIA, LLC,

   Defendant.

CV 5:21-056

### ORDER

Before the Court is a motion to withdraw Taylor Carter as counsel of record for Defendant. Dkt. No. 114. Defendant states that Ms. Carter is no longer affiliated with NBCUniversal Media, LLC. Id. After consideration of the motion, and for good cause shown, the motion is **GRANTED**. The Clerk is **DIRECTED** to terminate Ms. Carter as counsel for Defendant. Defendant will continue to be represented by other counsel of record.

**SO ORDERED**, this 2nd day of January, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA