UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br>Plaintiff, <br><br>v. <br><br>NBCUNIVERSAL MEDIA, LLC, <br><br>Defendant. | CIVIL ACTION NO.: <br>5:21-CV-00056-LGW-BWC <br><br>MOTION OF TAYLOR M. CARTER TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Attorney R. Bates Lovett respectfully request that this Court grant him, formerly of FISHERBROYLES, LLP, leave to withdraw his appearance as one of the attorneys in this matter. In support of this motion, Mr. Lovett states as follows:

1. Mr. Lovett is an attorney of record for Defendant.

2. Mr. Lovett's employment with FisherBroyles, LLP ended on December 29, 2023, and, therefore, he wishes to withdraw as one of the attorneys in this matter.

3. Pursuant to LR 83.7, Mr. Lovett gave due notice to his client of his intention to withdraw from the case via electronic mail which is attached hereto as Exhibit A. Said notice was provided on December 27, 2023, which is at least fourteen (14) days prior to this request to the Court.

4. Upon the filing of this request with the Clerk, a copy thereof will forthwith be mailed to the client and within fourteen (14) days thereafter, such request shall be presented by the Clerk to the District Judge for his action thereon.

1

5. Defendant will continue to be represented by Cynthia L. Counts of FISHERBROYLES, LLP and Elizabeth A. McNamara (admitted *pro hac vice*) of DAVIS WRIGHT TREMAINE LLP.

WHEREFORE, R. Bates Lovett respectfully requests that this Court enter an order withdrawing his appearance as counsel for Defendant NBCUNIVERSAL MEDIA, LLC.

Dated: January 10, 2024

                                                 */s/ R. Bates Lovett*
                                                 R. Bates Lovett, Esq.
                                                 Georgia Bar No. 459568

2 East Bryan Street, 4th Floor
Savannah, GA 31401
(912) 236-0261 (telephone)
(912) 844-1346 (mobile)
bates.lovett@pierferd.com

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D.,<br><br>Plaintiff,<br><br>v.<br><br><br>NBCUNIVERSAL MEDIA, LLC,<br><br>Defendant. | CIVIL ACTION NO.:<br>5:21-CV-00056-LGW-BWC<br><br><br>MOTION OF R. BATES LOVETT TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Motion for Leave to Withdraw Appearance** upon all parties to this matter by filing with the PACER electronic filing system which shall deliver same to:

| | |
|---|---|
| Stacey Godfrey Evans<br>Tiffany N. Watkins<br>John Amble Johnson<br>STACEY EVANS LAW<br>4200 Northside Parkway NW<br>Bldg One; Suite 200<br>Atlanta, GA 30327<br>sevans@staceyevanslaw.com<br>twatkins@staceyevanslaw.com<br>ajohnson@staceyevanslaw.com | Scott R. Grubman<br>CHILIVIS GRUBMAN<br>DALBEY & WARNER LLP<br>1834 Independence Square<br>Atlanta, GA 30338<br>sgrubman@cglawfirm.com |

Elizabeth A. McNamara  
(admitted *pro hac vice*)  
DAVIS WRIGHT TREMAINE LLP  
1251 Avenue of the Americas, 21st Floor  
New York, NY 10020-1104  
    lizmcnamara@dwt.com

Cynthia L. Counts  
FISHERBROYLES, LLP  
945 East Paces Ferry Road  
Suite 2000  
Atlanta, GA 30326  
    cynthia.counts@fisherbroyles.com

This 10th day of January 2024.

                                                  ***/s/ R. Bates Lovett***  
                                                R. Bates Lovett, Esq.  
                                                Georgia Bar No. 459568

2 East Bryan Street, 4th Floor  
Savannah, GA 31401  
(912) 236-0261 (telephone)  
(912) 844-1346 (mobile)  
bates.lovett@pierferd.com