Wednesday, December 27, 2023 at 11:37:26 Eastern Standard Time

**Subject:** Notice of Intent to Withdraw in 5:21-cv-00056-LGW-BWC Amin v. NBCUniversal Media, LLC
**Date:** Wednesday, December 27, 2023 at 11:34:50 AM Eastern Standard Time
**From:** Bates Lovett
**To:** McNamara, Elizabeth
**CC:** Cynthia Counts

Liz,

Pursuant to LR 83.7, please accept this email as my notice of intent to withdraw from representation of NBCUniversal Media, LLC in 5:21-cv-00056-LGW-*BWC Amin v. NBCUniversal Media, LLC*.

For your convenience, I have provided Local Rule 83.7 below.  Thank you for the opportunity to assist you with this matter.  If you have any questions or comments, please do not hesitate to contact me.

**LR 83.7 Withdrawal as Attorney of Record.** Attorneys representing parties in any case, desiring to have their names stricken of record, shall so request one of the District Judges of this Court, in writing and in duplicate, through the Clerk of this Court, and shall disclose that such attorney has given due notice to his client of his intention to withdraw from the case, and shall specify the manner of such notice to the client, attaching copy of the notice. Such notice to the client shall be given at least fourteen (14) days prior to the request to the Court. Upon the filing of the request with the Clerk, a copy thereof shall forthwith be mailed to the client and within fourteen (14) days thereafter, such request shall be presented by the Clerk to the District Judge for his action thereon. Ordinarily, counsel will not be allowed to withdraw after pretrial if such withdrawal will delay the trial of the case, in which event the attorney shall continue as responsible for the handling of the case.

--Bates

R. Bates Lovett, Esq.

_____

**FisherBroyles, LLP**
2 East Bryan Street **|** Suite 436 **|** Savannah, GA 31401 **|** USA
Direct: 912.335.4467 **|** Mobile: 912.844.1346
bates.lovett@fisherbroyles.com

www.fisherbroyles.com

ATLANTA | AUSTIN | BOSTON | CHARLOTTE | CHICAGO | CINCINNATI | CLEVELAND | COLUMBUS | DALLAS | DENVER | DETROIT | HOUSTON |

LONDON | LOS ANGELES | MIAMI | NAPLES | NEW YORK | PALO ALTO | PHILADELPHIA | PRINCETON | SALT LAKE CITY | SEATTLE | WASHINGTON, DC

The information contained in this e-mail message is only for the personal and confidential use of the intended recipient(s). If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.