UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | Case No. 5:21-cv-00056-LGW-BWC <br><br> **MOTION TO FILE UNDER SEAL AND MEMORANDUM IN SUPPORT** |

Defendant NBCUniversal Media, LLC ("NBCU") respectfully submits this motion to seal Exhibit 19 to the Declaration of Elizabeth A. McNamara in support of its Motion for Summary Judgment (Dkt 136-19), which was inadvertently filed without redactions, and to replace it with the attached corrected Exhibit 19, which contains redactions.

**FACTUAL BACKGROUND**

On December 19, 2023, NBCU filed a motion for summary judgment in the above-referenced action. In support of its motion, NBCU filed the Declaration of Elizabeth A. McNamara, which attached 148 exhibits. *See* Dkt. 136. Because some of those exhibits contained personal information deemed "Confidential" by Dr. Amin or third-parties under the protective order in this action, *see* Dkt. 42, those documents were filed either under seal or with redactions. NBCU filed a concurrent motion to seal the documents, *see* Dkt. 140, which the Court granted on January 2, 2024, *see* Dkt. 148.

It has recently come to the attention of the undersigned counsel that Exhibit 19 to the McNamara Declaration was inadvertently produced with the redacted text visible. Accordingly,

NBCU now seeks to seal the current version of Exhibit 19 and replace it with the corrected, redacted document attached to this Motion.

## ARGUMENT

While the right of public access is an essential component of our judicial system, *see Romero v. Drummond Co.*, 480 F.3d 1234, 1245 (11th Cir. 2007), this right is not absolute and "may be overcome by a showing of good cause," *Beck v. Shinseki*, 2014 WL 693000, at *1 (S.D. Ga. Feb. 21, 2014); *Hodges v. Chatham Cnty.*, 2023 WL 2541123, at *1 (S.D. Ga. Mar. 16, 2023). "A good cause inquiry involves balancing the asserted right of access against the other party's interest in keeping the information confidential." Factors that a court should consider in making this inquiry include:

> whether allowing access would impair court functions or harm legitimate privacy interests, the degree of and likelihood of injury if made public, the reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns, and the availability of a less onerous alternative to sealing the documents.

*Romero*, 480 F.3d at 1246.

NBCU previously argued that good cause existed to seal Exhibit 19 because it contains personal information about third-parties to this action, including medical information. *See Prospero v. Prescott*, 2022 WL 19837318, at *2 (S.D. Ga. July 15, 2022) (permanently sealing "embarrassing" and "stigmatizing" medical records).[1] This Court agreed, granting NBCU's motion to seal. *See* Dkt. 148. These reasons are equally applicable now. Plaintiff's counsel consents to the sealing and replacing of this document.

---

[1] A more fulsome explanation of the reasons for sealing can be found in NBCU's original motion to seal. *See* Dkt. 140.

**CONCLUSION**

For the foregoing reasons, NBCU respectfully requests that the Court order Docket Entry 136-19 sealed and replace it with the redacted Exhibit 19 attached to this Motion.

Dated: January 26, 2024

/s/ Elizabeth A. McNamara
Elizabeth A. McNamara
(admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Tel: (212) 489-8230
lizmcnamara@dwt.com

Cynthia L. Counts
Georgia Bar No. 190290
FISHERBROYLES, LLP
945 East Paces Ferry Rd. NE, Suite 2000
Atlanta, GA 30326
(404) 550-6233
cynthia.counts@fisherbroyles.com

*Attorneys for Defendant NBCUniversal Media, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 26th of January, 2024, a true and correct copy of the foregoing document was served upon the following via the Court's electronic filing system:

Stacey Godfrey Evans
sevans@staceyevanlaw.com

Amble Johnson
ajohnson@staceyevanslaw.com

Scott R. Grubman
sgrubman@cglawfirm.com

/s/ *Elizabeth A. McNamara*
Elizabeth A. McNamara
(admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Tel: (212) 489-8230
lizmcnamara@dwt.com

*Attorneys for Defendant NBCUniversal Media, LLC*