IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | CIVIL ACTION NO.: 5:21-CV-00056-LGW-BWC |

### DECLARATION OF STACEY G. EVANS

1. My name is Stacey G. Evans and I am an attorney and Partner at Stacey Evans Law, located at 4200 Northside Pkwy. NW, Suite 200, Atlanta, Georgia 30327. I am an attorney of record for the Plaintiff, Dr. Mahendra Amin, in this action.

2. The patient referred to in briefing as "KC," who received a hysterectomy from Dr. Amin while she was detained by ICE at ICDC, was not deposed in this action.

3. In this action, Dr. Amin has produced to NBCUniversal thousands of pages of medical records pertaining to hundreds of women detained by ICE at ICDC who were his patients over the course of his several years of treating that patient population.

4. On December 22, 2023 and January 5, 2024, NBCUniversal produced communications pursuant to the Court's order granting in part Dr. Amin's motion to compel. These documents included communications attached to Dr. Amin's response to summary judgment.

5. NBCUniversal only produced five emails showing Ms. Wallace being given any information about ICDC or Dr. Amin prior to her show on September 15, 2020. Ms. Wallace provides no comment in these emails.

6. Attached as **Exhibit A** is a true and correct copy of Ainsley-Soboroff Text Exchange, Sept. 2020.

7. Attached as **Exhibit B** is a true and correct copy of excerpts of the deposition of Dawn Wooten, Sept. 30, 2023.  It is completely redacted.

8. Attached as **Exhibit C** is a true and correct copy of an article by the website Prism, Sept. 17, 2020.

9. Attached as **Exhibit D** is a true and correct copy of excerpts of the deposition of Christopher Scholl, July 12, 2023.  It is partially redacted.

10. Attached as **Exhibit E** is a true and correct copy of an email written by Andrew Free, September 23, 2020.  It is completely redacted.

11. Attached as **Exhibit F** is a true and correct copy of excerpts of the deposition of Julia Ainsley, April 25, 2023.  It is partially redacted.

12. Attached as **Exhibit G** is a true and correct copy of excerpts from the deposition of Jacob Soboroff, May 18, 2023.

13. Attached as **Exhibit H** is a true and correct copy of excerpts from the deposition of Ben Osorio, Sept. 15, 2023.  Identifying names of one patient and two clients have been redacted.

14. Attached as **Exhibit I** is a true and correct copy of declaration of Dr. Mahendra Amin, February 2, 2024.

15. Attached as **Exhibit J** is a true and correct copy of affidavit of Robert Juran Ray, CRNA, October 20, 2020.

16. Attached as **Exhibit K** is a true and correct copy of affidavit of Maria Nito, October 1, 2020.

17.      Attached as **Exhibit L** is a true and correct copy of affidavit of Carol Hutchison, April 2, 2023.

18.      Attached as **Exhibit M** is a true and correct copy of excerpts of the deposition of Warden David Paulk, November 13, 2023. It is completely redacted.

19.      Attached as **Exhibit N** is a true and correct copy of Ainsley Email, September 18, 2020. It is completely redacted.

20.      Attached as **Exhibit O** is a true and correct copy of Ainsley Email, October 14, 2020. It is completely redacted.

21.      Attached as **Exhibit P** is a true and correct copy of Email Thread 1, September 15, 2020.

22.      Attached as **Exhibit Q** is a true and correct copy of Email Thread 2, September 15, 2020.

23.      Attached as **Exhibit R** is a true and correct copy of Email Thread 3, September 15, 2020. It is completely redacted.

24.      Attached as **Exhibit S** is a true and correct copy of Email Thread 4, September 15, 2020.

25.      Attached as **Exhibit T** is a true and correct copy of Email Thread 5, September 15, 2020.

26.      Attached as **Exhibit U** is a true and correct copy of Email Thread 6, September 15, 2020.

27.      Attached as **Exhibit V** is a true and correct copy of Email Thread 7, September 15, 2020.

28. Attached as **Exhibit W** is a true and correct copy of excerpts of the deposition of NBCUniversal 30(b)(6) witness, Mary Faria, October 3, 2023.

29. Attached as **Exhibit X** is a true and correct copy of Article in NewsConnect, September 15, 2020.  It is completely redacted.

30. Attached as **Exhibit Y** is a true and correct copy of Wooten Retaliation Complaint, December 29, 2022.

31. Attached as **Exhibit Z** is a true and correct copy of DHS OIG Report, January 23, 2024.

32. Attached as **Exhibit AA** is a true and correct copy of excerpts of the deposition of Dr. Mahendra Amin, August 1, 2023.

33. Attached as **Exhibit BB** is a true and correct copy of excerpts of the deposition of Maria Nito, August 23, 2023.

34. Attached as **Exhibit CC** is a true and correct copy of excerpts of the deposition of Alma Arceo, October 3, 2023.

35. Attached as **Exhibit DD** is intentionally omitted.

36. Attached as **Exhibit EE** is a true and correct copy of excerpts of the deposition of Rachel Maddow, May 17, 2023.  It is partially redacted.

37. Attached as **Exhibit FF** is a true and correct copy of excerpts of the deposition of Alexander Price, June 15, 2023.

38. Attached as **Exhibit GG** is a true and correct copy of excerpts of the deposition of Chris Hayes, August 9, 2023.

39. Attached as **Exhibit HH** is a true and correct copy of Shamis Emails 1, September 17, 2020.  It is completely redacted.

40. Attached as **Exhibit II** is a true and correct copy of Shamis Emails 2, September 18, 2020.  It is completely redacted.

41. Attached as **Exhibit JJ** is a true and correct copy of Shamis Texts, September 15, 2020.  It is completely redacted.

42. Attached as **Exhibit KK** is a true and correct copy of an audio recording of the phone meeting "Standards Call," produced by NBCUniversal, the transcript of which NBCUniversal filed at Doc. 132-15, Price Decl. Ex. 15.  It is completely redacted.

43. Attached as **Exhibit LL** is a true and correct copy of signed medical consent forms of the patient referred to by the parties as "PB."  It is completely redacted.

44. Attached as **Exhibit MM** is a true and correct copy of signed medical consent forms of the patient referred to by the parties as "MCR."  It is completely redacted.

45. Attached as **Exhibit NN** is a true and correct copy of signed medical consent forms of the patient referred to by the parties as "YRJ."  It is completely redacted.

46. Attached as **Exhibit OO** is a true and correct copy of excerpts of the deposition of "BPR," July 21, 2023.  It is completely redacted.

47. Attached as **Exhibit PP** is a true and correct copy of excerpts of the deposition of "LW," September 22, 2023.  It is completely redacted.

48. Attached as **Exhibit QQ** is a true and correct copy of excerpts of the deposition of "MCR," September 6, 2023.  It is completely redacted.

49. Attached as **Exhibit RR** is a true and correct copy of excerpts of the deposition of "YYO," July 27, 2023.  It is completely redacted.

50. Attached as **Exhibit SS** is a true and correct copy of excerpts of the deposition of "YRJ," July 27, 2023.  It is completely redacted.

51.     Attached as **Exhibit TT** is a true and correct copy of excerpts of the deposition of Dr. Lauren Hamilton, October 30, 2023.  It is completely redacted.

52.     Because multiple exhibits have been designated CONFIDENTIAL pursuant to the operative protective orders in this case (Doc. 42; Doc. 107), I will file a Motion to Seal concurrently with this motion and will send the Court unredacted versions of the exhibits that are attached to this motion and redacted as to cited portions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed in Atlanta, Georgia on February 2, 2024.

By: */s/ Stacey G. Evans*
Stacey G. Evans