# Exhibit A



CONFIDENTIAL   NBCU003147



CONFIDENTIAL                                                                                    NBCU003148







CONFIDENTIAL
NBCU003151



CONFIDENTIAL                                                                                             NBCU003152


CONFIDENTIAL
NBCU003153



CONFIDENTIAL

NBCU003154



CONFIDENTIAL   NBCU003155



CONFIDENTIAL
NBCU003156



CONFIDENTIAL
NBCU003157



CONFIDENTIAL  NBCU003158



CONFIDENTIAL

NBCU003159