# Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
---------------------------------------------------x

Dr. Mahendra Amin, M.D.

Plaintiffs, Case No. 5:21-CV-00056-LGW-BWC

vs.

NBCUNIVERSAL MEDIA, LLC

Defendants.

---------------------------------------------------x

VIDEOTAPED DEPOSITION OF CHRISTOPHER SCHOLL

1251 Sixth Avenue

New York, New York

Wednesday, July 12, 2023

9:37 a.m.

Reported By:
Cheryll Kerr, CSR
Job No. 131324

**Q. When you would have conversations with sources on the phone or in person, would you record those?**

A. No. I can't recall ever doing that. If I did, I would tell them.

**Q. You testified earlier about the reporting generally that "everybody was doing it." Do you recall saying that?**

A. I recall saying that it was -- it was a story that a lot of platforms and network -- you know, different news organizations were interested in. That's what I meant.

**Q. Were you aware of any other broadcast news that was reporting Dr. Amin's name?**

A. No, I don't -- in general terms -- you know, I -- I believe that our reporting should stand on its own. I don't spend a lot of time focused on what other news organizations are reporting.

That's not to say I discount them entirely, but I would look at it. It's another source of information, but ultimately, we are responsible for what we report.

(Pause.)

BY MS. EVANS:

**Q. What is your view of The Intercept as a news source?**

A. I mean, I don't have a view of The Intercept. I -- when I -- speaking as a standards person -- you know, when I look at any outside news organization's reporting, I do not --

I may consider in some cases the -- sort of the reputation of an organization in terms of determining whether it's -- whether they've got something that will be attributable, for example, to them. That may be a small factor.

In general terms, I don't pay any attention. I mean, I -- I want our journalism to stand you up on its own. You know, I want it to be ours. And the Intercept may be reporting something that we -- that we have reason to believe is accurate or not accurate. It's sort of irrelevant. I want to be comfortable with the information before something is reported on one of our platforms, and that's what happened here.

You know, I know there were other news organizations looking at various parts of this story. During the process, I -- I don't think I was paying a lot of attention to that, as -- which would normally be the case. I wouldn't.

If somebody cites a specific story to me, brings something to my -- to my attention, I might look at it and decide -- and decide whether or not it's got

your question.

MS. EVANS: I'm serious. I can't wait to know how he's going to answer this question.

THE WITNESS: Well, let me tell you what happened. To the best of my recollection -- first of all, I don't know what Prism is. I still don't, and I probably was --

It probably struck me right away I don't know who these people are. Why don't -- why do we want to sort of tie in with them? Because when you do that, you're sort of coming in and tying yourself to some other news organization's reporting, which sort of also implicitly says that -- that the whole collection of what they're reporting is also valid, and we don't know.

And I -- I don't remember reading this. I'm sure I did read it. I would have clicked on the link at the time and gone there, but my guess is this organization called Prism -- whoever they are -- probably had aspects of their story in there that I would have been uncomfortable with, and that's --

I'm purely saying that not on the basis of fact but how my brain works, right? That's

probably what was going through my head at that point. Something about the Prism write-up was nagging at me, and I didn't want to tie ourselves to that.

BY MS. EVANS:

**Q. Putting aside Exhibit 101 and what did you or didn't think about Prism for purposes of my next question, did the use of Dr. Amin's photos on the on-air broadcast implicitly suggest that the accusations against him have merit?**

A. No. No.

**Q. Why?**

A. Because when we show pictures on television, it doesn't necessarily mean anything. It's just pictures on TV. If we have video or images, we'll show them. It's just a visual. It's -- it's -- it's -- you know, frankly, you do the same thing on an online world. If you have a photograph, somebody would use it. It's -- it doesn't say anything about the facts of the story or what we're reporting. It's just a picture of the individual at the center of the story.

**Q. You did not think it was appropriate for NBCUniversal to implicitly suggest that the accusations against Dr. Amin had merit, true?**

A. I don't think -- we didn't know that the

[redacted]