# Exhibit G

```
 1              UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF GEORGIA
 2                    WAYCROSS DIVISION

 3   DR. MAHENDRA AMIN, M.D.

 4               Plaintiff,    CASE NO.
        v.                     5:21-CV-00056-LGW-
 5                             BWC
     NBCUNIVERSAL MEDIA, LLC,
 6
                 Defendant.
 7


 8
             *** CONFIDENTIAL TRANSCRIPT ***
 9
            VIDEO-RECORDED DEPOSITION OF
10                 JACOB SOBOROFF

11         Davis Wright Tremaine, LLP
           1251 Avenue of the Americas
12                  21st Floor
            New York, New York 10020
13
                    05/18/2023
14               10:35 a.m. (EDT)

15

16

17

18

19

20

21

22

23

24
     REPORTED BY:  MONIQUE CABRERA
25   JOB NO. 14603
```

```
 1   NBCUniversal?
 2       Q.    Yes.
 3       A.    I don't believe so.
 4       Q.    What about any individuals,
 5   since you made that distinction?
 6       A.    Can you define "assist -- assist
 7   the publicity"?
 8       Q.    Yeah, you or the publisher
 9   assist.
10       A.    In what way?
11       Q.    Making connections for book
12   readings or book signings or just
13   otherwise sort of --
14       A.    Not really.  It was an unusual
15   time to publish a book because it was the
16   pandemic and so there wasn't -- I don't
17   believe I had a single in-person event
18   or -- that other people attended related
19   to the book.
20       Q.    Did you appear on any NBC or
21   MSNBC programs to talk specifically about
22   the book?
23       A.    I did.
24       Q.    Which ones?
25       A.    Many.
```

 1    Q.    Morning Joe?
 2    A.    Yes.
 3    Q.    I watch MSNBC, but I don't know
 4   that I am going to be able to name all the
 5   shows.
 6    A.    I don't want to say every
 7   program, but many of the broadcasts on
 8   MSNBC, the Today Show.
 9    Q.    All In with Chris Hayes?
10    A.    Yes.
11    Q.    The Rachel Maddow Show?
12    A.    Yes.
13    Q.    I guess it would have been
14   Chris -- Joy Reid did not have her show
15   yet?
16    A.    I don't recall.  Brian
17   Williams's broadcast I appeared on.
18   Nicolle Wallace's broadcast, I recall
19   appearing on.  What we call day-side
20   programming I appeared on, which is the
21   daytime hours of MSNBC.
22          The subject matter was of great
23   interest to our audience.  If you're a
24   viewer, I am sure you recall.
25    Q.    Sure.

```
 1   whistleblower complaint.  But it wasn't
 2   new news in the sense that --
 3          (Reporter clarification.)
 4      A.    -- it was not new news in the
 5   sense that that particular topic,
 6   conditions inside ICE detention as it
 7   related to the coronavirus, had been
 8   something that we had reported on
 9   previously.
10   BY MS. EVANS:
11      Q.    And the reporting that you had
12   started working on at some point on
13   September 14th or 15th, 2020, as a result
14   of Exhibit 2 was about hysterectomies and
15   gynecological care, right, as opposed to
16   Covid?
17      A.    That's correct.  I mean,
18   obviously it's all in this whistleblower
19   complaint.  But the reporting particularly
20   focused on what, to me, was new news.
21      Q.    Right.  You likely wouldn't have
22   undertaken the efforts that you did on
23   September 15th for just another Covid
24   story, right?
25      A.    That's hard to say.  And
```

```
 1      Q.    Were you aware that several
 2   women that were at ICDC were no longer
 3   subject to deportation after the
 4   information reflected in Exhibit 2?
 5      A.    I have a vague recollection of
 6   that, yes.
 7      Q.    Did any of the lawyers that you
 8   spoke with on September 15th, 2020 talk to
 9   you about their concerns about their
10   clients' status in being able to stay in
11   the country?
12      A.    I believe so, although, there
13   were many media reports about that.  And I
14   could be remembering the media reports
15   versus conversations I had with the
16   lawyers.  My recollection is there were
17   other media reports that I didn't author
18   myself.
19      Q.    You were aware that being able
20   to stay in the country was a goal for the
21   detainees at Irwin County Detention
22   Center, as a general matter, true?
23      A.    As it is for all migrants in
24   immigration custody.
25      Q.    And all the coverage that you've
```

 1   Repeat the question, please.
 2        Q.   At that time of your appearance
 3   on The Rachel Maddow Show on September
 4   15th, 2020, isn't it true that of the
 5   lawyers that you and Julia had spoken to,
 6   you had only learned of two detainees who
 7   had had hysterectomies -- who said they
 8   had hysterectomies?
 9        A.   That's my recollection.  And I
10   believe that that's what my answer
11   represents to Rachel as well.  When I say
12   "at least in two of those cases," I
13   believe what I am saying there is, as of
14   this moment, this is what we can report.
15        Q.   Did you have any reason to think
16   at that moment from your conversations
17   with the lawyers that there was more than
18   two women who claimed they had
19   hysterectomies?
20        A.   I don't believe so, although
21   what I will say is we were continuing to
22   report on information that we were trying
23   obtain from ICE, try to get a specific
24   response as possible to the very questions
25   that, you know, you're asking me about