# Exhibit H

```
 1              UNITED STATES DISTRICT COURT

 2         FOR THE SOUTHERN DISTRICT OF GEORGIA

 3    DR. MAHENDRA AMIN, M.D.,     *

 4            Plaintiff,           *   CASE NO.:

 5    vs.                          *   5:21-CV-00056-

 6    NBCUNIVERSAL MEDIA, LLC,     *   LGW-BWC

 7            Defendant.           *

 8    *  *  *  *  *  *  *  *  *  *

 9    VIDEOTAPED DEPOSITION OF:

10                 BENJAMIN OSORIO,

11    was held on Friday, September 15, 2023,

12    commencing at 10:44 a.m. at the offices of

13    Murray Osorio, 4103 Chain Bridge Road, Suite

14    300, Fairfax, Virginia, reported by Teague

15    Gibson, Notary Public.

16                   *   *   *

17

18

19           HUSEBY GLOBAL LITIGATION
       1230 West Morehead Street, Suite 408
20              Charlotte, NC  28208
                  (800) 333-2082
21         E-mail: calendar@huseby.com
```

```
 1      A.    Yes, ma'am.
 2      Q.    But not at the time that she was
 3   detained?
 4      A.    I never asked.
 5      Q.    Did you see any medical records
 6   from any of the procedures that she had?
 7      A.    Later, yes, ma'am.
 8      Q.    In September 2020?
 9      A.    No, it would be later than that.
10      Q.    When do you remember it to be?
11      A.    I think it took a month or two to
12   get all of her medical records, if not
13   longer.
14      Q.    Did you reach out to Dr. Amin's
15   office for records?
16      A.    Yes, ma'am.
17      Q.    What did you find out?
18      A.    He says that he has no records
19   for her.
20      Q.    Have you found anything that
21   would lead you to believe at this point that
```

```
 1    Ms. ▇▇▇▇ was ever treated by Dr. Amin?
 2        A.   It's hard to say, given the
 3    condition that the records were in.  And I'm
 4    still very confused about the abdominal
 5    procedure and who she would have seen for
 6    that.
 7        Q.   Did you reach out to Dr. Amin's
 8    office to receive medical records for Ms.
 9    ▇▇▇▇▇▇▇?
10        A.   Yes, ma'am.
11        Q.   Did you receive them?
12        A.   In delayed batches.
13        Q.   But you did get them?
14        A.   Eventually, yes, ma'am.
15        Q.   Do you any reason to believe that
16    Dr. Amin's office is withholding any records
17    from Ms. ▇▇▇▇▇▇?
18        A.   Not for Ms. ▇▇▇▇.
19        Q.   For anybody else?
20        A.   He definitely withheld stuff from
21    ▇▇▇▇▇▇▇▇ and we had to go to the hospital to
```

1   believe, I could be wrong, but I thought

2   that Telemundo happened before the MSNBC.

3       Q.    Did you ever speak with someone

4   named Julia Ainsley?

5       A.    I think I had a brief phone call

6   with her when all this was going on, but it

7   was chaos and at that point our office was

8   blowing up with phone calls.

9       Q.    How long do you recall that phone

10  call lasting?

11      A.    Not long.  It would have been

12  less than five minutes.

13      Q.    What was the substance of the

14  call?

15      A.    She was asking me if I had

16  clients that were involved in the Project

17  South report.

18      Q.    What did you tell her?

19      A.    That I believed that we might at

20  that point.

21      Q.    Did you confirm for her that you

1   did or just say that you thought you might?

2       A.    I knew -- I think I confirmed

3   that we had at least one person that we had

4   records for and we had a second person that

5   we believed might be involved but we didn't

6   have medical records at that time.

7       Q.    Anything else that you can recall

8   telling Ms. Ainsley?

9       A.    Not that I remember.  Oh, sorry,

10  I did tell her that the documents indicated

11  that the need for the hysterectomy was

12  necessitated by cancer, so I do believe that

13  I conveyed that.

14      Q.    For Ms. ▬▬▬▬?

15      A.    Yes, ma'am.

16      Q.    Did you ever tell Ms. Ainsley

17  that Ms. ▬▬▬▬ did not have cancer?

18      A.    No, ma'am.  I did say that we --

19  given sort of the allegations in the

20  whistleblower report, I think we were

21  questioning everything at that point.  So I

 1   think I might have said that this is what

 2   the claim is, we're trying to get everything

 3   we can on this.

 4        Q.    The claim being?

 5        A.    That she had cancer and that

 6   necessitated the hysterectomy.

 7        Q.    Did you ever talk with someone

 8   named Jacob Soboroff?

 9        A.    Not that I remember.

10        Q.    Do you know who Jacob Soboroff

11   is?

12        A.    I do.  And I think I would

13   remember if I spoke to him.

14        Q.    Did you ever speak with Mr.

15   Soboroff about child separation policy

16   issues?

17        A.    I don't ever remember speaking

18   with him.

19        Q.    But you know enough about Jacob

20   Soboroff to know -- strike that.

21              You know enough about Jacob

1   those concerns to me, given the contents of
2   the Project South.
3        Q.    I asked you did Ms. ███████ tell
4   you that she believed her hysterectomy was
5   unnecessary and you said not that I recall.
6   I'm saying that to set up my next question,
7   which is what did Ms. ███████ tell you that
8   lead you to believe that she may have had
9   concerns that her hysterectomy was
10  unnecessary?
11             MR. PORETZ:  Object to the form.
12       A.    She expressed concerns, given the
13  allegations in there, like, we were we
14  questioning whether it was necessary.  She
15  never said that she believed that.  I think
16  we were in sort of an endeavor to find out
17  whether it was necessary or not, so she had
18  the same concerns that I had.
19       Q.    She wanted to find out?
20       A.    She -- I think we wanted all the
21  records and verification from independent

 1   camp was that, yes, it was medically

 2   necessary.

 3        Q.    And may have saved her life?

 4        A.    Yes, ma'am.

 5        Q.    Did you talk to Ms. Ainsley

 6   about -- strike that.

 7              Did you talk to Ms. Ainsley about

 8   Ms. ▇▇▇▇ at all?

 9        A.    Yes, ma'am, I believe so.

10        Q.    Just that -- strike that.

11              By name?

12        A.    I don't remember.

13        Q.    To the best of your recollection,

14   is it just that you referred to having two

15   clients that had procedures done?

16        A.    Yes, ma'am.

17        Q.    Did you identify two women as

18   having had hysterectomies or just two women

19   having had procedures?

20        A.    I believe -- I mean, honestly, I

21   don't remember what exactly I said, but it

```
 1    would be weird for me to confirm -- it would
 2    be out of a character for me to say that I
 3    had two women that had two hysterectomies if
 4    I didn't have the records yet.
 5         Q.    Even to this day, you don't know
 6    if Ms. [REDACTED] had a hysterectomy, right?
 7         A.    To the best of my knowledge, no.
 8         Q.    So you wouldn't have likely said
 9    that to Ms. Ainsley, would you?
10         A.    That's correct.
11         Q.    Did you talk to Ms. Ainsley
12    about -- strike that.
13               Did you tell Ms. Ainsley that Ms.
14    [REDACTED] had been advised that she had ovarian
15    cysts that were cancerous?
16         A.    Ms. [REDACTED] or Ms. [REDACTED]?
17         Q.    Ms. [REDACTED]?
18         A.    Not Ms. [REDACTED].
19         Q.    Did you say that to Ms. Ainsley
20    about Ms. [REDACTED]?
21         A.    I don't remember the exact --
```

```
 1   that at that time because ICE said there had

 2   only been two hysterectomies performed.  And

 3   I don't remember X number of past years, but

 4   we knew ICE was claiming another person and

 5   then the Senate report, doesn't identify the

 6   person, but identifies that another one was

 7   performed.

 8        Q.   Until that ICE statement came out

 9   regarding two hysterectomies in September

10   2020, you didn't know of any hysterectomy,

11   other than Ms. ▇▇▇▇▇▇▇▇; is that right?

12        A.   I only knew what my clients had

13   told me and so, yes.  At that point I was

14   only aware of that Ms. ▇▇▇▇▇▇, we had

15   records had it, and ▇▇▇▇ was claiming to

16   have had what she thought was a hysterectomy

17   and then later I think we narrowed it down

18   to being an abdominal procedure.

19        Q.   And you did not tell anybody

20   affiliated with MSNBC or NBC News that ▇▇▇▇

21   ▇▇▇▇▇ had a hysterectomy because you didn't
```

 1   know, right?
 2       A.   I might have said that she claims
 3   that or that we believe that she had had a
 4   hysterectomy, but that we didn't have
 5   records to confirm that yet.
 6       Q.   To the best of your recollection,
 7   you definitely would have told them that you
 8   hadn't been able to confirm it, true?
 9            MS. MCNAMARA:  Objection, form.
10       A.   Yes, ma'am.
11       Q.   When you first saw the Project
12   South letter most of it's about -- strike
13   that.
14            Most of the Project South letter,
15   you can refer to it if you need to, most of
16   it's about Covid, would you agree with that?
17       A.   I would have to revisit it.
18       Q.   Let me just ask a different
19   question.  When you read the allegations
20   regarding OB-GYN medical care in the Project
21   South letter, what was your initial