# Exhibit I

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | CIVIL ACTION NO.: 5:21-CV-00056-LGW-BWC |

### DECLARATION OF DR. MAHENDRA AMIN, M.D.

1. My name is Dr. Mahendra Amin, I am over 21 years of age, and I do not labor under any mental illness or disability. I voluntarily make this affidavit based upon my personal knowledge and observations.

2. I am a doctor with a medical practice in Douglas, Georgia.

3. I provided gynecological medical treatment to women held by ICE at the Irwin County Detention Center.

4. The women were brought to my medical office or to Irwin County Hospital for medical treatment. I never treated any patient while physically inside the ICDC.

5. I have produced all medical records from my office for my gynecological medical treatment of ICE detainees who were brought to my office or Irwin County Hospital for treatment.

6. Those medical records note patient conditions and my observations of the patients from my examinations of them.

7. Those noted conditions and my observations of the patients from my examinations of them informed my decision as a medical doctor that all procedures I performed on those patients were medically necessary.

8. I never treated any patients, including ICE detainees, roughly.

9. My examinations and in-office treatment never caused any patients, including ICE detainees, bruising.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed in ___Douglas___, Georgia on __Feb. 2nd__ 2024.

By: _____
Dr. Mahendra Amin