# Exhibit J

## AFFIDAVIT OF ROBERT JURAN RAY

In the State of Georgia

County of IRWIN

Personally appeared before the undersigned being authorized by law to administer oaths, **Robert Juran Ray**, who after being duly sworn, deposes and says:

1. My name is **Robert Juran Ray**, I am over 21 years of age, and do not labor under any mental illness or disability. I voluntarily make this affidavit based upon my personal knowledge and observations.

2. I am a Certified Registered Nurse Anesthetist ("CRNA"). I have been a licensed CRNA for over 29 years. Over the last 20 years, I have provided anesthesia services for procedures performed by Dr. Amin, including procedures performed on ICE detainees.

3. I have personally witnessed Dr. Amin treat and performs procedures on his patients, including ICE detainees. Based on my observations, Dr. Amin treats all of his patients very well. I never witnessed Dr. Amin treat any patient, including ICE detainees, roughly or inappropriately.

_____
Robert Juran Ray, CRNA
Affiant

Sworn to and subscribed before me,

this 20 day of October, 2020.

_____
Signature of Notary Public
Commission Expiration: _____

Page 1 of 1

AMIN_0001167
AMIN_0001167