# Exhibit K

## AFFIDAVIT OF MARIA NITO

In the State of Georgia

County of Coffee

Personally appeared before the undersigned being authorized by law to administer oaths, **Maria Nito**, who after being duly sworn, deposes and says:

1. My name is **Maria Nito**, I am over 21 years of age, and do not labor under any mental illness or disability. I voluntarily make this affidavit based upon my personal knowledge and observations.

2. I am a native Spanish speaker. I have worked for Dr. Mahendra Amin's medical practice since 2006 in various positions. I am currently employed by Dr. Amin as a surgical coordinator, certified medical assistant, and Spanish interpretator.

3. I have personally witnessed Dr. Amin treat patients (including ICE detainees) at Dr. Amin's office.

4. ICE detainees were treated at Dr. Amin's office andwere always accompanied by at least one security guard who remained inside the examination room throughout any examination. Dr. Amin was never alone in an examination room with an ICE detainee.

5. When treating ICE detainees or any other patient who did not speak English, Dr. Amin uses a interpreter in all aspects of treatment. For patients who speak Spanish, including ICE detainees, I often interpret for Dr. Amin. If I am not available to interpret for a particular patient, Dr. Amin utilizes another of his employees who is also a native Spanish speaker. If a interpreter is not physically present to interpret for a patient, or if the patient speaks a language other than English or Spanish, Dr. would use a telephonic translation service provided by ICE. The telephonic translation service provides interpreters for various languages. Dr. Amin always used a interpreter for a any patient

Page 1 of 3

## AFFIDAVIT OF MARIA NITO

who did not speak English, including ICE detainees.

6. I have personally witnessed Dr. Amin's discussions with patients. Before obtaining informed consent, Dr. Amin provides all of his patients, including ICE detainees, detailed information regarding treatment recommendations, risks, and treatment alternatives. This includes detailed information regarding how the recommended procedure will be performed and any possible complications. Patients, including ICE detainees, are always asked if they have questions and if so, any such questions are answered. As discussed above, when necessary, Dr. Amin uses a interpreter to communicate treatment options, procedure details, and to ensure that his patients, including ICE detainees, voiced understanding of the medical information that he provided.

7. Dr. Amin received approval or consent from all of his patients, including ICE detainees, before performing any procedure. All patients, including ICE detainees, were aware of their treatment options, Dr. Amin's recommendations, and the details of the procedure that the patient opted to undergo before the procedure was performed.

8. Dr. Amin treated patients very well and I never witnessed Dr. Amin mistreat any patient, including ICE detainees. I never witness Dr. Amin treat any patient or ICE detainee roughly or inappropriately. I also never witnessed Dr. Amin recommend or perform a medically unnecessary service or procedure.

9. I never witnessed Dr. Amin perform a pelvic examination without gloves.

10. For ICE detainees, ICE had to pre-approve any and all procedures before Dr. Amin could perform that procedure. ICE's pre-certification process was explained to the patient as detailed above and if the patient opted for a procedure, I would submit the patient's medical records along surgical instructions to Irwin County Detention Center ("ICDC").

Page 2 of 3

## AFFIDAVIT OF MARIA NITO

The surgical instructions provided directions for ICDC to contact the hospital for surgery time and instructions for the detainee to follow. The medical records and surgical instructions were submitted to ICDC with a targeted surgical date in order to obtain approval for the procedure. ICDC sends paperwork to ICE to request an authorization code for the procedure. Once the procedure is approved, ICE issues a authorization code. The approval and authorization code is sent to ICDC, who send the authorization code to Dr. Amin. The pre-certification process can take up to 1-2 weeks.

11. When I receive ICE's authorization code for approval, I send the paperwork with Dr. Amin to the hospital so the detainee can sign the informed consent form on the date of the procedure. I also send paperwork with the authorization code to the hospital, who then contacts ICDC to schedule arrival and instructions 2-3 days before surgery.

12. Written consent is provided by the patient and Dr. Amin performs the procedure. Dr. Amin has never performed a procedure on an ICE detainee without ICE pre-approving the procedure first. The patient has ample time and opportunity to opt out of the procedure. The patient is informed of her options by Dr. Amin on the date of her last appointment, by medical in ICDC, and by the nurse at the hospital during pre-op. If detainee opts out of the procedure or changes her mind, she is taken back to ICDC and is not forced or coarcered into doing the procedure.

_Maria Nito_
Affiant

Sworn to and subscribed before me,
this 1st day of October, 2020,

Signature of Notary Public
Commission Expiration: January 14, 2023

Page 3 of 3