# Exhibit L

## AFFIDAVIT OF CAROL HUTCHISON

Re:     Mahendra Amin, M.D.

**In the State of Georgia**
**County of ___Coffee_____**

Personally appeared before the undersigned being authorized by law to administer oaths, **Carol Hutchison**, who after being duly sworn, deposes and says:

1. My name is **Carol Hutchison**, I am over 21 years of age, and I do not labor under any mental illness or disability.

2. I provide this sworn affidavit based on my personal observations and knowledge, without compensation, and free of undue influence.

3. On August 28, 2020 I attended an appointment with Dr. Amin at Irwin County Hospital for the purpose of having a hysterectomy.

4. As part of the pre-op process, I was seated in an area that had several cubicle-like patient areas separated by curtains.

5. There was one patient room with a physical door near the cubicle-like area where I was seated.

6. During the time I was seated in that area, the curtain to my cubicle-like area was open and I could see into the patient room that had a physical door, which also remained open.

7. During the time I was seated in that area, I observed a woman who was escorted to the room with the door. She had shackles on her hands and feet.

8. She was accompanied by a female officer who was present the entire time that I was in the pre-op area.

9. I did not observe her trip, fall, or have difficulty walking.

10. I did not observe that she cried.

1

AMIN_0013520

AFFIDAVIT OF CAROL HUTCHISON

11. I observed someone state that a translator service was needed.

12. I observed statements being made to the woman in shackles in Spanish.

13. After the discussion in Spanish, I observed the woman in shackles sign on an electronic pad, which I know from my own experience is the signing of a consent form for treatment.

14. I am 38 years old. I have been a patient of Dr. Amin's for as long as I can remember. I have never been treated by another OB/GYN.

15. I have had passing interactions with detainees during my visits to Dr. Amin's medical office and I have never observed any mistreatment or heard any complaints from detainees. I have never observed Dr. Amin treat anyone in a rough manner.

16. I have observed Dr. Amin and his office staff treat all patients similarly, whether they were detainees or not.

17. My personal experiences with Dr. Amin have all been positive. He always explains various treatment options to me and gives me the opportunity to ask questions or share my concerns. I could not ask for anyone better as my OB/GYN.

Carol Hutchison
Affiant

Sworn to and subscribed before me,
this 20 day of April, 2023,

Signature of Notary Public
Commission Expiration: 3/9/26



2