# Exhibit U

| From: | Schone, Mark (NBCUniversal) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=590C058357034638A3099899657694A4-SCHONE, MAR> |
|---|---|
| To: | Scholl, Christopher (NBCUniversal); Ainsley, Julia (NBCUniversal); Soboroff, Jacob (NBCUniversal) |
| Sent: | 9/15/2020 5:29:03 PM |
| Subject: | FW: Lawyers allege abuse of migrant women by gynecologist for Georgia ICE detention center |

I published this, which is based on the reporting you approved, after ▇▇▇▇▇▇▇▇▇▇▇▇ I don't know about NCX. Julia is now doing a hit on it.

**From:** "Schone, Mark (NBCUniversal)" <Mark.Schone@nbcuni.com>
**Date:** Tuesday, September 15, 2020 at 5:25 PM
**To:** "Soboroff, Jacob (NBCUniversal)" <jacob.soboroff@nbcuni.com>
**Subject:** FW: Lawyers allege abuse of migrant women by gynecologist for Georgia ICE detention center

**From:** "Schone, Mark (NBCUniversal)" <Mark.Schone@nbcuni.com>
**Date:** Tuesday, September 15, 2020 at 5:25 PM
**To:** "@NBC UNI Pitch List" <pitch.list@nbcuni.com>, "msnnewspitches@service.microsoft.com" <msnnewspitches@service.microsoft.com>, "CPublishing@synacor.com" <CPublishing@synacor.com>, "Xfinity_Editorial_News@cable.comcast.com" <Xfinity_Editorial_News@cable.comcast.com>, "@NBC UNI NightlyDigital" <nightlydigital@nbcuni.com>, "@NBC Uni Investigative Unit" <investigative.unit@nbcuni.com>, "Linzer, Dafna (NBCUniversal)" <Dafna.Linzer@nbcuni.com>, "@nbc uni Dayside Seniors" <DaysideSeniors@nbcuni.com>, "@NBC UNI Social Community Team" <socialcommunity@nbcuni.com>, "@MSNBC Primetime EPs" <msnbcprimetimeep@MSNBC.COM>, "@NBC UNI MJ Booking" <mjbooking@nbcuni.com>, "@Nightly News Rim" <nnrim@nbcuni.com>, "TODAY Daily Desk (NBCUniversal)" <TODAY.DailyDesk@NBCUNI.COM>, "@nbc uni Dayside Seniors" <DaysideSeniors@nbcuni.com>, "@NBC Uni TodayPitch" <todaypitch@nbcuni.com>, "@NBC Uni Quibi Seniors" <quibiseniors@nbcuni.com>
**Subject:** UPDATED: Lawyers allege abuse of migrant women by gynecologist for Georgia ICE detention center

By Julia Ainsley, Jacob Soboroff and Daniella Silva
ARTICLE HED: Nurse questions medical care, hysterectomies at ICE detention center in Georgia
COVER HED: Lawyers allege abuse of migrant women by gynecologist for Georgia ICE detention center
SOCIAL HED: Lawyers allege abuse of migrant women by gynecologist for ICE
SEO: A nurse who worked at a Georgia ICE center and lawyers for clients there say women are being sent to a gynecologist who  performed unnecessary procedures.
DECK: "I was brought up by the American dream that you treat people the way you want to be treated," said a nurse who filed a whistleblower complaint.
CMS: https://newscms.nbcnews.com/node/1240110
URL: https://www.nbcnews.com/news/latino/nurse-questions-medical-care-operations-detainees-immigration-jail-georgia-n1240110

CONFIDENTIAL