# Exhibit W

```
 1            UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF
 2         GEORGIA WAYCROSS DIVISION

 3    DR. MAHENDRA AMIN, M.D.

 4               Plaintiff,    CASE NO.
         v.                    5:21-CV-00056-LGW-BWC
 5
      NBCUNIVERSAL MEDIA, LLC,
 6
                 Defendant.
 7


 8
        VIDEO-RECORDED (30)(b)(6) DEPOSITION OF
 9                   MARY FARIA

10           Davis Wright Tremaine, LLP
             1251 Avenue of the Americas
11                    21st Floor
            New York, New York 10020
12
                    10/03/2023
13               9:36 a.m. (EDT)

14

15

16

17

18

19

20

21

22

23

24
     REPORTED BY:  MONIQUE CABRERA
25   JOB NO. 14625
```

 1      Q.    Is legal hold a guidance?
 2      A.    Well, to me the legal hold is
 3   you must retain responsive records.
 4      Q.    But it's still up to the
 5   custodian to follow it; right?
 6      A.    Yes.
 7      Q.    Just like it's up to an
 8   NBCUniversal employee to follow the rules
 9   that say you should not store outside of
10   the company's systems; right?
11      A.    Well, that's guidance, but we
12   are aware that employees using their
13   personal device.
14      Q.    You don't do anything about it
15   to your knowledge; right?  And you don't
16   do anything about it if they -- if they
17   use their own devices; true?
18      A.    Me personally, no.  The company.
19            There are employees that need to
20   use their personal e-mail accounts to
21   conduct business.
22      Q.    I'm going to hand you what has
23   been previously marked in this case
24   Exhibit 94.
25            (Whereupon, Exhibit 94,

```
 1        Documents, was marked for
 2        identification.)
 3        Q.    Did you look at any documents
 4   like this in your preparation for today's
 5   deposition?
 6        A.    I think I saw this.
 7        Q.    This has been represented too.
 8        A.    INews, yes, I think that was
 9   under iNews, within the iNews system.
10        Q.    INews or NewsConnect?
11        A.    I'm sorry.  NewsConnect.
12        Q.    Do you see toward -- strike
13   that.
14              Do you see the middle headline,
15   Lawyers Allege Abusive of Woman By
16   Gynecologist For ICE Detention Center.
17              Do you see that?
18        A.    Yes.
19        Q.    And then there is a link to a
20   website and then right under that, it
21   says, standard guidance.
22              Do you see that?
23        A.    Yes.
24        Q.    Is that a flag that you were
25   referring to earlier?
```

```
 1       A.    Yes, that's -- that's what I saw
 2  as the -- the standards tag, tag flag,
 3  yes.
 4       Q.    That's what it looked like?
 5       A.    It had the word, standard
 6  guidance, I thought it was in a box,
 7  though, but it had the same words.
 8       Q.    Standard guidance?
 9       A.    Yes.
10       Q.    I'm going to hand you a pen and
11  ask you to draw around the words,
12  "standards guidance" whatever you need to
13  to make it look like how you saw it when
14  you were speaking with Mr. Scholl on the
15  Teams?
16       A.    I can't recall whether it just
17  said, the standard or standard guidance,
18  but looks like that.
19       Q.    It just had a box around it?
20       A.    Yes.
21       Q.    Do you see anything on
22  Exhibit 94 that reflects the reportable or
23  non-reportable, like, tabs that you
24  referred to earlier?
25       A.    No, I don't.
```