# Exhibit AA

Page 1

```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF GEORGIA
                   WAYCROSS DIVISION



 DR. MAHENDRA AMIN, M.D.,    )
                             )
          Plaintiff,         )
                             )
 vs.                         )    CIVIL ACTION NO.
                             )    5:21-cv-00056-LGW-BWC
 NBCUNIVERSAL MEDIA, LLC,    )
                             )
          Defendant.         )
 _____)
```

        Videotaped Deposition of DR. MAHENDRA AMIN, M.D., taken by counsel for the Defendant, pursuant to notice and by agreement of counsel, under the Federal Rules of Civil Procedure, reported by Tamela G. Sheeler, RPR, CLR, CCR-6537-8261-3701-4272, at Hunter, Maclean, Exley & Dunn, PC, 200 East Saint Julian Street, Savannah, Georgia, on Tuesday, August 1, 2023, commencing at 9:30 a.m.

_____
Transcript Prepared By:

        McKEE COURT REPORTING, INC.
            P.O. Box 9092
       Savannah, Georgia 31412-9092
           (912) 238-8808

Page 41

1    concerning you both before and after MSNBC?
2             MS. EVANS:  Object to the form of the
3         question.  I further object that the question
4         directly calls for attorney/client privileged
5         communications and I instruct the witness not to
6         answer.
7    BY MS. McNAMARA:
8         Q.   And you're following your attorney's
9    instructions?
10        A.   Yes, ma'am.
11        Q.   Okay.  Turn to the amended complaint, if
12   you would, please.  And Paragraph 140.
13        A.   Yes.
14        Q.   Do you see the statement there, it says,
15   Dr. Amin always obtains informed consent from his
16   patients; is that a true statement?
17        A.   Yes.
18        Q.   And you stand by that allegation today?
19        A.   Yeah, 100 percent.
20        Q.   And you're aware, are you not, that you've
21   been sued in a punitive class action by a number of
22   women in a litigation called Oldaker?
23            MS. EVANS:  Object to the form.
24            Do you want to define some of those terms
25        or ask a more general question?

**McKee Court Reporting, Inc.**
**912-238-8808**

Page 42

```
 1   BY MS. McNAMARA:
 2        Q.    Are you aware that you've been sued by a
 3   number of women concerning the treatment they received
 4   from you?
 5        A.    Yes.
 6        Q.    And the named -- the lead plaintiff in that
 7   litigation is a woman by the name of Miss Oldaker; are
 8   you familiar with that?
 9             MS. EVANS:  Object to the form.
10        A.    Not now, but I assume she is a patient of
11   mine.
12        Q.    Are you aware that the plaintiffs in that
13   action have made a number of allegations amongst them
14   that they have not -- that -- strike that.
15             Are you aware that some of those women
16   allege that procedures were performed on them that they
17   did not adequately understand or consent to?
18             MS. EVANS:  Object to form.
19        A.    That's a lie.  I never, ever, ever, ever
20   done any surgery on any patient without consent.  And I
21   can explain it to you, I'm sure you're not a doctor --
22   have experience.
23             When patient I see in the office and she
24   needs surgery, I explain to them, give them all the
25   different options.  Once they decide to go ahead with
```

Page 43

1   the surgery, then patient goes from IH to the hospital,
2   the person who admits the patient, they would make sure
3   all the criteria is meant.  It's like a checklist, you
4   have to check it.
5           Then that patient goes to the ASU, called
6   ambulatory surgery unit.  The nurse over there, she has
7   to go to the list, history and physical is there,
8   consent is there signed, lab work is there, nurse
9   anesthetist is there and see everything is fine.  Then
10  patient goes from ASU to the operating room.
11          In operating room the circulating nurse who
12  helps before the surgery is her responsibility to make
13  sure each and every patient has all the checklists were
14  done.  If someone is -- one part is not done, like
15  consent is not witnessed or one blood work is not there,
16  they won't even put the patient to sleep.  And also port
17  time, the anesthesia reconfirms that all, everything is
18  there.
19          So I think it is humanly impossible in this
20  country any patient goes through surgery without the
21  consent signed.  They explain to them and they
22  understand that.  If they say otherwise, the patient is
23  lying.
24       Q.   So you're saying each patient in the
25  Oldaker litigation is lying?

Page 47

1  mean?
2       A.   The hospital provided me, see, Irwin County
3  Hospital.
4       Q.   Yes.
5       A.   So like any patient I do surgery, it
6  doesn't matter which hospital, they have the hospital
7  consent.
8       Q.   So walk me through -- so this is a detailed
9  form that explains that this patient is going to get a
10 total abdominal hysterectomy with bilateral salpingo --
11      A.   Oophorectomy.
12      Q.   Okay, thank you.  To remove all female
13 organs, so it says; okay?
14      A.   Yeah.
15      Q.   So walk me through.  You said that the
16 patient is told -- explained all the information that's
17 in this form?
18           MS. EVANS:  Object to form.
19      A.   Patient has option -- means we give them
20 consent, if they want to read it, that's fine; if they
21 have any question, I answer it.  And I always explain to
22 them in detail what I'm going to do exactly, what kind
23 of surgery they need.
24           Not only that, once they go to the
25 hospital, as I told you before, three more levels

Page 48

1  they'll be checked.  Okay, you understand?  Do you have
2  any question?  They asked in ASU, they ask in the
3  operative room, anesthesia will go examine the patient,
4  the nurse examines the patient also.
5            So it's not like I'm the only one that
6  explains to the patient, it's more than one party
7  involved to make sure patient understands what kind of
8  procedures they are going through before they put you to
9  sleep.
10      Q.   Okay.  So this form you'll see where the
11 patient says before the signature by signing below I
12 acknowledge I have read -- or had it read or explained
13 to me and I understand this form and I voluntarily
14 consent to allow Dr. Amin, and it goes on; do you see
15 that?
16            MS. EVANS:  Where are you reading from?
17            MS. McNAMARA:  The paragraph right above
18       the signatures.
19            MS. EVANS: On 4474.  Would you please --
20       when you start reading a document, please direct
21       the witness where you're reading from before you
22       start reading, please.
23 BY MS. McNAMARA:
24      Q.   Dr. Amin, you see -- is your signature --
25      A.   Yes.

McKee Court Reporting, Inc.
912-238-8808

Page 57

```
 1   to do, she signs the consent, I answer all of her
 2   questions, witness, explain by nurse from ASU, operating
 3   room, anesthesia, that's more important for me than
 4   date.
 5        Q.   Okay.  And prior to scheduling the surgery,
 6   when you're working with a detained woman at the ICDC,
 7   do you get approval from ICE before scheduling the
 8   surgery?
 9        A.   Yes, any time after examining the patient,
10   whatever blood work needs to be done, I explain the
11   patient, give multiple-choice.  And if they ask me my
12   opinion, what is best for me?  I say, okay, I think you
13   need to go through this biopsy, because I want to make
14   sure everything is all right.
15             And once the patient agrees, we send all
16   the information to ICE.  And they send it, the medical
17   personnel, I don't know where it is, but they will
18   approve or disapprove the surgery.  It's not that just
19   because I recommend a surgery, that doesn't mean she
20   will have the surgery.  It is approved each and every
21   surgery done by me for my patient in ICE is approved by
22   the medical personnel from the inservice company.
23             So first thing, it would never happen that
24   I did surgery without approval.  Not only that, once the
25   patient goes to the hospital, the hospital personnel
```

Page 58

1  will verify to make sure the surgery is approved of
2  necessary paperwork is done, because otherwise they
3  won't get paid.
4         Q.    And so if I -- do you get the approval from
5  ICE before you schedule the date of the surgery?
6         A.    Correct, yeah.
7         Q.    When this form is signed by the patient,
8  Miss Claude in this case, if she doesn't speak English,
9  does someone read her the form in Spanish --
10              MS. EVANS:  Object to form.
11 BY MS. McNAMARA:
12        Q.    -- if that's her language?
13              MS. EVANS:  Object to form.
14        A.    We have -- when I examine the patient, me,
15 patient, my nurse, one officer from ICE, and they have a
16 special translation toll-free number.  If the patient
17 don't understand English, we go to the translator and it
18 explains everything.  And if there is any questions, I
19 ask them to the translator.
20        Q.    Does anybody read -- if you're using the
21 translation line, does anybody read the form through the
22 translation line so that the patient knows what they are
23 signing?
24              MS. EVANS:  Object to form, compound, lack
25        of foundation.

```
                                                          Page 190
 1   page of this letter, if you would.
 2        A.    865?
 3        Q.    Yes.  859, I'm sorry, the first page of the
 4   letter.
 5        A.    Yeah.
 6        Q.    Do you see in the second sentence of the
 7   second paragraph after it says that Dr. Amin denies any
 8   and all allegations of wrongdoing.  It indicates
 9   Dr. Amin has never performed a medically unnecessary
10   procedure; do you see that?
11        A.    Yes.
12        Q.    Is that an accurate statement?
13        A.    Yes, ma'am.
14        Q.    And you would agree, don't you, that the
15   procedures you're performing are all gynecological
16   procedures; is that correct?
17        A.    Correct.
18        Q.    And they are necessarily invasive; is that
19   correct?
20        A.    I'm sorry?
21        Q.    They are necessarily invasive.
22              MS. EVANS:  Object to form.
23        A.    Not all.
24        Q.    You supplied written interrogatories; I can
25   show you.
```

Page 288

```
 1              MS. EVANS:  Object to form.
 2              And also same instruction.
 3    BY MS. McNAMARA:
 4         Q.   Have you done any assessment of damage that
 5    the whistleblower complaint caused you?
 6              MS. EVANS:  Object to form you can answer.
 7         A.   No, I consume all of my energy in the
 8    practice.
 9         Q.   Do you believe that the filing of the
10    whistleblower complaint caused you damage?
11              MS. EVANS:  Object to form.
12         A.   Yes.
13         Q.   Do you believe that the news coverage
14    associated with the senate report caused you damage?
15              MS. EVANS:  Object to form.
16         A.   Yes.
17         Q.   Do you believe that the news coverage
18    associated with the various investigations that
19    concluded that you were doing unnecessary medical
20    procedures caused you damage?
21              MS. EVANS:  Object to form.
22         A.   It hurts when somebody lie or somebody
23    don't tell the truth because I never, ever do surgery on
24    any patient if they don't need it.  And I never done
25    surgery without patient consent and I make sure they
```

Page 289

1   understand everything.  And there are more than one
2   choice.
3       Q.   You provided us records about you patient
4   counts, and they've actually increased since 2020; are
5   you aware of that?
6            MS. EVANS:  Object to form,
7       mischaracterizes.
8       A.   I would have to see the record, but...
9       Q.   Do you have any reason to believe that your
10  patient -- that the number of patients that you treat
11  have decreased in 2022 from 2021?
12           MS. EVANS:  Object to form, you can answer.
13      A.   I don't know about that part, but I know
14  that September 2020 I lost a lot of patients because my
15  office manager told me that in one day sometime about 35
16  patients came and asked for records.
17      Q.   And did you -- did your office manager keep
18  any records concerning which patients left?
19           MS. EVANS:  Object to form.
20      A.   They keep the record in such a way like if
21  you're -- say you're my patient and she comes to me --
22  my office, not me -- and they say I want my record, I
23  want a second opinion or whatever the reason may be.  So
24  my office manager let her sign the consent that to
25  release the record.  That's what we keep, but they don't