# Exhibit BB

```
 1  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA
 2  WAYCROSS DIVISION
    -------------------------------------X
 3  DR. MAHENDRA AMIN, M.D.,

 4                              PLAINTIFF,

 5          -against-           Case No.:
                                5:21-cv-00056
 6                                 LGW-BWC

 7  NBCUNIVERSAL MEDIA, LLC,

 8                              DEFENDANT.
    -------------------------------------X
 9          DATE: August 23, 2023
            TIME: 9:30 a.m. EDT
10

11

12

13       REMOTE DEPOSITION of MARIA NITO,

14  taken by the Defendant, pursuant to a

15  notice and to the Federal Rules of Civil

16  Procedure, held remotely via Zoom

17  Videoconference, before Suzanne Pastor, a

18  Notary Public of the State of New York.

19

20

21

22

23

24

25
```

```
 1        Q.    Do you know if it was before
 2   September 2020?
 3        A.    Yes.
 4        Q.    Do you know how long before
 5   September 2020?
 6        A.    Could have been two years.
 7   2018.
 8        Q.    So you've said you became the
 9   surgical coordinator.  Are you still the
10   surgical coordinator today or has your job
11   changed at all?
12        A.    Yes, still the same.
13        Q.    What does being the surgical
14   coordinator mean?
15        A.    Calling insurance, verifying
16   eligibility, starting the pre certification
17   process for the procedure code, CPT codes,
18   and getting with the patient as far as the
19   date.  And to acknowledge what the patients
20   are having done.
21        Q.    So my medical background is
22   zero, so I just want to walk through a
23   couple of those things to make sure I
24   understand exactly what they mean.
25              So you said the pre
```

1              Would you -- did you need to
2    get approval before scheduling a procedure
3    at the hospital?
4              MR. JOHNSON:  Object to form.
5         Q.   Sorry, by "approval" I mean did
6    Dr. Amin need to get approval from ICE
7    before performing a procedure in the
8    hospital on an ICE detainee?
9              MR. JOHNSON:  Object to form.
10          Lack of foundation.
11        A.   Yes.  We would have to have
12   approval before he could proceed with any
13   procedure.
14        Q.   Who would that approval come
15   from?
16             MR. JOHNSON:  Object to form.
17        A.   The approval would have to come
18   through ICE.
19        Q.   Were you the person in Dr.
20   Amin's office responsible for getting that
21   approval from ICE?
22             MR. JOHNSON:  Object to form.
23        A.   No.  It was a process.  The
24   process would begin by me calling ICDC.
25        Q.   Can you walk me through the

1       A.      Yes, ma'am.

2       Q.      And I said are you present when
3  Dr. Amin obtains informed consent from
4  patients and you said no, because he did
5  that at the hospital, correct?

6       A.      Yes, that's correct.

7       Q.      If you're not present, how do
8  you know that he obtains informed consent?

9               MR. JOHNSON:  Object to form.

10      A.      Because the consents have to go
11 through several hands before Dr. Amin
12 proceeding with the surgery.  Irwin County
13 Hospital, the anesthesiologist and Dr. Amin
14 have to have all the paperwork in order, in
15 place before proceeding with any surgical
16 procedure.

17      Q.      So when I'm saying "informed
18 consent," you're taking that to mean
19 paperwork.

20      A.      Yes.

21              MR. JOHNSON:  Object to form.

22      Q.      Let's look at the document that
23 I just sent along with the chat, Exhibit
24 14.

25              MR. JOHNSON:  And she has the

1        A.     That I don't know.

2        Q.     Did you have separate

3    conversations with each of them or one

4    conversation with all of them?

5        A.     That I don't remember.  It's

6    been so long.

7        Q.     What do you remember about the

8    conversation or conversations?

9        A.     I just remember my co-workers,

10   one of them was Josie, she would answer the

11   phone calls and -- we started getting a lot

12   of threats for the phone, nonstop.  It was

13   an all-day thing.

14       Q.     How do you know that?

15       A.     Because Josie would answer the

16   phone, Cynthia would answer the phone.  And

17   there would be times I had to answer the

18   phone as well, and myself experienced the

19   harassments.

20       Q.     Do you know how many phone

21   calls you personally answered?

22       A.     At that time I don't remember.

23       Q.     And what was said on those

24   phone calls?

25       A.     The one that I actually

1  answered was a guy, a man.  He called me a
2  bitch, stupid bitch.  He told me that Dr.
3  Amin was gonna get it and whoever was with
4  Dr. Amin.  And I hung up after that.
5       Q.   Do you remember any other phone
6  calls in which you received a threat?
7       A.   Yes.
8       Q.   What do you remember?
9       A.   One of them I was actually a
10 witness, Josie answered it.  She looked at
11 the caller ID and she said oh, y'all this
12 is a call from Mexico, because it had the
13 area code from Mexico which was 0152.  And
14 she answered it.  I heard what she told
15 him, she said oh, you want to talk Spanish?
16 I can talk Spanish back to you, too.
17 Because they were cursing at her.  She
18 didn't curse back.  And they would just
19 threaten to send someone to hurt or to do
20 bad things to us.  It was scary.  I want to
21 say Josie quit probably a month after that.
22      Q.   Did Josie tell you why she
23 quit?
24      A.   No.  She just gave her two-week
25 notice to the office manager.  But she

1  would make comments along with other
2  co-workers that they felt unsafe coming to
3  work, which myself, I did too.
4      Q.   Did the office take any kind of
5  step to screen calls?
6      A.   No, but I do remember one of
7  the phone calls was a bomb threat, that
8  they were gonna come bomb us.  But the
9  threats were even worse.
10     Q.   Did you call the police -- I'm
11 sorry, did I interrupt you?
12     A.   Ms. Alma actually got a hold of
13 one of the officers, police officers that
14 she knows and asked them what could we do
15 about it.  I just know she did because it
16 was just getting awful.  The work was
17 becoming very hostile because of the phone
18 calls, threaten calls.  But the rest, I
19 just don't remember what was done or what
20 the officer told Alma to do for
21 precautions.
22          I know they did tell us to,
23 whenever we got in our vehicles once work
24 was over, to make sure we were not being
25 followed home.  So I was getting in my

1   vehicle making sure there was nobody out

2   there coming to get me.  And on my way home

3   I would always look at -- just look back to

4   make sure I wasn't being followed.

5           Even my co-workers were, like,

6   don't go straight home, go around town and

7   see if anybody's following you.  And if

8   they're following you, call the police.

9   But don't go straight home, just go around

10  in circles.  And that's what I did for the

11  first couple weeks.

12       Q.   Did you ever call the police?

13       A.   No.

14            MR. JOHNSON:  Here's some

15       tissue, Maria.

16            THE WITNESS:  Thank you.

17       Q.   Did you believe the allegations

18  about Dr. Amin?

19       A.   No.

20       Q.   Do you know anybody in your

21  office who believed the allegations about

22  Dr. Amin?

23       A.   Of course not.

24       Q.   Did you talk to Dr. Amin about

25  the allegations?

```
 1              MR. JOHNSON:  Object to form.
 2       A.     Yes.
 3       Q.     When was that conversation?
 4       A.     I don't remember exactly when
 5  it was.  But I do remember telling him
 6  about the social media.
 7       Q.     What about the social media?
 8       A.     That the whistleblower, about
 9  how the whistleblower got her GoFundMe,
10  about how -- about the videos that my
11  daughter forwarded me on Snapchat, about
12  the allegations on the Univision channel,
13  how they were saying that Dr. Amin did
14  procedures on migrants without their
15  knowledge or without their permission.
16       Q.     What did he say in response?
17       A.     He -- I could -- he was
18  already -- his demeanor was already down,
19  so I guess he just -- his response was
20  pretty much nothing because, I mean, like I
21  said, he was just -- they had already
22  bottomed him down, so what else could have
23  hurt him.  He was already depressed.
24       Q.     Because of the whistleblower
25  complaint?
```