# Exhibit CC

```
 1  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA
 2  WAYCROSS DIVISION
    -----------------------------------------X
 3  DR. MAHENDRA AMIN, M.D.,

 4                              PLAINTIFF,

 5        -against-         Case No.:
                            5:21-cv-00056
 6                             LGW-BWC

 7  NBCUNIVERSAL MEDIA, LLC,

 8                              DEFENDANT.
    -----------------------------------------X
 9           DATE: October 3, 2023
             TIME: 9:30 A.M.
10

11

12

13         REMOTE DEPOSITION of ALMA ARCEO,

14  taken by the Defendant, pursuant to a

15  notice and to the Federal Rules of Civil

16  Procedure, held remotely via Zoom

17  Videoconference, before Suzanne Pastor, a

18  Notary Public of the State of New York.

19

20

21

22

23

24

25
```

|   |   |   |
|---|---|---|
| 1 | A. | Yes. |
| 2 | Q. | Was Dr. Amin your personal |
| 3 | OB/GYN before you began working for him? | |
| 4 | A. | Yes. |
| 5 | Q. | When did you begin seeing him? |
| 6 | A. | Possibly sometime in '98. |
| 7 | Q. | Is he still your OB/GYN today? |
| 8 | A. | Yes. |
| 9 | Q. | What is your role in Dr. Amin's |
| 10 | office today? | |
| 11 | A. | I'm his office manager. |
| 12 | Q. | Is that the role that you were |
| 13 | hired into in October 2018 as well? | |
| 14 | A. | Yes. |
| 15 | Q. | What do you do as the office |
| 16 | manager? | |
| 17 | A. | I manage the office. |
| 18 | Q. | What does that entail? |
| 19 | A. | It entails with a lot of |
| 20 | things.  I mean, I make sure I take care of | |
| 21 | the needs that he has if he has anything. | |
| 22 | I help out -- I mean, I'm like jack of all | |
| 23 | trades.  I help the front desk, the lab. | |
| 24 | If he needs somebody to go in the room with | |
| 25 | him, I go in the room with him also to | |

```
 1   So is it correct that you speak Spanish?
 2       A.    Yes.
 3       Q.    Did you ever translate for
 4   detainees in Dr. Amin's office?
 5       A.    Yes.
 6       Q.    On how many occasions that you
 7   can remember?
 8       A.    I can't recall how many.
 9       Q.    Was it more than five
10   occasions?
11       A.    Yes.
12       Q.    More than ten?
13       A.    Yes.  Possibly.
14       Q.    More than 20?
15       A.    Possibly.
16       Q.    More than 30?
17       A.    Can't say.
18       Q.    More than 50?
19       A.    Can't say.  They repeatedly
20   kept coming in, so I just didn't keep up
21   with them.
22       Q.    How would Dr. Amin alert you if
23   he wanted you to translate?
24       A.    Usually he would have the aid
25   that was in there with him page us over the
```

1  intercom and page for an interpreter.  And
2  then one of us would come in the room.
3       Q.   When you say "one of us," who
4  else were interpreters?
5       A.   Whoever was available, it would
6  be some of my front clerks that were
7  available that also are Spanish-speaking
8  also.
9       Q.   In September or -- prior to
10 September 2020 who else in Dr. Amin's
11 office spoke Spanish?
12      A.   Josie Garcia, Ruby, Suhaley
13 Garcia, Marie Nito.
14      Q.   You mentioned Monica Swanson
15 earlier.  Did she speak Spanish?
16      A.   No.
17      Q.   At what point during the
18 treatment would you -- or during the visit
19 with Dr. Amin would you come in to begin
20 translating?
21      A.   At the beginning of the -- can
22 you rephrase that?
23      Q.   Yeah, I'm just trying to
24 understand.  Would it be from the point the
25 patient entered the room or would it be

1  later when Dr. Amin needed to explain
2  something?  At what point would you start?
3     **A.    As soon as he will -- he was in**
4  **the room with the patient and when they**
5  **realized that she didn't speak English,**
6  **then they paged for an interpreter.  So one**
7  **of us would walk in immediately.**
8     Q.    And would you stay for the
9  entire visit?
10    **A.    Yes.**
11    Q.    Including an examination?
12    **A.    Yes.**
13    Q.    And how would the translation
14 work?  Is there a piece of paper, do you --
15 if you could explain that to me.
16    **A.    No piece of paper.  I would**
17 **interpret everything that he would**
18 **interpret to the patient and whatever the**
19 **patient answered back, I would interpret it**
20 **exactly the way each of them spoke.**
21    Q.    Do you know if there were any
22 ICE detainees that spoke languages other
23 than English or Spanish?
24    **A.    Yes.**
25    Q.    And do you know if Dr. Amin

1  translated for these patients?  I'm sorry,
2  that was phrased poorly.
3          Do you know if there was
4  translation offered for these patients who
5  didn't speak English or Spanish?
6     **A.    Yes.**
7     Q.    How was that done?
8     **A.    They used the language line.**
9     Q.    What is the language line?
10    **A.    It's -- we have a phone number**
11 **in our lab that when the patient doesn't**
12 **speak Spanish or one of the languages that**
13 **somebody's there to interpret for, they**
14 **would call the language line, depending on**
15 **the nationality of that person.**
16    Q.    Did you ever call the language
17 line?
18    **A.    No.**
19    Q.    Who would be the person who
20 would actually call the language line?
21    **A.    Usually they would first go in**
22 **the lab, so the lab.**
23    Q.    What do you mean "they would
24 first go in the lab"?
25    **A.    They would first go into the**

```
1              Could you clarify whether you're
2          speaking about patients generally or
3          specifically folks from ICDC?
4      Q.   Did Ms. Nito ever communicate
5   to you that ICE detainees canceled their
6   surgeries?
7      A.   I don't recall, no.
8      Q.   Do you know what informed
9   consent is?
10          MR. JOHNSON:  Object to form.
11          You can answer if you can.
12     A.   Repeat the question.
13     Q.   Have you heard of the phrase
14  "informed consent"?
15     A.   Yes.
16     Q.   What does that mean to you?
17     A.   A consent that a patient gives
18  permission for something.
19     Q.   Does Dr. Amin obtain informed
20  consent from all his patients before
21  performing surgeries on them?
22          MR. JOHNSON:  Object to form.
23          You can answer if you know.
24     A.   Yes.
25     Q.   And how do you know that?
```

|     |     |                                                   |
| --- | --- | ------------------------------------------------- |
| 1   | A.  | Yes.                                              |
| 2   | Q.  | What social media do you have?                    |
| 3   | A.  | I have Facebook, Snapchat, and                    |
| 4   | TikTok. |                                               |
| 5   | Q.  | Do you ever read the news on                      |
| 6   | any of those social media sites? |                  |
| 7   | A.  | Sometimes.                                        |
| 8   | Q.  | On any one in particular or all                   |
| 9   | of them? |                                              |
| 10  | A.  | Whatever pops up, and if it                       |
| 11  | looks interesting I may.  But if not, I |          |
| 12  | just scroll through it. |                          |
| 13  | Q.  | Are there any particular news                     |
| 14  | sources on social media that you look at? |        |
| 15  | A.  | Honestly, no.                                     |
| 16  | Q.  | Are you aware of a                                |
| 17  | whistleblower complaint that concerned Dr. |       |
| 18  | Amin's treatment of ICE detainees? |               |
| 19  | A.  | Yes.                                              |
| 20  | Q.  | How did you learn of this?                        |
| 21  | A.  | Because it popped up and I just                   |
| 22  | read a little bit about what was going on. |       |
| 23  | And then after starting -- just kind of |          |
| 24  | glanced through it, I just kind of like, I |       |
| 25  | don't need to read anymore.  I mean, it |          |

1  **was, like, something that I knew it was all**
2  **lies, so I just...**
3      Q.   I just want to break down that
4  answer a little bit more to make sure I
5  understand.
6      **A.   Fine.**
7      Q.   You said it popped up.  Where
8  did it pop up?
9      **A.   On social media, on Facebook.**
10     Q.   Was it shared -- what is "it"?
11 Do you mean the whistleblower complaint?
12     **A.   Yes.  Yes.**
13     Q.   The letter itself or media
14 coverage about the letter?
15     **A.   Just the media coverage.**
16     Q.   Do you remember any specific
17 media organization?
18     **A.   No, honestly, no.**
19     Q.   So you saw media coverage of
20 the whistleblower complaint on Facebook,
21 and then your testimony is you glanced
22 through it and didn't read any further?
23     **A.   No.**
24     Q.   Did you do a Google search on
25 it?

```
 1      A.    Can't recall the dates.
 2      Q.    Approximately do you remember?
 3      A.    Can't recall approximately.
 4      Q.    Do you know if it was in
 5  September 2020?
 6      A.    Possibly.
 7      Q.    After you saw that Facebook
 8  complaint, was that the first time you had
 9  heard about anything related to these
10  allegations from Dawn Wooten?
11      A.    Yes.
12      Q.    So after you saw that Facebook
13  complaint, did you speak to anybody about
14  it?  I'm sorry, I think I said that wrong.
15            After you saw the Facebook post
16  about the whistleblower complaint, did you
17  speak to anybody about it?
18      A.    I mean, I contacted Swati to
19  let her know, so.  And then from then, that
20  was it.  And then we were receiving a lot
21  of phone calls at the office, so we knew
22  that something was going on of course, so.
23      Q.    Who were you receiving calls
24  from at the office?
25      A.    Unknown people.  People were
```

```
 1  just calling left and right.  They were
 2  unknown numbers.  Some of them looked like
 3  they were international numbers.  People
 4  with different accents just calling the
 5  office repeatedly and we'd hang up and
 6  they'd call back again and again and again.
 7            The girls were all upset
 8  because you're receiving phone calls and
 9  you're trying to see patients and you
10  can't -- you had to kind of look to see if
11  there was a local number in order to pick
12  up.  We started trying to screen calls and
13  say hey, if it's not -- out of country or
14  out of state, don't pick up.  I'd tell them
15  just look at local numbers and pick up.
16            We'd get hundreds and hundreds
17  of calls daily.
18       Q.   Did you get calls from any
19  media organizations?
20       A.   Yes.
21       Q.   Do you remember which media
22  organizations?
23       A.   Honestly can't recall right off
24  which ones because there were many of them
25  and sometimes I would tell the receptionist
```

1  **get their names, get their information and**
2  **just tell them that -- or give them our**
3  **lawyer's number, let them contact them,**
4  **tell them please don't call the office.**
5      Q.   Is that how media requests were
6  always handled?
7      **A.   That was the first time we've**
8  **had really honestly any media requests for**
9  **anything.**
10     Q.   So when you got a call from the
11 media about these allegations, you would
12 tell -- or the person who answered the
13 phone would tell the media organization to
14 call a lawyer?
15     **A.   Yes.**
16     Q.   Did anybody ever speak with --
17 to your knowledge, did anybody ever speak
18 with the media?  Like provide comment from
19 Dr. Amin's office?
20     **A.   I wouldn't know that.  They**
21 **didn't comment back to me.**
22     Q.   Did you ever speak to any media
23 organization?
24     **A.   Outside the office?  Is that**
25 **your question?**

1    Q.   In general, did you speak to
2  any media organization about the
3  allegations concerning Dr. Amin?
4    A.   No.
5    Q.   Do you know if Dr. Amin spoke
6  with anybody from the media about the
7  allegations?
8    A.   I don't know.
9    Q.   Did you keep any kind of
10 documentation of media inquiries?
11   A.   Can't recall if I did.
12   Q.   So there's no call log or
13 something like that showing media inquiries
14 about these allegations?
15   A.   I wouldn't have a log, no.
16   Q.   Do you know if anybody in the
17 office has a log?
18   A.   I would think not, no.
19   Q.   Did anybody from the media
20 contact you personally concerning the
21 allegations about Dr. Amin?
22   A.   No.
23   Q.   You said that you were getting
24 hundreds of calls.  Did you personally
25 answer any of them?

1    **A.    Yes.**

2    Q.    For the ones that you

3    personally answered, did the people on the

4    phone ever mention any media organizations?

5    **A.    I don't recall.**

6    Q.    One way or the other you don't

7    recall.

8          Do you know if anybody

9    mentioned MSNBC?

10   **A.    Not that I can recall.**

11   Q.    Did anybody else at the office

12   who answered a call ever convey to you that

13   the person on the line mentioned MSNBC?

14   **A.    Not that I can recall.**

15   Q.    After you got these hundreds of

16   calls to the office about the whistleblower

17   complaint allegations, did you at that

18   point Google anything?

19   **A.    No.**

20   Q.    Why not?

21   **A.    I just didn't.**

22   Q.    Did you speak with your

23   co-workers about the allegations?

24   **A.    We tried not to talk about it**

25   **at all.  I mean, we were there to work and**