# Exhibit DD

# Intentionally Omitted