# Exhibit GG

```
 1              UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF GEORGIA
 2                    WAYCROSS DIVISION

 3   DR. MAHENDRA AMIN, M.D.

 4              Plaintiff,    CASE NO.
         v.                   5:21-CV-00056-LGW-BWC
 5
     NBCUNIVERSAL MEDIA, LLC,
 6
                Defendant.
 7


 8
            *** CONFIDENTIAL TRANSCRIPT ***
 9
            VIDEO-RECORDED DEPOSITION OF
10                    CHRIS HAYES

11         Davis Wright Tremaine, LLP
          1251 Avenue of the Americas
12                  21st Floor
           New York, New York 10020
13
                   08/09/2023
14              9:38 a.m. (EDT)

15

16

17

18

19

20

21

22

23

24
     REPORTED BY:  MONIQUE CABRERA
25   JOB NO. 3133
```

```
 1      A.    Again, I couldn't say.  I had no
 2  way of knowing whether it was true.  But
 3  my basic instinct is that extraordinary
 4  claims require extraordinary evidence.
 5  The way that you begin to find that out is
 6  to just start with the evidence as best as
 7  you can determine it.  You can't
 8  definitively say one way or the other
 9  until you actually report the story out.
10            But yes, I thought it was -- I
11  thought it was -- I needed to see more
12  than a viral post to be persuaded
13  definitively that something on that order
14  was happening.
15  BY MS. EVANS:
16      Q.    Were you ever persuaded that
17  something on that order was happening?
18      A.    No.
19      Q.    Do you think that Mr. Free
20  believed that something on that order was
21  happening?
22      A.    I have no idea what he believed.
23      Q.    Could you flip over to -- well,
24  strike that before we go to that.
25            If you could stay on page 12 and
```

Case 5:21-cv-00056-LGW-BWC   Document 153-35   Filed 02/02/24   Page 4 of 5

| DR. MAHENDRA AMIN, M.D. vs NBCUNIVERSAL MEDIA, LLC | | |
|---|---|---|
| Confidential | Chris Hayes on 08/09/2023 | Page 87 |

```
 1      go take a break.
 2  BY MS. EVANS:
 3      Q.   Without the allegations about
 4  hysterectomies, would allegations of
 5  generic procedures be newsworthy?
 6           MS. MCNAMARA:  Objection to
 7      form.
 8      A.   Oh, I really just couldn't
 9  answer that because the world of what is
10  newsworthy and what captures people's
11  interest or what becomes a story is
12  constantly surprising and changing.  And
13  so it's just impossible to say, like, in
14  the abstract would this story be, like,
15  newsworthy.
16  BY MS. EVANS:
17      Q.   To you, though, Chris Hayes, who
18  has --  strike that.
19           You have a great deal of input
20  on what goes into your show, right?
21      A.   That is true.
22      Q.   You get the final say on what
23  goes on the air or not?
24      A.   Yes.  Yeah.
25      Q.   Is it newsworthy or interesting
```

```
 1   to you to have a story about generic
 2   procedures?
 3           MS. MCNAMARA:  Objection to
 4      form.
 5      A.   Here's what I would say.
 6   Generic procedures, I think, wouldn't
 7   capture the source of the newsworthiness
 8   here.  The -- the context here is there
 9   had been a long set of stories about
10   immigrants and immigrant detainees
11   specifically between 2017 and 2020.
12           Some of those stories began as
13   extremely ghastly allegations.  Like, for
14   instance, the intentional separation of
15   children from their parents with no means
16   of reuniting them, which seemed wildly
17   awful at the time and turned out to be
18   true.
19           There was a newsworthiness to
20   the treatment of detainees, a baseline
21   newsworthiness that had been elevated by
22   past behaviors by the same administration
23   and a fear that people in immigrant
24   detention were not being afforded their
25   full rights.
```