# Exhibit HH Redacted