# Exhibit II Redacted