# Exhibit JJ

# Redacted