# Exhibit KK

## PHYSICAL RECORDING SUBMITTED