# Exhibit LL Redacted