# Exhibit MM Redacted