# Exhibit NN Redacted