# Exhibit OO Redacted