# Exhibit PP Redacted