# Exhibit QQ Redacted