# Exhibit RR
# Redacted