# Exhibit SS

# Redacted