# Exhibit TT

# Redacted