IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | CIVIL ACTION NO.: 5:21-CV-00056-LGW-BWC |

**[PROPOSED] ORDER GRANTING MOTION TO SEAL**

WHEREAS, pursuant to S.D. Ga. L.R. 79.7, Plaintiff Dr. Mahendra Amin, M.D. ("Plaintiff" or "Dr. Amin") filed a Motion to Seal various documents and exhibits related to his Plaintiff's Response to Defendant's Motion for Summary Judgment and Plaintiff's Statement Controverting Defendant's Statement of Material Facts; and

WHEREAS, Dr. Amin has moved to seal the contents of the filing itself, and not the name of the movant or the title of the filings sought to be sealed; and

WHEREAS, the interests in protecting certain Confidential information, especially personal health information, outweighs, in this instance, the right of access to judicial records; and

WHEREAS, temporary sealing is not adequate to protect the interests at stake, that is, personal health information and information subject to the protective order operative in this case;

THEREFORE **IT IS ORDERED** that the Motion to Seal is **GRANTED**, as to the contents of the filings themselves, and that the Confidential information be **SEALED PERMANENTLY** for good cause shown.

1

DATED: _____

                                          _____
United States District Court for the Southern District of Georgia