UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | Case No. 5:21-cv-00056-LGW-BWC <br><br> **MCNAMARA DECLARATION IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Elizabeth A. McNamara, being of lawful age and otherwise competent to testify in a court of law, hereby declare pursuant to 28 U.S.C. §1746 and under penalty of perjury that the following is true and correct:

1. I am a partner at Davis Wright Tremaine LLP, counsel for Defendant NBCUniversal Medial, LLC ("NBCU"). I make this declaration in opposition to Plaintiff's Motion for Partial Summary Judgment.

2. Annexed hereto as **Exhibit 1** is a true and correct copy of the U.S. Department of Homeland Security report titled, *ICE Major Surgeries Were Not Always Properly Reviewed and Approved for Medical Necessity,* dated January 23, 2024, bates stamped NBCU005294-NBCU005309.

3. Annexed hereto as **Exhibit 2** is a true and correct copy of the Status Report on Stay of Proceedings and Request for Additional Stay of Discovery in *Oldaker v. Giles* (20-cv-00224-WLS) (M.D. Ga.) (Dkt. 357), dated January 29, 2024.

4.     Annexed hereto as **Exhibit 3** is a true and correct copy of a letter from Dr. Amin to the Georgia Composite Medical Board, dated December 9, 2021, bates stamped AMIN_0000011-AMIN_0000025.

5.     Annexed hereto as **Exhibit 4** is a true and correct copy of the Response of Dr. Mahendra Amin in Opposition to Non-Party Luz Walker's Motion to Quash, *In re: Luz Walker* (23-mc-00009) (M.D.N.C.), dated April 12, 2023.

6.     Annexed hereto as **Exhibit 5** is a true and correct copy of Dr. Mahendra Amin's Response in Opposition to Plaintiffs' Motion and Supplement, *Oldaker v. Giles* (20-cv-00224-WLS) (M.D. Ga.), dated April 7, 2023.

7.     Annexed hereto as **Exhibit 6** is a true and correct copy of further excerpts of the deposition testimony of Dr. Ted Anderson, dated December 1, 2023.

8.     Annexed hereto as **Exhibit 7** is a true and correct copy of further excerpts of the deposition testimony of BPR, dated July 21, 2023.

9.     Annexed hereto as **Exhibit 8** is a true and correct copy of an article from the American College of Obstetricians and Gynecologists titled, *Reproductive Health Care for Incarcerated Pregnant, Postpartum, and Nonpregnant Individuals,* dated July 1, 2021, bates stamped CAREY000262-CAREY000272.

10.    Annexed hereto as **Exhibit 9** is a true and correct copy of further excerpts of the deposition testimony of PB, dated September 12, 2023.

11.    Annexed hereto as **Exhibit 10** is a true and correct copy of further excerpts of the deposition testimony of MCR, dated September 6, 2023.

12.    Annexed hereto as **Exhibit 11** is a true and correct copy of further excerpts of the deposition testimony of YRJ, dated September 18, 2023.

13. Annexed hereto as **Exhibit 12** is a true and correct copy of further excerpts of the deposition testimony of Maria Nito, dated August 23, 2023.

14. Annexed hereto as **Exhibit 13** is a true and correct copy of an email thread, dated September 21, 2020, bates stamped ICE000821-ICE000823.

15. Annexed hereto as **Exhibit 14** is a true and correct copy of email thread, dated September 17, 2020, bates stamped ICE-0013484-ICE-0013486.

16. Annexed hereto as **Exhibit 15** is a true and correct copy of further excerpts of the deposition testimony of Warden David Paulk, dated November 13, 2023.

17. Annexed hereto as **Exhibit 16** is a true and correct copy of an email thread, dated September 21, 2020, bates stamped ICE002263-ICE002294.

18. Annexed hereto as **Exhibit 17** is a true and correct copy of excerpts of the deposition testimony of Dwayne Peal, dated August 22, 2023.

19. Annexed hereto as **Exhibit 18** is a true and correct copy of excerpts of the deposition testimony of Alma Arceo, dated October 3, 2023.

20. Annexed hereto as **Exhibit 19** is a true and correct copy of excerpts of the deposition testimony of John S. Whitty, dated October 30, 2023.

21. Annexed hereto as **Exhibit 20** is a true and correct copy of medical records of Dr. Mahendra Amin, bates stamped SAIYED000001-SAIYED000014.

22. Annexed hereto as **Exhibit 21** is a true and correct copy of excerpts of the deposition testimony of Sarah Owings, dated August 25, 2023.

23. Annexed hereto as **Exhibit 22** is a true and correct copy of further excerpts of the deposition testimony of Dr. Erin Carey, dated October 26, 2023.

24.     Annexed hereto as **Exhibit 23** is a true and correct copy of an email thread, dated September 16, 2020, bates stamped ICE002494-ICE002497.

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the foregoing is true and correct.

Executed on February 2, 2024.

_____
ELIZABETH A. MCNAMARA