Declaration of Elizabeth A. McNamara

In Opposition to Plaintiff's Motion for

Partial Summary Judgment

# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| YANIRA YESENIA OLDAKER, et al.,<br><br>  Petitioners-Plaintiffs,<br><br>v.<br><br>THOMAS GILES, et al.,<br><br>  Defendants. | Case No.: 7:20-cv-00224-WLS |

## STATUS REPORT ON STAY OF PROCEEDINGS [ECF No. 305] AND REQUEST FOR ADDITIONAL STAY OF DISCOVERY

Official Capacity Federal Defendants incorporate by reference to ECF No. 334 the history of the stay of discovery in this case, which began on September 17, 2021 [ECF No. 105]. Most recently, on October 31, 2023, Federal Defendants filed a status report seeking another 90-day extension of the stay [ECF No. 334], which the Court granted on December 14, 2023, "until the earlier of **Monday, January 29, 2024**, or entry of the Court's order(s) resolving the pending motions to dismiss" [ECF No. 353]. The Court further ordered that, "[i]n the event the order(s) resolving the pending motions to dismiss are not entered prior to January 29, 2024, by that same date, the Official Capacity Federal Defendants **SHALL** file a Status Report as to the appropriateness of any further extension of the discovery stay." *Id*.

As of January 23, 2024, United States Attorneys and other federal civil rights

1

investigators continue to investigate the allegations in this lawsuit, to determine whether any criminal conduct, including criminal civil rights violations, occurred. Counsel for Official Capacity Federal Defendants have been informed that the criminal investigation remains ongoing. Because of the nature of such investigations, Counsel have been unable to obtain an estimate of when the investigation will end or when discovery in this case will no longer interfere with the investigation.

Whereas the Court has not yet ruled on the pending motions to dismiss, and whereas the investigations related to the claims of abuse in this case remain ongoing and the previously-asserted grounds to stay these proceedings remain relevant, Official Capacity Federal Defendants respectfully request that this Court continue the stay of proceedings for an additional 90 days, up to and including April 28, 2024, at which time Official Capacity Federal Defendants will file a status report indicating whether additional time is needed.

Official Capacity Federal Defendants request a continued stay of discovery because the reasons for a stay remain valid. As this Court held previously, "the Federal Defendants' reasons for requesting an extension of the stay are compelling: the claims in this case and the ongoing criminal investigation concern the same alleged violations [and] the evidence being gathered in the investigation will likely overlap with the discovery that will be sought in this case" [ECF No. 179 at 2]. The Court is within its discretion to continue the stay of discovery to the extent it could

2

interfere with ongoing investigations, *see* Fed. R. Civ. P. 26(c).

Additionally, Official Capacity Federal Defendants have not changed their position that Plaintiffs remain out of ICE custody and under no threat of imminent removal [ECF No. 334-1, Baker Decl.].

Official Capacity Federal Defendants therefore respectfully request that the Court extend the stay of proceedings for an additional 90 days, up to and including April 28, 2024. Federal Defendants will file a status report at that time, updating the Court on the status of the investigations and the need for an extension of the stay of proceedings at that time.

3

| Date: January 29, 2024 | Respectfully submitted, |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division | JASON R. COODY<br>United States Attorney |
| JEFFREY S. ROBINS<br>Deputy Director<br>Office of Immigration Litigation | MARIE A. MOYLE<br>Assistant United States Attorney<br>Florida Bar No. 1003498<br>111 N. Adams Street, 4th Floor<br>Tallahassee, FL 32301 |
| */s/ James J. Walker*<br>JAMES J. WALKER<br>Senior Litigation Counsel<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 532-4468<br>Fax: (202) 305-7000<br>Email: james.walker3@usdoj.gov | Telephone: 850-942-8430<br>Fax: 850-942-8466<br>Email: marie.moyle@usdoj.gov<br>Special AUSA Acting Under Authority<br>Conferred by 28 U.S.C. § 515<br><br>*Attorneys for Federal Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Status Report has been furnished via CM/ECF to all interested parties, this 29th day of January, 2024.

*/s/ James J. Walker*
JAMES J. WALKER