Declaration of Elizabeth A. McNamara

In Opposition to Plaintiff's Motion for

Partial Summary Judgment

# Exhibit 13

**From:** (b)(6); (b)(7)(C)
**Sent:** 21 Sep 2020 19:17:17 +0000
**To:** (b)(6); (b)(7)(C)  (b)(6); (b)(7)(C)
**Subject:** RE: Request for Release of Information

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

I appreciate the answer (b)(6); (b)(7)(C)

RELACIONES EXTERIORES  (b)(6); (b)(7)(C)

---

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov]
**Sent:** lunes, 21 de septiembre de 2020 01:55 p.m.
**To:** (b)(6); (b)(7)(C)   (b)(6); (b)(7)(C)
**Subject:** RE: Request for Release of Information

Good afternoon,

Consent forms are obtained by the surgeon. The files are maintained at his office and at the hospital. A request to Dr Amin's office and to the hospital must be sent to get those records. The hospital records would include any X-rays done as well.

Since she's no longer in ICE custody, ICE cannot request hospital records.

(b)(6); (b)(7)(C)
Assistant Field Office Director
Atlanta Field Office
DHS/ICE/ERO
Office: 404-89 (b)(6); (b)(7)(C)

---

**From:** (b)(6); (b)(7)(C)  sre.gob.mx>
**Date:** Monday, Sep 21, 2020, 9:56 AM
**To:** (b)(6); (b)(7)(C)  @ice.dhs.gov>
**Subject:** RE: Request for Release of Information (b)(6); (b)(7)(C)

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

Officer (b)(6), (b)(7)(C)

(b)(6), (b)(7)(C) ched out to us again asking about X-Ray scan that were performed on her. Can she have access to that information as well?

As a side question, the Consulate reviewed some of the content on the medical file and no consent forms were found with the detainee's signature. Given the current circumstance, I would like to understand how consent is obtained from detainees and if there are any forms they have to sign to submit themselves to invasive procedures.

Hope to hear back from you soon.
Best,
(b)(6); (b)(7)(C)

**RELACIONES EXTERIORES**

(b)(6); (b)(7)(C)
Encargado de Protección / Head of Protection Department
1700 Chantilly Dr. NE
Atlanta, GA, 30324
Tel: +1 404-266-2233 Ext 234
wccano@sre.gob.mx

Consulado General de México en Atlanta
Consulate General of Mexico in Atlanta

---

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov]
**Sent:** viernes, 18 de septiembre de 2020 09:31 a.m.
**To:** (b)(6); (b)(7)(C)
**Subject:** RE: Request for Release of Information (b)(6); (b)(7)(C)

Good morning,

I have attached the records requested by (b)(6); (b)(7)(C) identifying that they are to be released to the Consulate General of Mexico in Atlanta based on the attached forms. Please let me know if you need anything else.

Regards,

(b)(6); (b)(7)(C)
Assistant Field Office Director
Atlanta Field Office
DHS/ICE/ERO
Office: 404-893 (b)(6); (b)(7)(C)

---

**From:** (b)(6); (b)(7)(C) sre.gob.mx>
**Sent:** Thursday, September 17, 2020 1:07 PM

**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**C** (b)(6); (b)(7)(C)    (b)(6); (b)(7)(C)
**Subject:** Request for Release of Information

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

Office (b)(6); (b)(7)(C)

Hope this finds you well.

The Consulate was contacted by (b)(6); (b)(7)(C) a Mexican national that was recently deported to her country (b)(6); (b)(7)(C) received medical attention while at ICDC. Now, she would like to follow up and get continued care and thus would like to get access to her medical file for support.

(b)(6); (b)(7)(C) does not have access to a scanner so she sent the authorization forms by taking pictures. I have attached on PDF for better view.
Please let me know if this would be sufficient in order to gain access to her medical file.

Best regards,
(b)(6); (b)(7)(C)

**RELACIONES EXTERIORES**

(b)(6); (b)(7)(C)
Encargado de Protección / Head of Protection Department
1700 Chantilly Dr. NE
Atlanta, GA, 30324
Tel: +1 404-2(b)(6); (b)(7)(C)
(b)(6);           @sre.mx
Consulado General de México en Atlanta
Consulate General of Mexico in Atlanta

---

**From:** (b)(6); (b)(7)(C) @gmail.com]
**Sent:** jueves, 17 de septiembre de 2020 12:42 p.m.
**To:** (b)(6); (b)(7)(C)
**Subject:**