Declaration of Elizabeth A. McNamara

In Opposition to Plaintiff's Motion for

Partial Summary Judgment

# Exhibit 14

Message
From: ███
Sent: 9/17/2020 9:34:30 PM
To: ███
Subject: RE: STATEMENT FROM ███, Medical Director of the ICE Health Service Corps (IHSC)

No we don't track it but I can provide you with the name of the service. Give me a few mins

From: ███@ice.dhs.gov>
Date: Thursday, Sep 17, 2020, 5:25 PM
To: ███@ice.dhs.gov>
Subject: FW: STATEMENT FROM DR. ███, Medical Director of the ICE Health Service Corps (IHSC)

Do you know what translation service Dr. Amin uses? We/ICDC wouldn't track this, correct?

Thanks,

███
Chief of Staff
Assistant Field Office Director
Atlanta Field Office
DHS/ICE/ERO
Office: 404-893-███

From: ███@ice.dhs.gov>
Sent: Thursday, September 17, 2020 2:09 PM
To: ███@ice.dhs.gov>
Subject: FW: STATEMENT FROM DR. ███ Medical Director of the ICE Health Service Corps (IHSC)

Hi ███

Any idea if this information exists?

███
Public Affairs Officer
U.S. Immigration and Customs Enforcement
Atlanta Field Office (GA,NC,SC, Ala)
(404) 346-2287
███@ice.dhs.gov

From: ███@ice.dhs.gov>
Sent: Thursday, September 17, 2020 2:06 PM
To: ███@nytimes.com>; ███@ice.dhs.gov>; ███@ice.dhs.gov>; ███@ice.dhs.gov>
Cc: ICEMedia <ICEMedia@ice.dhs.gov>
Subject: RE: STATEMENT FROM ███ Medical Director of the ICE Health Service Corps (IHSC)

I'll check with OPR on the investigation question. Adding our GA PAO ▉ to inquire about the translation services, and whether or not that is something that is tracked.

**From:** ▉@nytimes.com>
**Sent:** Thursday, September 17, 2020 2:02 PM
**To:** ▉@ice.dhs.gov>; ▉@ice.dhs.gov>
**Cc:** ICEMedia <ICEMedia@ice.dhs.gov>
**Subject:** Re: STATEMENT FROM ▉, Medical Director of the ICE Health Service Corps (IHSC)

> CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

Hi all, following up with another important set of questions:

After Dr. Amin was reported to ICE by the Southern Poverty Law Center in 2018, was an investigation conducted? If so, were detainees interviewed for the investigation? And how was the investigation resolved? Was Dr. Amin sanctioned in any way?

Also, do you have records of translation or interpretation for any of Dr. Amin's visits with detainees?

Please be in touch on this as soon as possible.

Thank you,

▉

On Thu, Sep 17, 2020 at 12:44 PM ▉ @nytimes.com> wrote:
> Hi all,
>
> Circling back on this data regarding Dr. Amin. Can you please get back to me on the following questions and also share his contract with ICE/LaSalle? Any other information about his history working with ICE would be very helpful.
>
> Data qs:
> 1) How many surgeries has Dr. Mahendra Amin performed on ICE detainees in the last five years? And of those, how many were partial or full hysterectomies / partial or full tubal ligations?
>
> Please be in touch soonest.
>
> Many thanks,
>
> ▉
>
> On Wed, Sep 16, 2020 at 10:43 AM ▉ @nytimes.com> wrote:
>> Hi all,
>>
>> Circling back with the remaining urgent questions in order of importance:
>>
>> 1) How many surgeries has Dr. Mahendra Amin performed on ICE detainees in the last five years? And of those, how many were partial or full hysterectomies / partial or full tubal ligations?

2) Can I interview Dr. ▮▮▮ today? I can be available any time.

3) As for pulling a national average -- I think it would still be helpful to know the average number of hysterectomies performed annually at IHSC facilities so that we could compare it to Irwin. We could make clear that the average doesn't include all ICE facilities, but it would give us a sense of what is typical in ICE facilities generally.

Please let me know ASAP.

Thank you.