Declaration of Elizabeth A. McNamara

In Opposition to Plaintiff's Motion for

Partial Summary Judgment

# Exhibit 17

```
1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA
2   WAYCROSS DIVISION
    ------------------------------------------X
3   DR. MAHENDRA AMIN, M.D.,

4                               PLAINTIFF,

5           -against-          Case No.:
                               5:21-cv-00056
6                                LGW-BWC

7   NBCUNIVERSAL MEDIA, LLC,

8                               DEFENDANT.
    ------------------------------------------X
9                   DATE: August 22, 2023
                    TIME: 9:30 a.m. EDT
10

11

12

13          REMOTE DEPOSITION of DWAYNE

14   PEAL, taken by the Defendant, pursuant to a

15   notice and to the Federal Rules of Civil

16   Procedure, held remotely via Zoom

17   Videoconference, before Suzanne Pastor, a

18   Notary Public of the State of New York.

19

20

21

22

23

24

25
```

```
 1        taken.)

 2              THE VIDEOGRAPHER:  The time is

 3        10:01 a.m. and we're back on record.

 4   BY MS. CHARLTON:

 5        Q.    Okay, so we were talking about

 6   your time at Irwin County Hospital.  Can

 7   you clarify the timeline for me?

 8        A.    First time I worked there was

 9   March 2015, and then to November 2017, and

10   then I went back in February 2018 to this

11   past November, November 2022.

12        Q.    Where were you in between in

13   November 2017 to February 2018?

14        A.    Phoebe Putney.  And also the

15   rehab center.  And that's in Tifton.

16        Q.    So when you first started ICH,

17   what was your role?

18        A.    I was an LPN.

19        Q.    And then how long were you an

20   LPN while you were at ICH?

21        A.    A year -- almost two years.

22   Like a year and, like, nine months.

23        Q.    And then your role changed --

24        A.    January 2017.

25        Q.    And that's because you got
```

```
 1    another degree?

 2         A.    Mm-hmm.

 3         Q.    Did your responsibilities

 4    change between being an LP and an RN?

 5         A.    Yes, because I became a charge

 6    nurse.

 7         Q.    So basically you became, like,

 8    a manager of other nurses?  Is that a way

 9    to put it?

10         A.    Basically.

11         Q.    Why did you leave ICH in 2017?

12         A.    New opportunities.

13         Q.    Like what?

14         A.    I wanted to work in a bigger

15    facility, just to see, because at that

16    point I was only used to working in a small

17    hospital and I wanted to work in a bigger

18    one to see what it was like.

19         Q.    Did you like it?

20         A.    Not really.

21         Q.    It's nice to know the people

22    you're working with.  You know everybody.

23         A.    Right.

24         Q.    So why did you come back in

25    February 2018?
```

```
 1        A.    Because I liked working at

 2   Irwin County Hospital, and it was closer to

 3   home.

 4        Q.    How far away, miles --

 5        A.    Ten.

 6        Q.    Sorry?

 7        A.    Ten miles.

 8        Q.    That's a quick drive.

 9        A.    Yes.

10        Q.    So how did you get your job

11   initially?

12        A.    I applied.

13        Q.    And did you know Dr. Amin when

14   you were there?

15        A.    No.

16        Q.    In March 2015.

17        A.    No.  I didn't know him.

18        Q.    Did you know about Dr. Amin in

19   March 2015?  Had you heard his name?

20        A.    Once I started working there.

21        Q.    When did you meet Dr. Amin?

22        A.    Some -- I don't know the exact

23   date, but it was once I started working

24   there at Irwin County Hospital.

25        Q.    What was his role at ICH?
```

```
 1        A.      He was the OB/GYN.

 2        Q.      Did you work -- can you explain

 3   how you worked with him?

 4        A.      I took care of his patients.

 5   Deliveries, mothers, what have you,

 6   whatever came in.  I took care of who was

 7   on the floor.

 8        Q.      So did you work closely with

 9   him?

10        A.      If he gave an order.

11        Q.      Did you work on --

12        A.      I'm trying to get what you mean

13   by --

14        Q.      I'm sorry, I know.  I feel like

15   I'm trying to form my questions very

16   carefully, and I'm just going to ask the

17   question.

18                Did you work with Dr. Amin,

19   like, in person together?

20        A.      No.

21        Q.      So how would you receive -- how

22   would you communicate with him?  How did

23   you work with him?

24        A.      I mean, if I had a question

25   pertaining to one of his patients, I would
```

```
 1    give him a call and then he would give me

 2    an order.  That's what I would do with any

 3    other doctor.

 4         Q.   So he wasn't there in person?

 5         A.   I mean, he would be there in

 6    person but I still worked at night.  So if

 7    it was -- if he just happened to still be

 8    there as I was coming in I would see him.

 9    But if it's something that happened in the

10    middle of the night, I had to call him.

11         Q.   That was what I was missing.

12         A.   Okay.

13         Q.   So were you ever in the

14    examination room with Dr. Amin?

15         A.   No.

16         Q.   And were you ever in an

17    operating room with him?

18         A.   Yes.

19         Q.   When?

20         A.   Weekends if I did recovery,

21    like post surgery, I would go and pick up

22    the patient and take them to the recovery

23    room and monitor their vitals and stuff

24    like that.

25         Q.   So you weren't in the operating
```

```
 1   room when he was delivering a baby, for

 2   example?

 3       A.   I've been in there during a

 4   C-section.

 5       Q.   Did you interact with his

 6   office staff, his private practice while

 7   you were working at the hospital?

 8       A.   If I had to call and get the

 9   prenatal record, we would call the office

10   and then somebody would fax it over to us.

11       Q.   So for example, for a Cesarian

12   section that you were in with Dr. Amin,

13   what were the circumstances?  Was that a

14   routine part of your job?

15           MR. JOHNSON:  Object to form.

16       A.   No.

17       Q.   So when you were in the

18   operating room with Dr. Amin, why?  Was it

19   because -- well, why?  I don't know why, I

20   wasn't going to guess.

21       A.   Oh, okay.

22           MR. JOHNSON:  Object to form.

23       A.   I was interested in learning

24   how to be a circulating nurse.  So the only

25   way is to shadow one.  And so that's where
```

```
 1    the circulating nurse was at in the

 2    operating room.

 3         Q.    So going back to his staff, did

 4    they ever come to the hospital with him?

 5    Do you know?

 6         A.    Which staff?  The office staff?

 7         Q.    His private office staff.

 8         A.    No.  He came by himself.

 9         Q.    You did work with his patients

10    for the night shift.

11         A.    Yes.

12         Q.    Were they always surgery

13    patients?

14         A.    No.

15         Q.    What other reasons would they

16    be there?

17         A.    They would possibly come in for

18    pregnancy induced hypertension,

19    hyperemesis, especially early on in the

20    pregnancy.  Some woman would come in if

21    they were dehydrated so they would get

22    fluids and monitored if they were sick or

23    something like that.

24         Q.    And you saw both his ICDC

25    patients and the, I'm going to call them
```

Wayne Deal
August 22, 2023                                     58

1  local patients, the patients from the

2  community?

3          MR. JOHNSON:  Object to the

4     form.

5      A.    I saw whatever patient was

6  admitted that was assigned to me.

7      Q.    Okay, so did you ever care for

8  any of his ICDC patients?

9          MR. JOHNSON:  Object to form.

10     A.    One.

11     Q.    Do you remember her name?

12     A.    No.

13     Q.    So most of your patients were

14  his, again, what I'm calling local

15  patients.  The non-ICDC patients.

16     A.    Yeah, locals.

17     Q.    How did you know who was who?

18          MR. JOHNSON:  Object to form.

19     A.    If there was some from ICDC,

20  they were always accompanied with guards.

21  That was your giveaway.

22     Q.    That's a good one.  That's an

23  easy one.

24          Were they in restraints while

25  they were in the hospital beds?

```
 1    facility.

 2         Q.    From working at the ICDC, were

 3    you surprised about her other allegations?

 4    Her non-Dr. Amin allegations.

 5         A.    I wasn't surprised.  I did feel

 6    no type of way about it because when I

 7    worked there in 2012 to 2013 there was no

 8    such thing as COVID.  So I wouldn't know

 9    what to say in this placing.  I'm not

10    prepped.  You don't have the proper PPEs

11    and everything else.  So those are two

12    totally different worlds.

13         Q.    She did say things like medical

14    requests were getting thrown out or

15    shredded.  Did that ever happen while you

16    were at ICDC?

17         A.    Not that I'm aware of.

18         Q.    And she also said that they

19    would direct the nurses to withhold

20    medication.  Did that ever happen?

21              MR. JOHNSON:  Object to form.

22         A.    I've never heard no such thing

23    like that.

24         Q.    She also said that people got

25    sick from the food.  Is that something that
```

```
 1   you -- something that happened while you

 2   were at ICDC?

 3            MR. JOHNSON:  Object to form.

 4        A.   No.

 5        Q.   You were at ICH during COVID?

 6        A.   Yes.

 7        Q.   Did you treat any of the ICDC

 8   patients at ICH during COVID?

 9            MR. JOHNSON:  Object to form.

10        A.   Yes, they still came to the ER.

11   And then I think we might have had one or

12   two admitted on the floor.  Not necessarily

13   for COVID though.

14        Q.   Give me one second.

15            (Pause.)

16            When you say "floor," what do

17   you mean?

18        A.   Admitted.

19        Q.   Admitted on the floor.  So is

20   it a specific ward that you were working

21   in?

22        A.   No.  It's a small facility so

23   we had the ER and just -- it was basically

24   one long hallway because it's a single

25   story building.  And that's where all the
```

```
 1    patients were housed that were admitted.

 2    And that could be anything from COPD

 3    patient to a new mother to, you know,

 4    whatever.  It's a rural hospital.

 5        Q.    Right, and you treated --

 6        A.    Everybody.

 7        Q.    -- all of them, okay.

 8              I'm just going to try to get

 9    some clarification about the patients.  You

10    said that you -- Dr. Amin is the only

11    surgeon that you worked with, correct?

12        A.    Yes.

13        Q.    Did you work with other

14    doctors, non-surgeon doctors?

15        A.    Yes.

16        Q.    Did the other doctors have ICE

17    patients?

18        A.    No.  As far as -- well, Dr.

19    Connor, no, because he was a pediatrician.

20    But Dr. Tanner and Dr. Saiyed, if they were

21    the admitting doctor that day or that week

22    or what have you, they would do medical

23    stuff.

24        Q.    What do you mean "medical

25    stuff"?
```

1        A.    Depending on whatever the

2    medical diagnosis is that required them to

3    be admitted to the hospital.  So if

4    somebody came in with their blood sugar was

5    out of control and they were in diabetic

6    ketoacidosis, Dr. Tanner, Dr. Saiyed, the

7    medical doctors would handle things like

8    that.  That was not what Dr. Amin handled.

9        Q.    Basically they would get

10   whatever patient -- if the diabetic keto --

11       A.    I know what you're saying.

12   Ketoacidosis.

13       Q.    If that were an ICE detainee

14   that Saiyed, Turner or Connor would --

15       A.    No, Connor would not because

16   Connor is a pediatrician.

17       Q.    So Tanner or --

18       A.    Saiyed.

19       Q.    So when you worked with Dr.

20   Amin in ICH, which ICE patients did you

21   treat?

22             MR. JOHNSON:  Object to form.

23       A.    The one lady that I told you

24   that I remember with the Creole accent, and

25   because she just -- because she was just

```
 1   really particular about one nurse that she

 2   had, that was it.  Other than that, I don't

 3   really recall anyone else.

 4        Q.    You don't recall them

 5   specifically, but you know when you're

 6   treating an ICE patient, right?

 7        A.    Of course.

 8        Q.    So of the ICE patients you

 9   treated, were they surgery patients?

10        A.    That one particular one, yes,

11   she was.

12        Q.    And so the rest were there for

13   what kind of procedures?

14        A.    I'm not aware of what other

15   procedures they would have had.  If they

16   did not get admitted to the floor, then we

17   would not have crossed paths and I would

18   not have taken over any care for them.

19        Q.    And by "admitted to the floor"

20   you mean -- so if they came out of surgery

21   and went straight back to -- go ahead.

22        A.    Yeah, if it's an outpatient

23   procedure, you go back to where you came

24   from.  But if it was initially supposed to

25   be outpatient procedure but then they
```

```
 1    needed more monitoring, then they would --

 2    that would turn into an admission and then

 3    they would come and get housed for

 4    overnight, two days or whatever until they

 5    were ready to go back.

 6         Q.    So do you remember about how

 7    many ICE detainees you've come in contact

 8    with in some shape or form?

 9         A.    One.  One, yeah.  Just the one

10    I told you about.  That's all I really

11    remember, that's it, the one lady.

12         Q.    So did you do any separate

13    intakes for ICE patients?

14         A.    No.  Everybody got the same

15    admission.

16         Q.    No, I mean the one lady you

17    remember is a surgery patient.

18         A.    Mm-hmm.

19         Q.    Did you do intakes, like

20    non-surgery -- sorry, let me phrase this

21    question properly.

22               There's one surgery ICE

23    detainee.  That's the Haitian woman.

24         A.    Yes.

25         Q.    But you did work with other ICE
```

```
 1   detainees.

 2        A.    I worked with -- we had

 3   more the federal inmates because typically

 4   the ICE detainees, from my experience, did

 5   not really go to the ER like that nor

 6   required a lot of admissions to hospitals.

 7             Now, that ebbs and flows.  You

 8   have a group that will come, no medical

 9   issues whatsoever.  And then you have said

10   people that were a little bit more sickly

11   depending on their age or what have you.

12             But my experience with the ICE

13   people, they were younger, much more fit

14   and didn't really require any medical

15   treatment.

16        Q.    And that would be ER people,

17   people in the ER?

18        A.    Yes.

19        Q.    So which -- or were there any

20   ICE patients that you treated or worked

21   with -- that you treated that had other

22   gynecological procedures done?

23        A.    No.  None.

24        Q.    So I know I'm being repetitive

25   but I just do want to be clear.  So of Dr.
```

```
 1    Amin's ICE patients, the Haitian woman was

 2    the one that you remember working with.

 3         A.    Yes.

 4         Q.    And that's it.

 5         A.    Yes.

 6         Q.    Okay.  Okay.

 7               Give me a second.  We have a

 8    couple more questions but I want to -- I'll

 9    be right back.

10               Can we go off the record for,

11    like, five minutes.

12               THE VIDEOGRAPHER:  Sure thing.

13         The time is 1:39 p.m. and we're going

14         off the record.

15               (Whereupon, a short recess was

16         taken.)

17               THE VIDEOGRAPHER:  The time is

18         1:44 p.m. and we're back on record.

19    BY MS. CHARLTON:

20         Q.    After you heard about the

21    whistleblower complaint, did you hear about

22    any investigations of Dr. Amin?

23         A.    Yes.

24         Q.    What did you hear?

25         A.    I know that some official
```

```
 1   people, I don't know what entity they were

 2   with, they came to the facility, Irwin

 3   County Hospital, and spoke with several

 4   people.  I don't know exactly what office

 5   they went in and what was the topic of

 6   discussion.  But I know it happened on

 7   site.

 8        Q.    And did they talk to you?

 9        A.    No.

10        Q.    Did they ask you to produce any

11   documents or anything?

12        A.    No.  I wasn't asked anything.

13        Q.    When the agents arrived, do you

14   know whose offices they went to?

15        A.    No, because I wasn't there for

16   that.

17        Q.    Who told you about it?

18        A.    Couple of the nurses that were

19   questioned.  They don't know who these

20   people were, they just know that they had

21   to answer some questions.  I don't know

22   what time they arrived, I don't know what

23   room they went in, and I don't know who all

24   was present.

25        Q.    Okay, the nurses you talked to,
```

Dr. Wayne Heal
August 22, 2023                                          179

```
 1    did they talk to the investigators?

 2         A.    I would imagine so.

 3         Q.    But they didn't tell you

 4    specifically?

 5         A.    No.

 6         Q.    Do you post on Facebook?

 7         A.    I do.

 8         Q.    By October 2020 I guess news of

 9    the whistleblower complaint had gotten

10    around.

11         A.    Yes, it was out.

12         Q.    Did you post anything about it?

13         A.    No.  I stayed out of it.

14         Q.    I'm going to mark Exhibit 44.

15    I'm going to drop it in the chat and then

16    we can talk about these posts.

17              (Whereupon, Facebook Posts was

18         marked as Defendants' Exhibit 44 for

19         identification as of this date by the

20         Reporter.)

21         Q.    This is just some Facebook

22    posts.  It's in a PowerPoint for ease of

23    presentation.

24              MR. JOHNSON:  We have it open.

25         Q.    So it looks like -- are you
```

Deposition of

August 22, 2023                                          197

```
 1         C E R T I F I C A T E

 2

   STATE OF NEW YORK      )
 3              :    SS.:
   COUNTY OF DELAWARE     )

 4

 5         I, SUZANNE PASTOR, a Notary Public

 6    for and within the State of New York, do

 7    hereby certify:

 8         That the witness whose examination is

 9    hereinbefore set forth was duly sworn and

10    that such examination is a true record of

11    the testimony given by that witness.

12         I further certify that I am not

13    related to any of the parties to this

14    action by blood or by marriage and that I

15    am in no way interested in the outcome of

16    this matter.

17         IN WITNESS WHEREOF, I have hereunto

18    set my hand this day, September 5, 2023.

19

20              Suzanne Pastor

21              _____
                SUZANNE PASTOR

22

23

24

25
```