Declaration of Elizabeth A. McNamara

In Opposition to Plaintiff's Motion for

Partial Summary Judgment

# Exhibit 19

MAHENDRA AMIN, M.D. vs NBCUNIVERSAL MEDIA, LLC
John S. Whitty on 10/30/2023

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF GEORGIA
 2

 3
    MAHENDRA AMIN, M.D.,          § CIVIL ACTION FILE NO.
 4                                § 5:21-CV-00056-LGW-BWC
                                  §
 5                                §
              Plaintiff,          §
 6                                §
       vs.                        §
 7                                §
                                  §
 8                                §
    NBCUNIVERSAL MEDIA, LLC,      §
 9                                §
                                  §
10                                §
              Defendant.          §
11  ~~~~~~~~~~~~~~~~~~~~~~~~~

12             VIDEOTAPED DEPOSITION OF
                    JOHN S. WHITTY
13                CONDUCTED REMOTELY

14

15              1:04 p.m. EST
        Monday, the 30th day of October, 2023
16

17

18

19
        Blanche J. Dugas, RMR, CRR, CCR No. B-2290
20

21

22

23

24

25
```

1   involved in this entire matter of, you know,

2   whistleblowing disclosures of, you know, improper care

3   and mistreatment of the detainees at Irwin County.  I

4   don't know when that started, when my involvement

5   started.  I don't -- I couldn't hazard a guess.  I

6   have said before that I wasn't involved in the

7   preparation of Exhibit 2.

8        **Q.   Was your involvement, whenever it was -- do**

9   **you believe it was sometime in 2020 or was it earlier**

10  **than 2020?**

11       A.   It was 2020.  My involvement began in 2020.

12       **Q.   Can you provide any sort of estimate of time**

13  **of when you became involved compared to when COVID**

14  **shutdowns began to happen in our country?**

15       A.   It was after -- it was after the COVID --

16  COVID shutdowns began.  I'd say it could have been --

17  it could have been -- to the best of my recollection,

18  it could have been June, July or August would be my

19  guess of when my involvement began in this matter.

20       **Q.   Do you recall how you came to be involved?**

21       A.   I do not.

22       **Q.   Before I showed you Exhibit 171, which**

23  **hopefully -- do you see that on my screen right now,**

24  **Exhibit 171?**

25       A.   I do.

1    Q.   Before I showed these notes to you that are
2  reflected in Exhibit 171 during your first deposition,
3  had you ever seen them before?
4    A.   I don't recall having seen them before.
5  Might be -- I might be getting a little mixed up now
6  with the first deposition.  But no, I can't recall --
7  I can't recall seeing them prior to that deposition.
8    Q.   Regardless of -- strike that.
9         You told me that you think it would have
10 been sometime in June, July or August of 2020 that you
11 were -- strike that.
12        You told me that you recall it was June,
13 July or August when you became involved in the matter
14 with Project South and Government Accountability
15 Project and Dawn Wooten; is that right?
16   A.   To the best of my recollection, yes.
17   Q.   Whenever it was, it was certainly before
18 September 14th, 2020; true?
19   A.   That is correct.
20   Q.   I'm showing Exhibit 172 up on my screen.  Do
21 you see that, Mr. Whitty?
22   A.   I do.
23   Q.   I asked you earlier when you and others
24 affiliated with Project South and Government
25 Accountability Project sent this letter that's

1  reflected in Exhibit 172 to Mr. Grubman.  I asked
2  whether you had reviewed any medical records of any
3  woman ever detained at Irwin County Detention Center,
4  and you said no -- or you -- strike that -- you said,
5  "Not that I recall, no."
6          Is that -- is that right?
7     A.   That is correct.
8     Q.   At the time of Exhibit 172, which was
9  October 13th, 2020, other than what you heard from the
10 blogger about hysterectomies, did you have any other
11 knowledge about allegations regarding the number of
12 hysterectomies performed on women detained at Irwin
13 County Detention Center?
14    A.   Could you restate that or -- yeah, restate
15 that question, please?
16    Q.   Sure.
17         At the time of Exhibit 172, which was
18 October 13th, 2020, other than what you had heard from
19 the blogger that you mentioned earlier about
20 hysterectomies at Irwin County Detention Center, did
21 you have any other knowledge about allegations
22 regarding hysterectomies being performed on women at
23 Irwin County Detention Center?
24    A.   Nothing that I wouldn't have learned from my
25 client or co-counsel.

```
 1      Q.   Did you have other information, regardless
 2   of the source, other than the blogger?
 3      A.   Well, after -- after that point, I had
 4   further conversations with my client and with
 5   co-counsel about it -- about that issue, about
 6   hysterectomies with dubious consent.
 7      Q.   I asked you earlier if Ms. Wooten had made
 8   more than one submission to the Office of Inspector
 9   General and you said that you recall more than one; is
10   that right?
11      A.   Yes.
12      Q.   How many did she send to the OIG?
13      A.   While I was involved with the matter, I
14   would -- I'm -- as I'm imagining it or recalling it,
15   there were two.
16      Q.   One would have been what's reflected in
17   Exhibit 166; is that right?
18      A.   Yes.
19      Q.   And what was the other one?
20      A.   Exhibit 2.
21      Q.   But you can't recall how Exhibit 2 was
22   transmitted; is that right?
23      A.   That's correct.  I -- I had no involvement
24   with the preparation of Exhibit 2, and I don't recall
25   anything about how it was transmitted, although it
```

```
 1   does say via electronic e-mail -- via electronic mail
 2   on it.  So that's kind of giving me a clue.
 3        Q.    Looking back at Exhibit 166, do you see that
 4   on the screen?
 5        A.    I do.
 6        Q.    Do you know if it -- do you know who pushed
 7   the submit button on this submission reflected in
 8   Exhibit 166?
 9        A.    I don't recall who did that, no.
10        Q.    Was it someone affiliated with the
11   Government Accountability Project?
12        A.    I don't recall specific, who it was, no.
13        Q.    Was it someone affiliated with Project
14   South?
15        A.    I do not know.  I couldn't speak -- couldn't
16   speak to who it was.  I mean, I don't recall who it
17   was.
18        Q.    At some point you knew that.
19        A.    Quite likely, yes.
20        Q.    What's the universe of individuals that it
21   could have been to hit submit on this, to your
22   knowledge?
23        A.    It could have been me.  It could have been
24   somebody at Project South.  It could have been --
25   could have been Dana Gold at Government Accountability
```

1   Project.  I think that might -- that's sort of my
2   recollection of the universe.
3        Q.   Who are the individuals at Project South
4   that it may have been, universewise?
5        A.   Well, I worked with Priyanka Bhatt and
6   Shahshahani.
7        Q.   Azadeh Shahshahani?
8        A.   Azadeh.  Thank you.
9             Azadeh Shahshahani.  Those are the two --
10  those are the only two I worked -- that I recall,
11  those are the only two that I recall working with at
12  Project South.
13       Q.   I asked you earlier when did you learn Dr.
14  Amin's name, and you said after the interview that you
15  participated in with Chris Hayes; is that right?
16       A.   That's correct.
17       Q.   How did you learn -- or strike that.
18            Did you learn of Dr. Amin's name from MSNBC?
19       A.   I do not recall, no.
20       Q.   Was it from the media?
21       A.   I do not recall.
22       Q.   Was it from any blogger?
23       A.   I don't -- I don't recall.
24       Q.   Was it from the Intercept?
25       A.   I don't know; can't remember.

1    Q.   How long after the interview with Chris
2  Hayes did you learn of Dr. Amin's name?
3    A.   I don't know for sure.  It could have been
4  somewhere between one and seven days, maybe something
5  along those lines.
6    Q.   What makes you say that?
7    A.   Just a vague recollection of how events
8  transpired.
9    Q.   I know you said that you don't recall how
10 the contents of Exhibit 2 were shared outside of what
11 you see here as via electronic mail to these entities
12 that appear on the front of Exhibit 2:  The OIG, the
13 Department of Homeland Security, ICE and ICDC.  That's
14 right?
15   A.   That is correct.
16   Q.   But this document was shared, to your
17 knowledge, with members of the media; is that right?
18   A.   No, I don't recall that, no.
19   Q.   You are aware that it was shared with
20 members of the media?
21   A.   No.  I -- I don't recall having that
22 awareness.
23   Q.   Do you have an awareness now?
24   A.   No, I don't.
25   Q.   Don't you recall looking at e-mails where

1  Jacob Soboroff was referring to this document?
2      A.   I remember the e-mails, but I don't remember
3  them saying that he had the document.  I remember the
4  e-mails being more along the lines of talking about
5  the document or maybe trying to get the document, but
6  I'm not sure it was explicit in those e-mails that he
7  actually had the document.  So...
8      Q.   You were present for Ms. Wooten's interview
9  with Jacob Soboroff that happened on September 15th,
10 2020, true, when she was in the car?
11     A.   That -- that's possible.  I don't recall
12 specifically, no, but I definitely was on one
13 interview with Nurse Wooten when -- well, you know, I
14 was definitely -- I was on one interview with Nurse
15 Wooten when she was doing it from the car.  So I'm not
16 sure about any specifics with Jacob Soboroff.
17     Q.   Whoever was conducting the interview of Ms.
18 Wooten while she was in the car, it was a member of
19 the media; true?
20     A.   I don't know for sure.  It could have been,
21 you know -- it could have been somebody investigating
22 it from the inspector general's office.
23     Q.   Your testimony under oath is that you think
24 that Ms. Wooten may have done an interview from her
25 car with someone from the Office of Inspector General

```
 1   STATE OF GEORGIA:
 2   COUNTY OF FULTON:
 3
 4            I hereby certify that the foregoing
 5       transcript was reported, as stated in the
 6       caption, and the questions and answers
 7       thereto were reduced to typewriting under
 8       my direction; that the foregoing pages
 9       represent a true, complete, and correct
10       transcript of the evidence given upon said
11       hearing, and I further certify that I am
12       not of kin or counsel to the parties in the
13       case; am not in the employ of counsel for
14       any of said parties; nor am I in any way
15       interested in the result of said case.
16
17
18            [signature]
19
20            BLANCHE J. DUGAS, CCR-B-2290
21
22
23
24
25
```