UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | Case No. 5:21-cv-00056-LGW-BWC <br><br> **MCNAMARA DECLARATION IN SUPPORT OF NBCU'S OPPOSITION TO MOTION TO EXCLUDE THE TESTIMONY OF DR. TED ANDERSON** |

I, Elizabeth A. McNamara, being of lawful age and otherwise competent to testify in a court of law, hereby declare pursuant to 28 U.S.C. §1746 and under penalty of perjury that the following is true and correct:

1. I am a partner at Davis Wright Tremaine LLP, counsel for Defendant NBCUniversal Medial, LLC ("NBCU"). I make this declaration in opposition to the motion to exclude the testimony of Dr. Ted Anderson, filed by Plaintiff Dr. Mahendra Amin ("Dr. Amin").

2. Annexed hereto as **Exhibit 1** is a true and correct copy of NBCU's amended initial disclosures, dated May 11, 2023.

3. Annexed hereto as **Exhibit 2** is a true and correct copy of Dr. Amin's subpoena to Dr. Ted Anderson for the production of documents, dated June 28, 2023.

4. Annexed hereto as **Exhibit 3** is a true and correct copy of an email from Dr. Amin's counsel to NBCU's counsel, dated July 10, 2023.

5. Annexed hereto as **Exhibit 4** is a true and correct copy of an email from Dr. Anderson's counsel regarding Dr. Anderson's testimony, dated October 6, 2023.

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the foregoing is true and correct.

Executed on February 2, 2024.

_____
   ELIZABETH A. MCNAMARA