Declaration of Elizabeth A. McNamara

In Opposition to Exclude Testimony  of Dr. Ted Anderson

# Exhibit 1

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

|  |  |
|---|---|
| DR. MAHENDRA AMIN, M.D., | |
| Plaintiff, | Case No. 5:21-cv-00056-LGW-BWC |
| v. | |
| NBCUNIVERSAL MEDIA, LLC, | |
| Defendant. | |

## DEFENDANT'S REVISED RULE 26(a) INITIAL DISCLOSURE STATEMENT

Defendant NBCUniversal Media, LLC ("NBCU" or "Defendant") by and through its undersigned attorneys, hereby submits its Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. Defendant reserves the right to supplement these disclosures.

By making these disclosures, Defendant does not represent that it is identifying every document, tangible thing, or witness possibly relevant to this lawsuit. Nor does Defendant waive its right to object, on the basis of any privilege, the work product doctrine, relevancy, undue burden, or any other valid objection, to the production of any document or tangible thing disclosed. Rather, Defendant's disclosures represent a good faith effort to identify information that it reasonably believes is discoverable and which may be used to support its claims or defenses as is required under Rule 26(a)(1).

Defendant's disclosures are made without waiving, in any way: (1) the right to object on the grounds of competency, privilege, relevancy, materiality, hearsay, or any other proper ground, to the use of such information, for any purpose, in whole or in part, in any subsequent proceeding in this action or any other actions; and (2) the right to object on any and all proper grounds, at any

time, to any other discovery request or proceeding involving or relating to the subject matter of these disclosures.   To the extent Defendant believes that some of the below categories of documents in its possession, custody, and/or control contain confidential commercial and/or trade secret information, such documents will be produced only pursuant to a protective order appropriately limiting the use, control, disclosure, and ultimate disposition of the data and information therein.

All of the following disclosures are made subject to the above objections and qualifications.

## I.
## IDENTITY OF INDIVIDUALS LIKELY
## TO HAVE DISCOVERABLE INFORMATION

The following persons are reasonably likely to have discoverable information that Defendant may use to support its claims and defenses in the above-captioned action.   Defendant has not provided contact information where it does not have such information and/or such information is already known or otherwise readily available to Plaintiff.   Defendant does not consent for Plaintiff to directly contact any of its current or former employees or independent contractors listed below.   Attempts to contact these individuals should be directed to the undersigned counsel.

| Witness Name | Subject(s) of Testimony | Contact Information |
|---|---|---|
| Dr. Mahendra Amin | Plaintiff's reputation; substantial truth of the allegedly defamatory publication; Plaintiff's alleged damages. | c/o Stacey Godfrey Evans STACEY EVANS LAW 4200 Northside Parkway NW Bldg One; Suite 200 Atlanta, GA 30327 (770) 779-9602 <br><br> Scott R. Grubman CHILIVIS GRUBMAN DALBEY & WARNER LLP 1834 Independence Square Atlanta, GA 30338 (404) 233-4171 |

| | | |
|---|---|---|
| Employees at Dr. Amin's medical office | Plaintiff's reputation; substantial truth of the allegedly defamatory publication; Plaintiff's alleged damages. | Unknown |
| Nicolle Wallace | Preparation and telecast of the allegedly defamatory publications. | c/o Davis Wright Tremaine LLP 1251 Avenue of the Americas 21st Floor New York, New York 10020 (212) 489-8230 |
| Patrick Burkey | Preparation and telecast of the allegedly defamatory publications. | c/o Davis Wright Tremaine LLP 1251 Avenue of the Americas 21st Floor New York, New York 10020 (212) 489-8230 |
| Rachel Maddow | Preparation and telecast of the allegedly defamatory publications. | c/o Davis Wright Tremaine LLP 1251 Avenue of the Americas 21st Floor New York, New York 10020 (212) 489-8230 |
| Cory Gnazzo | Preparation and telecast of the allegedly defamatory publications. | c/o Davis Wright Tremaine LLP 1251 Avenue of the Americas 21st Floor New York, New York 10020 (212) 489-8230 |
| Chris Hayes | Preparation and telecast of the allegedly defamatory publications. | c/o Davis Wright Tremaine LLP 1251 Avenue of the Americas 21st Floor New York, New York 10020 (212) 489-8230 |
| Denis Horgan | Preparation and telecast of the allegedly defamatory publications. | c/o Davis Wright Tremaine LLP 1251 Avenue of the Americas 21st Floor New York, New York 10020 (212) 489-8230 |
| Jacob Soboroff | Preparation and telecast of the allegedly defamatory publications. | c/o Davis Wright Tremaine LLP 1251 Avenue of the Americas 21st Floor New York, New York 10020 (212) 489-8230 |
| Julia Ainsley | Preparation and telecast of the allegedly defamatory publications. | c/o Davis Wright Tremaine LLP 1251 Avenue of the Americas 21st Floor New York, New York 10020 (212) 489-8230 |

| Dawn Wooten | Plaintiff's reputation; substantial truth of the allegedly defamatory publications. | Unknown |
|---|---|---|
| Benjamin Osorio | Substantial truth of the allegedly defamatory publications. | Murray Osorio<br>4103 Chain Bridge Road, Suite 300<br>Fairfax, VA 22030<br>(703) 352-2399 |
| Pauline Binam | Substantial truth of the allegedly defamatory publications. | Unknown |
| Detainees from the Irwin County Detention Center who received medical care from Dr. Amin | Substantial truth of the allegedly defamatory publications. | Unknown |
| Plaintiffs in *Oldaker v. Giles* (Case No. 7:20-cv-00224-WLS) | Substantial truth of the allegedly defamatory publications. | c/o David N. Dreyer<br>Dreyer Sterling, LLC<br>437 Memorial Dr., SE, Ste. A-2<br>Atlanta, GA 30312<br>(404) 234-4447 |
| Representative(s) from Project South | Substantial truth of the allegedly defamatory publications; government activity related to Plaintiff and the Irwin County Detention Center. | 9 Gammon Street SE<br>Atlanta, GA 30315<br>(404) 622-0602 |
| Representative(s) from Immigration and Customs Enforcement | Plaintiff's reputation; substantial truth of the allegedly defamatory publications; government activity related to Plaintiff and the Irwin County Detention Center. | U.S. Immigration and Customs Enforcement<br>Office of the Principal Legal Advisor<br>500 12th Street, SW, Mailstop 5900<br>Washington, DC 20536 |
| Marteka George | Plaintiff's reputation; substantial truth of the allegedly defamatory publications; government activity related to Plaintiff and the Irwin County Detention Center. | Unknown |
| David Paulk | Plaintiff's reputation; substantial truth of the allegedly defamatory publications; government activity related to Plaintiff and the Irwin County Detention Center. | Unknown |

| | | |
|---|---|---|
| Representative(s) from the Irwin County Detention Center | Plaintiff's reputation; substantial truth of the allegedly defamatory publications; government activity related to Plaintiff and the Irwin County Detention Center. | 132 Cotton Drive Ocilla, GA 31774 (229) 468-4121 |
| Representative(s) from LaSalle Corrections | Plaintiff's reputation; substantial truth of the allegedly defamatory publications; government activity related to Plaintiff and the Irwin County Detention Center. | 192 Bastille Lane, Suite 200 Ruston, Louisiana 71270 (318) 232-1500 |
| Representative(s) from the Department of Homeland Security | Substantial truth of the allegedly defamatory publications; government activity related to Plaintiff and the Irwin County Detention Center. | The Honorable Alejandro Mayorkas Secretary of Homeland Security Washington, DC 20528 |
| Representative(s) from the Federal Bureau of Investigation | Substantial truth of the allegedly defamatory publications; government activity related to Plaintiff and the Irwin County Detention Center. | 935 Pennsylvania Avenue NW Washington, DC 20535 |
| Representative(s) from the Department of Justice | Substantial truth of the allegedly defamatory publications; government activity related to Plaintiff and the Irwin County Detention Center. | U.S. Department of Justice 950 Pennsylvania Avenue, NW Washington, DC 20530-0001 |
| Dr. Ted Anderson | Substantial truth of the allegedly defamatory publications. | c/o Adam Snyder The ALLGOOD Foundation 60 W Randolph St., Ste. 400 Chicago, Illinois 60601 |
| Andrew Free | Substantial truth of the allegedly defamatory publications; preparation of the allegedly defamatory publications. | The Law Offices of R. Andrew Free PO Box 17673 Atlanta, GA 30316 |
| Elizabeth Matherne | Substantial truth of the allegedly defamatory publications; preparation of the allegedly defamatory publications. | Stern Law Firm 1100 Spring Street NW, #400 Atlanta, GA 30309 |
| Sarah Owings | Substantial truth of the allegedly defamatory | Owings Macnorlin LLC 3037 Larose Street |

| | publications; preparation of the allegedly defamatory publications. | Atlanta, GA 30344 |
|---|---|---|
| Christopher Scholl | Preparation and telecast of the allegedly defamatory publications. | c/o Davis Wright Tremaine LLP 1251 Avenue of the Americas 21st Floor New York, New York 10020 (212) 489-8230 |
| Xander Price | Preparation and telecast of the allegedly defamatory publications. | c/o Davis Wright Tremaine LLP 1251 Avenue of the Americas 21st Floor New York, New York 10020 (212) 489-8230 |

## II.
## CATEGORIES AND LOCATION OF RELEVANT DOCUMENTS

The following categories of documents and tangible things are in the possession, custody, or control of Defendant, and may be used by Defendant to support its defenses in the above-captioned action:

1) Documents relating to the publication of the allegedly defamatory statements;

2) Video recordings, transcripts, and copies of the news reports containing the allegedly defamatory statements; and

3) Documents showing that Plaintiff suffered no damages as a direct result of the allegedly defamatory statements.

## III.
## COMPUTATION OF DAMAGES

Defendant makes no claim for damages and thus have no computation of damages.

**IV.**
**RELEVANT INSURANCE POLICIES**

NBCU currently does not have reason to believe that any insurance business may be liable to provide coverage for part or all of a possible judgment in this action. NBCU reserves the right to supplement the foregoing disclosure as additional information becomes known to it.

Dated: May 11, 2023

| | |
|---|---|
| */s/ Elizabeth A. McNamara* | */s/ Cynthia L. Counts* |
| Elizabeth A. McNamara | Cynthia L. Counts |
| (admitted *pro hac vice*) | Georgia Bar No. 190280 |
| Amanda B. Levine | FISHERBROYLES, LLP |
| (admitted *pro hac vice*) | 945 East Paces Ferry Rd. NE, Suite 2000 |
| DAVIS WRIGHT TREMAINE LLP | Atlanta, GA 30326 |
| 1251 Avenue of the Americas, 21st Floor | (404) 550-6233 |
| New York, NY 10020-1104 | cynthia.counts@fisherbroyles.com |
| Tel: (212) 489-8230 | |
| lizmcnamara@dwt.com | *Attorneys for Defendant* |
| amandalevine@dwt.com | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 11th day of May, 2023, a true and correct copy of the foregoing document was served upon the following via email:

Stacey Godfrey Evans
sevans@staceyevanlaw.com

Amble Johnson
ajohnson@staceyevanslaw.com

Scott R. Grubman
sgrubman@cglawfirm.com

<div style="margin-left:40%;">

*Amanda B. Levine*
Amanda B. Levine
(admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10028
Telephone: (212) 489-8230
amandalevine@dwt.com

*Attorneys for Defendant*

</div>