Declaration of Elizabeth A. McNamara

In Opposition to Exclude Testimony of Dr. Ted Anderson

# Exhibit 3

| | |
|---|---|
| **From:** | Stacey Evans <sevans@staceyevanslaw.com> |
| **Sent:** | Monday, July 10, 2023 4:45 PM |
| **To:** | McNamara, Elizabeth |
| **Cc:** | Amble Johnson; Levine, Amanda; Charlton, Leena; Cynthia Counts; Scott R. Grubman; Stacey Evans |
| **Subject:** | RE: Discovery Issues |
| **Attachments:** | FREE_0005207.pdf; FREE_0006138.pdf |

[EXTERNAL]

Liz,

We had a very nice family trip. Thank you.

The email chains show the delay in your responses and my need to continuously prompt you to move things along.

*Additional depositions generally*: There is one deposition remaining and I'm asking for an additional 10, which would mean 11 remaining. Four of those would be taken by the *Oldaker* plaintiffs we have not yet served (Cajigal, Navarro, Silas, and Soldokova). We have identified at least six other detainees who gave testimony or written submissions to Congress or were part of the reporting on the "19 detainees" whose records were allegedly reviewed by a medical team. We also anticipate needing to depose Dr. Ted Anderson or potentially other doctors who provided testimony to Congress and statements to the press. We are realistic that we may not be able to find some of the women who testified/provided statements to Congress and so I'm not going to commit to names because we will do the best we can to find who we can find.

*Oldaker case and detainees generally*: Your statement that, "[w]e worry that these depositions are in service of the *Oldaker* defense rather than establishing your client's burden of the falsity of the challenged statements in this action" is baseless. You identified these women as relevant witnesses, and so we must be prepared to rebut evidence from them. However, I agree that we would prefer to limit incurring the cost and time of the depositions if they are, indeed, unnecessary. Will you represent that you do not plan to rely on prior or future declarations or public or private statements of the *Oldaker* plaintiffs and other women detained (non-*Oldaker* plaintiff detainees)? If you can agree that you will not use such evidence from detainees who have not yet been subpoenaed for deposition, then we may be able to agree not to seek their depositions; this would also have to include a commitment not to rely on the indirect use of these women's alleged experiences in the Senate Report.

**Given that time is ticking by and we need to issue subpoenas as soon as possible, please let me hear from you by the end of the day tomorrow on the issue of additional depositions so that I can address with the Court later this week if you are unwilling to commit to not relying on detainee statements or consent to the additional depositions.**

*Walker deposition date*: I look forward to hearing from you today (as you promised) on your preferred date.

*Nielson data*: I look forward to hearing from you today (as you promised) on whether you will produce this most basic piece of discovery that has been outstanding for quite some time.

*Ramirez declaration from Oldaker litigation*: As I mentioned, items under seal are not available to Dr. Amin's counsel. It seems silly to me that is the case, but it is and is apparently a fight that his counsel in that case decided they could fight later if at all – likely because of their feelings on the strength of Dr. Amin's dispositive motion in that case (another reason your claim that we are using discovery here for that case is wrong and absurd). Nevertheless, Amble did just today come across two declarations purporting to be from Ms. Ramirez in a production we recently received from

1

Andrew Free. I have not yet reviewed these and we do not know where they may have appeared as part of the *Oldaker* case. I'm sharing them here as a courtesy, but they will also be part of our normal production of documents received from third parties as we process them.

Thank you, Stacey

---

**From:** McNamara, Elizabeth <lizmcnamara@dwt.com>
**Sent:** Monday, July 10, 2023 8:57 AM
**To:** Stacey Evans <sevans@staceyevanslaw.com>
**Cc:** Amble Johnson <ajohnson@staceyevanslaw.com>; Levine, Amanda <AmandaLevine@dwt.com>; Charlton, Leena <LeenaCharlton@dwt.com>; Cynthia Counts <Cynthia.Counts@FisherBroyles.com>; Scott R. Grubman <SGrubman@cglawfirm.com>
**Subject:** RE: Discovery Issues

EXTERNAL SENDER. Only open links and attachments from known senders. DO NOT provide your username or password.

Hi Stacey,

I hope that you and your family had a nice vacation.

As the email chain below documents, we have worked in good faith to respond to your multiple issues. With regard to the number of third party depositions, you say you want 25 now and you note that you want to depose all the Oldaker plaintiffs, but can you identify the 10 other depositions you seek? We can then respond to a concrete proposal.

We question the necessity of incurring the time and cost for all these depositions. With regard to the Oldaker depositions, for example, we question why all are required. Many were not known or relied on in the MSNBC segments that remain at issue. While we do not share the contention of the Oldaker counsel that their testimony is wholly irrelevant – as we both have noted, they are relevant on substantial truth – but the necessity of deposing every one of them seems excessive. Ms. Ndonga is a good example given her mental health challenges. We worry that these depositions are in service of the Oldaker defense rather than establishing your client's burden of the falsity of the challenged statements in this action.

Once we have the list of 10 additional deponents, we will discuss with our clients and promptly provide our response.

Re the Walker dates, we're determining who will cover that deposition and will respond today.

Re the open issue on Nielson ratings, we should have a response today.

Finally, in assessing the Ramirez deposition and motion, we realized that her supporting declaration in the Oldaker case is under seal on the docket and not available to people provided access to the docket. We had understood that you had provided any materials under seal in the action, but correct me if I'm wrong. If you have not already, could you provide a copy of her declaration and any other sealed documents that have not been produced.

Thanks, Liz

**Elizabeth McNamara** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 603-6437 | Fax: (212) 379-5237
Email: lizmcnamara@dwt.com | Website: www.dwt.com

**From:** Stacey Evans <sevans@staceyevanslaw.com>
**Sent:** Monday, July 10, 2023 6:45 AM
**To:** McNamara, Elizabeth <lizmcnamara@dwt.com>
**Cc:** Amble Johnson <ajohnson@staceyevanslaw.com>; Levine, Amanda <AmandaLevine@dwt.com>; Charlton, Leena <LeenaCharlton@dwt.com>; Cynthia Counts <Cynthia.Counts@FisherBroyles.com>; Scott R. Grubman <SGrubman@cglawfirm.com>; Stacey Evans <sevans@staceyevanslaw.com>
**Subject:** RE: Discovery Issues

**[EXTERNAL]**

Liz,

Please respond to my last question about whether NBCU will consent to the additional third party depositions. That I have to follow up so much on simple questions to allow this case to move forward is frustrating to say the least. If I don't hear from you by the end of today, I'll move for relief from the court and indicate that you didn't respond to my attempts to gain consent.

Thank you, Stacey

**From:** Stacey Evans <sevans@staceyevanslaw.com>
**Sent:** Friday, June 30, 2023 4:04 PM
**To:** McNamara, Elizabeth <lizmcnamara@dwt.com>
**Cc:** Amble Johnson <ajohnson@staceyevanslaw.com>; Levine, Amanda <AmandaLevine@dwt.com>; Charlton, Leena <LeenaCharlton@dwt.com>; Cynthia Counts <Cynthia.Counts@FisherBroyles.com>; Scott R. Grubman <SGrubman@cglawfirm.com>; Stacey Evans <sevans@staceyevanslaw.com>
**Subject:** RE: Discovery Issues

My responses in **blue**:

- In my email below I already responded regarding the production of documents we anticipate to use at Dr. Amin's deposition. If that position changes, we will let you know.

  **Right, I asked you to tell me if that changes. Thank you.**

- Regarding the DOJ production, we were aware of the document you note, but never thought that it could be the letter you referenced as the basis for your withholding all DOJ communications. That document says only: "The Office hereby requests that you not disclose the existence of this subpoena. Such disclosure may impede the ongoing investigation and obstruct the due administration of justice." It specifically applied to the existence of the subpoena. It says nothing about not producing all other communications with the DOJ, both before or after the subpoena. But, thank you for your clarification.

  **This has been covered, but certainly you can appreciate that the letter gave both us, and apparently the judge, pause, so your accusatory comment was so unnecessary. I would assume you can also appreciate that revealing communications with the DOJ that all stem from a subpoena would be disclosing the existence of a subpoena. You are a smart lawyer, so you know that.**

- Regarding third party witnesses, from your list below, does this mean that the noticed subpoenas for the following individuals have been withdrawn:
    - Ana Gabriela Cajigal
    - Tatyana Solodkova
    - Jaromy Florian

3

> **Yes, and as previously communicated.**
>
> - o   Further, you have indicated that you may want to depose Dr. Anderson (but to my knowledge, you have not done so).
>
> **We have not yet decided because we don't yet have his document production.**

- I have no idea why you would think that we have been contacting third parties or counsel to claim that you have sent too many subpoenas.  We have not done so.  As I noted in my email to you today, we only realized the numbers of subpoenas when we were looking at the proposed new dates for Walker's deposition and I suggested that we should discuss the issue of whether depositions can or should exceed 15.  We remain happy to discuss.

  **Can I indicate that you do not object to our request for up to 25 third party depositions?**

Thanks, Liz


**Elizabeth McNamara** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 603-6437 | Fax: (212) 379-5237
Email: lizmcnamara@dwt.com | Website: www.dwt.com

---

**From:** Stacey Evans <sevans@staceyevanslaw.com>
**Sent:** Friday, June 30, 2023 2:20 PM
**To:** McNamara, Elizabeth <lizmcnamara@dwt.com>
**Cc:** Amble Johnson <ajohnson@staceyevanslaw.com>; Levine, Amanda <AmandaLevine@dwt.com>; Charlton, Leena <LeenaCharlton@dwt.com>; Cynthia Counts <Cynthia.Counts@FisherBroyles.com>; Scott R. Grubman <SGrubman@cglawfirm.com>; Stacey Evans <sevans@staceyevanslaw.com>
**Subject:** RE: Discovery Issues

[EXTERNAL]

---

Liz,

To follow up:

**Dr. Amin's deposition**:  Let me know if your response about documents you plan to use at Dr. Amin's deposition changes.

**DOJ documents**:  Perhaps you should look more closely before accusing us of an incomplete production.  You have all the communications with the DOJ of which we are aware.  The document you claim we didn't produce is at AMIN_0013952-58.

**Third party depositions**:  There are a total of 14 outstanding, operative subpoenas:
1. Binam
2. Whitty
3. Wooten
4. Ndonga
5. Reyes-Ramirez
6. Oldaker
7. Walker
8. Free

4

9. Owings
10. Matherne
11. Pozo Rua
12. Osorio
13. Jamarillo
14. Shahshahani

**Please confirm that you are not contacting any third parties or their counsel to claim we have sent too many subpoenas.**

We are considering how many additional third-party subpoenas we need to issue, but I estimate it to be no approximately 10.  Certainly, we have to speak to each of the Oldaker plaintiffs, as you identified them as relevant witnesses.  The other detainees subpoenaed so far are those that appeared on air and spoke with NBCU.  The attorneys we have subpoenaed all communicated with and/or appeared on air.  There are certain other detainees who have been vocal in news reports or with Congress that we also need to depose.  Will you consent to our request to the Court for additional depositions of third parties, up to a total of 25?

As you know this was our joint statement to the Court in our discovery planning report:  "Each party anticipates the need for third party depositions, but neither are currently aware of the number of potential non-parties they may need to depose.  The parties request that they be allowed at least 15 non-party depositions with the right to request additional non-party depositions for good cause shown as discovery unfolds."  Doc. 21 at 10.

Thank you, Stacey

**From:** Stacey Evans
**Sent:** Friday, June 30, 2023 1:32 PM
**To:** McNamara, Elizabeth <lizmcnamara@dwt.com>
**Cc:** Amble Johnson <ajohnson@staceyevanslaw.com>; Levine, Amanda <AmandaLevine@dwt.com>; Charlton, Leena <LeenaCharlton@dwt.com>; Cynthia Counts <Cynthia.Counts@FisherBroyles.com>
**Subject:** RE: Discovery Issues

Liz,

I'll respond in full at a later time.

But for now I want to let you know that you are wrong on the subpoena count because several have been cancelled.  **And I want you to please confirm that you are not contacting any third parties or their counsel to claim we have sent too many subpoenas.**  That would be highly improper.  We are likely to need more than 15 third party subpoenas.  And as I recall, both parties indicated to the Court that it was difficult to estimate our needs so this should come as a surprise to no one.

Thank you, Stacey

**From:** McNamara, Elizabeth <lizmcnamara@dwt.com>
**Sent:** Friday, June 30, 2023 1:04 PM
**To:** Stacey Evans <sevans@staceyevanslaw.com>
**Cc:** Amble Johnson <ajohnson@staceyevanslaw.com>; Levine, Amanda <AmandaLevine@dwt.com>; Charlton, Leena <LeenaCharlton@dwt.com>; Cynthia Counts <Cynthia.Counts@FisherBroyles.com>
**Subject:** Discovery Issues

EXTERNAL SENDER. Only open links and attachments from known senders. DO NOT provide your username or password.

Hi Stacey,

To follow up on a few points:

- You raised an issue about the production of documents that might be used at Dr. Amin's deposition. I'm not aware of any documents that we intend to rely on for Dr. Amin's deposition that have not been produced in this action, subject to something that might arise that I'm not anticipating at the deposition.
- We have now only quickly reviewed the documents previously withheld concerning communications with the DOJ. It appears that the production is not complete. For example, the production does not include the letter that you submitted to Mag. Judge Cheesebro that allegedly supported Dr. Amin's position that he was told to not produce documents concerning the DOJ ongoing investigation. Can you please provide that document and confirm that all communications with the DOJ and documents provided or received by the DOJ have been produced?
- We are looking at the proposed new dates for Ms. Walker's deposition and realized that you have now sent out deposition notices for more than 15 third parties (and you've indicated that you may seek testimony from additional third parties). As you know, absent a court order only 15 third party witnesses are allowed. It appears that several of these witnesses are duplicative. We should discuss how to address this issue.

Thanks, Liz


**Elizabeth McNamara** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 603-6437 | Fax: (212) 379-5237
Email: lizmcnamara@dwt.com | Website: www.dwt.com

# DECLARATION OF KEYNIN REYES RAMIREZ

I hereby make the following declaration regarding my medical treatment in ICE detention:

1. My name is Keynin Reyes Ramirez. I am over the age of 18. I currently reside at 132 Cotton Drive, Ocilla, GA 31774 . I suffer no legal disabilities and am competent to testify to the facts stated below. I have neither been offered nor received any benefit for my testimony below. I am under no duress to give this affidavit, and I make this affidavit for any legal purpose.

2. I was born on August 21, 1987 in Honduras. I am currently detained in Irwin County Detention Center in Ocilla, GA. I entered Irwin Detention Center on February, 2020.

3. I went with Dr. Amin because of problems with my belly and menstruation that I have had since March. I was checked in June. I requested an injection to regulate my menstruation. They didn't give it to me until June. Up to two or three months after you've applied. That's when I went with Dr. Amin. I didn't know where I was going. When I got there, the doctor didn't introduce himself or said anything. I knew he was the doctor because of what he did to me. I don't know exactly what he did to me. He didn't explain. He put something in my vagina and told me I had cysts and that I had to get an injection to remove the cysts. If the cysts didn't disappear, I'd have to be back in three weeks. I didn't come back. They never gave me the results of the visit or medicine. In the meantime, the news about the doctor happened and I no longer came back.

4. I have my medical record. I asked in April with a handwritten request to go to the doctor, but I was taken until June. You think it's going to be quick, but it doesn't really happen that way. There is a lot of distance between the time you request it and the time you are taken.

5. Before I entered the center, I suffered from chest pain and was hospitalized for a day. I informed of this situation at the center, but they didn't listen to me. They didn't give me medicine. I didn't get tested.

6. I have been suffering from asthma since I was a baby, and pain in my lungs. I have said it several times. I have said my chest hurts and I am short of breath, but I don't get medicine.

7. I went to Doctor Amin's clinic because I put in a request because my period wasn't coming. Maybe because of the stress. I needed the shot to regulate my menstruation and get a pap smeared. I always did it when I wasn't in detention and it was my turn to do it in January and I always gave myself the injection to regulate menstruation. They took me on July 9 in the morning, around 3am. They locked me in a room, and I was waiting until 7am. They took me

1

CONFIDENTIAL                                                                                                                              FREE_0005207

with handcuffs. I didn't know where I was going. It looked like a clinic. I have been waiting for 30 minutes, handcuffed. The officer got out of the car, came back and said ok ready and we went in. They asked me questions about how many children I have had and my C-sections. I signed a piece of paper and they didn't tell me anything else. Dr. Amin entered quickly, said nothing, just grabbed an instrument and introduced it inside me, he grabbed me by the knees, without saying anything, introduced something rudely and moved it back and forth. I was uncomfortable, I said I wasn't in pain, but he said I should have pain because I had several cysts in an ovary. He took out the instrument and left. He said I was going to get an injection to remove the cysts, and if nothing happened in three weeks, I had to go back. I was told the result was going to come in two weeks, which it has not arrived. I was scared. I have never been told I have cysts.

8. Going with the doctor was a traumatic experience because I was taken in the early morning, without saying anything to me, they put me in a room. I didn't even know what to think. You know he is a doctor because you see the doctor's suit, but they don't tell us anything. When I got back to the center, my belly hurt. After going with the doctor, I felt a lot of pain as I had not felt before, like my ovary was rotting from the inside. I wasn't menstruating, I just had a strong smell. I felt pain like childbirth. I was afraid to say something because I didn't want to go with him again because of the way he treated me. My friends gave me tea, and at the commissary I bought ibuprofen to help me with the pain. I don't want to go back to a doctor like that. He doesn't explain, he doesn't give confidence. He is not kind as a doctor. He sees you in a hurry, with a bad attitude, he is not kind, he doesn't have time for the person. He is rough, just introduced the device without saying anything. Our intimate parts are delicate. The process lasts if much 5 minutes. I didn't see the screen. He quickly just said to me: you have cysts. I got off the gurney, they gave me an injection and back to the center. There was a translator. She didn't explain anything to me. They just told me they were going to give me the injection that I asked for and that was also going to help me with the cysts. No explanation of what it was. I signed a paper that had family planning questions. I didn't know if I got a contraceptive injection or for how many months it was for. They didn't give me a choice of birth control pills. I asked, but he said: no, the pills are not good, just the injection because the pill you can forget to take it or something, without further detail.

9. I didn't have another appointment with Dr. Amin. I am still waiting for the results that never came. About 20 days ago I asked for my medical record, but it doesn't say anything about cysts. It is incomplete. There are no images or anything else. I asked my deportation officer what was going on because my record was not complete. A friend who speaks English helped me check it out. He told me maybe they were only giving it to a lawyer.

10. There was no further communication with the doctor. It was my turn to go again in September, but they didn't take me. That is when the doctor's news started coming out.

CONFIDENTIAL                                                                                                                        FREE_0005208

11. On August 27 I had removed several molars in Emory Atlanta. I put in a request in February because my teeth hurt a lot, they gave me medicine for 7 days, cut it off and gave it again. I put another request because they kept hurting. They took me to the dentist, he said he could not do anything for me because I needed a surgeon. They gave medicine for a few months and then took it away from me. I could not take the pain anymore; I wasn't given any more pain medicine. I asked again. Two months passed. I put a direct request with ICE. My face was swollen, I wasn't eating. I haven't eaten in a week. About 15 days later they replied that they were going to take me next month. Out of nowhere they took me out in the early morning without saying anything. I asked where I was going, and they told me I was going to the dentist. They took me out around 3am and took me to a room that seemed to be recently fumigated. My lungs and my breathing began to fail. I tried to ask the officers for help, but I couldn't talk, my throat closed. I pushed the door because it was half open. I put my hands up to ask for help, I felt like I was drowning. I was afraid to leave the room because the officers were going to get upset. Their treatment is rough. The officers realized that something was going on with me and one of them took me out and put me in another room without saying anything to me or asking what had happened to me. I had a few drinks of water and poured water in my face.

12. I waited in that room until I was taken to the dentist that was going to remove my molars. They removed six molars. I thought it was only going to be two or three. There was no translator. I don't know what paper I filled out because it was in English. The officer didn't want to take my handcuffs off. The nurse said he had to remove them because I was going to be on a stretcher. He just took off the ones on my hands. The nurse told the officer he couldn't stay in the room because the surgery was going to take time. The officer was upset. They put me on anesthesia, I fell asleep and I don't remember anything else, just that I woke up a little bit in the middle of the surgery and they put me back to sleep. At the end of the surgery I was dizzy. The officer insisted that we needed to go. The nurse told me to sit down, but the officer insisted we had to leave. I do not remember how I went down from the clinic to the car. I think the officer grabbed me by the arm. We were on the 17th floor. They put me in the car. I was feeling dizzy and I was in a lot of pain, but I wasn't given any pain pills.

13. On the journey back to the center I was bleeding. I grabbed my sweater because I had already been told that they gave nothing to cover the bleeding, just a piece of cotton. It was three-and-a-half hours of travel without being given anything for the pain. I was spitting blood on my sweater; I was in a lot of pain and burning. I was desperate. I felt the threads of the surgery. When I got back to the center, I asked for something for the pain or to be taken to my cell. The sweater was soaked in blood. They gave me nothing, pushed me into my cell. They told me to throw the sweater in the trash and they couldn't give me anything else to cover my mouth. The other girls helped me get medicine because I couldn't stand the pain. We argued with the officer and begged her to give me something because I

3

couldn't stand the pain. They told me they were going to give me something at night, at 10pm or the next day because it wasn't time to give me anything yet. It was only 4pm and I couldn't stand the pain. We found two ibuprofen and that relieved me a little bit. I asked again at night. They gave me only one pain pill until the time they wanted. I asked for more, but they didn't give me anything else, until the next day.

14. On the 28th I received the sad news that my grandfather had died. I couldn't do anything. I couldn't cry because it hurt. I just grabbed a notebook and started writing. I kept taking pain pills I bought at my commissary. At the center, they only gave me one pill in the morning and one in the afternoon. I felt they were not enough. I also took the ones I bought at the commissary. Then they took the pills away from me. After 7 days. I was still in pain and I kept taking the commissary's pills. My face was swollen, and I had bruises. About 15 days later I started to feel better, but I felt something hurt, like a splinter. One night I felt something swell, my face swelled again, my eye started to close. I had a splinter, it seemed to be part of the bone or a tooth. I took it off with a nail clipper because I did not want to go back to the dentist and go through that suffering again. I bled a little, but that helped me. I told the nurse I felt bad, but she told me I didn't have anything. And she didn't give me anything for the pain.

15. At the center they don't care what pain you have. They don't give you anything to help you. It was a very abrupt thing that happened to me. I bled a lot that I could even have died of bleeding or an infection. I begged at the center to be helped and to put themselves in my place, but they don't care, and they don't give anything to help.

16. I have always suffered from a lot of headache and brain pain. I must be in bed for 3 days because of the pain. I use Dolo-NeuroBion. I must take it every 2 or 3 months. I have said it several times, but at the center they do not listen to me, they do not believe me, and they do not take me to the doctor or give anything for the pain. I feel like my veins are going to burst. It has happened to me several times being at the center. I have always suffered from this. My friends know it. At the center they think it is a joke, and that it is not true.

17. With the change of season and the cold weather my lungs are affected. I must have several blouses on, so it doesn't affect me, and I don't get sick. I don't go outside, and I have to take good care of myself. I also informed this in the center. A nurse checked me out and told me she was going to transfer me to a doctor, but she didn't give me any medicine. Two weeks ago, I went to ask, but I have not been taken to the doctor or given any medicine. I have always used loratadine, salbutamol and asthma spray.

18. What you live here is terrible. I have seen as much with me and my companions, and how much they have suffered after going with Dr. Amin. Thank God I did not go with him anymore. Among our companions we take care of ourselves. If we get sick, we rather don't

4

say anything because the officers retaliate, they take the people who complain and lock them in a room. They come back worse than they left. They are forgotten and they can even die. I am afraid of the pandemic and getting infected. We are all in danger of getting infected.

19. This place is like a mental hospital, not a detention center. I have heard people screaming, asking for help. Men and women. There is no attention, they abandon us. It is terrible.

I certify under the penalty of perjury that the foregoing is true and correct. Executed this 20 day of October, 2020 at Irwin County Detention Center, Ocilla, Georgia.

KJRR

Keynin Reyes Ramirez

### CERTIFICATE OF TRANSLATION

I, Paola Jesse, declare under penalty of perjury that I am fluent in both the Spanish and English languages. I have accurately and completely translated the above declaration from English into Spanish to Keynin Reyes Ramirez and she understood and affirmed its contents before signing. Executed on October 20, 2020, in Atlanta, GA.

Paola Jesse

5

CONFIDENTIAL                                                                                                   FREE_0005211

**Keynin Jackelin Reyes Ramirez**
**A 206 758 552**

## Affidavit of Keynin Jackelin Reyes Ramirez

1. My name is Keynin Jackelin Reyes Ramirez. I am thirty-three years old. I was born on June 22, 1987 in Honduras and am a citizen of Honduras.

2. I have been detained at Irwin County Detention Center for more than ten months, since January 30, 2020. Prior to my detention, I resided at 135 Willie North St, Carrollton, GA with my husband and my five children. I miss them all very much.

3. I have struggled with asthma and chest pain since before I entered Irwin Detention Center. When I was first brought to Irwin I told them about these conditions, but no one listened to me. I was not given any medical tests or medication for these conditions.

4. While detained at Irwin, I requested to see a doctor multiple times because of pain in my belly and vagina and problems with my menstruation that I have experienced since March 2020. I requested a birth control injection in March, but was not seen by a doctor until later that summer.

5. I was taken to see Dr. Amin in July after requesting many times to be given a birth control injection and pap smear.

6. Early in the morning on July 9, 2020, I was taken in handcuffs to see Dr. Amin. I was not informed where I was going, and because four months had passed since my initial request to see a provider, I was confused as to where I was being taken.

7. At Dr. Amin's office, I was asked questions about how many children I had, and prior C-sections. I signed a piece of paper with family planning questions, but was unclear as to its purpose.

8. Dr. Amin then entered, and without saying anything to me, he roughly forced my legs apart and inserted a tubular device. No one - not Dr. Amin or an interpreter - explained to me what was happening.

9. Dr. Amin told me I had cysts, which was surprising to me because no doctor had ever mentioned that before despite regular check-ups.

10. I was given an injection but was not told what it was for. I was told there would be "results" in two weeks and I was to return in three weeks. But I did not know what the results were for or why I was supposed to come back.

CONFIDENTIAL
FREE_0006138

**Keynin Jackelin Reyes Ramirez**
A 206 758 552

11. When I returned to the detention center I had significant cramping and pain similar to childbirth and a strong odor coming from my vagina. I could not get any pain medication except ibuprofen.

12. Following several requests to see a dentist because of tooth pain, in August 2020, I was taken to an office where I was handcuffed and placed under anesthesia. Without being told what was happening, the dentist removed six of my teeth. When I woke up, I was in immense pain. On the ride back to the detention center, I spit blood into my sweater for more than three hours. I was in immense pain for weeks. The dentist left a painful tooth fragment in my mouth that I had to remove on my own because of the pain. I got no regular pain medication at Irwin.

13. I am aware of the ongoing investigation into the conduct of Dr. Amin by the Department of Justice and other federal agencies and wish to participate in said investigation to the fullest extent possible. I want to have the opportunity to talk to investigators about what happened to me at Irwin and help bring those responsible to justice.

_____          11-11-20
Keynin Jackelin Reyes Ramirez                Date

### Certificate of Interpretation

I, Tristan Call, hereby declare that I am fluent in both Spanish and English and I have read the foregoing to the affiant in the Spanish language to the best of my ability.

_____          11-11-20
Signature of Interpreter                          Date

CONFIDENTIAL