Declaration of Elizabeth A. McNamara

In Opposition to Exclude Testimony of Dr. Ted Anderson

# Exhibit 4



**From:** Stacey Evans <sevans@staceyevanslaw.com>
**Sent:** Friday, October 6, 2023 1:46 PM
**To:** McNamara, Elizabeth <lizmcnamara@dwt.com>
**Cc:** Adam Snyder <asnyder@kjs-law.com>; Levine, Amanda <AmandaLevine@dwt.com>; Amble Johnson <ajohnson@staceyevanslaw.com>; Stacey Evans <sevans@staceyevanslaw.com>
**Subject:** Re: Amin v NBCU // Dr. Ted Anderson

10/31 can work, but I would beg for an alternative given it is Halloween and I have small children.

I have a long standing expert deposition in another case on 11/9.

Can we get some clarity on 10/19 before we move the date?

Sent from my iPhone


On Oct 6, 2023, at 1:37 PM, McNamara, Elizabeth <lizmcnamara@dwt.com> wrote:


EXTERNAL SENDER. Only open links and attachments from known senders. DO NOT provide your username or password.

Thanks, Adam. We could do 10/31 or 11/9. Let us know if one of those dates works for everyone. Liz


On Oct 6, 2023, at 1:29 PM, Adam Snyder <asnyder@kjs-law.com> wrote:


**[EXTERNAL]**

Ms. McNamara and Ms. Evans:

As you both know, I accepted service of a subpoena on behalf of Dr. Anderson for his deposition testimony. Dr. Anderson is not acting as an expert for either party, and is merely a fact witness who would prefer not to be involved in this litigation.

1

As a courtesy, we had been holding 10/19 as a date for his deposition. My conversations with Ms. Evans' office lead me to believe that she and Mr. Johnson will not be able to proceed on that date, and I do not think it is fair to proceed with just one side in attendance, especially since doing so would likely result in a second deposition of Dr. Anderson. Accordingly, I will tell Dr. Anderson he can release 10/19 as it is his backup surgery day at Vanderbilt. I do not know if 10/30 or 10/31 will work for Dr. Anderson as alternatives, but I am available those dates. Otherwise, if it is to be on a Thursday (his backup surgery day), I am unavailable 11/2 but am available 11/9. Please let me know a date or two you both can agree upon and I will confirm with Dr. Anderson.

I am reviewing and will be responding to Ms. Evans' letter of 10/5 regarding her request for records. I don't know that our position will change, and I understand this may require a motion on her part. I have asked for a call or discussion in advance of any motion so I can coordinate my schedule as that may help expedite things for everyone.

Lastly, if/when you agree upon a date or dates for Dr. Anderson's deposition, I would also ask that you reasonably estimate the length of time you will need from him so he can appropriately clear his day and also make plans for breaks, if need be.

Thanks. Adam

Adam Snyder
60 W. Randolph Street, 4th Floor
Chicago, Illinois 60601
*T* 312.782.2525
*F* 312.855.0068
asnyder@kjs-law.com