UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D.,<br><br>    Plaintiff,<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC,<br><br>    Defendant. | Case No. 5:21-cv-00056-LGW-BWC<br><br>**MCNAMARA DECLARATION IN SUPPORT OF NBCU'S OPPOSITION TO MOTION TO EXCLUDE THE TESTIMONY OF DR. ERIN CAREY** |

I, Elizabeth A. McNamara, being of lawful age and otherwise competent to testify in a court of law, hereby declare pursuant to 28 U.S.C. §1746 and under penalty of perjury that the following is true and correct:

1. I am a partner at Davis Wright Tremaine LLP, counsel for Defendant NBCUniversal Medial, LLC ("NBCU"). I make this declaration in support of NBCU's opposition to the motion to exclude the testimony of Dr. Erin Carey, filed by Plaintiff Dr. Mahendra Amin.

2. Annexed hereto as **Exhibit 1** is a true and correct copy of an article titled, "Informed consent for surgery: risk discussion and documentation," dated August 3, 2016, produced by Dr. Carey and bates stamped CAREY000172.

3. Annexed hereto as **Exhibit 2** is a true and correct copy of a committee opinion from the American College of Obstetricians and Gynecologists titled, "Sterilization of Women: Ethical Issues and Considerations," dated April 2017, produced by Dr. Carey and bates stamped CAREY000273.

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the foregoing is true and correct.

Executed on February 2, 2024.

_____
ELIZABETH A. MCNAMARA