UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D.,<br><br>      Plaintiff,<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC,<br><br>      Defendant. | Case No. 5:21-cv-00056-LGW-BWC |

**PROPOSED ORDER GRANTING
MOTION TO FILE UNDER SEAL**

On this ___ day of _____, 2024, the Court considered Defendant's Motion to File Under Seal and Memorandum in Support. Having considered the Motion, the filings submitted in support of the Motion, and any filings submitted in opposition to the Motion,

**IT IS HEREBY ORDERED THAT:**

The Motion is GRANTED in full and the Confidential Materials, as defined in the Motion to Seal and Memorandum in Support, shall be placed under seal.

Dated:_____, 2024

SO ORDERED.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA