# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D.,<br><br>    Plaintiff,<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC,<br><br>    Defendant. | Case No. 5:21-cv-00056-LGW-BWC<br><br>**JOINT NOTICE OF INTENT TO**<br>**FILE REPLY BRIEFS** |

  Pursuant to Local Rule 7.6, Plaintiff Dr. Mahendra Amin and Defendant NBCUniversal Media, LLC hereby jointly notify the Clerk of their intent to file reply briefs in further support of their respective motions for summary judgment (Dkts. 122 and 127) and in further support of their respective motions to exclude (Dkts. 123, 124, and 138) in accordance with the deadlines set by the Court in its December 7, 2023 Order (Dkt. 119).

Dated: February 5, 2024

Respectfully Submitted,

| | |
|---|---|
| */s/ Stacey G. Evans*<br>Stacey G. Evans<br>Georgia Bar No. 298555<br>STACEY EVANS LAW<br>4200 Northside Parkway NW<br>Bldg One; Suite 200<br>Atlanta, GA 30327<br>(770) 779-9602<br>sevans@staceyevanslaw.com | */s/ Elizabeth A. McNamara*<br>Elizabeth A. McNamara<br>(admitted *pro hac vice*)<br>DAVIS WRIGHT TREMAINE LLP<br>1251 Avenue of the Americas 21st Floor<br>New York, NY 10020-1104<br>Tel: (212) 489-8230<br>lizmcnamara@dwt.com |
| Scott R. Grubman<br>Georgia Bar No. 317011<br>CHILVIS GRUBMAN DALBEY &<br>WARNER LLP<br>1834 Independence Square<br>Atlanta, GA 30338<br>(404) 233-4171<br>sgrubman@cglawfirm.com<br>*Attorneys for Plaintiff* | Cynthia L. Counts<br>Georgia Bar No. 190290<br>FISHERBROYLES, LLP<br>945 East Paces Ferry Rd. NE, Suite 2000<br>Atlanta, GA 30326<br>(404) 550-6233<br>cynthia.counts@fisherbroyles.com<br>*Attorneys for Defendant* |