# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

| | |
|---|---|
| MAHENDRA AMIN, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC.,<br><br>Defendant. | CASE NO.<br>5:21-CV-00056-LGW-BWC |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

Scott R. Grubman, having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT Scott R. Grubman be granted leave of absence for the following periods: **February 15 thru February 16, 2024**.

This ___ day of _____, 2024

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA