UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | Case No. 5:21-cv-00056-LGW-BWC <br><br> **MCNAMARA DECLARATION IN OPPOSITION TO MOTION TO PERMIT ADDITIONAL DISCOVERY** |

I, Elizabeth A. McNamara, being of lawful age and otherwise competent to testify in a court of law, hereby declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the following is true and correct:

1. I am a partner at Davis Wright Tremaine LLP, counsel for Defendant NBCUniversal Media, LLC ("NBCU"). I make this declaration in opposition to Plaintiff's Motion to Permit Additional Discovery.

2. Annexed hereto as **Exhibit 1** is a true and correct copy of an email thread, dated September 15, 2020 and bates stamped NBCU004911.

3. Annexed hereto as **Exhibit 2** is a true and correct copy of an email thread, dated September 15, 2020 and bates stamped NBCU004912.

4. Annexed hereto as **Exhibit 3** is a true and correct copy of an email thread, dated September 15, 2020 and bates stamped NBCU004916.

5. Annexed hereto as **Exhibit 4** is a true and correct copy of the privilege log NBCU produced in conjunction with its December 2023 document production.

Executed on February 16, 2024.

_____
ELIZABETH A. MCNAMARA