# Exhibit 4

# Privilege Log (December 2023 Production)
Amin v. NBCUniversal Media, LLC  (21-cv-00056)

| ENTRY NO | DATE | TIME | FROM | TO | CC | SUBJECT | DOCUMENT DESCRIPTION | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|---|---|
| 65 | 9/16/2020 | 1:04 PM | Amanda Blomquist | NBCU Standards; Alex Ziccardi* | Joey Cole; Christina Fiorentino | 3p News Now script for ICE Whistleblower | Email requesting prepublication legal advice concerning news report. | Attorney-Client |
| 66 | 9/16/2020 | 1:19 PM | Amanda Blomquist | NBCU Standards; Alex Ziccardi* | Joey Cole; Christina Fiorentino | UPDATED - 3p News Now script for ICE Whistleblower | Email requesting prepublication legal advice concerning news report. | Attorney-Client |
| 67 | 9/16/2020 | 5:20 PM | Christopher Scholl | Valerie McCabe | Steve Thode, NBCU Standards, Tina Urbanski, Robert Zeliger, Lorena Ruiz, David Sternlicht* | Re: The ReidOut - ICE SCRIPT | Email chain requesting prepublication legal advice concerning news report. | Attorney-Client |
| 68 | 9/16/2020 | 4:46 PM | Amanda Blomquist | NBCU Standards; Beth Lobel* | Andre Brooks | 5p News Now as live script: ICE Whistleblower | Email requesting prepublication legal advice concerning news report. | Attorney-Client |
| 69 | 9/16/2020 | 5:51 PM | Beth Lobel* | Amanda Blomquist; NBCU Standards | Andre Brooks | Re: 5p News Now as live script: ICE Whistleblower | Email chain requesting and providing prepublication legal advice concerning news report. | Attorney-Client |
| 70 | 9/18/2020 | 7:10 PM | Kelsey Desiderio | Susan Sullivan; David Sternlicht* | Cory Gnazzo | Maddow ICE Segment | Email requesting prepublication legal advice concerning news report. | Attorney-Client |
| 71 | 9/18/2020 | 7:13 PM | David Sternlicht* | Kelsey Desiderio; Susan Sullivan | Cory Gnazzo | Re: Maddow ICE Segment | Email chain requesting and providing prepublication legal advice concerning news report. | Attorney-Client |
| 72 | 9/18/2020 | 7:18 PM | Susan Sullivan | David Sternlicht*; Kelsey Desiderio | Cory Gnazzo | Re: Maddow ICE Segment | Email chain requesting and providing legal advice concerning news report. | Attorney-Client |
| 73 | 5/20/2021 | 1:24 PM | Rich Schapiro | Susan Sullivan; Christopher Scholl; David Sternlicht*; Adam Lazier*; Robert Dembo; Julia Ainsley; Mark Schone | | Story for review | Email requesting prepublication legal advice concerning news article. | Attorney-Client |
| 74 | 5/20/2021 | 1:49 PM | Adam Lazier* | Rich Schapiro; Susan Sullivan; Christopher Scholl; David Sternlicht*; Robert Dembo; Julia Ainsley; Mark Schone | | Re: Story for review | Email chain requesting and providing prepublication legal advice concerning news article. | Attorney-Client |
| 75 | 5/20/2021 | 2:02 PM | Julia Ainsley | Adam Lazier*; Rich Schapiro; Susan Sullivan; Christopher Scholl; David Sternlicht*; Robert Dembo; Mark Schone | | Re: Story for review | Email chain requesting and providing prepublication legal advice concerning news article. | Attorney-Client |

| ENTRY NO | DATE | TIME | FROM | TO | CC | SUBJECT | DOCUMENT DESCRIPTION | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|---|---|
| 76 | 5/20/2021 | 2:07 PM | Rich Schapiro | Julia Ainsley | Adam Lazier*; Susan Sullivan; Christopher Scholl; David Sternlicht*; Robert Dembo; Mark Schone | Re: Story for review | Email chain requesting and providing prepublication legal advice concerning news article. | Attorney-Client |
| 77 | 5/20/2021 | 2:14 PM | Adam Lazier* | Rich Schapiro; Julia Ainsley | Susan Sullivan; Christopher Scholl; David Sternlicht*; Robert Dembo; Mark Schone | Re: Story for review | Email chain requesting and providing prepublication legal advice concerning news article. | Attorney-Client |
| 78 | 5/20/2021 | 2:21 PM | Rich Schapiro | Adam Lazier* | Julia Ainsley; Susan Sullivan; Christopher Scholl; David Sternlicht*; Robert Dembo; Mark Schone | Re: Story for review | Email chain requesting and providing prepublication legal advice concerning news article. | Attorney-Client |
| 79 | 11/24/2021 | 11:31 AM | Amanda Spain | Adam Lazier* | | Re: A couple of questions/MSNBC (timely) | Email requesting prepublication legal advice concerning documentary. | Attorney-Client |
| 80 | 11/24/2021 | 8:03 PM | Adam Lazier* | Amanda Spain | Mary Lockhart | Re: A couple of questions/MSNBC (timely) | Email chain requesting and providing prepublication legal advice concerning documentary. | Attorney-Client |
| 81 | 11/24/2021 | 8:06 PM | Mary Lockhart | Mary Lockhart | | Re: A couple of questions/MSNBC (timely) | Email chain reflecting request and provision of prepublication legal advice concerning documentary. | Attorney-Client |
| 82 | 11/30/2021 | 6:48 PM | Amanda Spain | Carrie Wysocki | Adam Lazier* | The Facility Changes | Email requesting prepublication legal advice concerning documentary. | Attorney-Client |
| 83 | 11/30/2021 | 6:51 PM | Adam Lazier* | Amanda Spain; Carrie Wysocki | | Re: The Facility Changes | Email chain requesting and providing prepublication legal advice concerning documentary. | Attorney-Client |
| 84 | 11/30/2021 | 9:47 PM | Adam Lazier* | Amanda Spain; Carrie Wysocki | | Re: The Facility Changes | Email chain requesting and providing prepublication legal advice concerning documentary. | Attorney-Client |
| 85 | 12/1/2021 | 12:39 PM | Carrie Wysocki | Adam Lazier*; Amanda Spain | | Re: The Facility Changes | Email chain requesting and providing prepublication legal advice concerning documentary. | Attorney-Client |

| ENTRY NO | DATE | TIME | FROM | TO | CC | SUBJECT | DOCUMENT DESCRIPTION | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|---|---|
| 86 | 12/1/2021 | 12:42 PM | Adam Lazier* | Carrie Wysocki; Amanda Spain | Amanda Levine* | Re: The Facility Changes | Email chain requesting and providing prepublication legal advice concerning documentary. | Attorney-Client |
| 87 | 12/2/2021 | 11:42 AM | Carrie Wysocki | Adam Lazier*; Amanda Spain; Mary Lockhart | Amanda Levine* | Re: The Facility Changes | Email chain requesting and providing prepublication legal advice concerning documentary. | Attorney-Client |
| 88 | 12/2/2021 | 11:54 AM | Mary Lockhart | Carrie Wysocki | | Re: The Facility Changes | Email chain reflecting request and provision of prepublication legal advice concerning documentary. | Attorney-Client |
| 89 | 12/2/2021 | 12:49 PM | Adam Lazier* | Carrie Wysocki; Amanda Spain; Mary Lockhart | Amanda Levine* | Re: The Facility Changes | Email chain requesting and providing prepublication legal advice concerning documentary. | Attorney-Client |
| 90 | 12/2/2021 | 12:54 PM | Amanda Levine* | Adam Lazier*; Carrie Wyoscki; Amanda Spain; Mary Lockhart | | Re: The Facility Changes | Email chain requesting and providing prepublication legal advice concerning documentary. | Attorney-Client |
| 91 | 12/2/2021 | 12:57 PM | Mary Lockhart | Amanda Levine*; Adam Lazier*; Carrie Wysocki; Amanda Spain | | Re: The Facility Changes | Email chain requesting and providing prepublication legal advice concerning documentary. | Attorney-Client |
| 92 | 12/2/2021 | 12:59 PM | Amanda Spain | Mary Lockhart; Amanda Levine*; Adam Lazier*; Carrie Wysocki | | Re: The Facility Changes | Email chain requesting and providing prepublication legal advice concerning documentary. | Attorney-Client |
| 93 | 12/2/2021 | 12:59 PM | Mary Lockhart | Amanda Spain; Amanda Levine*; Adam Lazier*; Carrie Wysocki | | Re: The Facility Changes | Email chain requesting and providing prepublication legal advice concerning documentary. | Attorney-Client |
| 94 | 9/27/2023 | n/a | n/a | n/a | n/a | n/a | Document provided to Julia Ainsley for reporting on matters unrelated to challenged news reports. (Bates No. NBCU004200) | Reporter's Privilege |