UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 5:21-CV-00056-LGW-BWC ) ) |
| NBCUNIVERSAL MEDIA, LLC, | ) ) |
| Defendant. | ) ) |

## **PLAINTIFF'S NOTICE OF INTENT TO FILE REPLY BRIEF**

Pursuant to Local Rule 7.6, Plaintiff, Dr. Mahendra Amin, hereby notifies the Clerk of Court of his intent to file a reply brief in further support of his motion to permit additional discovery (Doc. 165), in accordance with the deadlines set forth by the Local Rules.

Respectfully submitted this 19th day of February 2024.

*/s/ Stacey G. Evans*
Stacey G. Evans
Georgia Bar No. 298555
sevans@staceyevanslaw.com
Tiffany N. Watkins
Georgia Bar No. 228805
twatkins@staceyevanslaw.com
J. Amble Johnson
Georgia Bar No. 229112
ajohnson@staceyevanslaw.com

STACEY EVANS LAW
4200 Northside Parkway NW
Bldg One; Suite 200
Atlanta, GA 30327
(770) 779-9602 (phone)
(404) 393-2828 (fax)

Scott R. Grubman
Georgia Bar No. 317011
sgrubman@cglawfirm.com

CHILIVIS GRUBMAN
DALBEY & WARNER LLP
1834 Independence Square
Atlanta, GA 30338
(404) 233-4171 (phone)
(404) 261-2842 (fax)

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF INTENT TO FILE REPLY BRIEF** will be served upon all attorneys in this matter by filing with the Court's CM/ECF system.

This 19th day of February 2024.

                                            */s/ Stacey G. Evans*
                                            Stacey G. Evans