UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | Case No. 5:21-cv-00056-LGW-BWC <br><br> **REPLY DECLARATION OF ELIZABETH A. McNAMARA IN FURTHER SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

I, Elizabeth A. McNamara, being of lawful age and otherwise competent to testify in a court of law, hereby declare pursuant to 28 U.S.C. §1746 and under penalty of perjury that the following is true and correct:

1. I am a partner at Davis Wright Tremaine LLP, counsel for Defendant NBCUniversal Media, LLC ("NBCU"). I make this declaration in reply in support of NBCU's Motion for Summary Judgment.

2. Annexed hereto as **Exhibit 1** is a true and correct copy of further excerpts of the deposition testimony of Rachel Maddow, dated May 17, 2023.

3. Annexed hereto as **Exhibit 2** is a true and correct copy of further excerpts of the deposition testimony of Christopher Scholl, dated July 12, 2023.

4. Annexed hereto as **Exhibit 3** is a true and correct copy of further excerpts of the deposition testimony of Alexander Price, dated June 15, 2023.

5. Annexed hereto as **Exhibit 4** is a true and correct copy of further excerpts of the deposition testimony of Sarah Owings, dated August 25, 2023.

6. Attached hereto as **Exhibit 5** is a true and correct copy of further excerpts of the deposition testimony of Cory Gnazzo, dated May 11, 2023.

7. Annexed hereto as **Exhibit 6** is a true and correct copy of further excerpts of the deposition testimony of Julia Ainsley, dated April 25, 2023.  This exhibit includes pages that were cited to in NBCU's Statement of Material Fact (and to which Dr. Amin had access) but were inadvertently omitted from Exhibit 30 to the McNamara Declaration in Support of NBCU's Motion for Summary Judgment.

8. Annexed hereto as **Exhibit 7** is a true and correct copy of further excerpts of the deposition testimony of K.J.J.R., dated September 26, 2023.  This exhibit includes pages that were cited to in NBCU's Statement of Material Fact (and to which Dr. Amin had access) but were inadvertently omitted from Exhibit 119 to the McNamara Declaration in Support of NBCU's Motion for Summary Judgment.

9. Annexed hereto as **Exhibit 8** is a true and correct copy of an email dated September 24, 2020, bates stamped AMIN_0000162.

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the foregoing is true and correct.

Executed on February 21, 2024.

_____
ELIZABETH A. MCNAMARA