McNamara Reply Declaration

In Support of Summary Judgment

Exhibit 8

Message

| | |
|---|---|
| **From:** | Ford, Hope [hford@11alive.com] |
| **Sent:** | 9/24/2020 10:37:09 PM |
| **To:** | Scott R. Grubman [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b835c2a121a1400c9d3157a51a40c8a2-Scott R. Gr] |
| **Subject:** | RE: Request for comment regarding Dr. Amin |
| | |
| **Flag:** | Flag for follow up |

Thank you for the quick response.

At this time, the attorney for the patient tells me the patient is not willing to sign a HIPPA release because she is fearful of an expedited deportation. Of course, I still want to hear your client's side of this matter and give him an opportunity to address any and all allegations against him. Would you/him be willing to be interviewed or would you like to refer me to the general statement you mentioned previously?

Thank you again for your time,


**Hope Ford**
Reporter/UpLate



A **TEGNA** Company | One Monroe Place, Atlanta, GA 30324
hford@11alive.com | C. 404.279.0154 | 11Alive.com
Facebook: thehopeford
Twitter: @hope_iam
START A CONVERSATION.
SHARE YOUR PERSPECTIVE.

---

**From:** Scott R. Grubman <SGrubman@cglawfirm.com>
**Sent:** Thursday, September 24, 2020 5:02 PM
**To:** Ford, Hope <hford@11alive.com>
**Subject:** Re: Request for comment regarding Dr. Amin

CAUTION - EXTERNAL EMAIL - Please use caution opening attachments and never share your password. Send suspicious email to infosec@tegna.com.

We cannot address any allegations where the patient isn't identified.  We are also limited by HIPAA and other privacy laws in what we can share.  That being said, if you'd like to identify the patient, and the patient would be willing to sign a HIPAA release, let me know.  Otherwise, I'm happy to send you a general statement.

**Scott R. Grubman | Partner**
**CHILIVIS, GRUBMAN, DALBEY & WARNER, LLP**
3127 Maple Drive, NE | Atlanta, Georgia  30305
**Main:** 404.233.4171 | **Direct:** 404.262.6505 | **E:** sgrubman@cglawfirm.com

**From:** Ford, Hope <hford@11alive.com>
**Sent:** Thursday, September 24, 2020 4:35 PM
**To:** Scott R. Grubman <SGrubman@cglawfirm.com>
**Subject:** Request for comment regarding Dr. Amin

Hi Mr. Grubman,

This is Hope Ford, reporter for 11Alive in Atlanta. A former detainee at Irwin Detention Center has made allegations in an interview with us, against your client, Dr. Mahendra Amin. Her allegations include being told she would need to have a cyst drained, but later had a D&C performed on her. Her attorney says based on her medical paperwork and other OBGYN observations, that this was an unnecessary procedure. Would you be open to discussing this matter and these allegations in an interview? Would your client be open to discussing this matter and the allegations in an interview? Are there any comments or statements you or your client would like to provide on this matter/allegations?

Feel free to call me cell, 404-279-0154, if you need.

Thank you,

**Hope Ford**
Reporter/UpLate



A **TEGNA** Company | One Monroe Place, Atlanta, GA 30324
hford@11alive.com  |  C. 404.279.0154  |  11Alive.com
Facebook: thehopeford
Twitter: @hope_iam

START A CONVERSATION.
SHARE YOUR PERSPECTIVE.