IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | CIVIL ACTION NO.: 5:21-CV-00056-LGW-BWC |

### [PROPOSED] ORDER GRANTING MOTION TO SEAL

WHEREAS, pursuant to S.D. Ga. L.R. 79.7, Plaintiff Dr. Mahendra Amin, M.D. ("Plaintiff" or "Dr. Amin") filed a Motion to Seal his Plaintiff's Reply in Support of Motion to Permit Additional Discovery Before Ruling on Summary Judgment Pursuant to Rule 56(d); and

WHEREAS, Dr. Amin has moved to seal the contents of the filing itself, and not the name of the movant or the title of the filings sought to be sealed; and

WHEREAS, the interests in protecting certain Confidential information outweighs, in this instance, the right of access to judicial records; and

WHEREAS, temporary sealing is not adequate to protect the interests at stake;

THEREFORE **IT IS ORDERED** that the Motion to Seal is **GRANTED**, as to the contents of the filing itself, and that the Confidential information be **SEALED PERMANENTLY** for good cause shown.

DATED: _____

_____
United States District Court for the Southern District of Georgia

1