UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 5:21-CV-00056-LGW-BWC |
| v. ) | |
| ) | |
| NBCUNIVERSAL MEDIA, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF CHANGE OF ADDRESS

Plaintiff Dr. Mahendra Amin, M.D. ("Plaintiff") notifies the Court that the address for the undersigned counsel for Plaintiff has changed, and that all future notices, pleadings, papers, and other materials relevant to this action be directed and served upon the undersigned as follows:

Stacey Godfrey Evans
Tiffany Nicole Watkins
John Amble Johnson
STACEY EVANS LAW
729 Piedmont Avenue NE
Atlanta, GA 30308
(404) 850-6750

Respectfully submitted this 7th day of March, 2024.

/s/ Stacey Godfrey Evans
Stacey Godfrey Evans
Georgia Bar No. 298555
sevans@staceyevanslaw.com
Tiffany N. Watkins
Georgia Bar No. 228805
twatkins@staceyevanslaw.com
John Amble Johnson
Georgia Bar No. 229112
ajohnson@staceyevanslaw.com

*Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** will be served upon all attorneys in this matter by filing with the Court's CM/ECF system.

This 7th day of March 2024.

*/s/ Stacey Godfrey Evans*
Stacey Godfrey Evans