# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CV521-56**　　　　　　　　　　　　　　　　　DATE **04/15/2024**

TITLE **Amin v. NBCUniversal Media, LLC**

TIMES **1:05 - 2:18**　　　　　　　　　　　　　　　　　TOTAL **1 Hour 13 Minutes**

Honorable: **Lisa Godbey Wood, U. S. District Court Judge**　　　Courtroom Deputy: **Whitney Sharp**

Court Reporter: **Debra Gilbert**　　　　　　　　　　　　　Interpreter:

| Attorney for Plaintiff | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Stacey Evans<br>John Johnson<br>Scott Grubman | Elizabeth McNamara<br>Amanda Levine<br>Cynthia Counts | |

PROCEEDINGS: **Motions Hearing**　　　　　　　　　　　☑ In Court　　☐ In Chambers

Parties present hearing on motions at dkts. 122 and 127
Plaintiff 1:08 - 1:39 / Defendant 1:39 - 2:16
The recored is held open for an additional 14 days for any further briefing.
Nothing further.

(Rev 7/2003)　　　　　　　　　　　　　　　　　　　　　　　　GENERAL CLERK'S MINUTES