# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

MAHENDRA AMIN, M.D.,

    Plaintiff,

v.

NBCUNIVERSAL MEDIA, LLC.,

    Defendant.

CASE NO.
5:21-CV-00056-LGW-BWC

## APPLICATION FOR LEAVE OF ABSENCE

Comes now Scott R. Grubman, Attorney for Plaintiff, and respectfully requests the Court to grant him a leave of absence from the above case for which he is attorney of record now pending in the United States District Court for the Southern District of Georgia, on July 17 - July 22, 2024, for personal travel.

Respectfully submitted this 30th day of April, 2024.

*/s/ Scott R. Grubman*
Scott R. Grubman
Georgia Bar No. 317011
CHILIVIS GRUBMAN
1834 Independence Square
Atlanta, GA  30338
(404) 262-6505 (direct)
(404) 233-4171 (main)
(404) 261-2842 (facsimile)
sgrubman@cglawfirm.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 30th day of April, 2024.

/s/ *Scott R. Grubman*
Scott R. Grubman
Georgia Bar No. 317011