UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
CLERK'S MINUTES

CASE NO. 5:21-cv-56                                              DATE: 06/20/2024

TITLE: Dr. Mahendra Amin, M.D. v. NBCUniversal Media, LLC

| HONORABLE BENJAMIN W. CHEESBRO | COURTROOM DEPUTY: KIM MIXON |
|---|---|

| COURT REPORTER: BWC-CHAMBERS | TIME: 1:35 – 2:10 | TOTAL: 35 minutes |
|---|---|---|

**PLAINTIFF:**                                                   **COUNSEL FOR PLAINTIFF:**

Dr. Mahendra Amin, M.D.                                          Stacey Evans

**DEFENDANT:**                                                   **COUNSEL FOR DEFENDANT:**

NBCUniversal Media, LLC                                          Elizabeth McNamara

**TELEPHONIC STATUS CONFERENCE**

Telephonic Status Conference held to discuss scope of questioning during deposition of witness, Ms. Shahshahani.
Court hears from Stacey Evans, counsel for Plaintiff, and Julie Oinonen, counsel for witness Ms. Shahshahani.
Plaintiff's counsel states Ms. Shahshahani has been directed not to answer certain questions that Plaintiff feels are within the scope of questioning.
Ms. Oinonen argues the questions are not within the scope of the Court's previous order.
As to the line of questioning of Ms. Shahshahani concerning her preparation for the deposition, and whether she reviewed any deposition transcripts, the Court overrules any objections to the questioning as described during the call.
As to the line of questioning of Ms. Shahshahani her awareness of contact with NBCUniversal or other media outlets, the Court directs parties on how questions may be posed.  The Court states that the questions described during the call do not necessarily require the disclosure of privileged information or work product.
Court will allow questioning on factual information within Ms. Shahshahani's personal knowledge, that does not require disclosure of privileged information.
The parties may contact the Court for further assistance if necessary.