IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| MAHENDRA AMIN, M.D., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO.: 5:21-cv-56 |
| NBCUNIVERSAL MEDIA, LLC, | ) ) ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

COME NOW Benjamin H. Brewton and Jena C. Lombard of the law firm of Balch & Bingham LLP and hereby enter their appearance in the above-captioned matter as additional counsel for Defendant NBCUniversal Media, LLC. Notices and other materials may be sent to:

Benjamin H. Brewton (bbrewton@balch.com)
Jena C. Lombard (jlombard@balch.com)
BALCH & BINGHAM LLP
801 Broad Street, Suite 800
Augusta, GA  30901

This 2nd day of July, 2024.

/s/ *Benjamin H. Brewton*
Benjamin H. Brewton
Georgia Bar No. 002530

/s/ *Jena C. Lombard*
Jena C. Lombard
Georgia Bar No. 213734
BALCH & BINGHAM LLP
801 Broad Street, Suite 800
Augusta, GA  30901
Telephone:  (706) 842-3711
Facsimile:  (866) 258-8984
*Attorneys for Defendant NBCUniversal Media, LLC*

24100831.2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the <u>2nd</u> day of July, 2024:

Scott R. Grubman
Chilvis Grubman, LLP
1834 Independence Square
Atlanta, GA 30338

Stacey G. Evans
Tiffany N. Watkins
John A. Johnson
Stacey Evans Law
729 Piedmont Avenue NE
Atlanta, GA 30308

*Attorneys for Plaintiff*

Amanda B. Levine
Elizabeth McNamara
Leeana Charlton
Davis Wright Tremaine LLP
1251 Avenue of the Americas
21st Floor
New York, NY 10020

Cynthia L. Counts
Fisher Broyles LLP
3340 Peachtree Road NE
Suite 1800
Atlanta, GA 30326

Erik Bierbauer
NBCUniversal Media, LLC
30 Rockefeller Plaza
Room 620-557
New York, NY 10112

*Attorneys for Defendant NBCUniversal Media, LLC*

/s/ *Benjamin H. Brewton*
Counsel for Defendant NBCUniversal Media, LLC

24100831.2