**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., | |
| Plaintiff, | Case No. 5:21-cv-00056-LGW-BWC |
| v. | |
| NBCUNIVERSAL MEDIA, LLC, | |
| Defendant. | |

**JOINT MOTION FOR TELEPHONIC CONFERENCE WITH THE COURT**

Plaintiff Dr. Mahendra Amin and Defendant NBCUniversal Media, LLC move the Court for a telephonic conference to seek the Court's guidance in the preparation of the joint proposed consolidated pretrial order.  Pursuant to Local Rule 7.1(b), this motion is accompanied by a proposed Order.  In support of the motion, the parties show the Court as follows:

1.

On June 26, 2024, the Court granted in part and denied in part the parties' motions for summary judgment and ordered that there are issues for trial.  Doc. 209.

2.

In that order, the Court ordered the parties to file a proposed consolidated pretrial order within 21 days, which is July 17, 2024.

3.

The parties have conferred to prepare the proposed consolidated pretrial order.

4.

During conferral, the parties identified areas in which they require the Court's guidance.

5.

Specifically, the parties seek the Court's guidance concerning their need for additional time beyond the current deadline of July 17 to prepare a proposed consolidated pretrial order to allow for thoughtful consideration of items such as stipulations and streamlined exhibit lists. Additionally, they seek the Court's guidance concerning the availability and need for depositions for use and, if allowed, concerning the timing of such depositions which may depend in part on a trial date.

6.

Accordingly, the parties respectfully request that the Court convene a telephonic conference in order for the parties to receive the guidance of the Court.

Respectfully submitted this 8th day of July 2024.

[Signatures on following page.]

2

**/s/ Stacey G. Evans**
Stacey G. Evans
Georgia Bar No. 298555
sevans@staceyevanslaw.com
Tiffany N. Watkins
Georgia Bar No. 228805
twatkins@staceyevanslaw.com
J. Amble Johnson
Georgia Bar No. 229112
ajohnson@staceyevanslaw.com

STACEY EVANS LAW
729 Piedmont Ave NE
Atlanta, GA 30308
(404) 850-6750 (phone)
(404) 850-6748 (fax)

*Counsel for Plaintiff*

Scott R. Grubman
Georgia Bar No. 317011
sgrubman@cglawfirm.com

CHILIVIS GRUBMAN
DALBEY & WARNER LLP
1834 Independence Square
Atlanta, GA 30338
(404) 233-4171 (phone)
(404) 261-2842 (fax)

**/s/ Elizabeth A. McNamara\***
Elizabeth A. McNamara
(admitted *pro hac vice*)
Amanda B. Levine
(admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st
Floor
New York, NY 10020-1104
Tel: (212) 489-8230
lizmcnamara@dwt.com
amandalevine@dwt.com

*Counsel for Defendant\**

\*electronically signed by Stacey Evans
with express permission of counsel for
Defendant

Cynthia L. Counts
Georgia Bar No. 190280
FISHERBROYLES, LLP
945 East Paces Ferry Rd. NE, Suite 2000
Atlanta, GA 30326
(404) 550-6233
cynthia.counts@fisherbroyles.com

3

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **JOINT MOTION FOR**

**TELEPHONIC CONFERENCE** with the Clerk of Court using the CM/ECF system, which

will automatically send e-mail notification of such filing to the attorneys of record.

This <u>8th</u> day of July 2024.

<div style="margin-left: 40%;">

**/s/ Stacey G. Evans**
Stacey G. Evans
Georgia Bar No. 298555

*Counsel for Plaintiff*

</div>