UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

DR. MAHENDRA AMIN, M.D.,

       Plaintiff,

v.

NBCUNIVERSAL MEDIA, LLC,

       Defendant.

Case No. 5:21-cv-00056-LGW-BWC

**[PROPOSED] ORDER**

WHEREAS, on June 26, 2024, this Court granted in part and denied in part the parties' motions for summary judgment and ordered that there are issues for trial; and

WHEREAS, in that order the Court ordered the parties to file a proposed pretrial order within 21 days, which is July 17, 2024; and

WHEREAS the parties have conferred and have jointly moved that the Court convene a telephonic conference to provide the parties guidance as to issues that have arisen during that conferral.

THE COURT HEREBY GRANTS the motion, and sets a telephonic conference for the following time and date: _____

**SO ORDERED**, this ___ day of _____, 2024.


[Signature on following page.]

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Respectfully submitted this <u>8th</u> day of July 2024.

| | |
|---|---|
| **/s/ Stacey G. Evans**<br>Stacey G. Evans<br>Georgia Bar No. 298555<br>sevans@staceyevanslaw.com<br>Tiffany N. Watkins<br>Georgia Bar No. 228805<br>twatkins@staceyevanslaw.com<br>J. Amble Johnson<br>Georgia Bar No. 229112<br>ajohnson@staceyevanslaw.com<br><br>STACEY EVANS LAW<br>729 Piedmont Ave NE<br>Atlanta, GA 30308<br>(404) 850-6750 (phone)<br>(404) 850-6748 (fax)<br><br>*Counsel for Plaintiff* | Scott R. Grubman<br>Georgia Bar No. 317011<br>sgrubman@cglawfirm.com<br><br>CHILIVIS GRUBMAN<br>DALBEY & WARNER LLP<br>1834 Independence Square<br>Atlanta, GA 30338<br>(404) 233-4171 (phone)<br>(404) 261-2842 (fax) |