# EXHIBIT 1

```
 1              UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF GEORGIA
 2                    WAYCROSS DIVISION

 3   DR. MAHENDRA AMIN, M.D.

 4             Plaintiff,    CASE NO.
       v.                    5:21-CV-00056-LGW-BWC
 5
     NBCUNIVERSAL MEDIA, LLC,
 6
                Defendant.
 7


 8
             *** CONFIDENTIAL TRANSCRIPT ***
 9
             VIDEO-RECORDED DEPOSITION OF
10                      CHRIS HAYES

11          Davis Wright Tremaine, LLP
            1251 Avenue of the Americas
12                    21st Floor
             New York, New York 10020
13
                     08/09/2023
14                 9:38 a.m. (EDT)

15

16

17

18

19

20

21

22

23

24
     REPORTED BY:  MONIQUE CABRERA
25   JOB NO. 3133
```

Case 5:21-cv-00056-LGW-BWC   Document 215-1   Filed 07/15/24   Page 3 of 14

| DR. MAHENDRA AMIN, M.D. vs NBCUNIVERSAL MEDIA, LLC | |
|---|---|
| Confidential   Chris Hayes on 08/09/2023 | Page 240 |

```
 1        Q.    Who handles the tweets for -- or
 2   strike that.
 3              The Chris Hayes show has a
 4   Twitter page, right?
 5        A.    Correct.
 6        Q.    Who handles the tweeting?
 7        A.    It's been different people at
 8   different times throughout the course of
 9   the show.  Usually there's a producer
10   tasked with that who specifically has that
11   as part of their portfolio.
12        Q.    Would that be one of the segment
13   or senior producers or like a completely
14   different producer?
15        A.    Usually -- again, this is been
16   different things at different times.  But
17   usually not either segment or senior
18   producer.  It's another producer.
19        Q.    Do you review those tweets?
20        A.    I do not.
21        Q.    Did you review any tweets in
22   preparation for your deposition?
23        A.    Yes.  I think there were tweets
24   that were in -- in the discovery.
25        Q.    Which ones did you look at?
```

Case 5:21-cv-00056-LGW-BWC   Document 215-1   Filed 07/15/24   Page 4 of 14

| | DR. MAHENDRA AMIN, M.D. vs NBCUNIVERSAL MEDIA, LLC | |
|---|---|---|
| Confidential | Chris Hayes on 08/09/2023 | Page 241 |

```
 1      A.    I can't remember which ones.
 2            MS. EVANS:  I am going to hand
 3      you and your counsel what I am marking
 4      as Exhibit 119.  It's a tweet from the
 5      All In with Chris Hayes show as it was
 6      produced to us.
 7            (Reporter clarification.)
 8            MS. EVANS:  Exhibit 119.
 9            (Whereupon, Exhibit 119, Tweet
10      from All In with Chris Hayes show, was
11      marked for identification.)
12  BY MS. EVANS:
13      Q.    Small print.  But do you see the
14  tweet on the second page of Exhibit 119,
15  "Learn more about the three women claiming
16  they have received unnecessary
17  hysterectomies here."
18            Do you see that?
19      A.    I do see that.
20      Q.    And the date of that tweet is
21  what?
22      A.    That is -- is that the 17th, I
23  think?
24      Q.    September 17th, 2020?
25      A.    I believe that's right.  Yes, it
```

Case 5:21-cv-00056-LGW-BWC   Document 215-1   Filed 07/15/24   Page 5 of 14

| Confidential | DR. MAHENDRA AMIN, M.D. vs NBCUNIVERSAL MEDIA, LLC<br>Chris Hayes on 08/09/2023 | Page 242 |
|---|---|---|

```
 1   is.
 2       Q.   It was after the September 16th,
 3   2020 show?
 4       A.   It's like 40 minutes after
 5   midnight, so after the 16th, yeah.
 6       Q.   And the word choice in this
 7   tweet is "unnecessary hysterectomies," not
 8   unnecessary procedures, true?
 9       A.   That's correct, yeah.
10       Q.   Do you know why?
11       A.   I have no idea.
12       Q.   Pauline Binam didn't have a
13   hysterectomy, did she, to your knowledge?
14       A.   No.  My understanding of the
15   reporting, as we said, and according to,
16   again, the medical documents we reviewed,
17   is that she had one fallopian tube removed
18   after going under anesthesia for what she
19   thought was another procedure.
20       Q.   And the third woman, whoever she
21   is, did she have a hysterectomy, to your
22   knowledge?
23       A.   I can't say one way or the
24   other.
25       Q.   And during the broadcast on
```

Case 5:21-cv-00056-LGW-BWC   Document 215-1   Filed 07/15/24   Page 6 of 14

| | DR. MAHENDRA AMIN, M.D. vs NBCUNIVERSAL MEDIA, LLC | |
|---|---|---|
| Confidential | Chris Hayes on 08/09/2023 | Page 243 |

```
 1    September 16th, 2020, whoever this woman
 2    was, you described her as having a
 3    procedure, not a hysterectomy, right?
 4            MS. MCNAMARA:  Objection.
 5       Mischaracterization.
 6       A.   Let me -- let me go back to the
 7    script.
 8    BY MS. EVANS:
 9       Q.   Exhibit 85.
10       A.   Yep.  Sorry.  I just want to
11    make sure --
12       Q.   Second paragraph from the top at
13    page 14 of 23.
14       A.   Yes.  We say, "There are three
15    women who said they had procedures either
16    did not consent to ahead of time or felt
17    coerced into consenting."
18       Q.   And again, the tweet reflected
19    in Exhibit 119 that came out a little bit
20    after midnight after this September 16th
21    broadcast refers to three women claiming
22    they received unnecessary hysterectomies,
23    not procedures, right?
24       A.   That's correct.
25       Q.   Do you know what that's based
```

1   on?
2   A.   I don't.
3   Q.   Can you think of anything?
4   A.   I have no -- literally no idea
5   how this tweet was produced or who
6   produced it or how.
7   Q.   Do you know whose idea was to
8   use pictures of Dr. Amin on your show All
9   In with Chris Hayes?
10   A.   I don't.
11   Q.   Was it yourself?
12   A.   I can't say definitively one way
13   or the other.  What I can say is in the
14   delegation of the show generally, I handle
15   the words and other people handle the
16   images.
17   Q.   Who handles the images?
18   A.   The staff of the show.  That's
19   a -- there's a long chain of people who
20   decide and prepare what's on-air,
21   including the segment producer, senior
22   producer.  There's a tape producer.
23   There's graphics people.  So there's a
24   bunch of different people who are figuring
25   out what visual accompaniment there are.

1  But I'm pretty -- with some exceptions,
2  that happens pretty independent of me.
3      Q.   Are there multiple people that
4  handle the images?
5      A.   Yeah.  Like I just said,
6  there's -- there's a bunch of people that
7  are working to have visual accompaniment
8  to the story, and it's completely 1,000
9  percent on that, that process is a little
10 opaque to me because I am fairly shielded
11 from it.
12          MS. EVANS:  I am going to hand
13      you and your counsel what I've marked
14      as Exhibit 120 --
15          THE WITNESS:  Okay.
16          MS. EVANS:  -- which is another
17      tweet from All In with Chris Hayes.
18          (Whereupon, Exhibit 120, All In
19      with Chris Hayes Tweet, was marked for
20      identification.)
21 BY MS. EVANS:
22      Q.   This one, second page of the
23 exhibit, Exhibit 120, you can compare it
24 to Exhibit 119.
25      A.   Is that the other tweet you

Case 5:21-cv-00056-LGW-BWC   Document 215-1   Filed 07/15/24   Page 9 of 14

| | DR. MAHENDRA AMIN, M.D. vs NBCUNIVERSAL MEDIA, LLC | |
|---|---|---|
| Confidential | Chris Hayes on 08/09/2023 | Page 246 |

```
 1   handed me?
 2       Q.   Yes.
 3       A.   Yes.
 4       Q.   It's slightly different, would
 5   you agree, than the other tweet but it's
 6   only, like, an hour and 15 minutes later?
 7       A.   Yes.  They are worded
 8   differently, and they're about an hour and
 9   15 minutes apart.  This one is sent at
10   2:00 a.m.
11       Q.   Do you have any idea why there
12   would be another tweet sent just within
13   two hours of the other?
14       A.   No idea.  I mean --
15       Q.   Sorry.  Go ahead.
16       A.   It doesn't -- there is nothing
17   about it that strikes me as, like,
18   strange.  I don't know.  Like, again, our
19   social media people and when do they
20   schedule tweets or -- so...
21       Q.   In the tweet on September 17th,
22   2020, at 2:00 a.m., reflected in
23   Exhibit 120, reads at the top, "Three
24   women claim they received unnecessary
25   hysterectomies at ICE facilities."
```

Case 5:21-cv-00056-LGW-BWC   Document 215-1   Filed 07/15/24   Page 10 of 14

| | DR. MAHENDRA AMIN, M.D. vs NBCUNIVERSAL MEDIA, LLC | |
|---|---|---|
| Confidential | Chris Hayes on 08/09/2023 | Page 247 |

1     Do you see that?
2  A.  Yes, I do.
3  Q.  Not procedures?
4  A.  It says what it says, yeah.
5  Q.  Did you learn of any additional
6  women making allegations of hysterectomies
7  after the last broadcast you did, which
8  was September 17th, 2020?
9  A.  After the 17th?
10 Q.  Yes.
11 A.  I can't definitively say no, but
12 no, I don't recall that happening.
13 Q.  Do you know why your show
14 continued to tweet about hysterectomies or
15 Irwin County Detention Center after
16 broadcasting stopped?
17     MS. MCNAMARA:  Objection.  Lack
18  of foundation.
19 A.  Oh, I don't -- I don't -- I
20 have no -- again, this is someone else is
21 doing that, and I don't know why -- I
22 couldn't speculate on to why we do, what
23 tweets were being sent when.
24     I will say -- I will just say as
25 a general matter the -- the things run and

Case 5:21-cv-00056-LGW-BWC   Document 215-1   Filed 07/15/24   Page 11 of 14

| DR. MAHENDRA AMIN, M.D. vs NBCUNIVERSAL MEDIA, LLC | |  |
|---|---|---|
| Confidential | Chris Hayes on 08/09/2023 | Page 248 |

1  then often they are repurposed for social
2  media purposes for a longer duration than
3  they are broadcast.  That's just like a
4  standard practice thing.
5           I'm not saying that happened in
6  this case.  I'm just saying like it's not
7  unusual or out of the ordinary for tweets
8  to be -- for social media to be
9  repurposing, you know, segments for after
10 the day or two or three that they're on.
11 BY MS. EVANS:
12      Q.   Did you talk to Jacob Soboroff
13 about the Irwin County Detention Center
14 stories at -- at any point during the
15 reporting?
16      A.   You know, I can't -- I can't
17 remember if I did one way or another
18 definitively.  I wouldn't be surprised if
19 I did, but I don't actually remember the
20 conversation.
21      Q.   What about after, like, since
22 the reporting?
23      A.   I don't think so.
24      Q.   Are you aware if anyone related
25 to your show -- I think you told me

Case 5:21-cv-00056-LGW-BWC  Document 215-1  Filed 07/15/24  Page 12 of 14

| DR. MAHENDRA AMIN, M.D. vs NBCUNIVERSAL MEDIA, LLC | |
|---|---|
| Confidential | Chris Hayes on 08/09/2023 | Page 249 |

 1   earlier you weren't aware of anyone still
 2   attempting to do reporting for your show
 3   after September 17th?
 4       A.   On this specific story?
 5       Q.   Yes.
 6       A.   Yeah.  I -- again, I wouldn't
 7   definitively say it ended.  And there may
 8   have been subsequent interactions, but I
 9   don't remember specifically.
10            MS. EVANS:  I am going to hand
11       you and your counsel what I have
12       marked as Exhibit 121.
13            (Whereupon, Exhibit 121, All In
14       with Chris Hayes Facebook page, was
15       marked for identification.)
16   BY MS. EVANS:
17       Q.   This is another tweet from the
18   All In with Chris Hayes show --
19       A.   This is a Face -- Facebook page,
20   I believe.
21       Q.   Oh, Facebook page.  So the
22   Facebook page, who's in charge -- strike
23   that.
24            Who posts on the All In with
25   Chris Hayes Facebook page?

 1   A.   I -- I'm laughing because not
 2   only do I not know, but I didn't really
 3   even think we had a Facebook page.
 4        The -- I don't know.  I truly
 5   don't know.
 6   Q.   Do you see the Facebook post
 7   reflected in Exhibit 121 that refers to
 8   Nurse Dawn Wooten alleging mass
 9   hysterectomies performed at a Georgia
10   facility?
11   A.   I do.
12   Q.   Did you have -- or strike that.
13        You did not -- I think you told
14   me you did not have any additional women
15   who alleged hysterectomies come to your
16   attention at any point after
17   September 16th, 2020?
18   A.   Again, I -- I have no evidence
19   or recollection of that happening.  But
20   just to be clear here, this is -- this is
21   a link to the September 15th segment.  So
22   it's not just a -- it's not just like a
23   little posting.  The -- the actual thing
24   that's being posted is a link to a segment
25   in which the whole script of that -- that

Case 5:21-cv-00056-LGW-BWC   Document 215-1   Filed 07/15/24   Page 14 of 14

| | DR. MAHENDRA AMIN, M.D. vs NBCUNIVERSAL MEDIA, LLC | |
|---|---|---|
| Confidential | Chris Hayes on 08/09/2023 | Page 251 |

1  segment plays and I say it and I interview
2  Dawn Wooten, et cetera.
3      Q.   That would have linked to the
4  transcript where you refer to four
5  hysterectomies, right?
6      A.   To two different lawyers talking
7  about two different clients, yes.
8      Q.   For a total of four?
9      A.   Yes.
10     Q.   Do you recall Jacob Soboroff or
11 Julia Ainsley or anybody else telling you
12 that they had heard mixed things about
13 Dawn Wooten?
14     A.   I don't.
15     Q.   Your show goes on the air
16 nightly at 8 p.m., right?
17     A.   Weeknights, yes.
18          MS. EVANS:  I am going to hand
19     you and your counsel what I am marking
20     as Exhibit 122.
21          (Whereupon, Exhibit 122, E-mail,
22     was marked for identification.)
23 BY MS. EVANS:
24     Q.   Exhibit 122 is an e-mail from
25 you at your private e-mail to Mr. Price