# EXHIBIT 2

DR. MAHENDRA AMIN,M.D. vs NBCUNIVERSAL MEDIA, LLC.
Confidential                           Rachel Maddow on 05/17/2023

```
 1              UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF GEORGIA
 2                   WAYCROSS DIVISION

 3   DR. MAHENDRA AMIN, M.D.

 4              Plaintiff,    CASE NO.
        v.                    5:21-CV-00056-LGW-BWC
 5
     NBCUNIVERSAL MEDIA, LLC,
 6
                Defendant.
 7

 8          *** CONFIDENTIAL TRANSCRIPT ***

 9         VIDEO-RECORDED DEPOSITION OF
                 RACHEL MADDOW
10
             Davis Wright Tremaine, LLP
11          1251 Avenue of the Americas
                     21st Floor
12           New York, New York 10020

13                  05/17/2023
                 9:38 a.m. (EDT)
14

15

16

17

18

19

20

21

22

23

24
     REPORTED BY:  MONIQUE CABRERA
25   JOB NO. 14601
```

 1    A.    I don't remember in terms of the
 2　production process for these segments.
 3　But I am just noting and looking at the
 4　transcript here, as we are sitting here,
 5　that every time I use that word, I am
 6　ascribing that assertion to Congresswoman
 7　Jayapal and not describing it in any other
 8　way.
 9          So I would say that's what
10　appears to be case from the way that I
11　produced it on --  from the way that we
12　produced it for TV that night.  But I
13　don't remember in terms of the production
14　process over the course of the day on the
15　16th.
16    Q.    Who is Ron Dodd, D-O-D-D?
17    A.    Ron Dodd is a producer on my
18　show.  He books people.  He books guests.
19    Q.    Who does the -- strike that.
20          Who does the tweets for The
21　Rachel Maddow Show, if it's one person?
22    A.    Which tweet or account are you
23　asking me about?
24    Q.    The Rachel Maddow Show.
25    A.    If I could just look at it, I'll

```
 1   recognize it, because we have a couple of
 2   different official --
 3      Q.   I am going to hand you and your
 4   counsel what I am marking as Plaintiff's
 5   Exhibit 53, which is a document produced
 6   by NBCUniversal.  That copy, does it have
 7   the Bates Numbers on it?
 8           MS. MCNAMARA:  Yes, 2502 to
 9      2503.
10           (Whereupon, Exhibit 53, Facebook
11      post Bates No. 2502 - 2503, was marked
12      for identification.)
13   BY MS. EVANS:
14      Q.   I'm looking at my version so I
15   just wanted to make sure.
16      A.   So this isn't a tweet.  It is
17   Facebook post.
18      Q.   Okay.  Who does The Rachel
19   Maddow Show Facebook posts?
20      A.   I don't know.  I don't have a
21   Facebook account, and I don't use
22   Facebook.
23           MS. MCNAMARA:  Is this a good
24      time for a break?
25           MS. EVANS:  Can I just do one
```

```
 1       more question on this same thread and
 2       then we can go because I can use a
 3       break too?
 4              MS. MCNAMARA:  Sure.
 5  BY MS. EVANS:
 6       Q.    I am going to hand you and your
 7  counsel what I'm marking as Exhibit 54,
 8  which is a document produced to us by
 9  NBCUniversal, Bates Number 2480 to 2481
10  which appears to me to be a tweet from
11  MSNBC.
12              (Whereupon, Exhibit 54, Tweet
13        from MSNBC Bates No. 2480 - 2481, was
14        marked for identification.)
15  BY MS. EVANS:
16       Q.    Do you see that?
17       A.    Yes.
18       Q.    That's not specific to your
19  show?
20       A.    Correct.
21       Q.    Do you know who does these
22  tweets for MSNBC?
23       A.    No.
24              MS. EVANS:  Take a break.
25              MS. MCNAMARA:  Great.  Thank you
```

```
 1   very much.
 2         THE VIDEOGRAPHER:  We are going
 3   off the record.  The time is 2:09 p.m.
 4         (Whereupon, a brief recess was
 5   taken.)
 6         THE VIDEOGRAPHER:  The time is
 7   2:30 p.m.  We are back on record.
 8         MS. MCNAMARA:  I would just --
 9   before the break, there was a back and
10   forth about the production.  I just
11   want clarify the production.
12         We did produce, as I recalled,
13   or although I had the precise time
14   wrong, there was a 5:24 version of the
15   article.  I think it's the original
16   version of the article.  It's Bates
17   stamped NBCU 2301 through 2302 that
18   was published.
19         MS. EVANS:  Okay.  As far as you
20   are aware -- this is weird to ask you,
21   Liz.  It's not your deposition but
22   since you're trying to clarify.  We
23   have an 8:20, 2:26, 5:24, 5:40, 9:02.
24   Are there others?
25         MS. MCNAMARA:  I can't -- I am
```