AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

| | | |
|---|---|---|
| Dr. Mahendra Amin, M.D.<br>*Plaintiff*<br>v.<br>NBCUniversal Media, LLC<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 5:21-cv-56 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dr. Mahendra Amin, M.D., Plaintiff .

Date: 07/15/2024

/s/ Ryan Elizabeth Harbin, Esq.
*Attorney's signature*

Ryan Elizabeth Harbin | GA Bar 370658
*Printed name and bar number*

Stacey Evans Law
729 Piedmont Avenue NE
Atlanta, GA 30308
*Address*

rharbin@staceyevanslaw.com
*E-mail address*

(404) 850-6750
*Telephone number*

(404) 850-6748
*FAX number*