# In the United States District Court for the Southern District of Georgia Waycross Division

DR. MAHENDRA AMIN, M.D.,

   Plaintiff,

v.                                                          CV 5:21-056

NBCUNIVERSAL MEDIA, LLC,

   Defendant.

## ORDER

On July 12, 2024, the Court held a telephonic status conference in this case to discuss pretrial deadlines. After hearing from the parties and considering their requests for extensions, the Court sets the following deadlines:

The proposed consolidated pretrial order is due on or before October 1, 2024.

The pretrial conference will be held on December 19, 2024 at 2 o'clock p.m. at the federal courthouse in Waycross, Georgia.

The jury trial will commence April 22, 2025 at 9 o'clock a.m. at the federal courthouse in Waycross, Georgia.

This case is hereby **STAYED** pending these deadlines.

**SO ORDERED**, this 16th day of July, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA