**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NBCUNIVERSAL MEDIA, LLC,<br><br>　　　　　　Defendant. | Case No. 5:21-cv-00056-LGW-BWC<br><br>**NOTICE OF INTENT TO FILE REPLY BRIEF** |

Pursuant to Local Rule 7.6, Defendant NBCUniversal Media, LLC hereby notifies the Clerk and all parties of its intent to file a reply brief to the following Response:

- Plaintiff's Opposition to Defendant's Motion for Reconsideration (ECF No. 218).

Dated: July 29, 2024

Respectfully Submitted,

| | |
|---|---|
| *s/ Elizabeth A. McNamara*<br>Elizabeth A. McNamara<br>(admitted *pro hac vice*)<br>Amanda B. Levine<br>(admitted *pro hac vice*)<br>Leena Charlton<br>(admitted *pro hac vice*)<br>DAVIS WRIGHT TREMAINE LLP<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020-1104<br>Tel: (212) 489-8230<br>lizmcnamara@dwt.com<br>amandalevine@dwt.com<br>leenacharlton@dwt.com | Benjamin H. Brewton<br>Georgia Bar No. 002530<br>Jena C. Lombard<br>Georgia Bar No. 213734<br>BALCH & BINGHAM LLP<br>801 Broad Street, Suite 800<br>Augusta, GA 30901<br>Tel.: (706) 842-3700<br>bbrewton@balch.com<br>jlombard@balch.com<br><br>*Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 29th of July, 2024, a true and correct copy of the foregoing document was served upon the following via the Court's electronic filing system:

Stacey Godfrey Evans
sevans@staceyevanlaw.com

Tiffany N. Watkins
twatkins@staceyevanslaw.com

Scott R. Grubman
sgrubman@cglawfirm.com

*Benjamin H. Brewton*
Benjamin H. Brewton
Georgia Bar No. 002530
BALCH & BINGHAM LLP
801 Broad Street • Suite 800 •
Augusta, GA 30901
Tel: (706) 842-3711
bbrewton@balch.com

*Attorneys for Defendant*