# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CV521-56**　　　　　　　　　　　　　　　　DATE **06/11/2024**

TITLE **Amin v. NBCUniversal Media, LLC**

TIMES **11:00 - 11:16**　　　　　　　　　　　　　　　TOTAL **16 Minutes**

Honorable: **Lisa Godbey Wood, U. S. District Court Judge**　　　Courtroom Deputy: **Whitney Sharp**

Court Reporter: **Debra Gilbert**　　　　　　　　　　　　Interpreter:

Attorney for　　Plaintiff　　　　　　Attorney for Defendant(s)　　　　Defendant(s)

PROCEEDINGS: **Telephonic Status Conference**　　　　　　　　☐ In Court
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☑ In Chambers

Case called.
Court hears from parties on the motion for an extension of time.
Case will be tried in April with a Pretrial Conference to be held in December.
Notice of dates forthcoming.
Pretrial order will be due October 1, 2024
Nothing Further.