# EXHIBIT 1

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF GEORGIA
 2   ----------------------------------------------------x

 3   Dr. Mahendra Amin, M.D.

 4              Plaintiffs,            Case No.
                                       5:21-CV-00056-LGW-BWC
 5         vs.

 6   NBCUNIVERSAL MEDIA, LLC

 7              Defendants.

 8   ----------------------------------------------------x

 9

10

11

12       VIDEOTAPED DEPOSITION OF CHRISTOPHER SCHOLL

13
                       1251 Sixth Avenue
14
                       New York, New York
15

16              Wednesday, July 12, 2023

17                     9:37 a.m.

18

19

20

21

22

23
     Reported By:
24   Cheryll Kerr, CSR
     Job No. 131324
25
```

1                MS. McNAMARA:  Objection to form.
2                THE WITNESS:  It's -- it's important,
3          right?  It goes back to that transparency
4          aspect.
5                If we're going to agree not to name
6          somebody, two things occur:  One is why are we
7          making that agreement when our default is to
8          want to name people and be as candid as we
9          can, which is what we said here; and the other
10         is we want to know who that person is and
11         whether or not we are giving that agreement
12         not to name them for -- for a good reason and
13         whether the information is reportable in the
14         first place.
15   BY MS. EVANS:
16        Q.   Could you flip to page 7 of Exhibit 7 and
17   also page 7 of Exhibit 103?
18        A.   All right.
19        Q.   Before I ask you the question about these two
20   exhibits, in September of 2020, did standards approve
21   tweets as a general matter?
22        A.   As a general matter, we still don't.
23        Q.   So did standards, to your knowledge, approve
24   any of the tweets regarding the ICDC stories?
25        A.   Whose tweets?  I mean, the answer is no, but

1  I don't know whose tweets you're referring to.  People
2  tweet on their own.  Some shows tweet.  We don't look at
3  tweets.
4     **Q.    Okay.  I'm referring to -- there were some**
5  **tweets from MSNBC and some tweets from particular shows,**
6  **as I recall.**
7     A.    Yeah, we don't -- we don't review those as a
8  matter of course.
9        We sometimes go back retroactively if something in
10 somebody's personal social media account is -- is
11 inconsistent with our policies, but we don't review
12 tweets.
13    **Q.    The social media portion of the policies and**
14 **procedures -- the policies and guidelines changed pretty**
15 **substantially from 2019-2020 to the 2021 version; would**
16 **you agree with that?**
17    A.    No --
18    **Q.    And you can look at that --**
19    A.    -- not -- believe me, I'm very familiar.
20       I wouldn't say they changed in terms of the
21 approach.  What -- some of what occurred in this rewrite
22 of this manual was -- was designed to lay it out more
23 clearly and -- and, in some cases, more firmly what the
24 policies always were.
25       So our -- our changes to this 2021 manual in social