# Appendix I

| Statement No. | Broadcast | Full Statement | Portion of Statement Plaintiff Alleges is Defamatory | Plaintiff's Motion | Defendant's Motion |
|---|---|---|---|---|---|
| 1 | FIRST BROADCAST – DEADLINE | "We are following breaking news today. It's about an alarming new whistleblower complaint that alleges, quote, high numbers of female detainees, detained immigrants, at an ICE detention center in Georgia received questionable hysterectomies while in ICE custody." Dkt. No. 130-8 at 11. | "High numbers of female detainees, detained immigrants, at an ICE detention center in Georgia received questionable hysterectomies while in ICE custody." Dkt. No. 49 ¶ 75(a). | Falsity: DENIED Defamatory: DENIED Concerning Plaintiff: GRANTED Publication: GRANTED Fault: DENIED Actionable Absent Special Harm: GRANTED | DENIED |
| 2 | FIRST BROADCAST – DEADLINE | "The nurse says that detained women told her they didn't fully understand why they were undergoing hysterectomies and that one doctor in particular raised red flags among the nurses at the facility." Dkt. No. 130-8 at 11. | "Detained women . . . didn't fully understand why they were undergoing hysterectomies." Dkt. No. 49 ¶ 75(b). | Falsity: DENIED Defamatory: DENIED Concerning Plaintiff: GRANTED Publication: GRANTED Fault: DENIED Actionable Absent Special Harm: GRANTED | DENIED |

| | | | | | |
|---|---|---|---|---|---|
| 4 | FIRST BROADCAST – DEADLINE | "And in at least two cases, there were women who were told that they needed a hysterectomy because they had cancer.One of these women, her medical records [do] not indicate that she ever had a biopsy to indicate that she had cancer. In another case, a lawyer told me that his client had a hysterectomy because she was told she had stage four cervical cancer. And after the hysterectomy, when she went to an oncologist, the oncologist said, you do not have cancer. So, these are alarming allegations about this doctor. I personally called the doctor's office. As soon as I identified myself as a reporter, I heard a click, the phone hung up. Clearly, there are people reaching out with the same questions we have today." Dkt. No. 130-8 at 11. | "There were women who were told that they needed a hysterectomy because they had cancer. One of those women, her medical records [do] not indicate that she ever had a biopsy to indicate that she had cancer and another case, a lawyer told me that his client had a hysterectomy because she was told she had stage four cervical cancer and after the hysterectomy when she went to the oncologist, the oncologist said you do not have cancer, so these are alarming allegations about this doctor." Dkt. No. 49 ¶ 75(f). | Falsity: DENIED Defamatory: DENIED Concerning Plaintiff: GRANTED Publication: GRANTED Fault: DENIED Actionable Absent Special Harm: GRANTED | DENIED |
| 5 | FIRST BROADCAST – DEADLINE | "You're quoted in the complaint as saying, 'That's his specialty, he's the uterus collector.' Is that how people refer to this doctor?" Dkt. No. 130-8 at 12. | "This is his specialty, he's the uterus collector." Dkt. No. 49 ¶ 75(g). | Falsity: GRANTED Defamatory: DENIED Concerning Plaintiff: GRANTED Publication: GRANTED Fault: DENIED Actionable Absent Special Harm: GRANTED | DENIED |

| 6 | FIRST BROADCAST - DEADLINE | "That's how the detainees referred to this physician. They referred to him as—I had a detainee that asked me, she said, well, what is he doing, Ms. Wooten? Collecting all of our uteruses? And I just looked at her puzzled because I didn't have an answer." Dkt. No. 130-8. | "Well, what is he doing . . . collecting all of our uteruses?" Dkt. No. 49 ¶ 75(h). | Falsity: GRANTED Defamatory: DENIED Concerning Plaintiff: GRANTED Publication: GRANTED Fault: DENIED Actionable Absent Special Harm: GRANTED | DENIED |
| 8 | FIRST BROADCAST - DEADLINE | Headline on Screen: "WHISTLEBLOWER: HIGH NUMBER OF HYSTERECTOMIES AT ICE DETENTION CTR." Dkt. No. 130-7 at 01:34:00–01:41:00. | Headline on Screen: "High number of hysterectomies at ICE Detention Ctr." Dkt. No. 49 ¶ 76. | Falsity: DENIED Defamatory: DENIED Concerning Plaintiff: GRANTED Publication: GRANTED Fault: DENIED Actionable Absent Special Harm: GRANTED | DENIED |
| 9 | FIRST BROADCAST - DEADLINE | "You have detained women—I had several detain[ed] women on numerous occasions that would come to me and say, Miss Wooten, I had [a] hysterectomy, why? I had no answers as to why they had those procedures. And one lady walked up to me here this last time . . . and she said, 'what is he? Is he the uterus collector? Does he collect uteruses?'" Dkt. No. 131-2 at 13. | "Is he the uterus collector?" Dkt. No. 49 ¶ 78(a). | Falsity: GRANTED Defamatory: DENIED Concerning Plaintiff: GRANTED Publication: GRANTED Fault: DENIED Actionable Absent Special Harm: GRANTED | DENIED |

| 10 | 2ND BROADCAST – HAYES | "Yesterday, we learned about a whistleblower, a nurse working at a Georgia Immigrations and Customs Enforcement, ICE facility, leveling honestly ghastly allegations. Chief among them that women in that facility, migrant women, say that a doctor was performing unauthorized hysterectomies on immigrant women detained at that facility, which again, is privately run." Dkt. No. 131-2 at 12. | "Migrant women say that a doctor was performing unauthorized hysterectomies on immigrant women detained at that facility." Dkt. No. 49 ¶ 78(f). | Falsity: DENIED Defamatory: DENIED Concerning Plaintiff: GRANTED Publication: GRANTED Fault: DENIED Actionable Absent Special Harm: GRANTED | DENIED |
| 12 | 2ND BROADCAST – HAYES | "And tonight, we here on ALL IN spoke with another attorney who represents two different women who claim they also had unnecessary hysterectomies while detained at this facility." Dkt. No. 131-2 at 12. | "Two different women who claim they also had unnecessary hysterectomies while detained at this facility." Dkt. No. 49 ¶ 78(h). | Falsity: DENIED Defamatory: DENIED Concerning Plaintiff: GRANTED Publication: GRANTED Fault: DENIED Actionable Absent Special Harm: GRANTED | DENIED |
| 14 | 2ND BROADCAST – HAYES | "You have detained women—I had several detain[ed] women on numerous occasions that would come to me and say, Miss Wooten, I had [a] hysterectomy, why? I had no answers as to why they had those procedures. And one lady walked up to me here this last time . . . and she said, 'what is he? Is he the uterus collector? Does he collect uteruses?'" Dkt. No. 131-2 at 13. | "Is he the uterus collector? Does he collect uteruses?" Dkt. No. 49 ¶ 78(j). | Falsity: GRANTED Defamatory: DENIED Concerning Plaintiff: GRANTED Publication: GRANTED Fault: DENIED Actionable Absent Special Harm: GRANTED | DENIED |

| 15 | 2ND BROADCAST - HAYES | "And I asked her, what does she mean. And she says, 'everybody that I've talked to has had a hysterectomy.' And you just don't know what to say. I mean, I don't—I don't have an answer for why they would come to me and they would say, 'is he a uterus collector?'" Dkt. No. 131-2 at 13. | "Everyone that I talked to has had a hysterectomy." Dkt. No. 49 ¶ 78(k). | Falsity: GRANTED Defamatory: DENIED Concerning Plaintiff: GRANTED Publication: GRANTED Fault: DENIED Actionable Absent Special Harm: GRANTED | DENIED |
| --- | --- | --- | --- | --- | --- |
| 16 | 2ND BROADCAST - HAYES | "And I asked her, what does she mean. And she says, 'everybody that I've talked to has had a hysterectomy.' And you just don't know what to say. I mean, I don't—I don't have an answer for why they would come to me and they would say, 'is he a uterus collector?'" Dkt. No. 131-2 at 13. | "They would say is he the uterus collector?" Dkt. No. 49 ¶ 78(l). | Falsity: GRANTED Defamatory: DENIED Concerning Plaintiff: GRANTED Publication: GRANTED Fault: DENIED Actionable Absent Special Harm: GRANTED | DENIED |
| 18 | 2ND BROADCAST - HAYES | Headline on Screen: "COMPLAINT: MASS HYSTERECTOMIES PERFORMED ON WOMEN AT ICE FACILITY." Dkt. No. 131-1 at 00:31:55–00:40:50. | Headline on Screen: "Mass hysterectomies performed on women at ICE facility." Dkt. No. 49 ¶ 79. | Falsity: DENIED Defamatory: DENIED Concerning Plaintiff: GRANTED Publication: GRANTED Fault: DENIED Actionable Absent Special Harm: GRANTED | DENIED |

| | | | | | |
|---|---|---|---|---|---|
| 20 | FOURTH BROADCAST - MADDOW | "[T]he allegation here is that this is a federal facility and they have been sending immigrant women in their care, in their custody to a doctor who has removed their reproductive organs for no medical reason and without them consenting to it." Dkt. No. 133-7 at 5. | "They have been sending immigrant women in their care, in their custody, to a doctor who has removed their reproductive organs for no medical reason and without them consenting to it." Dkt. No. 49 ¶ 84(b). | Falsity: DENIED Defamatory: DENIED Concerning Plaintiff: GRANTED Publication: GRANTED Fault: DENIED Actionable Absent Special Harm: GRANTED | DENIED |
| 21 | FOURTH BROADCAST - MADDOW | "From the complaint [], quote, a detained [] immigrant told Project South that she talked to five different women detained at the Irwin County detention center between October and September 2019, five different women, between October, November and December 2019, over that three-month period, five different women who had had a hysterectomy done. When she talked to them about the surgery, the women, quote, reacted confused when explaining why they had one done." Dkt. No. 133-7 at 5. | "Five different women between October, November, and December 2019, over that three month period, five different women who'd had a hysterectomy done." Dkt. No. 49 ¶ 84(c). | Falsity: DENIED Defamatory: DENIED Concerning Plaintiff: GRANTED Publication: GRANTED Fault: DENIED Actionable Absent Special Harm: GRANTED | DENIED |
| 23 | FOURTH BROADCAST - MADDOW | "The nurse who contributed to this whistleblower complaint explains it like this, quote: Everybody this doctor sees has a hysterectomy, just about everybody." Dkt. No. 133-7 at 5. | "Everybody this doctor sees has a hysterectomy, just about everybody." Dkt. No. 49 ¶ 84(e). | Falsity: GRANTED Defamatory: DENIED Concerning Plaintiff: GRANTED Publication: GRANTED Fault: DENIED Actionable Absent Special Harm: GRANTED | DENIED |

| 25 | FOURTH BROADCAST - MADDOW | "The nurse says she and her fellow nurses, quote, questioned among ourselves, like, goodness, he's taking everybody's stuff out, that's his specialty[,] he's the uterus collector. She says, quote, I know that's ugly. Is he collecting these things or something? Everybody he sees he's taking all their uteruses out or he's taking their tubes out, what in the world?" Dkt. No. 133-7 at 6. | "He's taking everybody's stuff out, that's his specialty." Dkt. No. 49 ¶ 84(g). | Falsity: GRANTED Defamatory: DENIED Concerning Plaintiff: GRANTED Publication: GRANTED Fault: DENIED Actionable Absent Special Harm: GRANTED | DENIED |
| 26 | FOURTH BROADCAST - MADDOW | "The nurse says she and her fellow nurses, quote, questioned among ourselves, like, goodness, he's taking everybody's stuff out, that's his specialty[,] he's the uterus collector. She says, quote, I know that's ugly. Is he collecting these things or something? Everybody he sees he's taking all their uteruses out or he's taking their tubes out, what in the world?" Dkt. No. 133-7 at 6. | "He's the uterus collector." Dkt. No. 49 ¶ 84(h). | Falsity: GRANTED Defamatory: DENIED Concerning Plaintiff: GRANTED Publication: GRANTED Fault: DENIED Actionable Absent Special Harm: GRANTED | DENIED |
| 27 | FOURTH BROADCAST - MADDOW | "The nurse says she and her fellow nurses, quote, questioned among ourselves, like, goodness, he's taking everybody's stuff out, that's his specialty[,] he's the uterus collector. She says, quote, I know that's ugly. Is he collecting these things or something? Everybody he sees he's taking all their uteruses out or he's taking their tubes out, what in the world?" Dkt. No. 133-7 at 6. | "Is he collecting these things or something?" Dkt. No. 49 ¶ 84(i). | Falsity: GRANTED Defamatory: DENIED Concerning Plaintiff: GRANTED Publication: GRANTED Fault: DENIED Actionable Absent Special Harm: GRANTED | DENIED |

| | | | | | |
|---|---|---|---|---|---|
| 28 | FOURTH BROADCAST - MADDOW | "The nurse says she and her fellow nurses, quote, questioned among ourselves, like, goodness, he's taking everybody's stuff out, that's his specialty[,] he's the uterus collector. She says, quote, I know that's ugly. Is he collecting these things or something? Everybody he sees he's taking all their uteruses out or he's taking their tubes out, what in the world?" Dkt. No. 133-7 at 6. | "Everybody he sees he's taking all their uteruses out or he's taking their tubes out." Dkt. No. 49 ¶ 84(j). | Falsity: GRANTED Defamatory: DENIED Concerning Plaintiff: GRANTED Publication: GRANTED Fault: DENIED Actionable Absent Special Harm: GRANTED | DENIED |
| 29 | FOURTH BROADCAST - MADDOW | "According to this nurse, this whistleblower, she alleges in this complaint that on several occasions, women told her that this doctor performed hysterectomies, removed the uteruses of these refugee women for no medical reason without their proper informed consent." Dkt. No. 133-7 at 6. | "He removed the uteruses of these refugee women for no medical reason, without their proper informed consent." Dkt. No. 49 ¶ 84(k). | Falsity: DENIED Defamatory: DENIED Concerning Plaintiff: GRANTED Publication: GRANTED Fault: DENIED Actionable Absent Special Harm: GRANTED | DENIED |
| 32 | FOURTH BROADCAST - MADDOW | "And to be clear, the complaints here from these women and their lawyers who are speaking on their behalf is essentially that they—not that they never should have been sent out to see a gynecologist, but, rather, whatever was going on with them, they did not understand that the treatment was going to be a hysterectomy and then in some cases the allegation here is that the hysterectomies, whether or not the women consented to them in the first place, they were not medically necessary." Dkt. No. 133-7 at 9. | "They [detainees] never should have been sent out to see a gynecologist, but, rather, whatever was going on with them, they did not understand that the treatment was going to be a hysterectomy and then in some cases the allegation here is that the hysterectomies, whether or not the women consented to them in the first place, they were not medically necessary." Dkt. No. 49 ¶ 84(n). | Falsity: DENIED Defamatory: DENIED Concerning Plaintiff: GRANTED Publication: GRANTED Fault: DENIED Actionable Absent Special Harm: GRANTED | DENIED |

| | | | | | |
|---|---|---|---|---|---|
| 34 | FOURTH BROADCAST - MADDOW | "And I think, you know, this—this statement that they considered him the uterus collector is graphic, it's hard to listen to, but that's what they're talking about, according to Ms. Wooten, inside this facility, and she's not the only one saying so." Dkt. No. 133-7 at 10. | "They considered him the uterus collector." Dkt. No. 49 ¶ 84(p). | Falsity: GRANTED Defamatory: DENIED Concerning Plaintiff: GRANTED Publication: GRANTED Fault: DENIED Actionable Absent Special Harm: GRANTED | DENIED |
| 37 | SOCIAL MEDIA | "Learn more about the three women claiming they have received unnecessary hysterectomies here: on.msnbc.com/2FJlvra." Dkt. No. 122-29 at 3. | "Learn more about the three women claiming they have received unnecessary hysterectomies here: on.msnbc.com/2FJlvra." Dkt. No. 122 at 6. | Falsity: DENIED Defamatory: DENIED Concerning Plaintiff: GRANTED Publication: GRANTED Fault: DENIED Actionable Absent Special Harm: GRANTED | DENIED |
| 38 | SOCIAL MEDIA | "Three women claim they received unnecessary hysterectomies at ICE facility. 'I felt like I had no right to say anything. Dr. Amin just told me, you're gonna get a hysterectomy done, and schedule an appointment for that. I had no say on this.' on.msnbc.com/2FJlvra." Dkt. No. 122-30 at 3. | "Three women claim they received unnecessary hysterectomies at ICE facility. 'I felt like I had no right to say anything. Dr. Amin just told me, you're gonna get a hysterectomy done, and schedule an appointment for that. I had no say on this.' on.msnbc.com/2FJlvra." Dkt. No. 122 at 6. | Falsity: DENIED Defamatory: DENIED Concerning Plaintiff: GRANTED Publication: GRANTED Fault: DENIED Actionable Absent Special Harm: GRANTED | DENIED |

| 39 | SOCIAL MEDIA | "Nurse Dawn Wooten alleges mass hysterectomies performed at Georgia facilities: 'I had several detained women on numerous occasions that would come to me and say, "Ms. Wooten, I had a hysterectomy. Why?" I had no answers as to why they had those procedures.'" Dkt. No. 122-31 at 3. | "Nurse Dawn Wooten alleges mass hysterectomies performed at Georgia facilities: 'I had several detained women on numerous occasions that would come to me and say, "Ms. Wooten, I had a hysterectomy. Why?" I had no answers as to why they had those procedures.'" Dkt. No. 122 at 6. | Falsity: DENIED Defamatory: DENIED Concerning Plaintiff: GRANTED Publication: GRANTED Fault: DENIED Actionable Absent Special Harm: GRANTED | DENIED |