# Attachment A

### ATTACHMENT A

### STIPULATIONS AS AGREED BETWEEN THE PARTIES

1.      Plaintiff, Dr. Mahendra Amin, is an obstetrician-gynecologist (Ob-Gyn) who resides in Douglas, Georgia.

2.      Dr. Amin provided medical care at his medical office or Irwin County Hospital (ICH) to women detained at the Irwin County Detention Center (ICDC) in Ocilla, Georgia by United States Immigration and Customs Enforcement (ICE).

3.      During the time period Dr. Amin treated ICDC detainees, ICDC was operated by a private company, LaSalle Southeast LLC ("LaSalle").

4.      Defendant NBCU, is a media company headquartered in New York, NY.

5.      Defendant NBCU owns and operates MSNBC.

6.      Defendant NBCU owns and operates NBC News.

7.      *All In with Chris Hayes* ("All In") airs on MSNBC.

8.      Chris Hayes is the host of All In.

9.      *The Rachel Maddow Show* ("TRMS") airs on MSNBC.

10.     Rachel Maddow is the host of TRMS.

11.     *Deadline: White House* ("Deadline") airs on MSNBC.

12.     Nicolle Wallace is the host of Deadline.

13.     MSNBC published the statements remaining at issue in this case.

14.     Christopher Scholl is the senior deputy head of the NBCU News Group Standards Department ("Standards"). In September 2020, he was the deputy head of Standards.

15.     On September 14, 2020, Project South, Georgia Detention Watch, Georgia Latino Alliance for Human Rights, and South Georgia Immigrant Support Network released a letter with the subject line, "Lack of Medical Care, Unsafe Work Practices, and Absence of Adequate Protection Against COVID-19 for Detained Immigrants and Employees Alike at the Irwin County Detention Center," addressed to Jospeh V. Cuffari, Inspector General of the Department of Homeland Security ("DHS"), Cameron Quinn, Officer for Civil Rights and Civil Liberties ("CRCL") of the Department of Homeland Security, Thomas P. Giles, Acting Director of Atlanta Immigration and Customs Enforcement ("ICE") Field Office, and David Paulk, Warden of the ICDC. AMIN_0000877-903.

16.     Dr. Amin is the gynecologist who is alleged to have acted as discussed on pages 18-20 of the letter.

## ATTACHMENT A

17.      In May 2021, the Department of Homeland Security directed ICE to discontinue its contract with ICDC.

18.      Effective October 7, 2021, ICE terminated the contract with LaSalle regarding its management of ICDC.

19.      ICDC patients had to be referred to Dr. Amin by ICDC.

20.      Dr. Amin performed a hysterectomy on ICDC detainee, K.C., in 2017.

Dr. Amin performed a hysterectomy on ICDC detainee, B.P., in 2019.

21.      Dr. Amin's medical records state that Dr. Amin recommended a hysterectomy for ICDC detainee, C.M., and scheduled that hysterectomy for November 27, 2018.  Dr. Amin did not ultimately perform a hysterectomy on C.M.  Dr. Amin's medical records state that C.M. was "transferred per ICDC."

22.      Dr. Amin's medical records state that Dr. Amin recommended a hysterectomy for ICDC detainee, W.D., and scheduled that hysterectomy for June 7, 2019.  Dr. Amin did not ultimately perform this hysterectomy.  Dr. Amin's medical records state that W.D. "refused" the procedure.

23.      Dr. Amin's medical records state that Dr. Amin recommended a hysterectomy for ICDC detainee, R.F.S., and scheduled that hysterectomy for March 13, 2020.  Dr. Amin did not ultimately perform this hysterectomy.  A March 2, 2020 note in Dr. Amin's medical records states, "Patient surgery (hysterectomy) was cancelled.  She was deported."

24.      Dr. Amin saw 2,363 unique patients in the year 2017.

25.      Dr. Amin saw 3,130 unique patients in the year 2018.

26.      Dr. Amin saw 3,454 unique patients in the year 2019.

27.      Dr. Amin saw 3,485 unique patients in the year 2020.

28.      Dr. Amin saw 3,303 unique patients in the year 2021.

29.      Dr. Amin saw 3,559 unique patients in the year 2022.

## PROPOSED STIPULATIONS

Each of the Parties separately include the following lists of proposed stipulations.  The Parties agree that following the pre-trial conference, they will further confer to attempt to move items from the proposed stipulations lists.  One main reason for disagreement on many proposed stipulations at this point is that the parties have objections to certain evidence being admitted at

**ATTACHMENT A**

all.  Once those evidentiary objections are resolved by conferral or ruled on by the Court, each of

the Parties will work in good faith to add to the stipulations list above.

**Proposed Stipulations – Dr. Amin**

1. Dr. Amin provided medical care to more than 250 women detained at ICDC.

2. Prior to performing procedures on women detained by ICE, Dr. Amin was required to obtain approval from ICE.

3. ICE authorized B.P. and K.C.'s hysterectomies.

4. ICE authorized all of the procedures Dr. Amin performed on ICDC detainees.

5. B.P. and K.C. signed consent forms for their hysterectomies.

6. K.C.'s hysterectomy was not unnecessary.

7. B.P.'s hysterectomy was not unnecessary.

8. None of the detainees were forced to see Dr. Amin.

9. The detainees who were deposed in this case testified that they did not hear of women saying they received hysterectomies from Dr. Amin.

10. The detainees who were deposed in this case testified that they had never heard Dr. Amin called the "uterus collector" prior to the broadcasts at issue in this case.

11. None of the detainees deposed in this case testified that Dr. Amin did not discuss their procedure with them.

12. The ICDC warden had heard one complaint, from an attorney, regarding Dr. Amin's treatment of detainees, and he discounted it based on the source and the fact that it was the only complaint he had ever heard. He never heard allegations regarding hysterectomies until the Project South Document.

13. At ICH prior to surgery, multiple hospital personnel independently verified that the patient understood and consented to the surgery.

14. The Department of Homeland Security Office of Inspector General (OIG) has an online mechanism for filing whistleblower complaints.

15. On September 8, 2020, organizations called the "Government Accountability Project" (GAP) and "Project South: Institute for the Elimination of Poverty & Genocide" (Project South)

## ATTACHMENT A

submitted OIG's online complaint-filing system "Projected Whistleblower Disclosures by LaSalle Nurse Ms. Dawn Wooten," regarding "violations of laws, rules and regulations, as well as on-going danger to public health and safety, due to mismanagement of COVID-19 issues and other significant matters," as well as "retaliation for her whistleblowing" against Ms. Wooten.

16. Attached to the September 8 whistleblower complaint GAP and Project South submitted on behalf of Ms. Wooten through the OIG's online complaint-filing system, are a cover letter, a signed declaration of Dawn Wooten made "under penalty of perjury of the laws of the United States of America," and a notice of protected activity, all dated September 8, 2020.

17. None of the documents GAP and Project South attached to its submittal on behalf of Ms. Wooten through the OIG's online complaint-filing system contained any mention of hysterectomies.

18. None of the documents GAP and Project South attached to its submittal on behalf of Ms. Wooten through the OIG's online complaint-filing system contained any mention of gynecological care.

19. An MSNBC producer asked for the declaration of Ms. Wooten that GAP and Project South attached to its submittal on behalf of Ms. Wooten through the OIG's online complaint-filing system, and GAP and Project South but never received it and did not follow up further.

20. The investigation into the whistleblower complaint GAP and Project South submitted on behalf of Ms. Wooten through the OIG's online complaint-filing system has concluded and no action was taken as a result.

21. On September 14, 2020, Project South, but not the Government Accountability Project, shared with members of the media a 27-page document titled "Lack of Medical Care, Unsafe Work Practices, and Absence of Adequate Protection Against COVID-19 for Detained Immigrants and Employees Alike at the Irwin County Detention Center" ("Project South Document"), for which Ms. Wooten purportedly also served as a source.

22. The Project South Document, unlike the September 8 submittal GAP and Project South made on behalf of Ms. Wooten, was never submitted through the OIG's online complaint-filing system.

23. The Project South Document, unlike the September 8 submittal GAP and Project South made on behalf of Ms. Wooten, was not supported with a declaration by Ms. Wooten.

24. The Project South Document, unlike the September 8 submittal GAP and Project South made on behalf of Ms. Wooten, was not signed by Ms. Wooten or GAP.

25. On September 15, 2020, ICE's medical director issued a statement stating as follows:

   a. "The accusations will be fully investigated by an independent office, however, ICE vehemently disputes the implication that detainees are used for experimental medical

**ATTACHMENT A**

procedures . . . . According to U.S. Immigration and Enforcement (ICE) data, since 2018, only two individuals at Irwin County Detention Center were referred to certified, credentialed medical professionals at gynecological and obstetrical health care facilities for hysterectomies in compliance with National Commission on Correctional Health Care (NCCHC) standards. Based on their evaluations, these specialists recommended hysterectomies. These recommendations were reviewed by the facility clinical authority and approved . . . . All medical professionals certainly have a duty to report any issues of concern through appropriate channels, such as making a report to the Department of Homeland Security Office of Inspector General (OIG); however, it is unfortunate that those involved in this report have chosen to first go to the media with their allegations, without allowing the government to examine or take appropriate action. Out of respect for the process of matters pending before the OIG, ICE does not comment prematurely on reported allegations, and ICE intends to fully cooperate with any resulting investigation by the OIG."

26. On September 15, 2020, beginning at 4PM Eastern, MSNBC published the broadcast "Deadline: Whitehouse," hosted by Nicole Wallace, which included statements of and concerning Dr. Amin's performing hysterectomies on women at ICDC. The statements Dr. Amin alleges defamed him that are at issue at trial are as follows: a. "High numbers of female detainees, detained immigrants, at an ICE detention center in Georgia received questionable hysterectomies while in ICE custody."

b. "Detained women . . . didn't fully understand why they were undergoing hysterectomies."

c. "There were women who were told that they needed a hysterectomy because they had cancer. One of those women, her medical records [do] not indicate that she ever had a biopsy to indicate that she had cancer and another case, a lawyer told me that his client had a hysterectomy because she was told she had stage four cervical cancer and after the hysterectomy when she went to the oncologist, the oncologist said you do not have cancer, so these are alarming allegations about this doctor."

d. "This is his specialty, he's the uterus collector."

e. "Well what is he doing . . . collecting all of our uteruses?"

f. Headline on screen: "High number of hysterectomies at ICE Detention Ctr."

27. On September 15, 2020, beginning at 8PM Eastern, MSNBC published the broadcast "All In with Chris Hayes," hosted by Chris Hayes, which included statements of and concerning Dr. Amin's performing hysterectomies on women at ICDC. The statements Dr. Amin alleges defamed him that are at issue at trial are as follows:

a. "Is he the uterus collector?"

b. "Migrant women say that a doctor was performing unauthorized hysterectomies on immigrant women detained at that facility."

## ATTACHMENT A

c. "Two different women who claim they also had unnecessary hysterectomies while detained at this facility."

d. "Is he the uterus collector? Does he collect uteruses?"

e. "Everyone that I talked to has had a hysterectomy."

f. "They would say is he the uterus collector?"

g. Headline on screen: "Mass hysterectomies performed on women at ICE facility."

28. On September 15, 2020, beginning at 9PM Eastern, MSNBC published the broadcast "The Rachel Maddow Show," hosted by Rachel Maddow, which included statements of and concerning Dr. Amin's performing hysterectomies on women at ICDC. The statements Dr. Amin alleges defamed him that are at issue at trial are as follows:

a. "They have been sending immigrant women in their care, in their custody, to a doctor who has removed their reproductive organs for no medical reason and without them consenting to it."

b. "Five different women between October, November, and December 2019, over that three month period, five different women who'd had a hysterectomy done."

c. "Everybody this doctor sees has a hysterectomy, just about everybody."

d. "He's taking everybody's stuff out, that's his specialty."

e. "He's the uterus collector."

f. "Is he collecting these things or something?"

g. "Everybody he sees he's taking all their uteruses out or he's taking their tubes out."

h. "He removed the uteruses of these refugee women for no medical reason, without their proper informed consent."

i. "They [detainees] never should have been sent out to see a gynecologist, but, rather, whatever was going on with them, they did not understand that the treatment was going to be a hysterectomy and then in some cases the allegation here is that the hysterectomies, whether or not the women consented to them in the first place, they were not medically necessary."

j. "They considered him the uterus collector."

29. On the "All In with Chris Hayes" Twitter profile, on September 17, 2020, at 12:48AM, MSNBC published a statement of and concerning Dr. Amin's performing hysterectomies on women at ICDC. The statement Dr. Amin alleges defamed him that is at issue at trial is as follows: a. "Learn more about the three women claiming they have received unnecessary hysterectomies here: on.msnbc.com/2Fjlvra"

**ATTACHMENT A**

30. On the "All In with Chris Hayes" Twitter profile, on September 17, 2020 at 2:00 AM, MSNBC published a statement of and concerning Dr. Amin's performing hysterectomies on women at ICDC. The statement Dr. Amin alleges defamed him that is at issue at trial is as follows:

> a. "Three women claim they received unnecessary hysterectomies at ICE facility. 'I felt like I had no right to say anything. Dr. Amin just told me, you're gonna get a hysterectomy done, and schedule an appointment for that. I had no say in this.' on.msnbc.com/2Fjlvra"

31. On the "All In with Chris Hayes" Facebook profile, on September 21, 2020, MSNBC published a statement of and concerning Dr. Amin's performing hysterectomies on women at ICDC. The statement Dr. Amin alleges defamed him that is at issue at trial is as follows:

> a. "Nurse Dawn Wooten alleges mass hysterectomies performed at Georgia facility: 'I had several detained women on numerous occasions that would come to me and say, 'Ms. Wooten, I had a hysterectomy. Why?' I had no answers as to why they had those procedures'"

32. MSNBC hosts are sent ratings every day by the company.

33. MSNBC only had several pages of medical records of B.P. and no medical records of K.C.

34. The only outlets which published Dr. Amin's name prior to MSNBC doing so are two websites, called Prism and The Intercept.

35. Both Prism and The Intercept also published articles identifying reasons to doubt the allegations of the Project South Document.

36. Other outlets, such as the Associated Press, updated reporting to indicate that they were not finding evidence of mass or unnecessary hysterectomies and instead that there was evidence that there were only two hysterectomies, which ICE had approved as medically necessary.

37. The Georgia Composite Medical Board investigated Dr. Amin in connection with his medical treatment of ICDC detainees, which included review of Dr. Amin's medical records of ICDC detainees, and informed him that it decided not to take any disciplinary action.

38. The Department of Justice investigated Dr. Amin in connection with his medical treatment of ICDC detainees, which included review of Dr. Amin's medical records of ICDC detainees, and over three years and eleven months later has not taken any disciplinary action.

39. The Department of Homeland Security Office of Investigations investigated Dr. Amin in connection with his medical treatment of ICDC detainees and has not taken any disciplinary action.

**ATTACHMENT A**

**Proposed Stipulations – NBCU**

**The September 14, 2020 Allegations**

1.      Priyanka Bhatt of Project South sent the letter referenced in Facts [x]-[x] via email to David Paulk, then-Warden of ICDC on September 14, 2020 at 6:00 AM.

2.      Priyanka Bhatt of Project South sent the letter referenced in Facts [x]-[x] via email to Thomas Giles, Acting Director of ICE's Atlanta Field Office on September 14, 2020 at 6:00 AM.

3.      Priyanka Bhatt of Project South sent the letter referenced in Facts [x]-[x] via email to the Department of Homeland Security, Office of Civil Rights and Civil Liberties on September 14, 2020 at 6:00 AM.

4.      Priyanka Bhatt of Project South sent the letter referenced in Facts [x]-[x] via email to Joseph V. Cuffari the Inspector General of the Department of Homeland Security on September 14, 2020 at 6:00 AM

5.      On October 6, 2020, Dr. Amin's counsel sent a letter to Dawn Wooten's counsel and Project South demanding retraction of "defamatory statements" in the September 14, 2020 letter.

6.      Neither Project South nor Dawn Wooten corrected or retracted the statements identified in the October 6, 2020 letter.

7.      Dr. Amin did not sue Project South or Dawn Wooten concerning any of the statements in the September 14, 2020 letter referenced in Facts [x]-[x].

**Public Statements from Third Parties**

8.      On September 14, 2020 at 7:18 PM, Georgia State Representative Bob Trammell tweeted: "There were mass hysterectomies. Unconscionable. Just sent this letter to the Composite Medical Board and Board of Nursing calling for immediate suspension of the licenses of providers that are named in the complaint, pending full investigation by these Boards. #masshysterectomies" NBCU001750;       NBCU004149   (Available     at:     https:// x.com /TrammellBob/status/1305647179332300801)

9.      Rep. Trammel's tweet included a letter from him to the Georgia Composite Medical Board    and    the    Georgia    Board    of    Nursing    that    read    (Available    at: https://x.com/TrammellBob/status/1305647179332300801/photo/1): NBCU001911

10.      On September 15, 2020 at 11:30 AM, Nancy Pelosi, then-Speaker of the House, tweeted, "If true, the appalling conditions described at an ICE detention facility—including allegations of mass hysterectomies performed on immigrant women—are a staggering abuse of human rights. @DHSOIG must immediately investigate these allegations."  NBCU004174 (Available at: https://x.com/SpeakerPelosi/status/1305891810938675202)

**ATTACHMENT A**

11.     The tweet linked to a statement by Nancy Pelosi on speaker.gov/newsroom (Now available at https://speakeremeritapelosi.house.gov/newsroom/91520-0), NBCU001912

12.     On September 15, 2020, Bennie G. Thompson, Georgia House Representative and Chairman of the Committee on Homeland Security, issued a press release, which stated in part: "The allegations put forth in this whistleblower complaint point to an alarming pattern of unsafe conditions and a lack of oversight at privately run ICE facilities. When the nation is facing a pandemic, it should go without saying that ICE facilities need to follow CDC guidelines and institute strict social distancing and monitoring protocols, not cut corners in order to maximize profits. The complaint alleging hysterectomies have been performed on women held in detention without consent is incredibly disturbing. The Committee has been conducting an ongoing investigation regarding conditions at ICE contractor facilities and will be examining these new and incredibly serious allegations." NBCU001914 (Available at: https://democrats-homeland.house.gov/news/press-releases/chairman-thompson-statement-on-whistleblower-complaint-alleging-ice-detention-center-medical-neglect-unsanitary-conditions)

13.     On September 15, 2020, 173 members of Congress  sent a letter to Joseph V. Cuffari, DHS Inspector General, expressing their "deep concern" after "reports of mass hysterectomies performed on detained women in [ICDC], without their full, informed consent," and calling for the OIG to "immediately open an investigation to thoroughly examine allegations raised by whistleblower Dawn Wooten and immigrants currently and formerly detained in the ICDC." NBCU001526 (Available at: https://jayapal.house.gov/wp-content/uploads/2020/09/DHS-IG-FINAL.pdf)

14.     On September 15, 2020, Jamie Raskin and Carolyn B. Maloney, Chairpersons for the Subcommittee on Civil Rights and Civil Liberties, sent a letter to Joseph V. Cuffari that, among other things, "requested an emergency investigation into the shocking allegations of medical atrocities and detainee mistreatment" at ICDC.  The letter stated, in part, "several organizations filed a complaint with your office…. Based on reports from ICDC detainees and a whistleblower who works in the facility as a nurse…" NBCU001523 (Available at: https://oversightdemocrats.house.               gov/sites/evo-subsites/democrats-oversight.house.gov/files/2020-09-15.CBM%20Raskin%20to%20Cuffari-ICE%20re%20Irwin%20County%20Medical%20Reports.pdf)

**Third-Party News Reporting**

15.     On September 14, 2020 at 12:58 PM, Law & Crime published a news report titled, "'Like An Experimental Concentration Camp': Whistleblower Complaint Alleges Mass Hysterectomies At Ice Detention Center." NBCU001568 (Available at: https://lawandcrime.com/high-profile/like-an-experimental-concentration-camp-whistleblower-complaint-alleges-mass-hysterectomies-at-ice-detention-center/)

16.     On September 14, 2020 at 5:02 PM, The Daily Beast published a news report titled, "ICE Whistleblower Complaint Alleges 'Uterus Collector' Doctor Performed Mass Hysterectomies." NBCU001933 (Available at: https://www.thedailybeast.com/ice-whistleblower-complaint-alleges-uterus-collector-doctor-performed-mass-hysterectomies-11)

**ATTACHMENT A**

17.     On September 14, 2020 at 6:39 PM, VICE published a news report titled, "Staggering Number of Hysterectomies Happening At ICE Facility, Whistleblower Says." NBCU001583 (Available at: https://www.vice.com/en/article/staggering-number-of-hysterectomies-happening-at-ice-facility-whistleblower-say/)

18.     On September 14, 2020 at 8:24 PM, Law360 published a news report titled, "Whistleblower Reports Poor Medical Care At Ga. Ice Facility." NBCU001606 (Available at: https://www.law360.com/articles/1310011/whistleblower-reports-poor-medical-care-at-ga-ice-facility)

19.     On September 14, 2020 at 8:58 PM, Business Insider published a news report titled, "A Whistleblower Is Accusing Doctors at an ICE Detention Center of Surgically Removing the Wombs of Some Immigrant Detainees." NBCU001590 (Available at: https://www.businessinsider.com/whistleblower-alleges-mass-hysterectomies-at-ice-detention-center-2020-9)

20.     On September 14, 2020 at 9:55 PM, The Guardian published a news report titled, "ICE Detainees Faced Medical Neglect and Hysterectomies, Whistleblower Alleges." NBCU001601 (Available at: https://www.theguardian.com/us-news/2020/sep/14/ice-detainees-hysterectomies-medical-neglect-irwin-georgia)

21.     On September 14, 2020 at 11:08 PM, the Associated Press published a news report titled, "Nurse Questions Medical Care at Immigration Jail in Georgia" (the "AP Article") NBCU001497 (Available at: https://apnews.com/article/virus-outbreak-us-news-hysterectomy-immigration-ga-state-wire-30d71f010ec2696c5ca8b69e62b97c09)

22.     On September 14, 2020, the Atlanta Journal Constitution published a news report titled, "Whistleblower Blasts Georgia Immigration Detention Center's Covid-19 Response." NBCU001926 (Available at: https://www.ajc.com/news/whistleblower-blasts-georgia-immigration-detention-centers-covid-19-response/G32IMGY3CBHRZF5G32GCNE6L5E/)

23.     On September 15, 2020, the BBC published a news report titled, "ICE Whistleblower: Nurse Alleges 'Hysterectomies on Immigrant Women in US'" NBCU001662 (Available at: https://www.bbc.com/news/world-us-canada-54160638)

24.     On September 15, 2020 at 10:23 AM, Fox News published a news report titled, "Georgia Prison With ICE Detainees Performs Questionable Hysterectomies, Shreds Coronavirus Records: Nurse." NBCU001671 (Available at: https://www.foxnews.com/politics/georgia-jail-ice-detainees-questionable-hysterectomies-shredded-records-nurse-says)

25.     On September 15, 2020, at 5:24 AM, CBS News published a news report titled, "Questionable Hysterectomies and Shoddy Covid Care Alleged at Georgia Immigrant Detention Center." NBCU001613 (Available at: https://www.cbsnews.com/news/whistleblower-nurse-questionable-hysterectomies-shoddy-covid-care-georgia-immigrant-detention-center-dawn-wooten/)

26.     On September 15, 2020 at 7:54 AM, UPI published a news report titled, "Complaints Allege Neglect, Sterilization At Georgia Migrant Facility." NBCU001563

**ATTACHMENT A**

(Available at: https://www.upi.com/Top_News/US/2020/09/15/Complaints-allege-neglect-sterilization-at-Georgia-migrant-facility/3451600168172/)

27.     On September 15, 2020 at 8:39 AM, The Augusta Chronicle published a news report, titled "Nurse: Questionable hysterectomies performed at Georgia immigration jail." NBCU00001658.

28.     On September 15, 2020 at 2:02 PM, Forbes published a news report titled, "Pelosi Calls For Investigation Into Claims Of Mass Hysterectomies, Poor Covid-19 Care At Ice Detention Center."          NBCU001645          (Available          at: https://www.forbes.com/sites/jemimamcevoy/2020/09/15/pelosi-calls-for-investigation-into-claims-of-mass-hysterectomies-poor-covid-19-care-at-ice-detention-center/)

29.     On September 15, 2020 by 4:23 PM, Prism published a news report titled, "Exclusive: Georgia Doctor Who Forcibly Sterilized Detained Women Has Been Identified." NBCU001501 (Available at: https://prismreports.org/2020/09/15/exclusive-georgia-doctor-who-forcibly-sterilized-detained-women-has-been-identified/)

30.     On September 15, 2020 at 5:22 PM, The Intercept published a news report titled, "'He Just Empties You All Out': Whistleblower Reports High Number of Hysterectomies at ICE Detention Facility" (the "Intercept Article"). NBCU001619 (Available at: https://theintercept.com/2020/09/15/hysterectomies-ice-irwin-whistleblower/).  The Intercept Article included Dr. Amin's name.

31.     On September 15, 2020 at 5:32 PM, People Magazine published a news report titled, "'Like an Experimental Concentration Camp': Women at Detention Center Report High Number          of          Hysterectomies."          NBCU001626          (Available          at: https://people.com/politics/whistleblower-unusually-high-number-hysterectomies-women-migrant-detention-center/

32.     On September 15, 2020 at 11:18 PM, The Washington Post published a news report titled, "Pelosi demands probe after ICE nurse raises alarms over medical care, hysterectomies at detention          center"          NBCU001506          (Available          at: https://www.washingtonpost.com/nation/2020/09/15/ice-covid-irwin-complaint-nurse/).

33.     On September 15, 2020, Douglas Now published a news report titled, "Complaint against Irwin County Detention Center alleges poor COVID-19 protocols, non-consensual hysterectomies."  NBCU004093 (Available at: https://douglasnow.com/2020/09/16/complaint-against-irwin-county-detention-center-alleges-poor-covid-19-protocols-non-consenual-hysterectomies/).

34.     On September 16, 2020, the Wall Street Journal published a news report titled, "U.S. Opens Investigation Into Claims of Forced Hysterectomies on Detained Migrants." NBCU001751 (Available at: https://www.wsj.com/articles/lawmakers-seek-investigation-into-allegations-of-mass-hysterectomies-on-detained-migrants-11600291610).

35.     On September 16, 2020, The New York Times published a news report titled, "Inquiry Ordered into Claims Immigrants Had Unwanted Gynecology Procedures." NBCU001758

## ATTACHMENT A

(Available at: https://www.nytimes.com/2020/09/16/us/ICE-hysterectomies-whistleblower-georgia.html)

36.     On September 23, 2020, The Ocilla Star published a news report titled, "Demonstrators Hold Rally Outside Irwin Detention Center; Whistleblower Complaint Leads to Protest in Ocilla." NBCU004086 (Available at: https://1328.newstogo.us/editionviewer/default.aspx?Edition=75f73e61-3c67-467e-8f11-5f1f2c553067)

37.     On September 29, 2020, The New York Times published a news report titled, "Immigrants Say They Were Pressured Into Unneeded Surgeries." NBCU002223 (Available at: https://www.nytimes.com/2020/09/29/us/ice-hysterectomies-surgeries-georgia.html)

38.     On September 30, 2020, The Ocilla Star published a news report titled, "Irwin County Hospital Issues Statement on Irwin County Detention Center Allegations." NBCU004088 (Available at: https://1328.newstogo.us/editionviewer/default.aspx?Edition=fd577d3e-0a5c-4c45-bb0f-435cb586f2ed)

39.     On October 2, 2020, the Atlanta Journal Constitution published a news report titled, "At ICE detention center, red flag raised about gynecologist." NBCU003968 (Available at: https://www.ajc.com/news/at-ice-detention-center-red-flag-raised-about-gynecologist/SH7TJ35UJRAOXONQH7KALL7IVM/)

40.     On October 7, 2020 at 6:04 PM, Roll Call published a news report titled, "5 Hysterectomies Referred from ICE Center, DHS Tells Congress." NBCU002365 (Available at: https://rollcall.com/2020/10/07/5-hysterectomies-referred-by-ice-center-dhs-tells-congress/)

41.     On October 22, 2020, the Los Angeles Times published a news report titled, "19 Women Allege Medical Abuse in Georgia Immigration Detention." NBCU002024 (Available at: https://www.latimes.com/politics/story/2020-10-22/women-allege-medical-abuse-georgia-immigration-detention)

42.     On June 5, 2021, the Atlanta Journal Constitution published a news report titled, "At Georgia Immigration Jail, Warnings About Women's Medical Care Went Unheeded." NBCU002042 (Available at: https://www.ajc.com/news/at-georgia-immigration-jail-warnings-about-womens-medical-care-went-unheeded/NGAUKGZAXJGZLPZXTWZH5T3QWQ/)

43.     On November 16, 2022, Douglas Now published a news report titled, "Migrant Women Endured Medical Mistreatment at Georgia ICE Facility, U.S. Senate Report Finds." NBCU004097 (Available at: https://douglasnow.com/2022/11/16/migrant-women-endured-medical-mistreatment-at-georgia-ice-facility-u-s-senate-report-finds/)

44.     On November 23, 2022, The Ocilla Star published a news report titled, "Revelations Against Dr. Amin, ICDC Come to Light in Senate Report." NBCU004090; NBCU003943                                    (Available                                    at: https://1328.newstogo.us/editionviewer/default.aspx?Edition=336e45b7-f005-4df5-a255-f7ef1e427eef)

## ATTACHMENT A

45.   Dr. Amin has not sued any of the news outlets who published the articles identified in Defendant's Proposed Additional Facts [x] to [x] to date.

**NBC News Article and Reporting**

46.   On September 15, 2020, by 12:26 PM, ICE had released to NBCU a statement concerning allegations of medical mistreatment of female detainees at ICDC (the "First ICE Statement").

> "U.S. Immigration and Customs Enforcement (ICE) does not comment on matters presented to the Office of the Inspector General, which provides independent oversight and accountability within the U.S. Department of Homeland Security. ICE takes all allegations seriously and defers to the OIG regarding any potential investigation and/or results. That said, in general, anonymous, unproven allegations, made without any fact-checkable specifics, should be treated with the appropriate skepticism they deserve."

> BACKGROUND INFORMATION:
>      ICE is firmly committed to the safety and welfare of all those in its custody. All ICE facilities are subject to regular inspections, both announced and unannounced, and the Irwin County Detention Center has repeatedly been found to operate in compliance with ICE's rigorous Performance Based National Detention Standards.
>      Comprehensive medical care is provided to all individuals in ICE custody. Staffing for detainees includes registered nurses and licensed practical nurses, licensed mental health providers, mid-level providers like physician assistants and nurse practitioners, and a physician. Care decisions are made by medical personnel, not law enforcement. Detainees also have access to dental care and 24-hour emergency care. Pursuant to its commitment to the welfare of those in the agency's custody, ICE spends more than $260 million annually on the spectrum of healthcare services provided to detainees."
>      As to ICE's response to COVID-19, in general, the health, welfare and safety of U.S. Immigration and Customs Enforcement (ICE) detainees is one of the agency's highest priorities. Since the onset of reports of Coronavirus Disease 2019 (COVID-19), ICE epidemiologists have been tracking the outbreak, regularly updating infection prevention and control protocols, and issuing guidance to ICE Health Service Corps (IHSC) staff for the screening and management of potential exposure among detainees. For additional information on the extensive steps ICE has taken, and continues to take, to stem the potential spread of COVID-19 please review https://www.ice.gov/coronavirus.

**ATTACHMENT A**

47.     On September 15, 2020 at 7:07 PM, Julia Ainsley received a second statement from ICE concerning allegations about the treatment of female detainees at ICDC (the "Second ICE Statement").

> The accusations will be fully investigated by an independent office, however, ICE vehemently disputes the implication that detainees are used for experimental medical procedures.  ICE's mission is to protect the homeland and to swiftly and quickly remove people from the country; the health, welfare and safety of ICE detainees is one of the agency's highest priorities, any assertion or claim to the contrary is false and intentionally misleading.
>
> All female ICE detainees receive routine, age-appropriate gynecological and obstetrical health care, consistent with recognized community guidelines for women's health services. According to U.S. Immigration and Enforcement (ICE) data, since 2018, only two individuals at Irwin County Detention Center were referred to certified, credentialed medical professionals at gynecological and obstetrical health care facilities for hysterectomies in compliance with National Commission on Correctional Health Care (NCCHC) standards. Based on their evaluations, these specialists recommended hysterectomies. These recommendations were reviewed by the facility clinical authority and approved.
>
> To be clear, medical care decisions concerning detainees are made by medical personnel, not by law enforcement personnel. Detainees are afforded informed consent, and a medical procedure like a hysterectomy would never be performed against a detainee's will.
>
> All medical professionals certainly have a duty to report any issues of concern through appropriate channels, such as making a report to the Department of Homeland Security Office of Inspector General (OIG); however, it is unfortunate that those involved in this report have chosen to first go to the media with their allegations, without allowing the government to examine or take appropriate action.
>
> Out of respect for the process of matters pending before the OIG, ICE does not comment prematurely on reported allegations, and ICE intends to fully cooperate with any resulting investigation by the OIG."
>
> ICE also provided the following information "on background:"
>
> Regarding the approval process:
> 1. Detainee presents with a medical concern and is evaluated at the facility by the provider

14

**ATTACHMENT A**

> 2. Detainee is referred to an offsite specialist (OB/GYN in this case)
> 3. Based on examination findings, surgical procedure (i.e. hysterectomy) is recommended by an OB/GYN specialist
> 4. Facility submits a MedPAR request (if IGSA) referral request in eCW (if IHSC staffed facility)
> 5. All surgeries with the exception of ORIF require review/approval of the Regional Clinical Director
> 6. Global surgical procedure (GSP) codes are confirmed with the provider and, if approved, the MedPAR or referral request is approved.
> 7. Surgery is scheduled and pending consent of the detainee, the procedure is performed

48.     On September 15, 2020 by 7:35 PM, Jacob Soboroff received a statement from LaSalle concerning the allegations about the medical mistreatment of female detainees at ICDC (the "LaSalle Statement").

**MSNBC News Reports**

49.     On September 15, 2020 at about 5:30 PM, Deadline aired a segment concerning the allegations of medical mistreatment of female detainees at ICDC, which lasted about 6 minutes (the "Deadline News Report").

50.     On September 15, 2020, the Deadline News Report published the following statements that Dr. Amin alleges are defamatory.  The italics represent the portions that Dr. Amin alleges are defamatory:

> a.  "We are following breaking news today. It's about an alarming new whistleblower complaint that alleges, quote, *high numbers of female detainees, detained immigrants, at an ICE detention center in Georgia received questionable hysterectomies while in ICE custody.*"
>
> b.  "The nurse says that *detained women* told her they *didn't fully understand why they were undergoing hysterectomies* and that one doctor in particular raised red flags among the nurses at the facility."
>
> c.  "*Some said that they came back bruised, that he was overly harsh,* they called him abusive in some of the allegations that the lawyers told us."
>
> d.  "And in at least two cases, *there were women who were told that they needed a hysterectomy because they had cancer. One of these women, her medical records [do] not indicate that she ever had a biopsy to indicate that she had cancer. In another case, a lawyer told me that his client had a hysterectomy because she was told she had stage four cervical cancer. And after the hysterectomy, when she went to an oncologist, the oncologist said, you do not have cancer. So, these are alarming allegations about this doctor.* I personally called the doctor's office. As

**ATTACHMENT A**

soon as I identified myself as a reporter, I heard a click, the phone hung up. Clearly, there are people reaching out with the same questions we have today."

e. "You're quoted in the complaint as saying, *'That's his specialty, he's the uterus collector.'* Is that how people refer to this doctor?"

f. "That's how the detainees referred to this physician. They referred to him as—I had a detainee that asked me, she said, *well, what is he doing,* Ms. Wooten? *Collecting all of our uteruses?* And I just looked at her puzzled because I didn't have an answer."

g. "It seemed like they were getting way too much care from a gynecologist *and perhaps doing very unnecessary procedures and not enough of what you would need in a short-term detention situation.* We know that they aren't supposed to stay longer than six months. Why were they getting so much care on this one area?"

h. Headline on Screen: "WHISTLEBLOWER: *HIGH NUMBER OF HYSTERECTOMIES AT ICE DETENTION CTR.*"

51.    On September 15, 2020, at about 8:30 PM, All In aired a segment concerning the allegations of medical mistreatment of female detainees at ICDC, which lasted about 9 minutes (the "All In News Report").

52.    The All In News Report published the following statements that Dr. Amin alleges are defamatory.  The italics represent the portions that Dr. Amin alleges are defamatory:

a. "You have detained women—I had several detain[ed] women on numerous occasions that would come to me and say, Miss Wooten, I had [a] hysterectomy, why? I had no answers as to why they had those procedures. And one lady walked up to me here this last time . . . and she said, 'what is he? *Is he the uterus collector?* Does he collect uteruses?'"

b. "Yesterday, we learned about a whistleblower, a nurse working at a Georgia Immigrations and Customs Enforcement, ICE facility, leveling honestly ghastly allegations. Chief among them that women in that facility, *migrant women, say that a doctor was performing unauthorized hysterectomies on immigrant women detained at that facility*, which again, is privately run."

c. "And tonight, we here on ALL IN spoke with another attorney who represents *two different women who claim they also had unnecessary hysterectomies while detained at this facility.*"

d. "That lawyer tells us that *as many as 15 immigrant women were given full or partial hysterectomies or other procedures for which no medical indication existed.*"

e. "You have detained women—I had several detain[ed] women on numerous occasions that would come to me and say, Miss Wooten, I had [a] hysterectomy, why? I had no answers as to why they had those procedures. And one lady walked

## ATTACHMENT A

up to me here this last time . . . and she said, 'what is he? *Is he the uterus collector? Does he collect uteruses?*'"

f. "And I asked her, what does she mean. And she says*, 'everybody that I've talked to has had a hysterectomy.'* And you just don't know what to say. I mean, I don't—I don't have an answer for why they would come to me and they would say, 'is he a uterus collector?'"

g. "And I asked her, what does she mean. And she says*,* 'everybody that I've talked to has had a hysterectomy.' And you just don't know what to say. I mean, I don't—I don't have an answer for why they would come to me and *they would say, 'is he a uterus collector?'*"

h. "And with the number of cases that Ms. Wooten and others alluded to, there's a lot—*there's a large population of these—of these women, immigrants who've had this—who have been mistreated in this way, assaulted.* And should—you know, there's a pool there that could come forward. Let's hope they do."

i. Headline on Screen: "COMPLAINT: *MASS HYSTERECTOMIES PERFORMED ON WOMEN AT ICE FACILITY.*"

53. On September 15, 2020, at about 9:00 PM, TRMS aired a segment concerning the allegations of medical mistreatment of female detainees at ICDC, which lasted about 23 minutes (the "TRMS News Report").

54. On September 15, 2020, the TRMS News Report published the following statements that Dr. Amin alleges are defamatory. The italics represent the portions that Dr. Amin alleges are defamatory:

a. "A nurse who works at an ICE detention facility in Georgia has just contributed to a whistleblower complaint. She says that in her time working at this ICE detention facility, it's a detention center in Irwin County, Georgia. She says that *immigrant women at that facility have told her they have routinely been sent to a gynecologist who has performed unnecessary procedures on them, including hysterectomies.*"

b. "[T]he allegation here is that this is a federal facility and *they have been sending immigrant women in their care, in their custody to a doctor who has removed their reproductive organs for no medical reason and without them consenting to it.*"

c. "From the complaint [], quote, a detained [] immigrant told Project South that she talked to five different women detained at the Irwin County detention center between October and September 2019, five different women, between October, November and December 2019, over that three-month period, *five different women who had had a hysterectomy done. When she talked to them about the surgery, the women, quote, reacted confused when explaining why they had one done.*"

d. "The nurse who contributed to this whistleblower complaint explains it like this, quote: *Everybody this doctor sees has a hysterectomy, just about everybody.*"

17

**ATTACHMENT A**

e. "The nurse who contributed to this whistleblower complaint explains it like this, quote: Everybody this doctor sees has a hysterectomy, just about everybody. *He's even taken out the wrong ovary on one detained immigrant woman. She was supposed to get her left ovary removed because she had a cyst on the left ovary he took out the right one. She was upset. She had to go back to take the left and she wound up with a total hysterectomy[;]* she still wanted children. She has to go back home now and tell her husband that she can't bear kids. She says she was not all the way out under anesthesia and heard the doctor tell the nurse that he took out the wrong ovary."

f. "The nurse says she and her fellow nurses, quote, questioned among ourselves, like, goodness, *he's taking everybody's stuff out, that's his specialty[,]* he's the uterus collector. She says, quote, I know that's ugly. Is he collecting these things or something? Everybody he sees he's taking all their uteruses out or he's taking their tubes out, what in the world?"

g. "The nurse says she and her fellow nurses, quote, questioned among ourselves, like, goodness, he's taking everybody's stuff out, that's his specialty[,] *he's the uterus collector.* She says, quote, I know that's ugly. Is he collecting these things or something? Everybody he sees he's taking all their uteruses out or he's taking their tubes out, what in the world?"

h. "The nurse says she and her fellow nurses, quote, questioned among ourselves, like, goodness, he's taking everybody's stuff out, that's his specialty[,] he's the uterus collector. She says, quote, I know that's ugly. *Is he collecting these things or something?* Everybody he sees he's taking all their uteruses out or he's taking their tubes out, what in the world?"

i. "The nurse says she and her fellow nurses, quote, questioned among ourselves, like, goodness, he's taking everybody's stuff out, that's his specialty[,] he's the uterus collector. She says, quote, I know that's ugly. Is he collecting these things or something? *Everybody he sees he's taking all their uteruses out or he's taking their tubes out, what in the world?*"

j. "According to this nurse, this whistleblower, she alleges in this complaint that on several occasions, women told her that this doctor performed hysterectomies, *removed the uteruses of these refugee women for no medical reason without their proper informed consent.*"

k. "According to NBC's reporting, one of the lawyers represents two women who were detained at the facility who say they received hysterectomies that they believe may have been unnecessary. Another lawyer represents a woman who says *she went to this doctor's office for an exam. The exam left her with bruising.*"

l. "And to be clear, the complaints here from these women and their lawyers who are speaking on their behalf is essentially that they—not that *they never should have been sent out to see a gynecologist, but, rather, whatever was going on with them,*

## ATTACHMENT A

*they did not understand that the treatment was going to be a hysterectomy and then in some cases the allegation here is that the hysterectomies, whether or not the women consented to them in the first place, they were not medically necessary.*"

m. "And there are other allegations of other procedures including pap smears where women are told you've got ovarian cysts or cancer, and that turned out not to be the case and those procedures happened anyway."

n. "And I think, you know, this—this statement that *they considered him the uterus collector* is graphic, it's hard to listen to, but that's what they're talking about, according to Ms. Wooten, inside this facility, and she's not the only one saying so."

## Investigations into the Allegations Against Dr. Amin

55. On September 21, 2020 at 12:55 PM, ICE instructed LaSalle: "Per ICE, please cancel any pending appts with Dr. Amin. Also, do not schedule any future appts."

56. On September 21, 2020 at 6:01 PM, Dr. Amin sent a letter to Dr. Howard McMahan, ICDC's medical director, stating in part, "I have decided to sever my ties with ICDC and will no longer be treating patients."

57. By September 16, 2020, the Office of Inspector General of the Department of Homeland Security ("DHS") had begun investigating allegations of medical mistreatment of female detainees at ICDC, and Ken Cuccinelli, then-deputy secretary of DHS, asked the Office of Inspector General to expedite its existing review of the allegations. Cuccinelli also announced that he would be sending three staff members from DHS to conduct a parallel investigation.

58. By September 18, 2020, the Georgia Composite Medical Board had opened an investigation into allegations concerning Dr. Amin's treatment of ICDC detainees.

59. By October 2020, the Department of Justice had opened a criminal investigation into allegations concerning Dr. Amin's treatment of ICDC detainees.

60. In October 2020, the Senate Democratic Caucus held a closed briefing concerning allegations of medical mistreatment of female detainees at ICDC.

61. DHS OIG issued a report on January 3, 2022, titled "Medical Processes and Communication Protocols Need Improvement at Irwin County Detention Center" (the "DHS OIG January 2022 Report").

62. The DHS OIG January 2022 Report included the statement that its "inspection did not review the gynecological procedure approval process for detainees at ICDC, which has been referred to our Office of Investigations."

63. In May 2021, the United States Senate Permanent Subcommittee on Investigations, of the Committee on Homeland Security and Government Affairs (the "Subcommittee"), initiated a bipartisan investigation into the alleged mistreatment of ICE detainees housed in the ICDC,

**ATTACHMENT A**

including the allegations concerning Dr. Amin's medical care of detainees (the "Senate Investigation").

64.    On November 15, 2022, the Subcommittee released a bipartisan staff report, titled "Medical Mistreatment of Women in ICE Detention" (the "Senate Report") regarding its "18-month-long investigation" of "multiple allegations of medical abuse against detainees at ICDC."

65.    On November 15, 2022, the Senate Permanent Subcommittee on Investigations held a hearing regarding the Medical Mistreatment of Women in ICE Detention.

66.    The Senate Report found that Dr. Amin submitted referrals for four hysterectomies for ICE detainees between 2017 and 2020 and performed two such hysterectomies.  Regarding the other two hysterectomies, the Senate Report found that one detainee refused the procedure and the other was released from ICE custody before the surgery.

67.    The Senate Report found that ICE approved a total of 14 hysterectomies between 2017 and 2020 and no other provider treating ICE detainees performed more than one hysterectomy during this period.

68.    The Senate Report found that, between 2017 and 2020, ICDC housed roughly 4% of ICE female detainees nationwide.

69.    The Senate Report found that, between 2017 and 2020, Dr. Amin performed 53 dilation & curettage ("D&C") procedures on ICDC detainees, which was 82% of all D&C procedures conducted on ICE detainees.

70.    The Senate Report found that, between 2017 and 2020, the second highest-ranking physician performed three D&C procedures on ICE detainees.

71.    The Senate Report found that, between 2017 and 2020, Dr. Amin performed 44 laparoscopies to excise lesions on ICDC detainees, which was 94% of all laparoscopies to excise lesions on ICE detainees.

72.    The Senate Report found that, between 2017 and 2020, the second highest-ranking physician performed one laparoscopy to excise lesions.

73.    The Senate Report found that, between 2017 and 2020, Dr. Amin performed nearly one-third of certain OB-GYN procedures on ICE detainees across the country.

74.    The Senate Report found that "under Dr. Amin's care, female detainees appear to have undergone excessive, invasive, and often unnecessary gynecological procedures."

75.    On January 23, 2024, DHS OIG released a report titled, "ICE Major Surgeries Were Not Always Properly Reviewed and Approved for Medical Necessity," (OIG-24-16) ("DHS OIG 2024 Report").

**ATTACHMENT A**

76.     The DHS OIG 2024 Report found, "In fiscal years 2019 through 2021, U.S. Immigration and Customs Enforcement's (ICE) Health Service Corps (IHSC) did not always properly process and authorize major surgical procedures for non-citizens in ICE custody."

77.     The DHS OIG 2024 Report found, "Based on our universe of 553 major surgical procedures, we can infer with 95 percent confidence that between 137 and 214 [25% to 39% of] major surgical procedures were not approved by the required IHSC RCDs or CDs in eCW from FYs 2019 through 2021."

78.     The DHS OIG 2024 Report found that "for two of six hysterectomies performed, the detained non-citizens' IHSC medical files did not include documentation to support a conclusion that a hysterectomy was medically necessary."

79.     The DHS OIG 2024 Report stated that, as to its review of hysterectomies conducted during FYs 2019 through 2021, OIG "did not review one case from Irwin County Detention Center due to referrals to our Office of Investigations resulting from a whistleblower complaint."  It also stated, "We excluded 56 of the 609 major surgeries (leaving 553) associated with the Irwin County Detention Center due to referrals to our Office of Investigations resulting from a whistleblower complaint."

**The Complaint**

80.     On August 26, 2021, counsel for Dr. Amin sent a letter to NBCU on behalf of Dr. Amin requesting that NBCU cease and desist publication of: (1) an episode of Deadline that aired on or about September 15, 2021; (2) an episode of All In that aired on or about September 15, 2021; (3) an episode of All In that aired on or about September 16, 2021; (4) an episode of TRMS that aired on or about September 16, 2021 (the "Cease and Desist Letter").

81.     Each reference to "2021" in the Cease and Desist Letter was intended to refer to "2020."

82.     The reference in the Cease and Desist Letter to "an episode of TRMS that aired on or about September 16, 2021" was intended to reference the TRMS September 15, 2020 episode.

83.     The Cease and Desist Letter did not request that NBCU cease and desist publication of the AP/NBC Article.

84.     The Cease and Desist Letter did not request that NBCU cease and desist publication of the NBC News Article.