# Plaintiff - Attachment C

**PLAINTIFF ATTACHMENT C: PLAINTIFF'S PROPOSED VERDICT FORM**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 5:21-CV-00056-LGW-BWC |
| v. ) | |
| ) | |
| NBCUNIVERSAL MEDIA, LLC, ) | |
| ) | |
| Defendant. ) | |

**JURY VERDICT FORM**

We, the jury, find for:

\_\_\_\_\_ the Plaintiff in the amount of $_____.

\_\_\_\_\_ the Defendant.

If applicable:

We, the jury, having found for the Plaintiff in the above matter, would like to consider the issue of punitive damages:

\_\_\_\_\_ YES

\_\_\_\_\_ NO

This \_\_\_\_\_ day of _____ 2025.

_____
Signature of Foreperson

_____
Printed Name of Foreperson