# Defendant - Attachment C

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC, <br><br> Defendant. | Case No. 5:21-cv-00056-LGW-BWC <br><br> **DEFENDANT'S PROPOSED SPECIAL VERDICT FORM** |

We, the jury in the above-referenced action, answer the questions submitted to us as follows[1]:

1. As to this statement appearing in the September 15, 2020 broadcast of *Deadline: White House*:

    "We are following breaking news today. It's about an alarming new whistleblower complaint that alleges, quote, *high numbers of female detainees, detained immigrants, at an ICE detention center in Georgia received questionable hysterectomies while in ICE custody*."

    a. Do you unanimously find by clear and convincing evidence that the statement is false?

        **ANSWER YES OR NO** _____
        **If you answered question 1a, "no" proceed to Question 2.**

    b. Do you unanimously find by the preponderance of the evidence that the

---

[1] The Court granted in part summary judgment in favor of Plaintiff and found that the challenged statements were published, were "of and concerning" Dr. Amin, and did not require a showing of special harm. The remaining statements can be divided into two categories: 1) requiring the jury to decide falsity, defamatory meaning, and fault, or 2) requiring the jury to decide only defamatory meaning and fault. For brevity, NBCU's Proposed Special Verdict Form provides examples for each category of statement. Closer to trial, NBCU will present the full verdict form with all statements that remain in the case at that time.

      statement is defamatory toward the plaintiff?

      **ANSWER YES OR NO** _____
      **If you answered question 1b, "no" proceed to Question 2.**

    c. Do you unanimously find by a clear and convincing evidence that the statement was made with actual malice?

      **ANSWER YES OR NO** _____

* * *

5. As to this statement appearing in the September 15, 2020 broadcast of *Deadline: White House*:

   "You're quoted in the complaint as saying, *'That's his specialty, he's the uterus collector.'* Is that how people refer to this doctor?"

   a. Do you unanimously find by a preponderance of the evidence that the statement is defamatory toward the plaintiff?

       **ANSWER YES OR NO** _____
       **If you answered question 5a, "no" proceed to Question 2.**

   b. Do you unanimously find by a clear and convincing evidence that the statement was made with actual malice?

       **ANSWER YES OR NO** _____

* * *

If your answers to all subsections of any of Questions 1-[x], above, were "yes," do you find that Plaintiff Mahendra Amin incurred any damages?

    **ANSWER YES OR NO** _____

**If you answered "yes"**:

What is the dollar amount of damages incurred by Plaintiff Mahendra Amin?

$_____

*Please have the Jury Foreperson date and sign this special verdict form and notify the Bailiff that you have completed your deliberations.*

Signed:_____
     Jury Foreperson

Dated:_____

3