# Plaintiff - Attachment D

## PLAINTIFF ATTACHMENT D: PLAINTIFF'S DEPOSITION DESIGNATIONS

**Maribel Castaneda-Reyes**

| Pl's Designations | Def's Counter-Designations and Objections | Pl's Counter-Counter Designations and Responses to Objections |
|---|---|---|
| 7:1-11<br>9:6-8<br>13:6-9<br>14:9-10<br>45:24-46:11<br>46:13-47:2<br>48:20-49:7<br>49:9<br>85:21-25<br>86:13-16 | 70:7-12<br><br>46:7-8: Lack of foundation | Objection: Irrelevant; Hearsay<br><br>Response: Follow up question to press memory and testimony; witness is on cross |

**Maria Faria (30b6)**

| Pl's Designations | Def's Counter-Designations and Objections | | Pl's Counter-Counter Designations and Responses to Objections |
|---|---|---|---|
| 6:1-10<br>10:11-11:4<br>11:9-23<br>12:8-13:18<br>15:22-16:5<br>16:7-16:13<br>16:15-17:22<br>17:25-18:12<br>43:14-24<br>55:12-17<br>55:21-56:2<br>56:21-59:12<br>95:22-96:11<br>96:14-98:22<br>99:1-4 | 11:2-4 | Misleading because subject to reservations | Response: Defendant did not have to limit the 30b6 designation to Ms. Faria. She was the designated witness and stated she was prepared to testify to the topics. There is only lawyer testimony on the alleged reservation |
| | 17:14-22 | Hearsay; lack of personal knowledge | Response: Goes to preparation of witness to provide testimony. Knowledge is the corporation's, which includes Mr. Scholl. Thus it is personal knowledge and not hearsay. Alternatively, not offered for the truth of the matter asserted. |
| | 17:25-18:12 | Lack of personal knowledge | Response: Witness is testifying as the corporation; there must be knowledge. |
| | 55:12-17 | Lack of personal knowledge | Response: Witness is testifying as the corporation; there must be knowledge. |

1

|  |  | 56:21-59:12 | Hearsay; lack of personal knowledge |  | Response: Witness is testifying as the corporation; there must be knowledge. |
|---|---|---|---|---|---|
|  |  | 99:1-4 | Argumentative; cumulative |  | Response: Witness is on cross; entitled to probe and test plausibility of answers. |

**Andrew Free**

| Pl's Designations | Def's Counter-Designations and Objections | Pl's Counter-Counter Designations and Responses to Objections |
|---|---|---|
| 5:20-6:1<br>11:3-25<br>17:12-19:3 | 45:3-12 | 45:13-20; 45:23-25; 46:1-4; 46:7-15 |
| 20:5-11<br>22:3-10 | 46:18-47:18 | Delete lines 47:7, 11-12 |
| 24:8-25:19<br>38:3-17 | 50:7-52:7 |  |
| 38:20-22<br>38:25-39:5<br>47:20-22 | 55:3-21 | Delete lines 55:7<br>55:22-57:2 |
| 47:24-48:8<br>52:9-54:16<br>54:19-55:1 | 58:2-14 | Objection: Irrelevant<br>58:15-17 |
| 57:3-17<br>57:19-25 | 72:4-73:1 | Objection: Irrelevant |
| 66:15-67:16<br>97:7-10 | 239:5-7 |  |
| 116:13-15<br>119:6-22<br>143:2 | 239:13-244:2 | Delete lines 239:17-18, 21-24; 240:9 |
| 143:8-144:2<br>144:23-145:22<br>152:11-19<br>153:1-24<br>156:7-23<br>208:5-21<br>237:14-238:1<br>238:4-25<br>244:3-8<br>248:20-250:22 |  | 244:11-17; 244:24-245:17; 245:22-248:2; 248:5-19 |

2

**Yuridia Rocha Jamarillo**

| Pl's Designations | Def's Counter-Designations and Objections | Pl's Counter-Counter Designations and Responses to Objections |
|---|---|---|
| 5:3-10<br>5:20-6:5<br>6:11-12<br>7:9-12<br>72:22-24<br>76:9-11<br>76:14 | **NONE** | |

**Yanira Yesenia Oldaker**

| Pl's Designations | Def's Counter-Designations and Objections | Pl's Counter-Counter Designations and Responses to Objections |
|---|---|---|
| 5:8-14<br>8:18-24<br>28:17-29:4<br>30:7-17<br>70:20-71:3 | **NONE** | |

**Benjamin Osorio**

| Pl's Designations | Def's Counter-Designations and Objections | | Pl's Counter-Counter Designations and Responses to Objections |
|---|---|---|---|
| 5:3-6<br>5:16-6:8<br>15:5-18<br>19:11-20.3<br>20.6-23:21<br>24:6-8<br>24:11-13<br>24:15-19<br>24:21-25.1<br>25:3-5<br>25:7-26.:4<br>26:6-18<br>26:20-27:4<br>27:6<br>27:10-12<br>27:14-20<br>28:1-2<br>28:4-14<br>28:16-18<br>28:20-29:10<br>29:12-17<br>29:19-32:15<br>32:7-33:12<br>33:14-19<br>33:21-34:5<br>34:7-20<br>35:1-20<br>37:17-39:15<br>41:4-42:10<br>42:13-43:18<br>43:20-21<br>45:6-47:11<br>47:15-48:12<br>50:17-51:21<br>55:18-56:18<br>57:4-21<br>60:2-6<br>60:8-17<br>60:19<br>61:13-14<br>63:3-19<br>65:3-67:13 | 35:21-37:16<br><br>44:1-45:5<br><br>61:15-63:2<br><br>96:6-96:19<br><br>132:21-133:14 | | Delete line 36:5<br><br><br><br><br><br>Irrelevant |
| | 42:1-8 | Form | Response: It is a premise for him to agree or disagree with; witness is on cross; no form objection specified in designation so cannot further respond. |
| | 50:17-51:21 | Misleading | Response: Asking for identification of information in the document presented to the witness; no specification for how that is misleading; witness is on cross. |
| | 60:2-19 | Form | Response: Not NBCU's objection; no form objection specified in designation so cannot further respond. |
| | 68:7-12 | Mischaracterization of prior testimony | Response: Witness is on cross and question/answer at 68:13-18 further speaks to the length of the call and 65:3-12 supports that the call was approximately 5 minutes as witness testified previously at 65:3-12 that the call was *less than* 5 minutes |

4

| | | | |
|---|---|---|---|
| 67:21-68:9<br>68:12-70:20<br>71:1-73:15<br>73:18-74:17<br>74:20-76:14<br>78:7-79:10<br>79:12-80:10<br>80:13-81:3<br>81:5-82:2 | 69:1-75:8 | Relevancy | Response: Witness's testimony contradicts reporting; whether he was sent quotes to approve is certainly relevant to the fault of the reporter in misquoting witness. |
| 82:4-83:4<br>83:7-9<br>83:11-84:10<br>86:7-87:16<br>87:18-88:1<br>96:20-97:12<br>97:14-15<br>97:17-101:9 | 78:7-84:10 | Form; leading; mischaracterization; lacks foundation | Response: Witness is on cross and questions explore his conversations and state of mind during conversations with NBCU, conversations from which this witness testifies that NBCU misquoted him. |
| 101:11-19<br>104:2-7 | 87:13-17 | Leading | Response: Witness is on cross. |
| 113:15-114:1<br>114:7-115:4<br>115:6-116:6<br>116:9-117:7<br>117:9-15<br>117:17-19 | 127:17-129:22 | Relevancy | Response: Goes to actual malice of NBCU in acting recklessly to speed up reporting of the story. |
| | 131:6-10 | Leading | Response: Witness is on cross. |
| 119:1-120:2<br>126:20-131:8<br>131:10<br>131:18-132:20<br>134:9-135:20<br>136:1-137:9<br>137:11-138:12<br>144:18-145:1 | 134:9-138:12 | Relevancy | Response: Goes to actual malice in willingness to adjust story to fit narrative and in acting recklessly to speed up reporting of the story. Also responds to NBCU designations and claims from witnesses that sources were not favored over others or offered opportunities to edit story. |

5

**Sarah Owings**

| Pl's Designations | Def's Counter-Designations and Objections | Pl's Counter-Counter Designations and Responses to Objections |
|---|---|---|
| 4:22-5:12<br>18:21-19:19<br>19:21-20:2<br>20:4-20:5 (through "term.")<br>20:16-20 (through "there.")<br>39:1-16 (through "confirmed.")<br>46:3-47:21<br>48:2-17<br>57:20-58:17<br>58:19-60:1<br>60:3-64:5<br>98:23-99:9<br>116:2-117:8<br>117:16-18<br>117:20-21 (through "no.")<br>118:1-3<br>118:5-9<br>126:8-14<br>126:16-128:13 | 71:9-73:21<br><br><br><br><br>76:7-17<br><br><br><br><br>77:18-79:22<br>97:24-98:8<br>128:14-129:19 | Delete line 72:21; 73:1<br>72:22-25: Irrelevant<br>73:23-75:23; 76:2-11; 76:13-77:22; 77:24-80:2; 80:5-9; 80:11-6<br><br>This appears to be only part of what you may have meant, but is taken care of in the above designations I believe. |

**Karina Cisneros Preciado**

| Pl's Designations | Def's Counter-Designations and Objections | Pl's Counter-Counter Designations and Responses to Objections |
|---|---|---|
| 5:7-17<br>6:1-7<br>10:21-24<br>11:20-22 (through "2019.")<br>12:2-16<br>44:16-45:9<br>45:13-46:5 | **NONE** | |

6

**Barbara Pozo Rua**

| Pl's Designations | Def's Counter-Designations and Objections | | Pl's Counter-Counter Designations and Responses to Objections |
|---|---|---|---|
| 4:16-18<br>5:8-9<br>8:10-12<br>8:23-9:9<br>9:13-10:13<br>22:2-4<br>22:6-23:19<br>23:21-24:2<br>24:4<br>27:23-28:15<br>28:17-29:18<br>29:22-30:18<br>31:3-18<br>31:21-25<br>32:2-32:13<br>32:15-18<br>32:20-22<br>34:1-4<br>38:17-39:6<br>39:7-40:16<br>49:14-50:12<br>51:6-53:3<br>53:24-54:10<br>54:12-22<br>54:24-55:19<br>56:5-7<br>56:12-25<br>57:2-3<br>57:5-10<br>57:12-21<br>57:23-58:3<br>59:21-60:19<br>69:10-11<br>70:6-13<br>70:15-19<br>70:21-71:7<br>71:9-72:5<br>72:8-9<br>72:11-16<br>72:18-73:19<br>74:6-75:7 | 32:24-33:3<br><br>89:4-10<br><br>93:17-94:7<br><br>94:18-21 | | Delete line 33:1<br><br>Already designated.<br><br>Already designated.<br><br>Already designated. |
| | 23:25-24:4 | Vague; lack of foundation | Response: Not vague; foundation is in the two pages prior |
| | 31:21-32:3 | Compound; vague | Response: Witness responded without confusion; no objection from her counsel. Will further designate 32:4-10 for further clarity. |
| | 54:21-24 | Vague | Response: Not vague, especially with context of prior question. |
| | 70:6-72:1 | Lacks foundation; assumes facts not in evidence; harassing | Response: Foundation will be set through Jan Chauncey at trial. Not harassing; provides context for Dr. Amin's office's treatment of Ms. Pozo Rua. |
| | 72:2-73:19 | Lacks foundation | Foundation is the prior questioning – this is logical follow up |
| | 117:15-118:3 | Misrepresentation of evidence; calls for a medical conclusion; incomplete | Disagree on any representation, but will withdraw 117:15-118:1; 118:3 |

| | | |
|---|---|---|
| 75:10-76:20<br>77:6-17<br>79:10-80:7<br>84:2-85:15<br>85:17-86:3<br>86:7-87:1<br>87:3-90:7<br>93:3-96:19<br>99:2-100:1<br>101:3-102:16<br>103:2-11<br>103:14-104:21<br>104:23-105:4<br>106:18-107:1<br>107:15-108:16<br>108:19-116:25<br>117:2-118:1<br>118:3<br>118:14-119:15<br>127:10-23<br>127:25-129:13<br>129:20<br>129:22-130:7<br>130:15-133:11<br>133:17<br>133:21-136:3<br>142:8-143:18<br>158:1-8<br>166:23-167:7<br>177:9-19 | | |

**Azadeh Shahshahani**

| Pl's Designations | Def's Counter-Designations and Objections | Pl's Counter-Counter Designations and Responses to Objections |
|---|---|---|
| 6:2-10<br>7:23-8:9<br>63:21-64:7<br>64:9-65:3<br>79:20-80:14<br>80:16-81:2<br>83:11-13<br>83:16-84:1<br>84:13-84:25 | 81:3-5<br><br>81:10-21 | Objection: Irrelevant<br><br>Objection: Irrelevant |

**Luz Adriana Walker**

| Pl's Designations | Def's Counter-Designations and Objections | Pl's Counter-Counter Designations and Responses to Objections |
|---|---|---|
| 5:23-6:2<br>6:5:21<br>18:19-21<br>18:24<br>75:4-76:6<br>87:24-88:2<br>88:4-6 | **NONE** | |

**John Whitty I (09/08/2023)**

| Pl's Designations | Def's Counter-Designations and Objections | Pl's Counter-Counter Designations and Responses to Objections |
|---|---|---|
| 7:7-18<br>8:18-9:4<br>10:10-11:14<br>48:2-15<br>106:11-107:2<br>107:14-107:17; 107:19-108:5 | 106:11-107:2<br><br>107:19-108:5: Prejudicial: privileged | Already designated<br><br>How Wooten came to appear on MSNBC is relevant to credibility of witnesses and actual malice; that Whitty's attorney refused to let him answer is the only thing that possibly creates prejudice and that should not create a roadblock. |

9

**John Whitty II (10/30/2023)**

| Pl's Designations | Def's Counter-Designations and Objections | Pl's Counter-Counter Designations and Responses to Objections |
|---|---|---|
| 5:24-6:5<br>24:23-25:18<br>27:20-28:7<br>31:7-32:2<br>41:5-25<br>42:2-43:18<br>43:22-44:11<br>45:3-47:24<br>48:1-15<br>48:21-52:23<br>60:6-19 | 12:20-13:4<br><br>22:4-9<br><br>28:8-19<br><br>29:12-19<br><br>41:5-52:23: Relevance | 13:5-8<br><br><br><br>28:20-21<br><br><br><br>NBCU purposes to base its broadcasting on Ms. Wooten's "whistleblower complaint." Knowing the real complaint and what it did not say is relevant. Further, the fact that the declaration was never made available goes to the recklessness of the broadcast without any sworn information from Ms. Wooten, when it was known to be available. |
| | 42:13-43:4: Speculation | Response: No form objection specified; He has personal knowledge of the letter, even if after-the-fact and his lack of knowledge at the time is relevant. |
| | 43:10-44:2: Form (Compound); Lack of personal knowledge; Speculation | Response: No form objection specified; He has personal knowledge of the letter, even if after-the-fact and his lack of knowledge at the time is relevant. |
| | 52:15-23: Lack of personal knowledge; Speculation | Response: Not recalling is not the same as no personal knowledge. Further, his knowledge or lack thereof, is relevant. |