UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
CLERK'S MINUTES

---

**CASE NO. 5:21-cv-56**                                                                 **DATE: 10/7/2024**

**TITLE: Dr. Mahendra Amin, M.D. v. NBCUniversal Media, LLC**

---

**HONORABLE BENJAMIN W. CHEESBRO**       **COURTROOM DEPUTY: KIM MIXON**

**COURT REPORTER: BWC-CHAMBERS**       **TIME: 2:00-2:29**       **TOTAL: 29 minutes**

| PLAINTIFF: | COUNSEL FOR PLAINTIFF: |
|---|---|
| Dr. Mahendra Amin, M.D. | Scott Grubman<br>Stacey Evans<br>John Amble Johnson |

| DEFENDANT: | COUNSEL FOR DEFENDANT: |
|---|---|
| NBCUniversal Media, LLC | Amanda B. Levine<br>Benjamin H. Brewton<br>Elizabeth McNamara |

**TELEPHONIC STATUS CONFERENCE**

**Telephonic Status Conference held to discuss discovery dispute presented in email to Court by Plaintiff's counsel, Stacey Evans regarding the Defendant's ongoing obligation to search for and produce documents responsive to Plaintiff's requests for production of documents, specifically, communications of NBCU reporters and employees that did not exist at the time of the NBCU's last production in January, 2024.**

**Defense's position is that the request to conduct additional searches and review of twelve custodians' records is an attempt to re-open discovery nine months after the discovery cut-off based on Plaintiff's mere speculation. Ms. McNamara states the search, without any new evidence that additional information exist, would be burdensome for defense.**

**Court gives parties two weeks from today to continue to confer to try and reach a compromise.**

**If the parties are unable to reach a resolution by the end of the two-week deadline, Ms. Evans will notify the Court.**

**Court will then set the matter down for a follow-up call to discuss the possibility of filing motion to compel.**