# United States District Court
## Southern District of Georgia

Dr. Mahendra Amin, M.D.
_____
Plaintiff

v. NBCUniversal Media, LLC
_____
Defendant

Case No. __5:21-cv-00056-LGW-BWC__

Appearing on behalf of : _____
Defendant
_____
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

**Petitioner**, __Raphael Holoszyc-Pimentel__ hereby requests permission to appear pro hac vice in the subject case filed in the __Waycross__ Division of the United States District Court for the Southern District of Georgia. **Petitioner** states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, __Southern District of New York__. **Petitioner** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

**Petitioner** designates __Benjamin H. Brewton__ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

**Petitioner** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __3rd__ day of __October__, __2024__.

_/s/ Raphael Holoszyc-Pimentel_
(Signature of **Petitioner**)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, __Benjamin H. Brewton__, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the **Petitioner** fail to respond to any Court order for appearance or otherwise. This __9th__ day of __October__, __2024__.

| | |
|---|---|
| 002530 | /s/ Benjamin H. Brewton |
| Georgia Bar Number | Signature of Local Counsel |
| (706) 842-3700 | Balch & Bingham LLP (Law Firm) |
| Business Telephone | 801 Broad Street, Suite 800 (Business Address) |
| | Augusta, GA 30901 (City, State, Zip) |
| | (Mailing Address) |
| | bbrewton@balch.com (Email Address) |