# United States District Court

## *Southern District of Georgia*

Dr. Mahendra Amin, M.D.

_____
Plaintiff

v.  NBCUniversal Media, LLC

_____
Defendant

Case No. 5:21-cv-00056-LGW-BWC

Appearing on behalf of

Defendant
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____ , _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
*****

NAME OF PETITIONER: Raphael Holoszyc-Pimentel

Business Address: Davis Wright Tremaine LLP
Firm/Business Name

1251 Avenue of the Americas
Street Address

| 21st Floor | New York | NY | 10020 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

(212) 489-8230                         N/A
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: rhp@dwt.com