# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Daniel Ortiz*, Acting Clerk of Court, Certify that

__RAPHAEL HOLOSZYC - PIMENTEL__, Bar # __5469887__

was duly admitted to practice in the Court on

__October 2, 2019__

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  __October 3, 2024__
New York, New York

Daniel Ortiz
Acting Clerk of Court

By  s/ R. Juliano
Deputy Clerk