

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Raphael Holoszyc-Pimentel**
(212) 402-4097 tel
(212) 489-8340 fax

rhp@dwt.com

October 3, 2024

The Honorable Lisa G. Wood
United States District Court
Southern District of Georgia
125 Bull Street
Savannah, GA 31401

Re:   *Raphael Holoszyc-Pimentel Pro Hac Vice Application (No. 21-cv-00056)*

Dear Judge Wood:

    Pursuant to Local Rule 83.4, I am writing to alert the Court that I have not had any prior appearances in the Southern District of Georgia.

                                  Respectfully submitted,

                                  Davis Wright Tremaine LLP

                                */s/ Raphael Holoszyc-Pimentel*

                                Raphael Holoszyc-Pimentel