IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| MAHENDRA AMIN, M.D., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 5:21-cv-56 |
| NBCUNIVERSAL MEDIA, LLC, | ) |
| Defendant. | ) |

## LEAVE OF ABSENCE

COMES NOW Benjamin H. Brewton, one of the attorneys for NBCUniversal Media, LLC and shows this Court that a Leave of Absence is requested by Benjamin H. Brewton for the following dates:

| | |
|---|---|
| March 3 – 10, 2025 | ACTL legal meeting in Hawaii/anniversary trip previously cancelled due to Covid |

WHEREFORE, this Defendant prays that Benjamin H. Brewton be granted a Leave of Absence for the aforementioned dates, and that this case not be calendared during that time.

Respectfully submitted this 23rd day of October, 2024.

/s/ *Benjamin H. Brewton*
Benjamin H. Brewton
Georgia Bar No. 002530

BALCH & BINGHAM LLP
801 Broad Street, Suite 800
Augusta, GA  30901
Telephone:  (706) 842-3711
Facsimile:  (866) 258-8984

*Attorney for Defendant NBCUniversal Media, LLC*

24269890.1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 23rd day of October, 2024:

Scott R. Grubman
Chilvis Grubman, LLP
1824 Independence Square
Atlanta, GA 30338

Stacey G. Evans
Tiffany N. Watkins
John A. Johnson
Stacey Evans Law
729 Piedmont Avenue NE
Atlanta, GA 30308

*Attorneys for Plaintiff*

Amanda B. Levine
Elizabeth McNamara
Leeana Charlton
Davis Wright Tremaine LLP
1251 Avenue of the Americas
21st Floor
New York, NY 10020

Erik Bierbauer
Taylor M. Carter
NBCUniversal Medial, LLC
30 Rockefeller Plaza
Room 620-557
New York, NY 101112

*Attorneys for Defendant NBCUniversal Media, LLC*

/s/ *Benjamin H. Brewton*
Counsel for Defendant NBCUniversal Media, LLC