IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| MAHENDRA AMIN, M.D., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 5:21-cv-56 |
| NBCUNIVERSAL MEDIA, LLC, | ) |
| Defendant. | ) |

## [PROPOSED] ORDER

The within and foregoing Request for Leave of Absence having been considered, it is hereby order and adjudged that the same be GRANTED, giving Benjamin H. Brewton a Leave of Absence in the above-referenced case for the periods of:

| | |
|---|---|
| March 3 – 10, 2025 | ACTL legal meeting in Hawaii/anniversary trip previously cancelled due to Covid |

IT IS SO ORDERED this ___ day of _____, 2024.

THE HONORABLE BENJAMIN W. CHEESBRO
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

24407043.1