IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., | |
| Plaintiff, | CIVIL ACTION NO.: 5:21-cv-56 |
| v. | |
| NBCUNIVERSAL MEDIA, LLC, | |
| Defendant. | |

**O R D E R**

Defendant filed a Motion to Continue. Doc. 258. Defendant requests a continuance of the trial exhibit objections hearing currently set for March 11, 2025, at 10:00 a.m. Defendant's counsel states she has personal travel scheduled through March 12, 2025, and has now requested a leave of absence.[1] Defendant states the parties have conferred regarding their availability and Defendant's Motion is unopposed. Upon due consideration and for good cause shown, the Court **GRANTS** Defendant's Motion. The Court **ORDERS** the parties to attend a hearing on March 19, 2025, at 10:00 a.m. The hearing will be conducted at the United States District Courthouse in Brunswick, Georgia. The Court **ORDERS** the parties to file their trial exhibit objection status report **on or before March 13, 2025**.

**SO ORDERED**, this 13th day of February, 2025.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendant's counsel is reminded to request leaves of absence in advance, not in response to a scheduled hearing.