UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NBCUNIVERSAL MEDIA, LLC, ) <br> ) <br> Defendant. ) | Case No. 5:21-CV-00056-LGW-BWC |

## JOINT NOTICE OF SETTLEMENT TO THE COURT

Pursuant to instructions from the Court, the parties have conferred and jointly state:

1. The parties have agreed to and signed a term sheet to settle this lawsuit.

2. The parties have agreed that, upon completion of the settlement agreement, the parties will stipulate to the dismissal of this lawsuit with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

3. The parties are diligently working to finalize the language of the settlement agreement.

4. The parties expect to effectuate the settlement within the next several weeks.

5. The parties attest that they will continue to work diligently and will keep the Court abreast of developments.

[Signatures on following page.]

Respectfully submitted this 20th day of February 2025.

| | |
|---|---|
| */s/ Stacey G. Evans*<br>Stacey G. Evans<br>Georgia Bar No. 298555<br>sevans@staceyevanslaw.com<br>Tiffany N. Watkins<br>Georgia Bar No. 228805<br>twatkins@staceyevanslaw.com<br>Ryan E. Harbin<br>Georgia Bar No. 370658<br>rharbin@staceyevanslaw.com<br>J. Amble Johnson<br>Georgia Bar No. 229112<br>ajohnson@staceyevanslaw.com<br>STACEY EVANS LAW<br>729 Piedmont Ave NE<br>Atlanta, GA 30308<br>(404) 850-6750 (phone)<br>(404) 850-6748 (fax) | Scott R. Grubman<br>Georgia Bar No. 317011<br>sgrubman@cglawfirm.com<br><br>CHILIVIS GRUBMAN<br>DALBEY & WARNER LLP<br>1834 Independence Square<br>Atlanta, GA 30338<br>(404) 233-4171 (phone)<br>(404) 261-2842 (fax)<br><br>*Counsel for Plaintiff* |
| Benjamin H. Brewton<br>Georgia Bar No. 002530<br>Jena C. Lombard<br>Georgia Bar No. 213734<br>BALCH & BINGHAM LLP<br>801 Broad Street, Suite 800<br>Augusta, GA 30901<br>Tel.: (706) 842-3700<br>bbrewton@balch.com<br>jlombard@balch.com<br><br>*Attorneys for Defendant NBCUniversal Media, LLC*<br><br>*Electronically signed by counsel for plaintiff with express consent. | */s/ Elizabeth A. McNamara*\*<br>Elizabeth A. McNamara<br>(admitted *pro hac vice*)<br>Amanda B. Levine<br>(admitted *pro hac vice*)<br>Leena Charlton<br>(admitted *pro hac vice*)<br>Alexandra Perloff-Giles<br>(admitted *pro hac vice*)<br>DAVIS WRIGHT TREMAINE LLP<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020-1104<br>Tel.: (212) 489-8230<br>lizmcnamara@dwt.com<br>amandalevine@dwt.com<br>leenacharlton@dwt.com<br>alexandraperloffgiles@dwt.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **JOINT NOTICE OF SETTLEMENT TO THE COURT** will be served upon all attorneys in this matter by filing with the Court's CM/ECF system.

This 20th day of February 2025.

*/s/ Stacey G. Evans*
Stacey G. Evans

*Counsel for Plaintiff*