# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

DR. MAHENDRA AMIN, M.D.,

     Plaintiff,

     v.

NBCUNIVERSAL MEDIA, LLC,

     Defendant.

CV 5:21-056

## ORDER

Before the Court is the parties' Joint Notice of Settlement. Dkt. No. 261. Therein, the parties represent that they have reached a settlement of this matter and are working diligently to finalize the language of the settlement agreement. In light of the parties' Joint Notice of Settlement, the Court **CANCELS** the jury trial scheduled for April 22, 2025. The parties are **ORDERED** to file either a stipulation of dismissal or a status report informing the Court of their settlement progress on or before April 18, 2025. This case remains **STAYED**.

**SO ORDERED**, this _20_ day of February, 2025.

_____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA