UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D.,<br><br>  Plaintiff,<br><br>  v.<br><br>NBCUNIVERSAL MEDIA, LLC,<br><br>  Defendant. | Case No. 5:21-cv-00056-LGW-BWC |

### STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the plaintiff, Dr. Mahendra Amin, M.D., and the defendant, NBCUniversal Media, LLC, hereby stipulate to the dismissal of this action with prejudice.

Respectfully submitted this 4th day of April 2025.

*/s/ J. Amble Johnson*
J. Amble Johnson
Georgia Bar No. 229112
ajohnson@staceyevanslaw.com
Stacey G. Evans
Georgia Bar No. 298555
sevans@staceyevanslaw.com
STACEY EVANS LAW
729 Piedmont Ave NE
Atlanta, GA 30308
Tel.: (404) 850-6750

Scott R. Grubman
Georgia Bar No. 317011
sgrubman@cglawfirm.com
CHILVIS GRUBMAN
DALBEY & WARNER LLP
1834 Independence Square
Atlanta, GA 30338
Tel.: (404) 233-4171

*Counsel for Plaintiff*

*/s/ Elizabeth A. McNamara**
Elizabeth A. McNamara
(admitted *pro hac vice*)
lizmcnamara@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel.: (212) 489-8230

Benjamin H. Brewton
Georgia Bar No. 002530
bbrewton@balch.com
BALCH & BINGHAM LLP
801 Broad Street, Suite 800
Augusta, GA 30901
Tel.: (706) 842-3711

*Counsel for Defendant*
*Signed by counsel for Plaintiff with express consent

## CERTIFICATE OF SERVICE

I hereby state that I electronically filed the foregoing STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to the attorneys of record.

This 4th day of April 2025.

*/s/ J. Amble Johnson*
J. Amble Johnson
*Counsel for Plaintiff*